**Chronological Claim Notes:**



| | | | |
|---|---|---|---|
| Client Name: **Dell Inc** | Last Name: **DAVIS** | First Name: **ARTHUR** | Middle Initial: **C** |
| | Employee ID: **157406572** | Date of Birth: REDACTED | Age: **52** |
| Work State: **TN** | Claim ID: **8864540** | Date of Hire: **05/22/2006** | Gender : **M** |
| Preferred Contact: REDACTED **Phone (Mobile)** | | | |

The notes are sorted by Task Completed Date when the Task Status is Closed, otherwise they are sorted by the Last Update Date of the Task.

**\*\*\*\* *Important Notice* \*\*\*\*\*\***

**This report is for *Internal Use Only* and contains Protected Health Information (PHI)**

**Internal Aetna Users must adhere to Aetna's Patient Confidentiality standards.**

For further information please visit: Aetna's Information Security Statement of Po

## \*\*\*CONFIDENTIALITY NOTICE\*\*\*

This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Run Date: 10/06/2015 6:45:01 am

\*\*\*CONFIDENTIALITY NOTICE\*\*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 1 of 1151 PageID #: 45

Page 1 of 19

AR 000001

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| AddTimeToExistingLOAClaim | 10/4/13 | Closed | 10/4/13  5:27 pm | TERESA CRESPO | MOHINEE VELIAN | MOHINEE VELIAN | 10/4/13  5:31 pm |

| | |
|---|---|
| Intake Method | Telephonic |
| This leave request is: | Intermittent |
| Is or will the leave be more than 3 consecutive days? | No |
| Is the leave the result of a non work related accident? | No |
| Was or will inpatient or outpatient hospitalization occur as a result of condition? | No |
| What new day(s) would you like to report? | 09/09/2013\|09/19/2013\|09/27/2013\|10/07/2013 |
| Enter absence from and to times for each of the absences being reported at this time: | 09/09/2013\|false\|8$00*17$00^09/19/2013\|false\|8$00*17$00^09/27/2013\|false\|8$00*17$00^10/07/2013\|false\|8$00*10$00 |
| If you would like to have a Short Term Disability claim created, please select 'Yes' below.  If you do not want to have a Short Term Disability claim created, please select 'No.' | No |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| EE Initiate Claim | 10/4/13 | Closed | 10/4/13  9:46 am | ALEX LOZOYA | ALEX LOZOYA | ALEX LOZOYA | 10/4/13  9:46 am |

| | |
|---|---|
| Intake Method: | Telephonic |
| Home E-Mail Address | |
| Alternative Contact Number: | |
| Cell Phone Number: | |
| Do you plan to receive any communications at a temporary address or phone number during your leave? | No |
| What is the reason for the leave? | Employee's own illness |
| This leave request is: | Intermittent |
| Is or will the leave be more than 3 consecutive days? | No |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Is the leave the result of an accident? | | | | Unknown | | | |
| Are you scheduled for or have you had a procedure for this condition? | | | | Unknown | | | |
| Do you consider your disability work related? | | | | No | | | |
| Are you currently working? | | | | Yes | | | |
| What is or will be your first full day of absence? | | | | 10/04/2013 | | | |
| Unknown | | | | No | | | |
| Was or will this absence be a full or partial day/shift? (if the first day of absence is unknown, select full) | | | | Partial | | | |
| What hours are you reporting for this requested absence: | | | | 10/04/2013|0|8$00*10$00 | | | |
| What is or was your weekly work schedule for your requested absence: | | | | 09/28/2013|1|0$*0$|false^09/29/2013|1|0$*0$|false^09/30/2013|0|8$00*17$00|false^10/01/2013|0|8$00*17$00|false^10/02/2013|0|8$00*17$00|false^10/03/2013|0|8$00*17$00|false^10/04/2013|0|8$00*17$00|false^10/05/2013|1|0$*0$|false | | | |
| Have you informed your employer of your need for a leave? | | | | No | | | |
| Are you employed elsewhere? | | | | No | | | |
| Company Name: | | | | | | | |
| Address Line1: | | | | | | | |
| Address Line2: | | | | | | | |
| Address Line3: | | | | | | | |
| City: | | | | | | | |
| State: | | | | | | | |
| Zip: | | | | | | | |
| Country: | | | | | | | |
| Days/Hours Worked: | | | | | | | |
| Work Schedule: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Are you currently receiving other STD, LTD Workers Compensation or any other benefits?    No

If yes, what is the name of the carrier who administers that benefit?

Unknown                                                                                              No

Other Income:

If other, specify:

Frequency of Payment:

Amount:

Start Date:

Thru Date:

Have you seen a Health Care Provider about this condition?                 Yes

Health Care Provider Last Name:

Health Care Provider First Name:

Health Care Provider Address 1:

Health Care Provider Address 2:

Health Care Provider City:

Health Care Provider State/Province:

Health Care Provider Zip:

Health Care Provider Phone #:

Health Care Provider Fax #:

What is the treating Health Care Provider's specialty?

If Other, please define:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

When was your last office visit?

When is your next office visit?

Health Care Provider Last Name:

Health Care Provider First Name:

Health Care Provider Address 1:

Health Care Provider Address 2:

Health Care Provider City:

Health Care Provider State/Province:

Health Care Provider Zip:

Health Care Provider Phone #:

Health Care Provider Fax #:

What is the treating Health Care Provider's specialty?

What is your primary medical condition that keeps you from working?   Other

If Other, please define:   Detached tendons In both Shoulders

Provide a description of the symptoms:

STD   No

Statutory   No

Description of Job Activities:   sitting and typing

Place a check mark in all the boxes that identify any diagnostic test that has been completed for this condition:   MRI

If Other, please define:

Name:

If Other, please define:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |

Dosage:

Frequency:

Every

As Needed

In order for us to accurately estimate the length of time it could take for you to return to work, it is important to understand your medical history.
Place a check mark in all the boxes below that identify medical conditions.

19015|19005

If Other, please define:

It is sometimes necessary to leave a detailed message in the event that you cannot be reached.  May we leave a detailed message that may include specifi information regarding your condition?

Yes

To ensure that we are always speaking to the right person when discussing personal confidential information, will you provide us with either your mother's maiden name or a 4-digit pin that we can use for security purposes?

Yes

If Yes:

Which would you like to provide us?

4-digit Pin

Information provided:

1125

Are you familiar with your rights under FMLA?

Yes

Are you familiar with how Aetna administers FMLA for your company?

No

Type of Leave

Amount of Time (Hours)

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Enter additional comments that may help support your claim: | | | | Caller ID:954-693-2000<br>8254-016<br>Sup:Susan Park<br>214-797-6488<br>Name:Arthur Davis<br>DOB: REDACTED<br>Phone : REDACTED<br>Reason for Call: Detached tendons In Shoulders<br>Side of Body:both | | | |
| Thank you for calling Aetna: | | | | | | | |
| **Quick Day(s)** | **10/7/13** | **Closed** | **10/7/13  5:10 pm** | **TERESA CRESPO** | **BAMBI JEREMICZ** | **BAMBI JEREMICZ** | **10/7/13  5:10 pm** |
| What new day(s) are you requesting for your existing Intermittent leave? | | | | 10/08/2013|10/09/2013|10/10/2013|10/11/2013 | | | |
| Dates and Times: | | | | | | | |
| **Initial Triage Review** | **10/4/13** | **Closed** | **10/7/13  12:04 pm** | **TERESA CRESPO** | **ALEX LOZOYA** | **TERESA CRESPO** | **10/7/13  12:04 pm** |
| Eligibility verification with employer: | | | | No | | | |
| Standalone Cert on File | | | | | | | |
| Total Hours Worked in year prior to first day of absence: | | | | 1746 | | | |
| Length of Service as of first day of absence: | | | | 88.5  months | | | |
| LOA Benefit Eligibility | | | | | | | |
| Transaction Status: | | | | <TABLE><TR><TD>Federal Family and Medical Leave Act (FMLA):</TD><TD>Pend/Awaiting certification</TD></TR></TABLE> | | | |
| STD | | | | No | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| OLA | | | | No | | | |
| W/C | | | | No | | | |
| MLOA | | | | No | | | |
| LOA | | | | No | | | |
| PFL | | | | No | | | |
| LOA Benefit Accumulation: | | | | | | | |
| To Link this Leave to an already existing Leave, select Leave to be linked to frc the grid: | | | | | | | |
| To inherit eligibility from a previous leave, select the leave from the grid: | | | | | | | |
| Select Explosion: | | | | Conditional Approval Explosion | | | |
| Send preliminary designation letters | | | | Yes | | | |
| Comments: | | | | doh 5/22/06<br>Hours worked:    1726.8<br>Eligibility verification with ER:    no<br>Reason for request:    eoi<br>Intermittent or Continuous:  I<br>DX:    Detached tendons In both Shoulders<br>FDA: 10/4/13<br>PRTW:<br>FMLA weeks used:  unknown<br>FMLA weeks available: assumed 12 wks<br>State Leave Eligible: n | | | |
| To Address List: | | | | US_leave_administrator@dell.com;STD_LOA@aetna.com,SUSAN_PARKER@DELL.COM, | | | |
| CC Adress List: | | | | | | | |
| Email Address Modified by User: | | | | No | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| EE - Prelim Designation | 10/7/13 | Closed | 10/7/13 12:04 pm | TERESA CRESPO | TERESA CRESPO | TERESA CRESPO | 10/7/13 12:04 pm |

Mailing Method:

Do Not Send

Comments:

Minimum Billable Hours:

BHU Billable Hours:

Maximum Billable Hours :

| FMLA Absence Adjudication | 10/4/13 | Closed | 10/7/13 12:05 pm | TERESA CRESPO | MOHINEE VELIAN | TERESA CRESPO | 10/7/13 12:05 pm |
|---|---|---|---|---|---|---|---|

Comments:                                        pended awaiting for deter

| AddTimeToExistingLOAClaim | 10/10/13 | Closed | 10/10/13 10:55 am | TERESA CRESPO | TERESA CRESPO | TERESA CRESPO | 10/10/13 10:56 am |
|---|---|---|---|---|---|---|---|

| Intake Method | Telephonic |
|---|---|
| This leave request is: | Continuous |
| Is or will the leave be more than 3 consecutive days? | Yes |
| Is the leave the result of a non work related accident? | Unknown |
| Was or will inpatient or outpatient hospitalization occur as a result of condition? | Unknown |
| What is your First Day Absence? | 10/14/2013 |
| Was or will this absence be a full or partial day/shift? | Full |
| Have you already return to work? | No |
| When do you plan to return to work? | 11/11/2013 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:      10/06/2015

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| If you would like to have a Short Term Disability claim created, please select 'Yes' below.  If you do not want to have a Short Term Disability claim created, please select 'No.' | | | | Yes | | | |
| Do you have your health insurance through Aetna? | | | | Unknown | | | |
| Who is the Health Insurance Carrier? | | | | | | | |
| If Other: | | | | | | | |
| Comments | | | | | | | |
| FMLA Absence Adjudication | 10/7/13 | Closed | 10/10/13  10:57 am | AKINKAWON TURNER | BAMBI JEREMICZ | TERESA CRESPO | 10/10/13  10:57 a |
| Comments: | | | | pended awaiting for deter | | | |
| FMLA Absence Adjudication | 10/10/13 | Closed | 10/10/13  10:57 am | AKINKAWON TURNER | TERESA CRESPO | TERESA CRESPO | 10/10/13  10:57 a |
| Comments: | | | | pended awaiting for deter | | | |
| Email Response to Member | 10/17/13 | Closed | 10/17/13  5:18 pm | KENNETH WOOLFORK | KENNETH WOOLFORK | KENNETH WOOLFORK | 10/17/13  5:18 p |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 10/17/13 | Closed | 10/17/13  5:19 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | KENNETH WOOLFORK | 10/17/13  5:19 p |
| Member Home Email Address | | | | REDACTED | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Date and Time Submitted | 10/17/2013 12:47:57 PM |
| Question Category selected | My Claim |
| Question Submitted | Good morning is there anything I need to do? |
| Plan of Action | Email response to Member |

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Leave #: 8864540.

A Short Term Disability introductory letter was mailed to you on October 11, 2013. Please follow the instructions in this letter and have the Authorization to Share and Use Medical Information form and the FML Certification form completed and returned to Aetna in a timely manner.

Your letters and forms are also available for you to view on our website. You may log into your claim and click on the VIEW MY LETTERS tab; then click on the desired letter. Please be sure to disable any pop up blockers on your computer as the letter will open as a pop up.

Please let us know if we can provide additional assistance.

| | |
|---|---|
| Inquiry Analysis: | Claim management process |
| Details of Inquiry: | |
| Response Analysis: | Customer Service response |
| Details of Response: | |
| Response Method: | Reply via email |

| Task Name & Task Details | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| FMLA Determination | 10/30/13 | Closed | 10/17/13 10:09 pm | AKINKAWON TURNER | TERESA CRESPO | AKINKAWON TURNER | 10/17/13 10:09 p |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Comments:

Cert Status: Accepted/STD
Cert Period Start Date: 10/9/2013 12:00:00 AM
Cert Period End Date: 11/24/2013 12:00:00 AM
Cert Period Term Date: 11/24/2013 12:00:00 AM

If you wish to schedule one of the following tasks, please select the applicable button to the right:

| Integrated / Extension Approved | 12/5/13 | Closed | 12/5/13 1:39 pm | AKINKAWON TURNER | AKINKAWON TURNER | AKINKAWON TURNER | 12/5/13 1:39 pm |
|---|---|---|---|---|---|---|---|

Notes: Claim #8893435 Approval extended through 12/13/2013

| Auto Approval Fail | 12/5/13 | Closed | 12/5/13 1:40 pm | AKINKAWON TURNER | WKAB SYSTEM | AKINKAWON TURNER | 12/5/13 1:40 pm |
|---|---|---|---|---|---|---|---|

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Audit information

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:09 AM: 9/9/2013 7:00:00 AM - 9/9/2013 4:00:00 PM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:09 AM: 9/20/2013 7:00:00 AM - 9/26/2013 4:00:00 PM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:09 AM: 9/30/2013 7:00:00 AM - 10/3/2013 4:00:00 PM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:10 AM: 9/19/2013 7:00:00 AM - 9/19/2013 4:00:00 PM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:10 AM: 9/27/2013 7:00:00 AM - 9/27/2013 4:00:00 PM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:10 AM: 10/4/2013 7:00:00 AM - 10/4/2013 9:00:00 AM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:10 AM: 10/7/2013 7:00:00 AM - 10/7/2013 9:00:00 AM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

The following dates for Federal Family and Medical Leave Act (FMLA) failed to be auto approved via the auto approval process on 12/5/2013 11:33:11 AM: 10/8/2013 7:00:00 AM - 10/8/2013 4:00:00 PM These dates failed for the following reason: Dates were not within the Cert Approved and Cert Time timeframe.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Integrated / Extension Approved | 1/9/14 | Closed | 1/21/14  4:16 pm | AKINKAWON TURNER | AKINKAWON TURNER | AKINKAWON TURNER | 1/21/14  4:16 pm |
| Notes: | | | | Claim #8893435 Approval extended through 1/12/2014 | | | |
| EE - 100% Exhaustion Ltr | 1/9/14 | Closed | 1/21/14  9:39 am | AKINKAWON TURNER | WKAB SYSTEM | AKINKAWON TURNER | 1/21/14  9:39 am |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 1/23/14 | Closed | 1/24/14  8:23 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | DOMINICA TAYLOR | 1/24/14  8:23 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 1/23/2014 8:24:07 PM | | | |
| Question Category selected | | | | My Claim | | | |
| Question Submitted | | | | Good afternoon, what is needed to certify claim through January 31st when I am having my scheduled surgery. | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | email response | | | |

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 8893435.

Your Short Term Disability claim is currently approved through 01/12/2014. We have advised your Claim Manager of your update. In order to extend your claim, we need your doctor to provide updated medical information. Please have your doctor fax office visit notes from your last office visit. Once this information has been received and reviewed, your Claim Manager will contact you.

Please let us know if we can provide additional assistance.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inquiry Analysis: | | | | Claim management process | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

| Integrated / Extension Approved | 1/30/14 | Closed | 1/30/14  3:26 pm | AKINKAWON TURNER | AKINKAWON TURNER | AKINKAWON TURNER | 1/30/14  3:26 pm |
|---|---|---|---|---|---|---|---|
| Notes: | | | | Claim #8893435 Approval extended through 1/31/2014 | | | |

| EE Employment Status | 2/18/14 | Closed | 2/18/14  10:38 am | AKINKAWON TURNER | LoadManager | AKINKAWON TURNER | 2/18/14  10:38 am |
|---|---|---|---|---|---|---|---|
| Audit information | | | | The client submitted notice of terminated status, please review all open or pended claims. | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Employment Status Change Notification | 2/17/14 | Closed | 2/18/14 12:09 pm | AKINKAWON TURNER | LoadManager | AKINKAWON TURNER | 2/18/14 12:09 pm |
| Employment Status: | | | | | | | |
| Employment Status Effective Date: | | | | | | | |
| Integrated / Extension Approved | 2/18/14 | Closed | 2/18/14 12:27 pm | AKINKAWON TURNER | AKINKAWON TURNER | AKINKAWON TURNER | 2/18/14 12:27 pm |
| Notes: | | | Claim #8893435 Approval extended through 3/11/2014 | | | | |
| RTW Follow-Up | 2/14/14 | Closed | 3/5/14 10:06 am | AKINKAWON TURNER | AKINKAWON TURNER | AKINKAWON TURNER | 3/5/14 10:06 am |
| Comments | | | exhausted | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

## Notes Trending by Claim Status

| | Total | Closed |
|---|---|---|
| **Total** | 22 | 22 |
| Integrated / Extension Approved | 4 | 4 |
| FMLA Absence Adjudication | 3 | 3 |
| AddTimeToExistingLOAClaim | 2 | 2 |
| Email From Member | 2 | 2 |
| Auto Approval Fail | 1 | 1 |
| EE - 100% Exhaustion Ltr | 1 | 1 |
| EE - Prelim Designation | 1 | 1 |
| EE Employment Status | 1 | 1 |
| EE Initiate Claim | 1 | 1 |
| Email Response to Member | 1 | 1 |
| Employment Status Change Notification | 1 | 1 |
| FMLA Determination | 1 | 1 |
| Initial Triage Review | 1 | 1 |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | Total | Closed |
|---|---|---|
| Quick Day(s) | 1 | 1 |
| RTW Follow-Up | 1 | 1 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **8864540** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

# Note Summary
## Number of Notes Updated by Date



***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

# Central Note System - DAVIS, ARTHUR C

(Less Info)

Client Name: Dell Inc                    IHD Consent Effective: N/A

Date of Birth: REDACTED              Age: 52              Gender: Male
Preferred Contact#: REDACTED Phone (Mobile)

| Providers | | Rehab Vendors |

### Alerts  |  Contacts

## Active Member Alerts

| | | | | | Submit Action |

| | Create Date | Claim ID | Alert Name | Notification | Created By | Action |
|---|---|---|---|---|---|---|
| ▼ | 06/01/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | RAJESH KUMAR | Please Select ▾ |
| ▼ | 05/29/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | ANKESH KUMAR | Please Select ▾ |
| ▼ | 05/27/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | NAVTEJ BHADUR | Please Select ▾ |
| ▼ | 04/28/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | JASEEM ANSARI | Please Select ▾ |
| ▼ | 04/28/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | JASEEM ANSARI | Please Select ▾ |
| ▼ | 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | PAVAN KUMAR | Please Select ▾ |
| ▼ | 01/14/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | BHUPENDRA SINGH | Please Select ▾ |
| ▼ | 01/08/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | ARUN CHAWLA | Please Select ▾ |
| ▼ | 12/26/2014 | 9452367 | Aetna received information regarding your claim | Not Being Sent | ROHIT SINGH | Please Select ▾ |
| ▼ | 09/29/2014 | 9452367 | Aetna received information regarding your claim | Not Being Sent | YADAV VIKAS | Please Select ▾ |

## Alerts And Notification History

| Expand All Details | | View  All ▾ | | Show All ▾ Notes | << <  1 2 3 4 5 of 5  > >> |

| | Create Date | Claim ID | Alert Name | Notification (Y/N) | Created By | Dismiss Date |
|---|---|---|---|---|---|---|
| ▼ | 04/30/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | RAJESH KUMAR | 05/03/2015 |
| ▼ | 04/03/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | KAPIL SINGH | 04/18/2015 |
| ▼ | 03/20/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | DASHRAT SINGHBIST | 04/18/2015 |
| ▼ | 03/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | BHUPENDRA SINGH | 03/15/2015 |
| ▼ | 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |
| ▼ | 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |



| ▼ 01/30/2015 | 9452367 | Authorization to Request Health Information | Not Being Sent | CANDICE HOY | 02/09/2015 |
|---|---|---|---|---|---|
| ▼ 01/30/2015 | 9452367 | Disability Appeal Request Form | Not Being Sent | CANDICE HOY | 02/09/2015 |
| ▼ 01/29/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | YADAV VIKAS | 02/17/2015 |
| ▼ 01/13/2015 | 9452367 | Aetna has issued a payment | Not Being Sent | WKAB SYSTEM | 02/17/2015 |

(Less Info)

Client Name: Dell Inc                    IHD Consent Effective: N/A

Date of Birth: REDACTED          Age: 52                Gender: Male
Preferred Contact#: REDACTED Phone (Mobile)

[ Providers ]     [ Rehab Vendors ]

**Alerts**    **Contacts**

▲ Manage Notes:   ADD NEW

| | Subject | Create Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|---|
| * | Claim Status | 10/6/2015 6:51:56 AM | PRAKASH PRASAD | PARALEGAL II | 8864540 (LOA-C) Closed | * Employee |

Topic:*

*

□

[ Save ]  [ See Reminders ]  [ Cancel ]

‹                                                                    ›

▲ Follow Up Required

| Task Name | Schedule Date | Assign Owner | Memo |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| ☐ Late Employee Contact | 10/06/2015 | 🔲 | TURNER,AKINKAWON | Select | |
| ☐ Late Employer Contact | 10/06/2015 | 🔲 | TURNER,AKINKAWON | Select | |
| ☐ Late Provider Contact | 10/06/2015 | 🔲 | TURNER,AKINKAWON | Select | |

Save & Create task

## Contact Notes History

Expand All Details    View Claim : 8864540 ▾    Contact Filter All ▾    Subject Filter All ▾    Show 10 ▾ Notes

| Subject | Last Update Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|
| ▾ Claim Status | 10/10/2013 10:55:36 AM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 (LOA-C) Closed | Other |
| Topic: ee requesting add std to loa | | | | | |
| ▾ Claim Status | 10/10/2013 10:53:51 AM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 8864540 (LOA-C) Closed | Employee |
| Topic: EE SX date | | | | | |
| ▾ Claim Status | 10/8/2013 4:17:12 PM | SHARLYNN DARRIS | CUSTOMER SRVC REPRESENTATIVE | 8864540 (LOA-C) Closed | Employee |
| Topic: ee requesting add std to loa | | | | | |
| ▾ Claim Status | 10/8/2013 4:07:39 PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 (LOA-C) Closed | Employee |
| Topic: New Claim | | | | | |
| ▾ Claim Status | 10/7/2013 5:12:20 PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 (LOA-C) Closed | Employee |
| Topic: EE calling in surgery information | | | | | |
| ▾ Claim Status | 10/7/2013 12:05:17 PM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 (LOA-C) Closed | Other |
| Topic: EE REPORTED 09/09, 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM | | | | | |
| ▾ Claim Status | 10/4/2013 5:31:11 PM | MOHINEE VELIAN | CUSTOMER SERVICE REPRESENATIVE | 8864540 (LOA-C) Closed | Employee |
| Topic: EE REPORTED 09/09 , 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM | | | | | |

# Central Note System - View All Report

## Click Here To Access The Excel Export View

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Contact Notes History

View : CLAIM     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 10/10/2013 10:55:36AM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 | Other |

Topic: ee requesting add std to loa
acknwldg, open a std claim

| Claim Status | 10/10/2013 10:53:51AM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: EE SX date
TCF EE to advise his SX is 10/11. EE advised he has not recv'd anything in the mail, CSR advised need HCPC to approve the claim. EE advised need STD claim opened, thought did yesterday. CSR advised not STD open, only FMLA intermittent. CSR transferred EE to Intake to open STD claim.

| Claim Status | 10/8/2013 4:17:12PM | SHARLYNN DARRIS | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: ee requesting add std to loa
ee is having surgery for same condition as existing intermitten loa claim.
please change status from intermitten to continuoius and add std
FDA: 10/9/
LDW: 10/8
**GAP: intermitten loa claim 10/9- 11/11
RTW: 4 weeks 11/11/13, then start therapy
Hospital: Premier Orthopaedics @ 615-332-3600
Dr: james renfro @ 394 harding place nashville tenn 37211

| Claim Status | 10/8/2013 4:07:39PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: New Claim
New Claim Transferred ee to Intake.

| Claim Status | 10/7/2013 5:12:20PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: EE calling in surgery information
EE called to advise he will be having out patient surgery on 10/11/2013 at Premier Orthopedics. Advise ee to call and confirm on 10/10/2013 that he is still having his surgery so we can follow up for any additonal information that may be needed. EE also called in days out from 10/8/2013 ,10/09/2013,10/10/2013 and 10/11/2013 all full days. Transaction Number 8877357

| Claim Status | 10/7/2013 12:05:17PM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 | Other |
|---------|------------------|---------|-------|---------|--------|

Topic: EE REPORTED 09/09, 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM
acknwldg

| Claim Status | 10/4/2013 5:31:11PM | MOHINEE VELIAN | USTOMER SERVICE REPRESENTATIV | 8864540 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: EE REPORTED 09/09 , 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM
EE REPORTED 09/09. 09/19 AND 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 2PM-04PM

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 24 of 1151 PageID 00028

# Central Note System - DAVIS, ARTHUR C

□

(Less Info)

Client Name: Dell Inc                     IHD Consent Effective: N/A

Date of Birth: [REDACTED]          Age: 52                Gender: Male
Preferred Contact#: [REDACTED] Phone (Mobile)

[ Providers ]  [ Rehab Vendors ]

**Alerts** | **Contacts**



## Active Member Alerts

[ Submit Action ]

| Create Date | Claim ID | Alert Name | Notification | Created By | Action |
|---|---|---|---|---|---|
| ▾ 06/01/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | RAJESH KUMAR | Please Select ▾ |
| ▾ 05/29/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | ANKESH KUMAR | Please Select ▾ |
| ▾ 05/27/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | NAVTEJ BHADUR | Please Select ▾ |
| ▾ 04/28/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | JASEEM ANSARI | Please Select ▾ |
| ▾ 04/28/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | JASEEM ANSARI | Please Select ▾ |
| ▾ 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | PAVAN KUMAR | Please Select ▾ |
| ▾ 01/14/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | BHUPENDRA SINGH | Please Select ▾ |
| ▾ 01/08/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | ARUN CHAWLA | Please Select ▾ |
| ▾ 12/26/2014 | 9452367 | Aetna received information regarding your claim | Not Being Sent | ROHIT SINGH | Please Select ▾ |
| ▾ 09/29/2014 | 9452367 | Aetna received information regarding your claim | Not Being Sent | YADAV VIKAS | Please Select ▾ |

## Alerts And Notification History

[ Expand All Details ]    View [ All ▾ ]              Show [ 10 ▾ ] Notes        << < 1 2 3 4 5 of 5 > >>

| Create Date | Claim ID | Alert Name | Notification (Y/N) | Created By | Dismiss Date |
|---|---|---|---|---|---|
| ▾ 04/30/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | RAJESH KUMAR | 05/03/2015 |
| ▾ 04/03/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | KAPIL SINGH | 04/18/2015 |
| ▾ 03/20/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | DASHRAT SINGHBIST | 04/18/2015 |
| ▾ 03/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | BHUPENDRA SINGH | 03/15/2015 |
| ▾ 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |
| ▾ 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |
| ▾ 01/30/2015 | 9452367 | Authorization to Request Health Information | Not Being Sent | CANDICE HOY | 02/09/2015 |

| ▼ 01/30/2015 | 9452367 | Disability Appeal Request Form | Not Being Sent | CANDICE HOY | 02/09/2015 |
| ▼ 01/29/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | YADAV VIKAS | 02/17/2015 |
| ▼ 01/13/2015 | 9452367 | Aetna has issued a payment | Not Being Sent | WKAB SYSTEM | 02/17/2015 |

Central Note System - DAVIS, ARTHUR C

View EMPLOYEE ▾

(Less Info)

Client Name: Dell Inc                    IHD Consent Effective: N/A

Date of Birth: REDACTED                    Age: 52                    Gender: Male
Preferred Contact#: REDACTED Phone (Mobile)

[Providers] [Rehab Vendors]

| **Alerts** | **Contacts** |
|---|---|

▲ Manage Notes:  ADD NEW

| Subject | Create Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|
| * Claim Status ▾ | 10/6/2015 5:04:13 AM | PRAKASH PRASAD | PARALEGAL II | EMPLOYEE | * Employee ▾ |

Topic:*

*

☐

[Save] [See Reminders] [Cancel]

◄                                                                                              ►

▲ Follow Up Required

| Task Name | Schedule Date | Assign Owner | Memo |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| ☐ Action Required | 10/06/2015 | ▦ | PRASAD,PRAKASH | Select | |
| ☐ Complaint Follow Up Required | 10/06/2015 | ▦ | PRASAD,PRAKASH | Select | |
| ☐ Email Provider Forms | 10/06/2015 | ▦ | PRASAD,PRAKASH | Select | |
| ☐ Email Supplemental Forms | 10/06/2015 | ▦ | PRASAD,PRAKASH | Select | |
| ☐ Employee Contact | 10/06/2015 | ▦ | PRASAD,PRAKASH | Select | |
| ☐ Employer Contact | 10/06/2015 | ▦ | PRASAD,PRAKASH | Select | |
| ☐ Faxed Form Request APS/BHCS | 10/06/2015 | ▦ | PRASAD,PRAKASH | Select | |

**Save & Create task**

## Contact Notes History

**Expand All Details**  View [All ▼]   Contact Filter [All ▼]   Subject Filter [All ▼]   Show [10 ▼] Notes   << < |1| 2 3 4 5 of 15 > >>

| Subject | Last Update Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|
| ▼ Appeal | 5/28/2015 9:26:22 AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Other |
| Topic: | outgoing call to Atty office | | | | |
| ▼ Claim Status | 5/27/2015 11:57:01 AM | PATRICIA HICKEY | Customer Srvc Representative | 9452367 (LTD) Closed | Other |
| Topic: | speak to appeals analyst | | | | |
| ▼ Appeal | 4/24/2015 11:50:48 AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ E-mail from Member | 4/23/2015 5:01:48 PM | MARIE ANELAS | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | e-mail from member- | | | | |
| ▼ E-mail from Member | 4/20/2015 6:17:19 PM | MARIE ANELAS | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | e-mail from member. | | | | |
| ▼ Appeal | 4/20/2015 5:56:34 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | call returned | | | | |
| ▼ Appeal | 4/20/2015 5:55:09 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ E-mail from Member | 4/18/2015 9:34:29 AM | SHERRI MCINNES | Customer Service Rep | 9452367 (LTD) Closed | Employee |
| Topic: | update on claim | | | | |
| ▼ Appeal | 4/16/2015 4:20:29 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ Claim Status | 4/16/2015 1:10:36 PM | SANDRA QUELLA | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | TCF EE To check on the status of the claim | | | | |

## Contact Notes History

View : EMPLOYEE    Contact Filter : ALL    Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Appeal | 05/28/2015  9:26:22AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Other |

Topic: outgoing call to Atty office
spoke with Nikki to leave msg for atty, on A/S vm the atty was requesting re open of the appeal and a copy of the file, Atty indicated that she just got on board to represent ee and A/S advised the file is already closed. The decison ltr went out on 4/23/15 and ee had already requested a copy of the filed on 4/13/15. the Atty does have the option to file suit but we can't open the case again and give more time after it's been closed

| Claim Status | 05/27/2015  11:57:01AM | PATRICIA HICKEY | Customer Srvc Representative | 9452367 | Other |

Topic: speak to appeals analyst
Barbara atty for EE asked to speak to appeals analyst. She was unavailable. Xfrd to vm

authorization form  date 4/30 image 17415744

Barbara 615 234 6000
Cody Allison

| Appeal | 04/24/2015  11:50:48AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee  returning call
A/S advised that unfortunately the medical documentation did not support ongoing impairment and ltr was mailed today, ee stated he just want a copy of his file with direction on how to file suit. A/S advised that ee would need to take file to any atty who will give ee direction on how to file suit he thanked A/S

| E-mail from Member | 04/23/2015  5:01:48PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member-
Good morning I spoke to me claims manager this week and was told I would get a decision letter on the 22nd. I do not see a generated letter?

| E-mail from Member | 04/20/2015  6:17:19PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
I submitted a request via Document Download. I am submitted here also.
Appeal Status Appeal Decision Due Date
Active Upheld 04/22/2015
Good morning Charlai, I see the decision has been made concerning my appeal. Are there any additional
Appeal options? If I do not have any appeal options please send me the Denial letter and my Aetna records thank you.
Arthur Cyril Davis Jr.

| Appeal | 04/20/2015  5:56:34PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: call returned
file will be released after decison is finalized

| Appeal | 04/20/2015  5:55:09PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee returning call
To advise that the decision ltr is under review and A/S will release a copy of the medical file once the ltr is released ee thanked A?S

| E-mail from Member | 04/18/2015  9:34:29AM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
Good afternoon today I dropped off updated paperwork to the Social security administration. Looking at my timeline, my LTD was approved through Aetna for my shoulder issues. I was out on under doctors care until May 23rd 2014 specifically for my shoulders. Looking at notes from Physical Therapy I was complaining about my shoulders up to the release date. I complained to my surgeon that I was hearing popping and clicking noises but was told it would go away as my shoulders strengthen. 5 months later I was back to his office and two months after I was scheduled for another reattachment. It does not appear that my shoulders healed properly and based on my new surgeons findings, my right shoulder may not return to normal. My left shoulder is still popping and I have occasional pain and I will probably have to have additional surgery on it. How can I be removed from LTD if I never healed? I have been told I cannot work because of my back and the situation is magnified by my shoulder issues.

| Appeal | 04/16/2015  4:20:29PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee returning call
A/S advised once the final decision is rendered, A/S will have ee's file sent out ee thanked A/S

| Claim Status | 04/16/2015  1:10:36PM | SANDRA QUELLA | Customer Srvc Representative | 9452367 | Employee |

Topic: TCF EE To check on the status of the claim
adv EE that the claim is under review and we will be in contact once a decision has been made, EE ack.

## Contact Notes History

View : EMPLOYEE     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 04/15/2015  11:37:22AM | NIAJEA LEE | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: tcf ee regarding paperwork
ee called to verify if we received his letter requesting his claim file. Informed ee that we received the letter. EE requested to speak to the dbm, tranferred to the dbm vm.

| Claim Status | 03/24/2015  9:04:00AM | CHANAVIA BROWN | Senior LTD Claim Analyst | 9452367 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: DBM called Ee back
Advised we will need this in writing. He must note of he needs copies of Policies as well, he states he has them. Asked if he needs mailing address or fax number, he states he has all of Shawndra's information. EE thanked me for my call.

| E-mail from Member | 03/21/2015  6:54:21PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: request for copy of file
I would like to request a copy of my Aetna Disability file please. Do I have to submit this in writing?

| E-mail from Member | 03/18/2015  2:22:11PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: e-mail from member:
Good afternoon, here are the notes from my office visit with Dr. Sean Kaminsky at Pinnacle Surgical Partners in Hermitage TN.
Summary of Today¿s Visit
Davis , Arthur DOB REDACTED
Account No 324572
Gender: Male
Race: Black or African American
Ethnicity:Not Hispanic or Latino
Preferred Language: English
03/10/2015 visit with Sean B. Kaminsky, MD
Reason for Visit
¿NP-RTSHLD
Vitals
. Ht7o(in)
¿ WI 257 (lbs)
. BMI 36.87 (Index)
. Ht-cm 177.8 (cm)
. WI-kg 116.57 (kg)
Allergies
. N.KD.A.
Today¿s Diagnoses Include
. 719.41 Shoulder Pain, Right
. 727.61 Rotator cuff tear, nontraumatic - Right
Medication List
. Start Percocet :10-325 MG i tablet as needed Orally every 6 hls,50
Other medications you are on
. Celebrex:
. Cymbalta :
. Tramadol HC1 :
Notes:
I reviewed the results of the MRI study of the right shoulder from March 2, 2015 revealing a massive tear of the supraspinatus and infraspinatus tendons with retraction of approximately 5 cm and muscular atrophy. Subscapularis tenclinosis present. Subacromial and glenohumeral fluid noted. Biceps tear and synovitis present. , I reviewed the findings and options for treatment such as medication, injections, living with the symptoms. activity modification, more time, and finally surgery. Patient did not feel that conservative treatment is worked for him at all. I also discussed various options for surgery including arthroscopic surgery, latissimus transfer surgeiv, and shoulder arthroplasty. Risks of surgciv were discussed including hut not
limited to bleeding, infection, nerve, ycin, or artery injury, continuing pain, risks of anesthesia includng loss of life or limb, heart attack, blood clot, seizure, stroke, failure of any surgcy, need for further surgery, and stiffness. After having this discussion, the patient wants to proceed with surgery. We have completed the paperwork. answered all questions, provided prescriptions for medication to use post-operatively, my card, anti information for the surgery center. I encouraged the patient to call me with ans¿ questions or concerns about our discussions

## Contact Notes History

View : EMPLOYEE          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Appeal | 03/17/2015  4:36:32PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee to determine if
the information provided is all the information ee intends to send, ee stated he is in worse shape now then he was when he went out he feels we have all the info needed he is going for surgery and every doctor indicated he can't work so move forward ee is about to apply for welfare because he has no income he can't afford to wait any further

| Appeal | 03/17/2015  4:30:31PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: ee confirmed
surgery date

| Appeal | 03/17/2015  4:29:09PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: email. received and reviewed
MRI received for review

| E-mail from Member | 03/11/2015  8:24:44PM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 9452367 | Employee |

Topic: update
My surgery is scheduled for March 25th

| E-mail from Member | 03/11/2015  8:47:53AM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
Today I was seen by Dr. Sean Kaminsky MD, he is a Shoulder specialist at Pinnacle Surgical Partners
5653 Frist Boulevard
Ste 731
Nashville, TN 37064
615-885-2778 Fax 615-986-6052
Dr Kaminsky confirmed the MRI findings and set recovery expectations. My right shoulder may never fully recovery and I may need shoulder replacement. I am awaiting a call from his office to set a surgery date ASAP and the expected recovery will be many months.

| Appeal | 03/04/2015  3:23:40PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: EE confirmed that he did receive A/S vm
and thanked A/S for the update but he wanted to give A/S an update to advise that he has now re torn his right rotator cuff and possibly his left and more surgery is to be scheduled, ee stated he is not clear if it was with the recent accident or not but he thinks that his body is breaking down and can't take as much as when he was younger. The surgery will be a reattachment which will be a more intense surgery than before. EE states that he was seen by Dr. Renfro his shoulder surgeon, A/S advised that he is on the list to call for clarification so that information should be obtained if the hcp and peer reviewer is able to connect

| Claim Status | 03/04/2015  3:12:20PM | MOHINEE VELIAN | USTOMER SERVICE REPRESENTATIV | 9452367 | Employee |

Topic: CHARLAI IS CALLING EE BACK
CHARLAI IS CALLING EE BACK

| Appeal | 03/04/2015  1:59:46PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee A/S left vm in response to email
A/S advised that ext ltr has been sent out to day, a copy of the plan will be sent as well today, however A/S did not indicate that we left a vm on 1/29/15 we were in receipt of the claim so A/S is sorry if ee took it that it's delayed for this reason. If ee has any further questions to please contact A/S

| Appeal | 03/04/2015  8:14:32AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: copy of plan is to be sent to ee
overnight

| Appeal | 03/04/2015  8:13:16AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: email read and
A/S to contact ee to clarify the discussion as A/S didn't advise ee that a vm was left on 1/29//15 but that the claim was assigned on that date

| E-mail from Member | 02/25/2015  5:49:26PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
I would like a copy of my plans Long term Disability documents please. I would like the names and contact information of any party involved with my appeal.

## Contact Notes History

View : EMPLOYEE          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| E-mail from Member | 02/25/2015  7:55:09AM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
On Feb 20th, I received an email response from Aetna stating "We received the Authorization to Request Protected Health Information, the Disability Appeal Request Form and your medical records for review on 02/09/2015. We will send you a confirmation letter with the details about your claim, once the review has been completed." I was not told anyone had reached out to me, nor did I have any voice messages from Aetna Disability, or Aetna Appeals. Today I received a call from Charlai Lang a Senior LTD Appeals Specialist. The message did not contain her full name or direct contact information. I had to call three different departments to reach her. Ms. Lang is stating she will need an extension on my Appeals process because she tried to contact me on Jan 29th. I do not have a voice message from her, i save all my voice messages from the purchase date of my iPhone. I am struggling to make it and I no longer have any savings. A appeal will push me beyond Dire Straits. I have always contacted Aetna immediately or

| Claim Status | 02/24/2015  1:43:35PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee returning call from vm received
A/S confirmed ee has had another car accident where he was hit from behind again, ee is in therapy and still awaiting a call from the back surgeon's office for a consult, he states his back is currently locked up and he is not sure it was from slowng down on therapy or the accident, he can't turn to his left or right, they are placing him on muscle relaxers to assist with muscle loosening, ee was using gabapentin and it as helping to reduce his pain and numbness in his leg however ee losing his memory, lost his keys, getting off wrong exits not knowing where he was going to go to places that he frequents, ee also has increased weakness in his right arm and can't type or write for more than a few mins before he feels weakness, ee has not followed up just yet because he was trying to take care of tx for his back and determine if more surgery is needed. EE feels we have everything the test reports shows he has issues with his back and he can't sit or stand for prolonged periods, his doctor has submitted a note reflecting his inability to sit, stand or work, A/S advised that review will be completed and ee will get a ltr requesting additional time so that it can be sent out for peer review and ee's doctors can be contacted, A/S wanted to ensure that prior to completing the review we had everything and ee had not seen the surgeon and a tx plan had been established ee stated he is still waiting for a appt

| Claim Status | 01/12/2015  12:39:55PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Contact EE with claim status
DBM contacted EE and informed him that medical information received on 12/23/2014 was insufficient to support ongoing impairment from own occ. DBM informed that claim will be termed as of 1/12/2015. EE inquired that he is still having problems with his back and unable to perform his own occ. DBM informed EE if he disagree with discuss on claim he does have the rights to appeal. EE was informed of his appeals rights.

| E-mail from Member | 01/07/2015  8:12:29AM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
I have been having problems with my right shoulder the past three months.
On December 5th, 2014 I was seen by my Orthopedic Doctor James Renfro. Dr. Renfro took an xray and diagnosed Inflamed AC Joint. Three sessions of PT was suggested, I completed but was still in pain. I received a Cortizone injection in my shoulder on December 26th, 2014. I am still having issues but I am trying to strengthen my shoulder with exercise. I am having extreme pain if I lie on my right shoulder, I cannot lift heavy items and I having shooting pains at times.

| Claim Status | 12/24/2014  10:23:14AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge call
DBM acknowledge call and s/w EE earlier regarding claim status and what is being submitted from treating providers.

| E-mail from Member | 12/23/2014  4:17:37PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
I just spoke to Dr Yaneyama office they said the have sent information. I was not seen on the dates requested. I was referred to Dr Buechel and my next appointment is in January for Dr Yaneyama. I have asked them to send an update.

| Claim Status | 12/23/2014  11:25:25AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: RTC to EE
DBM rtc to EE and informed that request from medical records from both his providers were sent out. However, form was received from Dr. Nquist office advising NEW PT's signature. EE informed that he spent the whole mornig yesterday riding to all his treating provider office requesting them to fax over medical records to AETNA. DBM advised that is has not shown up in claim as of yet however, does not mean it hasn't been sent. EE advised that it takes 24- 48 hours to show in claim and once received will call and confirm. EE thanked DBM for calling.

| Claim Status | 12/18/2014  1:17:35PM | DIANA ACHESON | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee sts i sent notes in
ee rcvd letter ee adv would like copy of fax sent to dr Steven Nyquist  and anyother dr you are req nfo from sent tto the portal so he can take to them he is adv his dr says they have not rcvd anything from aetna please call ee if any questions

| Claim Status | 12/08/2014  8:18:51AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge EE
DBM acknowledge email from EE and no call back is needed.

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| E-mail from Member | 12/05/2014  6:59:59PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member-update
Good afternoon I was seen by my Nuerologist Dr Paul Buechel of KCA Nuerology 4323 Carothers Pkwy, Franklin, TN 37067
(615) 550-1800
Dr Buechel seems to have determined what is causing my Back pain and feet numbing and pain. The new MRI shows Bone Spurs that are inoperatable. When the spurs press on a nerve, I am in pain or develop numbness or pain in my feet. I saw the letter addressed to me online. Dr Nyquist and Yanoyamo will update information but they probably will not do any kind of Disability determination. I will contact their offices to request information updates. I was also seen by Dr. James Renfro concerning some right shoulder complications. I will be particpating in physical therahpy for the next three weeks and sucess or failure will determine if additional surgery is required. I am available at anytime for a follow up call.

| Claim Status | 11/24/2014  10:58:32AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |
|---|---|---|---|---|---|

Topic: No need for call to provider for f/u
No need for f/u call to provider Dr. Steven Nyquist submitted return fax to DBM on 11/21/2014. DBM will send out 30 letter to EE.

| Claim Status | 11/21/2014  2:39:03PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |
|---|---|---|---|---|---|

Topic: Call from provider office
DBM received vm from Amanda at Dr. Tad Yoneyama advising that EE has not been seen during the time frame requesting medicals.

| Claim Status | 11/06/2014  1:20:29PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: LTD Claimant Interview
DBM contacted EE to get a better understanding of EE's oow condition. DBM inquired if EE was treating with chiro that he mention in email sent on 09/19/2014. EE informed that he is no longer treating with chiro. EE stated that the spinal deep compression was no good. EE advised that he will be treating with therapist (Jonathan Gish) first OV will be the second week of October.EE will also treat with psychiatrist ( Dr. Steven Nyquist)on 10/13/2014. DBM asked EE what is the condition preventing him from returning to work. EE informed the pain and burning in his feet. EE will be treating with PCP on 10/02/2014. EE informed that his cymbalta have increase to 90 mg. EE states that he has difficulty with sleeping due to the pain that radiates from his feet to his back. EE informed that he can not sit for prolong period of time due to pain in feet and back. EE states that he can sit for 6-7 minutes before pain. EE advise that he does use the computer a total of 15 minutes a day. EE is capable of drive however only drives to take his son to school. EE states that he attends church but have difficulty with sitting. EE informed that EE has assistance with showering from his ex-wife. EE does nto cook. DBM inquired about classes EE informed that EE would take in the fall at MTSU. EE informed that he has not begin classes but may go in January 2015. EE has been denied. (See More)

| Claim Status | 10/06/2014  11:39:14AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge call
DBM acknowledge call

| Claim Status | 10/06/2014  11:37:02AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge call
DBM acknowledge call

| E-mail from Member | 10/03/2014  5:51:41AM | DOMINICA TAYLOR | [OR CUSTOMER SRVC REPRESENTA | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update
Sorry I did not finish my last message. I am in pain doing my PT. I normally take Tramadol and 2 Arthritis Strength Tylenol, so I should complete class, ice my back and prop up my legs. The true benefits will be enjoying doing something, getting out of the house and not focusing on my pain for a bit.

| E-mail from Member | 09/30/2014  3:24:41PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member-update
Good morning I would like to update my information concerning my phone conversation this morning. I have been following the Physical Therapy recommendations. I try to exercise, or stretch everyday but sometimes it is too painful. It was recommended to use the Elliptical machine versus a treadmill because the treadmill would be too stressful for my back.Using Tramadol and Arthritis Strength Tylenol I can normally use the machine for 20 minutes. I do my shoulder therapy exercises and I do my stretching at home. I believe the mental therapy will be helpful for my pain. When I first started the Cymbalta I was able to sleep 5-6 hours at night and did not experience burning in my feet all day. Now it appears I have to continue to increase the dosage for relief I believe the mental therapy will help me sleep and I am hopeful a better disposition, attitude and feeling of selfworth will help my daily life. I have become frustrated with medical and chiropractic relief claims but I will not give up hope of recovery.

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 09/30/2014  11:25:52AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: EE contacted for update on status
DBM contacted EE to get a better understanding of EE's oow condition. DBM inquired if EE was treating with chiro that he mention in email sent on 09/19/2014. EE informed that he is no longer treating with chiro. EE stated that the spinal deep compression was no good. EE advised that he will be treating with therapist (Jonathan Gish) first OV will be the second week of October.EE will also treat with psychiatrist ( Dr. Steven Nyquist)on 10/13/2014. DBM asked EE what is the condition preventing him from returning to work. EE informed the pain and burning in his feet.

EE will be treating with PCP on 10/02/2014. EE informed that his cymbalta has been increase to 90 mg. EE states that he has difficulty with sleeping due to the pain that radiates from his feet to his back. EE informed that he can not sit for prolong period of time due to pain in feet and back. EE states that he can sit for 6-7 minutes before pain. EE advise that he does use the computer a total of 15 minutes a day. EE is capable of drive however only drives to take his son to school. EE states that he attends church but have difficulty with sitting. EE informed that EE has assistance with showering from his ex-wife. EE does nto cook.


DBM inquired about classes EE informed that EE would take in the fall at MTSU. EE informed that he has not begin classes but may go in January 2015. EE has been denied.

| Claim Status | 09/30/2014  10:45:11AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Acknowledge call
DBM acknowledge call and will f/u with EE accordinly on disabling condition.

| Claim Status | 09/26/2014   1:02:13PM | SCHENIA HOLLIDAY | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: status
Tcf Mary Rowland, Lender ph 615-905-6200; calling to confirm length of payments. Per DBM, adv "Approved thru the end of November 2014, at which time we will f/u with provider office to obtain updated information to determine if condition contniuously support claim"

| E-mail from Member | 09/19/2014   8:27:12AM | SUSAN STEWART | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: update from ee
Good afternoon I found the chiropractic treatments to be more harmful then good. My feet seemed to burn more, especially at night. I was not able to sleep following the treatments and it did not provide any back relief. I have discontinued treatment and will be making an appointment with a psychiatrist tomorrow.

| Claim Status | 09/15/2014   1:27:31PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: updated treatment plan
updated treatment plan

| Claim Status | 09/15/2014   1:18:43PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: return call to ee
STS left advised ee that Aetna Disability does not make recommendations or referrals for treatment


| E-mail from Member | 09/11/2014  12:07:45PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: EE TX update
Good morning I have started Spinal Decompression treatment with Dr Derek Totty at Totty Chiropractic of Mt Juliet. 541 N Mt Juliet Rd, Mt Juliet TN 37122 615-758-7101. The session is supposed to run 20 treatments. I am open to any suggestions for pain relief.

| E-mail from Member | 08/16/2014  12:46:22PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
My next appointment is with Dr. Tad Yoneyama of Heritage Medical Clinic Jan 14th 2015. Current treatment is pain medication. I would be willing to go to any back specialist recommended by Aetna to help with the back pain.

# Central Note System - View All Report

## Click Here To Access The Excel Export View

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 08/15/2014  1:01:06PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: LTD Claimant Interview
Current Treatment: What is your current treatment plan? medication recreation center: physical therapy exercises daily basis. cant afford to continue to pay for pt physical therapy: last treatment may 2014 How do you think your recovery is progressing? not prgressing well. severe back pain What physicians are currently treating you? Dr. Yoneyama When was your last office visit with your physician(s)? July 2014 When is/are your next visit(s) scheduled? What are your current medications and dosages? (If any) tramidol - 50mg twice per day cymbalta -30mg once per day over the counter - arthritis tylenol How has your condition impacted your daily activities? (Housework, driving, child or elder care issues): not able to go many palces. drives son to school, takes a nap. if he has to shop his son or ex wife goes with him to lift bags. Who lives with you? moved in with ex wife to help with his expensives What are your thoughts on returning to work? not able to return to work Have you discussed this with your AP? have not had a discssion What contacts have you made with your employer since your disability.no Would you like any assistance in order to return to work? (Rehab program Note: Some contracts have mandatory rehab): OFF SETS: SSDI / WC / PENSION (Explain the ALLSUP process if applicable): had pycssch exam with ssa What is the status of your Social Security Disability claim? pending What are the dates of birth of your dependent children? REDACTED Are you eligible for a pension / retirement benefit from work? If so, are you currently receiving any benefits? no Are you receiving any benefits from Workers Comp? If so, ask for details including if a settlement is pending. no Assistive devices: not using any at this time.

| Claim Status | 08/04/2014  12:51:39PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: medication update
ee provided medication update

| Claim Status | 08/04/2014  12:50:31PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: appts.
dbm sending request to provider

| E-mail from Member | 08/02/2014  6:35:02PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
I tried to see my Pain Management doctor on Thursday July 31st and unfortunately I was 7 minutes late and she refused to see me. I have requested that my primary care doctor Tad Yoneyama, M.D. - Heritage Medical Associates provide my pain management treatment of Tramadol and Cymbalta versus Dr. Breanna Green. Dr Green has informed me previously that she cannot offer any other solution but pain medication and she charges twice as much for her consultations and I do not have the same personal relationship I have with my primary doctor. I feel he can offer better solutions.

| E-mail from Member | 07/15/2014  1:55:22PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: EE medication update
I had an appointment with Dr. Tad Yoneyama at Heritage Medical Group, Franklin, TN
He suggested I try Cymbalta again. Eat before taking the medicine and try to work through initial side effects. Started last night and I will pickup script this morning.

| Claim Status | 07/09/2014  11:04:56AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Obtain updated medicals from providers
DBM has request via fax updated medical information from Dr. Breena Green, Dr. Jason Knox, and Dr. Subir Prasad on 07/09/2014.

| Claim Status | 07/09/2014  11:03:37AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |

Topic: Obtain updated medicals from providers
DBM have request updated medicals from Dr. Breena Green, Dr. Jason Knox, and Dr. Subir Prasad thru fax on 07/09/2014.

| Claim Status | 06/23/2014  10:52:50AM | JACOB PETERSON | SR CUSTOMER SERVICE REP | 9452367 | Employee |

Topic: TCF APO- Rachna for follow up on the claim for proccessing of pprwk
TCF APO- Rachna for follow up on the claim for proccessing of pprwk
APO informed that she had recvd the forms and both were far TOO small
Advised would have the pprwk sent again
n ofurther qeustoions

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 35 of 1151 PageID #: 359

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/20/2014  11:46:13AM | MARTHA WILEY | Customer Srvc Representative | 9452367 | Provider |

Topic: APS/CLW refaxed to APO
TCF APO Nancy @ Dr. SUBIR PRASAD

APO called to req the APS/CLW to be refaxed to APO fax#: 615-916-3953 since the faxes rec'd were to small to read/complete.
CSR refaxed APS/CLW to APO today to fax#: 615-916-3953 To Dr Subir Prasad.
APO thanked CSR for assistance

Thank you
Martha Wiley (CSR)

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/17/2014  10:20:08AM | BARTHOLOMAEA GASPARD | INTAKE REPRESENTATIVE | 9452367 | Employee |

Topic: DR OFFICE FLUP ON FAX REQUEST
CHARLES REPORTED THAT DR KNOX DIDN;T PUT EE OOW PLS FAX REQUEST TO TREATING DR TO FILL OUT REQUEST

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/16/2014   2:38:47PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: req for medical records
faxing request for current offce visit notes

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/02/2014   3:03:57PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: vob letter
mailing ee a vob letter

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/02/2014   3:02:57PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: STATUS UPDATE
sts mailing ee provider form for him to list all new treating providers

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/02/2014   3:01:04PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: vob letter
mailing ee a vob letter

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/02/2014   2:04:13PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 9452367 | Employee |

Topic: reviewed
dbm will contact ee regarding questions for claim

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| Claim Status | 06/02/2014  11:42:01AM | TEMEKA JOHNSON | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: requesting dbm
tCF ee wanting to speak with dbm.. he has been contacting her for awhile and havent gotten a response. DBM is unavailable so i was directed to reach out to WAnda, which was on the phone. I verified nunber and told him the dbm will contact him shortly.

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| E-mail from Member | 05/30/2014   8:34:33PM | GLADYS WALTERS | Senior Customer Service Rep | 9452367 | Employee |

Topic: Member needs income verification letter
Good morning I sent two requests and have not received a response from either. I would like to email updates directly to my case manager. I do need an income letter.

| | | | | | |
|---------|-----------------|---------|-------|---------|--------|
| E-mail from Member | 05/28/2014  12:14:46PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
I would like the email address and contact phone number for my case manager please. I went to my Primary Care physician Dr. Tad Yoneyama at Heritage Medical Clinc. He believes I have a pinched nerve which is causing the painful burning of my feet. He was disappointed in the aloof attitude of Dr. Breanna Green not setting an urgency for the EMG. He is afraid the damage will continue and possible lead to numbness and muscle loss. I have scheduled an appointment with his referral Dr Subir Prasab of Heritage Medical Associates Thursday May 29th at 2:40PM

# Central Note System - View All Report

## Click Here To Access The Excel Export View

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Contact Notes History

View : EMPLOYEE    Contact Filter : ALL    Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| E-mail from Member | 05/23/2014 12:35:30PM | THEODORA WILLIAMS | CSR | 9452367 | Employee |

Topic: income letter
Email from member

I am trying to move and they would like a letter stating I will receive benefits beyond 2 yrs if I do not recover. Is this possible?

theodoar williams csr

| Claim Status | 05/07/2014 3:22:25PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: LTD BENEFIT APPROVAL
dbm advised ee of ltd benefit approval, shared monthly benefit amount and answered all questions

| Claim Status | 05/07/2014 2:38:55PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: CONFIRMATION OF SX DATE
HELEN FROM DR. RNEFRON'S OFFICE CALLED AND CONFIRMED EE'S LEFT KNEE SX WAS 4/18/2014

| Claim Status | 05/07/2014 12:44:15PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: req for medical records
faxing request from sx notes to dr renfro

| Claim Status | 05/07/2014 12:37:45PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: return call to ee
dbm advised ee claim is being reviewed, needed to confirm knee sx date
ee advised knee sx was performed 4/18/2014 and had f/u visit 4/26/2014

| Claim Status | 05/06/2014 5:26:09PM | KORIE LACHANCE | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ppwrk needed
TCF EE who was calling to advise he was told he would get a call back today and did not receive on, CSR advised AR is set, EE will receive call back tomorrow. EE understood. CSR advised no determination yet.

| Claim Status | 05/06/2014 5:19:20PM | SANDRA ATWOOD | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee call re status of claim
ee call re status of claim, call dropped while ee on phone, plz cll ee back

| Claim Status | 05/05/2014 3:48:00PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: return call to ee
DBM ADVISED EE CLAIM WILL BE REVIEWED TOMORROW

| E-mail from Member | 05/05/2014 1:37:33PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: EE req status
Will there be a decision tomorrow as promised?

| Claim Status | 04/28/2014 3:42:11PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: rtc to ee
lvmm to advise claim under review ltd dbm will respond once an update is available

| E-mail from Member | 04/28/2014 1:25:03PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: EE req status
I see my claims representative has changed, is there any update on my claim?

| Claim Status | 04/03/2014 9:44:01AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Provider |
|---|---|---|---|---|---|

Topic: f/u with Dr. Green/PM&R
Sent a request to Dr. Green for APS and evaluation dated 03/25/2014

| Claim Status | 03/27/2014 4:13:02PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: status
outreach to ee to advise claim approved through eob and peer review requested
ee is willing to assist if there are any issues with reaching dr

## Contact Notes History

View : EMPLOYEE      Contact Filter : ALL      Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 03/20/2014  1:50:09PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: rtc to dbm
helen rtc to dbm to advise ee has sx scheduled for 4/18/2014 for knee
ee 6weeks out from shoulder sx however still doing pt 3x's a week for strength
no f/u visit due to ee coming in for sx 4/18/2014

| Claim Status | 03/20/2014  1:47:08PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: pt notes
dbm spoke with phone rep requested pt notes to be sent for shoulder most recent
rep indicated would send for review

| Claim Status | 03/19/2014  9:51:44AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: medical information
outreach to ee regarding pt notes, and notes regarding ee's back issues with dr cote
ee indicated is going to pt today will have pw faxed for review, and will go directly to dr cote's office for pw to be sent regarding ee's back

| Claim Status | 03/18/2014  3:41:30PM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: knee surgery
Claimant informed me that she will have knee surgery April 18, 2014 by Dr. Renfro.  Still pending records from Dr. Cote/back surgeon.  Will be evaluated by PM&R 04/02/2014.

| Claim Status | 03/18/2014  3:08:41PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: JAMES RENFRO  Orthopedic Surgery   12/13/2013  615-834-4482
outreach to dr renfro to confirm sx date
lvmm for helen bottleworth to rtc with ee's nov date and if ee scheduled for knee sx

| Payment Inquiry | 03/13/2014  9:00:42AM | NADINE STOLARSKI | SR CUSTOMER SERVICE REP | 8893435 | Employee |

Topic: ee called about his  pay
ee was advised we atp. claim approved to 3/11/14. meds rec to review. ee to fu with his er

| Claim Status | 03/07/2014  9:27:31AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: status
Claimant has advised me via e-mail that Dr. Cote does not do disability paperwork but he will have the medical records faxed to me.  He is going to pain mgt today and I requested he sent the contact information for pain mgt physician.  I will advise STD.

| Claim Status | 03/07/2014  2:05:41AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:03/11/2014 Call Date/Time:2014-03-06 13:09:39 Call Attempt:1 Call Status:Inbound: Non-Responsive - Recipient hung up in header or failed to give a response to YN Authentication & system disconnected call Call Recipient Status: QUESTION: Are you RTW? QUESTION: May we transfer you?

| Claim Status | 03/07/2014  2:05:41AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:03/11/2014 Call Date/Time:2014-03-06 13:32:21 Call Attempt:1 Call Status:Inbound: Authenticated - Recipient Reached First Body Component Call Recipient Status: QUESTION: Are you RTW?NO QUESTION: May we transfer you?YES

| Claim Status | 03/07/2014  2:05:40AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:03/11/2014 Call Date/Time:2014-03-06 11:46:59 Call Attempt:1 Call Status:Authenticated - Recipient Reached First Body Component Call Recipient Status:OUTBOUND COMPLETE QUESTION: Are you RTW?NO QUESTION: May we transfer you?

| Claim Status | 03/06/2014  1:39:10PM | LINDSAY LAMB | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: rtw auto call
TCF EE he got the RTW auto call EE is not rtw on 3/12 he will need an extension, he stated that the AP should be sending updated medical info soon.

| Claim Status | 02/27/2014  3:05:52PM | PAUL FRUGE | Intake Representative | 9452367 | Employee |

Topic: TCF EE to see if tax form rec, CSR advised rec 2/26.`
.

## Contact Notes History

View : EMPLOYEE          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 02/21/2014  9:00:40AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: W4-S
I spoke to cliamant and ask him to complete a W4-s.  I provided him with the IRS website or the aetna disability website.

| Was paperwork received | 02/20/2014  1:46:35PM | JEREMY MOORE-WILLIAMS | customer service rep | 9452367 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: ee cking on p/w recieved
csr adv p/w recieved 02/20for reviewing by ltdm

| Claim Status | 02/18/2014  10:44:13AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: extended
outreach to ee to advise claim extended through nov 3/11/2014 need meds, pt notes. office visit notes to be sent for review
lvmm

| Claim Status | 02/14/2014  2:18:45PM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: LTD Claimant Interview
Initial Documentation of telephonic interview: Claimant Name: Arthur Davis, Claim 9452367, Dell Inc. ---------------------------------------------------------------------- DO YOU HAVE AETNA HEALTH INSURANCE/ who is your carrier? Currently I have Aetna COBRA. HISTORY / ONSET OF CONDITION: If it began prior to the date of disability, or is long standing, what changed to cause them to stop working? My shoulder tendons fell off both my right and left shoulder.  I was just mowing the lawn and lost full use of my arms. Unfortunately I was struck from behind and now have a Herniated Disc in my back which is causing severe pain along with my shoulder difficulties. What is your current medical treatment plan? I have therapy for my left shoulder two days a week. No therapy scheduled for right shoulder yet. Operation was on January 31st 2014. Is condition related to work in any way? Did you file a Workers Compensation claim? Name of company and claim adjuster? No, not work related. Do you have an attorney? Name, address, phone # David Clarke of Murfreesboro TN is representing me concerning the back injury. (615) 796-6299 111 North Maple Street, Murfreesboro, TN 37130 Did you have a non-work related injury or a MVA (Motor Vehicle Accident)? If so, how did the accident occur? When was the accident? Where? City and State? Any legal action pending due to orginial injury? Was a police report filed? If so, where was it filed? The back injury was a motor vechile accident occurred September 27, 2014. Police report was filed with Murfreesboro TN police department. David Clarke is handling the case. Restrictions & Limitations ¿ what did your physician advise you to avoid or that you should limit? I have a planned exercise program for my shoulders and back, I just do my therapy. My back problems have limited my activity as well. Height and weight: 6 feet 236lbs Name of all Medical Providers, provide phone and fax number.- How long have you been treating with them? October of 2014 to present. Dr. James Renfro of Premier Orthopeadics is treating me strictly for my shoulders. Dr. Christopher Kaufman was treating me for my back. November of 2014 to January 2015. 394 Harding Place. Nashville, TN 37211. Dr Nicholas Cote has taken over current back treatment. I attend therapy 3 times a week for my back. 1272Garrison Drive, Murfreesboro, TN 37129 Did you discusss your job duties with your provider? Yes Prescription medications/ what conditions are they prescribed for? I take Celebrex for my back and I have a number of painkillers for my shoulders and back when necessary. Describe a Typical Day/ ADLs: Back therapy at 9 or 9:30 until 10:30AM. Shoulder therapy at 11AM until 12PM. I come back home. Any help with household duties? Or shopping? Driving? Yard work? Child or elder care? My son helps with any large item shopping. I can do small item shopping. I don¿t drive a lot, it hurts my back and my shoulders. I hate to admit I have not cleaned my apartment since second surgery. My son lives with his mother, I am responsible for child support. Volunteer work ¿ where, how often, how many hours? NA RTW (return to work) Status: Projected Date? What are your plans for work? (or retirement?) Dr. James Renfro is predicting a March return date for shoulders. No ETA concerning my back, very difficult typing this email, both shoulders and back pain. Duties and Requirements of your Occupation: At least 8-10 hours a day sitting at desk making calls and typing. Job Status with ER? Are they holding your job? When did you last speak with your supervisor? Dell have offered me a severance package, I have accepted. Will they allow part-time or light duty work or provide any accommodations? Would you like assistance with RTW? NA Earnings: Your employer indicates your earnings as: $99,101.30/year. Do you agree? Yes Retirem

| Claim Status | 02/14/2014  10:08:42AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: tPC
Left vmm for claimant to call me back.

| Claim Status | 02/14/2014  9:27:09AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: ee's pay
ee called to indicate that still short on his pay, ee feels that he is due 3000.00 additional dollars from er
dbm advised that will see if payroll rep can contact ee to reconcile payments

| Claim Status | 02/14/2014  9:17:31AM | DEBBIE TAYLOR | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: Status of pmnts
tpc from ee for status of pmnts, CSR advised ER is ATP, EE wants to recd pmnt thru disability, call transd to DBM

| Claim Status | 02/13/2014  10:08:35AM | DONNA CHAPMAN | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---------|------------------|---------|-------|---------|--------|

Topic: was pw received
tcf ee
confirmed pw was received
advised ee payments are handle through er
confirmed claim approval dates

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 39 of 1151 PageID #: 733

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 02/11/2014  2:04:04AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:02/13/2014 Call Date/Time:2014-02-10 11:18:04 Call Attempt:1 Call Status:Answering Machine - Answering Machine Message Left Call Recipient Status:OUTBOUND IN-PROGRESS QUESTION: Are you RTW? QUESTION: May we transfer you?

| Claim Status | 02/11/2014  2:04:04AM | | Not On File | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:02/13/2014 Call Date/Time:2014-02-10 11:26:15 Call Attempt:1 Call Status:Inbound: Authenticated - Recipient Reached First Body Component Call Recipient Status: QUESTION: Are you RTW?NO QUESTION: May we transfer you?YES

| Claim Status | 02/07/2014  9:50:16AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: status
f/u with ee regarding approved extension, also need for meds from post-op visit for review
ee right hand dominate sx performed on 1/31/14
ee with therapy still on left shoulder attending today
and also therapy for back herniated disc
ee very miserable unable to sleep in his bed sleeps in a recliner chair was sleeping on a bean bag takes oxycodone for pain and to sleep at night
ee referred to eap for concerns with constant pain and also feeling miserable

| Claim Status | 02/04/2014  4:32:51PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to dbm
pat indicated that ee has f/u appt on 2/11/2014
fd rtw 6 months light duty rtw 1 month based on sx
dbm advised ee pdl is sedentary and will send jd to dr for review

| Claim Status | 02/04/2014  4:23:03PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: JAMES RENFRO   Orthopedic Surgery     12/13/2013   615-834-4482
outreach to dr renfro to confirm f/u visit date, prtw date
lvmm for a rtc from helen

to rtc with f/u visit date and also rtw date

| Claim Status | 01/30/2014  2:54:38PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: update
outreach to ee to advise claim updated, also will confirm sx and update claim
ee understood

| Returning Call | 01/24/2014  1:12:56PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: DBM rtc to EE
DBM rtc to EE regarding claim status. EE informed that EE would be schedule for sx on 01/31/2014. DBM inquired when was the last OVN with the provider. EE informed that he was last seen on 01/09/2014. DBM informed that she will request OVN from 01/09/2014 to be submitted to Aetna for review. EE then inquired when will his ER know that he should be paid thru 01/12/2014. DBM informed that Er was notified of extension on 01/09/2014. DBM advised EE to f/u with ER regarding payment.

| Claim Status | 01/24/2014  9:24:33AM | DOUGLAS HEYER | SR CUSTOMER SERVICE REP | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: update
ee calling has not RTW is still out and will have SX on 1/31/14 no plans to RTW between now and then advised I would let the DBM know ee states medical we have already states he would not RTW until 1/31/14 but now not even rtw then will have SX that day

| E-mail from Member | 01/19/2014  9:27:41PM | THEODORA WILLIAMS | CSR | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: ee will need additional time oow
Email from member

Good afternoon I have scheduled surgery for my right shoulder for January 31st. Unfortunately my right shoulder has deteriorated quickly, the tear has gotten worst and I will not be returning to work until second shoulder has recovered.

theodora williams csr

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Contact Notes History

View : EMPLOYEE     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 01/17/2014 10:12:20AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: reviewed
reviewed

| Claim Status | 01/17/2014 10:10:46AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to ee regarding pay
lvmm for a rtc with contact performing surgery, also to advise looking into pay issue

| Claim Status | 01/17/2014 9:31:23AM | MOHINEE VELIAN | USTOMER SERVICE REPRESENTATIV | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: I INFORM EE CLAIM IS APPROVED FROM 10/09-01/12 AND HIS ER IS PAYING, HE IS REQUESTING A CALL BACK
I INFORM EE CLAIM IS APPROVED FROM 10/09-01/12 AND HIS ER IS PAYING , HE IS REQUESTING A CALL BACK

| E-mail from Member | 01/10/2014 8:01:18AM | THEODORA WILLIAMS | CSR | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: sx date
Email from member

I am seen by my surgeon this morning and have scheduled surgery for my right shoulder to repair the Torn Rotator Cuff in that shoulder. Surgery is scheduled for January 31st at 1PM. I was adviced I should wait for second surgery to give my left arm more time to heal but I feel pressured to proceed.

| Claim Status | 01/03/2014 12:14:19PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to ee
outreach to ee to advise requested pt notes, rom values, treatment plan, rtw date
dr only sent in office visit note from 12/13

no meds to support an extension of std benefits

ee says fixing left shoulder, and right shoulder is getting worse
ee doing pt two times a week ee can't lift and right arm is worse

| Claim Status | 01/03/2014 10:03:29AM | JACOB PETERSON | SR CUSTOMER SERVICE REP | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: TCF EE for follow up on the claim for proccessing of benefit
TCF EE for follow up on the claim for proccessing of benefit
ADvised on the claim for proccessing of pprwk from 12/18/13
ADivsed still in review with the claim and not sure why not proccessed
Reached out to DBM for update in the claim
DBM unavial
EE request c.b

| Claim Status | 12/13/2013 1:07:57PM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: claim
tcf ee re claim dell will be doing layoffs. adv as long as ee is still disabled ee can be out on std until 040614.

| Claim Status | 12/05/2013 2:27:09PM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: fax number
tcf ee re fax number
adv to put claim number at top of form
adv fax number 866-667-1987

| Claim Status | 12/05/2013 11:08:34AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: reviewed
update

| Claim Status | 12/05/2013 11:02:21AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to dbm
sue indicated ee's nov is on 12/13/2013 for review

| Returning Call | 12/05/2013 11:01:53AM | ANNIE SANTOS | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: update
TCF EE says his NOV is on 12/13/13 w/Dr.Renfro and will be faxing in ROI form.

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 41 of 1151 PageID #: 415

## Contact Notes History

View : EMPLOYEE       Contact Filter : ALL       Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 12/05/2013 10:37:08AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: f/u with ee
outreach to ee to advise trying to confirm nov date, also if ee can provide release of information request with provider
so we can update claim

lvmm for a rtc with nov date

| Claim Status | 12/05/2013 10:22:28AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: JAMES RENFRO   Orthopedic Surgery   615-834-4482
outreach to dr renfro
spoke with sue in scheduling would not release the nov date due to hippa law

| Claim Status | 12/02/2013  1:09:41PM | RHONDA SICIARIDIS | STD Claim Analyst | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: pending claim recert
RECEIVED CALL FROM EE. VERIFIED CLINICALS RECEIVED 11/21/13. EXPLAINED REVIEW/RECERT PROCESS. ADVISED DBM WILL CONTACT ONCE REVIEW IS COMPLETE.

| Claim Status | 11/26/2013  1:37:54PM | LORI BRADSHAW | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: claim status
tcf ee wanted to know claim status
csr stated that medialinfo is in review that we rec'vd on 11/21
ee understood

| Claim Status | 11/20/2013 10:00:50AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: reviewed
will contact ee once update is available

| Claim Status | 11/20/2013  9:16:54AM | KARINA TABORDA | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: tfc ee
ee wanted to know why claim still states he will rtw on 11/25. advs ee that claim still in review. ee asked for dbm to contact him when review complete

| Payment Inquiry | 11/01/2013  9:19:01AM | MARY BELL-THOMPSON | Sr Customer Service Rep | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: Payment
tcf ee called to confirm payment dates, ee advised claim is ATP W/ CAL. EE was  referred back to his employers to confirm payment dates.

| Payment Inquiry | 10/24/2013  4:51:50PM | ERIC PECKHAM | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: EE cld in
TCF EE inq abt pymnt info if mailed or dir dep. Adv pymts handled ER adv to verify w/ER to confirm. Benefit Schedule:WEEKLY. EE inq if get right shoulder done would claim be approved. Adv claim would pend based ff When Sx performed for right side.

| Claim Status | 10/17/2013  5:44:31PM | KELINDA WARLING | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: reviewed
tcf ee stated he made call this morning and also sent email adv claim was approved 10-9-13 thru 11-24-13 adv fmla was approved also adv ee close to rtw will f/u
and if ee needs to ext will req ovn adv atp/calcs adv 7 day e/p

| Claim Status | 10/17/2013 10:55:10AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: reviewed
reviewed

| Claim Status | 10/16/2013 11:23:12AM | JOHN WORLEY | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: tcf ee
tcf ee - received aps and additional notes , adv is under rev

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 42 of 1151 PageID 10042

## Contact Notes History

View : EMPLOYEE     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 10/15/2013  2:36:12PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: rtc regarding dates

ee indicated fda 10/9 as ee ws unable to work was in pain on narcotics had sx on 10/11 two rotator cuff tears which required sx, dbm advised ee need meds from dr to support days prior as only sx information and mri howver nothing indicating ee unable to work prior


ee understood

| Returning Call | 10/15/2013  2:19:32PM | BRENDA WATERS | csr | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: ee rtc
ee rtc
ee was giving dates that he was out in sept. asking dont these days count..
csr explained that cm needed to know the fda for the claim right now.. ee stated 10 09
cm will call ee back to clear this up

| Claim Status | 10/15/2013  1:57:39PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: clarify dates oow
lvmm to advise fda/dos would be 10/11 days oow prior are non disabilty days
dbm will proceed with update and advise ee

| Claim Status | 10/15/2013  1:23:58PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: fda 10/11 sx date vacation days prior
review confirm and update

| Claim Status | 10/14/2013  12:58:05PM | LESLEY DUTIL | Customer Srvc Representative | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtcf ee
rtcf ee, I asked ee to confirm following:
LDW  10/8
FDA 10/9
SX date 10/11
ee took vacation days for 10/9 & 10/10
NOV 10/18
PRTW  4 weeks or longer
SX TYPE rotator cuff
HOSPITALIZATION DATES admitted 10/11 discharged 10/11
ee will lfup with apo for aps to be returned

| Claim Management Process | 10/11/2013  4:07:58PM | SHATOYA ROBEY | Disability Benefits Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: INITIAL EE CONTACT
IA CALLED EE REDACTED AND LVM FOR EE TO RTC TO AETNA
SR 10/11/2013 407PM
NEED TO CONFIRM:
FDA
LDW
NOV
PRTW
DX
SX DATE(IF APPLICABLE)
SX TYPE(IF APPLICABLE)
HOSPITALIZATION DATES(IF APPLICABLE)
NEED TO ADVISE EE WILL BE PLACED ON PENDING LEAVE AND WILL NOT BE PAID UNTIL STD HAS BEEN APPROVED. ALSO ADVISE EE OF 7 DAY WP AND
ADVISED EE CAN USE PBA/VAC TO COVER TIME OOW UNTIL STD IS APPROVED, AND IF STD IS APPROVED EE WILL BE REIMBURSED EE'S PBA/VACATION
EXCEPT TIME USED FOR WP

| Forms | 10/10/2013  4:41:46PM | MAHADI THASSIM | CUSTOMER SRVC REPRESENTATIVE | 8893560 | Employee |
|---|---|---|---|---|---|

Topic: ee in received std/fmla package with wrong claim #
adv portal to download correct forms

## Contact Notes History

View : EMPLOYEE    Contact Filter : ALL    Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 10/10/2013 11:22:10AM | CHERYL RUTH | CUSTOMER SRVC REPRESENTATIVE | Employee | Employee |

Topic: ee transferred to make a STD claim
EE transferred to make a STD claim, he thought that was what he made, but he told rep to make it a intermittent claim, he needs continuous claim .
Supervisor: Susan Park
Phone: 512-513-2701
Display: 518-451-3000 x 78738
*Actual FDA is 10/08/2013.
 Actual LDW 10/07/2013
 Already selected for an FMLA claim so I selected 10/2/2013 and using 10/1/2013 as LDW **EE on more than 2 medications a day

| Claim Status | 10/10/2013 10:55:36AM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 | Other |

Topic: ee requesting add std to loa
acknwldg, open a std claim

| Claim Status | 10/10/2013 10:53:51AM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |

Topic: EE SX date
TCF EE to advise his SX is 10/11.  EE advised he has not recv'd anything in the mail, CSR advised need HCPC to approve the claim.  EE advised need STD claim opened, thought did yesterday.  CSR advised not STD open, only FMLA intermittent.  CSR transferred EE to Intake to open STD claim.

| Claim Status | 10/08/2013 4:17:12PM | SHARLYNN DARRIS | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |

Topic: ee requesting add std to loa
ee is having surgery for same condition as existing intermitten loa claim.
please change status from intermitten to continuouis and add std
FDA: 10/9/
LDW: 10/8
**GAP: intermitten loa claim 10/9- 11/11
RTW: 4 weeks 11/11/13, then start therapy
Hospital: Premier Orthopaedics @ 615-332-3600
Dr:  james renfro @  394 harding place nashville tenn 37211

| Claim Status | 10/08/2013 4:07:39PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |

Topic: New Claim
New Claim Transferred ee to Intake.

| Claim Status | 10/07/2013 5:12:20PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |

Topic: EE calling in surgery information
EE called to advise he will be having out patient surgery on 10/11/2013 at Premier Orthopedics. Advise ee to call and confirm on 10/10/2013 that he is still having his surgery so we can follow up for any additonal information that may be needed. EE also called in days out from 10/8/2013 ,10/09/2013,10/10/2013 and 10/11/2013 all full days. Transaction Number 8877357

| Claim Status | 10/07/2013 12:05:17PM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 | Other |

Topic: EE REPORTED 09/09, 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM
acknwldg

| Claim Status | 10/04/2013 5:31:11PM | MOHINEE VELIAN | CUSTOMER SERVICE REPRESENTATIV | 8864540 | Employee |

Topic: EE REPORTED 09/09 , 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM
EE REPORTED 09/09. 09/19 AND 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 2PM-04PM

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 44 of 1151 PageID 00048



PO Box 14560
Lexington, KY 40512-4560
TERESA CRESPO
STD / LOA BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

10/07/2013

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

**Employer: Dell Inc**
**RE: Preliminary Designation of Request for Family Medical Leave**
**Claim Number: 8864540**

Dear MR. ARTHUR DAVIS:

Aetna Life Insurance Company ("Aetna") administers leaves for **Dell Inc** under the Family and Medical Leave Act (FMLA), applicable state law and leave policies of **Dell Inc**.

**Request for Leave**

On **10/4/2013,** you notified us of your need to take the following Intermittent leave(s):

**Federal Family and Medical Leave Act (FMLA)**
**Date(s) of Absence**
Beginning on **9/9/2013**

The leave was requested due to: Employee`s own health condition

Your leave(s), if approved, is scheduled to commence on 9/9/2013.

This letter is to inform you that you are eligible to receive FMLA leave scheduled to begin on 9/9/2013. Please note, your FMLA leave request has not yet been approved (see requirements below). Please submit the necessary information identified in Section C below by no later than close of business on 10/25/2013. If this information is not provided in a timely manner, your leave may be denied.

**Federal Family and Medical Leave Act (FMLA)**
Under the FMLA, except as explained below, eligible employees have a right to leave for the reasons described here. Please note, an employee shall give at least 30 days' notice before the date on which the leave will begin if possible; if the leave is unforeseeable, notice should be provided as soon as is reasonable and practicable.

    A.   Up to 12 weeks of unpaid leave in a 12-month period may be approved for the following reasons:
        1.   Because the employee is unable to perform the functions of his or her job due to his or her own serious health condition;
        2.   For the care of a spouse, son, daughter, or parent with a serious health condition ('spouse' covers marriages that are recognized in the state where the employee lives);
        3.   For the birth and care of a newborn child;
        4.   For placement of a son or daughter with the employee for adoption or foster care; or
        5.   Due to a qualifying exigency arising out of the employee's spouse, son, daughter, or parent being on active duty, receiving a call to order to active duty in support of a contingency operation, or being deployed to a foreign country

    B.   Up to 26 weeks of unpaid leave in a 12-month period may be approved for the following reason:
        1.   To care for a covered servicemember with a serious injury or illness, if the employee is the spouse, son,

daughter, parent, or next of kin of the servicemember.

**A. Serious Health condition:**
A serious health condition under FMLA means an illness, injury, impairment or physical or mental condition that involves inpatient care or continuing treatment by a health care provider. Continuing treatment (explained more fully on "Appendix A," attached at the end of this Notice), includes any one or more of the following: (1) incapacity and treatment; (2) employee's pregnancy or pre-natal care; (3) a chronic condition; (4) permanent or long-term conditions; or (5) conditions requiring multiple treatments.

**B. Preliminary Designation**
This notice serves as a Preliminary Designation for the leave(s) you requested, subject to our receiving a completed Health Care Provider Certification form or other required information (i.e. second or third medical opinion, employment records, etc.) needed to process your leave request within the required timeframe. Absences are not approved until a final determination is made by Aetna.

**C. Documentation needed to certify the leave(s):** Enclosed is an Authorization for the Release of Medical Information. This form is requested to assist Aetna in gathering information associated with your FMLA or state leave. Please complete the form and return it to Aetna at the above referenced address as quickly as possible. You may also fax it to Aetna at 1-866-667-1987.

- Enclosed is the Health Care Provider Certification (HCPC) form. It is your responsibility to obtain a completed HCPC form from the health care provider who is treating you or your qualified family member. Please have the health care provider complete the enclosed HCPC form and return it to the above referenced address by close of business on 10/25/2013. Alternatively, your health care provider can fax this form to 1-866-667-1987.
- If the requested absence is due to bonding, adoption or foster care, your employer may require proof such as a written statement / affidavit, birth certificate, or court documentation. The Authorization for the Release of Medical Information and Health Care Provider Certification are not required.
- Sufficient documentation to establish the required relationship between you and your family member.

**D. Important Information About Your Rights and Responsibilities Under FMLA:** Your health benefits will be maintained during any period of approved FMLA leave under the same conditions as if you continued to work, and are subject to your continued employee contributions. You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave.

You may be required to furnish re-certification relating to a serious health condition. As noted above, if your leave is on an intermittent basis, re-certification may be required as frequently as every thirty (30) days

For additional details, please refer to the attached "Statement of Employee's Rights and Responsibilities under Family Medical Leave Act".

Once we obtain the required information from you as specified above, we will inform you within five (5) business days whether or not your leave will be designated as FMLA leave and count towards your FMLA leave entitlement. Failure to furnish the required documentation by close of business on 10/25/2013 may result in the denial of your leave request.

Please review the additional enclosed information regarding Dell's Family and Medical Leave Policy. Please contact me at 800-354-1779, with any questions regarding your leave or this letter.

Sincerely,

TERESA CRESPO
STD / LOA BENEFIT MANAGER

Enclosures:
Return Envelope
Important Info About Dells Family and Medical Leave Policy
Fitness For Duty - Dell
Authorization for Release of Medical Information for Leave of Absence
Employee Rights and Responsibilities under FMLA
FML Certification - Employee Serious Health Condition

Appendix A: Explanation of Continuing Treatment
WorkAbility Portal Flyer

**Important Information about Dell's Family and Medical Leave Policy**

- **Fitness to Return to Work** – If you are on a medical leave, you will be required to present your employer with a fitness-for-duty certification in order to return to work. Failure to provide this certification will delay your return to work and may impact your pay. Limited capabilities: If accommodation for work restrictions or reduced schedule is required, you must submit a fitness-for-duty certification at least 2 business days prior to your return date.

- **PBA and Vacation** – You must use available PBA and/or Vacation during any otherwise unpaid FMLA leave, with the option of reserving five days. Please contact your manager to make arrangements for the use of your PBA and/or Vacation. Any paid time off used will be counted against your available leave under the FMLA. After you have exhausted your available PBA and/or Vacation, the remainder of your leave will be without pay. If you are receiving workers' compensation or disability benefits, then you may not use your PBA or Vacation.

- **Intermittent Absence Reporting** - If an intermittent leave is certified by the health care provider, you must notify Aetna and your manager each time you need to take intermittent leave for the certified reason. Intermittent absences must be reported to Aetna at (800) 354-1779 within 2 business days after you return to work. Failure to report an intermittent absence within 2 business days of returning to work may result in disciplinary action.

- **Continuation of Benefits** - During your leave, the benefits for which you are currently enrolled will be continued and the Dell-sponsored portion will continue to be paid by Dell. You will still be responsible for paying any monthly premiums. During a paid leave, your premiums will continue to be paid through payroll deductions. The Dell Benefits Center will provide you with information regarding arrangements for payment of your share of the premiums during any unpaid leave. You have a 30-day grace period in which to make such premium payments. In the event that you do not pay your share of the insurance premiums on a timely basis, your insurance coverage for yourself and/or your dependents may be terminated.
- Dependent Care (Day Care) Flexible Spending Account Program Exception: Your contributions to your Dependent Care (Day Care) Flexible Spending Account will automatically be suspended when you begin FMLA. To reinstate your Dependent Care (Day Care) Flexible Spending Account election, you must contact the Dell Benefits Center within 31 days of the date you return to work.

**Please contact the Dell Benefits Center at 1-888-335-5663, Option 1 for more information regarding benefit continuation during your leave.**

- **Other Types of Leave** – For information regarding other types of leave possibly available through your employer, please contact your manager or HR Generalist.



Leave Claim # 8864540

 **Fitness-For-Duty Certification**

Employee Name:_____ Badge No:_____ Date Leave Began: _____

Employee Social Security Number:_____ Home Phone:_____

### INSTRUCTIONS FOR EMPLOYEE

This form is important. Please read it carefully. This form will be used to evaluate your ability to return to your job, to determine whether you are a candidate for participation in Dell's Stay @ Work /Return to Work program, and to evaluate any accommodation you may require to return to your job. *Failure to properly complete this form and return it by the deadline may result in disciplinary action, up to and including termination of your employment.*

**If you have been away from work, the completed form must be returned at least two business days before your return to work.** If you are not able to return to work, you must return this form at least two business days before you use up all of your leave time. If you are or will be released to **restricted duty** and you have not used up all of your available leave time under the FMLA, you may continue your leave until you are able to return to work without restrictions or until you exhaust your available leave time, or you may request to return to restricted duty. If you do not know how much leave time you have remaining, call 8-1111 or 1-888-335-5663 and select option 5.

**If you have not been absent from work and have work restrictions**, please complete the following medical release:
I hereby authorize my treating health care provider(s) to release to Dell any information regarding my ability to work.

Employee Signature: _____ Date: _____

---

**HEALTH CARE PROVIDER TO COMPLETE THE FOLLOWING:**

I certify the following return to work status for the above named employee:

[  ] **No restrictions**—employee may return to work without restrictions      Date of return_____

[  ] **Restricted duty**—employee may return to work with restrictions      Date of return_____
              *If you check Restricted duty, please complete next page*

[  ] Employee is **unable to return to work**                  Estimated date of return _____

Incapacity is/Restrictions are:      [  ]      **TEMPORARY**      Estimated end date of restrictions_____

                              [  ]      **PERMANENT or INDEFINITE**

Name of health care provider (print):_____

Phone:_____      Fax:_____

Signature:_____      Date:_____

---

Fax completed form to: **(866) 667-1987**
or mail to: Aetna, PO Box 14560, Lexington, KY 40512-4560
Document Revision AET2, 10/2008 Page 1 of 2



Leave Claim # 8864540

**RESTRICTIONS**

Employee Name:_____ Badge No:_____ Date: _____

| SCHEDULED RESTRICTIONS: |
|---|

Scheduled Absences for Treatment (please list schedule, duration and frequency):_____

_____

Max. Hours/Day:_____          Max. Hours/Week: _____

Required Breaks    Duration: _____          Frequency: _____

| POSTURE/MOTION CAPABILITIES | HOURS (Circle Hours Patient Can Perform Each Posture/Motion) | RESTRICTIONS (Circle if No Restriction) |
|---|---|---|
| **STANDING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **SITTING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **KNEELING/SQUATTING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **PUSHING/PULLING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **TWISTING/BENDING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **WALKING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **CLIMBING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **REACHING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **KEYBOARDING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **GRASPING/SQUEEZING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |
| **LIFTING/CARRYING:** | 0  1  2  3  4  5  6  7  8  9  10  11  12 | NONE |

**\*LIFT/CARRY # of lbs**.  [   ] 10lbs. maximum  [   ] 20lbs. maximum  [   ] 30lbs. maximum [   ] other _____

| MISCELLANEOUS RESTRICTIONS: |
|---|

Required orthopedic aids (e.g., splint, brace, *etc.*): _____

[   ] No driving/operating heavy equipment

Explanation of above or any other restrictions:_____

_____

_____

Fax completed form to:  **(866) 667-1987**
or mail to:  Actna, PO Box 14560, Lexington, KY  40512-4560
Document Revision AET2, 10/2008 Page 2 of 2



Leave Claim # 8864540

 **aetna®**

# Authorization for Release of Medical Information – Leave of Absence

**Mail this completed form to:**
Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

This form requests an Employee's express authorization ("Authorization") for Aetna Life Insurance Company ("Aetna") to ask another person or organization to disclose Employee's Protected Health Information ('PHI') to Aetna for the following limited purpose(s):

**Administration of leave of absence requests ("leave requests") under the Federal Family and Medical Leave Act (FMLA) and state family and medical leave laws.**

We are asking you to allow Aetna to discuss PHI with your health care provider to clarify information on the Health Care Provider Certification Form (the "Medical Certification") submitted to Aetna in support of your leave of absence request. Clarification may entail questions about the health care provider's handwriting on the Medical Certification or questions to understand the meaning of a response on the Medical Certification. Additionally, we are asking you to allow your health care provider or Aetna to share PHI pertaining to your serious health condition, to a health care provider who Aetna may retain to perform a second or third opinion on your request for a leave of absence.
I understand the following:

- There may be a delay in the processing of my leave request if clarification of Medical Certification, or a second or third opinion are necessary.
- This Authorization lasts twelve (12) months after my leave request is processed, unless law requires a shorter period.
- I may revoke this Authorization at any time by notifying Aetna in writing, but if I do that, it won't have any effect on actions that Aetna takes before receiving my revocation notice.
- If I do not sign this Authorization, it will not affect how Health Care Providers treat me. However, Aetna may not be able to review my leave request to determine if I am eligible for benefits, and my leave request may be denied.
- I may receive a copy of this Authorization if I make my request in writing to the address listed above.
- Once my Information is given out as allowed in this Authorization, federal privacy laws may not protect it.
- The Information released under this Authorization may be submitted to Aetna electronically, by phone, fax or mail.
- I can see or copy this signed form if I ask Aetna for it in writing.
- A copy of this Authorization may be treated as a signed original.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

| Employee's Name | Date |
|---|---|
| Employee's or Legal Representative's Signature | Legal Representative's Name and Relationship |
| Employer's Name | |

**If your leave is being requested to Care for a Family Member please have your family member or his / her legal representative complete the section below.**

| Family Member's Name (Patient) | Date |
|---|---|
| Family Member's or Legal Representative's Signature | Legal Representative's Name and Relationship |

**WKAB**
GR-68474



# EMPLOYEE RIGHTS AND RESPONSIBILITIES
## UNDER THE FAMILY AND MEDICAL LEAVE ACT

**Basic Leave Entitlement**

FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

- For incapacity due to pregnancy, prenatal medical care or child birth;
- To care for the employee's child after birth, or placement for adoption or foster care;
- To care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
- For a serious health condition that makes the employee unable to perform the employee's job.

**Military Family Leave Entitlements**

Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12-month period. A covered servicemember is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the servicemember medically unfit to perform his or her duties for which the servicemember is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list.

**Benefits and Protections**

During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.

Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

**Eligibility Requirements**

Employees are eligible if they have worked for a covered employer for at least one year, for 1,250 hours over the previous 12 months, and if at least 50 employees are employed by the employer within 75 miles.

**Definition of Serious Health Condition**

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Use of Leave**

An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

**Substitution of Paid Leave for Unpaid Leave**

Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

**Employee Responsibilities**

Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures.

Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

**Employer Responsibilities**

Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employees' rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.

Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

**Unlawful Acts by Employers**

FMLA makes it unlawful for any employer to:

- Interfere with, restrain, or deny the exercise of any right provided under FMLA;
- Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

**Enforcement**

An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

**FMLA section 109 (29 U.S.C. § 2619) requires FMLA covered employers to post the text of this notice. Regulations 29 C.F.R. § 825.300(a) may require additional disclosures.**



**For additional information:**
1-866-4US-WAGE (1-866-487-9243) TTY: 1-877-889-5627
**WWW.WAGEHOUR.DOL.GOV**



U.S. Wage and Hour Division

U.S. Department of Labor | Employment Standards Administration | Wage and Hour Division    WHD Publication 1420 Revised January 2009



Leave Claim # 8864540



## Family Medical Leave Act (FMLA) Certification for
## <u>Employee's Serious Health Condition</u>[1]

Return completed form to:  **Aetna Life Insurance Company**
**PO Box 14560**
**Lexington, KY  40512-4560**
**Fax: 1-866-667-1987**

---

### SECTION I:  For Completion by the EMPLOYEE:

---

**INSTRUCTIONS to the EMPLOYEE:**
Please complete Section I before giving this form to your medical provider. The FMLA permits an employer[2] to require that you submit a timely, complete, and sufficient medical certification to support your request for FMLA leave due to your own serious health condition. If requested by your employer, completion of this certification is needed for you to get or keep the benefit of FMLA protections.  29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a delay or denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

| Last Name | First Name | Middle Initial |
|---|---|---|
| DAVIS | ARTHUR | |
| Employer Name | Job Title | |
| Dell Inc | | |

Job Description & Essential Job Functions (Please describe with details):

_____

_____

How many hours are you scheduled to work each week? _____

Please circle your scheduled work days:      SAT  SUN  MON  TUE  WED  THUR  FRI

       If your schedule varies each week, please check here: ☐

On the days that you work, are you scheduled to work the same number of hours each day? ☐ No  ☐ Yes

What time are you scheduled to begin and end your work day? _____

Are you paid overtime if you work more than 40 hours in a week? ☐ No  ☐ Yes

**What is the reason for your FMLA request?**

    ☐ Employee's serious health condition (other than pregnancy):

    ☐ Pregnancy/Childbirth - Estimated Date of Delivery: _____

---

**Employee's Signature:** _____      **Date:** _____

---

[1] This Certification may also be used for certification of state leaves and employer's company leaves.
[2] Reference to your employer extends to Aetna in its capacity as your employer's third party administrator.

FML Cert-EOI (01-12)
Page 1 of 5



## SECTION II: For Completion by the HEALTH CARE PROVIDER:

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient, referred to here as "the employee," has requested leave under the FMLA. Please answer all applicable sections fully and completely. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the employee. Be as specific as you can; terms such as "as medically necessary," "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. *Please limit your responses to the condition for which the employee is seeking leave*, and be sure to sign the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Employee's Name: _____

Provider's name and business address: _____

Type of practice / Medical specialty: _____

Telephone: (_____)_____ Fax: (_____)_____

## PART A: MEDICAL FACTS

1.  Please provide the following information regarding the employee's medical condition.

    Approximate date condition commenced: _____

    Probable duration of condition: _____

    **Mark below as applicable:**
    Was the employee admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

    ☐ No  ☐ Yes     If yes, dates of admission and duration of stay:

    _____

    Date(s) you treated the employee for the condition requiring leave: _____

    Most recent date of treatment by you or another provider: _____

    Will the employee need to have treatment visits at least twice per year due to the condition? ☐ No  ☐ Yes

    Will the employee need to be treated again in the future for this condition? Please provide dates of any such treatments that have been scheduled, or, if no future treatments have been scheduled, please indicate when and how often they will be needed.

    _____

    Has medication, other than over-the-counter medication, been prescribed? ☐ No  ☐ Yes

    Has the employee been referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ☐ No  ☐ Yes



2. Is the medical condition pregnancy? ☐ No ☐ Yes

   If so, expected delivery date: _____

3. Use the information provided by the employer, if available, to answer these questions. If the employer has not provided a list of the employee's essential functions or a job description, please answer these questions based upon the employee's own description of his or her job functions.

   Is the employee unable to perform any of his or her job functions due to the condition? ☐ No ☐ Yes

   If so, identify the job functions the employee is unable to perform:

   _____

   _____

4. If the treating provider is a chiropractor, does the treatment being provided to the employee consist of manual manipulation of the spine to correct a subluxation as demonstrated by an X-ray? ☐ No ☐ Yes

5. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

## PART B: AMOUNT AND NATURE OF LEAVE NEEDED

6. When will the employee be incapacitated from work? (Please select and complete one of the options below.)

   ☐ From _____ through _____, with an expected return to work on
   _____.
   (If the employee will also need to be absent from work intermittently due to his or her condition before or after this time period, please complete question 7. If the employee will need to work a consistently reduced number of hours due to his or her condition before or after this time period, please complete question 8.)

   ☐ Beginning on _____ and lasting for the following amount of time: _____.
   (If the employee will also need to be absent from work intermittently due to his or her condition before or after this time period, please complete question 7. If the employee will need to work a consistently reduced number of hours due to his or her condition before or after this time period, please complete question 8.)

   ☐ The employee is or will be incapacitated intermittently, not for a specific timeframe. (Please complete question 7.)

   ☐ The employee can continue working, but will need to work a consistently reduced number of hours per day or per week. (Please complete question 8.)

Leave Claim # 8864540

7. If the employee will need to be absent intermittently, please provide the following information. The employee's work schedule may be available on page 1 for reference.

  ▪ How long will the employee be affected by this condition? _____

  ▪ Will the condition cause episodic or unpredictable flare-ups periodically preventing the employee from performing his or her job functions? ☐ No ☐ Yes

  Is it medically necessary for the employee to be absent from work during these flare-ups?
  ☐ No ☐ Yes    If yes, please explain:

  _____

  _____

  If you answered yes to both prior questions, please estimate the frequency of flare-ups and the duration of related incapacity that the employee may experience over the next 6 months, based on the employee's medical history and your knowledge of the medical condition (e.g., 1 episode every 3 months lasting 2 days):

  FREQUENCY: _____ time(s) every: _____ ☐ week(s) _____ ☐ month(s)
  (Example: __1__ time(s) every: _____ ☐ week(s) __3__ ☒ month(s) to indicate "once every 3 months")

  DURATION: _____ ☐ hour(s) _____ ☐ day(s) per episode
  (Example: _____ ☐ hour(s) __2__ ☒ day(s) per episode to indicate "2 days per episode")

  ▪ Will intermittent absences be required due to follow-up or other medical appointments? ☐ No ☐ Yes

  If yes, please estimate the frequency of these appointments and the duration of absence required for these appointments, including the time it may take for the employee to travel to the appointments (e.g., 1 time every 3 months lasting 2 hours):

  FREQUENCY: _____ time(s) every: _____ ☐ week(s) _____ ☐ month(s)
  (Example: __1__ time(s) every: _____ ☐ week(s) __3__ ☒ month(s) to indicate "once every 3 months")

  DURATION: _____ ☐ hour(s) _____ ☐ day(s) per appointment
  (Example: __2__ ☒ hour(s) _____ ☐ day(s) per appointment to indicate "2 hours per appointment")

8. If the employee's condition will require him or her to work a reduced work schedule, please provide the following information. The employee's regular work schedule may be available on page 1 for reference.

  Is it medically necessary for the employee to work a reduced number of hours? ☐ No ☐ Yes

  If yes, please explain: _____

  _____

  ▪ How long will the employee be affected by this condition? _____

  ▪ How many hours will the employee be able to work per day?
  Mon _____ Tue _____ Wed _____ Thurs _____ Fri _____ Sat _____ Sun _____

  Or: how many hours will the employee be able to work per week? _____

FML Cert-EOI (01-12)
Page 4 of 5



- What medical restrictions will the employee have, if any, while working these reduced hours?

  _____

- When will the employee be able to resume his or her regular work schedule? _____

**ADDITIONAL INFORMATION:**
**IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____        _____
**Signature of Health Care Provider**                    **Date**



## Appendix A:  EXPLANATION OF CONTINUING TREATMENT

**Incapacity and Treatment**
Incapacity and treatment entails a period of more then three (3) full calendar days
and subsequent treatment or incapacity that involves; (a) in person treatment with a
health care provider two (2) or more times within a thirty (30) days of your first
incapacity, or (b) in person treatment with your health care provider at least once
within the first seven (7) days of incapacity, which results in regimen of continuing
treatment under your health care provider's supervision.

**Chronic Condition**
A chronic condition (a) requires periodic visits for treatment by a health care provider
at least twice a year, (b) continues over am extended period of time (including
recurring episodes of a condition); and which (c) may cause episodic incapacity rather
then a continuing period of incapacity,

**Permanent or Long Term Condition**
A permanent or long term condition entails a period of incapacity for which treatment
may not be effective.  The employee or family member must be under the continuing
supervision of, but need not be receiving active treatment by, a health care provider
(e.g. Alzheimer's terminal stages of an illness).

**Conditions Requiring Multiple Treatments**
Any period of absence to receive multiple treatments (including period of recovery) by
a health care provider or a provider of health care services.

**[NOTE:  IN THE STATE OF CT. THE HEALTH CARE PROVIDER IS NOT TO
DISCLOSE THE UNDERLYING DIAGNOSIS WITHOUT THE CONSENT OF THE
PATIENT]**





# WorkAbility® Absence Management System
## A better way to keep track of your claim

**The site is so easy to use. You can log in any time, day or night.**

www.aetnadisability.com

You've created a claim with us because you need to be out of work. Now your focus is making sure the process goes smoothly so if your claim is approved, you get paid correctly and on time.

The Aetna WorkAbility® website can help!

**All you have to do is sign up on the site:**
➢ Go to www.aetnadisability.com
➢ Click "Register Now"
➢ Follow the prompts to create your secure user ID and password

Here are some of the things you may be able to do:
➢ Print or download forms needed to process your claim
➢ Check the status of your claims and payments
➢ Get letters and updates as soon as possible by telling us to send them electronically instead of in the mail– then log in to read them
➢ Add time to a claim
➢ Print copies of your benefits pay stubs, or save them to your computer
➢ Sign up for direct deposit
➢ Report a return-to-work day so your employer knows when you'll be back
➢ Contact Aetna at any time via E-mail

(Your employer may not offer all of these options.)

Make it easy on yourself. Start using the WorkAbility® website today. Go to **www.aetnadisability.com** and select "Register Now."

---

**Aetna Mobile - Find what you need -- wherever, whenever**



**Two ways to download your FREE Aetna Mobile App:**

- Text **Apps** to **44040** to download now*
- Scan the code with your mobile device

Learn more, visit us at **www.aetna.com/mobile**
*Standard text messaging rates may apply

---



[[EMAILSUBJECT: Response to your query]]

*PLEASE DO NOT REPLY*
*This mailbox is not monitored on a daily basis.*
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
10/17/2013

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Leave #: 8864540.

A Short Term Disability introductory letter was mailed to you on October 11, 2013. Please follow the instructions in this letter and have the Authorization to Share and Use Medical Information form and the FML Certification form completed and returned to Aetna in a timely manner.

Your letters and forms are also available for you to view on our website. You may log into your claim and click on the VIEW MY LETTERS tab; then click on the desired letter. Please be sure to disable any pop up blockers on your computer as the letter will open as a pop up.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
**Visit us on the Web: https://www.aetnadisability.com**



PO Box 14560
Lexington, KY 40512-4560
AKINKAWON TURNER
STD / LOA Benefit Manager
Phone: 800-354-1779
Fax: 1-866-667-1987

01/21/2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

**Employer: Dell Inc**
**RE: 100% Exhaustion**
**Claim Number: 8864540**

Dear ARTHUR DAVIS:

Aetna Life Insurance Company ("Aetna") administers leaves for Dell Inc under the Family and Medical Leave Act (FMLA), applicable state law and leave policies of Dell Inc.

This letter is to inform you that you have utilized 100% of the entire allotment for the following entitlement(s):

| Entitlement Name | Date of 100% Exhaustion |
|---|---|
| Federal Family and Medical Leave Act (FMLA) | 12/31/2013 |

**Federal Family and Medical Leave Act (FMLA)**
Under the FMLA, except as explained below, eligible employees have a right to leave for the reasons described here. Please note, an employee shall give at least 30 days' notice before the date on which the leave will begin if possible; if the leave is unforeseeable, notice should be provided as soon as is reasonable and practicable.

A. Up to 12 weeks of unpaid leave in a 12-month period may be approved for the following reasons:
1. Because the employee is unable to perform the functions of his or her job due to his or her own serious health condition;
2. For the care of a spouse, son, daughter, or parent with a serious health condition ('spouse' covers marriages that are recognized in the state where the employee lives);
3. For the birth and care of a newborn child;
4. For placement of a son or daughter with the employee for adoption or foster care; or
5. Due to a qualifying exigency arising out of the employee's spouse, son, daughter, or parent being on active duty, receiving a call to order to active duty in support of a contingency operation, or being deployed to a foreign country

B. Up to 26 weeks of unpaid leave in a 12-month period may be approved for the following reason:
1. To care for a covered servicemember with a serious injury or illness, if the employee is the spouse, son, daughter, parent, or next of kin of the servicemember.

It is important to understand that any absences after **12/31/2013** and prior to the next entitlement start date are not job-protected under the entitlement(s) listed above.

DELL00062

You should refer to your employee benefits documentation for a detailed description of **Dell Inc** leave policies.

Please contact me at 800-354-1779 with any questions regarding this letter.

Thank you,
AKINKAWON TURNER
STD / LOA Benefit Manager

**Chronological Claim Notes:**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

The notes are sorted by Task Completed Date when the Task Status is Closed, otherwise they are sorted by the Last Update Date of the Task.

## **** Important Notice ******

### This report is for *Internal Use Only* and contains Protected Health Information (PHI)

### Internal Aetna Users must adhere to Aetna's Patient Confidentiality standards.

### For further information please visit: Aetna's Information Security Statement of Po

## ***CONFIDENTIALITY NOTICE***

This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Run Date: 10/06/2015  4:50:51 am

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Claim Owner Reassignment | 2/5/14 | Closed | 2/5/14   9:49 am | CLAIM TECH USER1 CLAIM TECH USER1 | WKAB SYSTEM | WKAB SYSTEM | 2/5/14   9:49 am |
| Audit information | | | | Claim Owner changed from CLAIM TECH USER1 CLAIM TECH USER1 to MARIBEL AMOR | | | |
| Prior Owner: | | | | CLAIM TECH USER1 CLAIM TECH USER1 | | | |
| New Owner: | | | | MARIBEL AMOR | | | |
| Claim Status: | | | | Pend | | | |
| Date of Change: | | | | 2/5/2014 | | | |
| Time of Change: | | | | 9:49 AM | | | |
| Claim Tier: | | | | Tier 3 | | | |
| Internal Worknote | 2/5/14 | Closed | 2/5/14  10:57 am | CAROLE BISHOP | KRISTEN MCQUILLAN | CAROLE BISHOP | 2/5/14  10:57 am |
| Please enter the internal work note. | | | | Hi Carol, | | | |
| | | | | LTD claim created. | | | |
| | | | | Thanks, Kristen | | | |
| STD to LTD Transition Information Letter | 2/5/14 | Closed | 2/5/14  10:58 am | MARIBEL AMOR | KRISTEN MCQUILLAN | CAROLE BISHOP | 2/5/14  10:58 am |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| LTD Packet Received | 2/5/14 | Closed | 2/5/14  10:59 am | MARIBEL AMOR | KRISTEN MCQUILLAN | CAROLE BISHOP | 2/5/14  10:59 am |
| EE Statement Received | | | | 2/5/2014 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| ER Statement Received | | | | 2/5/2014 | | | |
| APS Received | | | | 2/5/2014 | | | |
| Is additional information needed: (Please check all that apply) | | | | 191001\|191002\|191003\|191004\|191005 | | | |
| If Other, please specify: | | | | | | | |
| Proceed with denial for failure to receive appropriate documentation. | | | | | | | |
| Notes | | | | LTD packet not received. Task closed to explode claim. | | | |
| Plan of Action | | | | SNR to work with STD DBM and LTD DBM to perfect claim for transition to LTD and to continue to assist LTD DBM with LTD claims processing. | | | |
| LTD Initial ER Contact - Email | 2/5/14 | Closed | 2/5/14 11:05 am | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 2/5/14 11:05 am |
| To Address List: | | | | US_leave_administrator@dell.com;STD_LOA@aetna.com,SUSAN_PARKER@DELL.COM, | | | |
| CC Address List: | | | | AmorM@Aetna.com, UngerJ@aetna.com | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| LTD Claim Assignment | 2/5/14 | Closed | 2/5/14 11:26 am | CAROLE BISHOP | CAROLE BISHOP | CAROLE BISHOP | 2/5/14 11:26 am |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Case Direction/Return to Work Plan | | | | | | | |

Case Direction/Return to Work Plan

- Referred to LTD by STD on: 2/5/14
- LTD rec'd: 2/5/14
- STD claim: 8893435
- LTD claim: 9452367
- FDA: 10/9/13
- STD: Plan AA
- LTD: Plan DD
- STD  EOB: 4/6/14
- STD WP: 7 days
- LTD WP: 180 days
- LTD date: 4/7/14
- Pre-X:  Review if applicable
- Hrs: 40
- Job title/JD:INSIDE SALES ACCOUNT MGMT III, reported as Sedentary. JD in STD claim.
- DOH: 5/55/06
- Dx's: Bilateral RTC tears
- STD currently approved from: 10/9/13-2/13/14
- Claim Hx: EE is a 50 y.o.m. Underwent 10/7/13 Arthroscopy, left shoulder, surgical; with rotator cuff repair; Acromioplasty and Debridement. Surgeon Dr Renfro reported at his 12/13/13 eval that the EE was still doing passive and assisted exercises with therapy following his massive RTC Repair. MD reported the pt is concerned about the level of discomfort. MD reported pain is die to the magnitude of surgery.
- EE, per the Op Report rec'd in the STD claim, just underwent Right shoulder OPEN RTC repair due to another "massive RTC Tear". See the Op report for all procedures performed.

----------------
DBM Directives:
1. Please continue to work with the STD DBM to perfect claim for transition to LTD.
2. Please confirm eligibility for LTD and review eligibility for effective date, pre-X if applicable, and plan exclusions.
3. Please obtain JD if not done by STD(Was Done, in STD claim).
4. Please  complete LTD interview and obtain complete LTD packet from EE.
5. Please develop LTD action plan.
6. Please seek SNR as needed.
7. Please obtain height and wt, if applicable.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| LTD Plan Name | | | | 55557 | | | |
| Has Eligibility been confirmed? | | | | No | | | |
| Load Balance: | | | | Yes | | | |
| Job Title: | | | | INSIDE SALES ACCOUNT MGMT III | | | |
| LTD Plan Name | | | | | | | |
| Triggers: | | | | | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Hospitalization: | | | | | | | |
| From | | | | | | | |
| To | | | | | | | |
| Estimated Date of Delivery: (if applicable) | | | | | | | |
| Actual Date of Delivery: (if applicable) | | | | | | | |
| Tier: | | | | Tier 3 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Claim Owner Reassignment | 2/5/14 | Closed | 2/5/14  11:28 am | CLAIM TECH USER1 CLAIM TECH USER1 | WKAB SYSTEM | WKAB SYSTEM | 2/5/14  11:29 am |

| | |
|---|---|
| Audit information | Claim Owner changed from CLAIM TECH USER1 CLAIM TECH USER1 to MARIBEL AMOR |
| Prior Owner: | CLAIM TECH USER1 CLAIM TECH USER1 |
| New Owner: | MARIBEL AMOR |
| Claim Status: | Pend |
| Date of Change: | 2/5/2014 |
| Time of Change: | 11:28 AM |
| Claim Tier: | Tier 3 |

| Task Name | Scheduled | Status | Completed | Claim Owner | Originator | Last Updated By | Date |
|---|---|---|---|---|---|---|---|
| Employer Job Description | 2/20/14 | Closed | 2/6/14  3:23 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/6/14  3:23 pm |

| | |
|---|---|
| Please enter the employer job description. | I examined the job analysis, the occupation is sedentary.  I will ask ER for a job description. |
| Please enter the employer job description - contd | |

| Task Name | Scheduled | Status | Completed | Claim Owner | Originator | Last Updated By | Date |
|---|---|---|---|---|---|---|---|
| LTD Claimant Interview | 2/14/14 | Closed | 2/14/14  2:18 pm | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 2/14/14  2:18 pm |

| | |
|---|---|
| Completed Contact Type: | Employee |
| If Attorney or "Other" Please define: | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Notes

Initial Documentation of telephonic interview:       Claimant Name:  Arthur Davis, Claim 9452367,  Dell Inc.
-------------------------------------------------------------------------------------------------------------

DO YOU HAVE AETNA HEALTH INSURANCE/ who is your carrier?
Currently I have Aetna COBRA.

HISTORY / ONSET OF CONDITION:  If it began prior to the date of disability, or is long standing, what changed to cause them to stop working?
My shoulder tendons fell off both my right and left shoulder. I was just mowing the lawn and lost full use of my arms. Unfortunately I was struck from behind and now have a Herniated Disc in my back which is causing severe pain along with my shoulder difficulties.

What is your current medical treatment plan?
I have therapy for my left shoulder two days a week. No therapy scheduled for right shoulder yet. Operation was on January 31st 2014.

Is condition related to work in any way?  Did you file a Workers Compensation claim?  Name of company and claim adjuster? No, not work related.

Do you have an attorney?  Name, address, phone #
David Clarke of Murfreesboro TN is representing me concerning the back injury.
(615) 796-6299
111 North Maple Street, Murfreesboro, TN 37130

Did you have a non-work related injury or a MVA (Motor Vehicle Accident)?  If so, how did the accident occur?  When was the accident?  Where?  City and State?  Any legal action pending due to orginial injury?
Was a police report filed? If so, where was it filed? The back injury was a motor vechile accident occurred September 27, 2014. Police report was filed with Murfreesboro TN police department. David Clarke is handling the case.

Restrictions & Limitations ¿ what did your physician advise you to avoid or that you should limit?  I have a planned exercise program for my shoulders and back, I just do my therapy. My back problems have limited my activity as well.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Height and weight: 6 feet 236lbs

Name of all Medical Providers, provide phone and fax number.- How long have you been treating with them? October of 2014 to present. Dr. James Renfro of Premier Orthopeadics is treating me strictly for my shoulders. Dr. Christopher Kaufman was treating me for my back. November of 2014 to January 2015. 394 Harding Place. Nashville, TN 37211.
Dr Nicholas Cote has taken over current back treatment. I attend therapy 3 times a week for my back.  1272Garrison Drive, Murfreesboro, TN 37129
Did you discusss your job duties with your provider? Yes

Prescription medications/ what conditions are they prescribed for? I take Celebrex for my back and I have a number of painkillers  for my shoulders and back when necessary.

Describe a Typical Day/ ADLs:  Back therapy at 9 or 9:30 until 10:30AM. Shoulder therapy at 11AM until 12PM. I come back home.

Any help with household duties? Or shopping? Driving? Yard work? Child or elder care?
My son helps with any large item shopping. I can do small item shopping. I don¿t drive a lot, it hurts my back and my shoulders. I hate to admit I have not cleaned my apartment since second surgery. My son lives with his mother, I am responsible for child support.

Volunteer work ¿ where, how often, how many hours? NA

RTW (return to work) Status:  Projected Date?  What are your plans for work? (or retirement?) Dr. James Renfro is predicting a March return date for shoulders. No ETA concerning my back, very difficult typing this email, both shoulders and back pain.

Duties and Requirements of your Occupation:   At least 8-10 hours a day sitting at desk making calls and typing.

Job Status with ER?  Are they holding your job?  When did you last speak with your supervisor? Dell have offered me a severance package, I have accepted.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| | | | | Will they allow part-time or light duty work or provide any accommodations? Would you like assistance with RTW? NA | | | |
| | | | | Earnings: Your employer indicates your earnings as: $99,101.30/year. Do you agree? Yes | | | |
| | | | | Retirem | | | |
| Is the claimant eligible for pension? | | | | No | | | |
| If yes, Pension amount | | | | | | | |
| Schedule LTD Pension Review task for | | | | | | | |
| Early Any Occupation Assessment | | | | I need the progress notes to assess. | | | |
| Plan of Action | | | | to send an APS to Dr. Kaufman and Dr. Renfro. | | | |
| Correspondence - Incoming | 2/14/14 | Closed | 2/14/14  4:40 pm | MARIBEL AMOR | RATNESH KUMAR | MARIBEL AMOR | 2/14/14  4:40 pm |
| Image Description: | | | | ISO | | | |
| Image Notes: | | | | | | | |
| Pending Info Letter | 2/14/14 | Closed | 2/14/14  10:41 am | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 2/14/14  10:41 an |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Faxed Form Request | 2/17/14 | Closed | 2/17/14  9:29 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/17/14  9:31 am |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |
| EE Employment Status | 2/18/14 | Closed | 2/17/14  9:32 am | MARIBEL AMOR | LoadManager | MARIBEL AMOR | 2/17/14  9:32 am |
| Audit information | | | | The client submitted notice of terminated status, please review all open or pended claims. | | | |
| Faxed Form Request | 2/17/14 | Closed | 2/17/14  9:35 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/17/14  9:35 am |
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |
| Fax Form Confirmation Task | 2/17/14 | Closed | 2/17/14  9:38 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/17/14  9:38 am |
| Please enter the internal work note. | | | | -----Original Message----- | | | |

-----Original Message-----
From: Service ID DeliveryWare Fax
Sent: Monday, February 17, 2014 9:37 AM
To: Amor, Maribel
Subject: Job ID 101535694 sent to Dr. Cote; Status (success)

Your fax was successfully sent to Dr. Cote.

Fax number: 615-895-6212
Subject: Request for medical information
Status: (success)
Completed: 9:36:29 AM, Monday, February 17, 2014 Sent pages: 5 of 5
Duration: 0:01:27
Account: GDV GI DIS CLARITY 2
ID: A199265
Received CSID: 16158956212
JOBID: 101535694

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Fax Form Confirmation Task | 2/17/14 | Closed | 2/17/14  9:39 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/17/14  9:39 am |

Please enter the internal work note.

-----Original Message-----
From: Service ID DeliveryWare Fax
Sent: Monday, February 17, 2014 9:38 AM
To: Amor, Maribel
Subject: Job ID 101536387 sent to Results Physiotherapy; Status (success)

Your fax was successfully sent to Results Physiotherapy.

Fax number: 615-896-6825
Subject: Request for PT notes
Status: (success)
Completed: 9:38:07 AM, Monday, February 17, 2014 Sent pages: 3 of 3
Duration: 0:00:42
Account: GDV GI DIS CLARITY 2
ID: A199265
Received CSID: 615 896 6825
JOBID: 101536387

| Analysis/Review Medical Records | 2/17/14 | Closed | 2/18/14  2:06 pm | MARIBEL AMOR | SANTOSH KUMAR | MARIBEL AMOR | 2/18/14  2:06 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Image Description | Analysis/Review Medical Records |
| Image Notes | |
| Date Medical Received | 02/17/2014 |
| Type of Information Recd-select all that apply | Physical Therapy Notes |
| If Other Information Received, please describe: | |
| Provider Name: | Results physiotherapy |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 29822 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | Lumbago, and difficulty walking presents with irritable low back sacral pain impacting ADL's.<br><br>Patient is able to sit for less than a minute before position changed required to secondary to pain. | | | |
| Plan of Action | | | | to be reviewed by SNR. | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| LTD Initial Assessment | 2/5/14 | Closed | 2/18/14  2:25 pm | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 2/18/14  2:25 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Initial Assessment**

Claim received: 02/05/2014
LTD determination date:  04/07/2014
IHD:  No
ROI:  NO
EOB: 07/31/2018
Fiduciary/ERISA: ERISA PLAN
Control/Plan: 620245 0476626 033 00001 DD 004

Eligibility:
Policy effective:  1/1/09
Minimum # of hrs:  25
Probationary period:  First day after 30 days of employment.
Contributory: Contributory
Pre or post tax:  post-tax
Elimination period:  180 days
Date of hire:  05/22/2006. Info will be verified once paycheck rcvd

Mandatory Rehab: Yes
MRBE (source) = Claimant's monthly pre-disability earnings: To be verified
Benefit Amount = Actual benefit amount: to be verified.
Offsets/FSS/PSS = None at this time
FIT/SIT = benefit is taxable
Deductions: None at this time
ISO =  No needed at this time
SSD = New case, DBM will advise clmt of ALLSUP services.

Claimant's end of STD benefit: 04/05/2014

Benefit percentage/amount: 60% of monthly pre-disability earnings.
Max/min benefit: minimum monthly benefit of $100.00 or 10% of gross monthly benefit level which ever is greater; maximum monthly benefit is $10,000
Test change/transition:  24 months
Forms received to date: none

**Early Any Occupation Assessment**

Will depend on the results of treatment (PT, SP surgery, and medication)

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
| | | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | I am currently waiting for eligibility confirmation from Dell. | | | |
| Interdepartmental Contact | 2/18/14 | Closed | 2/18/14 2:36 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/18/14 2:36 pm |

Please enter the interdepartmental contact information.

From: Amor, Maribel
Sent: Tuesday, February 18, 2014 2:36 PM
To: Turner, Akinkawon
Cc: Mcquillan, Kristen J; Bishop, Carole J
Subject: Additional impairment and tx sources

RE:  Arthur Davis
STD 8893435
LTD 9452367

Akin,

Claimant also has problems with his back and currently undergoing PT for it.   I have updated WKAB with Dr. Cote¿s information.  I have only received the PT notes (see LTD claim).  Please request info from Dr. Cote as he seems also impaired from that.     Thanks, Maribel

Maribel Amor, MST
Senior Disability Benefit Manager
Aetna Life Insurance Company
Ph:  954-693-2140
Fax:  860-907-4494
E-mail:  AmorM@Aetna.com

Claim summary & pertinent case info

| Correspondence - Incoming | 2/17/14 | Closed | 2/18/14 12:21 pm | MARIBEL AMOR | ANIL KUMAR | MARIBEL AMOR | 2/18/14 12:21 pm |

Image Description:      treating sources

Image Notes:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Work History/Education Form | 2/20/14 | Closed | 2/20/14  1:00 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/20/14  1:00 pm |

Please enter the Image Notes:

| Work History/Education Form Status: | YES - On File |
|---|---|
| Work History/Education Form Image #: | 14500456 |
| Work History/Education Form Date: | 02/11/2014 |
| Do you want to update Voc Rehab screen? | Yes |
| Grade | |
| College | |
| Work History: | |

| Other Income Questionnaire | 2/20/14 | Closed | 2/20/14  1:02 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/20/14  1:02 pm |
|---|---|---|---|---|---|---|---|

| Please enter the Image Notes: | One dependent REDACTED |
|---|---|
| Other Income Questionnaire Status: | YES - On File |
| Other Income Questionnaire Image #: | 14500453 |
| Other Income Questionnaire Date: | 02/11/2014 |
| Do you want to update Forms Screen? | Yes |
| Offsets: | |
| Deductions | |

| Direct Deposit Forms | 2/20/14 | Closed | 2/20/14  1:07 pm | PROD IMAGING_CLIENT ACCOUNTING USER1 | WEB SERVICE | ANJISH KHURANA | 2/20/14  1:07 pm |
|---|---|---|---|---|---|---|---|

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:    10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Enter Image description Notes: | | | | | | | |
| Enter Client Accounting Notes: | | | | AK:02/20:Processed. | | | |
| **Medical Authorization Form** | 2/20/14 | Closed | 2/20/14  1:10 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/20/14  1:10 pm |
| Please enter the Image Notes: | | | | PHI | | | |
| Medical Release Status: | | | | YES - On File | | | |
| Medical Release Image #: | | | | | | | |
| Date Medical Release Signed | | | | 02/11/2014 | | | |
| Do you want to update the Forms tab? | | | | Yes | | | |
| **Reimbursement Agreement** | 2/20/14 | Closed | 2/20/14  1:11 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/20/14  1:11 pm |
| Image Description: | | | | | | | |
| Image Notes: | | | | | | | |
| Reimbursement Agreement Status: | | | | YES - On File | | | |
| Reimbursement Agreement Image #: | | | | 14500450 | | | |
| Reimbursement Agreement Date | | | | 02/14/2014 | | | |
| Do you want to update Forms Screen? | | | | Yes | | | |
| **Analysis/Review Medical Records** | 2/20/14 | Closed | 2/20/14  1:12 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/20/14  1:12 pm |
| Image Description | | | | | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 02/20/2014 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Type of Information Recd-select all that apply | | | | Other | | | |
| If Other Information Received, please describe: | | | | DISCLOSURE STATEMENT | | | |
| Provider Name: | | | | | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 29822 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | DISCLOSURE STATEMENT. | | | |
| Plan of Action | | | | DISCLOSURE STATEMENT. | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Correspondence - Incoming | 2/18/14 | Closed | 2/20/14 12:57 pm | MARIBEL AMOR | SANTOSH KUMAR | MARIBEL AMOR | 2/20/14 12:58 pm |
| Image Description: | | | | LTD effective 05/22/2006. | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Image Notes:

| Medical Authorization Form - FMLA/LOA | 2/20/14 | Closed | 2/20/14  12:59 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/20/14  12:59 pr |
|---|---|---|---|---|---|---|---|

| Please enter the Image Notes: | PHI |
|---|---|
| Medical Release Status: | YES - On File |
| Medical Release Image #: | |
| Date Medical Release Signed | 02/11/2014 |
| Do you want to update the Forms tab? | Yes |

| Financial Authorization | 2/20/14 | Closed | 2/20/14  12:59 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/20/14  12:59 pr |
|---|---|---|---|---|---|---|---|

| Please enter the Image Notes: | |
|---|---|
| Financial Authorization Status: | YES - On File |
| Financial Authorization Image #: | 14500451 |
| Financial Authorization Date: | 02/11/2014 |
| Do you want to update Forms Screen? | Yes |

| Tax Forms | 2/24/14 | Closed | 2/21/14  8:57 am | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/21/14  8:57 am |
|---|---|---|---|---|---|---|---|

| Enter Image description Notes: | |
|---|---|
| Enter Client Accounting Notes: | 02/21:Dk EE's pay group is insured, please provide W4-S form. |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Faxed Form Request | 2/26/14 | Closed | 2/26/14  1:29 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/26/14  1:29 pm |

Mailing Method:                                                    USPS

Comments:

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Fax Form Confirmation Task | 2/26/14 | Closed | 2/26/14  4:44 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/26/14  4:44 pm |

Please enter the internal work note.

-----Original Message-----
From: Service ID DeliveryWare Fax
Sent: Wednesday, February 26, 2014 2:48 PM
To: Amor, Maribel
Subject: Job ID 102329167 sent to Dr. Renfro; Status (success)

Your fax was successfully sent to Dr. Renfro.

Fax number: 615-834-4722
Subject: Request for medical information
Status: (success)
Completed: 2:48:08 PM, Wednesday, February 26, 2014 Sent pages: 8 of 8
Duration: 0:03:02
Account: GDV GI DIS CLARITY 2
ID: A199265
Received CSID: 16158344722
JOBID: 102329167

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Fax Form Confirmation Task | 2/26/14 | Closed | 2/26/14  4:45 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/26/14  4:45 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Please enter the internal work note. | | | | -----Original Message----- <br> From: Service ID DeliveryWare Fax <br> Sent: Wednesday, February 26, 2014 2:48 PM <br> To: Amor, Maribel <br> Subject: Job ID 102325943 sent to Dr. Cote; Status (success) <br><br> Your fax was successfully sent to Dr. Cote. <br><br> Fax number: 615-895-6212 <br> Subject: Request for medical records <br> Status: (success) <br> Completed: 2:48:19 PM, Wednesday, February 26, 2014 Sent pages: 5 of 5 <br> Duration: 0:01:27 <br> Account: GDV GI DIS CLARITY 2 <br> ID: A199265 <br> Received CSID: 16158956212 <br> JOBID: 102325943 | | | |
| Faxed Form Request | 2/26/14 | Closed | 2/26/14 11:56 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 2/26/14 11:56 am |
| Mailing Method: <br> Comments: | | | | USPS | | | |
| Analysis/Review Medical Records | 2/27/14 | Closed | 2/27/14 2:54 pm | MARIBEL AMOR | ROHIT SINGH | MARIBEL AMOR | 2/27/14 2:54 pm |
| Image Description | | | | MED | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 02/27/2014 | | | |
| Type of Information Recd-select all that apply | | | | Office/Progress Notes | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

If Other Information Received, please describe:

Provider Name: — Dr. Renfro

Diagnosis:

If Other, please specify:

CPT Search:

| CPT Code | 23420 |
|---|---|
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |

Procedure Date: 1/31/2014

Date of Disability: 10/9/2013

RTW Date (if provided):

Notes — He has a massive tear.   He is to work on pendulum exercises and passive motion exercises.

On multiple meds

Has joint pain and night pain

Plan of Action — to obtain the records from Dr. Cote to assess his back and ability to work.

| CPT Code | 29822 |
|---|---|
| CPT Code | 29822 |
| CPT Code | 29826 |
| CPT Code | 29827 |
| CPT4 Description | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED |
| CPT4 Description | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED |
| CPT4 Description | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Tax Forms | 2/26/14 | Closed | 2/27/14 7:58 am | PROD IMAGING_CLIENT ACCOUNTING USER1 | WEB SERVICE | DEEPAK KUMAR | 2/27/14 8:06 am |
| Enter Image description Notes: | | | | | | | |
| Enter Client Accounting Notes: | | | | 02/27:Dk Withholding amount is not mentioned on the form, Task closed. | | | |
| LTD Triage Review | 3/4/14 | Closed | 2/27/14 9:43 am | CAROLE BISHOP | CAROLE BISHOP | CAROLE BISHOP | 2/27/14 9:43 am |
| Claim Owner Present: | | | | | | | |
| Tier: | | | | Tier 3 | | | |
| ERTW: | | | | | | | |
| Current Analytics: | | | | | | | |
| Facilitator: | | | | | | | |
| Clinical Resource: | | | | | | | |
| Vocational Resource: | | | | | | | |
| Job Title: | | | | INSIDE SALES ACCOUNT MGMT III | | | |
| Occupation: | | | | | | | |
| Occupational Physical Demand Level: | | | | | | | |
| Rehabilitation: | | | | Voluntary | | | |

**\*\*\*CONFIDENTIALITY NOTICE\*\***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Disability Definition: | | | | | | | |
| Transition Date: | | | | 4/7/2016 12:00:00 AM | | | |
| Transition Decision Date: | | | | | | | |
| LTD Benefits Begin: | | | | 4/7/2014 12:00:00 AM | | | |
| LTD Benefit End Date: | | | | 10/31/2028 12:00:00 AM | | | |
| Work Related Injury: | | | | | | | |
| WC Benefit Type: | | | | | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code | | | | 840.4 | | | |
| ICD Code | | | | 724.2 | | | |
| ICD Code | | | | 719.7 | | | |
| ICD Desc | | | | ROTATOR CUFF (CAPSULE) SPRAIN | | | |
| ICD Desc | | | | LUMBAGO | | | |
| ICD Desc | | | | DIFFICULTY IN WALKING | | | |
| Primary | | | | Primary | | | |
| Primary | | | | Secondary | | | |
| Primary | | | | | | | |
| Effective Date: | | | | 10/9/2013 12:00:00 AM | | | |
| Estimated Delivery: | | | | | | | |
| Actual Delivery: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT Code | | | | 23420 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date | | | | 1/31/2014 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 1/31/2014 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Last Clinical Review: | | | | | | | |
| Work Capacity | | | | No Current Work Capacity | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Triage Review:**

2/27/14 LTD SNR Triage Review, CJB, RN
- STD EOB 4/6/14
- LTD start 4/7/14
- Terminated
- Claimant is a 50 y.o.m. Job title is INSIDE SALES ACCOUNT MGMT III, reported as Sedentary. JD in STD claim reports the claimant sits 8 hrs of his 8 hr shift/day, no lifting, reaching, pulling, pushing or over head work. Job entails telephone, computer, desk work.
- DOH: 5/22/06
- Dx's: Massive Bilateral RTC Tears. Claimant underwent 10/11/13: 1. Extensive debridement of left rotator cuff, bursa and labrum. 2. Biceps tenodesis. 3. Open RTC repair including decompression. On 1/31/14 the claimant underwent: 1. Extensive debridement of right labrum and RTC. 2. Subacromial bursa debridement and subacromial decompression. 3. Excision of distal clavicle, separate compartment. 4. Open RTC repair.
- Most recent exam findings submitted, is Orthopedic Surgeon, Dr. Renfro's exam dated 2/11/14 and reports, "F/U of his righr shoulder surgery. Wounds look good. We discussed massive tear with him. He is to work on pendulum exercises and PROM exercises and we will see him back in 1 month.
- MD also reported PMH of: Asthma; DDD Lumbar; HTN; Sciatica; Sprain/Strain, Lumbar; Medial meniscus tear 1/28/14; and S/P Left Knee surgery in 2004.
- Rec'd PT eval dated 1/20/14 for Dx's of Lumbago and Difficulty in walking. Eval reported the claimant has LBP impacting his ADL's, working, sitting and standing. Was unable to assess joint mobility on 1/20/14 secondary to muscle guarding. ROM of spine on 1/20/14 was at 50% on extension; and 75% on flexion with increased pain and left and right side bending. Palpation of lumbosacral region musculature on left and right revealed severe spasms and pain. Claimant was only able to sit for 1 minute before position change required secondary to pain.
- Lastest PT progress note reports the claimant can now sit for 8 minutes before position change required due to pain; Mild spasms and pain along lumbosacral musculature; ROM of lumbar spine is 100%.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan: | | | | LTD DBM Directives:<br>1. Claim requires Dr. Renfro's March 2014 exam findings. Per LOV on 2/11/14, will be in 4 weeks.<br>2. DBM has already requested Dr. Cote's exam findings, test results and treatment plan, regarding the claimant's back pain.<br>3. Claimant reports back pain from an MVA. MVA was not reported during the PT 1/20/14 eval. Is there subrogation?<br>4. In the future, claimant may require a VRC referral as this EE's job tasks are reported as a PDL of sedentary, and does require prolonged sitting. VRC could evaluate for the appropriateness of an adjustable height workstation, to allow the claimant to change from sitting to standing position as needed, to facilitate RTW.<br>5. Please request PT's most recent progress note in mid 3/14, for both the shoulders and back.<br>6. Please alert this SNR once Dr. Renfro's and Dr. Cote's exam findings are rece'd.<br>7. Please image the JD from STD into LTD claim. | | | |
| Analysis/Review Medical Records | 2/27/14 | Closed | 2/27/14 10:58 am | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 2/27/14 10:58 am |

Image Description

Image Notes

Date Medical Received       02/27/2014

Type of Information Recd-select all that apply       APS

If Other Information Received, please describe:

Provider Name:       Dr. Renfro

Diagnosis:

If Other, please specify:

CPT Search:

CPT Code       23420

***CONFIDENTIALITY NOTICE** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | Dx: Rotator cuff tears, has decreased ROM | | | |
| | | | | Significant improvement by 05/12/2014 | | | |
| Plan of Action | | | | I will obtain the updated information from Dr. Rengro on 03/11/2014. If enough improvement then I will refer to VR. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Triage Directive Acknowledgement | 2/27/14 | Closed | 2/27/14 11:00 am | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 2/27/14 11:00 am |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | Please review this SNR's 2/27/14 LTD Triage review.  I will obtain Dr. Renfro's evaluation on 03/11/2014 and Dr. Cote's for his back problem. | | | |
| Email Response to Member | 3/6/14 | Closed | 3/6/14  1:37 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/6/14  1:37 pm |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | AmorM@Aetna.com | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Correspondence - Incoming | 3/7/14 | Closed | 3/7/14  3:23 pm | MARIBEL AMOR | KUNAL CHAWLA | MARIBEL AMOR | 3/7/14  3:23 pm |
| Image Description: | | | | EMAIL from claimant stating that he will request the medical records from Dr. Cote. | | | |
| Image Notes: | | | | | | | |
| Faxed Form Request | 3/7/14 | Closed | 3/7/14  4:50 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/7/14  4:50 pm |
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |
| Fax Form Confirmation Task | 3/7/14 | Closed | 3/7/14  4:56 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/7/14  4:56 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Please enter the internal work note. | | | | -----Original Message-----<br>From: Service ID DeliveryWare Fax<br>Sent: Friday, March 07, 2014 4:55 PM<br>To: Amor, Maribel<br>Subject: Job ID 103098955 sent to Dr. Green; Status (success)<br><br>Your fax was successfully sent to Dr. Green.<br><br>Fax number: 615-867-7974<br>Subject: Request for medical evidence<br>Status: (success)<br>Completed: 4:54:31 PM, Friday, March 07, 2014 Sent pages: 5 of 5<br>Duration: 0:02:50<br>Account: GDV GI DIS CLARITY 2<br>ID: A199265<br>Received CSID: 16158677974<br>JOBID: 103098955 | | | | |
| Analysis/Review Medical Records | 3/12/14 | Closed | 3/13/14 12:25 pm | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 3/13/14 12:25 pm |
| Image Description | | | | | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | 03/12/2014 | | | | |
| Type of Information Recd-select all that apply | | | 200001\|200005 | | | | |
| If Other Information Received, please describe: | | | CLW | | | | |
| Provider Name: | | | | | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

CPT Search:

CPT Code 23420

CPT4 Description RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY)

Procedure Date: 1/31/2014

Date of Disability: 10/9/2013

RTW Date (if provided):

Notes
DX: ROTATOR CUFF TEAR, LEFT
ROTATOR CUFF TEAR, RIGHT
MENISCUS TEARS LEFT KNEE
HEIGHT: 6' 0", WEIGHT 235 LBS.

SYMPTOMS: PAIN, DECREASED MOTION OF BOTH ARMS

NO ABILITY TO WORK
"NO USE OF BILATERAL UPPER EXTREMITIES"

Plan of Action
TO BE REVIEWED BY SNR. IT SEEMS THAT IF CLAIMANT HAS NO USE OF BILATERAL UPPER EXTREMITIES THEN HE WILL NO BE ABLE TO DO HIS SEDENTARY LEVEL WORK. I WILL ASK FOR VOCATIONAL INPUT.

CPT Code 29822

CPT Code 29822

CPT Code 29826

CPT Code 29827

CPT4 Description ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED

CPT4 Description ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED

CPT4 Description ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Correspondence - Incoming | 3/13/14 | Closed | 3/14/14 11:40 am | MARIBEL AMOR | PABITRA SARKAR | MARIBEL AMOR | 3/14/14 11:40 am |
| Image Description: | | | | 1st evaluation with pain mgt 04/02/2014 | | | |
| Image Notes: | | | | | | | |
| Analysis/Review Medical Records | 3/12/14 | Closed | 3/14/14 11:46 am | MARIBEL AMOR | KAPIL SINGH | MARIBEL AMOR | 3/14/14 11:46 am |
| Image Description | | | | PROGRESS NOTE | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 03/12/2014 | | | |
| Type of Information Recd-select all that apply | | | | Office/Progress Notes | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | Dr. Renfro | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | CC: Right shoulder, left knee | | | |
| | | | | Claimant is going to have left knee surgery in approximately 4 weeks. | | | |
| | | | | ROS: muscular weakness, incoordination, tingling or numbness, loss of balance | | | |
| | | | | next f/u within 4 weeks | | | |
| Plan of Action | | | | to monitor for knee surgery. If knee surgery, claimant will need LTD. Also claimant is unable to use UE's which is critical to most sedentary work. I will discuss with SNR. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

Page 32 of 212
AR 000095

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Procedure Date: | | | | 10/11/2013 | | | |
| Analysis/Review Medical Records | 3/13/14 | Closed | 3/14/14  11:48 am | MARIBEL AMOR | WEB SERVICE | MARIBEL AMOR | 3/14/14  11:48 an |

Image Description

Image Notes

Date Medical Received                                03/13/2014

Type of Information Recd-select all that apply       APS

If Other Information Received, please describe:

Provider Name:

Diagnosis:

If Other, please specify:

CPT Search:

CPT Code                                            23420

CPT4 Description                                    RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY)

Procedure Date:                                     1/31/2014

Date of Disability:                                 10/9/2013

RTW Date (if provided):

Notes                                               Blank form received.

Plan of Action                                      to continue the LTD process.

CPT Code                                            29822

CPT Code                                            29822

CPT Code                                            29826

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| LTD Follow Up Clinical Review | 3/12/14 | Closed | 3/18/14 3:14 pm | CAROLE BISHOP | CAROLE BISHOP | CAROLE BISHOP | 3/18/14 3:14 pm |
| STD Benefits End: | | | | 4/6/2014 12:00:00 AM | | | |
| LTD Benefits Begin: | | | | 4/7/2014 12:00:00 AM | | | |
| LTD Determination Date: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Assessment:**

- 3/18/14 LTD SNR FOLLOW-UP CJB, RN
- Last SNR F/U 2/27/14
- STD EOB 4/6/14
- LTD start 4/7/14
- EE was Terminated
- Claimant is a 50 y.o.m. Job title is INSIDE SALES ACCOUNT MGMT III, reported as Sedentary. JD in STD claim reports the claimant sits 8 hrs of his 8 hr shift/day, no lifting, reaching, pulling, pushing or over head work. Job entails telephone, computer, desk work.
- DOH: 5/22/06
- Dx's: Massive Bilateral RTC Tears. Claimant underwent 10/11/13: 1. Extensive debridement of left rotator cuff, bursa and labrum. 2. Biceps tenodesis. 3. Open RTC repair including decompression. On 1/31/14 the claimant underwent: 1. Extensive debridement of right labrum and RTC. 2. Subacromial bursa debridement and subacromial decompression. 3. Excision of distal clavicle, separate compartment. 4. Open RTC repair.
- Submitted for this review was an APS dated 2/28/14 and signed by Orthopedic MD, Dr. Renfro reporting EE disabled from 10/11/13 ending on 5/12/14. Dx of L RTC Tear, R RTC Tear, and L Meniscus Tears. Underwent the shoulder surgeries as reported above. Wt 235lbs, 6' tall. Meds.: Percocet and Toradol prn. LOV was 2/11/14, NOV 3/11/14, and seen monthly. Has pain and decreased ROM of both arms. No Use of bil UE's. MD reported the EE id motivared to RTW.
- Dr. Renfro completed another APS, not dated; reporting NOV 3/11/14 and 5/12/1`4 reported as RTW. MD only reported about the bil. RTC repairs, and reported about surgery at Premier Ortho. Surgery Ctr, but not sure if the MD is reporting that is where the EE had his shoulder surgeries, or is reporting that is where the L Knee surgery will be done.
- Submitted was Dr. Renfro's CL&W, dated 3/11/14, reporting the EE is never able to perform any of the listed tasks and the NOV is 4/25/14.
- Submitted was Dr. Renfro's 3/11/14 eval reporting the EE is 6 weeks post-op L RTC Repair. EE requesting to schedule L Knee meniscus tears repairs in 4 weeks. Can start a Light strengthening program now with R shoulder in PT, and f/u in 4 weeks.
- PT notes submitted in STD claim. Most recent 2/18/14 reporting, "No significant change in LUE from previous vs. Is able to reach behind back w more ROM than last week. Pt reports weakness and overhead activities still difficult. A 2/13/14 PT note reported, "Plan to continue PT on L shoulder for remaining 2 weeks. PT recommends continued therapy on L shoulder for 2x/wk x 4 wks or until pt sees MD in March for RUE F/U. MD reports to hold off on RUE PROM and therapy at this time until further f/u."

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Checked medical systems? | | | | Not Applicable | | | |
| Will you make a referral to Vocation Rehabilitation? | | | | No | | | |
| If No, select reason: | | | | Not appropriate at this time | | | |
| Will you make a referral to BHU? | | | | | | | |
| Work Capacity | | | | Unclear Work Capacity - TBD | | | |
| Recommendations: | | | | - LTD DBM DIRECTIVES: | | | |

Recommendations:

- LTD DBM DIRECTIVES:
- The LTD start date is 4/7/14. However, this SNR cannot recommend LTD approval at this time. The EE did have 2 Open RTC Repairs that were reported as extensive. However, he has a sedentary job, and per the JD submitted by the employer, the EE sits 8 hrs of his 8 hr shift/day, no lifting, reaching, pulling, pushing or over head work. Job entails telephone, computer, desk work.
- To review claim further need date of Dr. Renfro's NOV confirmed. Is it 3/31/14 or 4/25/14? Need date of L knee surgery. Need Pain Management evaluation reportedly to occur on 4/2/14.
- STD and LTD are working together as STD is only approved through 3/11/14, with STD EOB of 4/6/14.
- Once the imposed questions are answered, please notify this SNR.
- OF NOTE: CLAIM IS BEING PRESENTED AT THE SCD MEETING ON 3/20/14.
- SNR will set a f/u task for 3/25/14

Do you want to generate an LTD Follow up Clinical Review task?

If yes, LTD Follow Up Clinical Review Task Date:

| Employer Contact Email | 3/18/14 | Closed | 3/18/14 3:30 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/18/14 3:30 pm |
|---|---|---|---|---|---|---|---|
| To Address List: | | | | SUSAN_PARKER@DELL.COM | | | |
| CC Address List: | | | | AmorM@aetna.com | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Faxed Form Request | 3/18/14 | Closed | 3/18/14  4:23 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/18/14  4:23 pm |

Mailing Method:         USPS

Comments:

| Clinical Review Acknowledgement | 3/18/14 | Closed | 3/18/14  4:30 pm | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 3/18/14  4:30 pm |
|---|---|---|---|---|---|---|---|

Recommendations:
- LTD DBM DIRECTIVES:
- The LTD start date is 4/7/14. However, this SNR cannot recommend LTD approval at this time. The EE did have 2 Open RTC Repairs that were reported as extensive. However, he has a sedentary job, and per the JD submitted by the employer, the EE sits 8 hrs of his 8 hr shift/day, no lifting, reaching, pulling, pushing or over head work. Job entails telephone, computer, desk work.
- To review claim further need date of Dr. Renfro's NOV confirmed. Is it 3/31/14 or 4/25/14? Need date of L knee surgery. Need Pain Management evaluation reportedly to occur on 4/2/14.
- STD and LTD are working together as STD is only approved through 3/11/14, with STD EOB of 4/6/14.
- Once the imposed questions are answered, please notify this SNR.
- OF NOTE: CLAIM IS BEING PRESENTED AT THE SCD MEETING ON 3/20/14.
- SNR will set a f/u task for 3/25/14

Plan of Action:
1) Requested a full job description as of all jobs might require some level of reaching
2) Confirmed that claimant will have surgery April 18, 2014 by Dr. Renfro
3) Currently undergoing PT, will request the latest notes
4) Sent the last request to Dr. Cote/orthopedic surgeon to determine how the back pain will prevent him from performing his job duties as an inside sales representative?  I also sent an e-mail to claimant to notify him that I have not received the medical records although he signed a release of information.

| Email Response to Member | 3/18/14 | Closed | 3/18/14  4:37 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/18/14  4:37 pm |
|---|---|---|---|---|---|---|---|

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |

To Address List:        REDACTED

CC Address List:        AmorM@aetna.com

Do Not Send        No

Comments:

| Fax Form Confirmation Task | 3/18/14 | Closed | 3/18/14 4:49 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/18/14 4:49 pm |
| --- | --- | --- | --- | --- | --- | --- | --- |

Please enter the internal work note.

Original Message-----
From: Service ID DeliveryWare Fax
Sent: Tuesday, March 18, 2014 4:49 PM
To: Amor, Maribel
Subject: Job ID 103842264 sent to Dr. Cote; Status (success)

Your fax was successfully sent to Dr. Cote.

Fax number: 615-895-6212
Subject: Request for medical records
Status: (success)
Completed: 4:48:44 PM, Tuesday, March 18, 2014 Sent pages: 3 of 3
Duration: 0:00:43
Account: GDV GI DIS CLARITY 2
ID: A199265
Received CSID: 16158956212
JOBID: 103842264

| IHD Consent Letter | 3/18/14 | Closed | 3/18/14 5:13 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/18/14 5:14 pm |
| --- | --- | --- | --- | --- | --- | --- | --- |

Mailing Method:        USPS

Do Not Send        No

Comments:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Faxed Form Request | 3/18/14 | Closed | 3/18/14  5:18 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/18/14  5:18 pm |

Mailing Method:                                               USPS

Comments:

| Fax Form Confirmation Task | 3/18/14 | Closed | 3/19/14  8:45 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/19/14  8:45 am |
|---|---|---|---|---|---|---|---|

Please enter the internal work note.

-----Original Message-----
From: Service ID DeliveryWare Fax
Sent: Tuesday, March 18, 2014 5:21 PM
To: Amor, Maribel
Subject: Job ID 103850386 sent to Murfreesboro Results Physiotherapy; Status (success)

Your fax was successfully sent to Murfreesboro Results Physiotherapy.

Fax number: 615-896-6825
Subject: Request for physical therapy notes
Status: (success)
Completed: 5:21:09 PM, Tuesday, March 18, 2014 Sent pages: 3 of 3
Duration: 0:00:39
Account: GDV GI DIS CLARITY 2
ID: A199265
Received CSID: 615 896 6825
JOBID: 103850386

| Correspondence - Incoming | 3/18/14 | Closed | 3/19/14  8:46 am | MARIBEL AMOR | PABITRA SARKAR | MARIBEL AMOR | 3/19/14  8:46 am |
|---|---|---|---|---|---|---|---|

Image Description:                                           Praxis referral

Image Notes:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Financial Worknote | 3/20/14 | Closed | 3/19/14 12:16 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/19/14 12:18 pm |

Notes

Received payroll information from Dell.

Base salary: $44,388.49
Commissions: $19,023.64
Income:      $62,412.13
monthly salary: $5,284.34 x 60%= $3,179.61

Once, I receive the records from Dr. Cote to address the back issue and the PT notes I will be able to render a determination.

Plan of Action

| Faxed Form Request | 3/20/14 | Closed | 3/20/14 1:12 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/20/14 1:12 pm |
|---|---|---|---|---|---|---|---|

Mailing Method:                                          USPS

Comments:

| Correspondence - Incoming | 3/19/14 | Closed | 3/20/14 1:16 pm | MARIBEL AMOR | KUNAL CHAWLA | MARIBEL AMOR | 3/20/14 1:16 pm |
|---|---|---|---|---|---|---|---|

Image Description:                                        PAYSTUBS

Image Notes:

| Employer Contact Email | 3/20/14 | Closed | 3/20/14 1:26 pm | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 3/20/14 1:26 pm |
|---|---|---|---|---|---|---|---|

To Address List:                                         US_leave_administrator@dell.com,STD_LOA@aetna.com,SUSAN_PARKER@DELL.COM,

CC Address List:                                         AmorM@aetna.com

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| **Financial Worknote** | 3/21/14 | Closed | 3/20/14  3:03 pm | AMANDA FERRANTE | AMANDA FERRANTE | AMANDA FERRANTE | 3/20/14  3:03 pm |
| Notes | | | | Aetna has referred this claim to Praxis for investigation of WC/TPL. Please contact Alison Stackpole at 765.216.0240 or alison.stackpole@praxisconsulting.com if you have any questions. | | | |
| | | | | Praxis has accepted the referral and is pursuing on behalf of Aetna. | | | |
| Plan of Action | | | | | | | |
| **Correspondence - Incoming** | 3/19/14 | Closed | 3/20/14  11:50 am | MARIBEL AMOR | ANKESH KUMAR | MARIBEL AMOR | 3/20/14  11:50 am |
| Image Description: | | | | Payroll requested | | | |
| Image Notes: | | | | | | | |
| **Analysis/Review Medical Records** | 3/19/14 | Closed | 3/20/14  11:55 am | MARIBEL AMOR | KAPIL SINGH | MARIBEL AMOR | 3/20/14  11:55 am |
| Image Description | | | | OV NOTE | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 03/19/2014 | | | |
| Type of Information Recd-select all that apply | | | | Physical Therapy Notes | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | PT notes. | | | |
| | | | | Claimant continues to have subjective complaints of pain. | | | |
| Plan of Action | | | | Claimant has been referred to physiatrist for continued pain mgt.  First visit 04/02/2014.  To be reviewed by SNR. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 3/26/14 | Closed | 3/26/14  10:08 am | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 3/26/14  10:08 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 3/25/14 | Closed | 3/26/14  10:08 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 3/26/14  10:08 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 3/25/2014 7:41:06 PM | | | |
| Question Category selected | | | | My LTD Claim Details | | | |
| Question Submitted | | | | I am writing to ensure that my emails, medical records and information have been received by Maribel. | | | |
| Plan of Action | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. | | | |
| | | | | We have received all necessary paperwork for the claim.  Your Claim Manager will send you a confirmation letter with the details about your claim, once the review has been completed. | | | |
| | | | | Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: | | | | Claim status | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Response Method:      Reply via email

| Analysis/Review Medical Records | 3/25/14 | Closed | 3/28/14  1:04 pm | MARIBEL AMOR | SANTOSH KUMAR | MARIBEL AMOR | 3/28/14  1:04 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Image Description | Analysis/Review Medical Records |
| Image Notes | |
| Date Medical Received | 03/25/2014 |
| Type of Information Recd-select all that apply | Office/Progress Notes |
| If Other Information Received, please describe: | |
| Provider Name: | Dr. Cote |
| Diagnosis: | |
| If Other, please specify: | |
| CPT Search: | |
| CPT Code | 23420 |
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |
| Procedure Date: | 1/31/2014 |
| Date of Disability: | 10/9/2013 |
| RTW Date (if provided): | |
| Notes | MRI showed multilevel disc bulges with no spinal canal stenois, multilevel facet joint/ligamentum flavum hypertrophy, etc. |
| | On multiple meds for sleep and also pain. |
| | Height is 72 inches, weight is 239 lbs. |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | STD submitted claim for PMR peer. I will attempt to get the medical records from pain mgt. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Medical Authorization Form | 3/19/14 | Closed | 3/28/14   1:05 pm | MARIBEL AMOR | ANIL KUMAR | MARIBEL AMOR | 3/28/14   1:05 pm |
| Please enter the Image Notes: | | | | MED | | | |
| Medical Release Status: | | | | NO - REVOKED | | | |
| Medical Release Image #: | | | | | | | |
| Date Medical Release Signed | | | | | | | |
| Do you want to update the Forms tab? | | | | | | | |
| Analysis/Review Medical Records | 3/21/14 | Closed | 3/28/14   1:10 pm | MARIBEL AMOR | ANIL KUMAR | MARIBEL AMOR | 3/28/14   1:10 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Image Description | | | | | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | 03/21/2014 | | | | |
| Type of Information Recd-select all that apply | | | Physical Therapy Notes | | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | 23420 | | | | |
| CPT4 Description | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | | |
| Procedure Date: | | | 1/31/2014 | | | | |
| Date of Disability: | | | 10/9/2013 | | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | Patient at high functioning level with no compensation but continues to have high subjective c/o of pain. | | | | |
| Plan of Action | | | to be reviewed by SNR.  A PM&R pending (STD) | | | | |
| CPT Code | | | 29822 | | | | |
| CPT Code | | | 29822 | | | | |
| CPT Code | | | 29826 | | | | |
| CPT Code | | | 29827 | | | | |
| CPT4 Description | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Analysis/Review Medical Records | 3/19/14 | Closed | 3/28/14  1:26 pm | MARIBEL AMOR | ANIL KUMAR | MARIBEL AMOR | 3/28/14  1:26 pm |
| Image Description | | | | | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 03/19/2014 | | | |
| Type of Information Recd-select all that apply | | | | 200002\|200003 | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | Dr. Cote | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | duplicate medical record | | | |
| Plan of Action | | | | N/A | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| LTD Follow Up Clinical Review | 3/25/14 | Closed | 3/28/14  3:42 pm | CAROLE BISHOP | CAROLE BISHOP | CAROLE BISHOP | 3/28/14  3:42 pm |
| STD Benefits End: | | | | 4/6/2014 12:00:00 AM | | | |
| LTD Benefits Begin: | | | | 4/7/2014 12:00:00 AM | | | |
| LTD Determination Date: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Assessment:**

3/28/14 LTD SNR F/U CJB, RN
- Last SNR F/U 3/18/14
- STD EOB 4/6/14
- LTD start 4/7/14
- EE was Terminated
- Claimant is a 50 y.o.m. Job title is INSIDE SALES ACCOUNT MGMT III, reported as Sedentary. JD in STD claim reports the claimant sits 8 hrs of his 8 hr shift/day, no lifting, reaching, pulling, pushing or overhead work. Job entails telephone, computer, desk work.
- DOH: 5/22/06
- This SNR reported: - Dx's: Massive Bilateral RTC Tears. Claimant underwent 10/11/13: 1. Extensive debridement of left rotator cuff, bursa and labrum. 2. Biceps tenodesis. 3. Open RTC repair including decompression. On 1/31/14 the claimant underwent: 1. Extensive debridement of right labrum and RTC. 2. Subacromial bursa debridement and subacromial decompression. 3. Excision of distal clavicle, separate compartment. 4. Open RTC repair.
- Submitted for this review was an APS dated 2/28/14 and signed by Orthopedic MD, Dr. Renfro reporting EE disabled from 10/11/13 ending on 5/12/14. Dx of L RTC Tear, R RTC Tear, and L Meniscus Tears. Underwent the shoulder surgeries as reported above.  Wt 235lbs, 6' tall. Meds.: Percocet and Toradol prn. LOV was 2/11/14, NOV 3/11/14, and seen monthly. Has pain and decreased ROM of both arms. No Use of bil UE's. MD reported the EE id motivared to RTW.
- Dr. Renfro completed another APS, not  dated; reporting NOV 3/11/14 and 5/12/1`4 reported as RTW. MD only reported about the bil. RTC repairs, and reported about surgery at Premier Ortho. Surgery Ctr, but not sure if the MD is reporting that is where the EE had his shoulder surgeries, or is reporting that is where the L Knee surgery will be done.
- Submitted was Dr. Renfro's CL&W, dated 3/11/14, reporting the EE is never able to perform any of the listed tasks and the NOV is 4/25/14.
- Submitted was Dr. Renfro's 3/11/14 eval reporting the EE is 6 weeks post-op L RTC Repair. EE requesting to schedule L Knee meniscus tears repairs in 4 weeks. Can start a Light strengthening program now with R shoulder in PT, and f/u in 4 weeks.
- PT notes submitted in STD claim. Most recent 2/18/14 reporting, "No significant change in LUE from previous vs. Is able to reach behind back w more ROM than last week. Pt reports weakness and overhead activities still difficult. A 2/13/14 PT note reported, "Plan to continue PT on L shoulder for remaining 2 weeks. PT recommends continued therapy on L shoulder for 2x/wk x 4 wks or until pt sees MD in March for RUE F/U. MD reports to hold off on RUE PROM and therapy at this time until further f/u."

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| | | | | -----For this reviewrec'd 11/8/13 MRI L-spine from Dr. Cote reporting, "1.Multilevel disc bulges w no spinal canal stenosis. 2. Multilevel facet jt/ligamentum flavum hypertrophy, w R neyral foraminal narrowing at L4-L5, mild L neural narrowing at L5-S1. 3. Mild DDD at L3-L4. Rec;d Dr Cote's 1/16/14 Initial Exam reporting MS: Inspection/palpation of jts, bones, and muscles normal. Normal ROM. Normal muscle strength and tone. LS Spine : Appearance normal, pain at bil. SI jts, some tenderness. LE tewsting normal bil. Hip strength normal bil. DTR 2/4bil.Assessment LBP; Benign Esst.HTN; GERD; Intervertebral DD; Somatic dsyfunction SI region; Asthma. 1/28/14 eval w Dr Cote LBP and assessment of normal gait and station, LBP somatic dysfunction of rib cage, pelvic region, lumbar and thoracic regions. 3/6/14 Dr. Cote eval did not report any deficits on exam, but concluded that back pain is persistent and disrupting pts life. Will refer for further eval and tx. Cont. PTas it is helping. | | | |
| Checked medical systems? | | | | Not Applicable | | | |
| Will you make a referral to Vocation Rehabilitation? | | | | No | | | |
| If No, select reason: | | | | RTW in place | | | |
| Will you make a referral to BHU? | | | | No | | | |
| Work Capacity | | | | Unclear Work Capacity - TBD | | | |
| Recommendations: | | | | - LTD DBM DIRECTIVES:<br>- The LTD start date is 4/7/14. However, this SNR cannot recommend LTD approval at this time. Claim was presented to the SCD Meeting on 3/27/14 by STD. It was decided that this claim requires a PR to determine the EE's functionality beyond STD EOB of 4/6/14, as it was also decided to extend the STD claim through the STD EOB secondary to the need of a PR.<br>- Once the PR is submitted, please alert this SNR, as LTD clinical determination will be based on the PR decision. | | | |
| Do you want to generate an LTD Follow up Clinical Review task? | | | | Yes | | | |
| If yes, LTD Follow Up Clinical Review Task Date: | | | | 4/10/2014 | | | |
| Analysis/Review Medical Records | 3/20/14 | Closed | 3/28/14  4:47 pm | MARIBEL AMOR | PAWAN KUMAR | MARIBEL AMOR | 3/28/14  4:47 pm |
| Image Description | | | | MED DOC | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Image Notes | | | | | | | |
| Date Medical Received | | | | 03/20/2014 | | | |
| Type of Information Recd-select all that apply | | | | Physical Therapy Notes | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | already reviewed by SNR | | | |
| Plan of Action | | | | will wait for the peer review ordered by STD. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Clinical Review Acknowledgement | 3/28/14 | Closed | 3/28/14  4:51 pm | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 3/28/14  4:51 pm |
| Recommendations: | | | | - LTD DBM DIRECTIVES:<br>- The LTD start date is 4/7/14. However, this SNR cannot recommend LTD approval at this time. Claim was presented to the SCD Meeting on 3/27/14 by STD. It was decided that this claim requires a PR to determine the EE's functionality beyond STD EOB of 4/6/14, as it was also decided to extend the STD claim through the STD EOB secondary to the need of a PR.<br>- Once the PR is submitted, please alert this SNR, as LTD clinical determination will be based on the PR decision. | | | |
| Plan of Action: | | | | PR was requested by STD. | | | |
| Analysis/Review Medical Records | 3/20/14 | Closed | 3/28/14  5:01 pm | MARIBEL AMOR | ANIL KUMAR | MARIBEL AMOR | 3/28/14  5:02 pm |
| Image Description | | | | DR NTOE | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 03/20/2014 | | | |
| Type of Information Recd-select all that apply | | | | Physical Therapy Notes | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date:      10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | PT of the shoulders. | | | |
| Plan of Action | | | | to wait for the peer review. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Procedure Date: | | | | 10/11/2013 | | | |
| Faxed Form Request | 4/3/14 | Closed | 4/3/14  9:47 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 4/3/14  9:47 am |
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |
| STD-LTD Extension | 4/4/14 | Closed | 4/3/14  10:06 am | MARIBEL AMOR | CAROLE BISHOP | MARIBEL AMOR | 4/3/14  10:06 am |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Fax Form Confirmation Task | 4/3/14 | Closed | 4/3/14  10:08 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 4/3/14  10:08 am |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Please enter the internal work note. | | | | -----Original Message-----<br>From: Service ID DeliveryWare Fax<br>Sent: Thursday, April 03, 2014 9:53 AM<br>To: Amor, Maribel<br>Subject: Job ID 105066803 sent to Dr. Brenna Green; Status (success)<br><br>Your fax was successfully sent to Dr. Brenna Green.<br><br>Fax number: 615-867-7974<br>Subject: Request for medical information<br>Status: (success)<br>Completed: 9:52:39 AM, Thursday, April 03, 2014 Sent pages: 5 of 5<br>Duration: 0:02:50<br>Account: GDV GI DIS CLARITY 2<br>ID: A199265<br>Received CSID: 16158677974<br>JOBID: 105066803 | | | |
| Internal Worknote | 4/11/14 | Closed | 4/11/14  10:24 am | MARIBEL AMOR | MARIBEL AMOR | MARIBEL AMOR | 4/11/14  11:26 am |
| Please enter the internal work note. | | | | I confirmed with STD that the peer review has not been completed. | | | |
| LTD Follow Up Clinical Review | 4/17/14 | Closed | 4/22/14  11:25 am | TAYLOR SMITH JR | CAROLE BISHOP | TAYLOR SMITH JR | 4/22/14  11:25 am |
| STD Benefits End: | | | | 4/6/2014 12:00:00 AM | | | |
| LTD Benefits Begin: | | | | 4/7/2014 12:00:00 AM | | | |
| LTD Determination Date: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Assessment: | | | | 4/11/14- Emailed STD DBM for an update on the PR determination, as this LTD SNR did not see a PR determination in the STD claim, as this LTD claim start is contingent on the PR determination started in STD.<br>- STD DBM responded no PR determination yet. Will f/u. | | | |
| Checked medical systems? | | | | Not Applicable | | | |
| Will you make a referral to Vocation Rehabilitation? | | | | No | | | |
| If No, select reason: | | | | Not appropriate at this time | | | |
| Will you make a referral to BHU? | | | | No | | | |
| Work Capacity | | | | Unclear Work Capacity - TBD | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Recommendations:

STD HISTORY: no previous claims
FMLA HISTORY: no previous claims
FDA: 10/9/2013
EE CURRENTLY APPROVED: 10/9/2013-2/13/2014

EE JOB TITLE/CLASSIFICATION: Inside Sales Acct Mgmt, SEDENTARY occupation
- J/D in claim
- No push, pull, lift, overhead work
EE CO-MORBIDS: Diabetes, HTN, GERD

EE DIAGNOSIS: rotator cuff repair on 10/11/2013 and 1/31/14

MDA GUIDELINES:
- 7/10/42
- MIN MDA: 10/16/2013
- OPT MDA: 10/19/2013
- MAX MDA: 11/19/2013
- EE currently approved 128 days into STD benefits, outside of mda guidelines for procedure/occ.
BHU INVOLVEMENT: none
VOCATIONAL REHAB INVOLVEMENT: none
IHD CONSENT ON FILE: EE does not have Aetna insurance
REVIEW OF MEDICAL SYSTEMS: n/a

REVIEW OF RECENT MEDICALS IN CLAIM:
Most recent APS states the following:
- EE slow to progress with therapy
- LOV 11/15/2013
- NOV 12/13/2013
- RTW: 1/14/2013
- EE to continue PT 2-3 times per week
- EE to have same surgery on opposite shoulder once he is healed from this surgery.

EE had PT/Office visit on 11/15/2013:
- EE having decreased shoulder pain, increase low back pain

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

- rom values affected shoulder: flexion 125 (normal 180), abduction 80 (normal 150), external rotation 40 (normal 40-60), internal rotation 50 (normal 90)
- passive shoulder rom is severely impaired
- EE has improved his rom values since surgery
- decreased lumbar rom on exam
- plan: continue PT, follow up with provider one month

EE had OV 12/13/2013:
- continue to c/o discomfort
- EE has been doing passive & assisted exercise with therapy
- shoulder ROM: rom values affected shoulder: flexion 127 (normal 180), abduction 90 (normal 150), external rotation 55 (normal 40-60), internal rotation 57 (normal 90)
- plan: progress to active therapy program and light strength, follow up in one month

EE had right rotator cuff repair on 1/31/2014.

MDA guidelines from 1/31/2014 surgery date:
7/10/42
min mda: 2/6/2014
opt mda: 2/9/2014
max mda: 3/13/2014

EE had OV 2/11/2014:
- EE had sutures removed, continue sling
- work on pendulum exervises and passive rom  in therapy
- NOV 3/11/2014

EE is not released to rtw for 3 months.

EE has been terminated on 2/7/2014 from Dell.

EE has open LTD claim, EOB 4/6/2014.

NEW SNR:  The LTD claim was opened depending on the results of a Peer to Peer review which was ordered by STD DBM but is still not found in STD or LTD claims.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Review of medicals received include 3/6/14 notes height 6 foot and weight 243 lbs. EE was seen this date for a complete physical.
Review of exam reveals a well developed male in no acute distress, EE is obese and all the exam findings are normal, including gait, and station, muscle strength/tone are normal.
EE to f/u with this provider in 1 year and are far as back pain it 'is persistent and definately disrupting patients life, will refer to SJP for further eval and treatment. Continue PT as it is helping.

Assessment:  The medicals reviewed do not support a functional impairment which would prevent working a SEDENTARY occupation.
There are no recent medicals from the Orthopedic provider and SNR is unsure what the abbreviation of SJP is?  EE was to have further work up to his lower back pain?

Plan:  Need to obtain the Peer Review and then review with SNR.  If needed should deny due to lack of objective medical findings which would prevent working SEDENTARY occupation.

Do you want to generate an LTD Follow up Clinical Review task?

If yes, LTD Follow Up Clinical Review Task Date:

| Claim Owner Reassignment | 4/24/14 | Closed | 4/24/14 10:38 am | MARIBEL AMOR | WKAB SYSTEM | WKAB SYSTEM | 4/24/14 10:38 am |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Audit information | Claim Owner changed from MARIBEL AMOR to SHAWNDRA LEE |
| Prior Owner: | MARIBEL AMOR |
| New Owner: | SHAWNDRA LEE |
| Claim Status: | Pend |
| Date of Change: | 4/24/2014 |
| Time of Change: | 10:38 AM |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Claim Tier: | | | | Tier 3 | | | |
| Email Response to Member | 4/28/14 | Closed | 4/28/14  1:27 pm | ANASTASIA SNOOK | ANASTASIA SNOOK | ANASTASIA SNOOK | 4/28/14  1:27 pm |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 4/25/14 | Closed | 4/28/14  1:28 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | ANASTASIA SNOOK | 4/28/14  1:28 pm |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 4/25/2014 9:50:12 AM | | | |
| Question Category selected | | | | My LTD Claim Details | | | |
| Question Submitted | | | | I see my claims representative has changed, is there any update on my claim? | | | |
| Plan of Action | | | | response to member | | | |
| | | | | Your update has been forwarded to your Claim Manager along with a request to call you.  She will call you in the next 24 business hours.  Be advised, when someone from Aetna calls you, it may show on your caller ID as blocked, restricted or unknown, so please answer those calls. | | | |
| Inquiry Analysis: | | | | Claim status | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

\*\*\*CONFIDENTIALITY NOTICE\*\*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email From Member | 4/29/14 | Closed | 4/29/14  6:47 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | ANASTASIA SNOOK | 4/29/14  6:47 pm |

| | |
|---|---|
| Member Home Email Address | REDACTED |
| Date and Time Submitted | 4/29/2014 6:16:27 AM |
| Question Category selected | Other |
| Question Submitted | The past several days the burning in my feet has gotten much worst. I have suffered the foot burning for quite some time but it was most prevalent at night. Yesterday morning my feet started burning and it kept coming and going in phases all day. Lats night I woke up after an hours sleep feet really burning, took a Tramadol but could not fall back to sleep until 330Am. Up again at 5AM and feet continue to burn. I will call Dr Greens office this morning. |
| Plan of Action | no response needed |
| Inquiry Analysis: | Other |
| Details of Inquiry: | |
| Response Analysis: | Customer Service response |
| Details of Response: | |
| Response Method: | Reply none/duplicate |

| Email Response to Member | 5/5/14 | Closed | 5/5/14  1:39 pm | ANASTASIA SNOOK | ANASTASIA SNOOK | ANASTASIA SNOOK | 5/5/14  1:39 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| To Address List: | REDACTED |
| CC Address List: | |
| Do Not Send | No |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Comments: | | | | | | | |
| Email From Member | 5/5/14 | Closed | 5/5/14  1:39 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | ANASTASIA SNOOK | 5/5/14  1:39 pm |

Member Home Email Address — REDACTED

Date and Time Submitted — 5/5/2014 1:33:03 PM

Question Category selected — My LTD Claim Details

Question Submitted — Will there be a decision tomorrow as promised?

Plan of Action — response to member

We forwarded your email to your Claim Manager along with a request to call you.  She will call you in the next 24 business hours.  Be advised, when someone from Aetna calls you, it may show on your caller ID as blocked, restricted or unknown, so please answer those calls.

Inquiry Analysis: — Claim status

Details of Inquiry:

Response Analysis: — Customer Service response

Details of Response:

Response Method: — Reply via email

| Clinical Review Acknowledgement | 4/22/14 | Closed | 5/5/14  3:35 pm | SHAWNDRA LEE | TAYLOR SMITH JR | WANDA GREENE-CELESTINE | 5/5/14  3:35 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Recommendations:

STD HISTORY: no previous claims
FMLA HISTORY: no previous claims
FDA: 10/9/2013
EE CURRENTLY APPROVED: 10/9/2013-2/13/2014

EE JOB TITLE/CLASSIFICATION: Inside Sales Acct Mgmt, SEDENTARY occupation
- J/D in claim
- No push, pull, lift, overhead work
EE CO-MORBIDS: Diabetes, HTN, GERD

EE DIAGNOSIS: rotator cuff repair on 10/11/2013 and 1/31/14

MDA GUIDELINES:
- 7/10/42
- MIN MDA: 10/16/2013
- OPT MDA: 10/19/2013
- MAX MDA: 11/19/2013
- EE currently approved 128 days into STD benefits, outside of mda guidelines for procedure/occ.
BHU INVOLVEMENT: none
VOCATIONAL REHAB INVOLVEMENT: none
IHD CONSENT ON FILE: EE does not have Aetna insurance
REVIEW OF MEDICAL SYSTEMS: n/a

REVIEW OF RECENT MEDICALS IN CLAIM:
Most recent APS states the following:
- EE slow to progress with therapy
- LOV 11/15/2013
- NOV 12/13/2013
- RTW: 1/14/2013
- EE to continue PT 2-3 times per week
- EE to have same surgery on opposite shoulder once he is healed from this surgery.

EE had PT/Office visit on 11/15/2013:
- EE having decreased shoulder pain, increase low back pain

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

- rom values affected shoulder: flexion 125 (normal 180), abduction 80 (normal 150), external rotation 40 (normal 40-60), internal rotation 50 (normal 90)
- passive shoulder rom is severely impaired
- EE has improved his rom values since surgery
- decreased lumbar rom on exam
- plan: continue PT, follow up with provider one month

EE had OV 12/13/2013:
- continue to c/o discomfort
- EE has been doing passive & assisted exercise with therapy
- shoulder ROM: rom values affected shoulder: flexion 127 (normal 180), abduction 90 (normal 150), external rotation 55 (normal 40-60), internal rotation 57 (normal 90)
- plan: progress to active therapy program and light strength, follow up in one month

EE had right rotator cuff repair on 1/31/2014.

MDA guidelines from 1/31/2014 surgery date:
7/10/42
min mda: 2/6/2014
opt mda: 2/9/2014
max mda: 3/13/2014

EE had OV 2/11/2014:
- EE had sutures removed, continue sling
- work on pendulum exervises and passive rom  in therapy
- NOV 3/11/2014

EE is not released to rtw for 3 months.

EE has been terminated on 2/7/2014 from Dell.

EE has open LTD claim, EOB 4/6/2014.

NEW SNR:  The LTD claim was opened depending on the results of a Peer to Peer review which was ordered by STD DBM but is still not found in STD or LTD claims.

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Review of medicals received include 3/6/14 notes height 6 foot and weight 243 lbs.
EE was seen this date for a complete physical.
Review of exam reveals a well developed male in no acute distress, EE is obese and all the exam findings are normal, including gait, and station, muscle strength/tone are normal.
EE to f/u with this provider in 1 year and are far as back pain it 'is persistent and definately disrupting patients life, will refer to SJP for further eval and treatment.  Continue PT as it is helping.

Assessment:  The medicals reviewed do not support a functional impairment which would prevent working a SEDENTARY occupation.
There are no recent medicals from the Orthopedic provider and SNR is unsure what the abbreviation of SJP is?  EE was to have further work up to his lower back pain?

Plan:  Need to obtain the Peer Review and then review with SNR.  If needed should deny due to lack of objective medical findings which would prevent working SEDENTARY occupation.

Plan of Action:                                                         .

| Clinical Consultant Referral | 5/5/14 | Closed | 5/5/14  3:43 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 5/5/14  3:43 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Level of Referral: | 2 - Clinical Review for Claim Determination |
| Name: | CAROLE BISHOP |
| Reason for Review: | Pending claim assessment of function and/or work capacity |
| If Other: | |
| Claim Type: | LTD Claim |
| Requestor Name: | SHAWNDRA LEE |
| Requestor Phone Number: | 6932227 |
| Last Day Worked: | 10/08/2013 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | **REDACTED** | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | **REDACTED** Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Disability Date: | | | | 10/09/2013 | | | |
| Benefit End Date: | | | | 10/31/2028 | | | |
| Benefits Approved Through: | | | | | | | |
| Transition Date: | | | | 04/07/2016 | | | |
| Job Title: | | | | INSIDE SALES ACCOUNT MGMT III | | | |
| Date of current medical information: | | | | 03/25/2014 | | | |
| Date of last contact with employee: | | | | 03/18/2014 | | | |
| Primary Diagnosis: | | | | ROTATOR CUFF (CAPSULE) SPRAIN | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code | | | | 840.4 | | | |
| ICD Description | | | | ROTATOR CUFF (CAPSULE) SPRAIN | | | |
| Effective | | | | | | | |
| ICD Minimum: | | | | 1 | | | |
| ICD Maximum: | | | | 14 | | | |
| ICD Optimum: | | | | 7 | | | |
| ICD Mean: | | | | 90 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD CODE | | | | 840.4 | | | |
| ICD CODE | | | | 724.2 | | | |
| ICD CODE | | | | 719.7 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| ICD Description | | | | ROTATOR CUFF (CAPSULE) SPRAIN | | | |
| ICD Description | | | | LUMBAGO | | | |
| ICD Description | | | | DIFFICULTY IN WALKING | | | |
| CPT Code | | | | 23420 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| CPT Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date | | | | 1/31/2014 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 1/31/2014 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Restrictions and Limitations: | | | | | | | |
| Mandatory Rehab: | | | | Yes | | | |
| Pre-existing Condition: | | | | Unavailable | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Reason Case is being referred:

EE IS A 50YOM INSIDE SALES ACCT.MGMT (SED PDL) WHO HAS BEEN IN LEAVE DUE TO DX OF ROTATOR CUFF (CAPSULE) SPRAIN

PLEASE REVIEW PEER TO PEER TO DETERMINE IF FUNCTIONAL IMPAIRMENT IS SUPPORTED

IMAGE 15004343- DATED:5/5/14

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | | Claim Owner | Originator | Last Updated By | Date Last Updated | |
|---|---|---|---|---|---|---|---|---|---|
| Clinical Consultant Review | 5/5/14 | Closed | 5/6/14 | 2:42 pm | TAYLOR SMITH JR | WANDA GREENE-CELESTINE | TAYLOR SMITH JR | 5/6/14 | 2:42 pm |

Work Capacity        Partial Work Capacity

Level of Referral from Clinical Consultant Referral Task:      2 - Clinical Review for Claim Determination

Additional Info to Consider:      EE IS A 50YOM INSIDE SALES ACCT.MGMT (SED PDL) WHO HAS BEEN IN LEAVE DUE TO DX OF ROTATOR CUFF (CAPSULE) SPRAIN

PLEASE REVIEW PEER TO PEER TO DETERMINE IF FUNCTIONAL IMPAIRMENT IS SUPPORTED

IMAGE 15004343- DATED:5/5/14

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| | | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Assessment:

STD HISTORY: no previous claims
FMLA HISTORY: no previous claims
FDA: 10/9/2013
EE CURRENTLY APPROVED: 10/9/2013-4/6/14

EE JOB TITLE/CLASSIFICATION: Inside Sales Acct Mgmt, SEDENTARY occupation
- J/D in claim
- No push, pull, lift, overhead work
EE CO-MORBIDS: Diabetes, HTN, GERD

EE DIAGNOSIS: rotator cuff repair on 10/11/2013 & 1/31/14

MDA GUIDELINES:
- 7/10/42
- MIN MDA: 10/16/2013
- OPT MDA: 10/19/2013
- MAX MDA: 11/19/2013
- EE currently approved 128 days into STD benefits, outside of MDA guidelines for procedure/occ.
BHU INVOLVEMENT: none
VOCATIONAL REHAB INVOLVEMENT: none
REVIEW OF RECENT MEDICALS IN CLAIM:
Most recent APS states the following:
- EE slow to progress with therapy
- LOV 11/15/2013
- NOV 12/13/2013
- RTW: 1/14/2014
- EE to continue PT 2-3 times per week
- EE to have same surgery on opposite shoulder once he is healed from this surgery.

EE had PT/Office visit on 11/15/2013:
- EE having decreased shoulder pain, increase low back pain
- ROM values affected shoulder: flexion 125 (normal 180), abduction 80 (normal 150), external rotation 40 (normal 40-60), internal rotation 50 (normal 90)
- passive shoulder rom is severely impaired

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

- EE has improved his rom values since surgery
- decreased lumbar rom on exam
- plan: continue PT, follow up w/ provider one month

EE had OV 12/13/2013:
- continue to c/o discomfort
- EE has been doing passive & assisted exercise with therapy
- shoulder ROM: rom values affected shoulder: flexion 127 (normal 180), abduction 90 (normal 150), external rotation 55 (normal 40-60), internal rotation 57 (normal 90)
- plan: progress to active therapy program and light strength, follow up in one month

EE had right rotator cuff repair on 1/31/2014.

MDA guidelines from 1/31/2014 surgery date:
7/10/42
min mda: 2/6/2014
opt mda: 2/9/2014
max mda: 3/13/2014

EE had OV 2/11/2014:
- EE had sutures removed, continue sling
- work on pendulum exercises & passive ROM  in therapy
- NOV 3/11/2014

EE is not released to rtw for 3 months.
EE has been terminated on 2/7/2014 from Dell.
EE has open LTD claim, EOB 4/6/2014.

NEW SNR:  The LTD claim was opened depending on the results of a Peer to Peer review which was ordered by STD DBM but is still not found in STD or LTD claims.

Review of medicals received include 3/6/14 notes height 6 foot and weight 243 lbs.
EE was seen this date for a complete physical.
Review of exam reveals a well developed male in no acute distress, EE is obese and all the exam findings are normal, including gait & station, muscle strength/tone are normal.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| | | | | EE to f/u with this provider in 1 year & are far as back pain it 'is persistent & definately disrupting patients life, will refer to SJP for further eval & treatment.  Continue PT as it is helping. | | | |

EE to f/u with this provider in 1 year & are far as back pain it 'is persistent & definately disrupting patients life, will refer to SJP for further eval & treatment.  Continue PT as it is helping.

5/6/14:  SNR reviewed CNS notes to find that EE was scheduled to have 'knee surgery' on 4/18/15 but there is no documentation of a knee surgery from any provider.

Peer review dated 4/20/14 notes restrictions would be appropriate of sitting, 30 minutes at a time up to 5 1/2 hours per day w/ opportunity to stand, stretch, and/or shift positions every 15 minutes for 2 minutes at one time.
Stand/walk:  30 minutes at a time up to 5 1/2 hours per day combined.
Lift/carry/push/pull:  up to 10 lbs occasionally.
Reach overhead or above desk level: Never
Reach at desk level: Frequently
Use of hands to type, hold, grasp, fasten, grip while seated: Unrestricted.
Peer notes these restrictions are appropriate from 3/21/14-5/31/14.

Assessment:  It appears to this reviewer that the restrictions other than the time of 5 1/2 hours per day are all within his job functions.  EE is not required to lift, carry, push or pull greater than 10 lbs and is not required to lift overhead.

SNR is concerned regarding the mention of knee surgery on 4/18/14?

| Peer Review Referral: | No |
| Voc Rehab Referral: | No |
| BHU Referral | No |
| Recommendations: | Plan:  Find out if EE had knee surgery on 4/18/14 and what surgery? Then may apply MDA Guidelines as the STD EOB was 4/6/14 and if EE had knee surgery on 4/18/14, then he would be eligible for LTDB per MDA Guidelines. |

It will depend on what knee surgery was done on 4/18/14.

| IHD Effective Date: | |
| Check Medical Systems? | No |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name<br>& Task Details: | Scheduled<br>Date | Task<br>Status | Completed<br>Date | Claim Owner | Originator | Last<br>Updated By | Date Last<br>Updated |
|---|---|---|---|---|---|---|---|
| Name: | | | | TAYLOR SMITH JR | | | |
| Do you want to generate an LTD Follow up Clinical Review task? | | | | Yes | | | |
| LTD Disability Determination | 4/11/14 | Closed | 5/7/14  1:17 pm | SHAWNDRA LEE | CAROLE BISHOP | WANDA GREENE-CELESTINE | 5/7/14  1:17 pm |

| | |
|---|---|
| Disability Date: | 10/9/2013 12:00:00 AM |
| Benefit Begin Date: | 4/7/2014 12:00:00 AM |
| Has claimant eligibility been confirmed? | Yes |
| Is this a pre-existing condition? | Not Applicable |
| If Yes, what is the date of last treatment? | |
| Have you reviewed for potential plan/policy exclusions? | Yes |
| Have all applicable offsets been applied? | Yes |
| Has the functionality vs. job requirements been addressed before disability determination? | Yes |
| Do objective/clinical findings support ongoing disability? | Yes |
| Is the claimant disabled per plan/policy definition of disability? | Yes |
| Disability Determination | Approved |
| Tier: | Tier 3 |
| Partial Earnings: | Not Applicable |
| Pension: | Not Applicable |
| Salary Continuation/State Cash/STD: | Not Applicable |
| Third Party | Not Applicable |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:      10/06/2015

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 135 of 1151 PageID #: 179

AR 000135

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Workers Comp:                                          Not Applicable

Other:                                                 Not Applicable

If Other:

Work Capacity                                          No Current Work Capacity

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:       10/06/2015

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Rationale for decision:

FDA:10/9/2013
LTD: 4/7/2014
EE CO-MORBIDS: Diabetes, HTN, GERD

EE IS A 50YOF INSIDE SALES ACCT MGMT WHO WENT ON LEAVE DUE TO DX OF ROTATOR CUFF REPAIR.

JOB REQUIREMENTS: SEDPDL;Lift/carry/push/pull: up to 10 lbs occasionally

FUNCTIONALITY:Rotator Cuff Repairs on 10/11/2013 & 1/31/14
**
OV 2/11/2014:
EE had sutures removed, continue sling
work on pendulum exercises & passive ROM in therapy
- NOV 3/11/2014
**
3/6/14 notes height 6 foot and weight 243 lbs.EE was seen this date for a complete physical.Review of exam reveals a well developed male in no acute distress, EE is obese and all the exam findings are normal, including gait & station, muscle strength/tone are normal.

EE to f/u with this provider in 1 year & are far as back pain it 'is persistent & definately disrupting patients life, will refer to SJP for further eval & treatment. Continue PT as it is helping.
**
Peer review dated 4/20/14 notes restrictions would be appropriate of sitting, 30 minutes at a time up to 5 1/2 hours per day w/ opportunity to stand, stretch, and/or shift positions every 15 minutes for 2 minutes at one time.
Stand/walk: 30 minutes at a time up to 5 1/2 hours per day combined.
Lift/carry/push/pull: up to 10 lbs occasionally.Reach overhead or above desk level: Never
Reach at desk level: Frequently
Use of hands to type, hold, grasp, fasten, grip while seated: Unrestricted.

Peer notes these restrictions are appropriate from 3/21/14-5/31/14.
**
5/7/2014 -DBM confirmed with Dr. Renfro's office, ee had atrophy left knee sx 4/18/14, and

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action: | | | | a f/u visit 4/26/2014.<br><br>STS approving LTD benefits, due to 4/18/2014 sx ee does not have the functional capacity to perform the core elements of his owc occupation as a Inside Sales Acct Mgmt which requires Lift/carry/push/pull:  up to 10 lbs occasionally<br>****<br>require actual sx notes<br>continue to conduct on-going tpc | | | |
| Employer Contact Email | 5/7/14 | Closed | 5/7/14   1:43 pm | SHAWNDRA LEE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 5/7/14   1:43 pm |
| To Address List: | | | | US_leave_administrator@dell.com; Benefits_Administrator@dell.com | | | |
| CC Address List: | | | | ungerj@aetna.com | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Financial Worknote | 5/8/14 | Closed | 5/7/14   2:02 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 5/7/14   2:02 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.   The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.   This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: **157406572** | Date of Birth: REDACTED | Age: | **52** | |
| Work State: | **TN** | Claim ID: **9452367** | Date of Hire: **05/22/2006** | Gender : | **M** | |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Notes | | | | LTD Benefit Level Authority Review Task Template | | | |

LTD Benefit Level Authority Review Task Template
*****************************************************
EE CONTRIB: 0% -  N/A
DLW: 10/8/2013
DCI: 10/9/2013
ANY RTW DURING EP: N/A
LTD BNFT EFF
ANY SUCCESSIVE AFTER EP: N/A
MRBE: $5,284.34
BNFT: 60%
IMAX: $3,170.61
ER MAX: N/A
MIN BNFT: $100 OR 10% WHICHEVER IS GREATER
OIQ ON FILE: ON FILE
RA ON FILE: ON FILE
OFFSET: STATE DISABILITY (NY, NJ, CA, HI, PR, RI)
STATE TAX (NC, VA, IL, OH (work Portsmouth/Columbus)?:
(ATLAS only)
TAX:        (ATLAS only)
DEDUCTION: N/A
REMARKS:

TOTAL INITIAL PAYMENT
4/7/2014- 4/30/2014
GROSS/OFFSET/NET BNFT
$2,536.49/$00.00/$2,536.49

5/1/2014- ON-GOING
GROSS/OFFSET/NET BNFT
$3,170.61/$00.00/ $3,170.61

**Plan of Action**

Section B
Have you reviewed the claim and agree with the benefit calculation being requested above?
Yes ___x_ No _____
If No is selected, please document reason not approving and recommendations/instructions:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Regular Approval (LTD) | 5/7/14 | Closed | 5/7/14  2:33 pm | SHAWNDRA LEE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 5/7/14  2:33 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Mail Provider Forms | 5/7/14 | Closed | 5/7/14  2:36 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 5/7/14  2:36 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | Yes | | | |
| Comments: | | | | Your fax was successfully sent to DR. RENFRO. | | | |
| | | | | Fax number: 6158344722 Subject: ARTHUR DAIVS Status: (success) Completed: 2:23:11 PM, Wednesday, May 07, 2014 Sent pages: 2 of 2 Duration: 0:00:36 Account: GDV GI DIS CLARITY I ID: A210137 Received CSID: 16158344722 JOBID: 107797852 | | | |
| LTD Determination EE Contact | 5/7/14 | Closed | 5/7/14  2:41 pm | SHAWNDRA LEE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 5/7/14  2:41 pm |
| Contact Type: | | | | Employee | | | |
| If other, please specify: | | | | | | | |
| Disability Determination: | | | | Approved | | | |
| Benefits Authorized Thru: | | | | 4/6/2016 12:00:00 AM | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Plan of Action:  DBM LEFT VMM REQUESTING RETURN CALL.
ONCE CONTACT MADE, DBM WILL ADVISE OF APPROVAL

Contact Outcome:  Left VMM

| Task Name & Task Details | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Clinical Review Acknowledgement | 5/6/14 | Closed | 5/7/14 12:47 pm | SHAWNDRA LEE | TAYLOR SMITH JR | WANDA GREENE-CELESTINE | 5/7/14 12:47 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Recommendations:

STD HISTORY: no previous claims
FMLA HISTORY: no previous claims
FDA: 10/9/2013
EE CURRENTLY APPROVED: 10/9/2013-4/6/14

EE JOB TITLE/CLASSIFICATION: Inside Sales Acct Mgmt, SEDENTARY occupation
- J/D in claim
- No push, pull, lift, overhead work
EE CO-MORBIDS: Diabetes, HTN, GERD

EE DIAGNOSIS: rotator cuff repair on 10/11/2013 & 1/31/14

MDA GUIDELINES:
- 7/10/42
- MIN MDA: 10/16/2013
- OPT MDA: 10/19/2013
- MAX MDA: 11/19/2013
- EE currently approved 128 days into STD benefits, outside of MDA guidelines for procedure/occ.
BHU INVOLVEMENT: none
VOCATIONAL REHAB INVOLVEMENT: none
REVIEW OF RECENT MEDICALS IN CLAIM:
Most recent APS states the following:
- EE slow to progress with therapy
- LOV 11/15/2013
- NOV 12/13/2013
- RTW: 1/14/2013
- EE to continue PT 2-3 times per week
- EE to have same surgery on opposite shoulder once he is healed from this surgery.

EE had PT/Office visit on 11/15/2013:
- EE having decreased shoulder pain, increase low back pain
- ROM values affected shoulder: flexion 125 (normal 180), abduction 80 (normal 150), external rotation 40 (normal 40-60), internal rotation 50 (normal 90)
- passive shoulder rom is severely impaired

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

- EE has improved his rom values since surgery
- decreased lumbar rom on exam
- plan: continue PT, follow up w/ provider one month

EE had OV 12/13/2013:
- continue to c/o discomfort
- EE has been doing passive & assisted exercise with therapy
- shoulder ROM: rom values affected shoulder: flexion 127 (normal 180), abduction 90 (normal 150), external rotation 55 (normal 40-60), internal rotation 57 (normal 90)
- plan: progress to active therapy program and light strength, follow up in one month

EE had right rotator cuff repair on 1/31/2014.

MDA guidelines from 1/31/2014 surgery date:
7/10/42
min mda: 2/6/2014
opt mda: 2/9/2014
max mda: 3/13/2014

EE had OV 2/11/2014:
- EE had sutures removed, continue sling
- work on pendulum exercises & passive ROM  in therapy
- NOV 3/11/2014

EE is not released to rtw for 3 months.
EE has been terminated on 2/7/2014 from Dell.
EE has open LTD claim, EOB 4/6/2014.

NEW SNR:  The LTD claim was opened depending on the results of a Peer to Peer review which was ordered by STD DBM but is still not found in STD or LTD claims.

Review of medicals received include 3/6/14 notes height 6 foot and weight 243 lbs.
EE was seen this date for a complete physical.
Review of exam reveals a well developed male in no acute distress, EE is obese and all the exam findings are normal, including gait & station, muscle strength/tone are normal.

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Plan of Action:

EE to f/u with this provider in 1 year & are far as back pain it 'is persistent & definately disrupting patients life, will refer to SJP for further eval & treatment.  Continue PT as it is helping.

5/6/14:  SNR reviewed CNS notes to find that EE was scheduled to have 'knee surgery' on 4/18/15 but there is no documentation of a knee surgery from any provider.

Peer review dated 4/20/14 notes restrictions would be appropriate of sitting, 30 minutes at a time up to 5 1/2 hours per day w/ opportunity to stand, stretch, and/or shift positions every 15 minutes for 2 minutes at one time.
Stand/walk:  30 minutes at a time up to 5 1/2 hours per day combined.
Lift/carry/push/pull:  up to 10 lbs occasionally.
Reach overhead or above desk level: Never
Reach at desk level: Frequently
Use of hands to type, hold, grasp, fasten, grip while seated: Unrestricted.
Peer notes these restrictions are appropriate from 3/21/14-5/31/14.

Assessment:  It appears to this reviewer that the restrictions other than the time of 5 1/2 hours per day are all within his job functions.  EE is not required to lift, carry, push or pull greater than 10 lbs and is not required to lift overhead.

SNR is concerned regarding the mention of knee surgery on 4/18/14?
dbm spoke with ee and confirmed knee sx, which was performed by dr renfro 4/18/14.
**
dbm also spoke with Helen w/ dr. renfro's office who confirmed astrophy left knee sx 4/18/14
***
dbm proceeding with approval of ltd benefits

| Financial Worknote | 5/27/14 | Closed | 5/23/14   3:29 pm | AMANDA FERRANTE | AMANDA FERRANTE | AMANDA FERRANTE | 5/23/14   3:29 pm |

Notes

Praxis Disability Group has identified a TPL/Subrogation opportunity and is pursuing same. Please contact Alison Stackpole at 765.216.0240 or alison.stackpole@praxisconsulting.com with any questions.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | | | | |
| Financial Worknote | 5/27/14 | Closed | 5/23/14  3:36 pm | AMANDA FERRANTE | AMANDA FERRANTE | AMANDA FERRANTE | 5/23/14  3:36 pm |

Notes                Praxisċ investigation revealed no viable opportunities for recovery ċ no TP language in contract.  They have closed their file.

Plan of Action

| Email Response to Member | 5/23/14 | Closed | 5/23/14  12:40 pm | THEODORA WILLIAMS | THEODORA WILLIAMS | THEODORA WILLIAMS | 5/23/14  12:40 pm |
|---|---|---|---|---|---|---|---|

To Address List:                REDACTED

CC Address List:

Do Not Send                No

Comments:

| Email From Member | 5/23/14 | Closed | 5/23/14  12:41 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB MOBILE | THEODORA WILLIAMS | 5/23/14  12:41 pm |
|---|---|---|---|---|---|---|---|

Member Home Email Address                REDACTED

Date and Time Submitted                5/23/2014 12:12:39 PM

Question Category selected                My Coverage and Benefits

Question Submitted                I am trying to move and they would like a letter stating I will receive benefits beyond 2 yrs if I do not recover. Is this possible?

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |

Plan of Action

email response to member

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We are able to provide you an income verification letter. We have forwarded a request to your Claim Manager to send the letter to you.

Please let us know if we can provide additional assistance.

| Inquiry Analysis: | | | | Claim management process | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

| Email Response to Member | 5/28/14 | Closed | 5/28/14  12:15 pm | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 5/28/14  12:15 pm |
| --- | --- | --- | --- | --- | --- | --- | --- |
| To Address List: | | | REDACTED | | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | No | | | | |
| Comments: | | | | | | | |

| Email From Member | 5/27/14 | Closed | 5/28/14  12:16 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 5/28/14  12:16 pm |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Member Home Email Address | | | REDACTED | | | | |
| Date and Time Submitted | | | 5/27/2014 2:38:31 PM | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Question Category selected | My Claim |
| Question Submitted | I would like the email address and contact phone number for my case manager please. I went to my Primary Care physician Dr. Tad Yoneyama at Heritage Medical Clinc. He believes I have a pinched nerve which is causing the painful burning of my feet. He was disappointed in the aloof attitude of Dr. Breanna Green not setting an urgency for the EMG. He is afraid the damage will continue and possible lead to numbness and muscle loss. I have scheduled an appointment with his referral Dr Subir Prasab of Heritage Medical Associates Thursday May 29th at 2:40PM |
| Plan of Action | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.<br><br>Your update has been forwarded to your Claim Manager.<br><br>Please let us know if we can provide additional assistance. |
| Inquiry Analysis: | Claim status |
| Details of Inquiry: | |
| Response Analysis: | Referred to claim owner |
| Details of Response: | |
| Response Method: | Reply via email |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|---|
| Email Response to Member | 5/30/14 | Closed | 5/30/14 | 8:35 pm | GLADYS WALTERS | GLADYS WALTERS | GLADYS WALTERS | 5/30/14 8:35 pm |
| To Address List: | | | | | REDACTED | | | |
| CC Address List: | | | | | | | | |
| Do Not Send: | | | | | No | | | |
| Comments: | | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email From Member | 5/30/14 | Closed | 5/30/14  8:36 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | GLADYS WALTERS | 5/30/14  8:36 pm |

| | |
|---|---|
| Member Home Email Address | REDACTED |
| Date and Time Submitted | 5/30/2014 12:13:21 PM |
| Question Category selected | Other |
| Question Submitted | Good morning I sent two request and have not received a response from either. I would like to email updates directly to my case manager.I do need an income letter. |
| Plan of Action | Dear MR. ARTHUR DAVIS, |
| | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. |
| | Your request has been forwarded to your Claim Manager. |
| | Please let us know if we can provide additional assistance. |
| Inquiry Analysis: | Claim status |
| Details of Inquiry: | |
| Response Analysis: | Customer Service response |
| Details of Response: | |
| Response Method: | Reply via email |

| Initial SSDI Review Task | 5/7/14 | Closed | 6/2/14  2:54 pm | SHAWNDRA LEE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/2/14  2:54 pm |
|---|---|---|---|---|---|---|---|
| Plan Name | | | | DD | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Work Status | | | | Not At Work | | | |
| Status | | | | Approved | | | |
| Reason | | | | Disability Supported | | | |
| App Start Date | | | | 4/7/2014 12:00:00 AM | | | |
| App Thru Date | | | | 4/6/2016 12:00:00 AM | | | |
| Claim Owner | | | | SHAWNDRA LEE | | | |
| Claimant Preferred Address: | | | | Home Address | | | |
| City: | | | | MURFREESBORO | | | |
| State: | | | | Tennessee | | | |
| Zip: | | | | 37128 | | | |
| Primary Diagnosis | | | | ICD9 : 840.4 - ROTATOR CUFF (CAPSULE) SPRAIN | | | |
| Disability Date | | | | 10/9/2013 12:00:00 AM | | | |
| Management End Date | | | | | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | New Claim | | | |
| Level | | | | Monitoring | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status Date | | | | 1/1/0001 12:00:00 AM | | | |
| Status Date | | | | 5/13/2014 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Notes | | | | 5/13/14--Allsup reviewed. Allsup not accepting for SSDI representation at this time. Further review required. CAS | | | |
| Plan of Action | | | | SSC will review claim file again in 60 days. | | | |
| Free Form Letter STD-LTD | 6/2/14 | Closed | 6/2/14  3:15 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/2/14  3:15 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Free Form Letter STD-LTD | 6/2/14 | Closed | 6/2/14  3:21 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/2/14  3:21 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Incoming | 6/12/14 | Closed | 6/16/14  2:43 pm | SHAWNDRA LEE | WEB SERVICE | WANDA GREENE-CELESTINE | 6/16/14  2:43 pm |

Image Description:      list of providers

Image Notes:

| Mail Provider Forms | 6/16/14 | Closed | 6/16/14  2:47 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/16/14  2:47 pm |
|---|---|---|---|---|---|---|---|

Mailing Method:      USPS

Do Not Send      Yes

Comments:      Your fax was successfully sent to Dr. Green.

     Fax number: 6158677974
     Subject: Arthur Davis
     Status: (success)
     Completed: 2:43:59 PM, Monday, June 16, 2014 Sent pages: 2 of 2
     Duration: 0:01:06
     Account: GDV GI DIS CLARITY I
     ID: A210137
     Received CSID: 16158677974
     JOBID: 110818708

| Mail Provider Forms | 6/16/14 | Closed | 6/16/14  3:09 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/16/14  3:09 pm |
|---|---|---|---|---|---|---|---|

Mailing Method:      USPS

Do Not Send      Yes

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Comments:

Your fax was successfully sent to Yoneyama Heritage Medical.

Fax number: 6159163903
Subject: Arthur Davis
Status: (success)
Completed: 2:59:30 PM, Monday, June 16, 2014 Sent pages: 6 of 6
Duration: 0:03:05
Account: GDV GI DIS CLARITY I
ID: A210137
Received CSID: 16159163903
JOBID: 110822304

| Mail Provider Forms | 6/16/14 | Closed | 6/16/14 3:29 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/16/14 3:29 pm |
|---|---|---|---|---|---|---|---|

Mailing Method:                                         USPS

Do Not Send                                              Yes

Comments:                                                Your fax was successfully sent to Premier Orthopaedics & Sports.

Fax number: 6158344722
Subject: Arthur Davis
Status: (success)
Completed: 3:09:54 PM, Monday, June 16, 2014 Sent pages: 6 of 6
Duration: 0:01:44
Account: GDV GI DIS CLARITY I
ID: A210137
Received CSID: 16158344722
JOBID: 110824391

| Mail Provider Forms | 6/16/14 | Closed | 6/16/14 3:31 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/16/14 3:31 pm |
|---|---|---|---|---|---|---|---|

Mailing Method:                                         USPS

Do Not Send                                              Yes

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Comments: | | | | Your fax was successfully sent to Dr. Prasad.<br><br>Fax number: 6159163953<br>Subject: Arthur Davis<br>Status: (success)<br>Completed: 3:18:16 PM, Monday, June 16, 2014 Sent pages: 6 of 6<br>Duration: 0:01:35<br>Account: GDV GI DIS CLARITY I<br>ID: A210137<br>Received CSID: 16159163953<br>JOBID: 110824959 | | | |
| Mail Provider Forms | 6/16/14 | Closed | 6/16/14  3:38 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 6/16/14  3:38 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | Yes | | | |
| Comments: | | | | Your fax was successfully sent to DR. KNOX.<br><br>Fax number: 6152208688<br>Subject: ARTHUR DAVIS<br>Status: (success)<br>Completed: 3:23:38 PM, Monday, June 16, 2014 Sent pages: 6 of 6<br>Duration: 0:02:36<br>Account: GDV GI DIS CLARITY I<br>ID: A210137<br>Received CSID: 6154593869<br>JOBID: 110826548 | | | |
| Analysis/Review Medical Records | 5/7/14 | Closed | 6/16/14  3:39 pm | SHAWNDRA LEE | SANTOSH KUMAR | WANDA GREENE-CELESTINE | 6/16/14  3:39 pm |
| Image Description | | | | Analysis/Review Medical Records | | | |
| Image Notes | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Date Medical Received | | | | 05/07/2014 | | | |
| Type of Information Recd-select all that apply | | | | Office/Progress Notes | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | PROGRESS NOTES | | | |
| Plan of Action | | | | N/A | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Faxed Form Request | 6/20/14 | Closed | 6/20/14 11:44 am | MARTHA WILEY | MARTHA WILEY | MARTHA WILEY | 6/20/14 11:44 am |
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |
| Fax Form Confirmation Task | 6/20/14 | Closed | 6/20/14 11:59 am | MARTHA WILEY | MARTHA WILEY | MARTHA WILEY | 6/20/14 11:59 am |
| Please enter the internal work note. | | | | Your fax was successfully sent to To Dr Subir Prasad. | | | |
| | | | | Fax number: 6159163953 Subject: Attending Physician Statement/Capabilities and Limitations Worksheet Status: (success) Completed: 11:50:17 AM, Friday, June 20, 2014 Sent pages: 8 of 8 Duration: 0:01:54 Account: ASO MAPS DIS OR CSR ID: A805974 Received CSID: 16159163953 JOBID: 111237256 | | | |
| Faxed Form Request | 6/23/14 | Closed | 6/23/14 10:53 am | JACOB PETERSON | JACOB PETERSON | JACOB PETERSON | 6/23/14 10:53 am |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Fax Form Confirmation Task | 6/23/14 | Closed | 6/23/14  12:32 pm | JACOB PETERSON | JACOB PETERSON | JACOB PETERSON | 6/23/14  12:32 pm |

Please enter the internal work note.

Your fax was successfully sent to Dr. SUBIR PRASAD.

Fax number: 615-916-3953
Subject:
Status: (success)
Completed: 10:55:30 AM, Monday, June 23, 2014 Sent pages: 7 of 7
Duration: 0:02:11
Account: ASO SO LRB DI TAMPA CSR
ID: A595234
Received CSID: 16159163953
JOBID: 111334084

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Analysis/Review Medical Records | 6/18/14 | Closed | 7/9/14  9:19 am | SHAWNDRA LEE | ANIL KUMAR | EVELYNE MILLER | 7/9/14  9:22 am |

| Image Description | Doctor's note |
|---|---|
| Image Notes | |
| Date Medical Received | 06/18/2014 |
| Type of Information Recd-select all that apply | 200002\|200005 |
| If Other Information Received, please describe: | Procedure notes |
| Provider Name: | Dr. Brenda Greene |
| Diagnosis: | Rotator cuff |
| If Other, please specify: | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |

CPT Search:

CPT Code — 23420

CPT4 Description — RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY)

Procedure Date: — 1/31/2014

Date of Disability: — 10/9/2013

RTW Date (if provided):

Notes — DBM received office notes from Dr. Greene dated 5/06/14 and Procedure notes dated 4/14/14

Plan of Action — DBM will contact EE for initial TPC
DBM will forward medicals for review
DBM will update initial assessment

CPT Code — 29822

CPT Code — 29822

CPT Code — 29826

CPT Code — 29827

CPT4 Description — ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED

CPT4 Description — ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED

CPT4 Description — ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY

CPT4 Description — ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR

Procedure Date: — 10/11/2013

Procedure Date: — 1/31/2014

Procedure Date: — 10/11/2013

Procedure Date: — 10/11/2013

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Analysis/Review Medical Records | 6/26/14 | Closed | 7/9/14 9:51 am | SHAWNDRA LEE | WEB SERVICE | EVELYNE MILLER | 7/9/14 9:51 am |

| | |
|---|---|
| Image Description | APS received from Dr. Subir Prasad<br>C & L worsheet |
| Image Notes | |
| Date Medical Received | 06/26/2014 |
| Type of Information Recd-select all that apply | 200001\|200005 |
| If Other Information Received, please describe: | C & L worsheet |
| Provider Name: | Dr. Subir Prasad |
| Diagnosis: | Other |
| If Other, please specify: | Paresthesia |
| CPT Search: | |
| CPT Code | 23420 |
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |
| Procedure Date: | 1/31/2014 |
| Date of Disability: | 10/9/2013 |
| RTW Date (if provided): | |
| Notes | DBM received APS from Dr. Prasad dated 06/25/14 for Dx: Paresthesia 782.0<br>C & L worsheet received 6/25/14<br>Last treatment 5/29/14. |
| Plan of Action | DBM will contact EE for initial TPC<br>DBM will forward medical records for review<br>DBM will update initial assessment |
| CPT Code | 29822 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Analysis/Review Medical Records | 6/19/14 | Closed | 7/9/14 10:44 am | SHAWNDRA LEE | SANJEEV KUMAR | SHAWNDRA LEE | 7/9/14 10:44 am |
| Image Description | | | | EE note | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 06/19/2014 | | | |
| Type of Information Recd-select all that apply | | | | Other | | | |
| If Other Information Received, please describe: | | | | Note from EE | | | |
| Provider Name: | | | | Note from EE | | | |
| Diagnosis: | | | | Other | | | |
| If Other, please specify: | | | | ROTATOR CUFF (CAPSULE) SPRAIN | | | |
| CPT Search: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | EE submitted noted advising of most recent OV. | | | |
| Plan of Action | | | | DBM will request medicals from Providers for updated medicals | | | |
| | | | | DBM will make outreach to EE for ongoing TPC. | | | |
| | | | | DBM will forward medicals to SNR for review once received. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Analysis/Review Medical Records | 6/20/14 | Closed | 7/9/14 10:45 am | SHAWNDRA LEE | ASHUTOSH NARAYAN SINGH | SHAWNDRA LEE | 7/9/14 10:45 am |

| | |
|---|---|
| Image Description | APS received from Dr.Tad Yoneyama 06/20/2014. |
| Image Notes | |
| Date Medical Received | 06/20/2014 |
| Type of Information Recd-select all that apply | 200001\|200005 |
| If Other Information Received, please describe: | medication list |
| Provider Name: | Dr. Tad Yoneyama |
| Diagnosis: | Other |
| If Other, please specify: | Paresthesia, Shoulder pain |
| CPT Search: | |
| CPT Code | 23420 |
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |
| Procedure Date: | 1/31/2014 |
| Date of Disability: | 10/9/2013 |
| RTW Date (if provided): | |
| Notes | DBM received APS from Dr. Tad Yoneyama dated 6/20/14<br>EE dx: Shoulder pain 719.41<br>Paresthesia<br>Symptoms:shoulder pain, back pain, knee pain, foot pain<br>Per APS: No lifting, no pulling, no pushing, no prolonged sitting<br>EE last surgery 4/23/14<br>Treatment: medication management & referral to Neuro/Ortho |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | DBM will contact EE for initial TPC DBM will forward medical records for review DBM will update initial assessment | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Correspondence - Incoming | 6/20/14 | Closed | 7/9/14 10:48 am | SHAWNDRA LEE | ASHUTOSH NARAYAN SINGH | SHAWNDRA LEE | 7/9/14 10:48 am |
| Image Description: | | | | CLW | | | |
| Image Notes: | | | | Incomplete C&L worksheet | | | |
| Correspondence - Incoming | 6/26/14 | Closed | 7/9/14 10:50 am | SHAWNDRA LEE | PAWAN KUMAR | SHAWNDRA LEE | 7/9/14 10:50 am |
| Image Description: | | | | Correspondence - Incoming | | | |
| Image Notes: | | | | coversheet | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Incoming | 7/9/14 | Closed | 7/11/14 11:58 am | SHAWNDRA LEE | SAURABH GUPTA | SHAWNDRA LEE | 7/11/14 11:58 am |
| Image Description: | | | | FAX | | | |
| Image Notes: | | | | Request for meds | | | |
| Correspondence - Incoming | 7/10/14 | Closed | 7/11/14 11:59 am | SHAWNDRA LEE | ANKESH KUMAR | SHAWNDRA LEE | 7/11/14 11:59 am |
| Image Description: | | | | Correspondence - Incoming | | | |
| Image Notes: | | | | Request for Auth | | | |
| Analysis/Review Medical Records | 7/10/14 | Closed | 7/11/14 12:02 pm | SHAWNDRA LEE | ASHUTOSH NARAYAN SINGH | SHAWNDRA LEE | 7/11/14 12:02 pm |
| Image Description | | | | MED NOTES | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 07/10/2014 | | | |
| Type of Information Recd-select all that apply | | | | Office/Progress Notes | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | Dr. Knox | | | |
| Diagnosis: | | | | Rotator cuff | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | DBM received OVN from Dr. Knox dated 06/09/2014 | | | |
| | | | | EE is to f/u with back specialist regarding restrictions. | | | |
| | | | | EE does nto have f/u visit with Dr. Knox at this time. | | | |
| Plan of Action | | | | DBM will forward medicals to SNR for review | | | |
| | | | | DBM will f/u with EE for update TPC | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 7/14/14 | Closed | 7/14/14  3:47 pm | THEODORA WILLIAMS | THEODORA WILLIAMS | THEODORA WILLIAMS | 7/14/14  3:47 pm |

To Address List:        REDACTED

CC Address List:

Do Not Send        No

Comments:

| Email From Member | 7/14/14 | Closed | 7/14/14  3:48 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB MOBILE | THEODORA WILLIAMS | 7/14/14  3:48 pm |
|---|---|---|---|---|---|---|---|

Member Home Email Address        REDACTED

Date and Time Submitted        7/14/2014 11:01:14 AM

Question Category selected        My Claim

Question Submitted        Good morning I am following up to make sure my case manager received my Treating Physician statement. Are there any poem items on my part?

Plan of Action        email response to member

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We received your medical information for review on 07/10/2014. Your Claim Manager will notify you if any additional information is needed.

Please let us know if we can provide additional assistance.

Inquiry Analysis:        Was Paperwork received

Details of Inquiry:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |
| Email Response to Member | 7/15/14 | Closed | 7/15/14 1:56 pm | ANASTASIA SNOOK | ANASTASIA SNOOK | ANASTASIA SNOOK | 7/15/14 1:56 pm |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 7/15/14 | Closed | 7/15/14 1:57 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | ANASTASIA SNOOK | 7/15/14 1:57 pm |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 7/15/2014 12:21:18 PM | | | |
| Question Category selected | | | | My Claim | | | |
| Question Submitted | | | | I had an appointment with Dr. Tad Yoneyama at Heritage Medical Group, Franklin, TN He suggested I try Cymbalta again. Eat before taking the medicine and try to work through initial side effects. Started last night and I will pickup script this morning. | | | |
| Plan of Action | | | | response to member | | | |
| | | | | We forwarded your email to your Claim Manager to update her. She will contact you with any questions. | | | |
| Inquiry Analysis: | | | | Claim status | | | |
| Details of Inquiry: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

| Analysis/Review Medical Records | 7/9/14 | Closed | 7/16/14  9:11 am | SHAWNDRA LEE | YADAV VIKAS | BIBI ALLI | 7/16/14  9:11 am |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Image Description | med |
| Image Notes | |
| Date Medical Received | 07/09/2014 |
| Type of Information Recd-select all that apply | Office/Progress Notes |
| If Other Information Received, please describe: | |
| Provider Name: | Breena Green |
| Diagnosis: | Rotator cuff |
| If Other, please specify: | |
| CPT Search: | |
| CPT Code | 23420 |
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |
| Procedure Date: | 1/31/2014 |
| Date of Disability: | 10/9/2013 |
| RTW Date (if provided): | |
| Notes | Blank request form from Dr Green |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:      10/06/2015

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | DBM need to obtain updated medical records, diagnostic test result (s), review records with CC and obtain RTW status from treating provider. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Analysis/Review Medical Records | 7/9/14 | Closed | 7/16/14 9:18 am | SHAWNDRA LEE | VINIT SHARMA | BIBI ALLI | 7/16/14 9:18 am |
| Image Description | | | | Analysis/Review Medical Records | | | |
| Image Notes | | | | Dup of Image #15435473 | | | |
| Date Medical Received | | | | 07/09/2014 | | | |
| Type of Information Recd-select all that apply | | | | Office/Progress Notes | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | Breena Green | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Diagnosis: | |
| If Other, please specify: | |
| CPT Search: | |
| CPT Code | 23420 |
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |
| Procedure Date: | 1/31/2014 |
| Date of Disability: | 10/9/2013 |
| RTW Date (if provided): | |
| Notes | Blank request form from Dr Green. Duplicate of Image #: 15435473 |
| Plan of Action | DUP |
| CPT Code | 29822 |
| CPT Code | 29822 |
| CPT Code | 29826 |
| CPT Code | 29827 |
| CPT4 Description | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED |
| CPT4 Description | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED |
| CPT4 Description | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY |
| CPT4 Description | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR |
| Procedure Date: | 10/11/2013 |
| Procedure Date: | 1/31/2014 |
| Procedure Date: | 10/11/2013 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Procedure Date: | | | | 10/11/2013 | | | |
| Analysis/Review Medical Records | 7/10/14 | Closed | 7/16/14  9:26 am | SHAWNDRA LEE | PAWAN KUMAR | BIBI ALLI | 7/16/14  9:26 am |

| | |
|---|---|
| Image Description | RTW |
| Image Notes | RTW analysis form from Dr Breena Green |
| Date Medical Received | 07/09/2014 |
| Type of Information Recd-select all that apply | Office/Progress Notes |
| If Other Information Received, please describe: | |
| Provider Name: | Breena Green |
| Diagnosis: | |
| If Other, please specify: | |
| CPT Search: | |
| CPT Code | 23420 |
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |
| Procedure Date: | 1/31/2014 |
| Date of Disability: | 10/9/2013 |
| RTW Date (if provided): | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Notes | | | | Completed RTW analysis form received from Dr Green 07/09/2014. | | | |
| | | | | Current treatment plan: HEP, weight management, pain medication. LOV: 06/19/2014 NOV: 07/31/2014 RTW Plan: He need a functional capacity evaluation to evaluate his abilities/restrictions. Anticipated Full Duty RTW: TBD. | | | |
| | | | | Signed and dated 07/09/2014 | | | |
| Plan of Action | | | | DBM to follow up with Dr. Green for NOV notes, RTW status, obtain any updated diagnostic test result(s) and follow up with EE. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Follow Up SSDI Review Task | 7/21/14 | Closed | 7/21/14  8:18 am | SHARON RAND | SHARON RAND | SHARON RAND | 7/21/14  8:18 am |

| | |
|---|---|
| Social Security Type | Disability |
| Social Security Type | Disability |
| Level | New Claim |
| Level | Monitoring |
| Status | Pending |
| Status | Pending |
| Status Date | 1/1/0001 12:00:00 AM |
| Status Date | 5/13/2014 12:00:00 AM |
| Entitlement Date | 1/1/0001 12:00:00 AM |
| Entitlement Date | 1/1/0001 12:00:00 AM |
| Individual Amount | 0 |
| Individual Amount | 0 |
| Add'l Earnings Amount | 0 |
| Add'l Earnings Amount | 0 |
| Dependent Amount | 0 |
| Dependent Amount | 0 |
| Notes: | Allsup Review: Allsup deferred representation at this time.  Allsup will follow up in two months for claim review. |
| Plan of Action: | see above. |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 8/4/14 | Closed | 8/2/14  6:36 pm | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 8/2/14  6:36 pm |

To Address List:  REDACTED

CC Address List:

Do Not Send  No

Comments:

| Email From Member | 8/1/14 | Closed | 8/2/14  6:36 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 8/4/14  12:48 pm |
|---|---|---|---|---|---|---|---|

Member Home Email Address  REDACTED

Date and Time Submitted  8/1/2014 6:19:51 PM

Question Category selected  Other

Question Submitted  I tried to see my Pain Management doctor on Thursday July 31st and unfortunately I was 7 minutes late and she refused to see me. I have requested that my primary care doctor Tad Yoneyama, M.D. - Heritage Medical Associates provide my pain management treatment of Tramadol and Cymbalta versus Dr. Breanna Green. Dr Green has informed me previously that she cannot offer any other solution but pain medication and she charges twice as much for her consultations and I do not have the same personal relationship I have with my primary doctor. I feel he can offer better solutions.

Plan of Action  Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Inquiry Analysis:  Claim status

Details of Inquiry:

Response Analysis:  Referred to claim owner

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:  10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Details of Response: | | | | | | | |
| Response Method: | | | Reply via email | | | | |
| | | | | | | | |
| Correspondence - Incoming | 7/21/14 | Closed | 8/4/14 12:56 pm | SHAWNDRA LEE | PAVAN KUMAR | WANDA GREENE-CELESTINE | 8/4/14 12:56 pm |
| Image Description: | | | | open subragation case with rawlings grp. contact person:Adam Wilson,800-928-1279 ext2305 | | | |
| Image Notes: | | | | | | | |
| | | | | | | | |
| LTD Claimant Interview | 7/3/14 | Closed | 8/15/14 1:01 pm | SHAWNDRA LEE | MARIBEL AMOR | WANDA GREENE-CELESTINE | 8/15/14 1:01 pm |
| Completed Contact Type: | | | Employee | | | | |
| If Attorney or "Other" Please define: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Notes

Current Treatment:

What is your current treatment plan?
medication
recreation center: physical therapy exercises
daily basis. cant afford to continue to pay for pt
physical therapy: last treatment may 2014

How do you think your recovery is progressing?
not prgressing well. severe back pain

What physicians are currently treating you?
Dr. Yoneyama

When was your last office visit with your physician(s)?  July 2014

When is/are your next visit(s) scheduled?

What are your current medications and dosages?  (If any)
tramidol - 50mg twice per day
cymbalta -30mg once per day
over the counter - arthritis tylenol

How has your condition impacted your daily activities? (Housework, driving, child or elder care
issues): not able to  go many palces. drives son to school, takes a nap.
if he has to shop his son or ex wife goes with him to lift bags.

Who lives with you? moved in with ex wife to help with his expensives

What are your thoughts on returning to work? not able to return to work

Have you discussed this with your AP?  have not had a discssion

**\*\*\*CONFIDENTIALITY NOTICE\*\***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

What contacts have you made with your employer since your disability.no

Would you like any assistance in order to return to work?  (Rehab program Note: Some contracts have mandatory rehab):

OFF SETS: SSDI / WC / PENSION (Explain the ALLSUP process if applicable): had pycssch exam with ssa

What is the status of your Social Security Disability claim? pending

What are the dates of birth of your dependent children? REDACTED

Are you eligible for a pension / retirement benefit from work? If so, are you currently receiving any benefits?  no

Are you receiving any benefits from Workers Comp? If so, ask for details including if a settlement is pending. no

Assistive devices: not using any at this time.

| Early Any Occupation Assessment | | | | n/a | | | |
| Plan of Action | | | | continue to conduct on-going tpc. | | | |

| Mail Provider Forms | 8/15/14 | Closed | 8/15/14  2:22 pm | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | WANDA GREENE-CELESTINE | 8/15/14  2:22 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | Yes | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Comments: | | | | Your fax was successfully sent to Dr. Yoneyama. | | | |

Fax number: 6159163903
Subject: Arthur Davis
Status: (success)
Completed: 2:21:06 PM, Friday, August 15, 2014 Sent pages: 6 of 6
Duration: 0:01:35
Account: GDV GI DIS CLARITY I
ID: A210137
Received CSID: 16159163903
JOBID: 115829907

| Email Response to Member | 8/18/14 | Closed | 8/16/14 12:47 pm | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 8/18/14 1:24 pm |
|---|---|---|---|---|---|---|---|
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |

| Email From Member | 8/15/14 | Closed | 8/16/14 12:48 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 8/16/14 12:48 pm |
|---|---|---|---|---|---|---|---|
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 8/15/2014 6:10:59 PM | | | |
| Question Category selected | | | | My Provider | | | |
| Question Submitted | | | | My next appointment is with Dr. Tad Yoneyama of Heritage Medical Clinic Jan 14th 2015. Current treatment is pain medication. I would be willing to go to any back specialist recommended by Aetna to help with the back pain. | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. | | | |
| | | | | Your update has been forwarded to your Claim Manager. | | | |
| | | | | Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: | | | | Claim status | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |
| Email Response to Member | 9/11/14 | Closed | 9/11/14 12:09 pm | ANASTASIA SNOOK | ANASTASIA SNOOK | ANASTASIA SNOOK | 9/11/14 12:09 pr |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 9/11/14 | Closed | 9/11/14 12:09 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | ANASTASIA SNOOK | 9/11/14 12:09 pr |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 9/11/2014 7:30:55 AM | | | |
| Question Category selected | | | | My Claim | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Question Submitted | | | | Good morning I have started Spinal Decompression treatment with Dr Derek Totty at Totty Chiropractic of Mt Juliet. 541 N Mt Juliet Rd, Mt Juliet TN 37122 615-758-7101. The session is supposed to run 20 treatments. I am open to any suggestions for pain relief. | | | |
| Plan of Action | | | | response to member | | | |
| | | | | Your update has been forwarded to your Claim Manager.  She will contact Dr Totty to collect medical information if needed. | | | |
| Inquiry Analysis: | | | | Claim status | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

| Correspondence - Incoming | 8/18/14 | Closed | 9/15/14  1:13 pm | SHAWNDRA LEE | KAPIL SINGH | WANDA GREENE-CELESTINE | 9/15/14  1:13 pm |
|---|---|---|---|---|---|---|---|
| Image Description: | | | | incomplete CLW | | | |
| Image Notes: | | | | | | | |

| Email From Member | 9/15/14 | Closed | 9/15/14  1:16 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | WANDA GREENE-CELESTINE | 9/15/14  1:16 pm |
|---|---|---|---|---|---|---|---|
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 9/15/2014 1:00:54 PM | | | |
| Question Category selected | | | | My Coverage and Benefits | | | |
| Question Submitted | | | | Good morning I am having difficulty with depression and handling my current situation. I asking for a referral for psychiatrist. | | | |

**\*\*\*CONFIDENTIALITY NOTICE\*\***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | **REDACTED** | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | **REDACTED** | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | contact ee regarding request | | | |
| Inquiry Analysis: | | | | Other | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Referred to management | | | |
| Details of Response: | | | | STS contacted ee regarding his request | | | |
| Response Method: | | | | Reply via return call | | | |
| Analysis/Review Medical Records | 8/18/14 | Closed | 9/18/14 11:11 am | SHAWNDRA LEE | KAPIL SINGH | BIBI ALLI | 9/18/14 11:11 am |
| Image Description | | | | APS | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 08/18/2014 | | | |
| Type of Information Recd-select all that apply | | | | 200001\|200002 | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | Dr. Yoneyama, MD | | | |
| Diagnosis: | | | | | | | |
| If Other, please specify: | | | | | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: **157406572** | | Date of Birth: REDACTED | | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

RTW Date (if provided):

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Notes

OV Notes for DOS 07/14/2014

History of Present Illness
The patient is a 50 year old male who presents for a follow up of chronic conditions. 6 mth, needs refill on spirolactone,  wt up 4lbs.
did not get condo b/c did not qualify
ex-wife renting house, she offered room at her place $500/month she is working 2 jobs
son working at McDonalds
LBP radiates down leg 6-8/10 burning with intermittent bee sting pain
pain doc - cymbalta caused tingling in legs neck and LBP, not relieved with aleve
neuro- pamelor helped but bladder side effects could not go
exercise walk treadmill 1 hr daily
takes tylenol and 1/2 tab tramadol 30mm before treadmill
diet not good
1 month ago 260lbs -> 246lbs today
some mood swings
no chest pain/SOB/DOE/dizziness/nausea/GERD
fall going to online MTSU computer

Medication:
Omeprazole 20mg
Celebrex 200mg
Zyrtec Allergy 10mg
Bystolic 10mg
Flonase 50mg
Advair Diskus 250-50mcg
Lisinopril-Hydrochlorothiazide 20-25mg
EpiPen 2-Pak 0.3mg
Lotrisone 1-0.05%
Clonidine HCI 0.1mg
Amlodipine Besylate 10mg
Diazepam 5mg
Dulera 200-5mcg
Spironolactone 25mg

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date:     10/06/2015

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Review of Systems

General; Not Present- Chills, Fatigue, Feeling Sick, Fever and Night Sweats.

Skin: Not Present- Dryness, Itching, Nail Changes, New Lesions and Rash.

HEENT: Present- Headache and Wears glasses/contact lenses, Not Present- Visual Disturbances, Hearing Loss, Ear

Pain, Ringing in the Ears, Vertigo, Runny Nose, Nasal Congestion, Seasonal Allergies and Sore Throat.

Neck: Not Present- Neck Pain, Neck Stiffness and Swollen Glands.

Respiratory; Present- Shortness of Breath. Not Present- Cough and Wheezing.

Cardiovascular: Present- Abnormal Blood Pressure. Not Present- Chest Pain, Edema, Leg Cramps and Palpitations.

Gastrointestinal: Present- Heartburn and Nausea, Not Present- Abdominal Pain, Change in Bowel Habits,

Constipation, Diarrhea, Dysphagia, Jaundice, Rectal Bleeding and Vomiting.

Male Genitourinary: Not Present- Difficulty with Erection, Dysuria, Hematuria, Nocturia and Polyuria.

Musculoskeletal: Present- Back Pain and Joint Pain. Not Present- Decreased Range of Motion, Muscle Cramps,

Muscle Weakness and Myalgia.

Neurological: Present- Headaches, Numbness and Paresthesias, Not Present- Dizziness, Focal Neurological Symptoms, Seizures and Syncope.

Psychiatric: Present- Mood changes (HIGH stress level). Not Present- Anxiety, Depression, Insomnia, Memory Loss,

Panic Attacks and Trouble Falling Asleep.

Endocrine: Not Present- Appetite Changes and Libido Change.

Hematology: Not Present- Abnormal Bleeding, Easy Bruising and Painful Lymph Nodes.

Vitals

07/14/2014 10:25 AM

Weight: 246 lb Height: 72 in, BP: 144/100

Body Surface Area; 2.38 m2 Body Mass Index: 33.36 kg/m2

Assessment & Plan

Paresthesia (782.0 I R20.2)

Problem Story burning all day and night, feet and lower shin off/on; worse when legs straight or sit for long time, sched for EMG 6/13/2014 Dr William Newton at M¿boro Med Clinic, LBP,

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| | | | | paresthesia worsening, no weakness/numbness, Lyrica-> after 3 days, tingle in hands/feet Neurontin - felt stupid, still on tramadol at night Today¿s Impression: likely due to radicular pain, refer to neuro Degenerative lumbar disc (72232 f 1451.36) Today¿s Impression: presume mild by history; again doubt source of foot pain | | | |
| Plan of Action | | | | DBM to review claim | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Email Response to Member | 9/19/14 | Closed | 9/19/14  8:26 am | SUSAN STEWART | SUSAN STEWART | SUSAN STEWART | 9/19/14  8:26 am |
| To Address List: | | | REDACTED | | | | |
| CC Address List: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
| Work State: | **TN** | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| | | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Do Not Send Comments: | | | | No | | | |

| Email From Member | 9/18/14 | Closed | 9/19/14  8:27 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SUSAN STEWART | 9/19/14  8:27 am |

Member Home Email Address — REDACTED

Date and Time Submitted — 9/18/2014 6:29:20 PM

Question Category selected — My Claim

Question Submitted — Good afternoon I found the chiropractic treatments to be more harmful then good. My feet seemed to burn more, especially at night. I was not able to sleep following the treatments and it did not provide any back relief. I have discontinued treatment and will be making an appointment with a psychiatrist tomorrow.

Plan of Action — response via email
Dell Inc
09/19/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name<br>& Task Details: | Scheduled<br>Date | Task<br>Status | Completed<br>Date | Claim Owner | Originator | Last<br>Updated By | Date Last<br>Updated |
|---|---|---|---|---|---|---|---|
| Inquiry Analysis: | | | | Other | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |
| Follow Up SSDI Review Task | 9/19/14 | Closed | 9/19/14  9:05 am | SHARON RAND | SHARON RAND | SHARON RAND | 9/19/14  9:05 am |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | New Claim | | | |
| Level | | | | Monitoring | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status Date | | | | 1/1/0001 12:00:00 AM | | | |
| Status Date | | | | 5/13/2014 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |

**\*\*\*CONFIDENTIALITY NOTICE\*\***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Dependent Amount | | | | 0 | | | |
| Notes: | | | | Allsup Review: Allsup SSC accepting for SSDI representation. Claim forwarded to Allsup for further review and to mail intro packet. | | | |
| Plan of Action: | | | | see above. | | | |
| Follow Up SSDI Review Task | 9/24/14 | Closed | 9/24/14 10:20 am | FRANCES GARCIA | FRANCES GARCIA | FRANCES GARCIA | 9/24/14 10:20 am |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | New Claim | | | |
| Level | | | | Monitoring | | | |
| Level | | | | New Claim | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status Date | | | | 1/1/0001 12:00:00 AM | | | |
| Status Date | | | | 5/13/2014 12:00:00 AM | | | |
| Status Date | | | | 9/19/2014 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Notes: | | | | Allsup introductory package offering representation was mailed 09/22/2014. Allsup will follow up for a signed SSA 1696. | | | |
| Plan of Action: | | | | SEE NOTE | | | |

| Correspondence - Outgoing | 9/22/14 | Closed | 9/26/14  1:01 pm | SHAWNDRA LEE | ASHUTOSH NARAYAN SINGH | SHAWNDRA LEE | 9/26/14  1:01 pm |
|---|---|---|---|---|---|---|---|
| Image Description: | | | | LETTER | | | |
| Image Notes: | | | | Allsup Letter | | | |

| Email Response to Member | 9/30/14 | Closed | 9/30/14  3:25 pm | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 9/30/14  3:25 pm |
|---|---|---|---|---|---|---|---|
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|---|
| Email From Member | 9/30/14 | Closed | 9/30/14 | 3:27 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | MARIE ANELAS | 9/30/14 3:27 pm |

| | |
|---|---|
| Member Home Email Address | REDACTED |
| Date and Time Submitted | 9/30/2014 11:41:05 AM |
| Question Category selected | My Claim |
| Question Submitted | Good morning I would like to update my information concerning my phone conversation this morning. I have been following the Physical Therapy recommendations. I try to exercise, or stretch everyday but sometimes it is too painful. It was recommended to use the Elliptical machine versus a treadmill because the treadmill would be too stressful for my back.Using Tramadol and Arthritis Strength Tylenol I can normally use the machine for 20 minutes. I do my shoulder therapy exercises and I do my stretching at home. I believe the mental therapy will be helpful for my pain. When I first started the Cymbalta I was able to sleep 5-6 hours at night and did not experience burning in my feet all day. Now it appears I have to continue to increase the dosage for relief<br>I believe the mental therapy will help me sleep and I am hopeful a better disposition, attitude and feeling of selfworth will help my daily life. I have become frustrated with medical and chiropractic relief claims but I will not give up hope of recovery. |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Plan of Action**

E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
09/30/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

Inquiry Analysis:                          Claim status

Details of Inquiry:

Response Analysis:                         Customer Service response

Details of Response:

Response Method:                           Reply via email

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Incoming | 9/29/14 | Closed | 9/30/14 10:38 am | SHAWNDRA LEE | YADAV VIKAS | SHAWNDRA LEE | 9/30/14 10:38 am |

Image Description:      CORR

Image Notes:      Denial letter from SSI

| Email Response to Member | 10/3/14 | Closed | 10/3/14 5:52 am | DOMINICA TAYLOR | DOMINICA TAYLOR | DOMINICA TAYLOR | 10/3/14 5:52 am |

To Address List:      REDACTED

CC Address List:

Do Not Send      No

Comments:

| Email From Member | 10/2/14 | Closed | 10/3/14 5:53 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | DOMINICA TAYLOR | 10/3/14 5:53 am |

Member Home Email Address      REDACTED

Date and Time Submitted      10/2/2014 2:24:37 PM

Question Category selected      Other

Question Submitted      Sorry I did not finish my last message. I am in pain doing my PT. I normally take Tramadol and 2 Arthritis Strength Tylenol, so I should complete class, ice my back and prop up my legs. The true benefits will be enjoying doing something, getting out of the house and not focusing on my pain for a bit.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | email response | | | |
| | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. | | | |
| | | | | Your update has been forwarded to your Claim Manager. | | | |
| | | | | Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: | | | | Claim management process | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |
| Follow Up SSDI Review Task | 10/30/14 | Closed | 10/30/14 10:51 am | FRANCES GARCIA | FRANCES GARCIA | FRANCES GARCIA | 10/30/14 10:51 a |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | New Claim | | | |
| Level | | | | Monitoring | | | |
| Level | | | | New Claim | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 192 of 1151 PageID #: 236

AR 000192

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Status | | | | Pending | | | |
| Status Date | | | | 1/1/0001 12:00:00 AM | | | |
| Status Date | | | | 5/13/2014 12:00:00 AM | | | |
| Status Date | | | | 9/19/2014 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Notes: | | | | Appointment of Representation/Authorization forms received by Allsup 10/22/2014. Allsup will schedule interview with the claimant. | | | |
| | | | | Claimant had filed for SSDI and was denied at the Initial level.  Allsup will review for reconsideration appeal. | | | |
| Plan of Action: | | | | SEE NOTE | | | |

***CONFIDENTIALITY NOTICE** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| LTD - Claimant Survey 1 | 11/3/14 | Closed | 11/3/14  9:05 am | SHAWNDRA LEE | WKAB SYSTEM | SHAWNDRA LEE | 11/3/14  9:05 am |

AutoCall Choices:  Yes, Send Call

If 'No, do not send call', provide the following drop down selection:

If Other is selected, provide reason:

| LTD Claimant Interview | 11/3/14 | Closed | 11/6/14  1:20 pm | SHAWNDRA LEE | WANDA GREENE-CELESTINE | SHAWNDRA LEE | 11/6/14  1:20 pm |
|---|---|---|---|---|---|---|---|

Completed Contact Type:  Employee

If Attorney or "Other"
Please define:

Notes

DBM contacted EE to get a better understanding of EE's oow condition. DBM inquired if EE was treating with chiro that he mention in email sent on 09/19/2014. EE informed that he is no longer treating with chiro. EE stated that the spinal deep compression was no good. EE advised that he will be treating with therapist (Jonathan Gish) first OV will be the second week of October.EE will also treat with psychiatrist ( Dr. Steven Nyquist)on 10/13/2014. DBM asked EE what is the condition preventing him from returning to work. EE informed the pain and burning in his feet.

EE will be treating with PCP on 10/02/2014. EE informed that his cymbalta has been increase to 90 mg. EE states that he has difficulty with sleeping due to the pain that radiates from his feet to his back. EE informed that he can not sit for prolong period of time due to pain in feet and back. EE states that he can sit for 6-7 minutes before pain. EE advise that he does use the computer a total of 15 minutes a day. EE is capable of drive however only drives to take his son to school. EE states that he attends church but have difficulty with sitting. EE informed that EE has assistance with showering from his ex-wife. EE does nto cook.

DBM inquired about classes EE informed that EE would take in the fall at MTSU. EE informed that he has not begin classes but may go in January 2015. EE has been denied.    (See More)

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date:       10/06/2015

Page 131 of 212
AR 000194

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Early Any Occupation Assessment | | | | * | | | |
| Plan of Action | | | | DBM will request medicals from treating providers | | | |
| | | | | DBM will update LTD action plan | | | |
| Faxed Form Request | 11/6/14 | Closed | 11/6/14  2:15 pm | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 11/6/14  2:15 pm |
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |
| Faxed Form Request | 11/6/14 | Closed | 11/6/14  2:26 pm | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 11/6/14  2:26 pm |
| Mailing Method: | | | | USPS | | | |
| Comments: | | | | | | | |
| Fax Form Confirmation Task | 11/6/14 | Closed | 11/6/14  2:26 pm | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 11/6/14  2:26 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | Dell Inc | | Last Name: | DAVIS | First Name: | ARTHUR | Middle Initial: | C |
| | | | Employee ID: | 157406572 | Date of Birth: | REDACTED | Age: | 52 |
| Work State: | TN | | Claim ID: | 9452367 | Date of Hire: | 05/22/2006 | Gender : | M |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Please enter the internal work note. | | | | -----Original Message-----<br>From: Service ID DeliveryWare Fax<br>Sent: Thursday, November 06, 2014 2:02 PM<br>To: Lee, Shawndra E<br>Subject: Job ID 123085351 sent to Dr. Steven Nyquist; Status (success)<br><br>Your fax was successfully sent to Dr. Steven Nyquist.<br><br>Fax number: 615-771-1109<br>Subject: Re: Arthur Davis REDACTED<br>Status: (success)<br>Completed: 2:02:01 PM, Thursday, November 06, 2014 Sent pages: 5 of 5<br>Duration: 0:02:02<br>Account: GDV GI DIS TPA MIXED 1<br>ID: A241118<br>Received CSID: 615+771+1109<br>JOBID: 123085351 | | | | |
| Fax Form Confirmation Task | 11/6/14 | Closed | 11/6/14  2:27 pm | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 11/6/14  2:27 pm |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Please enter the internal work note.

-----Original Message-----
From: Service ID DeliveryWare Fax
Sent: Thursday, November 06, 2014 2:27 PM
To: Lee, Shawndra E
Subject: Job ID 123089534 sent to Dr. Tad Yoneyama; Status (success)

Your fax was successfully sent to Dr. Tad Yoneyama.

Fax number: 615-916-3903
Subject: Re: Arthur Davis REDACTED
Status: (success)
Completed: 2:26:38 PM, Thursday, November 06, 2014 Sent pages: 3 of 3
Duration: 0:00:42
Account: GDV GI DIS TPA MIXED 1
ID: A241118
Received CSID: 16159163903
JOBID: 123089534

| Analysis/Review Medical Records | 11/6/14 | Closed | 11/7/14  9:47 am | SHAWNDRA LEE | WEB SERVICE | SHAWNDRA LEE | 11/7/14  9:47 am |

| | |
|---|---|
| Image Description | Blank APS |
| Image Notes | |
| Date Medical Received | 11/06/2014 |
| Type of Information Recd-select all that apply | APS |
| If Other Information Received, please describe: | |
| Provider Name: | blank forms |
| Diagnosis: | Other |
| If Other, please specify: | ROTATOR CUFF (CAPSULE) SPRAIN |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Was a new disabling condition noted in the medical records received?  No

CPT Search:

CPT Code  23420

CPT4 Description  RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY)

Procedure Date:  1/31/2014

Date of Disability:  10/9/2013

RTW Date (if provided):

Notes  APS was returned blank

Plan of Action  DBM will f/u with EE for update Auth

CPT Code  29822

CPT Code  29822

CPT Code  29826

CPT Code  29827

CPT4 Description  ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED

CPT4 Description  ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED

CPT4 Description  ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY

CPT4 Description  ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR

Procedure Date:  10/11/2013

Procedure Date:  1/31/2014

Procedure Date:  10/11/2013

Procedure Date:  10/11/2013

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Analysis/Review Medical Records | 11/6/14 | Closed | 11/7/14 9:49 am | SHAWNDRA LEE | YADAV VIKAS | SHAWNDRA LEE | 11/7/14 9:49 am |

| | |
|---|---|
| Image Description | MED |
| Image Notes | |
| Date Medical Received | 11/06/2014 |
| Type of Information Recd-select all that apply | APS |
| If Other Information Received, please describe: | |
| Provider Name: | blank forms |
| Diagnosis: | Other |
| If Other, please specify: | ROTATOR CUFF (CAPSULE) SPRAIN |
| Was a new disabling condition noted in the medical records received? | No |
| CPT Search: | |
| CPT Code | 23420 |
| CPT4 Description | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) |
| Procedure Date: | 1/31/2014 |
| Date of Disability: | 10/9/2013 |
| RTW Date (if provided): | |
| Notes | Received blank form |
| Plan of Action | DBM will forward Auth to provider office |
| CPT Code | 29822 |
| CPT Code | 29822 |
| CPT Code | 29826 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Follow Up SSDI Review Task | 11/19/14 | Closed | 11/19/14  4:35 pm | MARY JO HEBERT | MARY JO HEBERT | MARY JO HEBERT | 11/21/14  1:50 p |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | New Claim | | | |
| Level | | | | Monitoring | | | |
| Level | | | | New Claim | | | |
| Level | | | | Initial | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:      10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status Date | | | | 1/1/0001 12:00:00 AM | | | |
| Status Date | | | | 5/13/2014 12:00:00 AM | | | |
| Status Date | | | | 9/19/2014 12:00:00 AM | | | |
| Status Date | | | | 10/30/2014 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Notes: ALLSUP CONDUCTED THE INITIAL CLAIM INTERVIEW 11-04-2014. ALLSUP HAS FORWARDED THE IC FORMS TO THE CLAIMANT FOR SIGNATURE. MJH

Plan of Action: SEE NOTE

| Fax Form Confirmation Task | 11/21/14 | Closed | 11/21/14 2:44 pm | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 11/21/14 2:44 p |
|---|---|---|---|---|---|---|---|

Please enter the internal work note.

-----Original Message-----
From: Service ID DeliveryWare Fax
Sent: Friday, November 21, 2014 2:00 PM
To: Lee, Shawndra E
Subject: Job ID 124482659 sent to Dr. Steven Nyquist; Status (success)

Your fax was successfully sent to Dr. Steven Nyquist.

Fax number: 615-771-1109
Subject: Re: Arthur Davis REDACTED
Status: (success)
Completed: 2:00:23 PM, Friday, November 21, 2014 Sent pages: 9 of 9
Duration: 0:03:42
Account: GDV GI DIS TPA MIXED 1
ID: A241118
Received CSID: 615+771+1109
JOBID: 124482659

| Analysis/Review Medical Records | 11/21/14 | Closed | 11/24/14 9:11 am | SHAWNDRA LEE | ANKESH KUMAR | SHAWNDRA LEE | 11/24/14 9:11 a |
|---|---|---|---|---|---|---|---|

Image Description    Analysis/Review Medical Records

Image Notes

Date Medical Received    11/21/2014

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Type of Information Recd-select all that apply | | | | Other | | | |
| If Other Information Received, please describe: | | | | return form | | | |
| Provider Name: | | | | Dr. Steven Nquist | | | |
| Diagnosis: | | | | Other | | | |
| If Other, please specify: | | | | ROTATOR CUFF (CAPSULE) SPRAIN | | | |
| Was a new disabling condition noted in the medical records received? | | | | No | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | DBM received return request from Dr. Nquist office sttating new pt's signature. | | | |
| Plan of Action | | | | DBM will f/u with EE regarding ppw from Dr. Nquist office. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Free Form Letter STD-LTD | 11/24/14 | Closed | 11/24/14  10:55 am | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 11/24/14  10:55 a |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email Response to Member | 12/5/14 | Closed | 12/5/14  7:03 pm | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 12/8/14  8:16 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 12/5/14 | Closed | 12/5/14  7:04 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | MARIE ANELAS | 12/8/14  8:16 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 12/5/2014 12:47:25 PM | | | |
| Question Category selected | | | | My Claim | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Question Submitted

Good afternoon I was seen by my Nuerologist Dr Paul Buechel of KCA Nuerology 4323 Carothers Pkwy, Franklin, TN 37067
(615) 550-1800

Dr Buechel seems to have determined what is causing my Back pain and feet numbing and pain. The new MRI shows Bone Spurs that are inoperable. When the spurs press on a nerve, I am in pain or develop numbness or pain in my feet. I saw the letter addressed to me online. Dr Nyquist and Yanoyamo will update information but they probably will not do any kind of Disability determination. I will contact their offices to request information updates. I was also seen by Dr. James Renfro concerning some right shoulder complications. I will be particpating in physical therapy for the next three weeks and sucess or failure will determine if additional surgery is required. I am available at anytime for a follow up call.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Plan of Action

E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
12/05/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager along with a request to call you.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

Inquiry Analysis:                        Claim status

Details of Inquiry:

Response Analysis:                      Customer Service response

Details of Response:

Response Method:                       Reply via email

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:      10/06/2015

Case 1:15-cv-00086      Document 13-1      Filed 02/18/16      Page 206 of 1151 PageID #: 250

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Free Form Letter STD-LTD | 12/9/14 | Closed | 12/9/14  9:14 am | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 12/9/14  9:15 am |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email Response to Member | 12/19/14 | Closed | 12/19/14  9:30 am | LATONYA WALLACE | LATONYA WALLACE | LATONYA WALLACE | 12/19/14  9:30 a |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 12/18/14 | Closed | 12/19/14  9:30 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | LATONYA WALLACE | 12/19/14  9:30 a |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 12/18/2014 11:30:35 PM | | | |
| Question Category selected | | | | Other | | | |
| Question Submitted | | | | I spoke to a representative today and was told that my doctors had been faxed information. I requested a copy to print out for my doctors and was told it would be on Dashboard. I will go to their offices tomorrow. | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. Your update has been forwarded to your Claim Manager. Once that information is received your Claim Manager will review the information and send you a confirmation letter with the details about your claim, once the review has been completed. Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: | | | | Forms | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

| Analysis/Review Medical Records | 12/23/14 | Closed | 12/23/14  1:54 pm | SHAWNDRA LEE | SANJAY KUMAR | SHAWNDRA LEE | 12/23/14  1:54 p |
|---|---|---|---|---|---|---|---|
| Image Description | | | | MED DOC | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 12/23/2014 | | | |
| Type of Information Recd-select all that apply | | | | 200002\|200003 | | | |
| If Other Information Received, please describe: | | | | | | | |
| Provider Name: | | | | Dr.Paul Buechel | | | |
| Diagnosis: | | | | Other | | | |
| If Other, please specify: | | | | DISTURBANCE OF SKIN SENSATION | | | |
| Was a new disabling condition noted in the medical records received? | | | | No | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:      10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | DBM received OVN from 10/2014 and 12/2014 from Dr. Buechel and MRI report from 11/6/2014. | | | |
| Plan of Action | | | | DBM will have SNR review claim with updated medicals | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 12/23/14 | Closed | 12/23/14 4:19 pm | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 12/24/14 10:18 a |

| | |
|---|---|
| To Address List: | REDACTED |
| CC Address List: | |
| Do Not Send | No |
| Comments: | |

| Email From Member | 12/23/14 | Closed | 12/23/14 4:19 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB MOBILE | SHERRI MCINNES | 12/24/14 10:18 a |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Member Home Email Address | REDACTED |
| Date and Time Submitted | 12/23/2014 12:03:31 PM |
| Question Category selected | Other |
| Question Submitted | I just spoke to Dr Yaneyama office they said the have sent information. I was not seen on the dates requested. I was referred to Dr Buechel and my next appointment is in January for Dr Yaneyama. I have asked them to send an update. |
| Plan of Action | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. |
| | Your update has been forwarded to your Claim Manager. |
| | Please let us know if we can provide additional assistance. |
| Inquiry Analysis: | Claim status |
| Details of Inquiry: | |
| Response Analysis: | Customer Service response |
| Details of Response: | |
| Response Method: | Reply via email |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information.  The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:    10/06/2015

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Faxed Form Request | 12/23/14 | Closed | 12/23/14 12:05 pm | LUIS ALCALA | LUIS ALCALA | LUIS ALCALA | 12/23/14 1:43 p |

Mailing Method: USPS

Comments:

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Incoming | 12/26/14 | Closed | 12/26/14 11:06 am | SHAWNDRA LEE | ROHIT SINGH | | 12/26/14 11:06 a |

Image Description: corr

Image Notes: request of medical auth from provider

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 12/29/14 | Closed | 12/29/14 8:59 am | DOMINICA TAYLOR | DOMINICA TAYLOR | DOMINICA TAYLOR | 12/29/14 8:59 a |

To Address List: REDACTED

CC Address List:

Do Not Send: No

Comments:

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email From Member | 12/29/14 | Closed | 12/29/14 9:02 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB MOBILE | DOMINICA TAYLOR | 12/29/14 9:02 a |

Member Home Email Address: REDACTED

Date and Time Submitted: 12/28/2014 6:30:05 PM

Question Category selected: My Claim

Question Submitted: I am about to drop COBRA and wanted to make sure I do not need COBRA To continue my LTD benefits.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Plan of Action

email response

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Cobra is the continuation of your medical or dental benefits. Long Term Disability benefits are not affected by COBRA.

Please let us know if we can provide additional assistance.

Inquiry Analysis:                    Benefits questions

Details of Inquiry:

Response Analysis:                   Customer Service response

Details of Response:

Response Method:                     Reply via email

| Fax Form Confirmation Task | 12/23/14 | Closed | 12/31/14  8:49 am | LUIS ALCALA | LUIS ALCALA | LUIS ALCALA | 1/7/15  8:35 am |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Please enter the internal work note. | | | | Your fax was successfully sent to Dr. Tad Yoneyama Heritage Medical. | | | |

Fax number: 6159163903
Subject: MR. ARTHUR DAVIS
Status: (success)
Completed: 12:09:09 PM, Tuesday, December 23, 2014 Sent pages: 3 of 3
Duration: 0:00:46
Account: ASO SO LRB DI TAMPA CSR
ID: A304170
Received CSID: 16159163903
JOBID: 127101337

| Email Response to Member | 1/7/15 | Closed | 1/7/15 8:13 am | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 1/7/15 8:35 am |
|---|---|---|---|---|---|---|---|
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |

| Email From Member | 1/6/15 | Closed | 1/7/15 8:14 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 1/7/15 8:35 am |
|---|---|---|---|---|---|---|---|
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 1/6/2015 6:14:35 PM | | | |
| Question Category selected | | | | Other | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Question Submitted | | | | I have been having problems with my right shoulder the past three months. On December 5th, 2014 I was seen by my Orthopedic Doctor James Renfro. Dr. Renfro took an xray and diagnosed Inflamed AC Joint. Three sessions of PT was suggested, I completed but was still in pain. I received a Cortizone injection in my shoulder on December 26th, 2014. I am still having issues but I am trying to strengthen my shoulder with exercise. I am having extreme pain if I lie on my right shoulder, I cannot lift heavy items and I having shooting pains at times. | | | |
| Plan of Action | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. Your update has been forwarded to your Claim Manager. Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: | | | | Claim status | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Referred to claim owner | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |
| Job Desc/Job Analysis | 1/8/15 | Closed | 1/9/15 8:22 am | SHAWNDRA LEE | ARUN CHAWLA | SHAWNDRA LEE | 1/9/15 8:22 am |
| Image Description: | | | | JD | | | |
| Image Notes: | | | | JOb description | | | |
| Termination - Various Reasons (STD/LTD) | 1/12/15 | Closed | 1/12/15 2:14 pm | WANDA GREENE-CELESTINE | SHAWNDRA LEE | WANDA GREENE-CELESTINE | 1/12/15 2:14 pm |
| Mailing Method: | | | | USPS | | | |

***CONFIDENTIALITY NOTICE** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Benefit Level Authority Review | 1/12/15 | Closed | 1/12/15  2:48 pm | WANDA GREENE-CELESTINE | SHAWNDRA LEE | WANDA GREENE-CELESTINE | 1/12/15  2:49 pm |
| Please enter the internal work note. | | | | approval limit exceeded Benefit Level Authority Review created | | | |
| Authority Review Completed | 1/12/15 | Closed | 1/12/15  3:50 pm | SHAWNDRA LEE | WANDA GREENE-CELESTINE | SHAWNDRA LEE | 1/13/15  8:50 am |
| Please enter the internal work note. | | | | Authority Review Completed task created | | | |
| LTD Disability Determination | 1/12/15 | Closed | 1/12/15  11:36 am | WANDA GREENE-CELESTINE | SHAWNDRA LEE | WANDA GREENE-CELESTINE | 1/12/15  11:36 am |
| Disability Date: | | | | 10/9/2013 12:00:00 AM | | | |
| Benefit Begin Date: | | | | 4/7/2014 12:00:00 AM | | | |
| Has claimant eligibility been confirmed? | | | | Yes | | | |
| Is this a pre-existing condition? | | | | No | | | |
| If Yes, what is the date of last treatment? | | | | | | | |
| Have you reviewed for potential plan/policy exclusions? | | | | Yes | | | |
| Have all applicable offsets been applied? | | | | Yes | | | |
| Has the functionality vs. job requirements been addressed before disability determination? | | | | Yes | | | |
| Do objective/clinical findings support ongoing disability? | | | | No | | | |
| Is the claimant disabled per plan/policy definition of disability? | | | | No | | | |
| Disability Determination | | | | Terminate | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Tier:

Work Capacity

Rationale for decision:

Tier 3

No Current Work Capacity

FDA:10/9/2013
LTD: 4/7/2014
EE CO-MORBIDS: Diabetes, HTN, GERD

EE IS a 51Y/O male INSIDE SALES ACCT MGMT III, WHO WENT ON LEAVE AS OF 10/09/2013 DUE TO DX OF ROTATOR CUFF REPAIR.
Rotator Cuff Repairs on 10/11/2013 & 1/31/14.

Job Requirements: EE IS REQUIRED TO SIT THE MAJORITY OF HIS WORK DAY, NO LIFTING IS REQUIRED. EE IS REQUIRED TO HAVE THE ABILITY TO FOLLOW DIRECTIONS AND ROUTINES, PLAN AND ORGANINZE, AND ANALYZE DATA.

MEDICAL INFORMATION FROM DR. PAUL BUECHEL ON 12/23/2014 INFORMED THAT EE C/O LOW BACK PAIN. HOWEVER THERE WERE NO EXAM FINDINGS THAT WOULD SUPPORT IMPAIRMENT FROM EE OWN SEDENTARY OCCUPATION.

AT THIS TIME LTD CLAIM WILL BE TERMED DUE TO INSUFFICIENT MEDICAL INFORMATION.

Plan of Action:

TERM BENEFITS AS OF 1/08/2015 DUE TO INSUFFICIENT MEDICAL INFORMATION TO SUPPORT CLAIM

FORWARD TO STS FOR SIGN OFF ON TERM.

INFORMEE OF CLAIM STATUS

Comments

| LTD Determination EE Contact | 1/12/15 | Closed | 1/12/15 12:36 pm | SHAWNDRA LEE | WANDA GREENE-CELESTINE | SHAWNDRA LEE | 1/12/15 12:36 pm |

Contact Type:

Employee

If other, please specify:

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Disability Determination: | | | | Terminate | | | |
| Plan of Action: | | | | DBM contacted EE and advised him of claim status. | | | |
| | | | | DBM also informed EE of ERISA rights | | | |
| | | | | Close has been updated and closed. | | | |
| Contact Outcome: | | | | Completed | | | |
| Employer Contact Email | 1/12/15 | Closed | 1/12/15 12:40 pm | SHAWNDRA LEE | SHAWNDRA LEE | SHAWNDRA LEE | 1/12/15 12:40 pm |
| To Address List: | | | | Ungerj@aetna.com, us_leave_administrator@dell.com | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Analysis/Review Medical Records | 1/12/15 | Closed | 1/13/15 8:53 am | SHAWNDRA LEE | ANIL KUMAR | SHAWNDRA LEE | 1/13/15 8:53 am |
| Image Description | | | | DR | | | |
| Image Notes | | | | | | | |
| Date Medical Received | | | | 01/12/2015 | | | |
| Type of Information Recd-select all that apply | | | | Other | | | |
| If Other Information Received, please describe: | | | | Incoming correspondence | | | |
| Provider Name: | | | | Dr. Nquist | | | |
| Diagnosis: | | | | Other | | | |
| If Other, please specify: | | | | DISTURBANCE OF SKIN SENSATION | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Was a new disabling condition noted in the medical records received? | | | | No | | | |
| CPT Search: | | | | | | | |
| CPT Code | | | | 23420 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Date of Disability: | | | | 10/9/2013 | | | |
| RTW Date (if provided): | | | | | | | |
| Notes | | | | DBM received incoming correspondence. | | | |
| Plan of Action | | | | Claim closed. | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29822 | | | |
| CPT Code | | | | 29826 | | | |
| CPT Code | | | | 29827 | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 1/31/2014 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |
| Procedure Date: | | | | 10/11/2013 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Medical Authorization Form | 1/12/15 | Closed | 1/13/15  8:55 am | SHAWNDRA LEE | ANIL KUMAR | SHAWNDRA LEE | 1/13/15  8:55 am |
| Please enter the Image Notes: | | | | MED | | | |
| Medical Release Status: | | | | No - Duplicate/Incorrect Form | | | |
| Medical Release Image #: | | | | 16647939 | | | |
| Date Medical Release Signed | | | | 02/11/2014 | | | |
| Do you want to update the Forms tab? | | | | No | | | |
| Correspondence - Incoming | 1/14/15 | Closed | 1/14/15  4:27 pm | SHAWNDRA LEE | BHUPENDRA SINGH | SHAWNDRA LEE | 1/14/15  4:27 pm |
| Image Description: | | | | SSA | | | |
| Image Notes: | | | | Notice of Reconsideration from SSDI | | | |
| Follow Up SSDI Review Task | 1/14/15 | Closed | 1/14/15 12:43 pm | FRANCES GARCIA | FRANCES GARCIA | FRANCES GARCIA | 1/14/15 12:43 pm |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | New Claim | | | |
| Level | | | | Monitoring | | | |
| Level | | | | New Claim | | | |
| Level | | | | Initial | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status Date | | | | 1/1/0001 12:00:00 AM | | | |
| Status Date | | | | 5/13/2014 12:00:00 AM | | | |
| Status Date | | | | 9/19/2014 12:00:00 AM | | | |
| Status Date | | | | 10/30/2014 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Notes: | | | | The claimant was denied SSDI at the Reconsideration level 01/09/2015. Allsup will review to file an appeal to the Administrative Law Judge. | | | |
| | | | | Allsup provided SSDI Reconsideration Denial letter to Aetna via email fax to BES. | | | |
| Plan of Action: | | | | See Note | | | |
| | | | | | | | |
| Correspondence - Appeals | 1/23/15 | Closed | 1/29/15 3:26 pm | NA APPEAL QUEUE USER 1 | SAURABH GUPTA | CANDICE HOY | 1/29/15 3:26 pm |
| Image Description: | | | | APPEAL LETTER | | | |
| Image Notes: | | | | | | | |
| | | | | | | | |
| AppealAcknowledgment Letter-Incomplete | 1/29/15 | Closed | 1/29/15 3:27 pm | CANDICE HOY | CANDICE HOY | CANDICE HOY | 1/29/15 3:27 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| | | | | | | | |
| AppealAcknowledgmentEmail-incomplete | 1/29/15 | Closed | 1/29/15 3:29 pm | CANDICE HOY | CANDICE HOY | CANDICE HOY | 1/29/15 3:29 pm |
| To Address List: | | | | STD_LOA@aetna.com,SUSAN_PARKER@DELL.COM, Julie_Lundquist@Dell.com | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Correspondence - Appeals | 1/29/15 | Closed | 2/2/15  1:41 pm | NA APPEAL QUEUE USER 1 | YADAV VIKAS | BEVERLY SMART | 2/2/15  1:41 pm |

Image Description: Appeal letter

Image Notes:

| Appeal Triage Review | 1/29/15 | Closed | 2/2/15  9:31 am | SHAWNDRA LEE | CANDICE HOY | SHAWNDRA LEE | 2/2/15  9:31 am |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Plan Name | DD |
| --- | --- |
| ERISA | Yes |
| Funding Type | Insured |
| Appeal ID | 11345031 |
| Level of Appeal | Final |
| Reason for Claim Denial/Termination | Disability Not Supported |
| Job Title | INSIDE SALES ACCOUNT MGMT III |
| First Day Absent | 10/9/2013 12:00:00 AM |
| Benefit Begin Date | 4/7/2014 12:00:00 AM |
| Approved Start Date | 4/7/2014 12:00:00 AM |
| Approved Thru Date | 1/11/2015 12:00:00 AM |
| Date Benefit Denied/Terminated | 1/12/2015 12:00:00 AM |
| Appeal Review Comments | Medical information does not support |
| Appeal Triage Determination | Claim Returned to Appeals Unit |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Follow Up SSDI Review Task | 2/3/15 | Closed | 2/3/15  9:07 am | FRANCES GARCIA | FRANCES GARCIA | FRANCES GARCIA | 2/3/15  9:07 am |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | New Claim | | | |
| Level | | | | Monitoring | | | |
| Level | | | | New Claim | | | |
| Level | | | | Initial | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status Date | | | | 1/1/0001 12:00:00 AM | | | |
| Status Date | | | | 5/13/2014 12:00:00 AM | | | |
| Status Date | | | | 9/19/2014 12:00:00 AM | | | |
| Status Date | | | | 10/30/2014 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/0001 12:00:00 AM | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Notes: | | | | Allsup has closed claim because the claim was closed at Aetna. If the claim is reinstated, please notify Allsup by generating a new ¿Initial SSDI Review Task¿ for Allsup. | | | |
| Plan of Action: | | | | SEE NOTE | | | |
| AppealAssignment | 2/2/15 | Closed | 2/3/15 10:05 am | NA CENTRALIZED APPEAL UNIT QUEUE USER 1 | SHAWNDRA LEE | DANIEL BERTRAND | 2/4/15 9:21 am |
| Plan Name: | | | | DD | | | |
| ERISA: | | | | Yes | | | |
| Funding Type: | | | | Insured | | | |
| Appeal ID: | | | | 11345031 | | | |
| Appeal Level: | | | | | | | |
| Final Fiduciary: | | | | Aetna | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Reason for Claim Denial/Termination: | | | | Disability Not Supported | | | |
| Assigned To: | | | | 12422345 | | | |
| Appeal Follow Up for Triage | 2/3/15 | Closed | 2/4/15 9:22 am | CANDICE HOY | CANDICE HOY | CANDICE HOY | 2/4/15 9:22 am |
| Appeal ID: | | | | 11345031 | | | |
| Comments: | | | | Appeal Triage Review task completed as claim returned to Appeals. | | | |
| Email Response to Member | 2/20/15 | Closed | 2/20/15 10:47 am | THEODORA WILLIAMS | THEODORA WILLIAMS | THEODORA WILLIAMS | 2/20/15 10:47 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 2/19/15 | Closed | 2/20/15 10:47 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | THEODORA WILLIAMS | 2/20/15 10:47 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 2/19/2015 3:15:56 PM | | | |
| Question Category selected | | | | My Appeal | | | |
| Question Submitted | | | | Does Aetna need any additional information? Have you received medical records requested? | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | email response to member | | | |

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We received the Authorization to Request Protected Health Information, the Disability Appeal Request Form and your medical records for review on 02/09/2015. We will send you a confirmation letter with the details about your claim, once the review has been completed.

Please let us know if we can provide additional assistance.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inquiry Analysis: | | | | Was Paperwork received | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Customer Service response | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

| Initial Appeal EE Contact Task | 2/3/15 | Closed | 2/24/15 1:55 pm | CHARLAI LANG | DANIEL BERTRAND | CHARLAI LANG | 2/24/15 1:55 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Plan Name: | DD |
| ERISA: | Yes |
| Funding Type: | Insured |
| Appeal ID: | 11345031 |
| Appeal Level: | Final |
| Final Fiduciary: | Aetna |
| Reason for Claim Denial/Termination: | Disability Not Supported |
| Contact Type: | Employee |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| If Other, please specify: | | | | | | | |
| Initial EE Contact Attempt 1 Date: | | | 02/24/2015 | | | | |
| Contact Outcome: | | | Left VMM | | | | |
| Time: | | | 12:07 | | | | |
| Notes: | | | A/S left vm to determine if additional information is forthcoming or the 1-24-15 note is the all the new info to be used to evaluate the ee's continued issues with sedentary work capacity | | | | |
| Initial EE Contact Attempt 2 Date: | | | | | | | |
| Contact Outcome: | | | | | | | |
| Time: | | | :00 | | | | |
| Notes: | | | | | | | |
| Initial EE Contact Attempt 3 Date | | | | | | | |
| Contact Outcome: | | | | | | | |
| Time: | | | :00 | | | | |
| Notes: | | | | | | | |
| EE's description of job duties: | | | | | | | |
| Last Day Worked: | | | 10/8/2013 12:00:00 AM | | | | |
| First Day Absent: | | | 10/9/2013 12:00:00 AM | | | | |
| Disability Date: | | | 10/9/2013 12:00:00 AM | | | | |
| Approved Start Date: | | | 4/7/2014 12:00:00 AM | | | | |
| Approved Through Date: | | | 1/11/2015 12:00:00 AM | | | | |
| Released To RTW: | | | | | | | |
| Actual RTW: | | | 1/1/0001 12:00:00 AM | | | | |
| Diagnosis Information: | | | 3155 | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code Type | | | | ICD9 | | | |
| ICD Code | | | | 782.0 | | | |
| ICD Code | | | | 724.2 | | | |
| ICD Code | | | | 722.52 | | | |
| ICD Code | | | | 724.4 | | | |
| ICD Code | | | | 355.71 | | | |
| ICD Description | | | | DISTURBANCE OF SKIN SENSATION | | | |
| ICD Description | | | | LUMBAGO | | | |
| ICD Description | | | | DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC | | | |
| ICD Description | | | | THORACIC OR LUMBOSACRAL NEURITIS OR RADICULITIS, UNSPECIFIED | | | |
| ICD Description | | | | CAUSALGIA OF LOWER LIMB | | | |
| CPT4 Code | | | | 23420 | | | |
| CPT4 Code | | | | 29822 | | | |
| CPT4 Code | | | | 29822 | | | |
| CPT4 Code | | | | 29826 | | | |
| CPT4 Code | | | | 29827 | | | |
| CPT4 Description | | | | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | | |
| CPT4 Description | | | | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | | |
| Procedure Date | | | | 1/31/2014 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 1/31/2014 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| Procedure Date | | | | 10/11/2013 12:00:00 AM | | | |
| First Name | | | | Brenna | | | |
| First Name | | | | Dr. Nicholas | | | |
| First Name | | | | JAMES | | | |
| First Name | | | | Jason | | | |
| First Name | | | | SUBIR | | | |
| Last Name | | | | Green | | | |
| Last Name | | | | Cote | | | |
| Last Name | | | | RENFRO | | | |
| Last Name | | | | Knox | | | |
| Last Name | | | | PRASAD | | | |
| Speciality | | | | Physical Med & Rehab/Pain Management | | | |
| Speciality | | | | Orthopedic Surgery | | | |
| Speciality | | | | Orthopedic Surgery | | | |
| Speciality | | | | Podiatry | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Speciality | | | | Neurology | | | |
| Last Office Visit | | | | 5/6/2014 12:00:00 AM | | | |
| Last Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Last Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Last Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Last Office Visit | | | | 5/29/2014 12:00:00 AM | | | |
| Next Office Visit | | | | 6/11/2014 12:00:00 AM | | | |
| Next Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Next Office Visit | | | | 4/26/2014 12:00:00 AM | | | |
| Next Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Next Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Phone Number | | | | 615-867-7971 | | | |
| Phone Number | | | | 615-893-4480 | | | |
| Phone Number | | | | 615-834-4482 | | | |
| Phone Number | | | | 615-220-8788 | | | |
| Phone Number | | | | 615-425-7605 | | | |
| Notes: | | | | | | | |
| Confirm Treatment Plan: | | | | | | | |
| Review all medical in file with EE: | | | | | | | |
| Additional Medical Forthcoming? | | | | No | | | |
| Comments: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Appeal Work Note | 2/24/15 | Closed | 2/24/15  2:24 pm | TARA JOHNSON | CHARLAI LANG | TARA JOHNSON | 2/24/15  2:24 pm |

Please enter the internal work note.

Action plan review needed
******************************
Agree with plan, thank you.  TLJ

| Correspondence - Appeals | 2/9/15 | Closed | 2/24/15  10:57 am | CHARLAI LANG | PAVAN KUMAR | CHARLAI LANG | 2/24/15  10:57 am |
|---|---|---|---|---|---|---|---|

Image Description:
Image Notes:

Appeal Request Form ovn dated 1/20/15 Dr. Buechel

| Medical Authorization Form | 2/9/15 | Closed | 2/24/15  10:58 am | CHARLAI LANG | WEB SERVICE | CHARLAI LANG | 2/24/15  10:58 am |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Please enter the Image Notes: | Auth for protected health info |
| Medical Release Status: | YES - On File |
| Medical Release Image #: | 16830011 |
| Date Medical Release Signed | 02/06/2015 |
| Do you want to update the Forms tab? | Yes |

| Correspondence - Incoming | 2/9/15 | Closed | 2/24/15  10:58 am | CHARLAI LANG | WEB SERVICE | CHARLAI LANG | 2/24/15  10:58 am |
|---|---|---|---|---|---|---|---|

Image Description:
Image Notes:

appeal request form

| Email Response to Member | 2/25/15 | Closed | 2/25/15  5:50 pm | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 2/25/15  5:50 pm |
|---|---|---|---|---|---|---|---|

To Address List:

REDACTED

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

CC Address List:

Do Not Send                                             No

Comments:

| Email From Member | 2/25/15 | Closed | 2/25/15  5:51 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | MARIE ANELAS | 2/25/15  5:51 pm |
|---|---|---|---|---|---|---|---|

Member Home Email Address                         REDACTED

Date and Time Submitted                             2/25/2015 1:54:00 PM

Question Category selected                         My Coverage and Benefits

Question Submitted                                     I would like a copy of my plans Long term Disability documents please. I would like the names and contact information of any party involved with my appeal.

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:         10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Plan of Action

E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
02/25/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

Inquiry Analysis:                         Claim status

Details of Inquiry:

Response Analysis:                       Customer Service response

Details of Response:

Response Method:                         Reply via email

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |

Employee ID: **157406572**    Date of Birth: REDACTED    Age: **52**

Preferred Contact: REDACTED **Phone (Mobile)**

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 2/25/15 | Closed | 2/25/15  7:56 am | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 2/25/15  7:56 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 2/24/15 | Closed | 2/25/15  7:58 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | MARIE ANELAS | 2/25/15  7:58 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 2/24/2015 9:53:20 PM | | | |
| Question Category selected | | | | My Appeal | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Question Submitted | | | | On Feb 20th, I received an email response from Aetna stating "We received the Authorization to Request Protected Health Information, the Disability Appeal Request Form and your medical records for review on 02/09/2015. We will send you a confirmation letter with the details about your claim, once the review has been completed." | | | |

On Feb 20th, I received an email response from Aetna stating "We received the Authorization to Request Protected Health Information, the Disability Appeal Request Form and your medical records for review on 02/09/2015. We will send you a confirmation letter with the details about your claim, once the review has been completed."
I was not told anyone had reached out to me, nor did I have any voice messages from Aetna Disability, or Aetna Appeals.

Today I received a call from Charlai Lang a Senior LTD Appeals Specialist. The message did not contain her full name or direct contact information. I had to call three different departments to reach her. Ms. Lang is stating she will need an extension on my Appeals process because she tried to contact me on Jan 29th.
I do not have a voice message from her, i save all my voice messages from the purchase date of my IPhone. I am struggling to make it and I no longer have any savings. A appeal will push me beyond Dire Straits.

I have always contacted Aetna immediately or answer my phone immediately and am very upset that my Appeal process is being delayed. My doctor has stated I cannot work, I am not working but my bills are still due each month. I wish to speak to Ms. Lang's superior because I have completed every task requested by Aetna.

View/Print    9452367       AppealAcknowledgment Letter-Incomplete    2015-01-29

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | E-mail respond to member: | | | |

**Plan of Action** — E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
02/25/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

Inquiry Analysis: Claim status

Details of Inquiry:

Response Analysis: Customer Service response

Details of Response:

Response Method: Reply via email

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Internal Worknote | 3/3/15 | Closed | 3/3/15 11:57 am | BARBARA SPEARS | BARBARA SPEARS | BARBARA SPEARS | 3/3/15 11:57 am |
| Please enter the internal work note. | | | | LETTER AND PLAN MAILED TO ARTHUR DAVIS REDACTED Spring Hill, TN 37174 | | | |
| Appeal Extension Letter | 3/4/15 | Closed | 3/4/15 1:54 pm | CHARLAI LANG | CHARLAI LANG | CHARLAI LANG | 3/4/15 1:54 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Appeal Employer Extension Notification | 3/4/15 | Closed | 3/4/15 1:55 pm | CHARLAI LANG | CHARLAI LANG | CHARLAI LANG | 3/4/15 1:55 pm |
| To Address List: | | | | STD_LOA@aetna.com,SUSAN_PARKER@DELL.COM, | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Peer Review Contact | 2/3/15 | Closed | 3/4/15 2:01 pm | CHARLAI LANG | DANIEL BERTRAND | CHARLAI LANG | 3/4/15 2:01 pm |
| Last Name: | | | | N/A | | | |
| First Name: | | | | N/A | | | |
| Mid Init: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Specialty: | | | | Orthopedic Surgery | | | |
| If Other, Please Define: | | | | | | | |
| Reason: | | | | | | | |
| Determination Due Date: | | | | 3/16/2015 | | | |
| First Name | | | | Brenna | | | |
| First Name | | | | Dr. Nicholas | | | |
| First Name | | | | JAMES | | | |
| First Name | | | | Jason | | | |
| First Name | | | | SUBIR | | | |
| Last Name | | | | Green | | | |
| Last Name | | | | Cote | | | |
| Last Name | | | | RENFRO | | | |
| Last Name | | | | Knox | | | |
| Last Name | | | | PRASAD | | | |
| Specialty | | | | Physical Med & Rehab/Pain Management | | | |
| Specialty | | | | Orthopedic Surgery | | | |
| Specialty | | | | Orthopedic Surgery | | | |
| Specialty | | | | Podiatry | | | |
| Specialty | | | | Neurology | | | |
| Last Office Visit | | | | 5/6/2014 12:00:00 AM | | | |
| Last Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Last Office Visit | | | | 1/1/0001 12:00:00 AM | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Last Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Last Office Visit | | | | 5/29/2014 12:00:00 AM | | | |
| Next Office Visit | | | | 6/11/2014 12:00:00 AM | | | |
| Next Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Next Office Visit | | | | 4/26/2014 12:00:00 AM | | | |
| Next Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Next Office Visit | | | | 1/1/0001 12:00:00 AM | | | |
| Phone Number | | | | 615-867-7971 | | | |
| Phone Number | | | | 615-893-4480 | | | |
| Phone Number | | | | 615-834-4482 | | | |
| Phone Number | | | | 615-220-8788 | | | |
| Phone Number | | | | 615-425-7605 | | | |
| Fax Number | | | | 615-867-7974 | | | |
| Fax Number | | | | 615-895-6212 | | | |
| Fax Number | | | | 615-834-4722 | | | |
| Fax Number | | | | 615-220-8688 | | | |
| Fax Number | | | | 615-916-3953 | | | |
| Choose Provider: | | | | JAMES RENFRO | | | |
| Notes: | | | | | | | |
| Email Response to Member | 3/4/15 | Closed | 3/4/15  8:36 am | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 3/4/15  8:36 am |
| To Address List: | | | | coachart63@gmail.com | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CC Address List:

Do Not Send           No

Comments:

| Email From Member | 3/3/15 | Closed | 3/4/15  8:37 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 3/4/15  8:37 am |
|---|---|---|---|---|---|---|---|

Member Home Email Address        REDACTED

Date and Time Submitted        3/3/2015 3:24:14 PM

Question Category selected        My Provider

Question Submitted        Why is Dr. Paul Buechel showing Inactive? He is my treating Nuerologist.
Dr. Paul C. Buechel, MD, Franklin, TN, Neurology. ... Carothers Pkwy Ste 609: Franklin, TN 37067:
(615) 550-1800 (Office): (615) 550-1801 (Fax).

Inactive  Buechel, Paul     (615) 550-1800

Plan of Action        Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We are able to list one healthcare provider as `Active¿ in our system. Typically, the provider listed as `Active¿ either primarily handles your disability or is the provider we have most recently contacted for medical records. Any additional provider names and contact information provided to us are kept on file and accessed when needed.

Please let us know if we can provide additional assistance.

Inquiry Analysis:        Claim status

Details of Inquiry:

Response Analysis:        Customer Service response

Details of Response:

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Response Method:      Reply via email

| Appeal Work Note | 3/4/15 | Closed | 3/4/15  9:05 pm | TARA JOHNSON | CHARLAI LANG | TARA JOHNSON | 3/4/15  9:05 pm |
|---|---|---|---|---|---|---|---|

Please enter the internal work note.        Action Plan review needed
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Agree with action plan, thank you.  TLJ

| Peer Review ARCS Assignment | 3/5/15 | Closed | 3/5/15  9:13 am | ALICIA AGUILA | CHARLAI LANG | ALICIA AGUILA | 5/28/15  9:12 am |
|---|---|---|---|---|---|---|---|

Peer Review Request #        99927
Peer Review Packet # of Pages:        280
Specialty:        Orthopedic Surgery
If a change was made to the Specialty above, who authorized the change?
Reason why Specialty was changed:
Reviewer Assignment:        8516956
Prior Reviewers:

| Peer Review PC Request | 3/5/15 | Closed | 3/5/15  9:48 am | ROBERT CIRINCIONE, MD | ALICIA AGUILA | ROBERT CIRINCIONE, MD | 3/5/15  9:48 am |
|---|---|---|---|---|---|---|---|

Peer Review Request #:        99927
Do you accept this Peer Review request?        Yes
If no, check all that apply:
If Other was selected, provide explanation:
Additional Comments:

\*\*\*CONFIDENTIALITY NOTICE\*\*This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 3/11/15 | Closed | 3/11/15  8:28 pm | DOMINICA TAYLOR | DOMINICA TAYLOR | DOMINICA TAYLOR | 3/11/15  8:28 pm |

To Address List:  REDACTED

CC Address List:

Do Not Send  No

Comments:

| Email From Member | 3/11/15 | Closed | 3/11/15  8:29 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB MOBILE | DOMINICA TAYLOR | 3/11/15  8:29 pm |

Member Home Email Address  REDACTED

Date and Time Submitted  3/11/2015 5:09:41 PM

Question Category selected  My Appeal

Question Submitted  My surgery is scheduled for March 25th

Plan of Action  email response

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Inquiry Analysis:  Claim management process

Details of Inquiry:

Response Analysis:  Customer Service response

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Details of Response:

Response Method:            Reply via email

| Email Response to Member | 3/11/15 | Closed | 3/11/15  8:56 am | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 3/11/15  8:56 am |
|---|---|---|---|---|---|---|---|

To Address List:                    REDACTED

CC Address List:

Do Not Send                          No

Comments:

| Email From Member | 3/10/15 | Closed | 3/11/15  8:57 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | MARIE ANELAS | 3/11/15  8:57 am |
|---|---|---|---|---|---|---|---|

Member Home Email Address        REDACTED

Date and Time Submitted              3/10/2015 5:08:46 PM

Question Category selected        My Appeal

Question Submitted                  Today I was seen by Dr. Sean Kaminsky MD, he is a Shoulder specialist at Pinnacle Surgical Partners
5653 Frist Boulevard
Ste 731
Nashville, TN 37064
615-885-2778 Fax 615-986-6052
Dr Kaminsky confirmed the MRI findings and set recovery expectations. My right shoulder may never fully recovery and I may need shoulder replacement. I am awaiting a call from his office to set a surgery date ASAP and the expected recovery will be many months.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Plan of Action**

E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/11/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

Inquiry Analysis:                           Claim status

Details of Inquiry:

Response Analysis:                          Customer Service response

Details of Response:

Response Method:                            Reply via email

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law and the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Peer Review PC Completion | 3/5/15 | Closed | 3/15/15 10:35 am | ROBERT CIRINCIONE, MD | ROBERT CIRINCIONE, MD | ROBERT CIRINCIONE, MD | 3/15/15 10:35 am |
| Peer Review Request #: | | | | 99927 | | | |
| I have completed the dictation. | | | | Yes | | | |
| Peer Review Transcription Pending | 3/16/15 | Closed | 3/16/15 8:47 am | ALICIA AGUILA | ROBERT CIRINCIONE, MD | ALICIA AGUILA | 3/16/15 8:47 am |
| Peer Review Request #: | | | | 99927 | | | |
| I have received this report from the Transcription Vendor and have sent to the I for review. | | | | Yes | | | |
| Peer Review Clinical Approval | 3/16/15 | Closed | 3/16/15 10:13 am | ROBERT CIRINCIONE, MD | ALICIA AGUILA | ROBERT CIRINCIONE, MD | 3/16/15 10:13 am |
| Peer Review Request #: | | | | 99927 | | | |
| Hours: | | | | 3 | | | |
| Minutes: | | | | 45 | | | |
| Review Level: | | | | 3 | | | |
| Physician Name: | | | | ROBERT CIRINCIONE, MD | | | |
| Date: | | | | 3/16/2015 | | | |
| Hour: | | | | 10 AM | | | |
| Minute: | | | | 30 | | | |
| By checking this box: | | | | Yes | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 3/9/15 | Closed | 3/17/15   4:28 pm | CHARLAI LANG | BHUPENDRA SINGH | CHARLAI LANG | 3/17/15   4:28 pm |

Image Description:                                                            MRI right shoulder 03-02-15

Image Notes:

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email Response to Member | 3/18/15 | Closed | 3/18/15   2:23 pm | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 3/18/15   2:23 pm |

To Address List:                                                    REDACTED

CC Address List:

Do Not Send                                                        No

Comments:

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email From Member | 3/18/15 | Closed | 3/18/15   2:24 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | MARIE ANELAS | 3/18/15   2:24 pm |

Member Home Email Address                          REDACTED

Date and Time Submitted                               3/18/2015 1:43:26 PM

Question Category selected                           My Appeal

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Question Submitted

Good afternoon, here are the notes from my office visit with Dr. Sean Kaminsky at Pinnacle Surgical Partners in Hermitage TN.

Summary of Today¿s Visit
Davis , Arthur DOB: REDACTED
Account No 324572
Gender: Male
Race: Black or African American
Ethnicity:Not Hispanic or Latino
Preferred Language: English
03/10/2015 visit with Sean B. Kaminsky, MD
Reason for Visit
¿NP-RTSHLD
Vitals
. Ht7o(in)
¿ WI 257 (lbs)
. BMI 36.87 (Index)
. Ht-cm 177.8 (cm)
. WI-kg 116.57 (kg)
Allergies
. N.KD.A.
Today¿s Diagnoses Include
. 719.41 Shoulder Pain, Right
. 727.61 Rotator cuff tear, nontraumatic - Right
Medication List
. Start Percocet :10-325 MG i tablet as needed Orally every 6 hls,50
Other medications you are on
. Celebrex:
. Cymbalta :
. Tramadol HC1 :
Notes:
I reviewed the results of the MRI study of the right shoulder from March 2, 2015 revealing a massive tear of the
supraspinatus and infraspinatus tendons with retraction of approximately 5 cm and muscular atrophy.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Subscapularis tenclinosis present. Subacromial and glenohumeral fluid noted. Biceps tear and synovitis present.

, I reviewed the findings and options for treatment such as medication, injections, living with the symptoms.

activity modification, more time, and finally surgery. Patient did not feel that conservative treatment is worked

for him at all. I also discussed various options for surgery including arthroscopic surgery, latissimus transfer

surgeiv, and shoulder arthroplasty. We discussed each of these options and return any feels that shoulder

arthroscopy would be his best option. However, I discussed what arthroscopic surgery entails including the

lengthy recovery and rehabiitation, time out of work or activity, limited use of the arm, and need for post

operative physical therapy. I have reviewed where the portal site and incisions would be potentially placed and

how the procedure is performed. We discussed sleeping in a reeliner chair or propped up in bed. ice on the

shoulder, and the tise of pain medication postoperatively. Risks of surgciv were discussed including hut not

limited to bleeding, infection, nerve, ycin, or artery injury, continuing pain, risks of anesthesia includng loss of

life or limb, heart attack, blood clot, seizure, stroke, failure of any surgcy, need for further surgery, and stiffness.

After having this discussion, the patient wants to proceed with surgery. We have completed the paperwork.

answered all questions, provided prescriptions for medication to use post-operatively, my card, anti information

for the surgery center. I encouraged the patient to call me with ansż questions or concerns about our discussions

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Plan of Action**

E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/18/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

Inquiry Analysis:                          Claim status

Details of Inquiry:

Response Analysis:                        Customer Service response

Details of Response:

Response Method:                         Reply via email

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Peer Review | 3/20/15 | Closed | 3/20/15  8:16 pm | SHAWNDRA LEE | DASHRAT SINGHBIST | DASHRAT SINGHBIST | 3/20/15  8:16 pm |
| Image Description: | | | | Peer Review. | | | |
| Image Notes: | | | | | | | |
| Email Response to Member | 3/23/15 | Closed | 3/21/15  6:55 pm | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 3/23/15  8:06 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 3/20/15 | Closed | 3/21/15  6:56 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 3/23/15  8:06 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 3/20/2015 9:33:43 PM | | | |
| Question Category selected | | | | My Appeal | | | |
| Question Submitted | | | | I would like to request a copy of my Aetna Disability file please. Do I have to submit this in writing? | | | |
| Plan of Action | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. | | | |
| | | | | Your request for a copy of your disability file has been forwarded to your Claim Manager. | | | |
| | | | | Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: | | | | Claim status | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:  10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Referred to claim owner | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 4/3/15 | Closed | 4/13/15  6:26 pm | CHARLAI LANG | KAPIL SINGH | CHARLAI LANG | 4/13/15  6:26 pm |
| Image Description: | | | | PT note from Dr. Kaminsky 3/31/15 OP Report dated3/25/15 | | | |
| Image Notes: | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Correspondence - Incoming | 4/9/15 | Closed | 4/13/15  6:27 pm | CHARLAI LANG | JASEEM ANSARI | CHARLAI LANG | 4/13/15  6:27 pm |
| Image Description: | | | | request for copy of records from EE | | | |
| Image Notes: | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Appeal Plan of Action | 2/3/15 | Closed | 4/13/15  6:37 pm | CHARLAI LANG | DANIEL BERTRAND | CHARLAI LANG | 4/13/15  6:37 pm |
| Plan Name | | | | DD | | | |
| ERISA | | | | Yes | | | |
| Funding Type | | | | Insured | | | |
| Appeal ID | | | | 11345031 | | | |
| Level of Appeal | | | | | | | |
| Final Fidicuary | | | | | | | |
| Reason for Claim Denial/Termination | | | | Disability Not Supported | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | **REDACTED** | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | **REDACTED** Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Job Title | | | | INSIDE SALES ACCOUNT MGMT III | | | |
| Is job description in file? | | | | Yes | | | |
| Date Requested | | | | | | | |
| First Day Absent | | | | 10/9/2013 12:00:00 AM | | | |
| Benefit Begin Date | | | | 4/7/2014 12:00:00 AM | | | |
| Approved Start Date | | | | 4/7/2014 12:00:00 AM | | | |
| Approved Thru Date | | | | 1/11/2015 12:00:00 AM | | | |
| Date Benefit Denied/Terminated | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Comments**

EE is a 51 year old male inside sales account manager who went oow effective 10-09-13 due to left massive rotator cuff tear and bicep tendon attriction. EE had repair on 10-11-13 and was advised out of work through 1-14-14 with post-surgical tx of physical therapy and pain medication. Medical support through 1-15-15 and ee was found to have sedentary work capacity.

Medical info

MRI dated 10-01-13 of left shoulder revealed a large joint effusion with an 8x8x4 chondral loose body within the subscapularies recess. EE revealed in 10-07-13 ee has a long standing history of discomfort int eh shoulders related to different activities. EE most recently jerked to lawnmower and experienced significant increase in discomfort of his left shoulder with the inability to raise his arm, pain level was a 10 out of 10 since then. EE also had significant discomfort in the right shoulder but it is functional. EE also had a recent MVA where he was rear ended in has upper back discomfort. EE had slow progress with therapy by 11-15-13 and was still unable to lift his left arm, no change with pain level. December 13, 2013 ee is two months status post-surgery and has been doing passive and assisted exercises with therapy. EE continues with discomfort. EE followed up on 1-28-14 with a new problem involving his left knee. Eee was sitting down with his legs crossed and went to stand up and had immediate pain in the medial compartment and his knee locked, ee was already scheduled for rotator cuff surgery in three days. EE had right shoulder rotator cuff tear with chronic impingement completed on 1-31-14. Ee also had to work on pendulum exercise and passive motion exercises. The 2-18-14 PT note confirmed ee can reach behind his back with more ROM that the previous week, ee reports weakness and overhead activities still diff. ee still has tightness In all planes but improved. Ovn dated 3-11-14 ee was six weeks postop his left knee meniscal tear and would like to schedule his left knee surgery. Plan was to continue light strengthening program with shoulder. EE had left knee surgery on 4-18-14. EE functionality began to be evaluated and it was suggested ee have a FCE to determine abilities and restrictions. HCP in August 2014 determined that ee's symptoms of feet pan and burning could be due to back pain and physical therapy and ee was to see a back surgeon. EE had MRI Lumbar dated 11-6-14 which revealed scattered lumbar degenerative and stenotic findings as detailed in the body of the report without more than mild stenosis at any level, incomplete image degenerative findings in lower thoracic spine with probable associated at T10-T11 asymmetric toward the right. As a result of continued back pain and numbness symptoms  PT was ordered. The 1-20-15 ovn indicates ee is unable to perform his duties and will see a neurosurgeon for his back. Medications(grailise titrate prn) has reportly made ee groggy.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | A/S to confirm with ee if additional information is forthcoming other than the ovn from 1-20-15. A/S questions if ee saw a neurosurgeon regarding continued back pain | | | |
| **Peer Review Analysis** | 3/20/15 | Closed | 4/13/15  6:44 pm | CHARLAI LANG | DASHRAT SINGHBIST | CHARLAI LANG | 4/13/15  6:44 pm |
| First Name | | | | Robert | | | |
| Last Name | | | | Cirincione | | | |
| Mid Init | | | | | | | |
| Speciality | | | | Orthopedic Surgery | | | |
| Vendor Name | | | | AETNA | | | |
| Peer to Peer Contact | | | | Successful in contacting the Treating Provider | | | |
| Referral Completion Date | | | | 03/05/2015 | | | |
| Outcome | | | | Fails to support functional Impairment for the entire timeframe | | | |
| Appeal Related? | | | | Yes | | | |
| Level | | | | 1 | | | |
| Date Completed by Physician | | | | 03/15/2015 | | | |
| Date Received | | | | 03/16/2015 | | | |
| Additional Notes | | | | | | | |
| Additional Notes (con't) | | | | | | | |
| Plan of Action | | | | Uphold decision as medical does not support the inability to perform a sedentary work capacity | | | |
| **Peer Review Completion Notification** | 3/16/15 | Closed | 4/13/15  6:48 pm | CHARLAI LANG | ROBERT CIRINCIONE, MD | CHARLAI LANG | 4/13/15  6:48 pm |
| Peer Review Request # | | | | 99927 | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| The completed peer report is received and is attached to the review from the peer review workspace screen. | | | | Yes | | | |
| Appeal Determination | 4/22/15 | Closed | 4/13/15  7:10 pm | CHARLAI LANG | DANIEL BERTRAND | CHARLAI LANG | 4/13/15  7:10 pm |

| | |
|---|---|
| Plan Name | DD |
| ERISA | Yes |
| Funding Type | Insured |
| Appeal ID | 11345031 |
| Level of Appeal | |
| Final Fidicuary | Aetna |
| Reason for Claim Denial/Termination | Disability Not Supported |
| Job Title | INSIDE SALES ACCOUNT MGMT III |
| First Day Absent | 10/9/2013 12:00:00 AM |
| Benefit Begin Date | 4/7/2014 12:00:00 AM |
| Approved Start Date | 4/7/2014 12:00:00 AM |
| Approved Thru Date | 1/11/2015 12:00:00 AM |
| Date Benefit Denied/Terminated | 1/12/2015 12:00:00 AM |
| Appeal Decision | Upheld |
| Decision Reason | Disability not supported |
| Authorized From: | |
| Authorized Thru | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Decision Rationale | | | | | | | |

EE is a 51 year old male inside sales account manager who went oow effective 10-09-13 due to left massive rotator cuff tear and bicep tendon attrition. EE had repair on 10-11-13. Claim was approved through 1-15-15.

Peer review was completed along with consults with ee's providers

Peer reviewer opined medical supports a functional impairment involving the claimant¿s bilateral upper extremities which includes a repaired right rotator cuff and a recurrent massive left rotator cuff tendon rupture. The left rotator cuff tear is not reparable. These findings support a functional impairment in both upper extremities which would support the claimant being unable to lift greater than five pounds or do any lifting above shoulder height. The claimant should be restricted to work below shoulder height and limit lifting, pushing, pulling to five pounds or less with both upper extremities. Therefore from this standpoint ee would have been able to work as ee is not required to lift and work overhead.

EE back pain is not supported by the medical exam findings nor the diagnostic testing to prevent sedentary work capacity. The majority of the medical exam findings were wnl, EE was given a dx of causalgia however objective findings including coolness of extremity, hypersensitivity to touch, edema, loos of active motion as well as hair and nail changes. therefore causalgia is not supported beause this dx is given when there is abnormal response to pain and stimulus

| Additional Decision Rationale | | | | | | | |
| Decision By | | | | Appeal Coordinator | | | |
| Comments | | | | | | | |

| Email Response to Member | 4/13/15 | Closed | 4/13/15  7:53 am | DOMINICA TAYLOR | DOMINICA TAYLOR | DOMINICA TAYLOR | 4/13/15  7:53 am |
|---|---|---|---|---|---|---|---|
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Email From Member | 4/13/15 | Closed | 4/13/15  7:54 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | DOMINICA TAYLOR | 4/13/15  7:54 am |

| | |
|---|---|
| Member Home Email Address | REDACTED |
| Date and Time Submitted | 4/12/2015 7:34:56 AM |
| Question Category selected | My Appeal |
| Question Submitted | Good morning, I faxed a request for my file but did not receive an acknowledgment. Has Aetna received my fax request? |
| Plan of Action | email response |
| | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. |
| | Your request for a copy of your claim file was forwarded to your Claim Manager. |
| | Please let us know if we can provide additional assistance. |
| Inquiry Analysis: | Claim management process |
| Details of Inquiry: | |
| Response Analysis: | Customer Service response |
| Details of Response: | |
| Response Method: | Reply via email |

| Correspondence - Incoming | 4/13/15 | Closed | 4/16/15  4:17 pm | CHARLAI LANG | PAVAN KUMAR | CHARLAI LANG | 4/16/15  4:17 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Image Description: | requesting copy of his file |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:  10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Image Notes: | | | | | | | |
| Email Response to Member | 4/20/15 | Closed | 4/18/15  9:35 am | SHERRI MCINNES | SHERRI MCINNES | SHERRI MCINNES | 4/18/15  9:35 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 4/17/15 | Closed | 4/18/15  9:36 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | SHERRI MCINNES | 4/18/15  9:36 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 4/17/2015 4:58:36 PM | | | |
| Question Category selected | | | | My Appeal | | | |
| Question Submitted | | | | Good afternoon today I dropped off updated paperwork to the Social security administration. Looking at my timeline, my LTD was approved through Aetna for my shoulder issues. I was out on under doctors care until May 23rd 2014 specifically for my shoulders. Looking at notes from Physical Therapy I was complaining about my shoulders up to the release date. I complained to my surgeon that I was hearing popping and clicking noises but was told it would go away as my shoulders strengthen. 5 months later I was back to his office and two months after I was scheduled for another reattachment. It does not appear that my shoulders healed properly and based on my new surgeons findings, my right shoulder may not return to normal. My left shoulder is still popping and I have occasional pain and I will probably have to have additional surgery on it. How can I be removed from LTD if I never healed? I have been told I cannot work because of my back and the situation is magnified by my shoulder issues. | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Plan of Action | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. | | | |
| | | | | Your update has been forwarded to your Appeal Specialist. | | | |
| | | | | Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: | | | | Claim status | | | |
| Details of Inquiry: | | | | | | | |
| Response Analysis: | | | | Referred to claim owner | | | |
| Details of Response: | | | | | | | |
| Response Method: | | | | Reply via email | | | |
| | | | | | | | |
| Email Response to Member | 4/20/15 | Closed | 4/20/15  6:19 pm | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 4/21/15  8:46 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| | | | | | | | |
| Email From Member | 4/20/15 | Closed | 4/20/15  6:19 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | MARIE ANELAS | 4/21/15  8:46 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 4/20/2015 1:42:09 PM | | | |
| Question Category selected | | | | My Appeal | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Question Submitted

I submitted a request via Document Download. I am submitted here also.

Appeal Status    Appeal Decision   Due Date
Active    Upheld   04/22/2015

Good morning Charlai, I see the decision has been made concerning my appeal. Are there any additional
Appeal options? If I do not have any appeal options please send me the Denial letter and my Aetna records thank you.

Arthur Cyril Davis Jr.

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | | First Name: | **ARTHUR** | | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | | Date of Birth: | REDACTED | | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | | Date of Hire: | **05/22/2006** | | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

**Plan of Action**

E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
04/20/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your e-mail has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

**Inquiry Analysis:** — Claim status

**Details of Inquiry:**

**Response Analysis:** — Customer Service response

**Details of Response:**

**Response Method:** — Reply via email

***CONFIDENTIALITY NOTICE** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Appeal Work Note | 4/20/15 | Closed | 4/23/15  4:20 pm | DONNA KIRKBY | CHARLAI LANG | DONNA KIRKBY | 4/23/15  4:20 pm |
| Please enter the internal work note. | | | | Uphold ltr review needed Decision due 4-13-15 | | | |
| Email Response to Member | 4/23/15 | Closed | 4/23/15  5:02 pm | MARIE ANELAS | MARIE ANELAS | MARIE ANELAS | 4/24/15  8:15 am |
| To Address List: | | | | REDACTED | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Email From Member | 4/23/15 | Closed | 4/23/15  5:03 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB MOBILE | MARIE ANELAS | 4/24/15  8:15 am |
| Member Home Email Address | | | | REDACTED | | | |
| Date and Time Submitted | | | | 4/23/2015 10:19:01 AM | | | |
| Question Category selected | | | | My Appeal | | | |
| Question Submitted | | | | Good morning I spoke to me claims manager this week and was told I would get a decision letter on the 22nd. I do not see a generated letter? | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:     10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Plan of Action

E-mail respond to member:

PLEASE DO NOT REPLY
This mailbox is not monitored on a daily basis.
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
04/23/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager along with a request to call you.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

Inquiry Analysis:                          Claim status

Details of Inquiry:

Response Analysis:                          Customer Service response

Details of Response:

Response Method:                          Reply via email

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Appeal Work Note | 4/23/15 | Closed | 4/24/15  11:20 am | CHARLAI LANG | DONNA KIRKBY | CHARLAI LANG | 4/24/15  11:20 am |
| Please enter the internal work note. | | | | | Manager reviewed case and agree with determination - DLK | | |
| Appeal - Partial Overturn or Upheld Letter | 4/13/15 | Closed | 4/24/15  11:28 am | CHARLAI LANG | CHARLAI LANG | CHARLAI LANG | 4/24/15  11:28 am |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Free Form Letter STD-LTD | 4/24/15 | Closed | 4/24/15  12:04 pm | CHARLAI LANG | CHARLAI LANG | CHARLAI LANG | 4/24/15  12:04 pm |
| Mailing Method: | | | | USPS | | | |
| Do Not Send | | | | Yes | | | |
| Comments: | | | | | | | |
| Appeal Determination ER Contact Email | 4/13/15 | Closed | 4/24/15  12:06 pm | CHARLAI LANG | CHARLAI LANG | CHARLAI LANG | 4/24/15  12:06 pm |
| To Address List: | | | | STD_LOA@aetna.com,SUSAN_PARKER@DELL.COM, | | | |
| CC Address List: | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments: | | | | | | | |
| Internal Worknote | 4/28/15 | Closed | 4/28/15  10:46 am | BARBARA SPEARS | BARBARA SPEARS | BARBARA SPEARS | 4/28/15  10:46 am |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Please enter the internal work note. | | | | PREPARED CLAIM FILES 8893435 AND 9452367 TO CD AND FIRST REVEIW COMPLETED GAVE CD TO ROBYN FOR SECOND REVEIW. COPY MADE. | | | |
| Email From Member | 4/29/15 | Closed | 4/29/15  6:01 pm | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | DOMINICA TAYLOR | 4/29/15  6:01 pm |

| | |
|---|---|
| Member Home Email Address | REDACTED |
| Date and Time Submitted | 4/29/2015 12:05:41 PM |
| Question Category selected | My Appeal |
| Question Submitted | On April 24, 2015 I spoke with Charlai Lang Disability Appeals Specialist. I was assured a Decision Letter would be mailed along with my Aetna file. I have not received anything as of today. |
| Plan of Action | email response |
| | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 8893435. |
| | The claim file is enroute to you via UPS. The tracking number is 1Z1E75E30298645260. It is guaranteed to be delivered to you by the end of the day of 04/30/2015. |
| | Please let us know if we can provide additional assistance. |
| Inquiry Analysis: | Forms |
| Details of Inquiry: | |
| Response Analysis: | Customer Service response |
| Details of Response: | |
| Response Method: | Reply via email |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:        10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| Work State: | **TN** | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| | | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Internal Worknote | 5/1/15 | Closed | 5/1/15 9:25 am | BARBARA SPEARS | BARBARA SPEARS | BARBARA SPEARS | 5/1/15 9:25 am |

Please enter the internal work note.

PASSWORD EMAIL FOR CLAIMS 9452367 AND 8893435
From: Art [mailto: REDACTED ]
Sent: Thursday, April 30, 2015 5:21 PM
To: Mailme
Subject: Claim 9452367

REPLIED WITH PASSWORD

| Email Response to Member | 5/7/15 | Closed | 5/7/15 11:33 am | THEODORA WILLIAMS | THEODORA WILLIAMS | THEODORA WILLIAMS | 5/7/15 11:33 am |
|---|---|---|---|---|---|---|---|

To Address List:                                   REDACTED

CC Address List:

Do Not Send                                        No

Comments:

| Email From Member | 5/6/15 | Closed | 5/7/15 11:33 am | NA REGIONAL CALL CENTER EMAIL QUEUE USER 1 | WKAB SYSTEM | THEODORA WILLIAMS | 5/7/15 11:33 am |
|---|---|---|---|---|---|---|---|

Member Home Email Address                          REDACTED

Date and Time Submitted                            5/6/2015 4:16:32 PM

Question Category selected                         My Appeal

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | Phone (Mobile) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Question Submitted | | | | Good afternoon. On 4/28/2015, Aetna received information regarding my claim. Has there been a decision to reopen my claim? | | | |
| Plan of Action | | | | Aetna received information regarding your claim. We are currently reviewing the updates and will be in contact with you if we have any questions. You can always obtain the most recent status on your claim by accessing our WorkAbility home page. | | | |
| | | | | email response to member | | | |
| | | | | Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367. | | | |
| | | | | We received a letter of representation and appeal request from Cody Allison and Associates on 04/28/2015. This information was forwarded to your Appeal Specialist for review. | | | |
| | | | | Please let us know if we can provide additional assistance. | | | |
| Inquiry Analysis: Details of Inquiry: | | | | Was Paperwork received | | | |
| Response Analysis: Details of Response: | | | | Customer Service response | | | |
| Response Method: | | | | Reply via email | | | |
| Correspondence - Outgoing | 4/28/15 | Closed | 5/26/15  8:45 am | CHARLAI LANG | ASHUTOSH NARAYAN SINGH | CHARLAI LANG | 5/26/15  8:45 am |
| Image Description: | | | | UPS Label request for copy of file | | | |
| Image Notes: | | | | | | | |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date:    10/06/2015

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 4/28/15 | Closed | 5/26/15  8:47 am | CHARLAI LANG | JASEEM ANSARI | CHARLAI LANG | 5/26/15  8:47 am |

Image Description:          Ltr from Atty requesting a re open of appeal

Image Notes:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 4/28/15 | Closed | 5/26/15  8:51 am | CHARLAI LANG | JASEEM ANSARI | CHARLAI LANG | 5/26/15  8:51 am |

Image Description:          request for copy of file from atty

Image Notes:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 4/30/15 | Closed | 5/28/15  9:27 am | CHARLAI LANG | RAJESH KUMAR | CHARLAI LANG | 5/28/15  9:27 am |

Image Description:          atty request for copy of the file and policy

Image Notes:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 5/27/15 | Closed | 5/28/15  9:31 am | NA APPEAL QUEUE USER 1 | NAVTEJ BHADUR | CHARLAI LANG | 5/28/15  9:31 am |

Image Description:          ltr from atty requesting copy of the file

Image Notes:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Free Form Letter STD-LTD | 5/28/15 | Closed | 5/28/15  11:22 am | CHARLAI LANG | CHARLAI LANG | CHARLAI LANG | 5/28/15  11:22 am |

Mailing Method:          USPS

Do Not Send          Yes

Comments:

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Internal Worknote | 5/29/15 | Closed | 5/29/15  9:12 am | STEPHEN DEKUBBER | STEPHEN DEKUBBER | STEPHEN DEKUBBER | 5/29/15  9:12 am |
| Please enter the internal work note. | | | | Please include all wkb notes, CNS notes, medical file, SIU links, letters and policy Charlai Lang LTD Appeals Specialist Cover Letter Included. Completed awaiting 2nd review will add ups tracking once review is competed. | | | |
| Internal Worknote | 5/29/15 | Closed | 5/29/15  10:59 am | STEPHEN DEKUBBER | STEPHEN DEKUBBER | STEPHEN DEKUBBER | 5/29/15  10:59 am |
| Please enter the internal work note. | | | | SHIP TO: Cody Allison & Associates ATTN: K CODY ALLISON 501 UNION ST. STE:502 NASHVILLE, TN 37217  Tracking Number: 1Z1E75E30290327387 Service: UPS 2nd Day AirGuaranteed By: End of Day Tuesday, Jun 2, 2015 | | | |
| Correspondence - Incoming | 5/29/15 | Closed | 6/1/15  10:09 am | SHAWNDRA LEE | ANKESH KUMAR | SHAWNDRA LEE | 6/1/15  10:09 am |
| Image Description: | | | | Correspondence - Incoming | | | |
| Image Notes: | | | | Correspondence - outgoing | | | |
| Internal Worknote | 9/17/15 | Closed | 9/17/15  7:44 am | BARBARA SPEARS | BARBARA SPEARS | BARBARA SPEARS | 9/17/15  7:44 am |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. (V2)

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Please enter the internal work note. | | | | PASSWORD EMAIL<br>From: rick@codyallison.com [mailto:rick@codyallison.com]<br>Sent: Wednesday, September 16, 2015 5:49 PM<br>To: Mailme<br>Subject: Claim No.: 9452367 -- Our Client Arthur Davis<br>Importance: High<br><br>Dear Sir or Madam:<br><br>Please provide me with the pass word to open the CD that you provided to my office.<br><br>If you have any questions, you can reach me at the number listed below or email me back.<br><br>Your cooperation to this matter is appreciated.<br><br>Thank you.<br><br><br>Rick Adkins, Legal Assistant<br>Cody Allison & Associates, PLLC<br>501 Union Street, Suite 502<br>Nashville, TN 37219<br>T: (615) 234-6000<br>F: (615) 727-0175<br>rick@codyallison.com<br><br><br>REPLIED WITH PASSWORD | | | | | | |
| Correspondence - Appeals | 6/1/15 | Closed | 10/2/15  2:08 pm | CHARLAI LANG | RAJESH KUMAR | DANIEL BERTRAND | 10/2/15  2:08 pm |
| Image Description: | | | | APPEAL | | | |

***CONFIDENTIALITY NOTICE** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Image Notes:

| Attorney Contact | 10/5/15 | Closed | 10/5/15  12:53 pm | KELLY WIERS | KELLY WIERS | KELLY WIERS | 10/5/15  12:53 pm |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Contact Reason: | Notification |
| Attorney Representation: | Yes |
| Litigation Status | Active-No EE Contact |
| Notes | Special Handling- Lawsuit Filed. |
| Plan of Action: | BES to file. |
| Contact Outcome: | Completed |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information.  The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted.  This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED | **Phone (Mobile)** | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

## Notes Trending by Claim Status

| | Total | Closed |
|---|---|---|
| **Total** | 273 | 273 |
| Email From Member | 35 | 35 |
| Email Response to Member | 34 | 34 |
| Analysis/Review Medical Records | 28 | 28 |
| Correspondence - Incoming | 22 | 22 |
| Fax Form Confirmation Task | 14 | 14 |
| Faxed Form Request | 14 | 14 |
| Correspondence - Appeals | 10 | 10 |
| Internal Worknote | 8 | 8 |
| Follow Up SSDI Review Task | 7 | 7 |
| Mail Provider Forms | 7 | 7 |
| Free Form Letter STD-LTD | 6 | 6 |
| Financial Worknote | 5 | 5 |
| Appeal Work Note | 4 | 4 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED Phone (Mobile) | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | **Total** | Closed |
|---|---|---|
| Clinical Review Acknowledgement | 4 | 4 |
| Employer Contact Email | 4 | 4 |
| Medical Authorization Form | 4 | 4 |
| Claim Owner Reassignment | 3 | 3 |
| LTD Claimant Interview | 3 | 3 |
| LTD Follow Up Clinical Review | 3 | 3 |
| Correspondence - Outgoing | 2 | 2 |
| LTD Determination EE Contact | 2 | 2 |
| LTD Disability Determination | 2 | 2 |
| Tax Forms | 2 | 2 |
| Appeal - Partial Overturn or Upheld Letter | 1 | 1 |
| Appeal Determination | 1 | 1 |
| Appeal Determination ER Contact Email | 1 | 1 |
| Appeal Employer Extension Notification | 1 | 1 |
| Appeal Extension Letter | 1 | 1 |

***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | **Total** | Closed |
|---|---|---|
| Appeal Follow Up for Triage | 1 | 1 |
| Appeal Plan of Action | 1 | 1 |
| Other Notes which are not in the Above Categories | 43 | 43 |

***CONFIDENTIALITY NOTICE***This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

| Client Name: | **Dell Inc** | | Last Name: | **DAVIS** | First Name: | **ARTHUR** | Middle Initial: | **C** |
|---|---|---|---|---|---|---|---|---|
| | | | Employee ID: | **157406572** | Date of Birth: | REDACTED | Age: | **52** |
| Work State: | **TN** | | Claim ID: | **9452367** | Date of Hire: | **05/22/2006** | Gender : | **M** |
| Preferred Contact: | REDACTED **Phone (Mobile)** | | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

## Note Summary

Number of Notes Updated by Date (By Quarter)



***CONFIDENTIALITY NOTICE**This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. This report, including all information contained herein, is intended only for the use of the party with authorized access and may contain privileged and confidential information. The party with authorized access shall not further distribute the information transmitted herein unless authorized by law or with the express written consent of the subject. **(V2)**

Report Date: 10/06/2015

# Central Note System - DAVIS, ARTHUR C

(Less Info)

| | | |
|---|---|---|
| Client Name: Dell Inc | Work Capacity Level: No Current Work Capacity | IHD Consent Effective: N/A |
| Claim Status: Closed | Claim Owner: LEE, SHAWNDRA | OP Balance: N/A |
| Date of Birth: REDACTED | Age: 52 | Gender: Male |
| Contract Situs: TX | Tier: Tier 3 | Estimated RTW: |
| Preferred Contact#: REDACTED  Phone (Mobile) | End Of Benefit(EOB): 10/31/2028 | Disability Date: 10/09/2013 |

Age at DCI: 50

Current Analytics: **6 Month Duration  3    12 Month Duration   4    18 Month Duration   5    24+ Month Duration   7**    [Providers]  [Benefit Engine]  [PeopleSoft]  [Rehab Vendors]

| Alerts | Contacts | Summary & Action Plan | Medical | Vocational | Financial |
|---|---|---|---|---|---|

## Active Member Alerts

[Submit Action]

| | Create Date | Claim ID | Alert Name | Notification | Created By | Action |
|---|---|---|---|---|---|---|
| ▼ | 06/01/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | RAJESH KUMAR | Please Select ▾ |
| ▼ | 05/29/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | ANKESH KUMAR | Please Select ▾ |
| ▼ | 05/27/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | NAVTEJ BHADUR | Please Select ▾ |
| ▼ | 04/28/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | JASEEM ANSARI | Please Select ▾ |
| ▼ | 04/28/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | JASEEM ANSARI | Please Select ▾ |
| ▼ | 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | PAVAN KUMAR | Please Select ▾ |
| ▼ | 01/14/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | BHUPENDRA SINGH | Please Select ▾ |
| ▼ | 01/08/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | ARUN CHAWLA | Please Select ▾ |
| ▼ | 12/26/2014 | 9452367 | Aetna received information regarding your claim | Not Being Sent | ROHIT SINGH | Please Select ▾ |
| ▼ | 09/29/2014 | 9452367 | Aetna received information regarding your claim | Not Being Sent | YADAV VIKAS | Please Select ▾ |

## Alerts And Notification History

[Expand All Details]

View  [All ▾]

Show [10 ▾] Notes

<< <  1 2 3 4 5 of 5  > >>

| | Create Date | Claim ID | Alert Name | Notification (Y/N) | Created By | Dismiss Date |
|---|---|---|---|---|---|---|
| ▼ | 04/30/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | RAJESH KUMAR | 05/03/2015 |
| ▼ | 04/03/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | KAPIL SINGH | 04/18/2015 |
| ▼ | 03/20/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | DASHRAT SINGHBIST | 04/18/2015 |
| ▼ | 03/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | BHUPENDRA SINGH | 03/15/2015 |
| ▼ | 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |
| ▼ | 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ▼ 01/30/2015 | 9452367 | Authorization to Request Health Information | Not Being Sent | CANDICE HOY | 02/09/2015 |
| ▼ 01/30/2015 | 9452367 | Disability Appeal Request Form | Not Being Sent | CANDICE HOY | 02/09/2015 |
| ▼ 01/29/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | YADAV VIKAS | 02/17/2015 |
| ▼ 01/13/2015 | 9452367 | Aetna has issued a payment | Not Being Sent | WKAB SYSTEM | 02/17/2015 |

Central Note System - DAVIS, ARTHUR C

View  9452367 (LTD) Closed ▼



Client Name: Dell Inc     Work Capacity Level: No Current Work Capacity    IHD Consent Effective: N/A

Claim Status: Closed     Claim Owner: LEE, SHAWNDRA    OP Balance: N/A

Date of Birth: REDACTED     Age: 52    Gender: Male

Contract Situs: TX     Tier: Tier 3    Estimated RTW:

Preferred Contact#: REDACTED Phone (Mobile)   End Of Benefit(EOB): 10/31/2028    Disability Date: 10/09/2013       Age at DCI: 50

Current Analytics: | 6 Month Duration | 3 | 12 Month Duration | 4 | 18 Month Duration | 5 | 24+ Month Duration | 7 |   Providers   Benefit Engine   PeopleSoft   Rehab Vendors

| Alerts | Contacts | Summary & Action Plan | Medical | Vocational | Financial |

▲ Manage Notes:  ADD NEW

| Subject | Create Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|
| * Claim Status ▼ | 10/6/2015 5:08:10 AM | PRAKASH PRASAD | PARALEGAL II | 9452367 (LTD) Closed | * Employee ▼ |

Topic:*

*

Save   See Reminders   Cancel

‹   ›

▲ Follow Up Required

| Task Name | Schedule Date | Assign Owner | Memo |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ☐ Action Required | 10/06/2015 | 🗓 | LEE,SHAWNDRA | Select | |
| ☐ Complaint Follow Up Required | 10/06/2015 | 🗓 | LEE,SHAWNDRA | Select | |
| ☐ Email Provider Forms | 10/06/2015 | 🗓 | LEE,SHAWNDRA | Select | |
| ☐ Email Supplemental Forms | 10/06/2015 | 🗓 | LEE,SHAWNDRA | Select | |
| ☐ Employee Contact | 10/06/2015 | 🗓 | LEE,SHAWNDRA | Select | |
| ☐ Employer Contact | 10/06/2015 | 🗓 | LEE,SHAWNDRA | Select | |
| ☐ Faxed Form Request | 10/06/2015 | 🗓 | LEE,SHAWNDRA | Select | |

Save & Create task

## Contact Notes History

Expand All Details    View [Claim : 9452367 ▾]    Contact Filter [All ▾]    Subject Filter [All ▾]    Show [10 ▾] Notes    << <  [1] 2 3 4 5 of 9  > >>

| Subject | Last Update Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|
| ▼ Appeal | 5/28/2015 9:26:22 AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Other |
| Topic: | outgoing call to Atty office | | | | |
| ▼ Claim Status | 5/27/2015 11:57:01 AM | PATRICIA HICKEY | Customer Srvc Representative | 9452367 (LTD) Closed | Other |
| Topic: | speak to appeals analyst | | | | |
| ▼ Appeal | 4/24/2015 11:50:48 AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ E-mail from Member | 4/23/2015 5:01:48 PM | MARIE ANELAS | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | e-mail from member- | | | | |
| ▼ E-mail from Member | 4/20/2015 6:17:19 PM | MARIE ANELAS | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | e-mail from member. | | | | |
| ▼ Appeal | 4/20/2015 5:56:34 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | call returned | | | | |
| ▼ Appeal | 4/20/2015 5:55:09 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ E-mail from Member | 4/18/2015 9:34:29 AM | SHERRI MCINNES | Customer Service Rep | 9452367 (LTD) Closed | Employee |
| Topic: | update on claim | | | | |
| ▼ Appeal | 4/16/2015 4:20:29 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ Claim Status | 4/16/2015 1:10:36 PM | SANDRA QUELLA | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | TCF EE To check on the status of the claim | | | | |

## Contact Notes History

View : CLAIM      Contact Filter : ALL      Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Appeal | 05/28/2015  9:26:22AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Other |

Topic: outgoing call to Atty office
spoke with Nikki to leave msg for atty, on A/S vm the atty was requesting re open of the appeal and a copy of the file, Atty indicated that she just got on board to represent ee and A/S advised the file is already closed. The decison ltr went out on 4/23/15 and ee had already requested a copy of the filed on 4/13/15. the Atty does have the option to file suit but we can't open the case again and give more time after it's been closed

| Claim Status | 05/27/2015  11:57:01AM | PATRICIA HICKEY | Customer Srvc Representative | 9452367 | Other |

Topic: speak to appeals analyst
Barbara atty for EE asked to speak to appeals analyst. She was unavailable. Xfrd to vm

authorization form  date 4/30 image 17415744

Barbara 615 234 6000
Cody Allison

| Appeal | 04/24/2015  11:50:48AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee  returning call
A/S advised that unfortunately the medical documentation did not support ongoing impairment and ltr was mailed today, ee stated he just want a copy of his file with direction on how to file suit. A/S advised that ee would need to take file to any atty who will give ee direction how to file suite he thanked A/S

| E-mail from Member | 04/23/2015  5:01:48PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member-
Good morning I spoke to me claims manager this week and was told I would get a decision letter on the 22nd. I do not see a generated letter?

| E-mail from Member | 04/20/2015  6:17:19PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
I submitted a request via Document Download. I am submitted here also.
Appeal Status Appeal Decision Due Date
Active Upheld 04/22/2015
Good morning Charlai, I see the decision has been made concerning my appeal. Are there any additional
Appeal options? If I do not have any appeal options please send me the Denial letter and my Aetna records thank you.
Arthur Cyril Davis Jr.

| Appeal | 04/20/2015  5:56:34PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: call returned
file will be released after decison is finalized

| Appeal | 04/20/2015  5:55:09PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee returning call
To advise that the decision ltr is under review and A/S will release a copy of the medical file once the ltr is released ee thanked A?S

| E-mail from Member | 04/18/2015  9:34:29AM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
Good afternoon today I dropped off paperwork to the Social security administration. Looking at my timeline, my LTD was approved through Aetna for my shoulder issues. I was out on doctors care until May 23rd 2014 specifically for my shoulders. Looking at notes from Physical Therapy I was complaining about my shoulders up to the release date. I complained to my surgeon that I was hearing popping and clicking noises but was told it would go away as my shoulders strengthen. 5 months later I was back to his office and two months after I was scheduled for another reattachment. It does not appear that my shoulders healed properly and based on my new surgeons findings, my right shoulder may not return to normal. My left shoulder is still popping and I have occasional pain and I will probably have to have additional surgery on it. How can I be removed from LTD if I never healed? I have been told I cannot work because of my back and the situation is magnified by my shoulder issues.

| Appeal | 04/16/2015  4:20:29PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee returning call
A/S advised once the final decision is rendered, A/S will have ee's file sent out ee thanked A/S

| Claim Status | 04/16/2015  1:10:36PM | SANDRA QUELLA | Customer Srvc Representative | 9452367 | Employee |

Topic: TCF EE To check on the status of the claim
adv EE that the claim is under review and we will be in contact once a decision has been made, EE ack.

Page 1 of 10

## Contact Notes History

View : CLAIM          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 04/15/2015  11:37:22AM | NIAJEA LEE | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: tcf ee regarding paperwork

ee called to verify if we received his letter requesting his claim file.  Informed ee that we received the letter.  EE requested to speak to the dbm, tranferred to the dbm vm.

| Claim Status | 03/24/2015  9:04:00AM | CHANAVIA BROWN | Senior LTD Claim Analyst | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: DBM called Ee back

Advised we will need this in writing. He must note of he needs copies of Policies as well, he states he has them. Asked if he needs mailing address or fax number, he states he has all of Shawndra's information. EE thanked me for my call.

| E-mail from Member | 03/21/2015  6:54:21PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: request for copy of file

I would like to request a copy of my Aetna Disability file please. Do I have to submit this in writing?

| E-mail from Member | 03/18/2015  2:22:11PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member:

Good afternoon, here are the notes from my office visit with Dr. Sean Kaminsky at Pinnacle Surgical Partners in Hermitage TN.
Summary of Today¿s Visit
Davis , Arthur DOB REDACTED
Account No 324572
Gender: Male
Race: Black or African American
Ethnicity:Not Hispanic or Latino
Preferred Language: English
03/10/2015 visit with Sean B. Kaminsky, MD
Reason for Visit
¿NP-RTSHLD
Vitals
. Ht7o(in)
¿ WI 257 (lbs)
. BMI 36.87 (Index)
. Ht-cm 177.8 (cm)
. WI-kg 116.57 (kg)
Allergies
. N.KD.A.
Today¿s Diagnoses Include
. 719.41 Shoulder Pain, Right
. 727.61 Rotator cuff tear, nontraumatic - Right
Medication List
. Start Percocet :10-325 MG i tablet as needed Orally every 6 hls,50
Other medications you are on
. Celebrex:
. Cymbalta :
. Tramadol HC1 :
Notes:
I reviewed the results of the MRI study of the right shoulder from March 2, 2015 revealing a massive tear of the supraspinatus and infraspinatus tendons with retraction of approximately 5 cm and muscular atrophy.
Subscapularis tenclinosis present. Subacromial and glenohumeral fluid noted. Biceps tear and synovitis present.
, I reviewed the findings and options for treatment such as medication, injections, living with the symptoms.
activity modification, more time, and finally surgery. Patient did not feel that conservative treatment is worked for him at all. I also discussed various options for surgery including arthroscopic surgery, latissimus transfer surgeiv, and shoulder arthroplasty. Risks of surgciv were discussed including hut not
limited to bleeding, infection, nerve, ycin, or artery injury, continuing pain, risks of anesthesia includng loss of life or limb, heart attack, blood clot, seizure, stroke, failure of any surgcy, need for further surgery, and stiffness.
After having this discussion, the patient wants to proceed with surgery. We have completed the paperwork.
answered all questions, provided prescriptions for medication to use post-operatively, my card, anti information
for the surgery center. I encouraged the patient to call me with ans¿ questions or concerns about our discussions

## Contact Notes History

View : CLAIM     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Appeal | 03/17/2015  4:36:32PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee to determine if
the information provided is all the information ee intends to send, ee stated he is in worse shape now then he was when he went out he feels we have all the info needed he is going for surgery and every doctor indicated he can't work so move forward ee is about to apply for welfare because he has no income he can't afford to wait any further

| Appeal | 03/17/2015  4:30:31PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee confirmed
surgery date

| Appeal | 03/17/2015  4:29:09PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: email. received and reviewed
MRI received for review

| E-mail from Member | 03/11/2015  8:24:44PM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update
My surgery is scheduled for March 25th

| E-mail from Member | 03/11/2015  8:47:53AM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member.
Today I was seen by Dr. Sean Kaminsky MD, he is a Shoulder specialist at Pinnacle Surgical Partners
5653 Frist Boulevard
Ste 731
Nashville, TN 37064
615-885-2778 Fax 615-986-6052
Dr Kaminsky confirmed the MRI findings and set recovery expectations. My right shoulder may never fully recovery and I may need shoulder replacement. I am awaiting a call from his office to set a surgery date ASAP and the expected recovery will be many months.

| Appeal | 03/04/2015  3:23:40PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: EE confirmed that he did receive A/S vm
and thanked A/S for the update but he wanted to give A/S an update to advise that he has now re torn his right rotator cuff and possibly his left and more surgery is to be scheduled, ee stated he is not clear if it was with the recent accident or not but he thinks that his body is breaking down and can't take as much as when he was younger. The surgery will be a reattachment which will be a more intense surgery than before. EE states that he was seen by Dr. Renfro his shoulder surgeon, A/S advised that he is on the list to call for clarification so that information should be obtained if the hcp and peer reviewer is able to connect

| Claim Status | 03/04/2015  3:12:20PM | MOHINEE VELIAN | USTOMER SERVICE REPRESENTATIV | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: CHARLAI IS CALLING EE BACK
CHARLAI IS CALLING EE BACK

| Appeal | 03/04/2015  1:59:46PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: outgoing call to ee A/S left vm in response to email
A/S advised that ext ltr has been sent out to day, a copy of the plan will be sent as well today, however A/S did not indicate that we left a vm on 1/29/15 we were in receipt of the claim so A/S is sorry if ee took it that it's delayed for this reason. If ee has any further questions to please contact A/S

| Appeal | 03/04/2015  8:14:32AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: copy of plan is to be sent to ee
overnight

| Appeal | 03/04/2015  8:13:16AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: email read and
A/S to contact ee to clarify the discussion as A/S didn't advise ee that a vm was left on 1/29//15 but that the claim was assigned on that date

| E-mail from Member | 02/25/2015  5:49:26PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member.
I would like a copy of my plans Long term Disability documents please. I would like the names and contact information of any party involved with my appeal.

## Contact Notes History

View : CLAIM    Contact Filter : ALL    Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| E-mail from Member | 02/25/2015  7:55:09AM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
On Feb 20th, I received an email response from Aetna stating "We received the Authorization to Request Protected Health Information, the Disability Appeal Request Form and your medical records for review on 02/09/2015. We will send you a confirmation letter with the details about your claim, once the review has been completed." I was not told anyone had reached out to me, nor did I have any voice messages from Aetna Disability, or Aetna Appeals. Today I received a call from Charlai Lang a Senior LTD Appeals Specialist. The message did not contain her full name or direct contact information. I had to call three different departments to reach her. Ms. Lang is stating she will need an extension on my Appeals process because she tried to contact me on Jan 29th. I do not have a voice message from her, i save all my voice messages from the purchase date of my IPhone. I am struggling to make it and I no longer have any savings. A appeal will push me beyond Dire Straits. I have always contacted Aetna immediately or

| Claim Status | 02/24/2015  1:43:35PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee returning call from vm received
A/S confirmed ee has had another car accident where he was hit from behind again, ee is in therapy and still awaiting a call from the back surgeon's office for a consult, ee states his back is currently locked up and he is not sure it was from slowing down on therapy or the accident, he can't turn to his left or right, they are placing him on muscle relaxers to assist with muscle loosening, ee was using gabapentin and it as helping to reduce his pain and numbness in his leg however ee losing his memory, lost his keys, getting off wrong exits not knowing where he was going to go to places that he frequents, ee also has increased weakness in his right arm and can't type or write for more than a few mins before he feels weakness, ee has not followed up just yet because he was trying to take care of tx for his back  and determine if more surgery is needed. EE feels we have everything the test reports shows he has issues with his back and he can't sit or stand for prolonged periods, his doctor has submitted a note reflecting his inability to sit, stand or work, A/S advised that review will be completed and ee will get a ltr requesting additional time so that it can be sent out for peer review and ee's doctors can be contacted, A/S wanted to ensure that prior to completing the review we had everything and ee had not seen the surgeon and a tx plan had been established ee stated he is still waiting for a appt

| Claim Status | 01/12/2015  12:39:55PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Contact EE with claim status
DBM contacted EE and informed him that medical information received on 12/23/2014 was insufficient to support ongoing impairment from own occ. DBM informed that claim will be termed as of 1/12/2015. EE inquired that he is still having problems with his back and unable to perform his own occ. DBM informed EE if he disagree with discuss on claim he does have the rights to appeal. EE was informed of his appeals rights.

| E-mail from Member | 01/07/2015  8:12:29AM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
I have been having problems with my right shoulder the past three months.
On December 5th, 2014 I was seen by my Orthopedic Doctor James Renfro. Dr. Renfro took an xray and diagnosed Inflamed AC Joint. Three sessions of PT was suggested, I completed but was still in pain. I received a Cortizone injection in my shoulder on December 26th, 2014. I am still having issues but I am trying to strengthen my shoulder with exercise. I am having extreme pain if I lie on my right shoulder, I cannot lift heavy items and I having shooting pains at times.

| Claim Status | 12/24/2014  10:23:14AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge call
DBM acknowledge call and s/w EE earlier regarding claim status and what is being submitted from treating providers.

| E-mail from Member | 12/23/2014  4:17:37PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
I just spoke to Dr Yaneyama office they said the have sent information. I was not seen on the dates requested. I was referred to Dr Buechel and my next appointment is in January for Dr Yaneyama. I have asked them to send an update.

| Claim Status | 12/23/2014  11:25:25AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: RTC to EE
DBM rtc to EE and informed that request from medical records from both his providers were sent out. However, form was received from Dr. Nquist office advising NEW PT's signature. EE informed that he spent the whole mornig yesterday riding to all his treating provider office requesting them to fax over medical records to AETNA. DBM advised that is has not shown up in claim as of yet however, does not mean it hasn't been sent. EE advised that it takes 24- 48 hours to show in claim and once received will call and confirm. EE thanked DBM for calling.

| Claim Status | 12/18/2014  1:17:35PM | DIANA ACHESON | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee sts i sent notes in
ee rcvd letter ee adv would like copy of fax sent to dr Steven Nyquist  and any other dr you are req nfo from sent tto the portal so he can take to them he is adv his dr says they have not rcvd anything from aetna please call ee if any questions

| Claim Status | 12/08/2014  8:18:51AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge EE
DBM acknowledge email from EE and no call back is needed.

## Contact Notes History

View : CLAIM     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| E-mail from Member | 12/05/2014  6:59:59PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member-update
Good afternoon I was seen by my Nuerologist Dr Paul Buechel of KCA Nuerology 4323 Carothers Pkwy, Franklin, TN 37067
(615) 550-1800
Dr Buechel seems to have determined what is causing my Back pain and feet numbing and pain. The new MRI shows Bone Spurs that are inoperatable. When the spurs press on a nerve, I am in pain or develop numbness or pain in my feet. I saw the letter addressed to me online. Dr Nyquist and Yanoyamo will update information but they probably will not do any kind of Disability determination. I will contact their offices to request information updates. I was also seen by Dr. James Renfro concerning some right shoulder complications. I will be participating in physical theraphy for the next three weeks and sucess or failure will determine if additional surgery is required. I am available at anytime for a follow up call.

| Claim Status | 11/24/2014  10:58:32AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |
|---|---|---|---|---|---|

Topic: No need for call to provider for f/u
No need for f/u call to provider Dr. Steven Nyquist submitted return fax to DBM on 11/21/2014. DBM will send out 30 letter to EE.

| Claim Status | 11/21/2014  2:39:03PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |
|---|---|---|---|---|---|

Topic: Call from provider office
DBM received vm from Amanda at Dr. Tad Yoneyama advising that EE has not been seen during the time frame requesting medicals.

| Claim Status | 11/06/2014  1:20:29PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: LTD Claimant Interview
DBM contacted EE to get a better understanding of EE's oow condition. DBM inquired if EE was treating with chiro that he mention in email sent on 09/19/2014. EE informed that he is no longer treating with chiro. EE stated that the spinal deep compression was no good. EE advised that he will be treating with therapist (Jonathan Gish) first OV will be the second week of October.EE will also treat with psychiatrist ( Dr. Steven Nyquist)on 10/13/2014. DBM asked EE what is the condition preventing him from returning to work. EE informed the pain and burning in his feet. EE will be treating with PCP on 10/02/2014. EE informed that his cymbalta have increase to 90 mg. EE states that he has difficulty with sleeping due to the pain that radiates from his feet to his back. EE informed that he can not sit for prolong period of time due to pain in feet and back. EE states that he can sit for 6-7 minutes before pain. EE advise that he does use the computer a total of 15 minutes a day. EE is capable of drive however only drives to take his son to school. EE states that he attends church but have difficulty with sitting. EE informed that EE has assistance with showering from his ex-wife. EE does nto cook. DBM inquired about classes EE informed that EE would take in the fall at MTSU. EE informed that he has not begin classes but may go in January 2015. EE has been denied. (See More)

| Claim Status | 10/06/2014  11:39:14AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge call
DBM acknowledge call

| Claim Status | 10/06/2014  11:37:02AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge call
DBM acknowledge call

| E-mail from Member | 10/03/2014  5:51:41AM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update
Sorry I did not finish my last message. I am in pain doing my PT. I normally take Tramadol and 2 Arthritis Strength Tylenol, so I should complete class, ice my back and prop up my legs. The true benefits will be enjoying doing something, getting out of the house and not focusing on my pain for a bit.

| E-mail from Member | 09/30/2014  3:24:41PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member-update
Good morning I would like to update my information concerning my phone conversation this morning. I have been following the Physical Therapy recommendations. I try to exercise, or stretch everyday but sometimes it is too painful. It was recommended to use the Elliptical machine versus a treadmill because the treadmill would be too stressful for my back.Using Tramadol and Arthritis Strength Tylenol I can normally use the machine for 20 minutes. I do my shoulder therapy exercises and I do my stretching at home. I believe the mental therapy will be helpful for my pain. When I first started the Cymbalta I was able to sleep 5-6 hours at night and did not experience burning in my feet all day. Now it appears I have to continue to increase the dosage for relief I believe the mental therapy will help me sleep and I am hopeful a better disposition, attitude and feeling of selfworth will help my daily life. I have become frustrated with medical and chiropractic relief claims but I will not give up hope of recovery.

## Contact Notes History

View : CLAIM     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 09/30/2014 11:25:52AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: EE contacted for update on status
DBM contacted EE to get a better understanding of EE's oow condition. DBM inquired if EE was treating with chiro that he mention in email sent on 09/19/2014. EE informed that he is no longer treating with chiro. EE stated that the spinal deep compression was no good. EE advised that he will be treating with therapist (Jonathan Gish) first OV will be the second week of October.EE will also treat with psychiatrist ( Dr. Steven Nyquist)on 10/13/2014. DBM asked EE what is the condition preventing him from returning to work. EE informed the pain and burning in his feet.

EE will be treating with PCP on 10/02/2014. EE informed that his cymbalta has been increase to 90 mg. EE states that he has difficulty with sleeping due to the pain that radiates from his feet to his back. EE informed that he can not sit for prolong period of time due to pain in feet and back. EE states that he can sit for 6-7 minutes before pain. EE advise that he does use the computer a total of 15 minutes a day. EE is capable of drive however only drives to take his son to school. EE states that he attends church but have difficulty with sitting. EE informed that EE has assistance with showering from his ex-wifer. EE does not cook.

DBM inquired about classes EE informed that EE would take in the fall at MTSU. EE informed that he has not begin classes but may go in January 2015. EE has been denied.

| Claim Status | 09/30/2014 10:45:11AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Acknowledge call
DBM acknowledge call and will f/u with EE accordinly on disabling condition.

| Claim Status | 09/26/2014 1:02:13PM | SCHENIA HOLLIDAY | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: status
Tcf Mary Rowland, Lender ph 615-905-6200; calling to confirm length of payments. Per DBM, adv "Approved thru the end of November 2014, at which time we will f/u with provider office to obtain updated information to determine if condition contniuously support claim"

| E-mail from Member | 09/19/2014 8:27:12AM | SUSAN STEWART | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: update from ee
Good afternoon I found the chiropractic treatments to be more harmful then good. My feet seemed to burn more, especially at night. I was not able to sleep following the treatments and it did not provide any back relief. I have discontinued treatment and will be making an appointment with a psychiatrist tomorrow.

| Claim Status | 09/15/2014 1:27:31PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: updated treatment plan
updated treatment plan

| Claim Status | 09/15/2014 1:18:43PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: return call to ee
STS left advised ee that Aetna Disability does not make recommendations or referrals for treatment

| E-mail from Member | 09/11/2014 12:07:45PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: EE TX update
Good morning I have started Spinal Decompression treatment with Dr Derek Totty at Totty Chiropractic of Mt Juliet. 541 N Mt Juliet Rd, Mt Juliet TN 37122 615-758-7101. The session is supposed to run 20 treatments. I am open to any suggestions for pain relief.

| E-mail from Member | 08/16/2014 12:46:22PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
My next appointment is with Dr. Tad Yoneyama of Heritage Medical Clinic Jan 14th 2015. Current treatment is pain medication. I would be willing to go to any back specialist recommended by Aetna to help with the back pain.

## Contact Notes History

View : CLAIM    Contact Filter : ALL    Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 08/15/2014  1:01:06PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: LTD Claimant Interview
Current Treatment: What is your current treatment plan? medication recreation center: physical therapy exercises daily basis. cant afford to continue to pay for pt physical therapy: last treatment may 2014 How do you think your recovery is progressing? not prgressing well. severe back pain What physicians are currently treating you? Dr. Yoneyama When was your last office visit with your physician(s)? July 2014 When is/are your next visit(s) scheduled? What are your current medications and dosages? (If any) tramidol - 50mg twice per day cymbalta -30mg once per day over the counter - arthritis tylenol How has your condition impacted your daily activities? (Housework, driving, child or elder care issues): not able to go many palces. drives son to school, takes a nap. if he has to shop his son or ex wife goes with him to lift bags. Who lives with you? moved in with ex wife to help with his expensives What are your thoughts on returning to work? not able to return to work Have you discussed this with your AP? have not had a discssion What contacts have you made with your employer since your disability.no Would you like any assistance in order to return to work? (Rehab program Note: Some contracts have mandatory rehab) OFF SETS: SSDI / WC / PENSION (Explain the ALLSUP process if applicable): had pycssch exam with ssa What is the status of your Social Security Disability claim? pending What are the dates of birth of your dependent children? REDACTED Are you eligible for a pension / retirement benefit from work? If so, are you currently receiving any benefits? no Are you receiving any benefits from Workers Comp? If so, ask for details including if a settlement is pending. no Assistive devices: not using any at this time.

| Claim Status | 08/04/2014  12:51:39PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: medication update
ee provided medication update

| Claim Status | 08/04/2014  12:50:31PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: appts.
dbm sending request to provider

| E-mail from Member | 08/02/2014  6:35:02PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
I tried to see my Pain Management doctor on Thursday July 31st and unfortunately I was 7 minutes late and she refused to see me. I have requested that my primary care doctor Tad Yoneyama, M.D. - Heritage Medical Associates provide my pain management treatment of Tramadol and Cymbalta versus Dr. Breanna Green. Dr Green has informed me previously that she cannot offer any other solution but pain medication and she charges twice as much for her consultations and I do not have the same personal relationship I have with my primary doctor. I feel he can offer better solutions.

| E-mail from Member | 07/15/2014  1:55:22PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: EE medication update
I had an appointment with Dr. Tad Yoneyama at Heritage Medical Group, Franklin, TN
He suggested I try Cymbalta again. Eat before taking the medicine and try to work through initial side effects. Started last night and I will pickup script this morning.

| Claim Status | 07/09/2014  11:04:56AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Obtain updated medicals from providers
DBM has request via fax updated medical information from Dr. Breena Green, Dr. Jason Knox, and Dr. Subir Prasad on 07/09/2014.

| Claim Status | 07/09/2014  11:03:37AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |
|---|---|---|---|---|---|

Topic: Obtain updated medicals from providers
DBM have request updated medicals from Dr. Breena Green, Dr. Jason Knox, and Dr. Subir Prasad thru fax on 07/09/2014.

| Claim Status | 06/23/2014  10:52:50AM | JACOB PETERSON | SR CUSTOMER SERVICE REP | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: TCF APO- Rachna for follow up on the claim for proccessing of pprwk
TCF APO- Rachna for follow up on the claim for proccessing of pprwk
APO informed that she had recvd the forms and both were far TOO small
Advised would have the pprwk sent again
n ofurther qeustoions

## Contact Notes History

View : CLAIM        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 06/20/2014 11:46:13AM | MARTHA WILEY | Customer Srvc Representative | 9452367 | Provider |

Topic: APS/CLW refaxed to APO
TCF APO Nancy @ Dr. SUBIR PRASAD

APO called to req the APS/CLW to be refaxed to APO fax#: 615-916-3953 since the faxes rec'd were to small to read/complete.
CSR refaxed APS/CLW to APO today to fax#: 615-916-3953 To Dr Subir Prasad.
APO thanked CSR for assistance

Thank you
Martha Wiley (CSR)

| Claim Status | 06/17/2014 10:20:08AM | BARTHOLOMAEA GASPARD | INTAKE REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: DR OFFICE FLUP ON FAX REQUEST
CHARLES REPORTED THAT DR KNOX DIDN;T PUT EE OOW PLS FAX REQUEST TO TREATING DR TO FILL OUT REQUEST

| Claim Status | 06/16/2014 2:38:47PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: req for medical records
faxing request for current offce visit notes

| Claim Status | 06/02/2014 3:03:57PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: vob letter
mailing ee a vob letter

| Claim Status | 06/02/2014 3:02:57PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: STATUS UPDATE
sts mailing ee provider form for him to list all new treating providers

| Claim Status | 06/02/2014 3:01:04PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: vob letter
mailing ee a vob letter

| Claim Status | 06/02/2014 2:04:13PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: reviewed
dbm will contact ee regarding questions for claim

| Claim Status | 06/02/2014 11:42:01AM | TEMEKA JOHNSON | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: requesting dbm
tCF ee wanting to speak with dbm.. he has been contacting her for awhile and havent gotten a response. DBM is unavailable so i was directed to reach out to WAnda, which was on the phone. I verified nunber and told him the dbm will contact him shortly.

| E-mail from Member | 05/30/2014 8:34:33PM | GLADYS WALTERS | Senior Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Member needs income verification letter
Good morning I sent two requests and have not received a response from either. I would like to email updates directly to my case manager. I do need an income letter.

| E-mail from Member | 05/28/2014 12:14:46PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
I would like the email address and contact phone number for my case manager please. I went to my Primary Care physician Dr. Tad Yoneyama at Heritage Medical Clinc. He believes I have a pinched nerve which is causing the painful burning of my feet. He was disappointed in the aloof attitude of Dr. Breanna Green not setting an urgency for the EMG. He is afraid the damage will continue and possible lead to numbness and muscle loss. I have scheduled an appointment with his referral Dr Subir Prasab of Heritage Medical Associates Thursday May 29th at 2:40PM

## Contact Notes History

View : CLAIM     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| E-mail from Member | 05/23/2014  12:35:30PM | THEODORA WILLIAMS | CSR | 9452367 | Employee |

Topic: income letter
Email from member

I am trying to move and they would like a letter stating I will receive benefits beyond 2 yrs if I do not recover. Is this possible?

theodoar williams csr

| Claim Status | 05/07/2014  3:22:25PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: LTD BENEFIT APPROVAL
dbm advised ee of ltd benefit approval, shared monthly benefit amount and answered all questions

| Claim Status | 05/07/2014  2:38:55PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: CONFIRMATION OF SX DATE
HELEN FROM DR. RNEFRON'S OFFICE CALLED AND CONFIRMED EE'S LEFT KNEE SX WAS 4/18/2014

| Claim Status | 05/07/2014  12:44:15PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: req for medical records
faxing request from sx notes to dr renfro

| Claim Status | 05/07/2014  12:37:45PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: return call to ee
dbm advised ee claim is being reviewed, needed to confirm knee sx date
ee advised knee sx was performed 4/18/2014 and had f/u visit 4/26/2014

| Claim Status | 05/06/2014  5:26:09PM | KORIE LACHANCE | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ppwrk needed
TCF EE who was calling to advise he was told he would get a call back today and did not receive on, CSR advised AR is set, EE will receive call back tomorrow. EE understood. CSR advised no determination yet.

| Claim Status | 05/06/2014  5:19:20PM | SANDRA ATWOOD | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee call re status of claim
ee call re status of claim, call dropped while ee on phone, plz cll ee back

| Claim Status | 05/05/2014  3:48:00PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: return call to ee
DBM ADVISED EE CLAIM WILL BE REVIEWED TOMORROW

| E-mail from Member | 05/05/2014  1:37:33PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: EE req status
Will there be a decision tomorrow as promised?

| Claim Status | 04/28/2014  3:42:11PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: rtc to ee
lvmm to advise claim under review ltd dbm  will respond once an update is available

| E-mail from Member | 04/28/2014  1:25:03PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: EE req status
I see my claims representative has changed, is there any update on my claim?

| Claim Status | 04/03/2014  9:44:01AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Provider |
|---|---|---|---|---|---|

Topic: f/u with Dr. Green/PM&R
Sent a request to Dr. Green for APS and evaluation dated 03/25/2014

| Claim Status | 03/18/2014  3:41:30PM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: knee surgery
Claimant informed me that she will have knee surgery April 18, 2014 by Dr. Renfro.  Still pending records from Dr. Cote/back surgeon.  Will be evaluated by PM&R 04/02/2014.

## Contact Notes History

View : CLAIM          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 03/07/2014  9:27:31AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: status
Claimant has advised me via e-mail that Dr. Cote does not do disability paperwork but he will have the medical records faxed to me.  He is going to pain mgt today and I requested he sent the contact information for pain mgt physician.  I will advise STD.

| Claim Status | 02/27/2014  3:05:52PM | PAUL FRUGE | Intake Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: TCF EE to see if tax form rec, CSR advised rec 2/26.`
.

| Claim Status | 02/21/2014  9:00:40AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: W4-S
I spoke to cliamant and ask him to complete a W4-s.  I provided him with the IRS website or the aetna disability website.

| Was paperwork received | 02/20/2014  1:46:35PM | JEREMY MOORE-WILLIAMS | customer service rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: ee cking on p/w recieved
csr adv p/w recieved 02/20for reviewing by ltdm

| Claim Status | 02/14/2014  2:18:45PM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: LTD Claimant Interview
Initial Documentation of telephonic interview: Claimant Name: Arthur Davis, Claim 9452367, Dell Inc. ------------------------------------------------------------------ DO YOU HAVE AETNA HEALTH INSURANCE/ who is your carrier? Currently I have Aetna COBRA. HISTORY / ONSET OF CONDITION: If it began prior to the date of disability, or is long standing, what changed to cause them to stop working? My shoulder tendons fell off both my right and left shoulder. I was just mowing the lawn and lost full use of my arms. Unfortunately I was struck from behind and now have a Herniated Disc in my back which is causing severe pain along with my shoulder difficulties. What is your current medical treatment plan? I have therapy for my left shoulder two days a week. No therapy scheduled for right shoulder yet. Operation was on January 31st 2014. Is condition related to work in any way? Did you file a Workers Compensation claim? Name of company and claim adjuster? No, not work related. Do you have an attorney? Name, address, phone # David Clarke of Murfreesboro TN is representing me concerning the back injury. (615) 796-6299 111 North Maple Street, Murfreesboro, TN 37130 Did you have a non-work related injury or a MVA (Motor Vehicle Accident)? If so, how did the accident occur? When was the accident? Where? City and State? Any legal action pending due to orginial injury? Was a police report filed? If so, where was it filed? The back injury was a motor vechile accident occurred September 27, 2014. Police report was filed with Murfreesboro TN police department. David Clarke is handling the case. Restrictions & Limitations ¿ what did your physician advise you to avoid or that you should limit? I have a planned exercise program for my shoulders and back, I just do my therapy. My back problems have limited my activity as well. Height and weight: 6 feet 236lbs Name of all Medical Providers, provide phone and fax number.- How long have you been treating with them? October of 2014 to present. Dr. James Renfro of Premier Orthopeadics is treating me strictly for my shoulders. Dr. Christopher Kaufman was treating me for my back. November of 2014 to January 2015. 394 Harding Place. Nashville, TN. 37211. Dr Nicholas Cote has taken over current back treatment. I attend therapy 3 times a week for my back. 1272Garrison Drive, Murfreesboro, TN 37129 Did you discusss your job duties with your provider? Yes Prescription medications/ what conditions are they prescribed for? I take Celebrex for my back and I have a number of painkillers for my shoulders and back when necessary. Describe a Typical Day/ ADLs: Back therapy at 9 or 9:30 until 10:30AM. Shoulder therapy at 11AM until 12PM. I come back home. Any help with household duties? Or shopping? Driving? Yard work? Child or elder care? My son helps with any large item shopping. I can do small item shopping. I don¿t drive a lot, it hurts my back and my shoulders. I hate to admit I have not cleaned my apartment since second surgery. My son lives with his mother, I am responsible for child support. Volunteer work ¿ where, how often, how many hours? NA RTW (return to work) Status: Projected Date? What are your plans for work? (or retirement)? Dr. James Renfro is predicting a March return date for shoulders. No ETA concerning my back, very difficult typing this email, both shoulders and back pain. Duties and Requirements of your Occupation: At least 8-10 hours a day sitting at desk making calls and typing. Job Status with ER? Are they holding your job? When did you last speak with your supervisor? Dell have offered me a severance package, I have accepted. Will they allow part-time or light duty work or provide any accommodations? Would you like assistance with RTW? NA Earnings: Your employer indicates your earnings as: $99,101.30/year. Do you agree? Yes Retirem

| Claim Status | 02/14/2014  10:08:42AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: tPC
Left vmm for claimant to call me back.

# Central Note System - DAVIS, ARTHUR C

View EMPLOYEE

(Less Info)

Client Name: Dell Inc                    IHD Consent Effective: N/A

Date of Birth: REDACTED              Age: 52              Gender: Male
Preferred Contact#: REDACTED Phone (Mobile)

Providers     Rehab Vendors



**Alerts** | **Contacts**

## Active Member Alerts

Submit Action

| Create Date | Claim ID | Alert Name | Notification | Created By | Action |
|---|---|---|---|---|---|
| ▼ 06/01/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | RAJESH KUMAR | Please Select ▼ |
| ▼ 05/29/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | ANKESH KUMAR | Please Select ▼ |
| ▼ 05/27/2015 | 9452367 | **Aetna received information regarding your claim** | Not Being Sent | NAVTEJ BHADUR | Please Select ▼ |
| ▼ 04/28/2015 | 9452367 | *Aetna received information regarding your claim* | Not Being Sent | JASEEM ANSARI | Please Select ▼ |
| ▼ 04/28/2015 | 9452367 | *Aetna received information regarding your claim* | Not Being Sent | JASEEM ANSARI | Please Select ▼ |
| ▼ 02/09/2015 | 9452367 | *Aetna received information regarding your claim* | Not Being Sent | PAVAN KUMAR | Please Select ▼ |
| ▼ 01/14/2015 | 9452367 | *Aetna received information regarding your claim* | Not Being Sent | BHUPENDRA SINGH | Please Select ▼ |
| ▼ 01/08/2015 | 9452367 | *Aetna received information regarding your claim* | Not Being Sent | ARUN CHAWLA | Please Select ▼ |
| ▼ 12/26/2014 | 9452367 | *Aetna received information regarding your claim* | Not Being Sent | ROHIT SINGH | Please Select ▼ |
| ▼ 09/29/2014 | 9452367 | *Aetna received information regarding your claim* | Not Being Sent | YADAV VIKAS | Please Select ▼ |

## Alerts And Notification History

Expand All Details

View All

Show 10 ▼ Notes          << < 1 2 3 4 5 of 5  > >>

| Create Date | Claim ID | Alert Name | Notification (Y/N) | Created By | Dismiss Date |
|---|---|---|---|---|---|
| ▼ 04/30/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | RAJESH KUMAR | 05/03/2015 |
| ▼ 04/03/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | KAPIL SINGH | 04/18/2015 |
| ▼ 03/20/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | DASHRAT SINGHBIST | 04/18/2015 |
| ▼ 03/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | BHUPENDRA SINGH | 03/15/2015 |
| ▼ 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |
| ▼ 02/09/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | WEB SERVICE | 02/17/2015 |
| ▼ 01/30/2015 | 9452367 | Authorization to Request Health Information | Not Being Sent | CANDICE HOY | 02/09/2015 |

| | | | | | |
|---|---|---|---|---|---|
| ▼ 01/30/2015 | 9452367 | Disability Appeal Request Form | Not Being Sent | CANDICE HOY | 02/09/2015 |
| ▼ 01/29/2015 | 9452367 | Aetna received information regarding your claim | Not Being Sent | YADAV VIKAS | 02/17/2015 |
| ▼ 01/13/2015 | 9452367 | Aetna has issued a payment | Not Being Sent | WKAB SYSTEM | 02/17/2015 |

AR 000291

Central Note System - DAVIS, ARTHUR C

View EMPLOYEE

☐

(Less Info)

Client Name: Dell Inc                    IHD Consent Effective: N/A

Date of Birth: REDACTED          Age: 52          Gender: Male
Preferred Contact#: REDACTED Phone (Mobile)

[Providers]  [Rehab Vendors]

**Alerts**  **Contacts**

▲ Manage Notes:  ADD NEW

| Subject | Create Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|
| * Claim Status | 10/6/2015 5:04:13 AM | PRAKASH PRASAD | PARALEGAL II | EMPLOYEE | * Employee |

Topic:*

☐

*

[Save]  [See Reminders]  [Cancel]

⟨  ⟩

▲ Follow Up Required

| Task Name | Schedule Date | Assign Owner | Memo |
|---|---|---|---|

| ☐ Action Required | 10/06/2015 | PRASAD,PRAKASH | Select | |
| ☐ Complaint Follow Up Required | 10/06/2015 | PRASAD,PRAKASH | Select | |
| ☐ Email Provider Forms | 10/06/2015 | PRASAD,PRAKASH | Select | |
| ☐ Email Supplemental Forms | 10/06/2015 | PRASAD,PRAKASH | Select | |
| ☐ Employee Contact | 10/06/2015 | PRASAD,PRAKASH | Select | |
| ☐ Employer Contact | 10/06/2015 | PRASAD,PRAKASH | Select | |
| ☐ Faxed Form Request APS/BHCS | 10/06/2015 | PRASAD,PRAKASH | Select | |

Save & Create task

## Contact Notes History

Expand All Details    View [All ▼]    Contact Filter [All ▼]    Subject Filter [All ▼]    Show [10 ▼] Notes    << < |1| 2 3 4 5 of 15 > >>

| Subject | Last Update Date | Creator | Title | Claim # | Contact |
|---|---|---|---|---|---|
| ▼ Appeal | 5/28/2015 9:26:22 AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Other |
| Topic: | outgoing call to Atty office | | | | |
| ◁ Claim Status | 5/27/2015 11:57:01 AM | PATRICIA HICKEY | Customer Srvc Representative | 9452367 (LTD) Closed | Other |
| Topic: | speak to appeals analyst | | | | |
| ▼ Appeal | 4/24/2015 11:50:48 AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ E-mail from Member | 4/23/2015 5:01:48 PM | MARIE ANELAS | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | e-mail from member- | | | | |
| ◁ E-mail from Member | 4/20/2015 6:17:19 PM | MARIE ANELAS | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | e-mail from member. | | | | |
| ▼ Appeal | 4/20/2015 5:56:34 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | call returned | | | | |
| ▼ Appeal | 4/20/2015 5:55:09 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ▼ E-mail from Member | 4/18/2015 9:34:29 AM | SHERRI MCINNES | Customer Service Rep | 9452367 (LTD) Closed | Employee |
| Topic: | update on claim | | | | |
| ◁ Appeal | 4/16/2015 4:20:29 PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 (LTD) Closed | Employee |
| Topic: | outgoing call to ee returning call | | | | |
| ◁ Claim Status | 4/16/2015 1:10:36 PM | SANDRA QUELLA | Customer Srvc Representative | 9452367 (LTD) Closed | Employee |
| Topic: | TCF EE To check on the status of the claim | | | | |

## Contact Notes History

View : EMPLOYEE    Contact Filter : ALL    Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Appeal | 05/28/2015  9:26:22AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Other |

Topic: outgoing call to Atty office
spoke with Nikki to leave msg for atty, on A/S vm the atty was requesting re open of the appeal and a copy of the file, Atty indicated that she just got on board to represent ee and A/S advised the file is already closed. The decison ltr went out on 4/23/15 and ee had already requested a copy of the filed on 4/13/15. the Atty does have the option to file suit but we can't open the case again and give more time after it's been closed

| Claim Status | 05/27/2015  11:57:01AM | PATRICIA HICKEY | Customer Srvc Representative | 9452367 | Other |
|---|---|---|---|---|---|

Topic: speak to appeals analyst
Barbara atty for EE asked to speak to appeals analyst. She was unavailable. Xfrd to vm

authorization form  date 4/30 image 17415744

Barbara 615 234 6000
Cody Allison

| Appeal | 04/24/2015  11:50:48AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: outgoing call to ee  returning call
A/S advised that unfortunately the medical documentation did not support ongoing impairment and ltr was mailed today, ee stated he just want a copy of his file with direction on how to file suit. A/S advised that ee would need to take file to any atty who will give ee direction on how to file suite he thanked A/S

| E-mail from Member | 04/23/2015  5:01:48PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member-
Good morning I spoke to me claims manager this week and was told I would get a decision letter on the 22nd. I do not see a generated letter?

| E-mail from Member | 04/20/2015  6:17:19PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member.
I submitted a request via Document Download. I am submitted here also.
Appeal Status Appeal Decision Due Date
Active Upheld 04/22/2015
Good morning Charlai, I see the decision has been made concerning my appeal. Are there any additional
Appeal options? If I do not have any appeal options please send me the Denial letter and my Aetna records thank you.
Arthur Cyril Davis Jr.

| Appeal | 04/20/2015  5:56:34PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: call returned
file will be released after decison is finalized

| Appeal | 04/20/2015  5:55:09PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: outgoing call to ee returning call
To advise that the decision ltr is under review and A/S will release a copy of the medical file once the ltr is released ee thanked A?S

| E-mail from Member | 04/18/2015  9:34:29AM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
Good afternoon today I dropped off additional paperwork to the Social security administration. Looking at my timeline, my LTD was approved through Aetna for my shoulder issues. I was out on doctors care until May 23rd 2014 specifically for my shoulders. Looking at notes from Physical Therapy I was complaining about my shoulders up to the release date. I complained to my surgeon that I was hearing popping and clicking noises but was told it would go away as my shoulders strengthen. 5 months later I was back to his office and two months after I was scheduled for another reattachment. It does not appear that my shoulders healed properly and based on my new surgeons findings, my right shoulder may not return to normal. My left shoulder is still popping and I have occasional pain and I will probably have to have additional surgery on it. How can I be removed from LTD if I never healed? I have been told I cannot work because of my back and the situation is magnified by my shoulder issues.

| Appeal | 04/16/2015  4:20:29PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: outgoing call to ee returning call
A/S advised once the final decision is rendered, A/S will have ee's file sent out ee thanked A/S

| Claim Status | 04/16/2015  1:10:36PM | SANDRA QUELLA | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: TCF EE To check on the status of the claim
adv EE that the claim is under review and we will be in contact once a decision has been made, EE ack.

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 04/15/2015  11:37:22AM | NIAJEA LEE | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: tcf ee regarding paperwork
ee called to verify if we received his letter requesting his claim file.  Informed ee that we received the letter.  EE requested to speak to the dbm, tranferred to the dbm vm.

| Claim Status | 03/24/2015  9:04:00AM | CHANAVIA BROWN | Senior LTD Claim Analyst | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: DBM called Ee back
Advised we will need this in writing. He must note of he needs copies of Policies as well, he states he has them. Asked if he needs mailing address or fax number, he states he has all of Shawndra's information. EE thanked me for my call.

| E-mail from Member | 03/21/2015  6:54:21PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: request for copy of file
I would like to request a copy of my Aetna Disability file please. Do I have to submit this in writing?

| E-mail from Member | 03/18/2015  2:22:11PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: e-mail from member:
Good afternoon, here are the notes from my office visit with Dr. Sean Kaminsky at Pinnacle Surgical Partners in Hermitage TN.
Summary of Today¿s Visit
Davis , Arthur DOB REDACTED
Account No 324572
Gender: Male
Race: Black or African American
Ethnicity:Not Hispanic or Latino
Preferred Language: English
03/10/2015 visit with Sean B. Kaminsky, MD
Reason for Visit
¿NP-RTSHLD
Vitals
. Ht7o(in)
¿ WI 257 (lbs)
. BMI 36.87 (Index)
. Ht-cm 177.8 (cm)
. WI-kg 116.57 (kg)
Allergies
. N.KD.A.
Today¿s Diagnoses Include
. 719.41 Shoulder Pain, Right
. 727.61 Rotator cuff tear, nontraumatic - Right
Medication List
. Start Percocet :10-325 MG i tablet as needed Orally every 6 hls,50
Other medications you are on
. Celebrex:
. Cymbalta :
. Tramadol HC1 :
Notes:
I reviewed the results of the MRI study of the right shoulder from March 2, 2015 revealing a massive tear of the supraspinatus and infraspinatus tendons with retraction of approximately 5 cm and muscular atrophy.
Subscapularis tenclinosis present. Subacromial and glenohumeral fluid noted. Biceps tear and synovitis present.
, I reviewed the findings and options for treatment such as medication, injections, living with the symptoms.
activity modification, more time, and finally surgery. Patient did not feel that conservative treatment is worked for him at all. I also discussed various options for surgery including arthroscopic surgery, latissimus transfer surgeiv, and shoulder arthroplasty. Risks of surgciv were discussed including hut not
limited to bleeding, infection, nerve, ycin, or artery injury, continuing pain, risks of anesthesia includng loss of life or limb, heart attack, blood clot, seizure, stroke, failure of any surgcy, need for further surgery, and stiffness.
After having this discussion, the patient wants to proceed with surgery. We have completed the paperwork.
answered all questions, provided prescriptions for medication to use post-operatively, my card, anti information
for the surgery center. I encouraged the patient to call me with ans¿ questions or concerns about our discussions

## Contact Notes History

View : EMPLOYEE          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Appeal | 03/17/2015  4:36:32PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee to determine if
the information provided is all the information ee intends to send, ee stated he is in worse shape now then he was when he went out he feels we have all the info needed he is going for surgery and every doctor indicated he can't work so move forward ee is about to apply for welfare because he has no income he can't afford to wait any further

| Appeal | 03/17/2015  4:30:31PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: ee confirmed
surgery date

| Appeal | 03/17/2015  4:29:09PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: email. received and reviewed
MRI received for review

| E-mail from Member | 03/11/2015  8:24:44PM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 9452367 | Employee |

Topic: update
My surgery is scheduled for March 25th

| E-mail from Member | 03/11/2015  8:47:53AM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
Today I was seen by Dr. Sean Kaminsky MD, he is a Shoulder specialist at Pinnacle Surgical Partners
5653 Frist Boulevard
Ste 731
Nashville, TN 37064
615-885-2778 Fax 615-986-6052
Dr Kaminsky confirmed the MRI findings and set recovery expectations. My right shoulder may never fully recovery and I may need shoulder replacement. I am awaiting a call from his office to set a surgery date ASAP and the expected recovery will be many months.

| Appeal | 03/04/2015  3:23:40PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: EE confirmed that he did receive A/S vm
and thanked A/S for the update but he wanted to give A/S an update to advise that he has now re torn his right rotator cuff and possibly his left and more surgery is to be scheduled, ee stated he is not clear if it was with the recent accident or not but he thinks that his body is breaking down and can't take as much as when he was younger. The surgery will be a reattachement which will be a more intense surgery than before. EE states that he was seen by Dr. Renfro his shoulder surgeon, A/S advised that he is on the list to call for clarification so that information should be obtained if the hcp and peer reviewer is able to connect

| Claim Status | 03/04/2015  3:12:20PM | MOHINEE VELIAN | USTOMER SERVICE REPRESENTATIV | 9452367 | Employee |

Topic: CHARLAI IS CALLING EE BACK
CHARLAI IS CALLING EE BACK

| Appeal | 03/04/2015  1:59:46PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: outgoing call to ee A/S left vm in response to email
A/S advised that ext ltr has been sent out to day, a copy of the plan will be sent as well today, however A/S did not indicate that we left a vm on 1/29/15 we were in receipt of the claim so A/S is sorry if ee took it that it's delayed for this reason. If ee has any further questions to please contact A/S

| Appeal | 03/04/2015  8:14:32AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: copy of plan is to be sent to ee
overnight

| Appeal | 03/04/2015  8:13:16AM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: email read and
A/S to contact ee to clarify the discussion as A/S didn't advise ee that a vm was left on 1/29//15 but that the claim was assigned on that date

| E-mail from Member | 02/25/2015  5:49:26PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
I would like a copy of my plans Long term Disability documents please. I would like the names and contact information of any party involved with my appeal.

# Central Note System - View All Report

## Click Here To Access The Excel Export View

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| E-mail from Member | 02/25/2015  7:55:09AM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member.
On Feb 20th, I received an email response from Aetna stating "We received the Authorization to Request Protected Health Information, the Disability Appeal Request Form and your medical records for review on 02/09/2015. We will send you a confirmation letter with the details about your claim, once the review has been completed." I was not told anyone had reached out to me, nor did I have any voice messages from Aetna Disability, or Aetna Appeals. Today I received a call from Charlai Lang a Senior LTD Appeals Specialist. The message did not contain her full name or direct contact information. I had to call three different departments to reach her. Ms. Lang is stating she will need an extension on my Appeals process because she tried to contact me on Jan 29th. I do not have a voice message from her, i save all my voice messages from the purchase date of my iPhone. I am struggling to make it and I no longer have any savings. A appeal will push me beyond Dire Straits. I have always contacted Aetna immediately or

| Claim Status | 02/24/2015  1:43:35PM | CHARLAI LANG | Disability Appeals Specialist | 9452367 | Employee |

Topic: ee returning call from vm received
A/S confirmed ee has had another car accident where he was hit from behind again, ee is in therapy and still awaiting a call from the back surgeon's office for a consult, ee states his back is currently locked up and he is not sure it was from slowng down on therapy or the accident, he can't turn to his left or right, they are placing him on muscle relaxers to assist with muscle loosening, ee was using gabapentin and it as helping to reduce his pain and numbness in his leg however ee losing his memory, lost his keys, getting off wrong exits not knowing where he was going to go places that he frequents, ee also has increased weakness in his right arm and can't type or write for more than a few mins before he feels weakness, ee has not followed up just yet because he was trying to take care of tx for his back and determine if more surgery is needed. EE feels we have everything the test reports shows he has issues with his back and he can't sit or stand for prolonged periods, his doctor has submitted a note reflecting his inability to sit, stand or work, A/S advised that review will be completed and ee will get a ltr requesting additional time so that it can be sent out for peer review and ee's doctors can be contacted, A/S wanted to ensure that prior to completing the review we had everything and ee had not seen the surgeon and a tx plan had been established ee stated he is still waiting for a appt

| Claim Status | 01/12/2015  12:39:55PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Contact EE with claim status
DBM contacted EE and informed him that medical information received on 12/23/2014 was insufficient to support ongoing impairment from own occ. DBM informed that claim will be termed as of 1/12/2015. EE inquired that he is still having problems with his back and unable to perform his own occ. DBM informed EE if he disagree with discuss on claim he does have the rights to appeal. EE was informed of his appeals rights.

| E-mail from Member | 01/07/2015  8:12:29AM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
I have been having problems with my right shoulder the past three months.
On December 5th, 2014 I was seen by my Orthopedic Doctor James Renfro. Dr. Renfro took an xray and diagnosed Inflamed AC Joint. Three sessions of PT was suggested, I completed but was still in pain. I received a Cortizone injection in my shoulder on December 26th, 2014. I am still having issues but I am trying to strengthen my shoulder with exercise. I am having extreme pain if I lie on my right shoulder, I cannot lift heavy items and I having shooting pains at times.

| Claim Status | 12/24/2014  10:23:14AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Acknowledge call
DBM acknowledge call and s/w EE earlier regarding claim status and what is being submitted from treating providers.

| E-mail from Member | 12/23/2014  4:17:37PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
I just spoke to Dr Yaneyama office they said the have sent information. I was not seen on the dates requested. I was referred to Dr Buechel and my next appointment is in January for Dr Yaneyama. I have asked them to send an update.

| Claim Status | 12/23/2014  11:25:25AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: RTC to EE
DBM rtc to EE and informed that request from medical records from both his providers were sent out. However, form was received from Dr. Nquist office advising NEW PT's signature. EE informed that he spent the whole mornig yesterday riding to all his treating provider office requesting them to fax over medical records to AETNA. DBM advised that is has not shown up in claim as of yet however, does not mean it hasn't been sent. EE advised that it takes 24- 48 hours to show in claim and once received will call and confirm. EE thanked DBM for calling.

| Claim Status | 12/18/2014  1:17:35PM | DIANA ACHESON | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: ee sts i sent notes in
ee rcvd letter ee adv would like copy of fax sent to dr Steven Nyquist  and anyother dr she are req nfo from sent tto the portal so he can take to them he is adv his dr says they have not rcvd anything from aetna please call ee if any questions

| Claim Status | 12/08/2014  8:18:51AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Acknowledge EE
DBM acknowledge email from EE and no call back is needed.

## Contact Notes History

View : EMPLOYEE          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| E-mail from Member | 12/05/2014  6:59:59PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member-update
Good afternoon I was seen by my Nuerologist Dr Paul Buechel of KCA Nuerology 4323 Carothers Pkwy, Franklin, TN 37067
(615) 550-1800
Dr Buechel seems to have determined what is causing my Back pain and feet numbing and pain. The new MRI shows Bone Spurs that are inoperatable. When the spurs press on a nerve, I am in pain or develop numbness or pain in my feet. I saw the letter addressed to me online. Dr Nyquist and Yanoyamo will update information but they probably will not do any kind of Disability determination. I will contact their offices to request information updates. I was also seen by Dr. James Renfro concerning some right shoulder complications. I will be participating in physical theraphy for the next three weeks and sucess or failure will determine if additional surgery is required. I am available at anytime for a follow up call.

| Claim Status | 11/24/2014  10:58:32AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |

Topic: No need for call to provider for f/u
No need for f/u call to provider Dr. Steven Nyquist submitted return fax to DBM on 11/21/2014. DBM will send out 30 letter to EE.

| Claim Status | 11/21/2014  2:39:03PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |

Topic: Call from provider office
DBM received vm from Amanda at Dr. Tad Yoneyama advising that EE has not been seen during the time frame requesting medicals.

| Claim Status | 11/06/2014  1:20:29PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: LTD Claimant Interview
DBM contacted EE to get a better understanding of EE's oow condition. DBM inquired if EE was treating with chiro that he mention in email sent on 09/19/2014. EE informed that he is no longer treating with chiro. EE stated that the spinal deep compression was no good. EE advised that he will be treating with therapist (Jonathan Gish) first OV will be the second week of October.EE will also treat with psychiatrist ( Dr. Steven Nyquist)on 10/13/2014. DBM asked EE what is the condition preventing him from returning to work. EE informed the pain and burning in his feet. EE will be treating with PCP on 10/02/2014. EE informed that his cymbalta has increase to 90 mg. EE states that he has difficulty with sleeping due to the pain that radiates from his feet to his back. EE informed that he can not sit for prolong period of time due to pain in feet and back. EE states that he can sit for 6-7 minutes before pain. EE advise that he does use the computer a total of 15 minutes a day. EE is capable of drive however only drives to take his son to school. EE states that he attends church but have difficulty with sitting. EE informed that EE has assistance with showering from his ex-wife. EE does nto cook. DBM inquired about classes EE informed that EE would take in the fall at MTSU. EE informed that he has not begin classes but may go in January 2015. EE has been denied. (See More)

| Claim Status | 10/06/2014  11:39:14AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Acknowledge call
DBM acknowledge call

| Claim Status | 10/06/2014  11:37:02AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Acknowledge call
DBM acknowledge call

| E-mail from Member | 10/03/2014  5:51:41AM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 9452367 | Employee |

Topic: update
Sorry I did not finish my last message. I am in pain doing my PT. I normally take Tramadol and 2 Arthritis Strength Tylenol, so I should complete class, ice my back and prop up my legs. The true benefits will be enjoying doing something, getting out of the house and not focusing on my pain for a bit.

| E-mail from Member | 09/30/2014  3:24:41PM | MARIE ANELAS | Customer Srvc Representative | 9452367 | Employee |

Topic: e-mail from member-update
Good morning I would like to update my information concerning my phone conversation this morning. I have been following the Physical Therapy recommendations. I try to exercise, or stretch everyday but sometimes it is too painful. It was recommended to use the Elliptical machine versus a treadmill because the treadmill would be too stressful for my back.Using Tramadol and Arthritis Strength Tylenol I can normally use the machine for 20 minutes. I do my shoulder therapy exercises and I do my stretching at home. I believe the mental therapy will be helpful for my pain. When I first started the Cymbalta I was able to sleep 5-6 hours at night and did not experience burning in my feet all day. Now it appears I have to continue to increase the dosage for relief I believe the mental therapy will help me sleep and I am hopeful a better disposition, attitude and feeling of selfworth will help my daily life. I have become frustrated with medical and chiropractic relief claims but I will not give up hope of recovery.

## Contact Notes History

View : EMPLOYEE      Contact Filter : ALL      Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 09/30/2014 11:25:52AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: EE contacted for update on status

DBM contacted EE to get a better understanding of EE's oow condition. DBM inquired if EE was treating with chiro that he mention in email sent on 09/19/2014. EE informed that he is no longer treating with chiro. EE stated that the spinal deep compression was no good. EE advised that he will be treating with therapist (Jonathan Gish) first OV will be the second week of October.EE will also treat with psychiatrist ( Dr. Steven Nyquist)on 10/13/2014. DBM asked EE what is the condition preventing him from returning to work. EE informed the pain and burning in his feet.

EE will be treating with PCP on 10/02/2014. EE informed that his cymbalta has been increase to 90 mg. EE states that he has difficulty with sleeping due to the pain that radiates from his feet to his back. EE informed that he can not sit for prolong period of time due to pain in feet and back. EE states that he can sit for 6-7 minutes before pain. EE advise that he does use the computer a total of 15 minutes a day. EE is capable of drive however only drives to take his son to school. EE states that he attends church but have difficulty with sitting. EE informed that EE has assistance with showering from his ex-wife. EE does nto cook.


DBM inquired about classes EE informed that EE would take in the fall at MTSU. EE informed that he has not begin classes but may go in January 2015. EE has been denied.

| Claim Status | 09/30/2014 10:45:11AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Acknowledge call
DBM acknowledge call and will f/u with EE accordinly on disabling condition.

| Claim Status | 09/26/2014 1:02:13PM | SCHENIA HOLLIDAY | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: status
Tcf Mary Rowland, Lender ph 615-905-6200; calling to confirm length of payments. Per DBM, adv "Approved thru the end of November 2014, at which time we will f/u with provider office to obtain updated information to determine if condition contniuously support claim"

| E-mail from Member | 09/19/2014 8:27:12AM | SUSAN STEWART | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update from ee
Good afternoon I found the chiropractic treatments to be more harmful then good. My feet seemed to burn more, especially at night. I was not able to sleep following the treatments and it did not provide any back relief. I have discontinued treatment and will be making an appointment with a psychiatrist tomorrow.

| Claim Status | 09/15/2014 1:27:31PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: updated treatment plan
updated treatment plan

| Claim Status | 09/15/2014 1:18:43PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: return call to ee
STS left advised ee that Aetna Disability does not make recommendations or referrals for treatment

| E-mail from Member | 09/11/2014 12:07:45PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: EE TX update
Good morning I have started Spinal Decompression treatment with Dr Derek Totty at Totty Chiropractic of Mt Juliet. 541 N Mt Juliet Rd, Mt Juliet TN 37122 615-758-7101. The session is supposed to run 20 treatments. I am open to any suggestions for pain relief.

| E-mail from Member | 08/16/2014 12:46:22PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
My next appointment is with Dr. Tad Yoneyama of Heritage Medical Clinic Jan 14th 2015. Current treatment is pain medication. I would be willing to go to any back specialist recommended by Aetna to help with the back pain.

## Contact Notes History

View : EMPLOYEE      Contact Filter : ALL      Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 08/15/2014  1:01:06PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: LTD Claimant Interview
Current Treatment: What is your current treatment plan? medication recreation center: physical therapy exercises daily basis. cant afford to continue to pay for pt physical therapy: last treatment may 2014 How do you think your recovery is progressing? not prgressing well. severe back pain What physicians are currently treating you? Dr. Yoneyama When was your last office visit with your physician(s)? July 2014 When is/are your next visit(s) scheduled? What are your current medications and dosages? (If any) tramidol - 50mg twice per day cymbalta -30mg once per day over the counter - arthritis tylenol How has your condition impacted your daily activities? (Housework, driving, child or elder care issues): not able to go many palces. drives son to school, takes a nap. if he has to shop his son or ex wife goes with him to lift bags. Who lives with you? moved in with ex wife to help with his expensives What are your thoughts on returning to work? not able to return to work Have you discussed this with your AP? have not had a discssion What contacts have you made with your employer since your disability.no Would you like any assistance in order to return to work? (Rehab program Note: Some contracts have mandatory rehab) OFF SETS: SSDI / WC / PENSION (Explain the ALLSUP process if applicable): had pycssch exam with ssa What is the status of your Social Security Disability claim? pending What are the dates of birth of your dependent children? REDACTED Are you eligible for a pension / retirement benefit from work? If so, are you currently receiving any benefits? no Are you receiving any benefits from Workers Comp? If so, ask for details including if a settlement is pending. no Assistive devices: not using any at this time.

| Claim Status | 08/04/2014  12:51:39PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: medication update
ee provided medication update

| Claim Status | 08/04/2014  12:50:31PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: appts.
dbm sending request to provider

| E-mail from Member | 08/02/2014  6:35:02PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |

Topic: update on claim
I tried to see my Pain Management doctor on Thursday July 31st and unfortunately I was 7 minutes late and she refused to see me. I have requested that my primary care doctor Tad Yoneyama, M.D. - Heritage Medical Associates provide my pain management treatment of Tramadol and Cymbalta versus Dr. Breanna Green. Dr Green has informed me previously that she cannot offer any other solution but pain medication and she charges twice as much for her consultations and I do not have the same personal relationship I have with my primary doctor. I feel he can offer better solutions.

| E-mail from Member | 07/15/2014  1:55:22PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: EE medication update
I had an appointment with Dr. Tad Yoneyama at Heritage Medical Group, Franklin, TN
He suggested I try Cymbalta again. Eat before taking the medicine and try to work through initial side effects. Started last night and I will pickup script this morning.

| Claim Status | 07/09/2014  11:04:56AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Employee |

Topic: Obtain updated medicals from providers
DBM has request via fax updated medical information from Dr. Breena Green, Dr. Jason Knox, and Dr. Subir Prasad on 07/09/2014.

| Claim Status | 07/09/2014  11:03:37AM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 9452367 | Provider |

Topic: Obtain updated medicals from providers
DBM have request updated medicals from Dr. Breena Green, Dr. Jason Knox, and Dr. Subir Prasad thru fax on 07/09/2014.

| Claim Status | 06/23/2014  10:52:50AM | JACOB PETERSON | SR CUSTOMER SERVICE REP | 9452367 | Employee |

Topic: TCF APO- Rachna for follow up on the claim for proccessing of pprwk
TCF APO- Rachna for follow up on the claim for proccessing of pprwk
APO informed that she had recvd the forms and both were far TOO small
Advised would have the pprwk sent again
n ofurther qeustoions

## Contact Notes History

View : EMPLOYEE        Contact Filter : ALL        Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 06/20/2014 11:46:13AM | MARTHA WILEY | Customer Srvc Representative | 9452367 | Provider |

Topic: APS/CLW refaxed to APO
TCF APO Nancy @ Dr. SUBIR PRASAD

APO called to req the APS/CLW to be refaxed to APO fax#: 615-916-3953 since the faxes rec'd were to small to read/complete.
CSR refaxed APS/CLW to APO today to fax#: 615-916-3953 To Dr Subir Prasad.
APO thanked CSR for assistance

Thank you
Martha Wiley (CSR)

| Claim Status | 06/17/2014 10:20:08AM | BARTHOLOMAEA GASPARD | INTAKE REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: DR OFFICE FLUP ON FAX REQUEST
CHARLES REPORTED THAT DR KNOX DIDN;T PUT EE OOW PLS FAX REQUEST TO TREATING DR TO FILL OUT REQUEST

| Claim Status | 06/16/2014 2:38:47PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: req for medical records
faxing request for current offce visit notes

| Claim Status | 06/02/2014 3:03:57PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: vob letter
mailing ee a vob letter

| Claim Status | 06/02/2014 3:02:57PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: STATUS UPDATE
sts mailing ee provider form for him to list all new treating providers

| Claim Status | 06/02/2014 3:01:04PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: vob letter
mailing ee a vob letter

| Claim Status | 06/02/2014 2:04:13PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: reviewed
dbm will contact ee regarding questions for claim

| Claim Status | 06/02/2014 11:42:01AM | TEMEKA JOHNSON | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: requesting dbm
tCF ee wanting to speak with dbm.. he has been contacting her for awhile and havent gotten a response. DBM is unavailable so i was directed to reach out to WAnda, which was on the phone. I verified nunber and told him the dbm will contact him shortly.

| E-mail from Member | 05/30/2014 8:34:33PM | GLADYS WALTERS | Senior Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: Member needs income verification letter
Good morning I sent two requests and have not received a response from either. I would like to email updates directly to my case manager. I do need an income letter.

| E-mail from Member | 05/28/2014 12:14:46PM | SHERRI MCINNES | Customer Service Rep | 9452367 | Employee |
|---|---|---|---|---|---|

Topic: update on claim
I would like the email address and contact phone number for my case manager please. I went to my Primary Care physician Dr. Tad Yoneyama at Heritage Medical Clinc. He believes I have a pinched nerve which is causing the painful burning of my feet. He was disappointed in the aloof attitude of Dr. Breanna Green not setting an urgency for the EMG. He is afraid the damage will continue and possible lead to numbness and muscle loss. I have scheduled an appointment with his referral Dr Subir Prasab of Heritage Medical Associates Thursday May 29th at 2:40PM

## Contact Notes History

View : EMPLOYEE      Contact Filter : ALL      Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| E-mail from Member | 05/23/2014  12:35:30PM | THEODORA WILLIAMS | CSR | 9452367 | Employee |

Topic: income letter
Email from member

I am trying to move and they would like a letter stating I will receive benefits beyond 2 yrs if I do not recover. Is this possible?

theodoar williams csr

| Claim Status | 05/07/2014  3:22:25PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: LTD BENEFIT APPROVAL
dbm advised ee of ltd benefit approval, shared monthly benefit amount and answered all questions

| Claim Status | 05/07/2014  2:38:55PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: CONFIRMATION OF SX DATE
HELEN FROM DR. RNEFRON'S OFFICE CALLED AND CONFIRMED EE'S LEFT KNEE SX WAS 4/18/2014

| Claim Status | 05/07/2014  12:44:15PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: req for medical records
faxing request from sx notes to dr renfro

| Claim Status | 05/07/2014  12:37:45PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: return call to ee
dbm advised ee claim is being reviewed, needed to confirm knee sx date
ee advised knee sx was performed 4/18/2014 and had f/u visit 4/26/2014

| Claim Status | 05/06/2014  5:26:09PM | KORIE LACHANCE | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: ppwrk needed
TCF EE who was calling to advise he was told he would get a call back today and did not receive on, CSR advised AR is set, EE will receive call back tomorrow. EE understood. CSR advised no determination yet.

| Claim Status | 05/06/2014  5:19:20PM | SANDRA ATWOOD | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: ee call re status of claim
ee call re status of claim, call dropped while ee on phone, plz cll ee back

| Claim Status | 05/05/2014  3:48:00PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | 9452367 | Employee |

Topic: return call to ee
DBM ADVISED EE CLAIM WILL BE REVIEWED TOMORROW

| E-mail from Member | 05/05/2014  1:37:33PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: EE req status
Will there be a decision tomorrow as promised?

| Claim Status | 04/28/2014  3:42:11PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 9452367 | Employee |

Topic: rtc to ee
lvmm to advise claim under review ltd dbm  will respond once an update is available

| E-mail from Member | 04/28/2014  1:25:03PM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 9452367 | Employee |

Topic: EE req status
I see my claims representative has changed, is there any update on my claim?

| Claim Status | 04/03/2014  9:44:01AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Provider |

Topic: f/u with Dr. Green/PM&R
Sent a request to Dr. Green for APS and evaluation dated 03/25/2014

| Claim Status | 03/27/2014  4:13:02PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: status
outreach to ee to advise claim approved through eob and peer review requested
ee is willing to assist if there are any issues with reaching dr

## Contact Notes History

View : EMPLOYEE    Contact Filter : ALL    Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 03/20/2014  1:50:09PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: rtc to dbm
helen rtc to dbm to advise ee has sx scheduled for 4/18/2014 for knee
ee 6weeks out from shoulder sx however still doing pt 3x's a week for strength
no f/u visit due to ee coming in for sx 4/18/2014

| Claim Status | 03/20/2014  1:47:08PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: pt notes
dbm spoke with phone rep requested pt notes to be sent for shoulder most recent
rep indicated would send for review

| Claim Status | 03/19/2014  9:51:44AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: medical information
outreach to ee regarding pt notes, and notes regarding ee's back issues with dr cote
ee indicated is going to pt today will have pw faxed for review, and will go directly to dr cote's office for pw to be sent regarding ee's back

| Claim Status | 03/18/2014  3:41:30PM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: knee surgery
Claimant informed me that she will have knee surgery April 18, 2014 by Dr. Renfro.  Still pending records from Dr. Cote/back surgeon.  Will be evaluated by PM&R 04/02/2014.

| Claim Status | 03/18/2014  3:08:41PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: JAMES RENFRO  Orthopedic Surgery   12/13/2013  615-834-4482
outreach to dr renfro to confirm sx date
lvmm for helen bottleworth to rtc with ee's nov date and if ee scheduled for knee sx

| Payment Inquiry | 03/13/2014  9:00:42AM | NADINE STOLARSKI | SR CUSTOMER SERVICE REP | 8893435 | Employee |

Topic: ee called about his  pay
ee was advised we atp. claim approved to 3/11/14. meds rec to review. ee to fu with his er

| Claim Status | 03/07/2014  9:27:31AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: status
Claimant has advised me via e-mail that Dr. Cote does not do disability paperwork but he will have the medical records faxed to me.  He is going to pain mgt today and I requested he sent the contact information for pain mgt physician.  I will advise STD.

| Claim Status | 03/07/2014  2:05:41AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:03/11/2014 Call Date/Time:2014-03-06 13:09:39 Call Attempt:1 Call Status:Inbound: Non-Responsive - Recipient hung up in header or failed to give a response to YN Authentication & system disconnected call Call Recipient Status: QUESTION: Are you RTW? QUESTION: May we transfer you?

| Claim Status | 03/07/2014  2:05:41AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:03/11/2014 Call Date/Time:2014-03-06 13:32:21 Call Attempt:1 Call Status:Inbound: Authenticated - Recipient Reached First Body Component Call Recipient Status: QUESTION: Are you RTW?NO QUESTION: May we transfer you?YES

| Claim Status | 03/07/2014  2:05:40AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:03/11/2014 Call Date/Time:2014-03-06 11:46:59 Call Attempt:1 Call Status:Authenticated - Recipient Reached First Body Component Call Recipient Status:OUTBOUND COMPLETE QUESTION: Are you RTW?NO QUESTION: May we transfer you?

| Claim Status | 03/06/2014  1:39:10PM | LINDSAY LAMB | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: rtw auto call
TCF EE he got the RTW auto call EE is not rtw on 3/12 he will need an extension, he stated that the AP should be sending updated medical info soon.

| Claim Status | 02/27/2014  3:05:52PM | PAUL FRUGE | Intake Representative | 9452367 | Employee |

Topic: TCF EE to see if tax form rec, CSR advised rec 2/26. `
.

## Contact Notes History

View : EMPLOYEE          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 02/21/2014   9:00:40AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: W4-S
I spoke to cliamant and ask him to complete a W4-s.  I provided him with the IRS website or the aetna disability website.

| Was paperwork received | 02/20/2014   1:46:35PM | JEREMY MOORE-WILLIAMS | customer service rep | 9452367 | Employee |

Topic: ee cking on p/w recieved
csr adv p/w recieved 02/20for reviewing by ltdm

| Claim Status | 02/18/2014  10:44:13AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: extended
outreach to ee to advise claim extended through nov 3/11/2014 need meds, pt notes. office visit notes to be sent for review
lvmm

| Claim Status | 02/14/2014   2:18:45PM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: LTD Claimant Interview
Initial Documentation of telephonic interview: Claimant Name: Arthur Davis, Claim 9452367, Dell Inc. ------------------------------------------------------------------------------ DO YOU HAVE AETNA HEALTH INSURANCE/ who is your carrier? Currently I have Aetna COBRA. HISTORY / ONSET OF CONDITION: If it began prior to the date of disability, or is long standing, what changed to cause them to stop working? My shoulder tendons fell off both my right and left shoulder. I was just mowing the lawn and lost full use of my arms. Unfortunately I was struck from behind and now have a Herniated Disc in my back which is causing severe pain along with my shoulder difficulties. What is your current medical treatment plan? I have therapy for my left shoulder two days a week. No therapy scheduled for right shoulder yet. Operation was on January 31st 2014. Is condition related to work in any way? Did you file a Workers Compensation claim? Name of company and claim adjuster? No, no work related. Do you have an attorney? Name, address, phone # David Clarke of Murfreesboro TN is representing me concerning the back injury. (615) 796-6299 111 North Maple Street, Murfreesboro, TN 37130 Did you have a non-work related injury or a MVA (Motor Vehicle Accident)? If so, how did the accident occur? When was the accident? Where? City and State? Any legal action pending due to orginial injury? Was a police report filed? If so, where was it filed? The back injury was a motor vechile accident occurred September 27, 2014. Police report was filed with Murfreesboro TN police department. David Clarke is handling the case. Restrictions & Limitations ¿ what did your physician advise you to avoid or that you should limit? I have a planned exercise program for my shoulders and back, I just do my therapy. My back problems have limited my activity as well. Height and weight: 6 feet 236lbs Name of all Medical Providers, provide phone and fax number.- How long have you been treating with them? October of 2014 to present. Dr. James Renfro of Premier Orthopeadics is treating me strictly for my shoulders. Dr. Christopher Kaufman was treating me for my back. November of 2014 to January 2015. 394 Harding Place. Nashville, TN 37211. Dr Nicholas Cote has taken over current back treatment. I attend therapy 3 times a week for my back. 1272Garrison Drive, Murfreesboro, TN 37129 Did you discusss your job duties with your provider? Yes Prescription medications/ what conditions are they prescribed for? I take Celebrex for my back and I have a number of painkillers for my shoulders and back when necessary. Describe a Typical Day/ ADLs: Back therapy at 9 or 9:30 until 10:30AM. Shoulder therapy at 11AM until 12PM. I come back home. Any help with household duties? Or shopping? Driving? Yard work? Child or elder care? My son helps with any large item shopping. I can do small item shopping. I don¿t drive a lot, it hurts my back and my shoulders. I hate to admit I have not cleaned the apartment since second surgery. My son lives with his mother, I am responsible for child support. Volunteer work ¿ where, how often, how many hours? NA RTW (return to work) Status: Projected Date? What are your plans for work? (or retirement)? Dr. James Renfro is predicting a March return date for shoulders. No ETA concerning my back, very difficult typing this email, both shoulders and back pain. Duties and Requirements of your Occupation: At least 8-10 hours a day sitting at desk making calls and typing. Job Status with ER? Are they holding your job? When did you last speak with your supervisor? Dell have offered me a severance package, I have accepted. Will they allow part-time or light duty work or provide any accommodations? Would you like assistance with RTW? NA Earnings: Your employer indicates your earnings as: $99,101.30/year. Do you agree? Yes Retirem

| Claim Status | 02/14/2014  10:08:42AM | MARIBEL AMOR | Senior LTD Claim Analyst | 9452367 | Employee |

Topic: tPC
Left vmm for claimant to call me back.

| Claim Status | 02/14/2014   9:27:09AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: ee's pay
ee called to indicate that still short on his pay, ee feels that he is due 3000.00 additional dollars from er
dbm advised that will see if payroll rep can contact ee to reconcile payments

| Claim Status | 02/14/2014   9:17:31AM | DEBBIE TAYLOR | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: Status of pmnts
tpc from ee for status of pmnts, CSR advised ER is ATP, EE wants to recd pmnt thru disability, call transd to DBM

| Claim Status | 02/13/2014  10:08:35AM | DONNA CHAPMAN | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: was pw received
tcf ee
confirmed pw was received
advised ee payments are handle through er
confirmed claim approval dates

## Contact Notes History

View : EMPLOYEE     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 02/11/2014  2:04:04AM | | Not On File | 8893435 | Employee |

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:02/13/2014 Call Date/Time:2014-02-10 11:18:04 Call Attempt:1 Call Status:Answering Machine - Answering Machine Message Left Call Recipient Status:OUTBOUND IN-PROGRESS QUESTION: Are you RTW? QUESTION: May we transfer you?

| Claim Status | 02/11/2014  2:04:04AM | | Not On File | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: STD - RTW Autocall Results
First Name:ARTHUR Last Name:DAVIS Claim ID:8893435 Appr Thru Date:02/13/2014 Call Date/Time:2014-02-10 11:26:15 Call Attempt:1 Call Status:Inbound: Authenticated - Recipient Reached First Body Component Call Recipient Status: QUESTION: Are you RTW?NO QUESTION: May we transfer you?YES

| Claim Status | 02/07/2014  9:50:16AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: status
f/u with ee regarding approved extension, also need for meds from post-op visit for review
ee right hand dominate sx performed on 1/31/14
ee with therapy still on left shoulder attending today
and also therapy for back herniated disc
ee very miserable unable to sleep in his bed sleeps in a recliner chair was sleeping on a bean bag takes oxycodone for pain and to sleep at night
ee referred to eap for concerns with constant pain and also feeling miserable

| Claim Status | 02/04/2014  4:32:51PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to dbm
pat indicated that ee has f/u appt on 2/11/2014
fd rtw 6 months light duty rtw 1 month based on sx
dbm advised ee pdl is sedentary and will send jd to dr for review

| Claim Status | 02/04/2014  4:23:03PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: JAMES RENFRO   Orthopedic Surgery     12/13/2013   615-834-4482
outreach to dr renfro to confirm f/u visit date, prtw date
lvmm for a rtc from helen

to rtc with f/u visit date and also rtw date

| Claim Status | 01/30/2014  2:54:38PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: update
outreach to ee to advise claim updated, also will confirm sx and update claim
ee understood

| Returning Call | 01/24/2014  1:12:56PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: DBM rtc to EE
DBM rtc to EE regarding claim status. EE informed that EE would be schedule for sx on 01/31/2014. DBM inquired when was the last OVN with the provider. EE informed that he was last seen on 01/09/2014. DBM informed that she will request OVN from 01/09/2014 to be submitted to Aetna for review. EE then inquired when will his ER know that he should be paid thru 01/12/2014. DBM informed that Er was notified of extension on 01/09/2014. DBM advised EE to f/u with ER regarding payment.

| Claim Status | 01/24/2014  9:24:33AM | DOUGLAS HEYER | SR CUSTOMER SERVICE REP | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: update
ee calling has not RTW is still out and will have SX on 1/31/14 no plans to RTW between now and then advised I would let the DBM know ee states medical we havealready states he would not RTW until 1/31/14 but now not even rtw then will have SX that day

| E-mail from Member | 01/19/2014  9:27:41PM | THEODORA WILLIAMS | CSR | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: ee will need additional time oow
Email from member

Good afternoon I have scheduled surgery for my right shoulder for January 31st. Unfortunately my right shoulder has deteriorated quickly, the tear has gotten worst and I will not be returning to work until second shoulder has recovered.

theodora williams csr

## Contact Notes History

View : EMPLOYEE          Contact Filter : ALL          Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 01/17/2014 10:12:20AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: reviewed
reviewed

| Claim Status | 01/17/2014 10:10:46AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to ee regarding pay
lvmm for a rtc with contact performing surgery, also to advise looking into pay issue

| Claim Status | 01/17/2014 9:31:23AM | MOHINEE VELIAN | USTOMER SERVICE REPRESENTATIV | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: I INFORM EE CLAIM IS APPROVED FROM 10/09-01/12 AND HIS ER IS PAYING, HE IS REQUESTING A CALL BACK
I INFORM EE CLAIM IS APPROVED FROM 10/09-01/12 AND HIS ER IS PAYING, HE IS REQUESTING A CALL BACK

| E-mail from Member | 01/10/2014 8:01:18AM | THEODORA WILLIAMS | CSR | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: sx date
Email from member

I am seen by my surgeon this morning and have scheduled surgery for my right shoulder to repair the Torn Rotator Cuff in that shoulder. Surgery is scheduled for January 31st at 1PM. I was adviced I should wait for second surgery to give my left arm more time to heal but I feel pressured to proceed.

| Claim Status | 01/03/2014 12:14:19PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to ee
outreach to ee to advise requested pt notes, rom values, treatment plan, rtw date
dr only sent in office visit note from 12/13

no meds to support an extension of std benefits

ee says fixing left shoulder, and right shoulder is getting worse
ee doing pt two times a week ee can't lift and right arm is worse

| Claim Status | 01/03/2014 10:03:29AM | JACOB PETERSON | SR CUSTOMER SERVICE REP | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: TCF EE for follow up on the claim for proccessing of benefit
TCF EE for follow up on the claim for proccessing of benefit
ADvised on the claim for proccessing of pprwk from 12/18/13
ADivsed still in review with the claim and not sure why not proccessed
Reached out to DBM for update in the claim
DBM unavial
EE request c.b

| Claim Status | 12/13/2013 1:07:57PM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: claim
tcf ee re claim dell will be doing layoffs. adv as long as ee is still disabled ee can be out on std until 040614.

| Claim Status | 12/05/2013 2:27:09PM | DOMINICA TAYLOR | OR CUSTOMER SRVC REPRESENTA | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: fax number
tcf ee re fax number
adv to put claim number at top of form
adv fax number 866-667-1987

| Claim Status | 12/05/2013 11:08:34AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: reviewed
update

| Claim Status | 12/05/2013 11:02:21AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtc to dbm
sue indicated ee's nov is on 12/13/2013 for review

| Returning Call | 12/05/2013 11:01:53AM | ANNIE SANTOS | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: update
TCF EE says his NOV is on 12/13/13 w/Dr.Renfro and will be faxing in ROI form.

# Central Note System - View All Report

Click Here To Access The Excel Export View

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Contact Notes History

View : EMPLOYEE     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 12/05/2013 10:37:08AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: f/u with ee
outreach to ee to advise trying to confirm nov date, also if ee can provide release of information request with provider
so we can update claim

lvmm for a rtc with nov date

| Claim Status | 12/05/2013 10:22:28AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: JAMES RENFRO  Orthopedic Surgery   615-834-4482
outreach to dr renfro
spoke with sue in scheduling would not release the nov date due to hippa law

| Claim Status | 12/02/2013  1:09:41PM | RHONDA SICIARIDIS | STD Claim Analyst | 8893435 | Employee |

Topic: pending claim recert
RECEIVED CALL FROM EE. VERIFIED CLINICALS RECEIVED 11/21/13. EXPLAINED REVIEW/RECERT PROCESS. ADVISED DBM WILL CONTACT ONCE REVIEW IS
COMPLETE.

| Claim Status | 11/26/2013  1:37:54PM | LORI BRADSHAW | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: claim status
tcf ee wanted to know claim status
csr stated that mediainfo is in review that we rec'vd on 11/21
ee understood

| Claim Status | 11/20/2013 10:00:50AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: reviewed
will contact ee once update is available

| Claim Status | 11/20/2013  9:16:54AM | KARINA TABORDA | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: tfc ee
ee wanted to know why claim still states he will rtw on 11/25. advs ee that claim still in review. ee asked for dbm to contact him when review complete

| Payment Inquiry | 11/01/2013  9:19:01AM | MARY BELL-THOMPSON | Sr Customer Service Rep | 8893435 | Employee |

Topic: Payment
tcf ee called to confirm payment dates, ee advised claim is ATP W/ CAL. EE was  referred back to his employers to confirm payment dates.

| Payment Inquiry | 10/24/2013  4:51:50PM | ERIC PECKHAM | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: EE cld in
TCF EE inq abt pymnt info if mailed or dir dep. Adv pymts handled ER adv to verify w/ER to confirm. Benefit Schedule:WEEKLY. EE inq if get right shoulder done
would claim be approved. Adv claim would pend based ff When Sx performed for right side.

| Claim Status | 10/17/2013  5:44:31PM | KELINDA WARLING | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: tcf ee
tcf ee stated he made call this morning and also sent email adv claim was approved 10-9-13 thru 11-24-13 adv fmla was approved also adv ee close to rtw will f/u
and if ee needs to ext will req ovn adv atp/calcs adv 7 day e/p

| Claim Status | 10/17/2013 10:55:10AM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: reviewed
reviewed

| Claim Status | 10/16/2013 11:23:12AM | JOHN WORLEY | CUSTOMER SRVC REPRESENTATIVE | 8893435 | Employee |

Topic: tcf ee
tcf ee - received aps and additional notes , adv is under rev

## Contact Notes History

View : EMPLOYEE     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---|---|---|---|---|---|
| Claim Status | 10/15/2013 2:36:12PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |

Topic: rtc regarding dates

ee indicated fda 10/9 as ee ws unable to work was in pain on narcotics had sx on 10/11 two rotator cuff tears which required sx, dbm advised ee need meds from dr to support days prior as only sx information and mri howver nothing indicating ee unable to work prior

ee understood

| Returning Call | 10/15/2013 2:19:32PM | BRENDA WATERS | csr | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: ee rtc
ee rtc
ee was giving dates that he was out in sept. asking dont these days count..
csr explained that cm needed to know the fda for the claim right now.. ee stated 10 09
cm will call ee back to clear this up

| Claim Status | 10/15/2013 1:57:39PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: clarify dates oow
lvmm to advise fda/dos would be 10/11 days oow prior are non disabilty days
dbm will proceed with update and advise ee

| Claim Status | 10/15/2013 1:23:58PM | AKINKAWON TURNER | STD / LOA Benefit Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: fda 10/11 sx date vacation days prior
review confirm and update

| Claim Status | 10/14/2013 12:58:05PM | LESLEY DUTIL | Customer Srvc Representative | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: rtcf ee
rtcf ee, I asked ee to confirm following:
LDW  10/8
FDA 10/9
SX date 10/11
ee took vacation days for 10/9 & 10/10
NOV 10/18
PRTW  4 weeks or longer
SX TYPE rotator cuff
HOSPITALIZATION DATES admitted 10/11 discharged 10/11
ee will lfup with apo for aps to be returned

| Claim Management Process | 10/11/2013 4:07:58PM | SHATOYA ROBEY | Disability Benefits Manager | 8893435 | Employee |
|---|---|---|---|---|---|

Topic: INITIAL EE CONTACT
IA CALLED EE REDACTED AND LVM FOR EE TO RTC TO AETNA
SR 10/11/2013 407PM
NEED TO CONFIRM:
FDA
LDW
NOV
PRTW
DX
SX DATE(IF APPLICABLE)
SX TYPE(IF APPLICABLE)
HOSPITALIZATION DATES(IF APPLICABLE)
NEED TO ADVISE EE WILL BE PLACED ON PENDING LEAVE AND WILL NOT BE PAID UNTIL STD HAS BEEN APPROVED. ALSO ADVISE EE OF 7 DAY WP AND ADVISED EE CAN USE PBA/VAC TO COVER TIME OOW UNTIL STD IS APPROVED, AND IF STD IS APPROVED EE WILL BE REIMBURSED EE'S PBA/VACATION EXCEPT TIME USED FOR WP

| Forms | 10/10/2013 4:41:46PM | MAHADI THASSIM | CUSTOMER SRVC REPRESENTATIVE | 8893560 | Employee |
|---|---|---|---|---|---|

Topic: ee in received std/fmla package with wrong claim #
adv portal to download correct forms

## Contact Notes History

View : EMPLOYEE     Contact Filter : ALL     Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | CLAIMID | SOURCE |
|---------|------------------|---------|-------|---------|--------|
| Claim Status | 10/10/2013  11:22:10AM | CHERYL RUTH | CUSTOMER SRVC REPRESENTATIVE | Employee | Employee |

Topic: ee transferred to make a STD claim
EE transferred to make a STD claim, he thought that was what he made, but he told rep to make it a intermittent claim, he needs continuous claim .
Supervisor: Susan Park
Phone: 512-513-2701
Display: 518-451-3000 x 78738
*Actual FDA is 10/08/2013.
 Actual LDW 10/07/2013
 Already selected for an FMLA claim so I selected 10/2/2013 and using 10/1/2013 as LDW **EE on more than 2 medications a day

| Claim Status | 10/10/2013  10:55:36AM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 | Other |
|---|---|---|---|---|---|

Topic: ee requesting add std to loa
acknwldg, open a std claim

| Claim Status | 10/10/2013  10:53:51AM | ANASTASIA SNOOK | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---|---|---|---|---|---|

Topic: EE SX date
TCF EE to advise his SX is 10/11.  EE advised he has not recv'd anything in the mail, CSR advised need HCPC to approve the claim.  EE advised need STD claim opened, thought did yesterday.  CSR advised not STD open, only FMLA intermittent.  CSR transferred EE to Intake to open STD claim.

| Claim Status | 10/08/2013  4:17:12PM | SHARLYNN DARRIS | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---|---|---|---|---|---|

Topic: ee requesting add std to loa
ee is having surgery for same condition as existing intermitten loa claim.
please change status from intermitten to continuouis and add std
FDA: 10/9/
LDW: 10/8
**GAP: intermitten loa claim 10/9- 11/11
RTW: 4 weeks 11/11/13, then start therapy
Hospital: Premier Orthopaedics @ 615-332-3600
Dr:  james renfro @  394 harding place nashville tenn 37211

| Claim Status | 10/08/2013  4:07:39PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---|---|---|---|---|---|

Topic: New Claim
New Claim Transferred ee to Intake.

| Claim Status | 10/07/2013  5:12:20PM | BAMBI JEREMICZ | CUSTOMER SRVC REPRESENTATIVE | 8864540 | Employee |
|---|---|---|---|---|---|

Topic: EE calling in surgery information
EE called to advise he will be having out patient surgery on 10/11/2013 at Premier Orthopedics. Advise ee to call and confirm on 10/10/2013 that he is still having his surgery so we can follow up for any additonal information that may be needed. EE also called in days out from 10/8/2013 ,10/09/2013,10/10/2013 and 10/11/2013 all full days. Transaction Number 8877357

| Claim Status | 10/07/2013  12:05:17PM | TERESA CRESPO | STD / LOA BENEFIT MANAGER | 8864540 | Other |
|---|---|---|---|---|---|

Topic: EE REPORTED 09/09, 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM
acknwldg

| Claim Status | 10/04/2013  5:31:11PM | MOHINEE VELIAN | USTOMER SERVICE REPRESENTATIV | 8864540 | Employee |
|---|---|---|---|---|---|

Topic: EE REPORTED 09/09 , 09/19, 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 02PM-04PM
EE REPORTED 09/09. 09/19 AND 09/27 AND 10/07 FROM 07AM-09AM AND 10/07 FROM 2PM-04PM

# Central Note System - DAVIS, ARTHUR C

View

View: 9452367 (LTD) Closed

| | | |
|---|---|---|
| Client Name: Dell Inc | Work Capacity Level: No Current Work Capacity | IHD Consent Effective: N/A |
| Claim Status: Closed | Claim Owner: LEE, SHAWNDRA | OP Balance: N/A |
| Date of Birth: REDACTED | Age: 52 | Gender: Male |
| Contract Situs: TX | Tier: Tier 3 | Estimated RTW: |
| Preferred Contact#: REDACTED | Phone (Mobile) End Of Benefit(EOB): 10/31/2028 | Disability Date: 10/09/2013 | Age at DCI: 50 |

Current Analytics: 6 Month Duration **3**  12 Month Duration **4**  18 Month Duration **5**  24+ Month Duration **7**   | Providers | Benefit Engine | PeopleSoft | Rehab Vendors |

| Alerts | Contacts | Summary & Action Plan | Medical | Vocational | Financial |

## ▲ Most Recent Financial Information

| Benefit Salary($) | Benefit % | Gross Benefit($) | Payroll Days | Benefit Schedule | Max Benefit($) | Min Benefit | Alt Payee |
|---|---|---|---|---|---|---|---|
| $5,284.3442 | 60.0000 | $3,170.6100 | 30ACTUAL | MONTHLY | $10,000.000 | ☐ | ☐ |

Financial Authorization (02/20/2014) | Followup SSDI Review Task (02/03/2015) | Garnishments (Not Available) | Mature Claim Referral (Not Available) | Other Income Questionnaire (02/20/2014) | Reimbursement Agreement (02/20/2014) | Tax Forms (02/27/2014)

Current Offsets    Current Deductions

No Offsets found

Manage Notes:    ADD NEW

## Financial Notes History

Expand All Details      Note Type Filter: All      Show: All Notes

| Note Type | Last Update Date | Creator | Title |
|---|---|---|---|
| ▼ Offset | ▼ 9/8/2015 12:53:59 PM | LAURIE KATON | FINANCIAL BENEFIT MANAGER |
| Topic: Rawlings - RA, contract and payment history and recoverable amounts sent | | | |
| ▼ Calculation | ▼ 5/23/2014 3:36:38 PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
| Topic: Financial Worknote | | | |
| ▼ Calculation | ▼ 5/23/2014 3:29:34 PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
| Topic: Financial Worknote | | | |

| ▼ | Calculation | ▼ | 5/7/2014 2:02:22 PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST |
|---|---|---|---|---|---|

Topic: Financial Worknote

| ▼ | Calculation | ▼ | 3/20/2014 3:03:01 PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
|---|---|---|---|---|---|

Topic: Financial Worknote

| ▼ | Offset | ▼ | 3/20/2014 12:16:47 PM | LAURIE KATON | FINANCIAL BENEFIT MANAGER |
|---|---|---|---|---|---|

Topic: Praxis Referral - sent to Praxis regarding MVA

| ▼ | Calculation | ▼ | 3/19/2014 12:16:47 PM | MARIBEL AMOR | Senior LTD Claim Analyst |
|---|---|---|---|---|---|

Topic: Financial Worknote

# Central Note System - DAVIS, ARTHUR C

(Less Info)

| | | |
|---|---|---|
| Client Name: Dell Inc | Work Capacity Level: No Current Work Capacity | IHD Consent Effective: N/A |
| Claim Status: Closed | Claim Owner: LEE, SHAWNDRA | OP Balance: N/A |
| Date of Birth: REDACTED | Age: 52 | Gender: Male |
| Contract Situs: TX | Tier: Tier 3 | Estimated RTW: |
| Preferred Contact#: REDACTED | Phone (Mobile) End Of Benefit(EOB): 10/31/2028 | Disability Date: 10/09/2013 | Age at DCI: 50 |

Current Analytics: **6 Month Duration** 3  **12 Month Duration** 4  **18 Month Duration** 5  **24+ Month Duration** 7   | Providers | Benefit Engine | PeopleSoft | Rehab Vendors |

| Alerts | Contacts | Summary & Action Plan | Medical | Vocational | Financial |
|---|---|---|---|---|---|

## ▲ Most Recent Financial Information

| Benefit Salary($) | Benefit % | Gross Benefit($) | Payroll Days | Benefit Schedule | Max Benefit($) | Min Benefit | Alt Payee |
|---|---|---|---|---|---|---|---|
| $5,284.3442 | 60.0000 | $3,170.6100 | 30ACTUAL | MONTHLY | $10,000.000 | ☐ | ☐ |

| Financial Authorization | Followup SSDI Review Task | Garnishments | Mature Claim Referral | Other Income Questionnaire | Reimbursement Agreement | Tax Forms |
|---|---|---|---|---|---|---|
| (02/20/2014) | (02/03/2015) | (Not Available) | (Not Available) | (02/20/2014) | (02/20/2014) | (02/27/2014) |

Current Offsets   Current Deductions

No Deductions found

Manage Notes:   [ ADD NEW ]

## Financial Notes History

[ Expand All Details ]        Note Type Filter [ All ]      Show [ All ] Notes

| Note Type | Last Update Date | Creator | Title |
|---|---|---|---|
| ▼ Offset | ▼ 9/8/2015 12:53:59 PM | LAURIE KATON | FINANCIAL BENEFIT MANAGER |
| Topic: Rawlings - RA, contract and payment history and recoverable amounts sent | | | |
| ▼ Calculation | ▼ 5/23/2014 3:36:38 PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
| Topic: Financial Worknote | | | |
| ▼ Calculation | ▼ 5/23/2014 3:29:34 PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
| Topic: Financial Worknote | | | |

| | Calculation | | 5/7/2014 2:02:22 PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST |
|---|---|---|---|---|---|

Topic:     Financial Worknote

| | Calculation | | 3/20/2014 3:03:01 PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
|---|---|---|---|---|---|

Topic:     Financial Worknote

| | Offset | | 3/20/2014 12:16:47 PM | LAURIE KATON | FINANCIAL BENEFIT MANAGER |
|---|---|---|---|---|---|

Topic:     Praxis Referral - sent to Praxis regarding MVA

| | Calculation | | 3/19/2014 12:16:47 PM | MARIBEL AMOR | Senior LTD Claim Analyst |
|---|---|---|---|---|---|

Topic:     Financial Worknote

# Central Note System - View All Report

## Click Here To Access The Excel Export View

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Financial Notes History

Note Type Filter : ALL

| NOTE TYPE | LAST UPDATE DATE | CREATOR | TITLE |
|---|---|---|---|
| Offset | 09/08/2015  12:53:59PM | LAURIE KATON | FINANCIAL BENEFIT MANAGER |

Topic: Rawlings - RA, contract and payment history and recoverable amounts sent
Email from Angela Scheirmann
.

LTD period: 04-07-14 thru 01-11-15
LTD amount paid: $29063.93
LTD MMB amount: $2906.39
LTD recoverable amount: $26157.54
LTD outstanding overpayment: n/a

| Calculation | 05/23/2014  3:36:38PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
|---|---|---|---|

Topic: Financial Worknote
Notes : Praxis¿ investigation revealed no viable opportunities for recovery ¿ no TP language in contract. They have closed their file. , Plan of Action :

| Calculation | 05/23/2014  3:29:34PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
|---|---|---|---|

Topic: Financial Worknote
Notes : Praxis Disability Group has identified a TPL/Subrogation opportunity and is pursuing same. Please contact Alison Stackpole at 765.216.0240 or alison.stackpole@praxisconsulting.com with any questions. , Plan of Action :

| Calculation | 05/07/2014  2:02:22PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST |
|---|---|---|---|

Topic: Financial Worknote
Notes : LTD Benefit Level Authority Review Task Template ******************************************************* EE CONTRIB: 0% - N/A DLW: 10/8/2013 DCI: 10/9/2013 ANY RTW DURING EP: N/A LTD BNFT EFF ANY SUCCESSIVE AFTER EP: N/A MRBE: $5,284.34 BNFT: 60% IMAX: $3,170.61 ER MAX: N/A MIN BNFT: $100 OR 10% WHICHEVER IS GREATER OIQ ON FILE: ON FILE RA ON FILE: ON FILE OFFSET: STATE DISABILITY (NY, NJ, CA, HI, PR, RI) STATE TAX (NC, VA, IL, OH (work Portsmouth/Columbus)?: (ATLAS only) TAX: (ATLAS only) DEDUCTION: N/A REMARKS: TOTAL INITIAL PAYMENT 4/7/2014- 4/30/2014 GROSS/OFFSET/NET BNFT $2,536.49/$00.00/$2,536.49 5/1/2014- ON-GOING GROSS/OFFSET/NET BNFT $3,170.61/$00.00/ $3,170.61 , Plan of Action : Section B Have you reviewed the claim and agree with the benefit calculation being requested above? Yes ___x_ No ____ If No is selected, please document reason not approving and recommendations/instructions:

| Calculation | 03/20/2014  3:03:01PM | AMANDA FERRANTE | LTD BENEFIT MANAGER |
|---|---|---|---|

Topic: Financial Worknote
Notes : Aetna has referred this claim to Praxis for investigation of WC/TPL. Please contact Alison Stackpole at 765.216.0240 or alison.stackpole@praxisconsulting.com if you have any questions. Praxis has accepted the referral and is pursuing on behalf of Aetna. , Plan of Action :

| Offset | 03/20/2014  12:16:47PM | LAURIE KATON | FINANCIAL BENEFIT MANAGER |
|---|---|---|---|

Topic: Praxis Referral - sent to Praxis regarding MVA
Rec'd Praxis referral from Maribel Amor regarding MVA.
.

referral sent to Praxis along with contract

| Calculation | 03/19/2014  12:16:47PM | MARIBEL AMOR | Senior LTD Claim Analyst |
|---|---|---|---|

Topic: Financial Worknote
Notes : Received payroll information from Dell. Base salary: $44,388.49 Commissions: $19,023.64 Income: $62,412.13 monthly salary: $5,284.34 x 60%= $3,179.61 Once, I receive the records from Dr. Cote to address the back issue and the PT notes I will be able to render a determination. , Plan of Action :

# Central Note System - DAVIS, ARTHUR C

(Less Info)

Client Name: Dell Inc | Work Capacity Level: No Current Work Capacity | IHD Consent Effective: N/A

Claim Status: Closed | Claim Owner: LEE, SHAWNDRA | OP Balance: N/A

Date of Birth: REDACTED | Age: 52 | Gender: Male

Contract Situs: TX | Tier: Tier 3 | Estimated RTW:

Preferred Contact#: REDACTED Phone (Mobile) End Of Benefit(EOB): 10/31/2028 | Disability Date: 10/09/2013 | Age at DCI: 50

Current Analytics: 6 Month Duration 3  12 Month Duration 4  18 Month Duration 5  24+ Month Duration 7 | Providers | Benefit Engine | PeopleSoft | Rehab Vendors

**Alerts** | **Contacts** | **Summary & Action Plan** | **Medical** | **Vocational** | **Financial**

## ▲ Most Recent Claim Information

| Primary ICD Code Type | Primary ICD Code | Primary ICD Code Description | Primary ICD Code Effective Date |
|---|---|---|---|
| ICD9 | 782.0 | DISTURBANCE OF SKIN SENSATION | 07/14/2014 |

BHU Review (Not Available) | Clinical Review (05/06/2014) | Medical Authorization Form (02/24/2015) | Peer Review (04/13/2015) | Physician Review (Not Available)

☑ Clinical Trigger

Additional ICD Information  Procedure Information  ICD History

| ICD Code Type | ICD Code | ICD Description |
|---|---|---|
| ICD9 | 724.2 | LUMBAGO |
| ICD9 | 722.52 | DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC |
| ICD9 | 724.4 | THORACIC OR LUMBOSACRAL NEURITIS OR RADICULITIS, UNSPECIFIED |
| ICD9 | 355.71 | CAUSALGIA OF LOWER LIMB |

Manage Notes:  ADD NEW

## Medical Notes History

Expand All Details

Show 10 Notes

No History found

# Central Note System - DAVIS, ARTHUR C

(Less Info)

| | | |
|---|---|---|
| Client Name: Dell Inc | Work Capacity Level: No Current Work Capacity | IHD Consent Effective: N/A |
| Claim Status: Closed | Claim Owner: LEE, SHAWNDRA | OP Balance: N/A |
| Date of Birth: REDACTED | Age: 52 | Gender: Male |
| Contract Situs: TX | Tier: Tier 3 | Estimated RTW: |
| Preferred Contact#: REDACTED Phone (Mobile) | End Of Benefit(EOB): 10/31/2028 | Disability Date: 10/09/2013 | Age at DCI: 50 |

Current Analytics: **6 Month Duration** 3 **12 Month Duration** 4 **18 Month Duration** 5 **24+ Month Duration** 7 | Providers | Benefit Engine | PeopleSoft | Rehab Vendors

| Alerts | Contacts | Summary & Action Plan | **Medical** | Vocational | Financial |

## ▲ Most Recent Claim Information

| Primary ICD Code Type | Primary ICD Code | Primary ICD Code Description | Primary ICD Code Effective Date |
|---|---|---|---|
| ICD9 | 782.0 | DISTURBANCE OF SKIN SENSATION | 07/14/2014 |

| | | | |
|---|---|---|---|
| BHU Review (Not Available) | Clinical Review (05/06/2014) | Medical Authorization Form (02/24/2015) | Peer Review (04/13/2015) | Physician Review (Not Available) |

☑ Clinical Trigger

Additional ICD Information    Procedure Information    ICD History

| CPT Code | CPT Description | MDA | Procedure Date |
|---|---|---|---|
| 29827 | ARTHROSCOPY, SHOULDER, SURGICAL; W/ROTATOR CUFF REPAIR | | 10/11/2013 |
| 29826 | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMPRESSION, SUBACROMIAL SPACE W/PARTIAL ACROMIOPLASTY | | 10/11/2013 |
| 29822 | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | 10/11/2013 |
| 23420 | RECONSTRUCTION, COMPLETE SHOULDER (ROTATOR) CUFF AVULSION, CHRONIC (INCLUDES ACROMIOPLASTY) | | 01/31/2014 |
| 29822 | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, LIMITED | | 01/31/2014 |

Manage Notes:    ADD NEW

## Medical Notes History

Expand All Details                                                     Show 10 ▾ Notes

No History found

# Central Note System - DAVIS, ARTHUR C

(Less Info)

| | | |
|---|---|---|
| Client Name: Dell Inc | Work Capacity Level: No Current Work Capacity | IHD Consent Effective: N/A |
| Claim Status: Closed | Claim Owner: LEE, SHAWNDRA | OP Balance: N/A |
| Date of Birth: REDACTED | Age: 52 | Gender: Male |
| Contract Situs: TX | Tier: Tier 3 | Estimated RTW: |
| Preferred Contact: REDACTED Phone (Mobile) | End Of Benefit(EOB): 10/31/2028 | Disability Date: 10/09/2013 |

Age at DCI: 50

Current Analytics: 6 Month Duration 3  12 Month Duration 4  18 Month Duration 5  24+ Month Duration 7

Providers | Benefit Engine | PeopleSoft | Rehab Vendors

**Alerts** | **Contacts** | **Summary & Action Plan** | **Medical** | **Vocational** | **Financial**

▲ Most Recent Claim Information

| Primary ICD Code Type | Primary ICD Code | Primary ICD Code Description | Primary ICD Code Effective Date |
|---|---|---|---|
| ICD9 | 782.0 | DISTURBANCE OF SKIN SENSATION | 07/14/2014 |

| BHU Review (Not Available) | Clinical Review (05/06/2014) | Medical Authorization Form (02/24/2015) | Peer Review (04/13/2015) | Physician Review (Not Available) |
|---|---|---|---|---|

☑ Clinical Trigger

Additional ICD Information   Procedure Information   ICD History

| ICD Code Type | ICD Code | ICD Description | Effective Date |
|---|---|---|---|
| ICD9 | 840.4 | ROTATOR CUFF (CAPSULE) SPRAIN | 10/09/2013 |

Manage Notes:   ADD NEW

Medical Notes History

Expand All Details

Show 10 Notes

No History found

# Central Note System - DAVIS, ARTHUR C

(Less Info)

| | | |
|---|---|---|
| Client Name: Dell Inc | Work Capacity Level: No Current Work Capacity | IHD Consent Effective: N/A |
| Claim Status: Closed | Claim Owner: LEE, SHAWNDRA | OP Balance: N/A |
| Date of Birth: REDACTED | Age: 52 | Gender: Male |
| Contract Situs: TX | Tier: Tier 3 | Estimated RTW: |
| Preferred Contact#: REDACTED | Phone (Mobile) End Of Benefit(EOB): 10/31/2028 | Disability Date: 10/09/2013 |

Age at DCI: 50

**Current Analytics:** | 6 Month Duration | 3 | 12 Month Duration | 4 | 18 Month Duration | 5 | 24+ Month Duration | 7 |

Providers | Benefit Engine | PeopleSoft | Rehab Vendors

---

**Alerts** | **Contacts** | **Summary & Action Plan** | **Medical** | **Vocational** | **Financial**

## ▲ Most Recent Claim Information

| Own/Any Occ. Definition | Transition Status | SS Status | Transition Date |
|---|---|---|---|
| Own Occ w/Any Employer | Pending | Pending | 04/07/2016 |

| | | | | |
|---|---|---|---|---|
| Appeal Determination (04/13/2015) | Determination (01/12/2015) | IHD Referral (Not Available) | Initial Assessment (02/18/2014) | Intake Script (02/05/2014) |
| LTD Claimant Interview (11/06/2014) | Review (Not Available) | | | |
| Triage (02/27/2014) | | | | |

## ▲ Most Recent Summary & Action Plan

| Most Recent Summary | | | | Most Recent Action Plan | | |
|---|---|---|---|---|---|---|
| Last Update Date | Creator | Title | | Last Update Date | Creator | Title |
| 4/13/2015 7:10:24 PM | CHARLAI LANG | Disability Appeals Specialist | | 1/12/2015 11:36:36 AM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST |

Topic: Appeal Determination , Appeal Decision : Upheld

[NO DATA AVAILABLE FOR IMPORT]

Topic: LTD Disability Determination , Disability Determination : Terminate

TERM BENEFITS AS OF 1/08/2015 DUE TO INSUFFICIENT MEDICAL INFORMATION TO SUPPORT CLAIM FORWARD TO STS FOR SIGN OFF ON TERM. INFORMEE OF CLAIM STATUS

---

**Manage Notes:** | ADD NEW |

## Summary & Action Plan Notes History

| Expand All Details |

Note Type Filter None | Show All Notes

| Note Type | Last Update Date | Creator | Title | Task |
|---|---|---|---|---|
| ▼ Summary | 1/12/2015 11:36:36 AM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | LTD Disability Determination |
| Topic: LTD Disability Determination , Disability Determination : Terminate | | | | |
| ▼ Action Plan | 11/6/2014 1:20:29 PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | LTD Claimant Interview |
| Topic: LTD Claimant Interview | | | | |
| ▼ Summary | 5/7/2014 1:17:14 PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | LTD Disability Determination |

**Topic:**     LTD Disability Determination , Disability Determination : Approved

| ▼ Action Plan | 5/7/2014 1:17:14 PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | LTD Disability Determination |
|---|---|---|---|---|

**Topic:**     LTD Disability Determination , Disability Determination : Approved

| ▼ Summary | 2/27/2014 9:43:19 AM | CAROLE BISHOP | UM Nurse Consultant | LTD Triage Review |
|---|---|---|---|---|

**Topic:**     LTD Triage Review

| ▼ Action Plan | 2/27/2014 9:43:19 AM | CAROLE BISHOP | UM Nurse Consultant | LTD Triage Review |
|---|---|---|---|---|

**Topic:**     LTD Triage Review

| ▼ Summary | 2/18/2014 2:25:49 PM | MARIBEL AMOR | Senior LTD Claim Analyst | LTD Initial Assessment |
|---|---|---|---|---|

**Topic:**     LTD Initial Assessment

| ▼ Action Plan | 2/18/2014 2:25:49 PM | MARIBEL AMOR | Senior LTD Claim Analyst | LTD Initial Assessment |
|---|---|---|---|---|

**Topic:**     LTD Initial Assessment

## Summary & Action Plan Notes History

### Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | TASK |
|---|---|---|---|---|
| Summary | 04/13/2015  7:10:24PM | CHARLAI LANG | Disability Appeals Specialist | Appeal Determination |

Topic: Appeal Determination , Appeal Decision : Upheld
[NO DATA AVAILABLE FOR IMPORT]

| Summary | 01/12/2015 11:36:36AM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | LTD Disability Determination |
|---|---|---|---|---|

Topic: LTD Disability Determination , Disability Determination : Terminate
FDA:10/9/2013 LTD: 4/7/2014 EE CO-MORBIDS: Diabetes, HTN, GERD EE IS A 51Y/OF male INSIDE SALES ACCT MGMT III, WHO WENT ON LEAVE AS OF 10/09/2013 DUE TO DX OF ROTATOR CUFF REPAIR. Rotator Cuff Repairs on 10/11/2013 & 1/31/14. Job Requirements: EE IS REQUIRED TO SIT THE MAJORITY OF HIS WORK DAY, NO LIFTING IS REQUIRED. EE IS REQUIRED TO HAVE THE ABILITY TO FOLLOW DIRECTIONS AND ROUTINES, PLAN AND ORGANIZE, AND ANALYZE DATA. MEDICAL INFORMATION FROM DR. PAUL BUECHEL ON 12/23/2014 INFORMED THAT EE C/O LOW BACK PAIN. HOWEVER THERE WERE NO EXAM FINDINGS THAT WOULD SUPPORT IMPAIRMENT FROM EE OWN SEDENTARY OCCUPATION. AT THIS TIME LTD CLAIM WILL BE TERMED DUE TO INSUFFICIENT MEDICAL INFORMATION.

| Action Plan | 01/12/2015 11:36:36AM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | LTD Disability Determination |
|---|---|---|---|---|

Topic: LTD Disability Determination , Disability Determination : Terminate
TERM BENEFITS AS OF 1/08/2015 DUE TO INSUFFICIENT MEDICAL INFORMATION TO SUPPORT CLAIM FORWARD TO STS FOR SIGN OFF ON TERM. INFORMEE OF CLAIM STATUS

| Action Plan | 11/06/2014  1:20:29PM | SHAWNDRA LEE | LTD BENEFIT MANAGER | LTD Claimant Interview |
|---|---|---|---|---|

Topic: LTD Claimant Interview
DBM will request medicals from treating providers DBM will update LTD action plan

| Summary | 05/07/2014  1:17:14PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | LTD Disability Determination |
|---|---|---|---|---|

Topic: LTD Disability Determination , Disability Determination : Approved
FDA:10/9/2013 LTD: 4/7/2014 EE CO-MORBIDS: Diabetes, HTN, GERD EE IS A 50YOF INSIDE SALES ACCT MGMT WHO WENT ON LEAVE DUE TO DX OF ROTATOR CUFF REPAIR. JOB REQUIREMENTS: SEDPDL;Lift/carry/push/pull: up to 10 lbs occasionally FUNCTIONALITY:Rotator Cuff Repairs on 10/11/2013 & 1/31/14 ** OV 2/11/2014: EE had sutures removed, continue sling work on pendulum exercises & passive ROM in therapy - NOV 3/11/2014 ** 3/6/14 notes height 6 foot and weight 243 lbs.EE was seen this date for a complete physical.Review of exam reveals a well developed male in no acute distress, EE is obese and all the exam findings are normal, including gait & station, muscle strength/tone are normal. EE to f/u with this provider in 1 year & are far as back pain it 'is persistent & definately disrupting patients life, will refer to SJP for further eval & treatment. Continue PT as it is helping. ** Peer review dated 4/20/14 notes restrictions would be appropriate of sitting, 30 minutes at a time up to 5 1/2 hours per day w/ opportunity to stand, stretch, and/or shift positions every 15 minutes for 2 minutes at one time. Stand/walk: 30 minutes at a time up to 5 1/2 hours per day combined. Lift/carry/push/pull: up to 10 lbs occasionally.Reach overhead or above desk level: Never Reach at desk level: Frequently Use of hands to type, hold, grasp, fasten, grip while seated: Unrestriced. Peer notes these restrictions are appropriate from 3/21/14-5/31/14. ** 5/7/2014 -DBM confirmed with Dr. Renfro's office, ee had atrophy left knee sx 4/18/14, and a f/u visit 4/26/2014.

| Action Plan | 05/07/2014  1:17:14PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST | LTD Disability Determination |
|---|---|---|---|---|

Topic: LTD Disability Determination , Disability Determination : Approved
STS approving LTD benefits, due to 4/18/2014 sx ee does not have the functional capacity to perform the core elements of his owc occupation as a Inside Sales Acct Mgmt which requires Lift/carry/push/pull: up to 10 lbs occasionally **** require actual sx notes continue to conduct on-going tpc

| Summary | 02/27/2014  9:43:19AM | CAROLE BISHOP | UM Nurse Consultant | LTD Triage Review |
|---|---|---|---|---|

Topic: LTD Triage Review
2/27/14 LTD SNR Triage Review, CJB, RN - STD EOB 4/6/14 - LTD start 4/7/14 - Terminated - Claimant is a 50 y.o.m. Job title is INSIDE SALES ACCOUNT MGMT III, reported as Sedentary. JD in STD claim reports the claimant sits 8 hrs of his 8 hr shift/day, no lifting, reaching, pulling, pushing or over head work. Job entails telephone, computer, talking and hearing work. - DOH: 5/22/06 - Dx's: Massive Bilateral RTC Tears. Claimant underwent 10/11/13: 1. Extensive debridement of left rotator cuff, bursa and labrum. 2. Biceps tenodesis. 3. Open RTC repair including decompression. On 1/31/14 the claimant underwent: 1. Extensive debridement of right labrum and RTC. 2. Subacromial bursa debridement and subacromial decompression. 3. Excision of distal clavicle, separate compartment. 4. Open RTC repair. - Most recent exam findings submitted, is Orthopedic Surgeon, Dr. Renfro's exam dated 2/11/14 and reports, "F/U of his righr shoulder surgery. Wounds look good. We discussed massive tear with him. He is to work on pendulum exercises and PROM exercises and we will see him back in 1 month. - MD also reported PMH of: Asthma; DDD Lumbar; HTN; Sciatica; Sprain/Strain, Lumbar; Medial meniscus tear 1/28/14; and S/P Left Knee surgery in 2004. - Rec'd PT eval dated 1/20/14 for Dx's of Lumbago and Difficulty in walking. Eval reported the claimant has LBP impacting his ADL's, working, sitting and sleeping. Was unable to assess joint mobility on 1/20/14 secondary to muscle guarding. ROM of spine on 1/20/14 was at 50% on extension; and 75% on flexion with increased pain and left and right side bending. Palpation of lumbosacral region musculature on left and right revealed severe spasms and pain. Claimant was only able to sit for 1 minute before position change required secondary to pain. - Lastest PT progress note reports the claimant can now sit for 8 minutes before position change required due to pain; Mild spasms and pain along lumbosacral musculature; ROM of lumbar spine is 100%.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 320 of 1151 PageID #: 3364

## Summary & Action Plan Notes History

### Subject Filter : ALL

| SUBJECT | LAST UPDATE DATE | CREATOR | TITLE | TASK |
|---|---|---|---|---|
| Action Plan | 02/27/2014   9:43:19AM | CAROLE BISHOP | UM Nurse Consultant | LTD Triage Review |

Topic: LTD Triage Review

LTD DBM Directives: 1. Claim requires Dr. Renfro's March 2014 exam findings. Per LOV on 2/11/14, will be in 4 weeks. 2. DBM has already requested Dr. Cote's exam findings, test results and treatment plan, regarding the claimant's back pain. 3. Claimant reports back pain from an MVA. MVA was not reported during the PT 1/20/14 eval. Is there subrogation? 4. In the future, claimant may require a VRC referral as this EE's job tasks are reported as a PDL of sedentary, and does require prolonged sitting. VRC could evaluate for the appropriateness of an adjustable height workstation, to allow the claimant to change from sitting to standing position as needed, to facilitate RTW. 5. Please request PT's most recent progress note in mid 3/14, for both the shoulders and back. 6. Please alert this SNR once Dr. Renfro's and Dr. Cote's exam findings are rece'd. 7. Please image the JD from STD into LTD claim.

| Summary | 02/18/2014   2:25:49PM | MARIBEL AMOR | Senior LTD Claim Analyst | LTD Initial Assessment |
|---|---|---|---|---|

Topic: LTD Initial Assessment

Claim received: 02/05/2014 LTD determination date: 04/07/2014 IHD: No ROI: NO EOB: 07/31/2018 Fiduciary/ERISA: ERISA PLAN Control/Plan: 620245 0476626 033 00001 DD 004 Eligibility: Policy effective: 1/1/09 Minimum # of hrs: 25 Probationary period: First day after 30 days of employment. Contributory: Contributory Pre or post tax: post-tax Elimination period: 180 days Date of hire: 05/22/2006. Info will be verified once paycheck rcvd Mandatory Rehab: Yes MRBE (source) = Claimant's monthly pre-disability earnings: To be verified Benefit Amount = Actual benefit amount: to be verified. Offsets/FSS/PSS = None at this time FIT/SIT = benefit is taxable Deductions: None at this time ISO = No needed at this time SSD = New case, DBM will advise clmt of ALLSUP services. Claimant's end of STD benefit: 04/05/2014 Benefit percentage/amount: 60% of monthly pre-disability earnings. Max/min benefit: minimum monthly benefit of $100.00 or 10% of gross monthly benefit level which ever is greater; maximum monthly benefit is $10,000 Test change/transition: 24 months Forms received to date: none

| Action Plan | 02/18/2014   2:25:49PM | MARIBEL AMOR | Senior LTD Claim Analyst | LTD Initial Assessment |
|---|---|---|---|---|

Topic: LTD Initial Assessment

I am currently waiting for eligibility confirmation from Dell.

# Central Note System - DAVIS, ARTHUR C

View 9452367 (LTD) Closed



(Less Info)

Client Name: Dell Inc    Work Capacity Level: No Current Work Capacity    IHD Consent Effective: N/A

Claim Status: Closed    Claim Owner: LEE, SHAWNDRA    OP Balance: N/A

Date of Birth: REDACTED    Age: 52    Gender: Male

Contract Situs: TX    Tier: Tier 3    Estimated RTW:

Preferred Contact#: REDACTED   Phone (Mobile)   End Of Benefit(EOB): 10/31/2028    Disability Date: 10/09/2013      Age at DCI: 50

Current Analytics: | 6 Month Duration | 3 | 12 Month Duration | 4 | 18 Month Duration | 5 | 24+ Month Duration | 7 | Providers | Benefit Engine | PeopleSoft | Rehab Vendors |

**Alerts**   **Contacts**   **Summary & Action Plan**   **Medical**   **Vocational**   **Financial**

## ▲ Most Recent Claim Information

| Mandatory Rehab | Job Title | Occupation | Occupation Physical Demand Level |
|---|---|---|---|
| Mandatory | INSIDE SALES ACCOUNT MGMT III | | |

| | | | | | |
|---|---|---|---|---|---|
| Initial Vocational Rehab Review (Not Available) | Job Description (01/09/2015) | Occupation Analysis (Not Available) | Rehab Occ Skills Assessment (Not Available) | Rehab TSA/LM Review (Not Available) | Rehab Transition Review (Not Available) | Rehab Voc Assessment (Not Available) |
| Rehabilitation Program (Not Available) | Work History/Education (02/20/2014) | | | | |

Manage Notes:   ADD NEW

## Vocational Notes History

Expand All Details     Show All Notes

| Last Update Date | Creator | Title |
|---|---|---|
| ▼ 11/6/2014 1:20:29 PM | SHAWNDRA LEE | LTD BENEFIT MANAGER |
| Topic: Early Any Occupation Assessment | | |
| 8/15/2014 1:01:06 PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST |
| Topic: Early Any Occupation Assessment | | |
| ▼ 2/18/2014 2:25:49 PM | MARIBEL AMOR | Senior LTD Claim Analyst |
| Topic: Early Any Occupation Assessment | | |
| ▼ 2/14/2014 2:18:46 PM | MARIBEL AMOR | Senior LTD Claim Analyst |
| Topic: Early Any Occupation Assessment | | |

# Central Note System - View All Report

**Company : Dell Inc**
**Employee Name : DAVIS, ARTHUR**
**Employee ID : 157406572**

## Vocational Notes History

| LAST UPDATE DATE | CREATOR | TITLE |
| --- | --- | --- |
| 11/06/2014   1:20:29PM | SHAWNDRA LEE | LTD BENEFIT MANAGER |

Topic: Early Any Occupation Assessment
*

| LAST UPDATE DATE | CREATOR | TITLE |
| --- | --- | --- |
| 08/15/2014   1:01:06PM | WANDA GREENE-CELESTINE | SENIOR TECHNICAL SPECIALIST |

Topic: Early Any Occupation Assessment
n/a

| LAST UPDATE DATE | CREATOR | TITLE |
| --- | --- | --- |
| 02/18/2014   2:25:49PM | MARIBEL AMOR | Senior LTD Claim Analyst |

Topic: Early Any Occupation Assessment
Will depend on the results of treatment (PT, SP surgery, and medication)

| LAST UPDATE DATE | CREATOR | TITLE |
| --- | --- | --- |
| 02/14/2014   2:18:46PM | MARIBEL AMOR | Senior LTD Claim Analyst |

Topic: Early Any Occupation Assessment
I need the progress notes to assess.

# Benefit Payments

**Client Name:** Dell     **Last Name:** DAVIS     **First Name:** ARTHUR     **Middle initial:** C     **Employee SSN:** XXX-XX-▮▮▮▮
**Employee ID:** XXX-XX-▮▮▮▮     **Claim ID:** 9452367     **Product:** LTD     **Work Status:** Not At Work

## Benefit Information:

**Payment Method:**CHECK    **Benefit Schedule:**MONTHLY    **Payroll Days:**30ACTUAL    **Payroll Start Date:**SUNDAY    **Payroll End Date:**SATURDAY    **Allsource:**0.0000 %    **Backdoor:**0.0000 %

| Benefit Salary | Payroll Days | Benefit % | From | Through | From | Through | Duration To Age | Minimum Benefit | Maximum Benefit |
|---|---|---|---|---|---|---|---|---|---|
| $5,284.3442 | 30ACTUAL | 60.0000 % | 0 earnings | 999999 earnings | | | 65 | Greater Of $100.0000 or 10% of Gross After Max | $10,000.0000 |

## Benefit Payments History:    Paging: ☑

**Payment Status Filter:**

☐ Payments (Lumped/Paid/Reversed)      ☐ Other (Cancelled/Rejected/RevCncl/RevRqst)

☐ Pending Payments (Approved/Ded>Net/In Error/In Process/Negative/Pending/Suspended)    ☐ Show only Benefit Engine Payments (Underpayment, Disability Survivor Benefit, Accelerated Disability Survivor Benefit)

| Filter Payments | Clear Filter |
|---|---|

| Details | Approve All ☐ | Status | Locked | Status Date | Ben Eng Pmt | Check Date | Check # | EFT | Payment From | Payment Through | Period Gross Benefit | Net Benefit After Offsets | Net Benefit After Offsets & Ovrpmnts | Net Pay | Immediate Payment Flag | Internal Note | Cashed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 04/01/2016 | 04/06/2016 | | | $634.1200 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 03/01/2016 | 03/31/2016 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 02/01/2016 | 02/29/2016 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 01/01/2016 | 01/31/2016 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 12/01/2015 | 12/31/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 11/01/2015 | 11/30/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 10/01/2015 | 10/31/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 09/01/2015 | 09/30/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 08/01/2015 | 08/31/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 07/01/2015 | 07/31/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 06/01/2015 | 06/30/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 05/01/2015 | 05/31/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 04/01/2015 | 04/30/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 03/01/2015 | 03/31/2015 | | | $3,170.6100 | | | | |
| Details | ☐ | Cancelled | | 01/12/2015 12:03 PM | | | | | 02/01/2015 | 02/28/2015 | | | $3,170.6100 | | | | |

1 2

**Offsets:**

| Effective Date | End Date | Offset Description | Offset Type | Amount ($) | Frequency | Lump Sum ($) |
|---|---|---|---|---|---|---|

**Deductions:**

| Effective Date | End Date | Deduction Description | Deduction Type | Tax Type | Amount ($) | Frequency | Disallow | Payee |
|---|---|---|---|---|---|---|---|---|

Submit      Cancel

Create Payment    Underpayment

# Benefit Payments

**Client Name:** Dell     **Last Name:** DAVIS     **First Name:** ARTHUR     **Middle initial:** C     **Employee SSN:** XXX-XX-█████

**Employee ID:** XXX-XX-█████     **Claim ID:** 9452367     **Product:** LTD     **Work Status:** Not At Work

## Benefit Information:

**Payment Method:** CHECK    **Benefit Schedule:** MONTHLY    **Payroll Days:** 30ACTUAL    **Payroll Start Date:** SUNDAY    **Payroll End Date:** SATURDAY    **Allsource:** 0.0000 %    **Backdoor:** 0.0000 %

| Benefit Salary | Payroll Days | Benefit % | From | Through | From | Through | Duration To Age | Minimum Benefit | Maximum Benefit |
|---|---|---|---|---|---|---|---|---|---|
| $5,284.3442 | 30ACTUAL | 60.0000 % | 0 earnings | 999999 earnings | | | 65 | Greater Of $100.0000 or 10% of Gross After Max | $10,000.0000 |

## Benefit Payments History:   Paging: ☑

**Payment Status Filter:**

☐ Payments (Lumped/Paid/Reversed)      ☐ Other (Cancelled/Rejected/RevCncl/RevRqst)

☐ Pending Payments (Approved/Ded>Net/In Error/In Process/Negative/Pending/Suspended)    ☐ Show only Benefit Engine Payments (Underpayment, Disability Survivor Benefit, Accelerated Disability Survivor Benefit)

Filter Payments    Clear Filter

| Details | Approve All | Status | Locked | Status Date | Ben Eng Pmt | Check Date | Check # | EFT | Payment From | Payment Through | Period Gross Benefit | Net Benefit After Offsets | Net Benefit After Offsets & Ovrpmnts | Net Pay | Immediate Payment Flag | Internal Note | Cashed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Details | ☑ | Paid | | 01/13/2015 02:58 PM | | 1/15/2015 | 8247561 | ☑ | 01/01/2015 | 01/11/2015 | $1,162.5600 | $1,162.5600 | $1,162.5600 | $1,162.56 | ☑ | [01/12/2015 02:48 PM] WANDA GREENECELESTINE The Benefit Level Authority Review has been completed and payment approved. (Hover for More) | Y |
| Details | ☑ | Paid | | 12/17/2014 04:40 PM | | 12/19/2014 | 8222821 | ☑ | 12/01/2014 | 12/31/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | Y |
| Details | ☑ | Paid | | 11/19/2014 07:15 PM | | 11/21/2014 | 8189768 | ☑ | 11/01/2014 | 11/30/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | Y |
| Details | ☑ | Paid | | 10/17/2014 03:35 PM | | 10/21/2014 | 8153794 | ☑ | 10/01/2014 | 10/31/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | Y |
| Details | ☑ | Paid | | 09/17/2014 03:35 PM | | 9/19/2014 | 8119332 | ☑ | 09/01/2014 | 09/30/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | Y |
| Details | ☑ | Paid | | 08/19/2014 02:32 PM | | 8/21/2014 | 8085553 | ☑ | 08/01/2014 | 08/31/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | Y |
| Details | ☑ | Paid | | 07/16/2014 05:51 PM | | 7/21/2014 | 8050808 | ☑ | 07/01/2014 | 07/31/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | Y |
| Details | ☑ | Paid | | 06/18/2014 06:37 PM | | 6/20/2014 | 8019260 | ☑ | 06/01/2014 | 06/30/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | Y |
| Details | ☑ | Paid | | 05/19/2014 03:10 PM | | 5/21/2014 | 7986422 | ☑ | 05/01/2014 | 05/31/2014 | $3,170.6100 | $3,170.6100 | $3,170.6100 | $3,170.61 | | | N |
| Details | ☑ | Paid | | 05/08/2014 03:21 PM | | 5/12/2014 | 7973646 | ☑ | 04/07/2014 | 04/30/2014 | $2,536.4900 | $2,536.4900 | $2,536.4900 | $2,536.49 | ☑ | | N |

1 2

## Offsets:

| Effective Date | End Date | Offset Description | Offset Type | Amount ($) | Frequency | Lump Sum ($) |
| --- | --- | --- | --- | --- | --- | --- |

## Deductions:

| Effective Date | End Date | Deduction Description | Deduction Type | Tax Type | Amount ($) | Frequency | Disallow | Payee |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Submit     Cancel

Create Payment     Underpayment

AR 000327



K. Cody Allison, Esq.
501 Union Street, Suite 502
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

May 27, 2015

**CERTIFIED MAIL # 7014 2870 0001 1250 0884**
**RETURN RECEIPT REQUESTED and**
**Via Fax: (855) 733-1262**

Ms. Charlai Lang
c/o Aetna Life Insurance Co.
P.O. Box 14578
Lexington, KY 40512-4578

     Re:    Our Client:    Arthur Davis
             Claim No.:    9452367

Dear Ms. Lang:

    My office has been retained to represent Mr. Arthur Davis regarding the denial of his long-term disability benefits.

    I sent you two letters on April 28, 2015 and to date, I have not received a response back regarding the documents I have requested as well as opening up Mr. Davis' appeal so our office may file an appropriate appeal on his behalf.

    My paralegal, Barb Krautheim, left you a voice mail message today regarding our representation of Mr. Davis as well as requesting a response from you regarding our April 28, 2015 letters to your attention.

    Upon receipt of this letter, please advise as to when my office can expect to receive the requested documents as well as a decision to open his appeal.

    I look forward to hearing from you.

                 With kind regards,

                 CODY ALLISON & ASSOCIATES

                 *Cody Allison w/permission*
                           *Barb Krautheim*
                 By: K. Cody Allison

KCA/bk
cc: Mr. Arthur Davis

0001150002

Cody Allison & Associates, PLLC
501 Union Street, Suite 502
Nashville, TN 37219

**CERTIFIED MAIL**

7014 2670 0001 1250 0884

405128457B



U.S. POSTAGE PAID
NASHVILLE, TN
MAY 32719 15
AMOUNT
$6.49
00091687-07

1000

40512

Ms. Charlai Lang
c/o Aetna Life Insurance Co.
P.O. Box 14578
Lexington, KY 40512-4578

40512

0601150002

DCN: 150601122144 PAGE: 003 SEQUENCE: 0620150002

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

Claim # 9452367

Corr Outgoing

FOLD HERE



1 OF 1

0.8 LBS    LTR

STEPHEN DEKORBER
207/791-7625
AETNA
175 RUNNING HILL ROAD, SUITE 3
SOUTH PORTLAND ME 04106

SHIP TO:
K CODY ALLISON
CODY ALLISON & ASSOCIATES
501 UNION ST. STE 502
NASHVILLE TN 37219

TN 371 9-02

UPS 2ND DAY AIR    2
TRACKING #: 1Z 1E7 5E3 02 9032 7387

BILLING: P/P

Reference # 1: 11690

# - Fax Transmission

**To:**   Ms. Charlai Lang c/o Aetna        **From:**   Nikki Redding

**Fax:**   18557331262                      **Date:**   5/27/2015

**RE:**   Arthur Davis                      **Pages:**  2

---

**Comments:**

Nikki Redding, Paralegal
Cody Allison & Associates, PLLC
501 Union St., Suite 502
Nashville, TN 37219
Voice: (615) 234-6000
Fax: (615) 727-0175
nikki@codyallison.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE ENCLOSED INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE CONTACT NIKKI REDDING IMMEDIATELY.



K. Cody Allison, Esq.

501 Union Street, Suite 502
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

May 27, 2015

**CERTIFIED MAIL # 7014 2870 0001 1250 0884**
**RETURN RECEIPT REQUESTED and**
**Via Fax: (855) 733-1262**

Ms. Charlai Lang
c/o Aetna Life Insurance Co.
P.O. Box 14578
Lexington, KY 40512-4578

Re:   Our Client:   Arthur Davis
      Claim No.:    9452367

Dear Ms. Lang:

My office has been retained to represent Mr. Arthur Davis regarding the denial of his long-term disability benefits.

I sent you two letters on April 28, 2015 and to date, I have not received a response back regarding the documents I have requested as well as opening up Mr. Davis' appeal so our office may file an appropriate appeal on his behalf.

My paralegal, Barb Krautheim, left you a voice mail message today regarding our representation of Mr. Davis as well as requesting a response from you regarding our April 28, 2015 letters to your attention.

Upon receipt of this letter, please advise as to when my office can expect to receive the requested documents as well as a decision to open his appeal.

I look forward to hearing from you.

With kind regards,

CODY ALLISON & ASSOCIATES

*Cody Allison w/permission*
*Barb Krautheim*

By: K. Cody Allison

KCA/bk
cc: Mr. Arthur Davis

## CODY ALLISON & ASSOCIATES

K. Cody Allison, Esq.
501 Union Street, Suite 502
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

April 28, 2015

**CERTIFIED MAIL # 7014 1200 0000 6135 1971**
**RETURN RECEIPT REQUESTED**

**VIA FACSIMILE: (855) 733-1262**
Ms. Charlai Lang
c/o Aetna Life Insurance Co.
P.O. Box 14578
Lexington, KY 40512-4578

     Re:  My Client:  Arthur Davis
           Claim No.:  9452367

Dear Ms. Lang:

This firm represents Arthur Davis regarding his denial of his long-term disability benefits through Aetna Life Insurance Company.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents regarding my client's physical and mental condition, including, but not limited to, all physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been, or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been, or will be reviewed by any vocational professional at the carrier or

0430150003

administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions please let me know.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison, Esq.

KCA/vnr
Enclosure
cc: Mr. Arthur Davis

0430150003

<u>**Authorization**</u>

I, <u>**Arthur Davis,**</u> hereby authorize and direct Aetna to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to <u>**Cody Allison & Associates, PLLC and Arthur Davis**</u> to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to <u>**Arthur Davis**</u>. I expressly revoke authorization to use prior provided accounts for payments of benefits.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
The Union Building
501 Union Street, Suite 502
Nashville, Tennessee 37219

4/24/15
**Date**

_(signature)_
**Arthur Davis**

0430150003

## AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO
## ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE

**TO:**      **Aetna**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, 501 Union Street, Suite # 502, The Union Building, Nashville, TN 37219, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked; and the request made herein shall be deemed continuing.

Date: **4/24/15**          _Attn C.A.G_
                          **CLIENT**

                          REDACTED
                          **SOCIAL SECURITY NUMBER**

                          REDACTED
                          **DATE OF BIRTH**

29 U.S.C. § 1132I(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

0430150003

# AUTHORIZATION TO COMMUNICATE WITH
## CODY ALLISON & ASSOCIATES, PLLC

I, **Arthur Davis**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
501 Union Street, Suite # 502
The Union Building
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

_____
**CLIENT'S SIGNATURE**

4/24/15
_____
**DATE**

Arthur Davis_____
**CLIENT'S PRINTED/TYPED NAME**

REDACTED
**SOCIAL SECURITY NUMBER**

0430150003

DCN: 150430056391 PAGE: 009 SEQUENCE: 0420150003

Cody Allison & Associates, PLLC
501 Union Street, Suite 502
Nashville, TN 37219

CERTIFIED MAIL™

7014 1200 0000 6135 1971

Ms. Charlai Lang
c/o Aetna Life Insurance Co.
P.O. Box 14578
Lexington, KY 40512-4578

4051234578 8050

U.S. POSTAGE
PAID
NASHVILLE, TN
APR 03 '15
AMOUNT
$7.19
0009168 7-14

1000

4051 2

0430150003

DCN: 150430056391 PAGE: 011 SEQUENCE: 0420150003

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

9452367

*Outgoing*    *28 April 2015*

1 OF 1

1 LBS

COLLEEN SPEARS
AETNA
151 FARMINGTON AVE
HARTFORD CT 06156-0001

**SHIP TO:**
ARTHUR C DAVIS JR
1147 WRIGHTS MILL ROAD
**SPRING HILL  TN 37174-2798**

TN 384 1-01

2

**UPS 2ND DAY AIR**
TRACKING #: 1Z 1E7 5F3 02 9864 5260

BILLING: P/P

Reference # 1: 11640

WNTE86 6X.0A 04/2015

CS 17.1.85

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 339 of 1151 PageID #: 3983

# CLAIM REVIEW CHECK

CLAIM #  8893435 / 9452367

NAME:   ARTHUR DAVIS

CERTIFICATE   YES    SOB  YES     COVER LETTER  YES

GR-9 (29)

FIRST REVIEW/DATE              COLLEEN    28 April 2015

SECOND REVIEW/DATE            ROBYN     28 April 2015

GOING TO:           *use address*
ARTHUR DAVIS        *on appeals letter*
**REDACTED**
FRANKLIN, TN 37068

# YES

DELIVERY SIGNATURE  APPEALS GOING TO EMPLOYEE MUST BE
SIGNED FOR.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 340 of 1151 PageID #: 3484    AHD 003404

**Arthur C Davis Jr**

Spring Hill, TN 37174

April 8, 2014

Aetna Life Insurance Company
PO Box 14578
Lexington, KY 40512-4578
Charlai Lang
Senior LTD Benefit Manager

Dear Ms. Lang:

I am writing to request a copy of my Aetna Disability file. If it is not possible to receive a copy of my entire file I would like all

Peer Review notes, medical notes and Approval, Termination notes. If you have any questions please contact me at



Sincerely,

Arthur C Davis Jr.

## Spears, Barbara Colleen

| | |
|---|---|
| **From:** | Lang, Charlai J |
| **Sent:** | Tuesday, April 28, 2015 10:49 AM |
| **To:** | Mailme |
| **Subject:** | RE: Request for copy of medical file |

Yes please send the information to this address, the other address of record is a PO BOX

**From:** Mailme
**Sent:** Tuesday, April 28, 2015 10:45 AM
**To:** Lang, Charlai J
**Subject:** RE: Request for copy of medical file

Charlai,
There is a letter in the claim that Mr. Davis sent in to get a copy of his file and he has the address on the letter as REDACTED
REDACTED   Spring Hill, TN 37174. Could you verify if this is a good address to send his claims to so I can send them UPS?
Thanks

Colleen Spears
Aetna Disability/MailMe
175 Running Hill Road
South Portland, Me 04106
207-791-0630
Spearsb2@aetna.com

**From:** Lang, Charlai J
**Sent:** Friday, April 24, 2015 12:04 PM
**To:** Mailme
**Subject:** Request for copy of medical file

Arthur Davis

Claim 8893435 and 9452367

Charlai Lang
LTD Appeals Specialist
Aetna Life Insurance Company
Phone: (860) 273-9346
Fax: 1-855-733-1262

1

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 342 of 1151 PageID #: 4386
APL 003436

## Spears, Barbara Colleen

| | |
|---|---|
| **From:** | Lang, Charlai J |
| **Sent:** | Friday, April 24, 2015 12:04 PM |
| **To:** | Mailme |
| **Subject:** | Request for copy of medical file |
| **Attachments:** | Davis 2.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | APPEALS |

Arthur Davis

Claim 8893435 and 9452367

Charlai Lang
LTD Appeals Specialist
Aetna Life Insurance Company
Phone: (860) 273-9346
Fax: 1-855-733-1262

1

DCN: 150428087027 PAGE: 009 SEQUENCE: SWF0428201503772001  TimeStamp: 04:09:00 pm EST



**PO Box 14560**
**Lexington, KY 40512-4560**

Phone: 800-354-1779
Fax: 1-866-667-1987

April 24, 2015

ARTHUR DAVIS

Franklin TN - 37068

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Arthur C Davis:

The Dell Inc Long-Term Disability (LTD) group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing to you regarding your Long-Term Disability (LTD) benefits provided by your employer, Dell Inc, under the above referenced plan.

Per your request, attached is a copy of your file.

If you have any questions, please call 800-354-1779.

Sincerely,

CHARLAI LANG
Disability Appeals Specialist
Aetna Life Insurance Company

# - Fax Transmission

**To:**   Ms. Charlai Lang                  **From:**   Nikki Redding, Paralegal

**Fax:**  18557331262                       **Date:**   4/28/2015

**RE:**   Arthur Davis                      **Pages:**  3

---

**Comments:**

Nikki Redding, Paralegal
Cody Allison & Associates, PLLC
501 Union St., Suite 502
Nashville, TN 37219
Voice: (615) 234-6000
Fax: (615) 727-0175
nikki@codyallison.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE ENCLOSED INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE CONTACT NIKKI REDDING IMMEDIATELY.



K. Cody Allison, Esq.
501 Union Street, Suite 502
Nashville, Tennessee 37219
T. (615) 234-6000
F. (615) 727-0175
cody@codyallison.com

April 28, 2015

**CERTIFIED MAIL # 7014 1200 0000 6135 1971**
**RETURN RECEIPT REQUESTED**

**VIA FACSIMILE: (855) 733-1262**
Ms. Charlai Lang
c/o Aetna Life Insurance Co.
P.O. Box 14578
Lexington, KY 40512-4578

> Re:  **My Client:  Arthur Davis**
>      **Claim No.:  9452367**

Dear Ms. Lang:

This firm represents Arthur Davis regarding his denial of his long-term disability benefits through Aetna Life Insurance Company.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents regarding my client's physical and mental condition, including, but not limited to, all physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been, or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been, or will be reviewed by any vocational professional at the carrier or

administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions please let me know.

                                        With kind regards,

                                        CODY ALLISON & ASSOCIATES, PLLC


                                        By: K. Cody Allison, Esq.

KCA/vnr
Enclosure
cc: Mr. Arthur Davis

# - Fax Transmission

**To:**    Aetna ATTN: Charlai Lang

**Fax:**   18557331262

**RE:**    Arthur Davis

**From:**    Nikki Redding, Paralegal

**Date:**    4/28/2015

**Pages:**   4

---

**Comments:**

Nikki Redding, Paralegal
Cody Allison & Associates, PLLC
501 Union St., Suite 502
Nashville, TN 37219
Voice: (615) 234-6000
Fax: (615) 727-0175
nikki@codyallison.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL
INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER
THE INTENDED RECIPIENT NOR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS
MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE,
COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE ENCLOSED
INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE
CONTACT NIKKI REDDING IMMEDIATELY.

---



K. Cody Allison, Esq.
501 Union Street, Suite 502
Nashville, Tennessee 37219
T: (615) 234-6000
F: (615) 727-0175
cody@codyallison.com

April 28, 2015

Via Fax: (855) 733-1262

Ms. Charlai Lang
c/o Aetna Life Insurance Co.
P.O. Box 14578
Lexington, KY 40512-4578

    Re:    Our Client:    Arthur Davis
           Claim No.:     9452367

Dear Ms. Lang:

    My office has been retained to represent Mr. Arthur Davis regarding the denial of his
long-term disability benefits.

    Mr. Davis has provided me with Aetna's denial letter dated April 24, 2015, at this time,
as Mr. Davis' 180 days from the original denial is still not upon us, I would request Aetna open
Mr. Davis' claim and allow my office to review his file and also submit additional information
for Aetna's review of his claim.

    Please advise if Aetna is willing to open the appeal and advise how long Mr. Davis has to
submit additional information.

    Enclosed you will find executed authorizations allowing my office to communicate as
well as receive documentation from Aetna regarding Mr. Davis' claim.

    I look forward to hearing from you.

                        With kind regards,

                        CODY ALLISON & ASSOCIATES

                        K. Cody Allison / with permission
                                                    BK
                        By: K. Cody Allison

KCA/bk
Enclosures
cc: Mr. Arthur Davis

## AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO
## ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE

**TO:**     **Aetna**

      **YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON &
ASSOCIATES,** as my attorney to represent me in connection with any and all claims on
my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term
disability benefits.

      **YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney,
**CODY ALLISON & ASSOCIATES,** 501 Union Street, Suite # 502, The Union
Building, Nashville, TN 37219, any coping service acting pursuant to this authorization,
any and all documents and other items relevant this claim including, but not limited to,
plan modifications, any and all documents contained in my personnel file and/or my
benefit claim file including, but not limited to, any and all medical records, including
admission notes, medical history sheets, test results, x-rays, and any and all other records
in your possession relating to my claim, inclusive of salary information and other
documents relating to offset of benefits/coordination of benefits with social security (if
this is a disability claim), as well as notes and comments made by claim reviewers.

      The undersigned releases you or anyone working on your behalf from any
privilege, right, or liability which you may have in said records.

      This authorization shall remain in effect from the date below until revoked: and
the request made herein shall be deemed continuing.

**Date:** _4/24/15_          _Cttn C Dcy_
                                  **CLIENT**

                                REDACTED
                                **SOCIAL SECURITY NUMBER**

                                REDACTED
                                **DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is
required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from
matters reasonably beyond the control of the administrator) by mailing the material requested to the last known
address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure
or refusal, and the court may in its discretion order such other relief as it deems proper.

## AUTHORIZATION TO COMMUNICATE WITH
## CODY ALLISON & ASSOCIATES, PLLC

I, **Arthur Davis**, hereby authorize any administrator, fiduciary, governmental

entity, insurance company, or other individual or company to communicate with my

attorney and representatives of my attorney.

### CODY ALLISON & ASSOCIATES, PLLC
501 Union Street, Suite # 502
The Union Building
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

_____        4/24/15
**CLIENT'S SIGNATURE**                   **DATE**

Arthur Davis
**CLIENT'S PRINTED/TYPED NAME**

REDACTED
**SOCIAL SECURITY NUMBER**

**Arthur C Davis Jr**

Spring Hill, TN 37174


April 8, 2014

Aetna Life Insurance Company
PO Box 14578
Lexington, KY 40512-4578
Charlai Lang
Senior LTD Benefit Manager


Dear Ms. Lang:

I am writing to request a copy of my Aetna Disability file. If it is not possible to receive a copy of my entire file I would like all

Peer Review notes, medical notes and Approval, Termination notes. If you have any questions please contact me at



Sincerely,

Arthur C Davis Jr.

*Arthur C Davis Jr*
REDACTED
Spring Hill, TN 37174

April 8, 2014

Aetna Life Insurance Company
PO Box 14578
Lexington, KY 40512-4578
Charlai Lang
Senior LTD Benefit Manager

Dear Ms. Lang:

I am writing to request a copy of my Aetna Disability file. If it is not possible to receive a copy of my entire file I would like all

Peer Review notes, medical notes and Approval, Termination notes. If you have any questions please contact me at

REDACTED

Sincerely,

Arthur C Davis Jr.

To Charlai LawG

From: Arthur C. Davis Jr

6 pgs



DCN: 150402129087 PAGE: 001 SEQUENCE: SAF0403201500007001   TimeStamp: 08:12:40 pm EST



PO Box 14578
Lexington, KY 40512-4578
CHARLAI LANG
SENIOR LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-855-733-1262

March 4, 2015

ARTHUR DAVIS

Franklin TN - 37068

Dear Arthur C Davis:

**Your request is in process**
We're reviewing your appeal that was received on January 22, 2015 for your Long-Term Disability (LTD) claim (**claim # 9452367**), but we need more time because your file was sent for a specialty matched medical opinion, and we are currently awaiting the report from that peer review.

Given this reason we'll need a forty-five (45) day extension to complete the appeal review. We hope to be able to make a decision before April 22, 2015, but we'll try to complete the review prior to that date.

**We're here to help you**
It's important that you keep a copy of this letter for your records. For questions about this letter or your claim, you can call me at **800-354-1779**.

Sincerely,

CHARLAI LANG
SENIOR LTD BENEFIT MANAGER
Aetna Life Insurance Company



Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.



## PINNACLE
### Surgical Partners

## PHYSICAL THERAPY
### Prescription for Shoulder

**SEAN B. KAMINSKY, MD**
at Summit Medical Center
5653 Frist Boulevard, Suite 731
Hermitage, TN 37076
Telephone (615) 885-2778
Fax (615) 986-6032

Name: Arthur Davis    Date: 3/31/15

Diagnosis: M1 55 2112   RCT

Procedure: SAD/RCR

Date of Surgery: 3.25.15    Side: ✔ Right   Left

Frequency: ____ One Visit ____ QW ____ BIW ✔ TIW ____ QIW ____ PRN

Duration: ____ One Visit ____ Weeks ✔ Months ____ PRN

Home Program: ✔ Yes ____ No

Send instructions to therapist in hometown? ____ Yes ____ No

| Exercises | Modalities |
|---|---|
| ☑ Pendulum | ☐ Ice |
| ☑ Hand/Elbow | ☐ Heat |
| ☑ Warm up exercises | ☐ Alternate Ice/heat |
| ☑ Passive forward elevation (scapular plane,with assistance) | ☐ Phoresis (Ionto, phono) |
| ☐ Pulley (when achieved 120° passive FE) | ☐ Electric stimulation (office, home) |
| ☑ Passive external rotation _____° maximum | ☐ Stockinette UE to reduce swelling |
| ☐ Active assisted forward elevation (scapular plane) sitting/supine | ☐ Massage |
| ☐ Active assisted internal rotation | ☐ Wound care |
| ☐ Active forward elevation (scapular plane) | ☑ PRN |
| ☐ Isometrics | **Precautions** |
| ☐ Theraband (color: _____) IR ER AD | ☐ No active motion |
| ☐ Dumbbell exercises _____ lb. maximum | ☐ Avoid abduction |
| ☐ Posterior capsular stretching | ☐ No abduction with external rotation |
| ☐ Scapular exercises | ☐ Avoid prone exercises |
| ☐ Plyometrics | ☑ Stretch to pain tolerance only |
| ☐ Throwing interval program | ☐ Only exercise with assistance |
| ☐ Advanced overhead strengthening as tolerated | **Goals Detailed in Therapist Evaluation** |
| ☑ Therapool exercises: Phase I ___ Phase II | ☑ Increase strength |
| ☐ Cervical mobilization | ☐ Decrease pain |
| ☐ Cervical strengthening | ☐ Increase exercise program |
| ☐ Cardiovascular fitness program | ☐ Increase endurance |
| ☐ Lower extremity strengthening | ☐ Increase ROM |
| ☐ Functional capacity evaluation | ☐ Prevent joint contractures |
| | ☐ Return to full function |
| | ☐ Work hardening |
| | ☐ Work conditioning |

I certify the medical necessity of services furnished under this plan of care.

Physician signature: _____    Date: 3 3 15



## Summit Surgery Center

3901 Central Pike Ste 152
Hermitage, TN 37076

### Operative Report

**Name:** Davis, Arthur                          **Date:** 03/25/2015
**Case Number:** 48591                           **DOB:** REDACTED
**Physician:** Sean Kaminsky, M.D.

PREOPERATIVE DIAGNOSES:
1. Right shoulder recurrent massive rotator cuff tear.
2. Right shoulder impingement syndrome.
3. Right shoulder acromioclavicular arthrosis.
4. Right shoulder glenohumeral synovitis.

POSTOPERATIVE DIAGNOSES:
1. Right shoulder recurrent massive rotator cuff tear.
2. Right shoulder impingement syndrome.
3. Right shoulder acromioclavicular arthrosis.
4. Right shoulder glenohumeral synovitis.
5. Right shoulder loose, foreign body.

PROCEDURES PERFORMED:
1. Right shoulder arthroscopy, arthroscopic loose foreign body removal.
2. Right shoulder arthroscopic complete glenohumeral synovectomy.
3. Right shoulder arthroscopic subacromial decompression.
4. Right shoulder arthroscopic distal clavicle excision.
5. Right shoulder arthroscopic revision rotator cuff repair.

SURGEON:
Sean Kaminsky, M.D.

COMPLICATIONS:
None.

ANESTHESIA:
General endotracheal anesthesia plus scalene.

ESTIMATED BLOOD LOSS:
Minimal.

INDICATIONS:
Mr. Arthur Davis is a 51-year-old gentleman with complaints of ongoing right shoulder pain and weakness despite previous surgery. His preoperative MRI study from 03/02/2015 demonstrated massive recurrent tearing of the supraspinatus and infraspinatus tendon with extraction. He was indicated for right shoulder revision arthroscopy after risks, benefits, and options were discussed preoperatively.

DESCRIPTION OF PROCEDURE:

Page 1                          **Operative Report**



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 357 of 1151 PageID #: 5701

## Summit Surgery Center
3901 Central Pike Ste 152
Hermitage, TN 37076

### Operative Report

**Name:** Davis, Arthur
**Case Number:** 48591
**Physician:** Sean Kaminsky, M.D.

**Date:** 03/25/2015
**DOB:** REDACTED

The patient was brought to main operating room and placed in supine position where he was intubated by Anesthetic Team and transferred to a 50-degree beachchair position. All body prominences were padded and the patient received preoperative antibiotics. His neck was maintained in neutral flexion and extension and rotation throughout the procedure. The right upper extremity was prepped and draped in a typical sterile fashion after preoperative time-out was taken to identify the correct extremity.

A posterior portal was established and a 30-degree arthroscope was introduced atraumatically into the glenohumeral joint space. A complete diagnostic arthroscopy was performed demonstrating moderate synovitis throughout the glenohumeral joint space. Small partial thickness tear of the biceps tendon was noted less than 20% thickness of the tendon. Synovitis extended into the biceps labrum, articular and capsular. Massive tearing of the supraspinatus and infraspinatus tendons was noted. The articular surface of the glenohumerus demonstrated mild chondromalacia, but otherwise intact. The arthroscopic instrument was withdrawn and redirected to the subacromial space and an anterior portal was established. A 4.0 mm shaver was introduced and completed synovectomy was performed. The synovitis was debrided along the labrum circumferentially with capsule and biceps tendon. This provided improved appearance upon completion. The arthroscopic instrument was then withdrawn and redirected to the subacromial space.

An anterior inflow portal was established with a Wissinger rod and a lateral portal was then established. A 4.0 mm shaver was introduced. The biceps tendon tearing was gently debrided. The massive tearing of the rotator cuff was noted. Residual sutures were noted embedded in the humeral head extending into glenohumeral joint. These were removed arthroscopically using grasper. Extensive massive tearing of the supraspinatus and infraspinatus tendons was again noted with retraction nearly to the level of the glenoid margin. Extensive adhesions and fibrosis were noted on the intra and extraarticular surfaces. The undersurface of the acromion was then developed. The acromial spur was then sharply removed using a 4.0 mm barrel bur and decompression completed. Lysis of adhesions was performed throughout the subacromial and subdeltoid region to assist in immobilization of this fibrotic rotator cuff. Tissue thinning and retraction was noted with significant loss of tissue quality. Intra and extraarticular adhesions were again lysed and immobilization was improved. Immobilization of the tissues was performed until the rotator cuff could reach the immediate greater tuberosity. The greater tuberosity was debrided in preparation for repair. The arthroscope was switched to lateral portal and anterior-posterior cannula was established. Margin convergent suture pattern was then undertaken from medial to lateral. Using Linvatec crescent suture passers and shuttle relay in addition to angle penetrating suture grasper, #2 Hi-Fi sutures were then placed. The apex of the suture is then progressing laterally until the rotator cuff reached to the level of the medial greater tuberosity. A Cayenne Quattro X 5.5 mm anchor was then placed at the medial aspect of the greater tuberosity. #2 Hi-Fi sutures here were then passed through the anterior-posterior leaflets respectively using a combination of passing suture instruments. The sutures were retrieved in pairs and tied and cut. This substantially provided improved appearance of the rotator cuff although again repair could be continued onto the level of the medial marking of the

Page 2                          **Operative Report**



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 358 of 1151 PageID #: 5802

## Summit Surgery Center
3901 Central Pike Ste 152
Hermitage, TN 37076

### Operative Report

**Name:** Davis, Arthur
**Case Number:** 48591
**Physician:** Sean Kaminsky, M.D.

**Date:** 03/25/2015
**DOB:** REDACTED

greater tuberosity with massive tear. With the arthroscope in the lateral portal, a 90-degree Vapr was introduced in the acromioclavicular joint. The acromioclavicular joint was then developed demonstrating arthritic changes. Using a 4.0 mm barrel bur, the distal clavicle excision of approximately 1 cm was performed under direct arthroscopic visualization. Smooth resection of the distal clavicle was performed. The arthroscopic instrument was then withdrawn. The portal sites were re-approximated. Dry sterile dressing was applied to the upper extremity. The upper extremity was placed in abduction external rotation control brace. He was then transferred to the hospital bed in recovery room in awake and in stable condition. Sponge and needle counts were correct. There were no obvious intraoperative complications.

_____
Sean Kaminsky, M.D.

532384/SK/med: lms/ppc
DD: 03/25/2015 06:43 hrs.
DT: 03/26/2015 05:17 hrs.

**Operative Report**





# Fax Message

---

**To:**    Aetna Disability Appeals

**Fax:**    855-733-1262

**From:**    Lang, Charlai J

**Date:**    3/20/2015 3:19 PM
**Pages:**    1 of 12 (including this page)
**Subject:**

---

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Charlai Lang
Senior LTD Appeals Specialist
Aetna Life Insurance Company
Phone: (860) 273-9346
Fax: 1-855-733-1262

**Lang, Charlai J**

| | |
|---|---|
| **From:** | ARCS Physician Review |
| **Sent:** | Monday, March 16, 2015 3:33 PM |
| **To:** | Lang, Charlai J |
| **Subject:** | [SEND SECURE] COMPLETED PHYSICIAN REVIEW |
| **Attachments:** | Davis Arthur 99927 - Cirincione08-03876866.pdf |

1

## WORKABILITY <u>CENTRALIZED</u> DOCUMENTS

**Account Name: Office Depot  Dell**
**Batched By:**

**Date: 3/20/15**

**Claimant's Name: Arthur Davis**

**SSN:** REDACTED

**Claim #: 9452367**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Index the document as **Peer Review & assign it to**

_____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# aetna

## Physician Review
### CLAIM DATA

**ID Number:** 99927
**Last Name:** DAVIS                                        **First Name:** ARTHUR
**DOB:** REDACTED
**Claim Number:** 9452367
**First Date of Absence:** 10/09/2013                       **Employer:** Dell Inc
**Claim Type:** LTD                                          **Insurance Carrier:** Insured, AETNA
**Disability Test:** OWN OCC                                 **Occupation/Job Title:** INSIDE SALES ACCOUNT
                                                             MGMT III

**Physical Demand Rating:** Sedentary
**Specific Vocational Preparation (SVP) Rating:** N/A
**Prior Reviewer(s):**
**Diagnosis(es):** 782.0 - DISTURBANCE OF SKIN SENSATION

### REFERRAL INFORMATION

**Last Name:** LANG                                          **First Name:** CHARLAI
**E-mail contact:** langc2@Aetna.com
**Requester's Phone Number:** 9346                           **Extension:**
**Claim Office:** None Listed
**Submission Date:** 03/05/2015                              **Perfection Date:**
**Appeal:** YES
**Addendum:** NO
**Telephonic Consultation with Provider Requested:** YES
**Specialty Requested:** Orthopedic Surgery

### PROVIDER CONTACT INFORMATION

**Treating Provider's Name (1):** Buechel,Paul
**Treating Provider's Specialty (1):** Neurology
**Phone Number:** 615-550-1800                              **Time Zone:** Eastern Time
**Treating Provider's Name (2):** Green,Brenna
**Treating Provider's Specialty(2):** Physical Med && Rehab/Pain Management
**Phone Number:** 615-867-7971                              **Time Zone:** Eastern Time
**Treating Provider's Name (3):** RENFRO,JAMES
**Treating Provider's Specialty (3):** Orthopedic Surgery
**Phone Number:** 615-834-4482                              **Time Zone:** Eastern Time

### REVIEWING PHYSICIAN DATA

**Reviewer Assigned:** CIRINCIONE, MD, ROBERT
**Specialty Assigned:** Orthopedic Surgery                   **Assignment Date:** 03/05/2015
**Additional peer review requested from the following specialist:**


## CLAIM SYNOPSIS:
EE is a 51 year old male inside sales account manager who went oow effective 10-09-13 due to left massive rotator cuff tear and bicep tendon attrition. EE had repair on 10-11-13 and was advised out of work through 1-

1

Davis

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 364 of 1151 PageID #: 6408

14-14 with post-surgical tx of physical therapy and pain medication. Medical support through 1-15-15 and ee was found to have sedentary work capacity.


RECORDS SUBMITTED FOR REVIEW:
Image 16830010 appeal request form
Image 16831071 page two appeal request form Ovn dated 1/20/15 Dr. Buechel
Image 16769991 appeal from ee dated 1/21/15
Image 16538935 ovn dated 10/16/14 12/02/2014 Dr. Buechel MRI 12/17/14 and 11/08/14
Image 15695031 ovn dated 7/14/14  Dr. Yoneyama attending physician statement dated 6/20/14 Dr. Yoneyama
Image 15444211 page 2 and 3 of ovn  Jason Knox DBM
Image 15319999 medication list
Image 15354989 attending physician statement dated 6/25/14 Dr. Prasad
Image 15298734 Ovn note dated by signed by Dr. Green DO on 4/22/14 and 5/6/14
Image 15027398 ovn dated 4/25/2014 operative report dated 4/18/14
Image 15004343 Peer Review dated 4/14/14
Image 14692980 2/25/14 3/6/14 3/12/14 PT notes  Jason Barclay
Image 14692906 1/31/14 2/11/14 PT notes
Image 14689376 MRI Lumbar 11/6/13, ovn dated 12/9/13 1/28/14 Dr. Kauffman ovn dated 1/16/14
psychotherapy dated 1/20/15 ovn dated 3/4/15 3/10/15 3/6/14
Image 14704198 physical therapy notes 3/4/14 3/13/14 3/18/14 PT note dated 10/22/13 through 3/20/14
Image 14724386 Ovn dated 1/16/15  1/28/14 3/16/14 Dr. Cote
Image 14638533 Attending Physician Statement dated 2/28/14 Dr. Renfro
Image 14638525 capabilities form dated 3/11/14
Image 14547889 Attending Physician Statement dated 3/11/14
Image 14389252 Operative Report dated 1/31/14 Dr. Renfro
Image 13914662 Attending Physician Statement 11/15/13 Dr. Renfro
Image 13711699 Work status report dated 10/15/13 Dr. Renfro
Image 13702950 10/7/13 renfro shoulder MRI dated 10/1/13 operative report dated 10/11/13 Dr. Renfro
Image 13698583 Fitness for Duty dated 10/14/13 Dr. Renfro
Image 13698586 Attending Physician Statement dated 10/4/13 Dr. Renfro

## CLINICAL FILE REVIEW:
**I have reviewed all of the records listed above.  I will directly comment upon information most relevant to the question(s) posed and the time period(s) in question.**

I have been asked to review the medical records and speak with the claimant's multiple treating providers.  I have been asked to determine whether or not the medical data demonstrates the employee's inability to maintain sedentary work capacity from 10/9/13 to 6/30/15.

I have medical records.  I have a previous Aetna Physician Review completed by Dr. Rubin on 4/14/14.  I have reviewed other records, included in that is an Aetna Long-Term Disability Appeal signed by Mr. Davis.  This is dated 1/21/15.  He notes back pain.  His medications include doxepin 25 mg and 900 mg of Gralise.  He says he is drowsy all the time and has difficulty functioning.  He describes burning sensation.  He describes issues with his shoulder.  He notes he has had recurrent problems with his shoulder.

I have records from Dr. Renfro dated 10/7/13.  At that time the claimant was evaluated for bilateral shoulder pain.  He had a long history of shoulder pain which has been progressive.  His pain was rated 10/10 at that time.

Davis                                              2

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 365 of 1151 PageID #: 3609

He had an MRI prior to the evaluation which revealed a massive rotator cuff tear.  The date of the MRI was 10/1/13.  He did not have fatty infiltration, but appears to be more of an acute, un-chronic type tear.  Surgery was scheduled for repair of the left rotator cuff tendon rupture.  I have the operative note of 10/11/13 where the claimant underwent an open rotator cuff repair including a decompression as well as a biceps tenodesis.  The claimant was seen in follow up by Dr. Renfro.  Initially, he was restricted from using the left arm in the postoperative period.  On 2/28/14 I have an Attending Physician Statement indicating that the claimant had also undergone a right rotator cuff repair.  He was advised not to use either upper extremity.  He had decreased motion in his shoulder.

I have the operative note from 1/31/14 where he underwent a repair of a massive right rotator cuff tendon rupture.  He underwent an open rotator cuff repair of the right shoulder, excision of the distal clavicle of the right shoulder, and a subacromial bursa debridement and subacromial decompression.  Again, the surgery on the right shoulder was 1/31/14.  On 4/14/14 the claimant underwent a partial medial and lateral meniscectomy of his left knee.  This was performed by Dr. Renfro.

I have follow up records on 4/25/14 Dr. Renfro saw the claimant again.  He had slight swelling in the knee.  He was in therapy for his shoulders and "doing well."  He simply needs more strengthening to the shoulder.  Light strengthening exercises were discussed.

He also carries a diagnosis of depression, according to Dr. Renfro's note 4/25/14.

An MRI of the claimant's low back was performed on 11/6/13.  It revealed multilevel disk bulges.  No spinal stenosis was noted.  There was multilevel facet joint ligamentum flavum hypertrophy with mild right neuroforaminal narrowing at L4-L5 and mild left neuroforaminal narrowing at L5-S1.  There was mild degenerative disk disease at L3-L4.

The claimant was seen by Dr. Christopher Kauffman on 12/19/13.  The claimant stated his low back pain began on 9/27/13.  It had a sharp and shooting quality.  His pain radiated into the right posterior leg nonspecific and lower part of the leg also in a nonspecific fashion.  The pain is described as being constant.  He said the pain began with a motor vehicle accident.  The pain is described as maximal at night.

The claimant says that he had been treated with a course of physical therapy and nonsteroidal antiinflammatory pain medication and bedrest.  He said the physical therapy was partially effective in relieving his pain.  The MRI was reviewed.  The claimant reported that his back pain had stabilized.  The claimant reports his main pain has been back pain at night.  Neurontin was suggested.  He had no history of back surgery.  His clinical examination revealed mild reduced range of motion in the lumbar spine, normal strength, normal muscle tone, straight leg raising was negative bilaterally.  Examination of the lower extremities revealed normal strength, normal reflexes, normal pulses, and the sensation in the lower extremities was intact.  The claimant was diagnosed by Dr. Kauffman with degeneration of the lumbar intervertebral disk and lumbago.  He was referred to physical therapy.  He was suggested to begin gabapentin.  It was felt that he had low back pain secondary to degenerative changes and facet arthropathy.  He was advised to return as needed.

 On 1/16/14 the claimant was seen by Dr. Cote.  He had left rotator cuff surgery in October of 2013.  He noted that he had torn both of his rotator cuffs.  He said he was in a motor vehicle accident on 9/27/13 and that he was hit from behind.  He said that accident exacerbated his chronic low back pain.  He said he just has to "deal with" the back pain with yoga and stretching.  He had taken multiple pain medications in the past which did not work.  His pain is most often occurring at night.  His medications at that time included Advair, Celebrex, potassium chloride, and lisinopril.  Physical examination revealed no neurologic deficits.  He had normal strength and sensation.  He was diagnosed with low back, benign essential hypertension, esophageal reflux, intervertebral

Davis                                                        3

disk degeneration, and somatic dysfunction of the sacroiliac region. Plan for the low back, it was felt that the claimant's pain at that time was adequate. No changes in medication management were suggested. Physical therapy again was discussed.

On 1/28/14 the claimant again was seen by Dr. Cote. Again, he was seen for follow up of his motor vehicle accident. Physical therapy has not been helpful.

He said he was feeling "down." He denied feeling depression.

His clinical examination at that time again revealed no specific neurologic deficits.

I have a report of physical therapy from Results Physical Therapy. The claimant was seen on 1/20/14. He complained of low back pain, sacral pain impacting his work, sitting, standing.

His range of motion extension was limited to 50%, flexion 75%, side bending to the left 75%, side bending to the right 75% which aggravated his discomfort. He had severe pain to palpation over the gluteus maximus, piriformis, quadratus lumborum on the right and left.

He was begun in therapy to evaluate and improve the subjective complaints.

I have the follow up evaluation notes. He was in therapy for several visits.

He complained of "burning" in his low back on 1/23/14. He continued to be seen and evaluated. He was seen for exercises, manual therapy techniques, and electrical stim.

He continued to be seen and evaluated. He was working on his range of motion and strengthening during these visits. He had subjective complaints of pain with increased range of motion exercises.

On 2/7/14 he was reevaluated. His objective examination at that time revealed mild tenderness in the gluteus maximus, piriformis, and quadratus lumborum. His range of motion was now 100%.

The claimant was noted to be "progressing well towards goals objectively with improved sitting time and improved exercise tolerance." The claimant continued to complain of pain with sitting but is able to sit longer before position change. The claimant was clipped in a shoulder sling. The claimant had no complaints of pain after his evaluation. This is a note from Lakota Hillis, PT.

The claimant continued to be seen and evaluated at Results. On 2/10/14 the claimant said he could sit eight minutes before he had to change position.

He continued to be evaluated at Results. On 2/14/14 he was evaluated again at results. His pain level at this time was now 0/10.

On 7/14/14 the claimant was seen by Dr. Yoneyama. His low back pain was radiating down his legs at a level of 6/10. He describes with burning, intermittent, bee sting type pain. He started Cymbalta, but the claimant said that caused tingling in his leg. His neck and low back pain was not relieved by Aleve. He said he is exercising on a treadmill one hour a day and takes Tylenol. His weight has gone from 260 to 240 pounds. He notes some mood swings.

His medications included omeprazole, Celebrex, Zyrtec, Flonase, Advair, lisinopril, clonidine, diazepam,

Davis                                              4

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 367 of 1151 PageID #: 6711

spironolactone.

His BMI at that point was 33.36.  His clinical examination was reviewed.  The neurologic examination, claimant was noted to be awake and alert with no impairment of recent or remote memory.

Musculoskeletal examination and related system was normal.

Peripheral vascular examination was normal.  The claimant was felt to have paresthesias.  He said he had burning all day.  He was scheduled for an EMG on 6/13/14.  He had no weakness or numbness.  He was taking Lyrica.  He was referred back to neurology.

I have notes from Dr. Buechel.  The claimant was seen on 10/16/14.  He presented for evaluation of back pain.  He said his symptoms were better with medication.  The claimant said the aggravating factors included exertion and movement in general.

His episodes of pain are variable.  He was complaining of pain in his right and left feet and ankles.  It was described as burning in nature.

The claimant states he underwent epidural steroid injection at Dr. Green's office with only 24 hours of relief.  He has seen Dr. Cote in the past and a podiatrist, Dr. Knox.  A Dr. Prasad on 5/14/14 did an EMG.  The claimant was told by Dr. Prasad that "he couldn't help."  Clinical examination was recorded.  His neurologic examination was noted to reveal normal motor strength.  He had no tremor.  Reflexes were symmetrical and intact in the upper and lower extremity.  He had reduced sensation in the right L4 and S1 dermatomes to sharp sensation.  Psychiatric evaluation was normal.  It was felt by Dr. Buechel that the claimant's back pain was musculoskeletal in nature.  He was advised to use daily stretching and workouts five days a week.  It was felt he may have an element of causalgia for the neuropathic pain and Cymbalta was recommended.

Dr. Buechel said he would try to evaluate the EMG studies personally.

On 12/2/14 the claimant was followed for "causalgia of lower limbs."  Symptoms are better.  He was seen for a follow up of his diagnosed lumbar radiculopathy.

He was evaluated on that date.  Again, his clinical examination was unchanged.  He was referred again to PT.

A repeat MRI was performed on 11/6/14.  This was requested by Dr. Buechel at Premier Radiology in Cool Springs.  This claimant was noted on study to have scattered lumbar degenerative and stenotic findings.  He did not have "more than mild stenosis at any level."  He also was noted to have degenerative changes at T10 to T11 which were incompletely evaluated.  On 1/23/15 the claimant was seen again by Dr. Buechel.  The claimant continued to have back pain.  He said he could not sit for more than ten to 15 minutes.  He could not sleep.  He was taking doxepin which helped the claimant sleep.  He said if he takes it he cannot wake up.  He said symptoms are worse with exertion and movement in general.  His clinical examination again revealed normal neurologic examination except for reduced sensation right L4 and S1 dermatomes.  He was tender over L4 to S1.

It was felt by Dr. Buechel that the claimant could not sit at a ten-hour job.   His medications were increased.  Referral to pain management clinic was discussed.

I have records from Dr. Green.  On 4/24/14 the claimant was seen for lumbar disk disease.  The claimant underwent a coccygeal injection on that date by Dr. Green.

Davis                                              5

On 5/6/14 the claimant was again seen by Dr. Green. He had chronic pain. He also discussed his left knee issues which he felt were feeling better. The MRI was discussed. It revealed degenerative disk disease at L4-L5, L5-S1 with facet arthropathy. He said he had back pain 20 years before. He notes the shoulder surgery. At that time in May of 2014 he was taking oxycodone and tramadol.

His clinical examination is noted that he was able to transfer and ambulate independently. Motor testing revealed functional motor strength in the lower extremities without focal deficit. Reflexes were symmetrical with depression of the ankle reflex. Straight leg raising was negative, and there was no ataxia noted.

Physical therapy was suggested. An FCE was mentioned. An EMG was discussed. Lumbar medial branch blocks were discussed.

I have physical therapy notes from Star PT which the claimant was seen initially on 10/22/13. He had upper extremity and lower extremity issues.

He was in Star PT for many months. At some times his condition would improve. On 10/23/13 he said he felt better after therapy. He was seen in therapy at Star following his rotator cuff repair. On 11/11/13 he said he was "just ignoring" his low back pain. He continued to work on his left shoulder. He continued to be seen and followed on a periodic basis for his left shoulder. On 11/25/13 he said his low back was stiff and hurting. He did his exercises that morning, but he still had discomfort. He continued to be seen and evaluated at Star PT. He continued to have more low back pain symptoms. On 12/10/13 he was going to a spin class at that time. He had soreness and could not lift his arm above shoulder height on 12/13/13. He continued to be seen and followed. He was evaluated on 1/9/14. At that time he had more low back pain. He was doing a home exercise program for his left shoulder, and he was felt to be progressing. He continued to be seen at Star. I have reviewed the notes from 1/30/14. At that time his shoulder range of motion continued to improve in strength and decreased pain. He was compliant with his home exercises.

On 2/18/14 his left shoulder was stable. No significant change in pain. He was able to regain some more extension and rotation in his shoulder at that visit. On 2/21/14 he discussed his pending surgeries on his right shoulder. On 2/25/14 his right shoulder felt pretty good. He continued with Star Physical Therapy. He said his left upper extremity was getting stronger on 3/11/14. He had crepitus in his shoulder on 4/25/14. He said his doctor was concerned about the "noise" in his shoulder.

## PEER-TO-PEER CONSULTATION:

I was asked to speak with the claimant's treating providers. I spoke with Dr. Buechel on 3/11/15. Dr. Buechel and I discussed the claimant's condition. He said he last saw the claimant three months ago. The claimant complained of back pain. Dr. Buechel said that there was difficulty getting control of the claimant's back pain. Dr. Buechel referred him to a neurosurgeon. I asked Dr. Buechel if there were any objective findings on the clinical examination that he could correlate the claimant's subjective complaints of back pain, and he said there really was "nothing dramatic on examination." Dr. Buechel also noted there was no muscle spasm.

Dr. Buechel had no specific comments regarding the claimant's work ability.

I spoke with Dr. Green on 3/12/15. Dr. Green noted that the claimant had back pain and complained of pain with activity. There were no specific neurologic findings. The claimant had subjective complaints of pain and had been treated with injections. No specific motor deficits were documented.

Davis                                    6

I spoke with Dr. Renfro on 3/12/15. Dr. Renfro noted that the claimant had massive rotator cuff ruptures in both the left and right shoulder. He notes on recent evaluation the claimant has a recurrent tear of the left rotator cuff tendon. At this time the MRI of the left shoulder reveals fatty infiltration in the supraspinatus and infraspinatus muscles. The fatty infiltrate indicates the tear now is irreparable. Dr. Renfro has referred the claimant for a second opinion and a discussion of possible shoulder replacement has been made. Dr. Renfro said he will probably send the claimant for another evaluation prior to determination of surgical intervention. We discussed whether the claimant could work. He felt the claimant was able to do sedentary duties lifting no more than five pounds and no reaching at or above shoulder height.

I spoke with Dr. Yoneyama on 3/13/15. Dr. Yoneyama stated that the claimant had severe back pain. He also noted he felt the claimant had neuropathic pain. He noted that the claimant should not work. Dr. Yoneyama specifically said that "I can support his not working during the time frame from October of 2013 to March of 2015.

## REFERRAL QUESTIONS & CONCLUSIONS:

1.) Based on the available records and any telephonic consultations, please provide your assessment and detailed clinical correlation for any functional impairment, as well as the time periods that they exist. From 10/9/13 to 6/30/15

Based on the available records and telephonic consultation, I have been asked to provide my assessment and detailed clinical correlation for any functional impairment as well as the time periods they exist.

Based on the medical records and the telephonic consultation regarding the claimant upper extremities, the medical records and teleconference I had with Dr. Renfro supports a functional impairment involving the claimant's bilateral upper extremities which includes a repaired right rotator cuff and a recurrent massive left rotator cuff tendon rupture. The left rotator cuff tear is not reparable. These findings support a functional impairment in both upper extremities which would support the claimant being unable to lift greater than five pounds or do any lifting above shoulder height. The claimant should be restricted to work below shoulder height and limit lifting, pushing, pulling to five pounds or less with both upper extremities.

Regarding the claimant's low back pain, the claimant has been seen by Dr. Buechel, Dr. Green, Dr. Yoneyama, and Dr. Cote in addition to other physicians. The claimant has undergone diagnostic studies including MRIs and an EMG. I do not have the reports of the EMG. The claimant carries several diagnoses in addition to the degenerative disk disease. The claimant has diagnosis of causalgia according to the medical records. Causalgia is an abnormal response to pain and stimulus. The exact cause of causalgia is unknown. However, it presents with objective findings including coolness of the extremity, hypersensitivity to touch, edema, loss of active motion as well as hair and nail changes. These findings were noted on the clinical examination, and therefore the diagnosis of causalgia is not supported.

The claimant has chronic low back pain which he relates to a motor vehicle accident in 2013. He also notes a history of low back pain going back 20 years according to the medical records. At this time he has subjective complaints of back pain. Dr. Yoneyama discussed "neuropathic pain." Again, a neuropathy has not been documented in the clinical records I have been able to review. Most of the clinical examination reveal a normal sensory motor examination. Dr. Cote noted decreased sensation in L4 and S1 only. The physicians, Dr. Yoneyama and Dr. Green suggested the claimant be off work due to his subjective complaints of back and leg pain. However, the medical records and examination findings do not correlate with the objective findings. Therefore, based on a complete review of the medical records and the clinical examination, the objective

Davis                                                    7

findings do not support the employee's inability to maintain a sedentary work capacity. Dates are 10/9/13 to 6/30/15. During that period of time the claimant travelled to multiple physical therapy visits and multiple physician visits. During that time the claimant engaged in home exercise programs as well as was enrolled in a spinning class. These activities support the opinion that the claimant would have been able to maintain a sedentary work capacity from 10/9/13 to 6/30/15.

2.) Does the medical data demonstrate ee's inability to maintain a sedentary work capacity? Please see answer to Question #1.

The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty. I certify that I have no relationship or affiliation with the claimant whose claim is the subject of this independent review, nor a significant relationship with the treating provider(s) and/or the treatment facility. I further certify that I have no familial or material professional or business relationship, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review, nor do I have any incentive, financial or otherwise, that would lead me to offer an opinion other than based on my honest professional assessment of the information provided for review.

Robert Cirincione, M.D. 3.16.15
Board Certified in Orthopedic Surgery

**Confidential**

This report is confidential and should be read only by designated Aetna Disability and Leave Management Services staff or specific designees in accordance with the Aetna Code of Conduct and applicable law.

**Consult Level: Level Three**

Dictated On: 3/15/15
Transcribed On: 3/15/15 LB Job#: 08-03876866
      AA 3/16/15 - D

Davis                 8



PO Box 14578
Lexington, KY 40512-4578
CANDICE HOY
Appeal Assistant
Phone: 800-354-1779
Fax: 1-855-733-1262

January 29, 2015

ARTHUR DAVIS
REDACTED
Franklin TN 37068

Dear Arthur Davis:

**Good news – your request is in process**
We received your appeal request for your Long-Term Disability (LTD) claim (**claim # 9452367**) on January 22, 2015. We attached two forms for you to complete to help us obtain some additional information. If you don't complete them, we'll still process your appeal. When your case is assigned to an Appeal Specialist, that person may be contacting you to obtain additional information on your appeal.

**Let's work together**
If you plan to send more information to support your appeal:

- Call us as soon as possible to let us know, and;
- Send us the information, so we can consider it during our review

Please mail or fax the additional information to:

Aetna Life Insurance Company
PO Box 14578
Lexington, KY 40512-4578
Fax: **1-855-733-1262**

**We're here to help you**
It's important that you keep a copy of this letter for your records. For questions about this letter or your appeal, you can call us at **800-354-1779.**

Sincerely,

Candice Hoy
Appeal Assistant
Aetna Life Insurance Company

Enclosures:
Authorization to Request Protected Health Information
Disability Appeal Request Form

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna). ©2013 Aetna Inc.

*Arthur C Davis, Jr*
REDACTED
Spring Hill, TN 37174

March 6, 2015

Aetna Insurance
Charlai Lang Senior LTD Appeals Specialist
Claim#9452367

Dear Ms. Lang,

I am faxing my Shoulder MRI dated March 2nd 2015. The MRI clearly shows a renewed Massive rotator cuff with the additional issues of retracted tendons. I will meet with Dr. Sean Kaminsky of Pinnacle Surgical Partners on Tuesday March 10th.

I will email my surgery date and updates as soon as possible.

Sincerely,



Arthur C Davis, Jr.



394 Harding Place
Suite 101
Nashville, TN 37211
Phone: (615) 832-9966
FAX: (615) 832-9968

**PATIENT ID:** 687103                                    **EXAM DATE:** 03/02/2015
**PATIENT NAME:** ARTHUR DAVIS                            **ACCESSION #:** B685
**DOB:** REDACTED                                         **REFERRED BY:** R. JAMES RENFRO, MD

## MRI RIGHT SHOULDER

**HISTORY:** Pain, biceps tenderness and limited range of motion. Progressive worsening since surgery February 2014. No recent trauma.

**COMPARISON STUDIES:** Radiographs right shoulder December 5, 2014.

**TECHNIQUE:** Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

**FINDINGS:**
*Rotator Cuff:* Massive rotator cuff tear involving the supraspinatus and infraspinatus tendons at the greater tuberosity. The supraspinatus tendon is retracted about 4 cm and the infraspinatus tendon is retracted about 5 cm. Mild atrophy of the visualized supraspinatus muscle and moderate atrophy of the visualized infraspinatus muscle. Moderate diffuse subscapularis tendinosis with a very small irregular region of intrasubstance tearing of the distal tendon extending to the tendon footprint. No subscapularis muscle atrophy. The teres minor muscle and tendon are normal.

*Coracoacromial Arch:* Mild chronic arthritis and a minimal effusion of the acromioclavicular joint. The acromion is non-hooked and lies in neutral position. A 2 mm anterior subacromial enthesophyte. The coracoacromial ligament is not thickened.

*Glenohumeral Joint:* Mild diffuse degeneration of the glenoid labrum without definite tear. Mild biceps tenosynovitis. Mild superficial fraying of the long biceps tendon at the bicipital groove.

*Osseous/Bone Marrow:* No fracture. Evidence of previous surgical drilling in the anterodistal greater tuberosity.

*General:* Small effusions of the glenohumeral joint and subacromial-subdeltoid bursa. No soft tissue masses.

**IMPRESSION:**

1. Massive rotator cuff tear involving the supraspinatus and infraspinatus tendons at the greater tuberosity. The supraspinatus tendon is retracted about 4 cm and the infraspinatus tendon is retracted about 5 cm. Associated mild supraspinatus muscle atrophy and moderate infraspinatus muscle atrophy.
2. Moderate diffuse subscapularis tendinosis with low grade interstitial tearing of distal tendon.
3. Mild chronic arthritis of the acromioclavicular joint.
4. Mild anterior subacromial enthesopathy.
5. Mild biceps tenosynovitis and mild diffuse superficial fraying of the long biceps tendon.
6. Small effusions of the glenohumeral joint and the subacromial-subdeltoid bursa.
7. Postoperative changes in the greater tuberosity.

**Subspecialty Interpretation provided by:**

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 374 of 1151 PageID #: 7418

**STAPLES**

# copy&print

# Complimentary
# Self-Serve Fax Cover Sheet

To: Aetna —Candic Hoy

From: Arthur Dewis

Fax #: 855 - 733 - 1262

Phone #: REDACTED

Date: 2/7/14

Reply Fax #:

Number of Pages (Including Cover): 9

Urgent ☐    Confidential ☐    Confirm Receipt ☐

## We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

7/13 bizsvc

that was easy.

DCN: 150207053176 PAGE: 001 SEQUENCE: SAF0209201500013001 TimeStamp: 05:53:00 pm EST

| Claimant Name: Arthur C. Davis Jr. | Claimant Employer: Dell INC. | Claim number: 9452367 |
|---|---|---|

**Please answer the following questions as applicable:**

For what time period are you appealing for benefits?    From: 1/12/2015    To: Present

Have you returned to work? Yes ☐  No ☒

If not, do you have a projected return to work date?

What is your job title?  Account Manger

Please list the requirements of your job? Responsible For general account Management including calling 70-90 accounts, providing customer service and sales support. Selling all Dell products and services.

Please explain the condition(s) that are preventing you from returning to work. I can no longer sit for extended periods. I have difficulty concentrating and staying Focused because of Back Pain and Numbness and tingling in my feet. The Pain pills make me drowsy

What specific aspects of your job are you unable to perform and why? My entire job involves complex solutions and selling. The Pain in my Feet and back prevents clear thinking and focus. My shoulder arm and right hand have been problematic I have difficulty typing. The medication side effects cause daily issues.

Who are your treating providers and when did you last see each provider?
If you are still receiving treatment, when is your next appointment(s)?

| Provider Name: | Date last seen: | Date next appointment: |
|---|---|---|
| Dr. Paul Buechel KCA Neurology | 1/20/2015 | 3/24/2015 |
| Dr. Tad Yaneyoma Grassland Fam | 1/14/2015 | |
| | | |
| | | |

Are there additional records available which you intend to submit for appeal review?  Yes ☒  No ☐

If yes, please submit all available information along with this completed appeal form.

_Arthur Cyril Davis Jr._                                    _2/6/15_
Claimant signature                                          Date

_____                          _____
Signature of authorized representative                      Date

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 376 of 1151 PageID #: 420

Claim Number: 9452367

Employee Name
DAVIS, ARTHUR

### 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**WKAB**
GR-67940-26 (8-13)

Page 3 of 3

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 377 of 1151    PageID #: 37421



## Davis, Arthur C. REDACTED
Office/Outpatient Visit
**Visit Date:** Tue, Jan 20, 2015 08:23 am
**Provider:** Paul Buechel, MD (Assistant: Laura Kurowski)
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on  01/20/2015 09:21:10 AM
Printed on 01/23/2015 at 4:43 pm.

# SUBJECTIVE:

### CC:
Mr. Davis is a 51 year old Black or African American male.  This is a follow-up visit.

### HPI:

Low back pain noted.  These are worsening; cannot sit for more than 10-15 minutes, at computer. Cannot sleep well at all;
Doxepin from PCP helps sleep, but then cannot wake up. Nothing relieves the symptoms.  Symptoms are worse with
exertion and movement in general.  He estimates that the frequency of this symptom is daily.  The typical duration of an
episode is variable.  NSAID, Cymbalta, Ultram/TYL continue; stopped Gralise 1-2 mos ago. He is very frustrated; got a 1-
12-15 letter from Aetna also [see doc scan], terminating his disabilty, etc. PT not helping much, but is attending,

Numbness is also noted.  Seems worse, in both feet, now about the same.

Lumbar radiculopathy is also noted.  MRI disc'd.

Causalgia of lower limb is also noted.  Burning feet limit sleep, & is also worsening, bilaterally.
### ROS:
CONSTITUTIONAL:  Positive for **fatigue, night sweats and unintentional weight gain.**  Negative for chills, fever or
unintentional weight loss.
EYES:  Positive for **use of glasses or contacts.**  Negative for blurred vision, eye pain or photophobia.
E/N/T:  Negative for ear pain, diminished hearing, tinnitus, use of dentures, hoarseness and tooth pain.
CARDIOVASCULAR:  Negative for dizziness, palpitations, pedal edema and tachycardia.
RESPIRATORY:  Positive for **frequent wheezing.**  Negative for recent cough or dyspnea.
GASTROINTESTINAL:  Positive for **constipation.**  Negative for abdominal pain, acid reflux symptoms, dysphagia,
diarrhea, heartburn, nausea, vomiting or odynophagia.
GENITOURINARY:  Negative for dysuria, lesions on external genitalia, hematuria, high risk sexual behavior, history of
recurrent UTIs, nocturia, polyuria and urinary incontinence.
MUSCULOSKELETAL:  Positive for **arthralgias, back pain, joint stiffness and limb pain.**  Negative for myalgias.
INTEGUMENTARY:  Negative for rash.
NEUROLOGICAL:  Positive for **confusion, dizziness, generalized pain, headaches, memory loss, paresthesias and
weakness.**  Negative for ataxia, fainting, nausea/vomitting, seizures, speech disorder, tremor or vertigo.
HEMATOLOGIC/LYMPHATIC:  Negative for easy bruising, excessive bleeding and history of blood transfusion.
ENDOCRINE:  Positive for **temperature intolerances, polydipsia and excessive sweating.**  Negative for hair loss.
ALLERGIC/IMMUNOLOGIC:  Positive for **seasonal allergies and urticaria.**  Negative for risk factors for HIV.
PSYCHIATRIC:  Positive for **anxiety.**

### PMH/FMH/SH:
### Past Medical History:

**Asthma, Automobile accident with injuries,**
**Chronic back pain,**
**Depression**
**Hypertension**

### Surgical History:

**rotator cuff both shoulders 2014**

### Social History:
Tobacco: He has never smoked.

CPT ® is a registered trademark of the American Medical Association

## Davis, Arthur C. REDACTED

Office/Outpatient Visit
**Visit Date:** Tue, Jan 20, 2015 08:23 am
**Provider:** Paul Buechel, MD (Assistant: Laura Kurowski)
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 01/20/2015 09:21:10 AM
  Printed on 01/23/2015 at 4:43 pm.

Smoking Status: Nonsmoker

### Tobacco/Alcohol/Supplements:
Tobacco: He has never smoked.

### Allergies:
Last Reviewed on 1/20/2015 08:28 AM by Buechel, Paul
  No Known Drug Allergies.

### Current Medications: Ultram PRN , XS TYL PRN .
Last Reviewed on 9/15/2014 02:06 PM by Campbell, Gretchen H.
Lisinopril/Hydrochlorothiazide 20mg/25mg Tablet Take 1 tablet(s) by mouth daily
Amlodipine 10mg Tablet Take 1 tablet(s) by mouth daily
Bystolic 10mg Tablet Take 1 tablet(s) by mouth daily
Celebrex 200mg Capsules Take 1 capsule(s) by mouth daily
Citalopram Hydrobromide 20mg Tablet 1 po q day
Cymbalta 20mg Capsules, Delayed Release Take 2 capsule(s) by mouth bid
Omeprazole 20mg Capsules, Extended Release Take 1 capsule(s) by mouth daily
Doxepin HCl 25mg Capsules Take 1 -2capsule(s) by mouth qhs

# OBJECTIVE:

### Vitals:

Current: 1/20/2015 8:31:15 AM
Ht:  6 ft, 0 in;  Wt: 255 lbs;  **BMI: 34.6**
**BP: 128/90 mm Hg** (left arm, sitting);  **P: 72 bpm** (left radial, sitting);  R: 14 bpm

### Exams:

GENERAL: well developed, well nourished, in no apparent distress head normocephalic atraumatic
MUSCULOSKELETAL: digits/nails: no clubbing, cyanosis, or evidence of ischemia or infection;  normal gait;
SKIN: no ulcerations, lesions, rashes or induration; skin is dry

NEUROLOGIC:
Mental Status:; Alert and oriented x 3;  Speech is fluent
Motor exam: grossly symmetrical;
 Tone is normal Tremors negative Reflexes: 2/4 DTR's elicited in biceps, triceps, brachioradialis, patellar, and ankle jerks
Sensation: has reduced R L4 & S1 dermatomes to sharp, still, as on prior exams.;
Coorindation: Finger-to-nose intact..  Gait: Normal. see musculoskeletal exam above.
PSYCHIATRIC: alert and oriented x 3; appropriate affect and demeanor; Lumbar  exam with negative SLR's bilaterally;
very tender over L4-S1 in midline, to percussion. No spasms /scoliosis.

# ASSESSMENT:

724.2  Low back pain
    DDx:
355.71  Causalgia of lower limb
    DDx:
722.10  Lumbar radiculopathy
    DDx:
782.0  Numbness

CPT ® is a registered trademark of the American Medical Association

## Davis, Arthur C. REDACTED                                    3 of 3
Office/Outpatient Visit
**Visit Date:** Tue, Jan 20, 2015 08:23 am
**Provider:** Paul Buechel, MD (Assistant: Laura Kurowski)
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 01/20/2015 09:21:10 AM
  Printed on 01/23/2015 at 4:43 pm.

    DDx:

## PLAN:

 **Low back pain** worse; he certainly cannot work, at 10-hr required sitting position at terminal, now; will resume Gralise ,
titrate prn ; will get up to 1800 q PM by 15 days; disc'd side effects, etc.; made him groggy prior, but agrees to re-try. Also ,
see NS for surgical opinion.  Pain clinic option disc'd too; saw 1 clinic, once, only, in past. I gave him 5 sample Gralise
packets. Prior ESI x 1 no help; may need to try more.

REFERRALS:  Referral initiated to physical therapy ( Results Physiotherapy ) and a neurosurgeon ( Dr. Dr.Hubbard ).

 Orders:
 RFPT  Physical Therapist Referral  (Send-Out)
 RFNSUR  Neurosurgeon Referral  (Send-Out)

**Causalgia of lower limb** gralise should help; stay on other pain meds, incl. Cymbalta, Celebrex, PRN ULTRAM, TYL,

**Lumbar radiculopathy** NS eval.

**Numbness** still present on exam, as above.

 Orders: Again, I feel he is fully unable to perform the duties of his job, at present, ie., that he remain on disability,
therefore. F/U 3 weeks. All questions answered, in a 35 + minute visit.

CPT ® is a registered trademark of the American Medical Association

Claim Number: 9452367

# aetna

## Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

**Please Read The Following Carefully Before Completing Your Authorization. You May Refuse To Sign This Authorization.** *(See Section 6.)*

**1. Member Information (Information About Person For Whom This Authorization Is Requested.)**

| Last Name | First Name | Middle Initial |
|---|---|---|
| DAVIS | ARTHUR | C |

| Claim Number | Year of Birth | Daytime Telephone Number (include area code) |
|---|---|---|
| 9452367 | REDACTED | |

| Street Address | City, State and ZIP |
|---|---|
| REDACTED | Spring Hill TN 37174 |

**2.** This form requests a Member's unconditional authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.

**3.** The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)

> Any and all medical information including but not limited to information which relates to psychiatric or mental health, drug, substance abuse, and/or HIV Infection, including AIDS and related illnesses, concerning health care, advice and treatment and prescription history records(including but not limited to, medical records, histories, physical or diagnostic examinations reports and treatment notes).

**4.** If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed. (This section completed by Member)

- [✓] Health (This includes medical, dental, pharmacy, vision, and flexible spending account information)
- [✓] Behavioral Health (e.g., mental health, drug and alcohol abuse treatment)
- [✓] Disability  [ ] Life Insurance  [ ] Long Term Care  [ ] Workers' Compensation
- [ ] Other: *(please specify)* _____

**5.** By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations.)

> Service Providers, including but not limited, to physicians, therapists, medical practitioners, health care professionals, workers' compensation professionals, diagnostic facilities, hospitals, clinics and pharmacy related service organizations (including individuals or facilities which provide rehabilitation services or treatment).

**6. Expiration of this Authorization**

This authorization is valid throughout the processing and any term of your disability claim unless you indicate a shorter period below.

_____ through _____
mm/dd/yyyy                              mm/dd/yyyy

**Please review and complete important information on the reverse of this form.**

**WKAB**
GR-67940-26 (8-13) D

Page 1 of 3
R-POD

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 381 of 1151 PageID #: 8425

Claim Number: 9452367

---

**Employee Name**
ARTHUR DAVIS

---

**7.  Important: Your signature below means that you understand and agree to the following:**

- You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

- The information to be disclosed may be protected by law. Information disclosed under this authorization may be re-disclosed and no longer protected by federal privacy regulations.

- Failure to complete this form may prevent Aetna from receiving information necessary for the processing of your disability claim, which may result in a disability claim denial. Failure to complete this form will not however impact your receipt of medical services from providers.

- You may revoke this Authorization at any time by notifying Aetna in writing, but please note that actions Aetna has taken before we received your revocation will still be valid under this authorization.

- You may receive a copy of this form if you request it in writing from the address listed below.

---

**8.  Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date 2/6/2015 |
|---|---|

Print Name    Arthur Cyril Davis Jr.

---

**If not the Member, describe your relationship to the Member:**

☐ Caregiver
☐ Legal Representative
☐ Other: _____

If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, or other relevant document designating you as the representative.

---

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above):**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

---

Return this completed form to:    **Aetna Life Insurance Company**
PO Box 14560
Lexington, KY 40512-4560

Telephone Number:    **800-354-1779**
Fax Number:    **1-866-667-1987**

---

**WKAB**
GR-67940-26 (8-13) D

Page 2 of 3


Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 382 of 1151 PageID #: 38426

# aetna®   **Disability Appeal Request Form**

We ask that you submit a request for appeal in writing. You may complete this form to assist us in review of your disability claim. You may also attach additional pages if you need more room to answer the questions below.

*Note: Completion of this form is voluntary. You may use this form to submit your appeal. If you have already submitted your appeal you may use this form to supplement your appeal, along with any other information you would like us to review with your appeal.*

Under ERISA guidelines, if you disagree with your claim determination, in whole or in part, you may file a request to appeal this decision within 180 days of receipt of this notice. The review of appeal will consist of a review of your claim based on information already existing in your file along with any additional information, records, documents, comments or other relevant material you submit in support of your appeal.

Mail or fax this completed form along with a signed copy of the enclosed *Authorization for Aetna to Request Protected Health Information Necessary to Process a Disability Claim* and any additional documentation to:

**Aetna Disability Appeals**
PO Box 14578
Lexington, KY 40512-4578
Phone: **1-800-688-6820**
Fax: **1-855-733-1262**

| Claimant Name: Arthur Cyril Davis Jr | Claimant Employer: Dell INC | Claim Number: 9452367 |
|---|---|---|
| Current Mailing Address: REDACTED Spring Hill, TN 37174 | Can we contact you via email? Yes ☒  No ☐ | |
| | Claimant Email Address: REDACTED | |
| Home Phone: Same | Cell Phone: REDACTED | |
| Preferred Method of Contact: ☒ Cell  ☐ Home  ☐ Email | | |
| May we leave you a detailed voicemail message? (Please note that the message may include claim and/or medical information)   Yes ☒  No ☐ | | |

**If someone other than you is filing this appeal, please provide the following:**

| Name of person assisting: | Daytime phone number: |
|---|---|
| Relationship to member: | Evening phone number: |

**Please answer the following questions as applicable:**
**(Note: any additional information supplied will be utilized in support of your appeal review):**

Please state the reason why you are appealing the claim denial.
I find myself in an unusual situation. I have worked since I was 13 yrs old but my body is failing me. My feet burn all day, my back is constantly in pain and the numerous medications have terrible side effects. I can no longer work and I need to support myself.



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 383 of 1151 PageID #: 8427

Arthur Cyril Davis Jr.

Spring Hill, TN 37174

January 21, 2015

## Aetna Long Term Disability Appeal

Ref: Claim No. 9452367
Employee ID 00734260
Dell Inc.

Dear Ms. Lee;

On September 27, 2013 I was struck from behind by another driver. The following Monday I began to experience tingling in both my legs and I contacted an Orthopedic Back surgeon at Premier Orthopedic. From the first doctor visit until today I have been fighting to return to my previous healthy condition. I have seen numerous doctors and actually started the entire process over in October of 2014. My primary care doctor suggested I meet with Dr. Paul Buechel a neurologist in Franklin TN and we finally started to make some progress. Dr Buechel requested another MRI which showed Bone fragments, chips floating in my back.

I was attending Physical Therapy with Results Physiotherapy in Spring Hill, TN and they had pinpointed an area with spurs causing extreme pain.

I experience pain in my back 24 hours a day. I experience burning in the soles of my feet 24 hours a day. I have been trying for two months to get a full nights sleep.
I was first prescribed Pamelor 25MGs, that did not work. Next it was Tramadol 100 MGs, that did not work, next it was Metaxalone 800Mgs. That did not work. Now I am taking Doxepin 25 Mgs and it does seem to work with 900 Mgs of Gralise. The problem is I am drowsy all day with these medications and it is extremely difficult to function.
If I don't take the pills the foot burning gets worse and worse until it becomes unbearable.

I don't have hobbies or socialize. I go to church on Sunday mornings and I return home. I can't focus to enable reading. The constant battle with depression has reduced my phone calls to only necessary calls. I take 80 Mgs of Cymbalata and 20 Mgs of Citalopram daily for depression and back pain. I am definitely not enjoying my current situation.

I am also experiencing issues with my right shoulder. Xrays are not conclusive and my doctor, James Renfo at Premier Orthopedics has given me two injections and I spent three sessions with Physical Therapy. There is extreme pain when I hold my arm at

0129150001

certain angles, muscle, finger and hand fatigue and I have weakness in that arm. My last injection was yesterday and I may need additional surgery.

I have worked since I was 13 years old. I was very accustomed to 60 hour work weeks and I loved it. My off hours were spent coaching sports and going to the movies or dining out. My life has changed dramatically  Dr Buechel is writing a response to your termination later and it will be sent shortly. You have copies of my medical records from Dr Buechel and he is referring me to a back surgeon to see if the Bone Spurs can be removed. He is also recommending a Pain Specialist that he feels will be more cognizant of my case.  I am doing everything possible to return to work, I am going to restart Physical Therapy again and spend $400 out of pocket for the treatments.
In addition the specialist office visits average $60-120 per visit but I am willing to pay to find a solution.

Thank you,

Arthur C Davis Jr

n129150001

# FedExOffice™

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date ___1/22/5___

Number of pages ___3___ (including cover page)

## To:

Name ___AetnaLife INSCo___

Company ___Dell IN: Appeals___

Telephone _____

Fax ___855-733-1262___

Comments _____

## From:

Name ___Arthur Davis Jr___

Company _____

Telephone REDACTED

```
7  90363 00711  1
Fax - Local Send
```

```
7  90363 00714  2
Fax - Domestic Send
```

```
7  90363 00720  3
Fax - International Send
```

fedex.com 1.800.GoFedEx 1.800.463 339

© 2009 FedEx. All rights reserved. Products, services and hour vary by location. 610.0P00.009  SEP.09

22706

DCN: 150122119282 PAGE: 001 SEQUENCE: SAF0123201500011001  TimeStamp: 10:01:26 pm EST

Arthur Cyril Davis Jr.
REDACTED
Spring Hill, TN 37174

January 21, 2015

# Aetna Long Term Disability Appeal

Ref:Claim No. 945236
Employee ID 0073426
Dell Inc.

Dear Ms. Lee;

On September 27, 2013 I was struck from behind by another driver. The following Monday I began to experience tingling in both my legs and I contacted an Orthopedic Back surgeon at Premier Orthopedic. From the first doctor visit until today I have been fighting to return to my previous healthy condition. I have seen numerous doctors and actually started the entire process over in October of 2014. My primary care doctor suggested I meet with Dr. Paul Buechel a neurologist in Franklin TN and we finally started to make some progress. Dr Buechel requested another MRI which showed Bone fragments, chips floating in my back.

I was attending Physical Therapy with Results Physiotherapy in Spring Hill, TN and they had pinpointed an area with spurs causing extreme pain.

I experience pain in my back 24 hours a day. I experience burning in the soles of my feet 24 hours a day. I have been trying for two months to get a full nights sleep. I was first prescribed Pamelor 25MGs, that did not work. Next it was Tramadol 100 MGs, that did not work next it was Metaxalone 800Mgs. That did not work. Now I am taking Doxepin 25 Mg and it does seem to work with 900 Mgs of Gralise. The problem is I am drowsy all day with these medications and it is extremely difficult to function. If I don't take the pills the foot burning gets worse and worse until it becomes unbearable.

I don't have hobbies or socialize. I go to church on Sunday mornings and I return home. I can't focus to enable reading. The constant battle with depression has reduced my phone calls to only necessary calls. I take 80 Mgs of Cymbalata and 20 Mgs of Citalopram daily for depression and back pain. I am definitely not enjoying my current situation.

I am also experiencing issues with my right shoulder. Xrays are not conclusive and my doctor, James Renfo at Premier Orthopedics has given me two injections and I spent three sessions with Physical Therapy. There is extreme pain when I hold my arm at

Case 1:15-cv-00086 Document 13-1 Filed 02/18/16 Page 387 of 1151 PageID #: 8731

certain angles, muscle finger and hand fatigue and I have weakness in that arm. My last injection was yesterday and I may need additional surgery.

I have worked since I was 13 years old. I was very accustomed to 60 hour work weeks and I loved it. My off hours were spent coaching sports and going to the movies or dining out. My life has changed dramatically  Dr Buechel is writing a response to your termination later and it will be sent shortly. You have copies of my medical records from Dr Buechel and he is referring me to a back surgeon to see if the Bone Spurs can be removed. He is also recommending a Pain Specialist that he feels will be more cognizant of my case.  I am doing everything possible to return to work, I am going to restart Physical Therapy again and spend $400 out of pocket for the treatments. In addition the specialist office visits average $60-120 per visit but I am willing to pay to find a solution.

Thank you,

Arthur C Davis Jr



# Fax Message

---

**To:**      AETNA BES

**Fax:**      1-866-667-1987

**From:**      Garcia, Frances E

**Date:**      1/14/2015 12:46 PM
**Pages:**      1 of 5 (including this page)
**Subject:**      SSDI Reconsideration Appeal Denial Letter   Claim# 9452367 LTD     Member :
DAVIS, ARTHUR

---

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed
and may contain confidential and/or proprietary information. If you are not the intended
recipient or the employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution, or copying of this
communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number
above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by
federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this
information by you without the express written consent of the person to whom it pertains or as
otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or
other information is NOT sufficient for this purpose. The federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient.

SSDI Reconsideration Appeal Denial Letter  Claim# 9452367 LTD     Member : DAVIS,ARTHUR

Fran Garcia
Allsup Onsite Administrative Assistant
Aetna Tampa

928
359/DRJ

**Social Security
Notice of Reconsideration**

From: Social Security Administration

ARTHUR C DAVIS JR

MURFREESBORO TN 37128

DATE: 01/09/15

CLAIM NUMBER: REDACTED

CLAIM FOR
[X] Disability Insurance Benefits
[] Disabled Widow, Widower Benefits
[] Childhood Disability Benefits
[] Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Disability Adjudication and Review. If you want a hearing you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office or on the Internet at http://www.socialsecurity.gov/disability/appeal. As part of the appeal process, you also need to tell us about your current medical condition. We provide a form for doing that, the Disability Report - Appeal. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete the report online after you complete the online Request for Hearing by Administrative Law Judge. Read the enclosed leaflet for full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social

Form SSA-L928-U2 (2-90)

Security office. Most questions can be handled by telephone or mail. If you visit
an office, however, please take this letter with you.

Summarized below are legal requirements for the various types of disability claims:

DISABILITY INSURANCE CLAIM

To be considered disabled, a person must be unable to do any substantial gainful work
due to a medical condition which has lasted or is expected to last for at least 12
months in a row. The condition must be severe enough to keep a person from working
not only in his or her usual job, but in any other substantial gainful work. We look
at the person's age, education, training and work experience when we decide whether
he or she can work.

DISABLED WIDOW (WIDOWER) CLAIM

A widow, widower, or surviving divorced wife (age 50-60) must meet the disability
requirement of the law within a specified 7-year period. A person may be considered
disabled only if he or she has a physical or mental impairment that is so severe as
to ordinarily prevent a person from working. The disability must have lasted or be
expected to last a continuous period of at least 12 months.

CHILDHOOD DISABILITY BENEFITS

Childhood disability benefits may be paid to a person age 18 or older if the person
has a disability which began before age 22 or within 84 months of the end of an
earlier period of childhood disability. The condition, whether physical or mental,
must be severe enough to keep the person from doing any substantial gainful work. We
look at the person's age, education and previous training when we decide whether he
or she can work. In addition, the condition must have lasted or be expected to last
for at least 12 months in a row.

Enclosure:                                                                    565
SSA Pub. No. 70-10281,

cc:  Lindsey Lehman
     300 Allsup Place
     Belleville IL 62223

Page:    2

X47042/359/KDW

SOCIAL SECURITY ADMINISTRATION

## EXPLANATION OF DETERMINATION

| Name of Claimant | W/E's Name (If CDB or DWB) | SSN | Type of Claim |
|---|---|---|---|
| ARTHUR C DAVIS JR | | REDACTED | RCDIB |

The following reports were used to decide this claim in addition to those listed on the previous notice:

PREMIER RADIOLOGY  11/06/13  11/06/14
Dr Jason R Knox DPM  06/09/14
DR WILLIAM FLEET MD  03/27/12  02/24/14
TOTTY CHIROPRACTIC  09/08/14  09/10/14
DR BRENNA GREEN DO  10/22/13  06/19/14
HERITAGE MEDICAL ASSOCIATES  02/19/13  10/20/14


We requested but did not receive any other reports.  However, the above reports contained enough information to evaluate this claim.

We have looked again at all the information regarding your condition.

You said you are unable to work because of a back injury, shoulder pain, pain in both knees, foot burning, asthma, high blood pressure, depression, anxiety, concentration problems, and memory problems.

Although you do have back, shoulder, knee, and foot pain, the evidence shows that you are able to stand, move about and use your arms, hands and legs in a satisfactory manner.

Although you have stated that you are short of breath, medical records show your breathing capacity to be adequate for many daily activities.

The evidence shows that your blood pressure, though higher than normal at times, has not seriously damaged your heart, kidney, or other vital organs.

Although you experience depression, anxiety, concentration problems, and memory problems, your records show that you are able to communicate with others, act in your own interest and perform most ordinary activities.

We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.


We have determined that your condition is not severe enough to keep you from working.  We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

The determination on this claim was made by an agency of the State.  It was not made by the doctors or other people or agencies who submitted reports.  Any evidence they gave us was used in making the determination.  Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

Form  SSA-4268-U4   (1/85)

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 393 of 1151 PageID #: 9437

# aetna

## Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

**Please Read The Following Carefully Before Completing Your Authorization. You May Refuse To Sign This Authorization. (See Section 6.)**

**1. Member Information (Information About Person For Whom This Authorization Is Requested.)**

| Last Name | First Name | Middle Initial |
|---|---|---|
| DAVIS | ARTHUR | C |

| Claim Number | Year of Birth | Daytime Telephone Number (include area code) |
|---|---|---|
| 9452367 | REDACTED | |

| Street Address | City, State and ZIP |
|---|---|
| REDACTED | Murfreesboro, TN 37128 |

**2.** This form requests a Member's unconditioned authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.

**3. The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)**

Any and all medical information including but not limited to information which relates to psychiatric or mental health, drug, substance abuse, and/or HIV infection, including AIDS and related illnesses, concerning health care, advice and treatment and prescription history records(including but not limited to: medical records, histories, physical or diagnostic examinations reports and treatment notes).

**4. If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed. (This section completed by Member)**

☐ Health (This includes medical, dental, pharmacy, vision, and flexible spending account information)
☐ Behavioral Health (e.g., mental health, drug and alcohol abuse treatment)
☐ Disability  ☐ Life Insurance  ☐ Long Term Care  ☐ Workers' Compensation
☐ Other: (please specify)

**5.** By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations.)

Service Providers, including but not limited, to physicians, therapists, medical practitioners, health care professionals, workers' compensation professionals, diagnostic facilities, hospitals, clinics and pharmacy related service organizations (including individuals or facilities which provide rehabilitation services or treatment).

**6. Expiration of this Authorization**

This authorization is valid throughout the processing and any term of your disability claim unless you indicate a shorter period below.

| | through | |
|---|---|---|
| mm/dd/yyyy | | mm/dd/yyyy |

**Please review and complete important information on the reverse of this form.**

WKAB
GR-87940-28 (8-13) D

Claim Number: 9452367

**Employee Name**
**ARTHUR DAVIS**

7.   **Important: Your signature below means that you understand and agree to the following:**

* You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

* The information to be disclosed may be protected by law. Information disclosed under this authorization may be re-disclosed and no longer protected by federal privacy regulations.

* Failure to complete this form may prevent Aetna from receiving information necessary for the processing of your disability claim, which may result in a disability claim denial. Failure to complete this form will not however impact your receipt of medical services from providers.

* You may revoke this Authorization at any time by notifying Aetna in writing, but please note that actions Aetna has taken before we received your revocation will still be valid under this authorization.

* You may receive a copy of this form if you request it in writing from the address listed below.

8.   **Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date |
|---|---|
| *Arthur C Davis* | 02/11/2014 |

Print Name
Arthur C Davis, Jr.

If not the Member, describe your relationship to the Member:
☐  Caregiver
☐  Legal Representative
☐  Other: _____

If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, or other relevant document designating you as the representative.

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above):**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

| | | |
|---|---|---|
| Return this completed form to: | **Aetna Life Insurance Company** | |
| | PO Box 14560 | |
| | Lexington, KY 40512-4560 | |
| Telephone Number: | 800-354-1779 | |
| Fax Number: | 1-866-667-1987 | |

**WKAB**
GR-67340-26 (8-13) D

Page 2 of 3

||| barcode |||
8220140004
0112150030

Claim Number: 9452367

**Employee Name**
DAVIS, ARTHUR

### 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

WKAB
GR-67940-26 (8-13)

Page 3 of 3



√ M & I √

*needs updated records*

**aetna®**

PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

11/24/2014

ARTHUR DAVIS
REDACTED

Franklin TN - 37068

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

DOB: REDACTED

HPDG
1-5-15
6

Dear ARTHUR C DAVIS:

The Dell Inc group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing in regards to your ongoing claim for Long Term Disability (LTD) benefits. Please review this entire letter as it contains important information regarding your eligibility for ongoing benefits.

We have made several attempts to reach your physician(s) Dr. Steven Nyquist and Dr. Tadayuki Yoneyama on 11/06/2014 and 11/21/2014 to obtain updated information on your claim. To date, we have not received the requested information.

In regard to disability, your policy indicates:

A Period of Disability
A period of disability starts on the first day you are disabled as a direct result of a significant change in your physical or mental condition occurring while you are insured under this Plan. You must be under the regular care of a physician. (You will not be deemed to be under the regular care of a physician more than 31 days before the date he or she has seen and treated you in person for the disease or injury that caused the disability.)

Your period of disability ends on the first to occur of:

• The date Aetna finds you are no longer disabled or the date you fail to furnish proof that you are disabled.
• The date you cease to be under the regular care of a physician.

If you continue to be disabled, your disability benefit plan requires you to be under the care of a physician and to submit continuing proof of your disability. Updated medical documentation to certify your disability will be needed from your disabling Physicians every 3 months or after every follow up appointment.

This information is necessary for us to determine whether you continue to meet the definition of disability described in your LTD plan, as it will provide us information regarding how your medical condition imposes limitations upon your ability to perform your work duties.

Provide us with current medical documentation which:
• Established that you are disabled from your own occupation;
• Includes medical documentation, such as chart notes and diagnostic test results, to support your diagnosis and claim for disability; and

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 397 of 1151 PageID #: 3941
AR 00394741

• Provides specific functional abilities, including any and all restrictions and limitations.

We encourage you to contact your providers and expedite this request, as it is ultimately your responsibility to provide proof of disability. Please forward this information to our office no later than 12/24/2014 or your LTD benefits may be jeopardized. If we do not receive the current office notes from all disabling physicians by 12/24/2014, your claim will be reviewed based on what is currently in your file and your claim may be closed.

If you have any questions, please call 800-354-1779.

Sincerely,

SHAWNDRA LEE
LTD BENEFIT MANAGER
Aetna Life Insurance Company





# Fax Message

**To:**       Dr. Steven Nyquist

**Fax:**      615-771-1109

**From:**     Lee, Shawndra E

**Date:**     11/6/2014 3:11 PM
**Pages:**    1 of 4 (including this page)
**Subject:**  Re: Arthur Davis REDACTED

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed
and may contain confidential and/or proprietary information. If you are not the intended
recipient or the employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution, or copying of this
communication is strictly prohibited.
*If you received this communication in error, please notify the sender at the phone number
above.*

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by
federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this
information by you without the express written consent of the person to whom it pertains or as
otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or
other information is NOT sufficient for this purpose. The federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient.

0112150039

# aetna

**Disability Services**
P.O. Box 14560
Lexington, KY 40512

**********************MIXED AADC 370
2171 1 MB 0.435                              14
REDACTED
FRANKLIN TN 37068-1311



*****AUTO**MIXED AADC 300
961 2 MB 0.435                    000961
AETNA
SHAWNDRA LEE              9 pgs
PO BOX 14560
LEXINGTON, KY  40512-4560

# ATTENTION
Confidential Information enclosed.
To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service.  Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

0112150039

# aetna℠

# **Fax Message**

_____

**To:**      BES

**Fax:**      866-667-1987

**From:**      Lee, Shawndra E

**Date:**      1/8/2015 12:14 PM
**Pages:**      1 of 5 (including this page)
**Subject:**      Re: Job Description on claim# 9452367

_____

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Shawndra Lee
LTD Disability Benefit Manager
Aetna Inc.
Disability and Leave Management Services
Toll Free Number (800)354-1779, ext 6932227
Direct : (954)693-2227
Fax: (866)667-1987
Email : Lees4@aetna.com

DCN: 150108069980 PAGE: 003 SEQUENCE: SWF0108201502124001  TimeStamp: 12:21:14 pm EST

## STD_LOA

**From:** Susan_Parker@Dell.com
**Sent:** Friday, January 17, 2014 10:32 AM
**To:** STD_LOA; US_Leave_Administrator@Dell.com
**Cc:** RTW
**Subject:** RE: Action Needed - Job Analysis Worksheet: DAVIS, A. - Claim: 8893435

**Dell - Internal Use - Confidential**

**From:** STD_LOA@aetna.com [mailto:STD_LOA@aetna.com]
**Sent:** Friday, January 17, 2014 9:20 AM
**To:** STD_LOA@aetna.com; US Leave Administrator; Parker, Susan
**Cc:** std_loa@aetna.com; rtw@aetna.com
**Subject:** Action Needed - Job Analysis Worksheet: DAVIS, A. - Claim: 8893435

Action Needed: ARTHUR DAVIS - Claim: 8893435

Your company provides Aetna with a generic job description. However, as part of Aetna's claim administration process, specific job duties are necessary therefore we are asking you to complete the Job Analysis worksheet below and return it to my attention as quickly as possible. Failure to do so may result in a delay or denial of this employee's claim. Also, if the employee has returned to work, please notify Aetna as soon as possible. Thank you for your assistance.

FIRST DAY ABSENT: 10/09/2013
LAST DAY WORKED: 10/08/2013
PROJECTED RETURN TO WORK:

Job Analysis

(To Be completed by employee's Immediate Supervisor)

Employee: Arthur Davis                         Job Title: _inside sales rep_____

STD Case_____    Days worked per week:_5__    No. of hours per day: 8___    Overtime? Yes  ~~No~~

Brief Description of Job Duties:

Using the above guidelines, please rate each of the following activities as *Frequent, Occasional, Seldom, or*

1

*Never:*

| Lifting/Carrying | Frequent | Occasional | Seldom | Never | Can Assistance be Provided? | Describe Assistance |
|---|---|---|---|---|---|---|
| 1-10 lbs. | | | | x | | |
| 11-20 lbs. | | | | x | | |
| 21-50 lbs. | | | | x | | |
| 51-100 lbs. | | | | x | | |
| Over 100 lbs. | | | | x | | |
| Pushing | | | | x | | |
| Pulling | | | | x | | |
| Reaching | | | | x | | |
| Overhead Work | | | | x | | |

TRAVELLING_____ DOMESTIC_____ INTERNATIONAL_____ PER WEEK_____ PER MONTH_____

**Indicate number of hours per day each activity is performed:**

Sitting_8____ Walking_____ Standing_____ Kneeling_____ Squatting_____ Climbing Stairs_____ Supervising Others_____

**Occupational Requirements** *(check all that apply)*

Senses: Far Vision____ Near Vision__x__ Peripheral Vision_____ Depth Perception_____ Hearing_x___ Talking__x__
Repetitive Hand Use: Simple Grasp____ Twisting Motion____ Fine Manipulation____ Typing/Keyboarding_x____

**Occupational Hazards** *(check all that apply)*

Machine Operation____ Vibration____ Extreme Heat/Cold___ Noise_x___ Fumes/Gasses/Chemicals____ Vehicle Operation____ Poor Lighting____ Poor Ventilation____ Dust____ others____

**Cognitive Abilities** *(Indicate hours per day each task is required):*

_x____Follow Directions and Routines _____Concentrate, Memorize and Recall ___x___Analyze Data __x___Problem Solving _____Plans Activities or Projects _____Planning and Organizing __x____Work Independently With Appropriate Judgment ___x___Read, Write and Comprehend Numbers and Words

**Other Dimensions** *(Indicate hours per day each task is required):*

__x___Communicate Via Telephone __x___Complete Paperwork Responsibilities _____Express Ideas Effectively in Individual and Group Situations __x___Building Relationships __x____Negotiating/Influencing

**Additional Comments:**

Susan Parker

_____

*Name of Individual Completing Form*        *Division/Location*

Susan Parker- inside sales manager          512-513-2701

_____

*Signature and Title*        *Telephone No.*        *Fax No.*

2

Please contact us if you have any questions concerning this request.

AKINKAWON TURNER
STD / LOA Benefit Manager
800-354-1779 extension 6932726

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

3



**PO BOX 19072**
**GREEN BAY WI 54307-9072**
**Voice : 866-420-7455  Fax : 920-406-6537**

12/24/2014

---

To
Company                          AETNA
Fax Number                       18776937258
Voice Number                     800-882-5968


From                             Customer Relations
Fax                              920-406-6537
Voice                            866-420-7455
Subject                          **InvalidApprovalnotice**
Order #                          36177201


Notes


This fax and any files transmitted with it are confidential and may contain information which is
legally privileged or otherwise exempt from disclosure. They are intended solely for the use of
the individual or entity to whom this fax is addressed. If you are not one of the named
recipients or otherwise have reason to believe that you have received this fax in error, please
immediately notify the sender and return or shred these documents immediately. Any other
use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited

# Invalid Authorization Notice



**NOTICE DATE: 12/24/2014**

|  |  |
|---|---|
|  | Patient: **DAVIS, ARTHUR** |
| **AETNA** | SSN: |
| **PO BOX 14560** | Claim/File #: **9452367** |
|  | Order #: **36177201** |
| **LEXINGTON, KY 40512-4560** | Fax #: **877-693-7258** |

IMG

Records requested from: **HERITAGE MEDICAL ASSOCIATES**

**Dear Requester:**

iod incorporated has been retained by the medical facility listed above to handle release of information requests such as yours.

Unfortunately we will not be able to comply with your request due to the following:

**The Authorization to release the records is not valid in accordance with State or Federal law.**

» Authorization is not HIPAA compliant.

» Please complete the enclosed Patient Authorization Form and mail or fax it back to us.

If you have any questions regarding this notice, please contact Medical Records Department at 615-284-2222.

*iod incorporated  Tax ID No. 65-0765287*
*222 22ND STREET SUITE 100   NASHVILLE, TN 37203*
*Phone 615-284-2222  * Fax 615-327-5461*



## Medical Records Release Authorization
### Version 1.3 External

I hereby authorize Heritage Medical Associates to release or disclose to the below-named facility all of my medical records, including any specially protected records, such as those relating to psychological or psychiatric impairments, drug abuse, <u>alcoholism, sickle cell anemia, or HIV infection for the purpose of medical treatment.</u>

## Please "Print" and complete all sections to insure your request is handled in a timely manner
## MAIL RECORDS TO: _____

Special Instructions if any: _____
(Specific information requested, etc.) _____

**PURPOSE OF DISCLOSURE:** _____

Patient's Name: _____
Address: _____
Telephone Number: _____
Patient's S.S.#_____ Patient's Date of Birth:_____

<u>If you Do Not Want certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be released as specified above.</u>

*I hereby authorize (Physician/facility's full name)_____to release the information specified to the organization, agency, or individual named on this request with the exception of:

Initials                    Initials                                                          Initials
_____Substance abuse, if any    _____Psychological or psychiatric conditions, if any    _____AIDS/HIV/STD's, if any

*This Authorization will expire on the following date or upon the occurrence of the following event:_____*
* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by Heritage Medical Associates or its physicians, employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to Heritage Medical at the address shown below.
* I understand that I am not required to sign this Authorization. Heritage Medical Associates will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
* I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit Heritage Medical Associates' or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or health care operations, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** _____  **Date:**_____

**Relationship to the patient:**_____

Heritage Medical Associates * 222 22nd Ave. North, Ste 100, Nashville, TN 37203-1870 * (615) 284-2222

**For an Authorization to be valid, in accordance with State and Federal laws, it must contain all of the following points:**

| | |
|---|---|
| **1.** | **Identify the Patient**. The Patient's name is necessary. The Patient's Date of Birth and/or Social Security Number is optional, but is useful in correctly identifying the Patient. |
| **2.** | **Be dated.** |
| **3.** | **I nclude a specific expiration date** or event that pertains to the purpose of the disclosure. "24 Months", "One year", "Valid for the duration of the claim", are considered specific. The request for records created after the date of signature on the authorization cannot be released. Please update your authorization to include "records created after date of signature" and have the patient sign it and submit this to us so that we may release the records requested. |
| **4.** | **Not be expired** by the date the request was received. It is permissible to release records beyond the expiration date as long as it was received prior to the expiration date. |
| **5.** | **Be signed** by the patient or the patient's personal representative. The patient's personal representative is a person who is able to authorize medical treatment for the patient or who is acting on behalf of a deceased patient. If the authorization was signed by the Patient's personal representative, then it must provide proof of Legal Guardianship or Power of Attorney and it must provide a description of the patient's personal representative's authority to act for the patient with regard to Healthcare. |
| **6.** | **Include the name of the provider** being asked to disclose the information. It is not OK for the Provider to be identified on the cover letter of the request; it does have to be included in the body of the Authorization form. |
| **7.** | **Provide the name and address of the Requester** to which the information is to be disclosed. It is OK for the Requester name and address to be provided on the cover letter of the request; it does not have to be included in the body of the Authorization form. |
| **8.** | **Provide a specific and meaningful description of the information to be disclosed**. Examples: "ER Report from 5/1/99", "Any and all records" etc. |
| **9.** | **Give a brief description of the purpose of the disclosure**. Examples: "My own personal use", "Legal", "Transferring care", "Insurance benefits" etc. The statement, "at the request of the individual/patient", is sufficient for this purpose. |
| **10.** | **Specifically cover any State and/or Federally protected information** if protected information is contained in the patient's chart. |
| **11.** | **Include a statement concerning the patient's right to revoke the authorization in writing**. |
| **12.** | **Include a statement regarding the exceptions to the right to revoke an authorization** and a description of how to revoke, or a reference to the Notice of Privacy Practices that includes this information. |
| **13.** | **Include a statement whether the information disclosed might be re-disclosed** by the recipient, and therefore, no longer protected.. |
| **14.** | **If the requesting party is a health plan (i.e.: Regence, Molina, Blue Cross, Medicare, etc.) and they are requesting records for a patient who is applying for Health Insurance, then** ... include a statement that the Health Care Provider may not condition treatment, payment or eligibility for benefits on whether the patient signs the authorization, or if the Health Care Provider can condition treatment on obtaining authorization, a description of the consequences to the patient for refusing to sign. |

 **aetna®**

PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

12/09/2014

 ARTHUR DAVIS
**REDACTED**
Franklin TN - 37068

Group Control No:     0476626
Employer:             Dell Inc
Employee:             MR. ARTHUR DAVIS
Disability Claim Case No:  9452367

Dear ARTHUR C DAVIS:

The Dell Inc group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing in regards to your ongoing claim for Long Term Disability (LTD) benefits. Please review this entire letter as it contains important information regarding your eligibility for ongoing benefits.

On 11/24/2014, we advised you through mail that we have not been successful in obtaining updated medical information from your physician(s).

We have made several attempts to reach your physician(s) Dr. Steven Nyquist and Dr. Tadayuki Yoneyama on 11/06/2014 and 11/21/2014 to obtain updated information on your claim. To date, we have not received the requested information.

In regard to disability, your policy indicates:

A Period of Disability
A period of disability starts on the first day you are disabled as a direct result of a significant change in your physical or mental condition occurring while you are insured under this Plan. You must be under the regular care of a physician. (You will not be deemed to be under the regular care of a physician more than 31 days before the date he or she has seen and treated you in person for the disease or injury that caused the disability.)

Your period of disability ends on the first to occur of:

• The date Aetna finds you are no longer disabled or the date you fail to furnish proof that you are disabled.
• The date you cease to be under the regular care of a physician.

If you continue to be disabled, your disability benefit plan requires you to be under the care of a physician and to submit continuing proof of your disability. Updated medical documentation to certify your disability will be needed from your disabling Physicians every 3 months or after every follow up appointment.

This information is necessary for us to determine whether you continue to meet the definition of disability described in your LTD plan, as it will provide us information regarding how your medical condition imposes limitations upon your ability to perform your work duties.

Provide us with current medical documentation which:

- Established that you are disabled from your own occupation;
- Includes medical documentation, such as chart notes and diagnostic test results, to support your diagnosis and claim for disability; and
- Provides specific functional abilities, including any and all restrictions and limitations.

We encourage you to contact your providers and expedite this request, as it is ultimately your responsibility to provide proof of disability. Please forward this information to our office no later than 12/24/2014 or your LTD benefits may be jeopardized. If we do not receive the current office notes from all disabling physicians by 12/24/2014, your claim will be reviewed based on what is currently in your file and your claim may be closed.

If you have any questions, please call 800-354-1779.

Sincerely,

SHAWNDRA LEE
LTD BENEFIT MANAGER
Aetna Life Insurance Company



**aetna**
Disability Services
P.O. Box 14560
Lexington, KY 40512

*********************MIXED AADC 370
2574 1 MB 0-435                                    17
ARTHUR DAVIS
REDACTED
FRANKLIN TN 37068-1311

# Davis, Arthur C. REDACTED

Office/Outpatient Consultation
Visit Date: Thu, Oct 16, 2014 11:21 am
**Provider:** Paul Buechel, MD (Assistant: Ashton Lyons, )
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 10/16/2014 12:28:45 PM
Printed on 12/22/2014 at 10:52 am.

## SUBJECTIVE:

### CC:

Mr. Davis is a 51 year old male. He is here today for a consultation following a referral from the Primary Care Physician.

### HPI:

Mr. Davis presents with low back pain.. It began 09-27-2013. Symptoms are better with meds. Aggravating factors include exertion and movement in general. He estimates that the frequency of this symptom is daily. The typical duration of an episode is quite variable. Also he is having pains in R > L feet & ankles, of burn quality in feet, & "twisted sense" in ankles. This gets worse with physical activity, but he still tries to exercise 5 days/week, including stretching out his back, if feeling less pain, though he is always in some discomfort.

His problems started after an MVA in which he was rear-ended, 9-27-13; he had bilateral rotator cuff tears fixed, then saw Dr. Kaufman of ortho for his spine; L-MR report from 11-6 -13 was reviewed today, with "mild n.f. narrowing at R L4-5 & L L5-S1".

He was in PT 2 mos, then tried "boot camp " PT too, then in 3/14, R foot started burning, now L side too, to lesser degree, esp. both at HS.

Dr. Prasad did 5/14 EMG, & told him he couldn't help; Arthur is frustrated, as has seen many docs, without benefit. His PCP has helped, though, with Cymbalta, some.

Had ESI's from Dr. Green @ pain clinic, x 1 , with only 24 hrs' benefit. Was severely painful, too.

Also has ssen Drs. Cote [FP], & Knox[podiatry].

Has sleep issues; just got back with wife, & also closing on house; trying to stay positive, he just started seeing Psych/a therapist, & Celexa was started.

Also rarely uses Oxycontin PRN sleep, only, & is on Celebrex 200/d.

No sciatica.

### ROS:

CONSTITUTIONAL: Positive for **fatigue, night sweats and unintentional weight gain**. Negative for chills, fever or unintentional weight loss.
EYES: Positive for **use of glasses or contacts**. Negative for blurred vision, eye pain or photophobia.
E/N/T: Negative for ear pain, diminished hearing, tinnitus, use of dentures, hoarseness and tooth pain.
CARDIOVASCULAR: Negative for dizziness, palpitations, pedal edema and tachycardia.
RESPIRATORY: Positive for **frequent wheezing**. Negative for recent cough or dyspnea.
GASTROINTESTINAL: Positive for **constipation**. Negative for abdominal pain, acid reflux symptoms, dysphagia, diarrhea, heartburn, nausea, vomiting or odynophagia.
GENITOURINARY: Negative for dysuria, lesions on external genitalia, hematuria, high risk sexual behavior, history of recurrent UTIs, nocturia, polyuria and urinary incontinence.
MUSCULOSKELETAL: Positive for **arthralgias, back pain, joint stiffness and limb pain**. Negative for myalgias.
INTEGUMENTARY: Negative for rash.
NEUROLOGICAL: Positive for **confusion, dizziness, generalized pain, headaches, memory loss, paresthesias and weakness**. Negative for ataxia, fainting, nausea/vomiting, seizures, speech disorder, tremor or vertigo.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding and history of blood transfusion.
ENDOCRINE: Positive for **temperature intolerances, polydipsia and excessive sweating**. Negative for hair loss.
ALLERGIC/IMMUNOLOGIC: Positive for **seasonal allergies and urticaria**. Negative for risk factors for HIV.
PSYCHIATRIC: Positive for **anxiety**.

CPT® is a registered trademark of the American Medical Association

**Davis, Arthur C.** REDACTED
Office/Outpatient Consultation
Visit Date: Thu, Oct 16, 2014 11:21 am
Provider: Paul Buechel, MD (Assistant: Ashton Lyons, )
Location: KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 10/16/2014 12:28:45 PM
Printed on 12/22/2014 at 10:52 am,

<u>Current Medications:</u>
Last Reviewed on 9/15/2014 02:06 PM by Campbell, Gretchen H.
None

## OBJECTIVE:

<u>Vitals:</u>

<u>Current:</u> 10/16/2014 11:24:58 AM
Ht: 6 ft, 0 in;  Wt: 245 lbs;  **BMI: 33.2**
**BP: 144/88 mm Hg** (left arm, sitting);  P: 82 bpm;  R: 18 bpm

<u>Exams:</u>

GENERAL: well developed, well nourished, in no apparent distress head normocephalic atraumatic
EYES: lids and conjunctiva are normal; pupils and irises are normal; fundoscopic exam shows normal optic discs
MUSCULOSKELETAL: digits/nails: no clubbing, cyanosis, or evidence of ischemia or infection;  normal gait;
SKIN: no ulcerations, lesions, rashes or induration; skin is dry

NEUROLOGIC:
Mental Status:: Alert and oriented x 3;  Speech is fluent cranial nerves II-XII intact;
Motor exam: 5/5 bilateral upper and lower extremities;
 Tone is normal Tremors negative Reflexes: 2/4 DTR's elicited in biceps, triceps, brachioradialis, patellar, and ankle jerks
Sensation: has reduced R L4 & S1 dermatomes to sharp.;
Cooridination: Finger-to-nose intact..   Gait: see musculoskeletal exam above.
PSYCHIATRIC: alert and oriented x 3; appropriate affect and demeanor; no stocking loss, vibr/position OK, no
clonus/increased leg tone, romberg OK. SLR/patrick's OK bilat. No spinal column/muscle tenderness, to percussion. No
spasm palpable.

<u>Lab/Test Results:</u>

NEURO TEST RESULTS: **Lumbar MRI:** as above.  Chart from previous neurology practice reviewed in detail.  Chart from
PCP reviewed in detail.

## ASSESSMENT:

724.2  Low back pain
    DDx:
355.71  Causalgia of lower limb
    DDx:
722.10  Lumbar radiculopathy
    DDx:
782.0  Numbness
    DDx:

## PLAN:

 **Low back pain** seems musculoskeletal, +/- radicular; stressed need to stay active, with daily stretches, & his workouts,
up to 5 d/wk, as tolerated.

 **Causalgia of lower limb** for his neuropathic pains, will try Gralise, with Cymbalta. He uses very occasional Oxycontin,
too.
Cautioned about side effects of medication(s) in detail. Patient/caregiver expressed understanding. Discussed titration of

CPT is a registered trademark of the American Medical Association

**Davis, Arthur C. REDACTED**
Office/Outpatient Consultation
**Visit Date:** Thu, Oct 16, 2014 11:21 am
**Provider:** Paul Buechel, MD (Assistant: Ashton Lyons, )
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 10/16/2014 12:28:45 PM
Printed on 12/22/2014 at 10:52 am.
medication. Written insructions provided.

Prescriptions:
Gralise (Gabapentin) 600mg Tablet take 1 q PM with evening meal, x 1 week, then increase to 2 q Pm x 1 week, then increase to 3 q PM #90 (Ninety) tablet(s) Refills: 11 I gave him a RX card too.

**Lumbar radiculopathy** to be sure he has not worsened in his degenerative changes, esp. given his sensory deficits above, will re-check MR; has been 1 year since last ; allergic to fish/iodine, so will defer myelogram .
RADIOLOGY: I have ordered MRI of the Lumbar Spine without contrast. Will get 5/14 EMG results, too.

Orders:
72148 MRI/spinal, lumbar, w/o contrast  (Send-Out)

**Numbness** from radic? No PN on exam. Await MR.

**Follow-up:** A follow-up appointment will be scheduled for 3 weeks from now Patient evaluation by Paul Buechel, MD, (Board certified neurologist)

Orders: We had a very extensive 45+ minute visit; all questions answered.

CPT ® is a registered trademark of the American Medical Association

Office/Outpatient Visit
**Visit Date:** Tue, Dec 2, 2014 11:45 am
**Provider:** Paul Buechel, MD (Assistant: Ricky Peeple, )
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 12/17/2014 11:22:44 AM
Printed on 12/22/2014 at 10:52 am.

## SUBJECTIVE:

**CC:**
Mr. Davis is a 51 year old Black or African American male. This is a follow-up visit.

**HPI:**

Mr. Davis presents for a follow up evaluation of low back pain.. Nothing relieves the symptoms. Symptoms are worse with exertion. He estimates that the frequency of this symptom is varies. The typical duration of an episode is variable.

Neurontin makes him feel bad mentally, not helping pain; quit it after 3 wks.

Mr. Davis presents for a follow up evaluation of causalgia of lower limb.. Symptoms are better with lying perfectly still. Symptoms are worse with exertion. He estimates that the frequency of this symptom is varies. The typical duration of an episode is variable.

Mr. Davis presents for a follow up evaluation of lumbar radiculopathy.. Symptoms are better with meds. Symptoms are worse with exertion. He estimates that the frequency of this symptom is daily. The typical duration of an episode is variable.

Numbness is also noted.
**ROS:**
CONSTITUTIONAL: Positive for **fatigue, night sweats and unintentional weight gain**. Negative for chills, fever or unintentional weight loss.
EYES: Positive for **use of glasses or contacts**. Negative for blurred vision, eye pain or photophobia.
E/N/T: Negative for ear pain, diminished hearing, tinnitus, use of dentures, hoarseness and tooth pain.
CARDIOVASCULAR: Negative for dizziness, palpitations, pedal edema and tachycardia.
RESPIRATORY: Positive for **frequent wheezing**. Negative for recent cough or dyspnea.
GASTROINTESTINAL: Positive for **constipation**. Negative for abdominal pain, acid reflux symptoms, dysphagia, diarrhea, heartburn, nausea, vomiting or odynophagia.
GENITOURINARY: Negative for dysuria, lesions on external genitalia, hematuria, high risk sexual behavior, history of recurrent UTIs, nocturia, polyuria and urinary incontinence.
MUSCULOSKELETAL: Positive for **arthralgias, back pain, joint stiffness and limb pain**. Negative for myalgias.
INTEGUMENTARY: Negative for rash.
NEUROLOGICAL: Positive for **confusion, dizziness, generalized pain, headaches, memory loss, paresthesias and weakness**. Negative for ataxia, fainting, nausea/vomitting, seizures, speech disorder, tremor or vertigo.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, excessive bleeding and history of blood transfusion.
ENDOCRINE: Positive for **temperature intolerances, polydipsia and excessive sweating**. Negative for hair loss.
ALLERGIC/IMMUNOLOGIC: Positive for **seasonal allergies and urticaria**. Negative for risk factors for HIV.
PSYCHIATRIC: Positive for **anxiety**.

**PMH/FMH/SH:**
**Past Medical History:**

**Asthma, Automobile accident with injuries,**
**Chronic back pain,**
**Depression**
**Hypertension**

**Surgical History:**

**rotator cuff both shoulders 2014**

CPT ® is a registered trademark of the American Medical Association

# Davis, Arthur C. REDACTED

Office/Outpatient Visit
**Visit Date:** Tue, Dec 2, 2014 11:45 am
**Provider:** Paul Buechel, MD (Assistant: Ricky Peeple, )
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 12/17/2014 11:22:44 AM
Printed on 12/22/2014 at 10:52 am.

**Allergies:**
No Known Drug Allergies.

**Current Medications:**
Last Reviewed on 9/15/2014 02:06 PM by Campbell, Gretchen H.
Gralise 600mg Tablet take 1 q PM with evening meal, x 1 week, then increase to 2 q Pm x 1 week, then increase to 3 q PM
Amlodipine 10mg Tablet
Bystolic 10mg Tablet
Celebrex 200mg Capsules
Citalopram Hydrobromide 20mg Tablet 1 po q day
Cymbalta 30mg Capsules, Delayed Release
Omeprazole 20mg Capsules, Extended Release

# OBJECTIVE:

**Vitals:**

Current: 12/2/2014 11:49:14 AM
Ht: 6 ft, 0 in
**BP: 142/84 mm Hg** (right arm, sitting); P: 88 bpm; R: 20 bpm

**Exams:** MR L-sp shows L2-3 bulge, & mild L nf stenosis; L3-4 bulge with mild bilat nf; L4-5 shows bulge, & L5-S1 also, with marked L facet changes
at the latter.

GENERAL: well developed, well nourished, in no apparent distress head normocephalic atraumatic
EYES: lids and conjunctiva are normal; pupils and irises are normal; fundoscopic exam shows normal optic discs
MUSCULOSKELETAL: digits/nails: no clubbing, cyanosis, or evidence of ischemia or infection; normal gait;
SKIN: no ulcerations, lesions, rashes or induration; skin is dry

NEUROLOGIC:
Mental Status:; Alert and oriented x 3; Speech is fluent cranial nerves II-XII intact;
Motor exam: 5/5 bilateral upper and lower extremities;
 Tone is normal Tremors negative Reflexes: 2/4 DTR's elicited in biceps, triceps, brachioradialis, patellar, and ankle jerks
Sensation: has reduced R L4 & S1 dermatomes to sharp.;
Cooridnation: Finger-to-nose intact.. Gait: see musculoskeletal exam above.
PSYCHIATRIC: alert and oriented x 3; appropriate affect and demeanor; tender over lower L-spine, with + L paravertebral spasm. SLR's OK.

# ASSESSMENT:

724.2  Low back pain
    DDx:
355.71  Causalgia of lower limb
    DDx:
722.10  Lumbar radiculopathy
    DDx:
782.0  Numbness
    DDx:

# PLAN:

CPT ® is a registered trademark of the American Medical Association.

**Davis, Arthur C.** REDACTED
Office/Outpatient Visit
**Visit Date:** Tue, Dec 2, 2014 11:45 am
**Provider:** Paul Buechel, MD (Assistant: Ricky Peeple, )
**Location:** KCA Medical Group PLLC

Electronically signed by Paul Buechel, MD on 12/17/2014 11:22:44 AM
Printed on 12/22/2014 at 10:52 am.

**Low back pain** disc'd MRI, no surgical lesion, etc., & we need PT , with L-traction, etc.

REFERRALS: Referral initiated to physical therapy ( Results Physiotherapy ).

Orders:
RFPT Physical Therapist Referral (Send-Out)

**Causalgia of lower limb** Gralise stopped. Cymbalta & Celebrex continues.

**Lumbar radiculopathy** as above.

**Numbness** unchanged.

Orders: F/U 2 mos.

**Other Patient Education Handouts:**
Acute Low Back Pain

CPT ® is a registered trademark of the American Medical Association.



### Premier Radiology Cool Springs

*A member of the Saint Thomas Imaging Network*

Premier Radiology Cool Springs * 3310 Aspen Grove Drive, Suite 101 * Franklin, TN 37067
Phone: (615)771-0171 * Fax: (615)234-1501

| Name: | ARTHUR DAVIS | Exam Date: | 11/6/2014 |
|---|---|---|---|
| Patient ID: | 1000977943 | Referrer: | Paul Buechel, MD |
| Secondary ID: | REDACTED | 2nd Referrer: | |
| DOB: | | 3rd Referrer: | |
| Acc#: | 3820858 | | |

**PROCEDURE:** MRI LUMBAR SPINE WITHOUT CONTRAST

**TECHNIQUE:** Magnetic resonance imaging of the lumbar spine was performed using standard pulse sequences without contrast material. CPT 72148

**HISTORY:** Lumbago, Causalgia of lower limb , Displaced lumbar intervertebral disc. Patient complains of lumbago and bilateral feet burning for over one year. No recent trauma, and no previous surgery of lumbar spine. 724.2 Lumbago 722.10 Displaced lumbar intervertebral disc

**COMPARISONS:** November 6, 2013 .

**FINDINGS:**

5 lumbar type vertebral segments are assumed for the purpose of this dictation with the conus terminating at L1. There is no lumbar malalignment. Mild degenerative marrow findings at L3-L4. No additional lumbar marrow signal abnormality is appreciated. Review of the visualized retroperitoneal structures is unremarkable.

There are incompletely imaged degenerative findings in the lower thoracic spine with probable associated stenotic changes at T10-T11 asymmetric toward the RIGHT based on provided sagittal images.

L1-2: No significant abnormality .

L2-3: Minimal disc bulge favoring the LEFT mildly narrowing the LEFT foramen. No central, lateral recess, or RIGHT foraminal stenosis. .

L3-4: Spondylosis and disc desiccation. Circumferential disc bulge with mild facet arthropathy. Slight effacement of the ventral thecal sac without canal or lateral recess stenosis. Mild bilateral foraminal stenosis, slightly favoring the RIGHT. .

L4-5: Mild disc bulge and bilateral facet arthropathy. Effacement of the thecal sac without canal or lateral recess stenosis. No significant foraminal stenosis. .

L5-S1: Mild disc bulge. Facet arthropathy markedly asymmetric toward the LEFT area no canal, lateral recess, or RIGHT foraminal stenosis. Facet related LEFT foraminal stenosis which appears mild .

Other: None .

**IMPRESSION:**
1. Scattered lumbar degenerative and stenotic findings as detailed in the body of the report without more than mild stenosis at any level. Please see above for full description.
2. Incompletely imaged degenerative findings in the lower thoracic spine with probable associated stenosis at T10-T11 asymmetric toward the RIGHT. .

---

*Page 1*

Phone: (615)356-3999
Fax: (615)353-0462

 **Premier Radiology Cool Springs**

A member of the Saint Thomas Imaging Network

Premier Radiology Cool Springs * 3310 Aspen Grove Drive, Suite 101 * Franklin, TN 37067
Phone: (615)771-0171 * Fax: (615)234-1501

| Name: | ARTHUR DAVIS | Exam Date: | 11/6/2014 |
|---|---|---|---|
| Patient ID: | 1000977943 | Referrer: | Paul Buechel, MD |
| Secondary ID: | REDACTED | 2nd Referrer: | |
| DOB: | | 3rd Referrer: | |
| Acc#: | 3820858 | | |

ws:PMJTN-WK01

Thank you for allowing us to participate in the care of this patient.

Electronically Signed By Jeffrey Huggett, M.D. on 11/6/2014 12:15:43 PM CTZ

Direct Line (615)986-6088

Phone: (615)356-3999
Fax: (615)353-0462

DCN: 141222256756 PAGE: 021 SEQUENCE: SWF1223201400405001  TimeStamp: 11:30:02 pm EST


PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

## Facsimile Transmittal Sheet

| To: | From: |
|---|---|
| Dr. Steven Nyquist | Aetna Disability |
| Employer: | Date: |
| Dell Inc. | 11/06/2014 |
| Fax Number: 615-771-1105 | CLAIM NUMBER: |
| | 9457367 |
| Phone number: | Sender's Phone Number: |
| | 954-693-2227 |
| | Sender's FAX Number: |
| | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS | Total No. of Pages Including Cover:5 |
| Date of Birth REDACTED | |

Urgent  For Review  Please Comment  Please Reply  Please Recycle

I am the Disability Manager with Aetna handling Long Term Disability Benefits for the above patient. In order for us to continue Long Term Disability Benefits, we need to obtain objective medical data to support the claim.

Please provide the following information:

Progress notes from 08/01/2014 to present with objective exam findings.

Please provide current treatment plan: _____

_____

Last office visit _____ Next scheduled office visit _____

Return to work plan:
Does your patient currently have work capacity? Yes _____ No _____

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature: _____ Date: _____

PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP
Your prompt response is necessary in order to avoid termination of your patient's claim.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the

The in
you.

## aetna Behavioral Health Clinician Statement

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: (866) 667-1987

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| Patient Year of Birth | Provider Telephone Number | Clinical Manager Telephone Number |
| Patient Case Number | Provider Fax Number | Clinical Manager Fax Number |
| Claim Number: 9457367 | | |
| Patient Occupation: | | |
| Inside Sales Account Mgmt Iii | | |

Do you currently support your patient being out work? ☐ Yes ☐ No

**Diagnostic Impressions**

| Primary Diagnosis(es) Preventing Work (DSM V Code) | Mild | Moderate | Severe | Other Specifier |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Patient's Current Progress: ☐ Improved ☐ Stable ☐ Regressed

The patient has expressed the following barriers to returning to work
☐ Increase in work demands   ☐ Conflicts with supervisor   ☐ Anticipation of relapse   ☐ Recent unfavorable work evaluation
☐ Dissatisfaction with the job   ☐ Medication complications   ☐ Medical/Physical Complications   ☐ Other: _____

**Risk to Self/Others**

| | | | |
|---|---|---|---|
| 1. Current suicidal ideation? | ☐ Yes ☐ No | If Yes, please describe plan/intent: |
| 2. Current homicidal ideation? | ☐ Yes ☐ No | If Yes, please describe plan/intent: |
| 3. Have you and the patient agreed upon measures he/she should take should he/she become suicidal? | ☐ Yes ☐ No | If Yes, please describe: |
| 4. Is the patient able to report reasons for not harming self/others? | ☐ Yes ☐ No | If Yes, please describe: |

**Emotional Functioning**

| | | | |
|---|---|---|---|
| 1. Emotional state/mental status during exam (Describe affect, mood, range, stability, congruency with content). | | |
| 2. If the patient was tearful, was it appropriate to the context being discussed? | ☐ Yes ☐ No, please explain: | |
| 3. Requires assistance to compose self? | ☐ Yes ☐ No   If Yes, please describe: | |
| 4. Panic attacks? | ☐ Yes ☐ No | |
| a. Symptoms reported | | |
| b. Frequency of panic attacks/duration of each attack: | | |
| c. Interventions used: | | |
| d. Panic attack ever observed in exam? | ☐ Yes ☐ No   If Yes, please describe: | |

Additional Examination Findings/Notes

_____

_____

WKAB
GR-65317 (9-14) J

Page 1 of 1
B-POD

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 423 of 1151 PageID #: 2867

Claim Number: 9452367

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|

**Cognitive Functioning**

| | | |
|---|---|---|
| 1. Able to follow a three step command? | ☐ Yes | ☐ No, please provide exam details. |
| 2. Able to perform five operations of Serial 7's or 3's? | ☐ Yes | ☐ No, please provide exam details. |
| 3. Memory Function: ☐ Digit span forward = _____ ☐ Digit span backwards = _____ ☐ # of related words after 5 minutes = _____ ☐ Other measures/records | | |
| 4. Applied focus and concentration in session for periods of: ☐ 30-60 min. ☐ 15-30 min. ☐ 5-10 min. ☐ less than 5 min. | | |
| 5. Expressed his/her content circumstances and responses to direct questions appropriately? ☐ Yes ☐ No, please describe | | |
| 6. Reasoning and/or Judgment | ☐ Within normal limits | ☐ Impaired, please describe. |
| 7. Are psychotic symptoms present? (Delusions, hallucinations) | ☐ Yes ☐ No | If Yes, please describe. |
| 8. Was a mini mental status exam completed? | ☐ Yes ☐ No | If Yes, please provide score. |
| Additional Examination Findings/Notes | | |

**Behavioral Observations**

| | | |
|---|---|---|
| 1. Behaviors observed during exam. Please provide specific details. | | |
| 2. Psychomotor activity | ☐ Unremarkable | ☐ Impaired, please describe. |
| 3. Presented with appropriate dress and hygiene in session? | ☐ Yes | ☐ No, please describe. |
| 4. Difficulty with impulse control? | ☐ Yes ☐ No | Please describe. |
| 5. Speech: ☐ Normal ☐ Slurred ☐ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive | | |
| Additional Examination Findings/Notes | | |

**Activities of Daily Living**

| | | |
|---|---|---|
| 1. Is patient currently performing? ☐ Volunteer Work ☐ Attending School ☐ Self-Employed ☐ Work at a Lesser Demanding Job ☐ No Work Activities in Any Capacity | | |
| 2. Significant weight/appetite changes? ☐ Yes ☐ No Describe within _____ (Time frame) | | |
| 3. Sleep disturbances? ☐ Yes ☐ No Please describe. | | |
| 4. Socialization problems? ☐ Yes ☐ No Please describe. | | |
| 5. Owns/Maintains residence? ☐ Yes ☐ No    Performs routine shopping? ☐ Yes ☐ No    Pays bills? ☐ Yes ☐ No | | |
| 6. Is patient able to safely operate an automobile or other motorized vehicle? ☐ Yes ☐ No, please describe. | | |
| 7. What does your patient do on a daily basis? | | |

WKAB
GH-0017 (9-11) J

Page 1 of 1
R-PCD

DCN: 141121089309 PAGE: 005 SEQUENCE: SWF11212014030200001  TimeStamp: 02:34:46 pm EST

**Claim Number: 9452367**

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| | | |

**Treatment**

| | Start Date | End Date | Days Per Week | Frequency | Last Visit | Next Visit |
|---|---|---|---|---|---|---|
| ☐ Inpatient Care | | | | | | |
| ☐ Partial Hospitalization Programs | | | | | | |
| ☐ Intensive Outpatient (IOP) | | | | | | |
| ☐ Outpatient Psychotherapy | | | | | | |
| ☐ Medication Management | | | | | | |

**Medications**

| 1. Please list all current medications. |
|---|

| 2. Any recent changes in medications? | ☐ Yes  ☐ No   If Yes, please describe: |
|---|---|

| 3. Medication side effects? | ☐ Yes  ☐ No   If Yes, please describe: |
|---|---|

| Additional Examination Findings/Notes: |
|---|

**Referrals**

| 1. Have you referred your patient to any other providers? | ☐ Yes  ☐ No   If Yes, please provide name and contact information: |
|---|---|

| 2. Have you recommended that your patient stay home from work on disability? | ☐ Yes  ☐ No |
|---|---|

| 3. Please specify the recommended Start Date ___/___/___   End Date ___/___/___ |
|---|

**Claimant Return To Work Status**

1. Is your patient:
   ☐ Able to return to work FULL DUTY without modification. Full Duty release to return to work date _____

2. If your patient is not returning to work to his/her occupation, what capacity does he/she have to work at a different occupation?

3. What are the physical duties in your patient's occupation that he/she is able to perform at this time?

4. Can your patient volunteer or work part time?   ☐ Yes  ☐ No   If Yes, please indicate volunteer or part time with start date, number of hours per day, days per week, and duration of the limitations and restrictions. Please provide any other modifications for your patient to return to work.

5. Can your patient participate in vocational rehabilitation counseling?   ☐ Yes  ☐ No, please explain.

"Please attach the most recent office notes"

**Signature/Exam Date**

| Signature | Date Exam Completed |
|---|---|
| Print Name | Date Form Completed |
| Credentials | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

WKAB                                                                          Page 1 of 1
GR-69347 (9-16) J                                                              R-POD

DCN: 141121089309 PAGE: 007 SEQUENCE: SWF1121201403020001  TimeStamp: 02:34:46 pm EST

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 425 of 1151 PageID #: 2469



# Fax Message

*Need Signed from Authorization Patient*

| | |
|---|---|
| **To:** | Dr. Steven Nyquist |
| **Fax:** | 615-771-1109 |
| **From:** | Lee, Shawndra E |
| | |
| **Date:** | 11/6/2014 1:59 PM |
| **Pages:** | 1 of 5 (including this page) |
| **Subject:** | Re: Arthur Davis REDACTED |

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 426 of 1151 PageID #: 2670



# aetna

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

### Facsimile Transmittal Sheet

| To: | From: |
|---|---|
| Dr. Steven Nyquist | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 11/06/2014 |
| Fax Number: 615-771-1109 | CLAIM NUMBER: |
|  | 9452367 |
| Phone number: | Sender's Phone Number: |
|  | 954-691-2227 |
|  | Sender's FAX Number: |
|  | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS REDACTED<br>Date of Birth | Total No. of Pages including Cover:5 |

Urgent    For Review    Please Comment    Please Reply    Please Recycle

I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above patient. In order for us to continue Long Term Disability benefits, we need to obtain objective medical data to support the claim.

Please provide the following information:

Progress notes from 08/01/2014 to present with objective exam findings.

Please provide current treatment plan: _____

_____

Last office visit _____ Next scheduled office visit _____

Return to work plan:
Does your patient currently have work capacity? Yes _____ No _____

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature: _____ Date: _____

PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP
Your prompt response is necessary in order to avoid termination of your patient's claim.

Disclaimer:
This message is intended only for the use of the Individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the



| The in | **aetna** Behavioral Health Clinician Statement | | Aetna Life Insurance Company<br>PO Box 14560<br>Lexington, KY 40512-4560<br>Fax: 1-866-667-1987 |
|---|---|---|---|
| you. | Patient Name | Provider Name | Clinical Manager Name |
| Enclos | Patient Year of Birth | Provider Telephone Number | Clinical Manager Telephone Number |
| Behav | Patient Case Number<br>Claim Number: 9452367 | Provider Fax Number | Clinical Manager Fax Number |
|  | Patient Occupation:<br>Inside Sales Account Mgmt Iii | | |

Print Letter

Do you currently support your patient being out work? ☐ Yes ☐ No

**Diagnostic Impressions**

| Primary Diagnosis(es) Preventing Work (DSM V Code) | Mild | Moderate | Severe | Other Specifiers |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Patient's Current Progress: ☐ Improved ☐ Stable ☐ Regressed

The patient has expressed the following barriers in returning to work:
☐ Increase in work demand   ☐ Conflicts with supervisor   ☐ Anticipation of relapse   ☐ Recent unfavorable work evaluation
☐ Dissatisfaction with the job   ☐ Medication complications   ☐ Medical/Physical Complications   ☐ Other _____

**Risk to Self/Others**

| | | | |
|---|---|---|---|
| 1. Current suicidal ideation? | ☐ Yes | ☐ No | If Yes, please describe plan/intent: |
| 2. Current homicidal ideation? | ☐ Yes | ☐ No | If Yes, please describe plan/intent: |
| 3. Have you and the patient agreed upon measures to be taken should the threat to harm self/others become imminent? | ☐ Yes | ☐ No | If Yes, please describe: |
| 4. Is the patient able to report reasons for not harming self/others? | ☐ Yes | ☐ No | If Yes, please describe: |

**Emotional Functioning**

1. Emotional state/mental status during exam (Describe affect, mood, range, lability, congruency with content).

2. If the patient was tearful, was it appropriate to the content being discussed? ☐ Yes ☐ No, please explain:

3. Requires assistance to compose self? ☐ Yes ☐ No If Yes, please describe:

4. Panic attacks?  ☐ Yes ☐ No
   a. Symptoms reported _____
   b. Frequency of panic attacks/duration of each attack _____
   c. Intervention used _____
   d. Panic attack(s) observed in exam?  ☐ Yes ☐ No If Yes, please describe:

Additional Examination Findings/Notes

WKAB
CR-6331? (9-14) J

Page 1 of 1
R-POD

Claim Number: 9452367

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|

**Cognitive Functioning**

1. Able to follow a three step command?  ☐ Yes  ☐ No, please provide exam details:

2. Able to perform five operations of Serial 7's or 3's?  ☐ Yes  ☐ No, please provide exam details:

3. Memory Functions:  ☐ Digit span forward =_____  ☐ Digit span backwards =_____  ☐ 4 unrelated words after 5 minutes
   ☐ Other measurement(s) _____

4. Applied focus and concentration in session for periods of:  ☐ 30-50 min.  ☐ 15-30 min.  ☐ 5-15 min.  ☐ less than 5 min.

5. Expressed his/her current circumstances and responded to direct questions appropriately?  ☐ Yes  ☐ No, please describe:

6. Reasoning and/or Judgment:  ☐ Within normal limits  ☐ Impaired, please describe:

7. Are any exotic symptoms present? (Delusions, hallucinations)  ☐ Yes  ☐ No  If Yes, please describe:

8. Was a mini mental status exam completed?  ☐ Yes  ☐ No  If Yes, please provide score:

Additional Examination Findings/Notes

**Behavioral Observations**

1. Behaviors observed during exam. Please provide specific details.

2. Psychomotor activity:  ☐ Unremarkable  ☐ Impaired, please describe:

3. Presented with appropriate dress and hygiene in session?  ☐ Yes  ☐ No, please describe:

4. Difficulty with impulse control?  ☐ Yes  ☐ No  Please describe:

5. Speech:  ☐ Normal  ☐ Slurred  ☐ Pressured  ☐ Stammering  ☐ Loud  ☐ Soft  ☐ Over Productive  ☐ Under Productive
Additional Examination Findings/Notes

**Activities of Daily Living**

1. Is patient currently performing:  ☐ Volunteer Work  ☐ Attending School  ☐ Self-Employed
   ☐ Work at a Lesser Demanding Job  ☐ No Work Activities in Any Capacity

2. Significant weight/appetite changes?  ☐ Yes  ☐ No  Gain/loss within _____ (Time frame)

3. Sleep disturbances?  ☐ Yes  ☐ No  Please describe:

4. Socialization problems?  ☐ Yes  ☐ No  Please describe:

5. Cares/Maintains residence?  ☐ Yes  ☐ No   Performs routine shopping?  ☐ Yes  ☐ No   Pays bills?  ☐ Yes  ☐ No

6. Is patient able to safely operate an automobile or other motorized vehicle?  ☐ Yes  ☐ No, please describe:

7. What does your patient do on a daily basis?

WKAB
GR-63317 (3-14) J
Page 1 of 1
R-POD

Claim Number: 9452367

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| | | |

**Treatment**

| | Start Date | End Date | Days Per Week | Frequency | Last Visit | Next Visit |
|---|---|---|---|---|---|---|
| ☐ Inpatient Care | | | | | | |
| ☐ Partial Hospitalization Programs | | | | | | |
| ☐ Intensive Outpatient (IOP) | | | | | | |
| ☐ Outpatient Psychotherapy | | | | | | |
| ☐ Medication Management | | | | | | |

**Medications**

| 1. Please list all current medications: |
|---|
| 2. Any recent changes in medications?   ☐ Yes   ☐ No   If Yes, please describe: |
| 3. Medication side effect?   ☐ Yes   ☐ No   If Yes, please describe: |

Additional Examination Findings/Notes:

**Referrals**

| 1. Have you referred your patient to any other providers?   ☐ Yes   ☐ No   If Yes, please provide name and contact information: |
|---|
| 2. Have you recommended that your patient stay home from work on disability?   ☐ Yes   ☐ No |
| 3. Please specify the recommended Start Date ___/___/___   End Date ___/___/___ |

**Claimant Return To Work Status**

1. Is your patient:
   ☐ Able to return to work FULL DUTY without modification, Full Duty release to return to work date: _____
2. If your patient is not returning to work to his/her occupation, what capacity does he/she have to work at a different occupation?

3. What are the factors related to your patient's occupation that he/she is able to perform at this time?

4. Can your patient volunteer or work part time?   ☐ Yes   ☐ No   If Yes, please indicate volunteer or part time with start date, number of hours per day, days per week, and duration of the limitations and restrictions. Please provide any other modifications for your patient to return to work.

5. Can your patient participate in vocational rehabilitation counseling?   ☐ Yes   ☐ No, plea se explain.

*Please attach the most recent office notes*

**Signature/Exam Date**

| Signature | Date Exam Completed |
|---|---|
| Print Name | Date Form Completed |
| Credentials | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member utilizing an assisted reproductive technology. 'Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

WKAB
GR-96317 (2-11) J
Page 4 of 4
R-POD

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 430 of 1151 PageID #: 3074



Group# 0476626
Claim# 9452367

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE                    443
Notice of Disapproved Claim                                        504/DRJ

ARTHUR C DAVIS JR                              Date: 09/05/14
REDACTED
                                               Claim Number: REDACTED
MURFREESBORO TN 37128

We are writing about your claim for Social Security disability benefits.  Based on a
review of your health problems you do not qualify for benefits on this claim.  This
is because you are not disabled under our rules.

We have enclosed information about the disability rules and more details about the
decision on your claim.

ABOUT THE DECISION

Doctors and other trained staff looked at your case and made this decision.  They
work for your State but used our rules.

Please remember that there are many types of disability programs, both government and
private, which use different rules.  A person may be receiving benefits under another
program and still not be entitled under our rules.  This may be true in your case.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal.  We will review
your case and consider any new facts you have.  A person who did not make the first
decision will decide your case.

  * You have 60 days to ask for an appeal.
  * The 60 days start the day after you get this letter.  We assume
    you got this letter 5 days after the date on it unless you show
    us that you did not get it within the 5-day period.
  * You must have a good reason for waiting more than 60 days to ask for an appeal.
  * You have to ask for an appeal in writing.  We will ask you to complete a form
    SSA-561-U2, called "Request for Reconsideration."  You may contact one of our
    offices or call 1-800-772-1213 to request this form.  Or you may complete this
    form online at http://www.socialsecurity.gov/disability/appeal.
    Contact one of our offices if you want help.
  * In addition, you should complete a "Disability Report - Appeal" to tell us
    about your medical condition since you filed your claim.  You may contact one
    of our offices or call 1-800-772-1213 to request this form.  Or, you may
    complete this report online after you complete the online Request for
    Reconsideration.

NEW APPLICATION

You have the right to file a new application at any time, but filing a new

0929140020                              Form SSA-L443-U3 (7-93)

DCN: 140929176624 PAGE: 001 SEQUENCE: 0920140020

application is not the same as appealing this decision.  If you disagree with this decision and you file a new application instead of appealing:

* you might lose some benefits, or not qualify for any benefits, and
* we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you.  There are groups that can help you find a lawyer or give you free legal services if you qualify.  There are also lawyers who do not charge unless you win your appeal.  Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know.  If you hire someone, we must approve the fee before he or she can collect it.  And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

OTHER BENEFITS

Based on the application you filed, you are not entitled to any other benefits, besides those you may already be getting.  In the future, if you think you may be entitled to other benefits you will need to apply again.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 593-3112.  We can answer most questions over the phone.  You can also write or visit any Social Security office.  The office that serves your area is located at:

            2836 SAINT PATRICK CT
            MURFREESBORO TN 37128-9934


If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly.

                        Social Security Administration


RULES FOR SOCIAL SECURITY DISABILITY

You must meet certain rules to qualify for Social Security disability benefits:

FOR DISABLED WORKER'S BENEFITS:
You must have the required work credits and your health problems must:

* keep you from doing any kind of substantial work (described below), and
* last, or be expected to last, for at least 12 months in a row, or result in death.

FOR DISABLED CHILD'S BENEFITS:
You must be age 18 or older and your health problems must:

DCN: 140929176624 PAGE: 003 SEQUENCE: 0920140020

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 432 of 1151 PageID #: 4276

* begin before age 22 OR you must become disabled again within 7 years
         after the month that your earlier period of disability ended and
       * keep you from doing any kind of substantial work (described below), and
       * last, or be expected to last, for at least 12 months in a row, or result in death.

FOR DISABLED WIDOW'S, WIDOWER'S OR SURVIVING DIVORCED SPOUSE'S BENEFITS:
You must be at least age 50, and your health problems must:

       * keep you from doing any kind of substantial work (described below), and
       * last, or be expected to last, for at least 12 months in a row, or
         result in death, and
       * have started before the end of a special period.

       The special period STARTS with the latest of:

       ---the month your spouse died, OR
       ---the month your Social Security benefits as a parent ended, OR
       ---the month your earlier period of widow(er)'s disability ended.

       The special period ENDS at the close of the 84th month (7 years) after
       the month it started.

                         INFORMATION ABOUT SUBSTANTIAL WORK

Generally, substantial work is physical or mental work you are paid to do.  Work can
be substantial even if it is part-time.  To decide if your work is substantial, we
consider the nature of the job duties, the skills and experience you need to do the
job, and how much you actually earn.

Usually, we find that your work is substantial if your gross earnings average over
$1070 per month after we deduct allowable amounts.  This monthly amount is higher for
Social Security disability benefits due to blindness.

Your work may be different than before your health problems began.  It may not be as
hard to do and your pay may be less.  However, we may still find that your work is
substantial under our rules.

If you are self-employed, we consider the kind and value of your work, including your
part in the management of the business, as well as your income, to decide if your
work is substantial.

Enclosures:
Explanation of Decision
Disability Rules Factsheet                                                         578

DCN: 140929176624 PAGE: 005 SEQUENCE: 0920140020



File Copy - For Internal Use Only
SiteID: Dell Inc
Claim#: 9452367
Policy#: 476626
SSN: REDACTED
DOB:

September 22, 2014

ARTHUR DAVIS

MURFREESBORO TN 37128

Dear Mr. Arthur Davis:

Since our files indicate you may be eligible for Social Security disability benefits, we believe a Social Security application on your behalf is warranted.

We are making available to you professional representatives to pursue your claim. Experience has shown that proper third-party representation throughout the entire Social Security application process greatly increases the chances of obtaining a Social Security disability award.

Allsup is a specialized claims administration company that provides a full range of Social Security assistance services to disability applicants throughout the United States and Puerto Rico. Allsup's representational services are available at absolutely no cost to you as long as you continue to receive Long Term Disability benefits from Aetna.

Their knowledge of the Social Security disability program and claims process allows them to act on your behalf from one of their field offices with minimal, if any, direct contact between you and the Social Security Administration. Many of Allsup's management personnel are former Social Security professionals; therefore, they know how frustrating the disability claims process is and their services have been specifically designed to relieve you of this burden.

Although your Long Term Disability benefit would be reduced by any Social Security disability benefits you may receive, you and your family still stand to gain some very significant financial advantages by obtaining a Social Security award (see attached page). Please review these advantages in detail-they are extremely important to you and your family, both now and in the future.

So that Allsup can begin to pursue your Social Security claim, **please sign the enclosed Form SSA-1696**, where highlighted in yellow. Please sign your name as it appears on your Social Security card and return the form as soon as possible.

If you have any questions, contact the Allsup Benefits Information Center at (888) 320-6890, or write to them at 300 Allsup Place, Belleville, Illinois 62223.

Sincerely,

AETNA
CUSTOMER SERVICE UNIT

Enclosures

WKAB
GC-14196.26 (7-11) C                                                                 Page 3

Claim Number: 9452367

### aetna
**Capabilities and Limitations Worksheet**
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

Employee Name (Last, First, Middle Initial): DAVIS, ARTHUR

Serial Security Number:

Year of Birth

Gender: ☐ Male  ☐ Female

Job Title:

Control Number: 0476626

Current Diagnosis:

Medications:

Misrepresentation

DAVIS, ARTHUR

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com



please
ask
ortho
for
evaluation

6-20-20

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

# aetna℠

# Fax Message

*From*

To:      Dr. Yoneyama

**Fax:**    6159163903

*To→*

**From:**   Greene Celestine, Wanda        *866-667.1987*

**Date:**   8/15/2014 2:19 PM
**Pages:**  ~~1 of 6 (including this page)~~ *17 pages*
**Subject:** Arthur Davis

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

# aetna

PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
LTD BENEFIT MANAGER
Phone 800-354-1779
Fax 1-866-667-1587

08/15/2014

Dr. Tad Yonnyama Heritage Medical
2339 Hillsboro Road
Franklin TN - 37069

| | |
|---|---|
| Group Control No: | C476626 |
| Employer | Dell Inc |
| Employee | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Dr. Yonnyama:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray and the results of any other diagnostic test from July 2014 office visit. We also ask that you complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1587 or mail them to

Aetna Life Insurance Company
Dell Inc.'s LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by August 30, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.
Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

SHAWNDRA LEE
LTD BENEFIT MANAGER
Aetna Life Insurance Company

Enclosures:
Attending Physician Statement:
Capabilities and Limitations Worksheet

*[handwritten notes:]* 8-14-2014 see office note 7-14-2014 and forms from 6-20-2014 no significant changes

Claim Number 9452367

## aetna   **Attending Physician Statement**
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14552
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information, "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

**1. Patient Instructions** — The Physician must complete Sections 2 through 7
The Patient must complete Sections 1 and 8
The Patient should stay in their name at the top of Pages 2 and 3.

The Patient is responsible for completing this section and for ensuring that their Attending Physician completes the remainder of this statement. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. If you have any questions, please call 800-354-1779.

(a) Control Number _____ 0479026 _____                                  REDACTED
(b) _____ DAVIS, A'ITHA *B _____
    Patient Name (Last, First, Middle Initial)       Social Security Number     Year of Birth            Height     Weight (lbs)
(c) Patient Gender: ☐ Male   ☐ Female
(d) _____
    Patient Home Address – Request Current No. Street, Town, State, ZIP – no PO boxes)   ☐ Check if New
(e) Mailing Address, if different from Home Address _____
(f) Patient Employer Name/City/State _ Dell, Inc. _
(g) Patient Telephone Number _____                                           ☐ Check if New
(h) Job Title/Occupation _ Inside Sales Account Mgmt. II _
(i) Type of Claim  ☐ Short Term Disability  ☐ Long Term Disability  ☐ Waiver of Premium
                  ☐ Long Term / Permanent Total Disability

**2. Physician Instructions**
The Attending Physician should complete the items below, based upon a recent examination. Attach additional documentation as needed. If you have any questions, please call 800-354-1779.
Please complete form in its entirety and fax to 1-866-667-1987.          Pages 2 and 3 MUST be completed before faxing.

**3. Impairing Diagnosis & Treatment**
(a) For medical reasons, the patient will need to be absent from work due to a disability beginning
    on _____ (MM/DD/YYYY)   and ending on _____ (MM/DD/YYYY) _____ .
(b) Primary Diagnosis _____                               Primary ICD Code _____
    Secondary Diagnosis _____                             Secondary ICD Code _____
    Other Diagnoses _____                                 Other ICD Codes _____
(c) Height _____  Weight _____  Date Measured (MM/DD/YYYY) _____
(d) If Pregnancy related  delivery or expected due date _____  Month _____  Day _____  Year _____
    Delivery Type  ☐ Vaginal  ☐ Cesarean
(e) Surgery Date _____                   Month _____  Day _____  Year _____
    Primary Procedure _____                               Primary CPT Code _____
    Secondary Procedure _____                             Secondary CPT Code _____
    Other Procedures _____                                Other CPT Codes _____
(f) Medication(s)/Dose/Frequence _____
    _____
    Impairment from medication effects _____
(g) Is patient still under your care for this condition?  ☐ Yes  ☐ No  Date service terminated _____ (MM/DD/YYYY)
(h) Treatment Summary _____
(i) Office Visit Dates: First _____ (MM/DD/YYYY)  Last _____ (MM/DD/YYYY)  Next _____ (MM/DD/YYYY)  Frequency of appointments _____
(j) Was patient recently hospitalized?  ☐ No  ☐ Yes  Date hospitalized  Admit _____ (MM/DD/YYYY)  Discharge _____ (MM/DD/YYYY)
(k) Hospital Name/City/State _____

GCKAB-GC-1466-26 (7-13) O R-POD

Print Letter                    From: AETNA      Page: 4/6      Date: 8/15/2014 1:21:06 PM                    Page 3 of 5

Claim Number  9452367                                                                                    Page 2

Patient Name (Last, First, Middle Initial) Required
DAVIS, ARTHUR

**4. History**

(a) Symptoms

(b) Date symptoms first appeared or accident happened     Month _____     Day _____     Year _____
(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes   State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment?   ☐ No   ☐ Yes   ☐ Unknown
(d) Other Treating Physicians
    Name _____  Specialty _____  City _____  State _____
    Name _____  Specialty _____  City _____  State _____

**(e) Patient is: Place remarks in item (d) below, if applicable.**
- Competent to endorse checks and draft this srole of proceeds thereof .        ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work with others ...................................................   ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to give supervision ....................................................  ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting ........             ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to do?  Select one:  Place remarks in item (d) below, if applicable.
  ☐ **Heavy work activity.** No limitation of functional capacity.
  ☐ **Medium work activity.** Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  ☐ **Light work activity.** Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  ☐ **Sedentary work activity.** Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally. (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  ☐ **No ability to work.** Severe limitation of functional capacity; incapable of minimal activity.
  ☐ **Other.** Place remarks in item (d) below

(b) What medical restrictions/limitations are you placing on patient? *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)*

- Number of hours patient is capable of working in a day    ☐ 12   ☐ 10   ☐ 8   ☐ 6   ☐ 4   ☐ 2   ☐ 1   Hours/Day
- Number of Days per week patient is able to work           ☐ 7    ☐ 6    ☐ 5   ☐ 4   ☐ 3   ☐ 2   ☐ 1   Days/Week
- Date you prescribed restriction on work activities    Month _____   Day _____   Year _____
- How long are these restrictions/limitations in effect?        Days _____   Weeks _____   Months _____   ☐ No Longer

- Estimated return to work date? _____   ☐ Modified Duty        ☐ Full Duty
                                  (MM/DD/YYYY)                                 (MM/DD/YYYY)
(c) Objective findings that substantiate impairment (current laboratory, physical and/or mental status examinations and other testing)

(d) Other Comments _____

**5. Current Status**

(a) Patient has:   ☐ Improved   ☐ Stabilized   ☐ Regressed   ☐ Not Applicable
(b) Is there a medical reason indication for patient to be referred to Vocational Rehabilitation (job training) programs?
    ☐ No   ☐ Yes  state when & describe.
(c) In your opinion, is your patient incapacitated to return to work? _____

**6. Physician Information**

| Attending Physician's Name (Print) | Degree | Specialty |
|---|---|---|
| Address (Street, City, State, ZIP Code) | Telephone Number | Fax Number |
| Signature | | Date *(MM/DD/YYYY)* |

WX6B
GC-14826 (7-13) C

Claim Number  9452367

Patient Name (Last, First, Middle Initial) Required
DAVIS, ARTHUR

**9. Regulation Notice**

Any person who knowingly and with intent to injure, defraud or deceive any insurer or contains or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or any person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

Employee's Signature                          Date (MM/DD/YYYY)

WKAB-S0-1500-26 (7-13)                                        Page 2 of 2

DCN: 140818115532 PAGE: 011 SEQUENCE: SWF0818201401133001



2339 Hillsboro Road, Suite 100
Franklin, TN 37069
Phone: (615) 224-1975

**Arthur C Davis**
**DOB:** REDACTED **(50 years)**                    **Encounter Date: 07/14/2014**

## History of Present Illness

The patient is a 50 year old male who presents for a follow up of chronic conditions. 6mth. needs rf on spirolactone

wt up 4lbs

did not get condo b/c did not qualify

ex-wife renting house, she offered room at her place $500/month
she is working 2 jobs

son working at McDonalds

LBP radiates down leg 6-8/10
burning with intermittent bee sting pain
pain doc - cymbalta caused tingling in legs
neck and LBP, not relieved with aleve
neuro- pamelor helped but bladder side effects could not go

exercise walk treadmill 1hr daily
takes tylenol and 1/2 tab tramadol 30min before treadmill

diet not good
1 month ago 260lbs -> 246lbs today

some mood swings

no chest pain/SOB/DOE/dizziness/nausea/GERD

fall going to online MTSU computer

## History

DCN: 140818115532 PAGE: 013 SEQUENCE: SWF0818201401133001

**Past Medical**
    **Insomnia**
    **Anxiety**
    **Shoulder joint pain**; Dr McGehee- dx frozen shoulder Bilaterally; MRI shows Bilateral tears, will go to Premiere ortho
    (not happy that reports not sent and phone called not returned from TOA); Dr Renfroe LEFT 10/2013, plan RIGHT
    1/2014
    **GERD (gastroesophageal reflux disease)**
    **Active asthma**
    **Lumbar radiculopathy**
    **Degenerative lumbar disc**
    **Paresthesia**; burning all day and night, feet and lower shin off/on; worse when legs straight or sit for long time,
    sched for EMG 6/13/2014 Dr William Newton at M'boro Med Clinic, LBP, paresthesia worsening, no
    weakness/numbness, Lyrica-> after 3 days, tingle in hands/feet
    neurontin- felt stupid, still on tramadol at night
    **Routine Male physical exam**
    **Dyspnea**
    **Herpes simplex type 2 infection**; 12/2012 lab Positive HSV 2
    only 5 partners, no lesions/sores in past
    has had perirectal sores in past
    no sex with wife x 6yrs
    affair with lady 8yrs  ago
    **Allergic rhinitis**
    **LBP (low back pain)**
    **HTN (hypertension), benign**
    **Concern about STD in male without diagnosis**
**Past Surgical**
    Inguinal Hernia Repair: Left 1988
    shoulder surgery 10/2013 LEFT shoulder Dr Renfroe repair;
    plan 1/31/2014 RIGHT shoulder

    10/2013 short term disability from Dell
    Dell offered a package- 1 wk pay for each year of service (7+yrs)
    Joint Arthroscopy: Left ACL 6/2004; RIGHT knee meniscus 1989
    Septoplasty (06/2012) deviated septum saw Dr Seibert ENT
    Vasectomy (08/2013) M'boro Dr Snowden
**Other Medical History**
    Routine general medical examination at a health care facility
    Unspecified Diagnosis
    Unspecified Diagnosis
    Acute sinus infection
**Health Maintenance**
    Annual Eye Exam glasses, eye check 2011 Eyemasters
    CPE 4/2011 chol 150/73/49/86, cmp normal , tsh 0.72, psa 0.58, wbc 3.8, hct 48.7%, plt 322; Td 5/2005
    Echocardiogram (02/2012) EF 65%, mild LVH
**Allergy**
    Mobic *ANALGESICS - ANTI-INFLAMMATORY*: Dizziness
    WASPS
    NUTS
    FISH
    EGGS: Hives
**Medications**
    Omeprazole (20MG Capsule DR 1 Oral two times daily, Taken starting 07/19/2013 Active - Hx Entry.
    CeleBREX (200MG Capsule 1 Oral daily, Taken starting 01/13/2014) Active - Hx Entry.
    ZyrTEC Allergy (10MG Capsule, 1 Oral daily, Taken starting 11/21/2011) Active.
    Bystolic (10MG Tablet, 1 Oral daily, Taken starting 01/15/2014) Active.
    Flonase (50MCG/ACT Suspension, 1 Nasal two times daily, as needed, Taken starting 01/22/2014) Active.
    Advair Diskus (250-50MCG/DOSE Aero Pow Br Act, 1 Inhalation two times daily, Taken starting 07/19/2013) Active.
    Lisinopril-Hydrochlorothiazide (20-25MG Tablet, 1 Oral daily, Taken starting 06/11/2014) Active.
    EpiPen 2-Pak (0.3MG/0.3ML Device 1 Injection as directed, Taken starting 06/13/2012) Active - Hx Entry.
    Lotrisone (1-0.05% Cream, 1 External two times daily, Taken starting 05/13/2014) Active.
    CloNIDine HCl (0.1MG Tablet, 1 Oral three times daily prn SBP >160, Taken starting 01/13/2014) Active.
    AmLODIPine Besylate (10MG Tablet, 1 Oral daily, Taken starting 07/12/2013) Active.
    Diazepam (5MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 01/13/2014) Active.
    Dulera (200-5MCG/ACT Aerosol, 1 (one) Aerosol Inhalation two times daily, Taken starting 01/15/2014) Active.
    Spironolactone (25MG Tablet 1 Oral daily) Active - Hx Entry.
    Medications Reconciled.

DCN: 140818115532 PAGE: 015 SEQUENCE: SWF0818201401133001

**Social**

Tobacco use: Never smoker
Alcohol Use: Rarely drinks
Exercise History spin class 4x/week, yoga 2x/week, krav maga israeli self defense class
Living situation sold house 2/2014, looking at townhouse in M'boro 1300sqft 3BR 2 car garage $135k; did not get condo b/c did not qualify; 7/2014 ex-wife renting house, she offered room at her place $500/month, she is working 2 jobs; son working at McDonalds
Stress Issues: Marital difficulties 3/2013 GF's Dad is PI, may do some work with him, GF on disability, hypersense of smell, gets sick to smells, was CFP, reaction- shaking, dizzy, she is going through divorce
Work Status Dell, plans to leave in Jan 2013 to join friend starting company- security/body guards; plan armed security classes in Dec 2012 and israeli self defense class krav maga; 3/2013 now plans to stay at Dell 4-5yrs; fall 2014 going to online MTSU computer
Marital status wife - planning on divorce, after she went on a retreat 3/2012- will file after house refinanced in 2013; wife filed divorce 2/15/2013, court June 4,2013; patient moved to M'boro 2/16/2013; divorce final 6/2013, house on market; 1/2014 22yo daughter turned down job at Dell and Jackson National, 17yo son not doing well in high school
Caffeine Use occasionally

**Family**

Other Relatives: aunt breast ca, aunt pancreatic ca, aunt ovarian ca
Sister HTN, Asthma
Mother: Hypertension, CHF
Father: Deceased @ 31yo MVA

## Review of Systems

**General:** Not Present- Chills, Fatigue, Feeling Sick, Fever and Night Sweats.
**Skin:** Not Present- Dryness, Itching, Nail Changes, New Lesions and Rash.
**HEENT:** Present- Headache and Wears glasses/contact lenses. Not Present- Visual Disturbances, Hearing Loss, Ear Pain, Ringing in the Ears, Vertigo, Runny Nose, Nasal Congestion, Seasonal Allergies and Sore Throat.
**Neck:** Not Present- Neck Pain, Neck Stiffness and Swollen Glands.
**Respiratory:** Present- Shortness of Breath. Not Present- Cough and Wheezing.
**Cardiovascular:** Present- Abnormal Blood Pressure. Not Present- Chest Pain, Edema, Leg Cramps and Palpitations.
**Gastrointestinal:** Present- Heartburn and Nausea. Not Present- Abdominal Pain, Change in Bowel Habits, Constipation, Diarrhea, Dysphagia, Jaundice, Rectal Bleeding and Vomiting.
**Male Genitourinary:** Not Present- Difficulty with Erection, Dysuria, Hematuria, Nocturia and Polyuria.
**Musculoskeletal:** Present- Back Pain and Joint Pain. Not Present- Decreased Range of Motion, Muscle Cramps, Muscle Weakness and Myalgia.
**Neurological:** Present- Headaches, Numbness and Paresthesias. Not Present- Dizziness, Focal Neurological Symptoms, Seizures and Syncope.
**Psychiatric:** Present- Mood changes (HIGH stress level). Not Present- Anxiety, Depression, Insomnia, Memory Loss, Panic Attacks and Trouble Falling Asleep.
**Endocrine:** Not Present- Appetite Changes and Libido Change.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising and Painful Lymph Nodes.

## Vitals

07/14/2014 10:25 AM
**Weight:** 246 lb **Height:** 72 in
**Body Surface Area:** 2.38 m² **Body Mass Index:** 33.36 kg/m²
**Temp:** 98.3 ºF (Oral)
**BP:** 144/100 (Manual)

DCN: 140818115532 PAGE: 017 SEQUENCE: SWF0818201401133001

## Physical Exam

### General
**Mental Status** - Alert. **General Appearance** - Cooperative and Well groomed. **Build & Nutrition** - Well nourished and Well developed (black male). **Posture** - Normal posture. **Hydration** - Well hydrated.

### Integumentary
**Global Assessment:** Examination of related systems reveals - No lesions or abnormal redness of the oropharynx and Neck supple, with no palpable masses, no thyromegaly.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion and no palpable masses. no lymphadenopathy.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

### Eye
**Eyeball - Bilateral** - Normal. **Sclera/Conjunctiva - Bilateral** - No Discharge or Conjunctival Injection. **Pupil - Bilateral** - Direct reaction to light normal, Equal and Round.

### ENMT
**Ears**
**Otoscopic Exam: Middle Ear - Bilateral** - Normal. **Tympanic Membrane - Bilateral** - Normal.

### Chest and Lung Exam
**Auscultation:**
**Breath sounds:** - Normal.

### Cardiovascular
Cardiovascular examination reveals - normal heart sounds, regular rate and rhythm with no murmurs and carotid auscultation reveals no bruits.

### Abdomen
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - Non Tender, No Rebound tenderness, No Rigidity (guarding), No hepatosplenomegaly and Soft.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.

### Peripheral Vascular
**Lower Extremity:**
**Palpation: Temperature - Bilateral** - Normal. **Edema - Bilateral** - No edema.

### Neurologic
Neurologic evaluation reveals - alert and oriented x 3 with no impairment of recent or remote memory.
**Mental Status:** - Normal.

### Neuropsychiatric
The patient's mood and affect are described as - normal.

### Musculoskeletal
### Global Assessment
Examination of related systems reveals - no digital clubbing or cyanosis.

Bilateral shoulders decreased ROM
### Lymphatic
### General Lymphatics
**Description** - Normal .

---

Arthur C Davis                          Patient #:  200797                          DOB: REDACTED (50 years)
Friday, August 15, 2014                                                                           Page 4 / 6

**Assessment & Plan**
**Paresthesia (782.0 | R20.2)**
**Problem Story:** burning all day and night, feet and lower shin off/on; worse when legs straight or sit for long time, sched for EMG 6/13/2014 Dr William Newton at M'boro Med Clinic, LBP, paresthesia worsening, no weakness/numbness, Lyrica-> after 3 days, tingle in hands/feet
neurontin- felt stupid, still on tramadol at night
**Today's Impression:** likely due to radicular pain, refer to neuro
Current Plans:


**Degenerative lumbar disc (722.52 | M51.36)**
**Today's Impression:** presume mild by history; again doubt source of foot pain

Plan: as above
Current Plans:


**Lumbar radiculopathy (724.4 | M54.16)**
**Today's Impression:** doubt source of foot pain

Plan: continue ortho. f/u; agree w/ conservative measures
Current Plans:


**Anxiety (300.00 | F41.9)**
**Today's Impression:** prn valium
Current Plans:


**Insomnia (780.52 | G47.00)**
**Today's Impression:** after risks and benefits are discussed with the patient
Current Plans:


**Active asthma (493.90 | J45.998)**
**Today's Impression:** stable on current regiment since last visit
Current Plans:


**HTN (hypertension), benign (401.1 | I10)**
**Today's Impression:** monitor blood pressure, call if remains elevated; suspect stress at work/home and pain are major contributors
Current Plans:
  - Started Spironolactone 25MG, 1 Tablet daily, #90, 90 days starting 07/14/2014, Ref. x3.
  - Follow up in 6 months


**Allergic rhinitis (477.9 | J30.9)**
Current Plans:


*50 min spent in face to face consultation with the patient, discussion of diagnosis and risks and benefits to treatment options*

DCN: 140818115532 PAGE: 021 SEQUENCE: SWF0818201401133001

Tadayuki Yoneyama MD

*Electronically Signed on 08/15/2014*

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 447 of 1151 PageID #: 4491

## aetna

P.O. Box 14560
Lexington, KY 40512-4560
SHAWNTRALE
STD BENEFIT MANAGER
Phone: 800-354-1778
Fax: 1-859-887-7987

06/18/2014

Dr. Ted Yamagyama Heritage Medical
2339 Hillsboro Road
Franklin TN - 37069

Group Contract No:   647676
Employee:   Davis Inc
Employee:   MR. ARTHUR DAVIS
Disability Claim Case No:   9452362

*Arthur Davis* **REDACTED**

To Whom It May Concern:

The Dell Inc. group policy (Dell Inc) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate the eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic tests from the last of the visit. We also ask that you complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical documentation on your patient's work absence. You can fax this document to 1-888-987-1757 or email them to:

Aetna Life Insurance Company
Dell Inc., LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by May 1, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1778 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

Wanda Owen and Edandring
Senior Technical Specialist
Aetna Life Insurance Company

Enclosures
Attending Physician Statement
Capabilities and Limitations Work Sheet

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

DCN: 140818115532 PAGE: 025 SEQUENCE: SWF0818201401133001

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 448 of 1151 PageID #: 4492

**aetna** — Attending Physician Statement
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, CT 40512-4560
Time II: 1-888-555-1779
Fax: 1-866-567-1983

*(The text of the form body is a standard Aetna Attending Physician Statement, largely illegible due to fax degradation.)*

1. Patient Instructions
2. Physician Instructions
3. Impairing Diagnosis & Treatment

REDACTED

Handwritten notes (right margin):

① shoulder 10/2013
② (R) shoulder 1-31-2014
③ knee 4-23-201

last surgery 4-23-2014

Handwritten in form:
- Shoulder pain — 719.41
- Physical therapy
- Med management, refer to ortho / 6 mo to 1 year
- sedation
- please contact Dr. Penrose

DCN: 140818115532 PAGE: 027 SEQUENCE: SWF0818201401133001

Claim Number: 0462367                                                                Page 2

**4. History**

Handwritten annotations:

Dr Prasad neuro Nashville T

Dr Newton ? Murfreesboro T

prolonged sitting

10/2013 started by Dr Renfroe ortho

**6. Current Status**

cannot sit for prolonged time

**7. Physician Information**

Signature _____      Date (MM/DD/YYYY) 6/20/2014

Claim Number: 0462367

**8. Regulation Notice**

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

Employee's Signature _____     Date (MM/DD/YYYY) _____

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

The
# Rawlings Company LLC
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 587-1279

# TELECOPY

| | |
|---|---|
| **To:** | |
| **Our File No:** | 63140459 |
| **Fax Number:** | 18666671987 |
| **From:** | Adam Wilson |
| **Phone:** | 502-814-2305 |
| **Fax:** | 502-753-6900 |
| **Email** | acw@rawlingscompany.com |
| **Subject:** | Workability Claim No.: 9452367 |
| **Pages:** | 2 |

**Message:**

### Confidential Healthcare Information Enclosed

Healthcare information is personal and sensitive information, and you, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Disclosure of this information without additional patient consent or as permitted by law is prohibited. Unauthorized disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and destroy the related message.

# aetna

# The Rawlings Group

July 21, 2014

| | |
|---|---|
| Member: | ARTHUR DAVIS |
| SSN: | REDACTED |
| Patient: | ARTHUR DAVIS |
| Date of Loss: | 9/27/2013 |
| Our Reference No.: | 63140459 |
| Workability Claim No.: | 9452367 |

**Open Disability File**

Please be advised that there is an open subrogation case with The Rawlings Company related to a Motor vehicle accident. The contact person at Rawlings is Adam Wilson and can be reached at 800-928-1279 **EXT #** 2305.

Currently, the status is pending_.

For **WKAB** files please fax this completed form to 866-667-1987.

For **ATLS** files please fax this completed form to 866-888-2308.



**PO BOX 19072**
**GREEN BAY WI 54307-9072**
**Voice : 866-420-7455  Fax : 920-406-6537**

07/10/2014

---

To
Company                  AETNA - DISABILITY SERV
Fax Number               18666671987
Voice Number             888-382-3862


From                     Customer Relations
Fax                      920-406-6537
Voice                    866-420-7455
Subject                  **InvalidApprovalnotice**
Order #                  33945282


Notes


This fax and any files transmitted with it are confidential and may contain information which is
legally privileged or otherwise exempt from disclosure. They are intended solely for the use of
the individual or entity to whom this fax is addressed. If you are not one of the named
recipients or otherwise have reason to believe that you have received this fax in error, please
immediately notify the sender and return or shred these documents immediately. Any other
use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited

# Invalid Authorization Notice



**NOTICE DATE: 07/10/2014**

Patient: **DAVIS, ARTHUR**

**AETNA - DISABILITY SERV**
**PO BOX 14560**

SSN:
Claim/File #: **9452367**
Order #: **33945282**

**LEXINGTON, KY 40512-4560**

Fax #: **866-667-1986**

IMG

Records requested from: **HERITAGE MEDICAL ASSOCIATES**

**Dear Requester:**

iod incorporated has been retained by the medical facility listed above to handle release of information requests such as yours.

Unfortunately we will not be able to comply with your request due to the following:

**The Authorization to release the records is not valid in accordance with State or Federal law.**

» Authorization is not HIPAA compliant.
» Please complete the enclosed Patient Authorization Form and mail or fax it back to us.

If you have any questions regarding this notice, please contact Medical Records Department at 615-284-2222.

*iod incorporated  Tax ID No. 65-0765287*
*222 22ND STREET SUITE 100  NASHVILLE, TN 37203*
*Phone 615-284-2222  *  Fax 615-327-5461*



## Medical Records Release Authorization
### Version 1.3 External

I hereby authorize Heritage Medical Associates to release or disclose to the below-named facility all of my medical records, including any specially protected records, such as those relating to psychological or psychiatric impairments, drug abuse, <u>alcoholism, sickle cell anemia, or HIV infection for the purpose of medical treatment.</u>

### Please "Print" and complete all sections to insure your request is handled in a timely manner
## MAIL RECORDS TO: _____

_____

Special Instructions if any: _____
(Specific information requested, etc.) _____

**PURPOSE OF DISCLOSURE:** _____

Patient's Name: _____
Address: _____
Telephone Number: _____
Patient's S.S.#_____ Patient's Date of Birth:_____

<u>If you Do Not Want certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be released as specified above.</u>

*I hereby authorize (Physician/facility's full name)_____to release the information specified to the organization, agency, or individual named on this request with the <u>exception of:</u>

<u>Initials</u> _____ Substance abuse, if any    <u>Initials</u> _____Psychological or psychiatric conditions, if any    <u>Initials</u> _____ AIDS/HIV/STD's, if any

*This Authorization will expire on the following date or upon the occurrence of the following event:_____*

\* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by Heritage Medical Associates or its physicians, employees or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to Heritage Medical at the address shown below.

\* I understand that I am not required to sign this Authorization. Heritage Medical Associates will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.

\* I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit Heritage Medical Associates' or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or health care operations, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** _____    **Date:**_____

**Relationship to the patient:**_____

Heritage Medical Associates * 222 22nd Ave. North, Ste 100, Nashville, TN 37203-1870 * (615) 284-2222

DCN: 140710067392 PAGE: 005 SEQUENCE: SWF0710201402538001

**For an Authorization to be valid, in accordance with State and Federal laws, it must contain all of the following points:**

| | |
|---|---|
| **1.** | **Identify the Patient**. The Patient's name is necessary. The Patient's Date of Birth and/or Social Security Number is optional, but is useful in correctly identifying the Patient. |
| **2.** | **Be dated.** |
| **3.** | **I nclude a specific expiration date** or event that pertains to the purpose of the disclosure. "24 Months", "One year", "Valid for the duration of the claim", are considered specific. The request for records created after the date of signature on the authorization cannot be released. Please update your authorization to include "records created after date of signature" and have the patient sign it and submit this to us so that we may release the records requested. |
| **4.** | **Not be expired** by the date the request was received. It is permissible to release records beyond the expiration date as long as it was received prior to the expiration date. |
| **5.** | **Be signed** by the patient or the patient's personal representative. The patient's personal representative is a person who is able to authorize medical treatment for the patient or who is acting on behalf of a deceased patient. If the authorization was signed by the Patient's personal representative, then it must provide proof of Legal Guardianship or Power of Attorney and it must provide a description of the patient's personal representative's authority to act for the patient with regard to Healthcare. |
| **6.** | **Include the name of the provider** being asked to disclose the information. It is not OK for the Provider to be identified on the cover letter of the request; it does have to be included in the body of the Authorization form. |
| **7.** | **Provide the name and address of the Requester** to which the information is to be disclosed. It is OK for the Requester name and address to be provided on the cover letter of the request; it does not have to be included in the body of the Authorization form. |
| **8.** | **Provide a specific and meaningful description of the information to be disclosed**. Examples: "ER Report from 5/1/99", "Any and all records" etc. |
| **9.** | **Give a brief description of the purpose of the disclosure**. Examples: "My own personal use", "Legal", "Transferring care", "Insurance benefits" etc. The statement, "at the request of the individual/patient", is sufficient for this purpose. |
| **10.** | **Specifically cover any State and/or Federally protected information** if protected information is contained in the patient's chart. |
| **11.** | **Include a statement concerning the patient's right to revoke the authorization in writing**. |
| **12.** | **Include a statement regarding the exceptions to the right to revoke an authorization** and a description of how to revoke, or a reference to the Notice of Privacy Practices that includes this information. |
| **13.** | **Include a statement whether the information disclosed might be re-disclosed** by the recipient, and therefore, no longer protected.. |
| **14.** | **If the requesting party is a health plan (i.e.: Regence, Molina, Blue Cross, Medicare, etc.) and they are requesting records for a patient who is applying for Health Insurance, then** ... include a statement that the Health Care Provider may not condition treatment, payment or eligibility for benefits on whether the patient signs the authorization, or if the Health Care Provider can condition treatment on obtaining authorization, a description of the consequences to the patient for refusing to sign. |

DCN: 140710067392 PAGE: 007 SEQUENCE: SWF0710201402538001



# NEUHAUS
## FOOT & ANKLE

Matthew D. Neuhaus, DPM
Jason R. Knox, DPM
Martin L. Toy, DPM
Francis A. Hawthorn, DPM
Phillip W. Hasler, DPM

StoneCrest Medical Center
300 StoneCrest Blvd, Ste 450
Smyrna, TN 37167
Phone: (615) 220-8788
Fax: (615) 220-8688

TriStar Medical Plaza
6716 Nolensville Rd, Ste 220
Brentwood, TN 37027
Phone: (615) 220-8788
Fax: (615) 220-8688

Summit Outpatient Center
3901 Central Pike, Ste 353
Hermitage, TN 37067
Phone: (615) 889-2323
Fax: (615) 889-2370

Lebanon Office
1424 Baddour Pkwy, Ste E
Lebanon, TN 37087
Phone: (615) 449-1737
Fax: (615) 220-8688

www.neufoot.com

CONNECT WITH US:



## FAX COVER SHEET

**Specializing in:**
- Ingrown Toenails
- Warts
- Heel & Arch Pain
- Bunions
- Hammertoes
- Orthotics
- Diabetic Foot Care
- Children's Feet
- Reconstructive Foot & Ankle Surgery

**To:** _Shawndra Lee_

**Fax #:** _1-866-667-1987_

**From:** _Charles_

**Today's Date:** _7-10-14_

**# of pages including cover sheet:** _7_

**Re:** _Arthur Davis_

**Comments:**

"The documents accompanying this transmission may contain confidential health information that is legally protected. This authorized recipient of this information is prohibited from disclosing this information to any other party unless permitted by law or regulation"

"If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents."



**Aetna Life Insurance Company**
**Disability Services - Plantation**
**P.O. Box 14560**
**Lexington, KY 40512-4560**

**Shawndra Lee**
**LTD Benefit Manager**
**954-693-2227**
**Fax: 1-866-667-1987**

July 9, 2014
To: Dr. Jason Knox
Fax: 615-220-8688

**RE:  ARTHUR DAVIS          DOB:** REDACTED **CLAIM #:    9452367**

I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above
patient. In order for us to continue Long Term Disability benefits, we need to obtain objecti
medical data to support the claim.

# Please provide the following information:

☒   Office visit notes from 06/19/2014 to present with Operative Report and/or Procedure
     Notes (if applicable) and Objective exam findings and diagnostic test results (laboratory
     tests, x-rays, and MRI tests).

☒   Please provide current treatment plan: _Patient to follow up_
     _with his back doctor. No treatment plan by my_
     _office_

☒   Last office visit  _6-9-14_     Next scheduled office visit  _none_

## Return to work plan:

☒   Does your patient currently have work capacity?  Yes _____  No _____   _unknown_

Restrictions: _I can not give any restrictions to this_
_patient. He needs to see his back doctor_

Anticipated Full Duty return to work date: _____

Physician Signature:_____     Date: _7-10-14_

**PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP**

   ❖  Your prompt response is necessary in order to avoid termination of your patient's claim.

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 459 of 1151 PageID #: 4593



# Fax Message

| | |
|---|---|
| **To:** | Dr. Jason Knox |
| **Fax:** | 615-220-8688 |
| **From:** | Lee, Shawndra E |

| | |
|---|---|
| **Date:** | 7/9/2014 10:58 AM |
| **Pages:** | 1 of 2 (including this page) |
| **Subject:** | Re: Arthur Davis REDACTED |

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

GENERAL:

Patient: Davis, Arthur C  (23452)                    Male        SSN: REDACTED    DOB: REDACTED    50 Yr(s) 9 Month

Address:   REDACTED

Murfreesboro  TN  37128

Pref. Lang.: English            Marital Status:                Ethnicity: African Americans

Phone(s): (H)                   (W)                   (C) REDACTED

Fax:                            Email:                         AKA:

Driver's Lic.:

Allergies: chicken derived, peanut, pork derived (porcine)

Diagnosis: (729.5) Pain in Limb, (729.2) Neuritis

## INSURANCE(S):

| Insurance | ID | Group No. | Priority | Start Date | End Date | Copay |
|---|---|---|---|---|---|---|
| **Patient:** | | | | | | |
| 1.  AETNA | W147369146 | 8652370120010 | Primary | | | 0.00 / 60.00 |
| Address:PO BOX 14089, Lexington, KY  -  40512 | | | | | | |

I = Inactive        Type: P = Patient Insurance        C = Case Insurance

## CASE(S):

| Description | Case Type | Start Date | Injury Date | Provider Name | Hospital |
|---|---|---|---|---|---|
| 1.  General | Illness | 6/9/2014 | | Knox , Jason | |
| I = Inactive | | | | | |

## CONTACT(S):

| | Entity | Name | Phone | Fax |
|---|---|---|---|---|
| **Patient:** | | | | |
| 1. | Patient Work | Davis, Arthur | | |
| 2. | Patient Home | Davis, Arthur | | |
| 3. | Patient Cell | Davis, Arthur | (615) 403-7310 | |
| 4. | Insurance | AETNA | (888) 632-3862 | |
| 5. | Primary Provider | Yoneyama, Tadayuki | (615) 791-9300 (#1) | 615-791-8763 |
| 6. | Pharmacy | KROGER MIDSOUTH 553 | (615) 355-6620 | 615-355-3083 |

* = Current Employer        I = Inactive

## ACCOUNT(S):

| Name | From Date | To Date | Phone | Fax |
|---|---|---|---|---|
| 1.  Davis, Arthur | | | | |

## PRESCRIPTION(S):

| Drug | SIG | Provider |
|---|---|---|
| **Pharmacy:**   KROGER MIDSOUTH 553 | Phone: 615-355-6620 | Fax: 615-355-3083 |
| ADVAIR 250-50 DISKUS MCG/DOSE | | |
| AMLODIPINE BESYLATE 10 MG TAB | | |
| BYSTOLIC 10 MG TABLET | | |
| CELEBREX 200 MG CAPSULE | | |
| OMEPRAZOLE DR 20 MG CAPSULE | | |
| ZYRTEC 10 MG LIQUID GELS | | |

**Neuhaus Foot and Ankle**
300 StoneCrest Blvd Ste 450
Smyrna  TN 371676860
Phone: 615-220-8788  Fax: 615-220-8688

## Visit Note

**Provider: Jason Knox, DPM FACFAS**
**Encounter Date: Jun 09, 2014**

**Patient: Davis, Arthur  C  (23452)**
**Sex: Male    DOB:** REDACTED **Age: 50 year 8 month**
**Race: Black/African American**
**Address:** REDACTED **Murfreesboro  TN  37128**
**Primary Dr.: Tadayuki Yoneyama, MD**
**Insurance: AETNA**

**HPI:**
This is a 50 year 8 month old patient being seen today for evaluation of.
Burning sensation He reports burning sensation. Condition has existed for March 2014.
Symptoms were felt gradually. It is located on the plantar surface of the forefoot plantar surface
of the midfoot bilaterally. Precipitating events include: car accident in September 2013, burning
started after physical therapy in March 2014. Treatment history includes  Gabapentin and Lyrica.
Severity of condition is worsening.
Patient has tried Lyrica, Gabapentin and other medications.  The burning is noticed more at night
and it affects how patient sleeps.  He was diagnosed with herniated disk in lower back in
September 2013.  He underwent rigorous PT afterward when the burning at feeet started.

**Allergy:**
**chicken derived, peanut, pork derived (porcine)**

**Current Medication:**
**1 Advair 250-50 Diskus Mcg/dose (Other MD)**
**2 Amlodipine Besylate 10 Mg Tab (Other MD)**
**3 Bystolic 10 Mg Tablet (Other MD)**
**4 Celebrex 200 Mg Capsule (Other MD)**
**5 Omeprazole Dr 20 Mg Capsule (Other MD)**
**6 Zyrtec 10 Mg Liquid Gels (Other MD)**

**Past Medical History:**
Shoe Size: 11 arthritis, back problems, Hypertension.

**Past Surgical History:**
shoulder sx knee surgery.

Patient: Davis, Arthur  C   DOB: REDACTED  Visit: 06/09/2014   Page: 1

**Social History:**
He denies smoking cigarettes or use of any tobacco products. 1 beer per month He denies recreational drug use. Patient is divorced.

**Family History:**
The patient has a family history of arthritis, Heart Disease and hypertension.

**ROS:**
**Digestive:** (-) constipation, (-) diarrhea, (-) nausea, (-) stomach ulcer.
**Ear/ Nose/ Throat:** (-) hearing loss, (-) ringing ears, (-) sinus congestion, (-) sore throat.
**Endocrine:** (-) excessive thirst, (-) fatigue, (-) frequent urination, (-) hair loss.
**Eyes:** (-) blurry vision, (-) double vision, (-) glasses, (-) poor vision.
**General:** (-) fever, (-) chills,(-) changes in appetite or weight.
**Heart:** (-) chest pain, (-) irregular heartbeat, (-) leg cramps with walking, (-) murmur.
**Hematological:** (-) bleeding tendency, (-) bruise easily, (-) leg swelling, (-) slow to heal.
**Lungs:** (-) cough, (-) difficulty breathing, (-) shortness of breath, (-) snoring.
**Musculoskeletal:** (-) deformity, (-) joint pain, (-) joint stiffness, (-) muscle weakness.
**Neurological:** (+) numbness (+) poor balance (-) sciatica (+) tingling feet.
**Peripheral Vasc.:** (+) Foot pain with sleeping (-) leg cramps (-) leg/ foot swelling (-) varicose veins.
**Psychiatric:** (-) anxiety (-) depression (+) mood swings (-) nervousness.
**Skin:** (-) abnormal scar, (-) dry skin, (-) rash, (-) sores/ulcers.
**Urinary:** (-) burning, (-) frequent urination, (-) impotence, (-) incontinence.

**Vital Signs:**

| | |
|---|---|
| **Weight:** | 240 lbs |
| **Height:** | 6' |
| **BMI:** | 32.55 |
| **BSA:** | 2.35 |
| **BP:** | 152/94 |
| **Pulse:** | 54 |

**Examination:**
GENERAL EXAM: Patient is overweight, showing good hygeine and body habitus and alert and communicates well.
CARDIOVASCULAR: Both Dorsalis Pedis pulses are palpable. Both Posterior Tibial pulses are palpable. Capillary refill is less than 3 seconds in both feet. No generalized edema noted.
NEUROLOGIC: Gross sensation intact on both. Sensation to Semmes Weinstein 5.07/ 10 g monofilament is intact over both feet. Vibratory sense is normal over both feet. Negative Clonus Sign both feet. Negative Babinski Reflex both feet. Negative Tinel's and Valleix's Sign with percussion of Tibial nerve at tarsal tunnel, percussion of the sural and superficial peroneal nerves.
DERMATOLOGIC: Bilateral exam shows no open lesions, rashes nor areas of hyperkeratotic tissue. Good skin texture and turgor. No focalized erythema or edema. Webspaces inspected and

Patient: Davis, Arthur C   DOB: <span style="background:black;color:white">REDACTED</span>   Visit: 06/09/2014   Page: 2

DCN: 140710058846 PAGE: 011 SEQUENCE: SWF071020140139100l



no pathology found.

MUSCULOSKELETAL: No limitation or pain in general range of motion of any foot or ankle joint bilateral. Muscle strength is normal and strong in all directions. Bony prominences are unremarkable.

BIOMECHANICS: No gross biomechanical abnormalities.

**Diagnosis:**

729.2      Neuritis

729.5      Pain in Limb

**Plan:**

PATIENT EDUCATION:

DISCUSSION: The patient's complaints and exam findings were talked about in detail. Etiologies and treatments were also discussed. Conservative and Surgical treatment options were discussed in detail.

TIME SPENT: 30 min spent with patient in face to face discussion.

I suspect that during "boot camp" rigorous Physcial Therapy that the herniated disk was made worse and this is the cause of the feet pain. The other most likely causes of burning have been ruled out. I have asked patient to talk with his back doctor this week about seeing a back surgeon.

RETURN VISIT: Patient is instructed to return as needed if problem returns or if a new problem develops.

This visit note has been electronically signed off by Jason Knox, DPM FACFAS.

---

# aetna℠



# Fax Message

| | |
|---|---|
| **To:** | Dr. Breena Green |
| **Fax:** | 615-867-7974 |
| **From:** | Lee, Shawndra E |
| **Date:** | 7/9/2014 10:57 AM |
| **Pages:** | 1 of 2 (including this page) |
| **Subject:** | RE: Arthur Davis REDACTED |

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

# aetna®

Aetna Life Insurance Company          Shawndra Lee
Disability Services - Plantation       LTD Benefit Manager
P.O. Box 14560                         954-693-2227
Lexington, KY 40512-4560               Fax: 1-866-667-1987

July 9, 2014
To: Dr. Breena Green
Fax: 615-867-7974

### RE:  ARTHUR DAVIS          DOB:  REDACTED   CLAIM #:    9452367

I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above
patient.  In order for us to continue Long Term Disability benefits, we need to obtain <u>objective</u>
<u>medical data</u> to support the claim.

## Please provide the following information:

☒  **Office visit notes from 06/19/2014 to present with Operative Report and/or Procedure
Notes (if applicable) and Objective exam findings and diagnostic test results** (laboratory
tests, x-rays, and MRI tests).

☒  **Please provide current treatment plan:**_ HEP , weight management, pain_

_medication_

☒  **Last office visit** _6|19|14_   **Next scheduled office visit** _7/31/14_

## Return to work plan:

☒  **Does your patient currently have work capacity?  Yes** _____  **No** _____
_He needs a functional capacity evaluation_
_to evaluate his abilities/ restrictions ._
**Restrictions:** _____

Anticipated Full Duty return to work date: _____ TBD. _____

Physician Signature:_____   Date: _7/9/14_

**PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP**
❖  Your prompt response is necessary in order to avoid termination of your patient's claim.

# aetna℠

# Fax Message

_____

**To:**      BES

**Fax:**     866-667-1987

**From:**    Lee, Shawndra E


**Date:**    7/9/2014 10:58 AM
**Pages:**   1 of 2 (including this page)
**Subject:** Re: Arthur Davis 10/03/1963

_____

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.



**Aetna Life Insurance Company**          **Shawndra Lee**
**Disability Services - Plantation**        **LTD Benefit Manager**
**P.O. Box 14560**                          **954-693-2227**
**Lexington, KY 40512-4560**                **Fax: 1-866-667-1987**

July 9, 2014
To: Dr. Jason Knox
Fax: 615-220-8688

| RE: **ARTHUR DAVIS** | **DOB:** REDACTED | **CLAIM #:** | **9452367** |

**I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above patient. In order for us to continue Long Term Disability benefits, we need to obtain** <u>objective</u> <u>medical data</u> **to support the claim.**

## Please provide the following information:

☒ **Office visit notes from 06/19/2014 to present with Operative Report and/or Procedure Notes (if applicable) and Objective exam findings and diagnostic test results** (laboratory tests, x-rays, and MRI tests).

☒ **Please provide current treatment plan:**_____

_____

☒ **Last office visit** _____        **Next scheduled office visit** _____

## Return to work plan:

☒ **Does your patient currently have work capacity?  Yes** _____        **No** _____

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature:_____        Date:_____

**PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP**
   ❖ **Your prompt response is necessary in order to avoid termination of your patient's claim.**



# Fax Message

---

**To:**     BES

**Fax:**    866-667-1987

**From:**   Lee, Shawndra E

**Date:**     7/9/2014 10:57 AM
**Pages:**   1 of 2 (including this page)
**Subject:** RE: Arthur Davis 10/03/1963

---

<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

DCN: 140709062043 PAGE: 001 SEQUENCE: SWF0709201401553001



**Aetna Life Insurance Company**
**Disability Services - Plantation**
**P.O. Box 14560**
**Lexington, KY 40512-4560**

Shawndra Lee
LTD Benefit Manager
954-693-2227
Fax: 1-866-667-1987

July 9, 2014
To: Dr. Breena Green
Fax: 615-867-7974

RE: **ARTHUR DAVIS** DOB: **REDACTED** CLAIM #: **9452367**

I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above patient. In order for us to continue Long Term Disability benefits, we need to obtain <u>objective medical data</u> to support the claim.

## Please provide the following information:

☒ **Office visit notes from 06/19/2014 to present with Operative Report and/or Procedure Notes (if applicable) and Objective exam findings and diagnostic test results** (laboratory tests, x-rays, and MRI tests).

☒ **Please provide current treatment plan:**_____

_____

☒ **Last office visit _____    Next scheduled office visit _____**

## Return to work plan:

☒ **Does your patient currently have work capacity?   Yes _____    No _____**

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature:_____    Date:_____

**PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP**
   ❖ Your prompt response is necessary in order to avoid termination of your patient's claim.



# Fax Message

_____

**To:**      BES

**Fax:**     866-667-1987

**From:**    Lee, Shawndra E


**Date:**    7/9/2014 11:01 AM
**Pages:**   1 of 2 (including this page)
**Subject:** Re: Arthur Davis 10/03/1963

_____

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.



**Aetna Life Insurance Company**        **Shawndra Lee**
**Disability Services - Plantation**    **LTD Benefit Manager**
**P.O. Box 14560**                      **954-693-2227**
**Lexington, KY 40512-4560**            **Fax: 1-866-667-1987**

July 9, 2014
To: Dr. Subir Prasad
Fax: 615-916-3953

## RE:   ARTHUR DAVIS          DOB:   REDACTED  CLAIM #:    9452367

**I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above patient.  In order for us to continue Long Term Disability benefits, we need to obtain <u>objective medical data</u> to support the claim.**

# Please provide the following information:

☒ **Office visit notes from 05/29/2014 to present with Operative Report and/or Procedure Notes (if applicable) and Objective exam findings and diagnostic test results** (laboratory tests, x-rays, and MRI tests).

☒ **Please provide current treatment plan:**_____

_____

☒ **Last office visit** _____   **Next scheduled office visit** _____

## Return to work plan:

☒ **Does your patient currently have work capacity?   Yes** _____   **No** _____

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature:_____   Date:_____

**PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP**
   ❖ **Your prompt response is necessary in order to avoid termination of your patient's claim.**

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 472 of 1151 PageID #: 4716

# aetna℠

# **Fax Message**

To:        Dr. SUBIR PRASAD

Fax:       615-916-3953

From:      Peterson, Jacob O

Date:      6/23/2014 10:52 AM
Pages:     1 of 7 (including this page)
Subject:

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed
and may contain confidential and/or proprietary information. If you are not the intended
recipient or the employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution, or copying of this
communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number
above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by
federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this
information by you without the express written consent of the person to whom it pertains or as
otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or
other information is NOT sufficient for this purpose. The federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Print Letter



PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

## Facsimile Transmittal Sheet

| To: | From: |
|---|---|
| Dr. SUBIR PRASAD | Aetna Disability |
| Employer: | Date: |
| Dell Inc. | 06/23/2014 |
| Fax Number: 615-916-3953 | CLAIM NUMBER: |
| | 9452367 |
| Phone number: | Sender's Phone Number: |
| | 800-354-1779 |
| | Sender's FAX Number: |
| | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS | Total No. of Pages Including Cover: |
| Date of Birth: REDACTED | |
| | 6 |

Urgent    For Review    Please Comment    Please Reply    Please Recycle

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Attending Physician Statement
Capabilities and Limitations Worksheet

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Print Letter

From: AETNA    Page: 3/7'    Date: 6/23/2014 9:55:32 AM

Page 2 of

Claim Number: 9452367

# aetna    **Attending Physician Statement**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

## 1. Patient Information

| Name | | | | | | Employer Name | | Job Title | |
| Arthur Davis | | | | | | | | | |

| Year of Birth REDACTED | Gender ☐F ☒M | Smoker ☐Yes ☒No | Height (ft./in.) 6'0" | Weight (lbs.) 249 | BMI | Blood Pressure 144|96 | Date Measured 5|29|14 |

## 2. Diagnostic Information

| Primary Diagnosis |
| Paresthesian |

| ICD-9 Code(s) | DSM IV Code(s) |
| 782.0 | |

| Complications |
| |

| Objective Findings |
| See Clinic nts |

| Subjective Symptoms |
| See clinic nte |

Are there any secondary conditions contributing to this conditions?
☐ Yes  ☒ No    If Yes, what are they?

Has this patient ever had the same condition or a similar condition?
☐ Yes  ☐ No    If Yes, what year(s)/describe?  Not evaluded by me

## 3. Treatment Information

| Primary Diagnosis | | First day recommended out of work |
| Paresthesia | | I did not |

| Date symptoms first appeared (or date of accident) September 2013 | Date first treated for this condition 5/29/14 | Most recent date treated for this condition 5/29/14 |

| Frequency with which you see this patient: ☐Weekly ☐Monthly ☒Other one  Provide date(s) 5/29/14 | | ICD9 code(s) |

| Has the patient undergone surgery? ☐Yes ☒No | If Yes, provide date. / / | CPT code(s) & Procedure | Result |

| Do you expect surgery to be performed in the future? ☐Yes ☒No | If Yes, provide date. / / | Planned Procedure & CPT code |

| Please list current medications with dosage and frequency. Danelle 25mg QHS |

| Please list other types and frequency of treatment. |

| Is the patient a suitable candidate for vocational rehabilitation? ☒Yes ☐No | Please explain. |

## 4. Please list all treating or consulting physicians (include date of treatment as indicated).

| a. Physician Name | Physician Telephone Number |
| Physician Address | Treatment Dates From: / / To: / / |
| b. Physician Name | Physician Telephone Number |
| Physician Address | Treatment Dates From: / / To: / / |
| c. Physician Name | Physician Telephone Number |
| Physician Full Address | Treatment Dates From: / / To: / / |

WKAB
GR-68337 (7-13)

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

DCN: 140626054814 PAGE: 005 SEQUENCE: SWF0626201400670001
Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 475 of 1151 PageID #: 4519

Print Letter

Claim Number: 9452367

Page 2

| Patient Name | Year of Birth | REDACTED |
|---|---|---|
| Arthur Davis | | |

**5.** Please indicate any hospital / medical rehabilitation confinement for this patient, for this condition *(include dates of confinement as indicated).*  none

a. Hospital / Facility Name

| Hospital / Facility Full Address | Treatment Dates From: / / To: / / |
|---|---|

b. Hospital / Facility Name

| Hospital / Facility Full Address | Treatment Dates From: / / To: / / |
|---|---|

**6.** Progress

Patient Status
- [ ] Recovered
- [x] Ambulatory
- [ ] Improved
- [ ] Home Bound
- [ ] Unchanged
- [ ] Bed Confined
- [ ] Retrogressed
- [ ] Hospitalized

What is the prognosis?  good

Has the patient achieved Maximum Medical Improvement? If no, how soon do you expect fundamental changes in the patient's medical condition:
- [ ] Yes [ ] No  uncertain - not seen [x] 1-2 months [ ] 3-6 months [ ] 3-4 months [ ] More than 6 months

Please note any restrictions *(activities your patient should not do).*  none by me

Please note any limitations *(activities your patient cannot).*  none by me

Please describe any physical and/or MENTAL impairments.

| Date patient released from your care (if applicable). 5/29/1214 | Date patient able to return to full duty. never restricted by me — ask the doctors |
|---|---|

**7.** Level of Impairment

Physical Impairment *(if applicable)*
- [x] Class 1. No limitation of functional capacity/capable of heavy work.
- [ ] Class 2. Slight limitation of functional capacity/capable of medium manual work.
- [ ] Class 3. Moderate limitation of functional capacity/capable of light work.
- [ ] Class 4. Marked limitation of functional capacity/capable of sedentary work.
- [ ] Class 5. Severe limitation of functional capacity/incapable of sedentary work.

Mental/Nervous Impairment *(if applicable)*:
- [x] No limitation: able to function under stress and engage in interpersonal relationships.
- [ ] Slight limitation: able to function in most stress situations and engage in most interpersonal relationships.
- [ ] Moderate limitation: able to engage in only limited stress and limited interpersonal relationships.
- [ ] Marked limitation: unable to engage in stress or interpersonal relationships.
- [ ] Severe limitation: has significant loss of psychological, physiological, personal and social adjustment.

Cardiac Functional Capacity – NY Heart Association:
- [ ] Class 1. No limitation [ ] Class 2. Slight limitation [ ] Class 3. Moderate limitation [ ] Class 4. Complete limitation

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?
- [x] Yes [ ] No

Additional Comments/Information

**8.** Attending Physician Information

| Physician's Signature | Date (MM/DD/YYYY) 6 / 12 / 14 |
|---|---|

| Physician Name: Subir Prasad | Specialty: Neurology |
|---|---|
| Phone Number: (615) 425-7605 | Fax Number: (615) 916-3953 |
| Address: 4230 Harding Rd 805E, Nashville, TN 37205 | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member on an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.
WKAB- GR-68337 (7-13)

Patient Name  Year of Birth

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

## 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

WKAB
GR-68337 (7-13)                                                                Page 2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Claim Number: 9452367

# aetna | Capabilities and Limitations Worksheet
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

**Employee Name** *(Last, First, Middle Initial)*
DAVIS, ARTHUR

**Social Security Number**

**Year of Birth**

**Gender** ☐ Male ☐ Female

**Job Title**

**Control Number**
0476626

**Current Diagnosis** Paresthesia

**Medications:**

Indicate the percent of the day the following activities can be performed:

(Occasional 1-33% or .5-2.5 hrs, Frequent 34-66% or 2.6-5.0 hrs, Continuous 67-100% or 5.1-8 hrs, or Never)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking __R__ __L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

*Not tested or limited by me*

**Maximum weight patient is capable of lifting:**

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

**Approved Head and Neck Movements:**

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

**Limitations to:**
Speaking _____ hrs
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

**Exposure Limitations:**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐ 8 ☐ 6 ☐ 4 ☐ 2 ☐
Duration of restrictions: _____ Care Complete: Yes ☐ No ☐ Next Appointment: _____
Additional Comments: _____

**Physician's Signature**

**Date** *(MM/DD/YYYY)* 06/25/2014

**Physician Name** Subir Prasad

**Specialty** Neurology

**Phone Number** (615) 425-7605

**Fax Number** (615) 916-3953

**Address** 4230 Harding Rd, 805E, Nashville, TN 37205

WKAB
GC-1500-26 (7-13)

Page 1 of 2

Claim Number: 9452367

**Employee Name** *(Last, First, Middle Initial)* Required
DAVIS, ARTHUR

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

WKAB- GC-1500-26 (7-13)

Page 2 of 2



Print Letter     From: AETNA     Page: 5/6     Date: 6/16/2014 1:59:32 PM        Page 4 of 5

WKAB
G5-14GE-26 (7-13) C                 Page3

Claim Number: 9452367

## aetna

**Capabilities and Limitations Worksheet**
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

Employee Name (Last, First, Middle Initial): DAVIS, ARTHUR

Gender: ☑ Male ☐ Female

Member ID Number: 0476626

Current Diagnosis: shoulder pain   LBP   knee pain   paresthesia

Medical Only: See list

please ask ortho for evaluation

[signature] Yoregan
6-20-2014

WKAB
G5-0500-26 (7-13)                     Page 1 of 2

Employee Name (Last, First, Middle Initial) Required:
DAVIS, ARTHUR

**Misrepresentation**

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

Employee's Signature                                          Date (MM/DD/YYYY)

WKAB: GC-1500-26 (7-13)                                                    Page 2 of 2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com


# Heritage Medical
### Associates

| To: | Dell Incq= | Subject: | Forms |
|---|---|---|---|
| Fax: | 866-667-1987 | Date: | 6-20-14 |
| From: | Dr.Tad Yoneyama- Jana | Pages: | 8 |
| Fax: | 615-916-3903  Phone 615-224-1975 | | |
| Message | | | |

| Fax. (615) | | Fax. (615) | | Fax. (615) | | Fax. (615) | |
|---|---|---|---|---|---|---|---|
| 503-2953 | Alberico, Dr. Tammy | 916-3904 | Gandhi, Dr. Amy | 916-3925 | Meyer, Dr. Richard | 953-4091 | Stirling, Kristen |
| 916-3926 | Anderson, Dr. Edwin | 503-2953 | Gish, Jonathan | 916-3923 | Mire, Dr. Ryan | 916-3889 | Storck, Dr. Kristina |
| 564-2974 | Austin-White, Martha | 297-2593 | Grinder, Shalene | 953-4092 | Moody, Dr. Brent | 916-3890 | Strnad, Dr. Allison |
| 916-3954 | Baggott, Dr. Nicole | 369-1321 | Gupta, Dr. Sonal | 791-8219 | Mowery, Dr. Greg | 916-3896 | Stubblefield, Dr. Mark |
| 503-2948 | Bailes, Dr. Elizabeth | 916-3876 | Hagenau, Dr. Curt | 297-1835 | Mukundan, Dr. Chetan | 916-3865 | Tai, Dr. Steven |
| 916-3946 | Bastian, Dr. Sam | 916-3859 | Harrell, Dr. Henry | 916-3854 | Olive, Dr. Michael | 916-3978 | Tatalovich, Dr. Jennifer |
| 791-9206 | Bergeron, Dr. Kim | 284-2598 | Hawkins, Dr. Roland | 916-3962 | Ozan, Dr. Aydin | 771-7229 | Thomas, Dr. J.T. |
| 916-3921 | Bonvissuto, Dr. Linda | 794-8737 | Hendrix, Dr. Julie | 916-3888 | Parker, Dr. Joe | 916-3927 | Thompson, Dr. John |
| 916-3855 | Booker, Dr. Tammy | 916-3905 | Howard, Laura | 916-3929 | Parker, Dr. Morgan | 503-2962 | Trump, Iveylee |
| 284-2492 | Brothers, Dr. Don | 791-8219 | Huber, Dr. Todd | 916-3866 | Patten, Dr. Thomas | 791-9206 | Walling, Leigh |
| 916-3891 | Brown, Dr. Doug | 916-3953 | Humphrey, Tereza | 916-3916 | Payne, Dr. Rose | 297-2593 | Waterhouse, Dr. Heather |
| 916-3864 | Bryant, Dr. David | 916-3961 | Humphrey-Johnson, Dr. | 369-1321 | Pharris, Dr. Larry | 324-1219 | Wierum, Dr. Craig |
| 564-2974 | Burt, Dr. Jerome | 564-2974 | Jacobs, Dr. Jake | 916-3953 | Prasad, Dr. Subir | 916-3856 | Wile, Dr. Laura |
| 916-3886 | Byrd, Dr. Victor | 376-6044 | Janjic, Traci | 916-3878 | Rand, Dr. Heidi | 916-3871 | Wright, Dr. George |
| 916-3902 | Calisi, Dr. Cindy | 916-3915 | Jones, Dr. James | 297-1835 | Rauth, Dr. Lindsay | 376-6044 | Wright, Dr. Sharon |
| 916-3863 | Callaway, Dr. Mike | 284-2598 | Kerr, Dr. Mary Frances | 916-3862 | Ray, Dr. Clark | 916-3971 | Wright, Tiffany |
| 916-3857 | Callaway, Dr. Tom | 297-1835 | Klinsky, Dr. Lawrence | 916-3887 | Rhea, Dr. Christian | 916-3903 | Yoneyama, Dr. Tad |
| 376-6044 | Caprio, Dr. Francis | 916-3860 | Ledford, Dr. Robert | 916-3870 | Roberts, Dr. Ryan | 916-3943 | Zak, Dr. Beverly |
| 916-3971 | Carlton, Anna | 916-3879 | Lee, Dr. Carla | 916-3952 | Rossell, Dr. Anne | 916-3928 | Zanolli, Dr. Michael |
| 916-3944 | Carman, Dr. Jennifer | 916-3861 | Lewis, Dr. Rodney | 916-3924 | Ryan, Dr. Sean | | HMA DEPARTMENTS |
| 916-3914 | Cato, Dr. James | 916-3894 | Lipsitz, Dr. Nancy | 916-3976 | Sanders, Dr. Margaret | 284-2875 | Administration |
| 916-3892 | Cox, Dr. Joy | 916-3947 | Lyons, Dr. Elizabeth | 916-3852 | Scudder, Dr. Donna | 564-2980 | Accounts Payable |
| 916-3922 | Cromwell, Dr. Brian | 297-1835 | Mallard, Dr. Robert | 503-2948 | Seethaler, Dr. Neil | 284-3984 | Billing |
| 916-3858 | Crowder, Dr. Robert | 771-7229 | Martin, Dr. Craig | 503-2957 | Shaw, Dr. Amy | 284-2257 | Diagnostic Imaging |
| 503-2948 | Dykstra, Dr. Elizabeth | 916-3853 | Martin, Dr. Karen | 916-3869 | Shull, Dr. Harrison | 916-3872 | Endoscopy Lab |
| 916-3895 | Emfinger, Dr. Wesley | 916-3899 | McGinley, Dr. Daniel | 916-3849 | Smith, Dr. Allison | 327-7933 | Human Resources |
| 916-3884 | Fentriss, Dr. Lee | 916-3898 | McGinley, Dr. James | 284-2492 | Smith, Dr. Keegan | 284-2493 | Laboratory |
| 916-3893 | Fournace, Lisa | 916-3867 | McMillen, Dr. David | 297-1835 | Smith, Dr. Paige | 327-5461 | Medical Records |
| 916-3918 | Franklin, Dr. Leslie | 771-7229 | Meadors, Dr. Bernadette | 916-3917 | Smithson, Dr. Joshua | 284-2248 | PBX and Scanning |
| 503-2962 | Franklin, Dr. Shelley | 916-3764 | Meadors, Dr. Porter | 324-1219 | Snow, Dr. Rodney | 284-2253 | Purchasing |

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original information to us at the above address. Thank you.

# aetna℠

# Fax Message

**To:**   Yoneyama Heritage Medical

**Fax:**   6159163903

**From:**   Greene Celestine, Wanda

**Date:**   6/16/2014 2:55 PM
**Pages:**   1 of 6 (including this page)
**Subject:**   Arthur Davis

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

*please print med list to go with forms*
*call pt to pick up*
*$25 form fee*
*Ty*

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

# aetna®

PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
STD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

06/16/2014

Dr. Tad Yoneyama Heritage Medical
2334 Hillsboro Road
Franklin TN - 37069

| | |
|---|---|
| Group Control No. | 0478626 |
| Employer | Dell Inc |
| Employee | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452362 |

To Whom It May Concern:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from the last office visit. We also ask that you, complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by July 1, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

Wanda Ground Celestine
Senior Technical Specialist
Aetna Life Insurance Company

Enclosures
Attending Physician Statement
Capabilities and Limitations Worksheet

Print Letter     From: AETNA     Page: 3/6     Date: 6/16/2014 1:59:31 PM     Page 2 of 5

Claim Number: 3452367

**aetna** **Attending Physician Statement**
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone 800-354-1775
Fax 1-866-667-1987

The Genetic Information Nondiscrimination Act of 2008 (3 NA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as are fully allowed by that law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information...

**1. Patient Instructions** – The Physician will complete Sections 2 through 4.
The Patient will complete Sections 1 and 4.
The Patient should also fill in their name at the top of Pages 2 and 3.

The **Patient** is responsible for completing this section, and for ensuring that their Attending Physician completes the remainder of this statement...

(a) Control Number _____ 0476626 _____
Patient Name (Last, First, Middle Initial)  DAVIS, ARTHUR
Patient Gender ☒ Male ☐ Female   Height ___ Weight (lbs) ___
(b) Mailing Address if different from Home Address ___ ☐ Check if New
(c) Patient Employer Name/City/State  Dell Inc
(d) Patient Telephone Number ___ ☐ Check if New
(e) Job Title/Occupation  Inside Sales Account Mgmt A
(f) Type of Claim ☐ Short Term Disability ☐ Long Term Disability ☐ Waiver of Premium
☐ Long Term / Permanent Total Disability

**2. Physician Instructions**
The **Attending Physician** should complete the items below, based upon a recent examination. Attach additional documentation as needed...

**3. Impairing Diagnosis & Treatment**
(a) For medical reasons, the patient will need to be absent from work due to a disability beginning on _18/2_ and ending on _unknown_
(b) Primary Diagnosis  shoulder pain    Primary ICD Code  719.41
Secondary Diagnosis ___    Secondary ICD Code  844.2
Other Diagnosis  Paresthesia    Other ICD Code  782.0
(c) Height _72_  Weight  247 lbs  Date Measured (MM/DD/YYYY)  5-23-2014
(d) If Pregnancy, indicate delivery or expected date  N/A    Month ___ Day ___ Year ___
Delivery Type ☐ Vaginal ☐ Cesarean
(e) Surgery Date ___    Month ___ Day ___ Year ___
Primary Procedure ___    Primary CPT Code ___
Secondary Procedure ___    Secondary CPT Code ___
Other Procedures ___    Other CPT Codes ___
(f) Medication(s)/Dose/Frequency  see list
Impairment from medications or pain  sedation
(g) Is patient still under your care for this condition? ☒ Yes ☐ No  Date service terminated ___
(h) Treatment Summary  med management refer to neuro /ortho
(i) Office Visit Dates. First 9-19-2013  Last 5-23-2014  Frequency of appointments  2-4 months
(j) Was patient recently hospitalized? ☒ No ☐ Yes  Date hospitalized: Admit ___ Discharge ___
(k) Hospital Name/City/State  please contact Dr Renfroe

WKAB-30-4150-2017-170 © R-POD

---

Handwritten notes (right side):
① shoulder 10-2013
Ⓡ shoulder 1-31-2014
① knee 4-23-2014

last surgery 4-23-2014

---

DCN: 140620058799 PAGE: 007 SEQUENCE: SWF0620201401447001

Claim Number 9453367   Page 2

Patient Name (Last, First, Middle Name) Required
DAVIS, ARTHUR

**4. History**

(a) Symptoms: shoulder pain, back pain, knee pain foot pain

(a) Date symptoms first appeared or accident happened:  Month __8__ Day ____ Year _2013_

(b) Has patient ever had same or similar condition? ☐ No ☐ Yes  State when and describe.

(c) Is condition due to injury or sickness arising out of patient's employment? ☐ No ☐ Yes ☐ Unknown

(d) Other Treating Physicians.
Name Dr Meghee   Specialty ortho   City Franklin   State TN
Name Dr Renfroe   Specialty ortho   City Nashville   State TN

Dr Prasad neuro Nashville TN
Dr Newton ? Murfreesboro, TN

**5. Patient is: Place remarks in item (d) below, if applicable.**

- Competent to endorse checks and direct the use of proceeds thereof ... ☐ Yes ☐ No ☐ Other describe in (d)
- Able to work with others ... ☐ Yes ☐ No ☐ Other describe in (d)
- Able to give supervision ... ☐ Yes ☐ No ☐ Other describe in (d)
- Able to work cooperatively with others in group setting ... ☐ Yes ☐ No ☐ Other describe in (d)
- Able to do? Select one - Place remarks in item (d) below, if applicable.
  - ☐ Heavy work activity: the limitations of functional capacity.
  - ☐ Medium work activity: Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ Light work activity: Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ Sedentary work activity: Moderate limitation of functional capacity. Exerting up to 10 pounds of force occasionally. (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☒ No ability to work. Severe limitation of functional capacity, incapable of minimal activity.
  - ☐ Other. Place remarks in item (d) below.

(b) What medical restrictions/limitations are you placing on patient? (Activities of Daily Living, Driving, Lifting, Putting, Pushing, and Amounts, etc.) No lift/pull/push prolonged sitting

- Number of hours patient is capable of working in a day? ☐12 ☐10 ☐8 ☐6 ☐4 ☐2 ☐1 Hour/Day
- Number of Days per week patient is able to work. ☐1 ☐2 ☐3 ☐4 ☐5 Days/Week
- Date you prescribed restriction on work activities. Month ____ Day ____ Year ____ ☐ No Longer
- How long are these restrictions/limitations in effect? ☐ Days ☐ Weeks ☐ Months ☐ No Longer
- Estimated return to work date? (MM/DD/YYYY) ☐ Modified Duty ☐ Full Duty

10/2013 started by Dr Renfroe ortho

(c) Objective findings that substantiate impairment (consult laboratory, physical and/or mental status examination and other testing).

(d) Current Comments:

**6. Current Status**

(a) Patient is: ☒ Improved ☐ Stabilized ☐ Regressed ☐ Not Applicable
(b) Is there a medical contraindication for patient to participate in a Vocational Rehabilitation program (if train will be present)? ☐ No ☐ Yes State when __ Cannot sit for prolonged time__
(c) In your opinion, is your patient motivated to return to work?

**7. Physician Information**

Attending Physician's Name (Print)   Degree   Specialty

Address (No. Street, City, State, ZIP Code)   Telephone Number   Fax Number

Signature [signature]   Date (MM/DD/YYYY) 6/20/2014

WKAB
GC-14562617-13) E

Claim Number 9453367

Patient Name (Last, First, Middle Name) Required
DAVIS, ARTHUR

**8. Regulation Notice**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person, files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Attention Maine and Tennessee Residents: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com



**HMA GRASSLAND**
**2339 Hillsboro Road, Suite 100**

Patient Name: Arthur C Davis
DOB: REDACTED
Gender: Male

## Allergies

- EGGS 05/29/2014 Hives Active
- FISH 05/29/2014 Active
- WASPS 05/29/2014 Active
- Mobic *ANALGESICS - ANTI-INFLAMMATORY* 05/29/2014 Dizziness Active
- NUTS 05/29/2014 Active

## Medications

- Lisinopril-Hydrochlorothiazide (20-25MG Tablet, 1 Oral daily, Taken starting 06/11/2014) Active.
- Pamelor 25MG, one Capsule at bedtime x 5 nights, then two capsules at bedtime thereafter, #60, 05/29/2014, Ref. x1. Active.
- CloNIDine HCl (0.1MG Tablet, 1 Oral three times daily prn SBP >160, Taken starting 01/13/2014) Active. (PT NO LONGER TAKING)
- Atenolol (100MG Tablet, 1 (one) Tablet Oral daily, Taken starting 08/05/2013) Active. (PT NO LONGER TAKING)
- Physical Therapy (1 (one) Misc three times per week, Taken starting 09/25/2013) Active. (FINISHED/ Dx- frozen shoulder; eval and treat, massage and ROM)
- Naproxen (500MG Tablet, 1 (one) Tablet Oral two times daily, Taken starting 09/27/2013) Active. (PT NO LONGER TAKING)
- Diazepam (5MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 01/13/2014) Active. (PT NO LONGER TAKING)
- Spironolactone (25MG Tablet, 1 Oral daily) Active.
- Lotrisone (1-0.05% Cream, 1 External two times daily, Taken starting 05/13/2014) Active.
- Flonase (50MCG/ACT Suspension, 1 Nasal two times daily, as needed, Taken starting 01/22/2014) Active.
- Bystolic (10MG Tablet, 1 Oral daily, Taken starting 01/15/2014) Active.
- Dulera (200-5MCG/ACT Aerosol, 1 (one) Aerosol Inhalation two times daily, Taken starting 01/15/2014) Active.
- CeleBREX (200MG Capsule, 1 Oral daily, Taken starting 01/13/2014) Active.
- Hydrocodone-Acetaminophen (5-325MG Tablet, 1-2 Tablet Oral Q6hr prn, Taken starting 09/27/2013) Active.
- AmLODIPine Besylate (10MG Tablet, 1 Oral daily, Taken starting 07/12/2013) Active.
- Ventolin HFA (108 (90 Base)MCG/ACT Aerosol Soln, 1 Inhalation daily, Taken starting 05/29/2013) Active.
- Advair Diskus (250-50MCG/DOSE Aero Pow Br Act, 1 Inhalation two times daily, Taken starting 07/19/2013) Active.
- Omeprazole (20MG Capsule DR, 1 Oral two times daily, Taken starting 07/19/2013) Active.
- EpiPen 2-Pak (0.3MG/0.3ML Device, 1 Injection as directed, Taken starting 06/13/2012) Active.
- ZyrTEC Allergy (10MG Capsule, 1 Oral daily, Taken starting 11/21/2011) Active.

Attention Wanda Greene Celestine
Senior technical Specialist
Phone 800-354-1779
Fax 866-667-1987

Disability Claim#9452367
[Quoted text hidden]

---

**Art Davis** REDACTED
To REDACTED                                              Thu, Jun 19, 2014 at 10:34 AM

Today I had an appointment with my pain management doctor Breena Green Murfreesboro Medical Clinic 1272 Garrison Drive Suite 303, Murfreesboro TN 37129. She does not recommend Nerve Burning because it will not elevate the burning in my feet. She has recommended to continue taking Tramadol and to return in 6 weeks.

Previous appointment was with Dr. Jason Knox of Neuhaus Foot and Ankle StoneCrest Boulevard, Smyrna, TN, United States on June 9th, he recommended I see a back surgeon.

Dr. Subir Prasad, Heritage Medical Associates Saint Thomas West Hospital 4230 Harding Road Nashville, TN 37205 on May 29th, he said there was no nerve damage in my legs.

DCN: 140619096529 PAGE: 001 SEQUENCE: SWF0619201404511001
Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 488 of 1151 PageID #: 4832

06/18/2014 WED 10:11 FAX

6/16/2014 2:42 PM
Print Letter

AETNA -> 16150677974

@001/008

Page 2 of 2
Page 1 of 1

482122
Davis



PO Box 14550
Lexington, KY 40512-4550
SHAWNDRA LEE
STD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

06/16/2014

Dr. Brenna Green
1272 Garrison Dr., Suite 302
Murfreesboro TN - 37129

| Group Control No: | 0476626 |
|---|---|
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Dr. Green:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from the last 2 office visit.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by July 1, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

Wanda Greene Celestine
Senior Technical Specialist
Aetna Life Insurance Company

DCN: 14061806190 PAGE: 001 SEQUENCE: SWF0618201401536001
Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 489 of 1151 PageID #: 4833



482122
58

# aetna℠

# **Fax Message**

**To:**　　Dr. Green

**Fax:**　　6158677974

**From:**　Greene Celestine, Wanda

**Date:**　　6/16/2014 2:42 PM
**Pages:**　1 of 2 (including this page)
**Subject:**　Arthur Davis

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the Intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.



## Murfreesboro Medical Clinic
1272 Garrison Drive
Murfreesboro, TN 37129
615-867-7971   www.mmclinic.com   1-800-842-6692

## Spine Joint and Pain Center

### PatientName: ARTHUR C. DAVIS     EMRN # 482122

**Reason For Visit**
Patient is here today for follow-up regarding chronic low back pain s/p MVA 9/27/13.
**HPI**
ARTHUR DAVIS returns to the office today for follow-up regarding chronic low back pain s/p MVA on 9/27/13. (Please see initial visit for details.) The patient has also had right and left RC surgeries and recent left knee ACL repair by Dr. Renfro. He states that his left knee is feeling better. In the interim since his last visit, he did have an injection for his coccyx pain but he did not feel that it helped much with his symptoms. He continues to have low back pain but denies any symptoms in the legs other than burning in the feet. All of his symptoms are most bothersome at night. He denies any weakness on today's visit. Currently, his pain is described as a constant sharp, throbbing and aching pain rated 8/10 in intensity. He denies any changes or loss of control of his bowel or bladder. He is currently taking Celebrex which helps minimally. Tramadol does give him some relief. He did not experience any relief with gabapentin and he did not tolerate a Cymbalta trial. He has not tried Lyrica. He is unsure if he wants to pursue any other injections at this juncture. MRI L-spine shows DDD at L4-5/L5-S1 facet arthropathy.

Historical information from initial visit: ARTHUR DAVIS is a pleasant 50 year old male who presents today for evaluation of chronic low back pain s/p MVA on 9/27/13. The patient first experienced about one year of low back pain about 20-21 years ago after a MVA. Once this calmed down, he was quite active and his symptoms were controlled with occasional Celebrex and stretching. On 9/27/13, the patient was in a Mazda 6 which was stopped and subsequently rear-ended by a 4-door type sedan traveling about 15-20 mph. The patient did not lose consciousness nor did airbags deploy. He did not notice immediate pain and therefore did not go to the ED. About a week after the accident, he developed numbness and tingling in the posterior aspects of his legs as well as back spasms and tailbone pain. He went to PT and his leg symptoms improved but his low back/tailbone pain seemed to increase. He then had shoulder surgery and after that went to PT for his shoulders and his back. This seemed to further aggravate his low back pain. He currently has pain in the low back and coccyx area. He denies pain, numbness, tingling or weakness in the legs but does note some burning in his feet. His pain is described as a constant aching and throbbing pain rated 8/10 in intensity. He denies any changes or loss of control of his bowel or bladder. Standing, lying in bed, bending, stairclimbing and sitting do aggravate his pain. and elevation of his legs do provide some relief. He does sleep in a recliner. He does note some benefit from Tylenol and Advil and takes tramadol at bedtime to help him sleep. He does not think the tramadol is working as well as it did initially. He has not had any injections or bracing for his pain. He did see a spine surgeon, Dr. Kauffman, who ordered more PT. The patient went "all out" for PT and has reportedly torn his left ACL which is being operated on by Dr. Renfro on 4/18/14. He has also reportedly torn his right medial mensicus. He has been on short-term disability since October 10, 2013 which apparently will switch over to LTD in April. He does have a claim pending against the other driver's insurance company.

**Allergies**
Rec: 06May2014. List Reconciled and Reviewed.
OxyCODONE HCl CAPS; Adverse Reaction; Itching.
**Current Meds**

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 491 of 1151 PageID #: 49135

Rec; 06May2014, List Reconciled and Reviewed.
TraMADol HCl 50 MG Oral Tablet;; RPT
ProAir HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution;; RPT
Bystolic 10 MG Oral Tablet;; RPT
ZyrTEC Childrens Allergy 10 MG Oral Tablet Chewable;; RPT
AmLODIPine Besylate 10 MG Oral Tablet;; RPT
Omeprazole 20 MG Oral Tablet Delayed Release;; RPT
Flonase 50 MCG/ACT Nasal Suspension;; RPT
Spironolactone 25 MG Oral Tablet;; RPT
Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated;; RPT
CeleBREX 200 MG Oral Capsule;; RPT
Lisinopril-Hydrochlorothiazide 20-25 MG Oral Tablet;; RPT
CloNIDine HCl 0.1 MG Oral Tablet;; RPT
Valium 5 MG Oral Tablet;; RPT
Gabapentin 300 MG Oral Capsule;; RPT
DULoxetine HCl 60 MG Oral Capsule Delayed Release Particles;TAKE 1 CAPSULE DAILY.; Rx.

**Active Problems**
Acrochordon (701.9)
Asthma (493.90)
Benign Essential Hypertension (401.1)
Esophageal Reflux (530.81)
Intervertebral Disc Degeneration (722.6)
Lower Back Pain (724.2)
Lumbar Disc Degeneration (722.52)
Lumbar Spondylosis (L5 - S1) (721.3)
Somatic Dysfunction Of Lumbar Region (739.3)
Somatic Dysfunction Of Pelvic Region (739.5)
Somatic Dysfunction Of Rib Cage (739.8)
Somatic Dysfunction Of Thoracic Region (739.2).

**PMH**
Asthma (493.90)
Hypertension (401.9)
Peptic Ulcer (V12.71)
Somatic Dysfunction Of Sacroiliac Region (739.4).

**PSH**
Rotator Cuff Repair; bilateral
Sinus Surgery.

**Family Hx**
Maternal history of Family Health Status Of Mother - Deceased
Maternal history of Father Deceased At Age _____
Family history of Hypertension
Family history of Rheumatoid Arthritis.

**Personal Hx**
Denied Alcohol
Being A Social Drinker
Exercising Regularly; Eliptical
Living In An Apartment
Marital History - Divorced
Never A Smoker
Occupation:; Sales for Dell.

**ROS**
An interval history including a 10-point ROS including musculoskeletal, GI and neurological systems, PMH, SocHx
and FamHx was reviewed in the follow-up Medical Questionnaire signed and dated 05/06/2014 and no changes
were noted thus no further comments are necessary.

**Vital Signs**

DCN: 140618061909 PAGE: 007 SEQUENCE: SWF0618201401536001

Recorded by Suits,Christy on 06 May 2014 10:08 AM
BP:130/75,
Height: 72.000000 in, Weight: 240.000000 lb, BMI: 32.6 kg/m2,
O2 Sat: 98 (%SpO2),
BSA Calculated: 2.30 ,
BMI Calculated: 32.51.

## Physical Exam

ARTHUR DAVIS is a pleasant 50 year old overweight male who was in no apparent distress. He was alert, cooperative and answered questions appropriately throughout the exam. No obvious rashes or discolorations were noted in exposed areas on the skin. There is no edema noted in the lower limbs. He transfers and ambulates independently. Manual motor testing reveals functional motor strength in the lower limbs without focal deficit. Muscle stretch reflexes remain symmetric (depressed at the Achilles/hamstrings). Straight leg raising is negative in the lower limbs.. There was no evidence of ataxia with gait.

## Assessment

1. Chronic low back pain s/p MVA on 9/27/13 symptoms worse at night with burning in the feet. Unchanged.

2. Chronic coccydynia s/p MVA in 9/27/13. Unchanged.

3. Bilateral knee pain - reported left ACL tear, right medial meniscus tear. S/P recent left knee surgery by Dr. Renfro.

4. Bilateral shoulder pain with previous RC surgeries bilaterally. Stable.

## Orders

CSMD-TN Reviewed; Requested for: 06 May 2014.

## Plan

The above impressions and a number of treatment options were discussed with the patient and he was agreeable to the following plan designed to optimize function, reduce pain and improve quality of life:

1. Physical Therapy/Exercise/Lifestyle Modification: I have encouraged the patient to continue with his home exercise program on a regular basis as a lifelong activity. I have given additional exercises to incorporate into his home program.

Encouraged weight management and avoidance of inflammatory foods. Information given at a previous visit.

From our standpoint, would need FCE for disability paperwork.

2. Medications:
a. Start Lyrica 75 mg 1-2 PO QHS. Side effects discussed.
b. Continue Tylenol/Aleve prn
c. Continue tramadol prn - no Rx needed today.
d. Stopped Cymbalta - not tolerated/Gabapentin not effective

3. Tests:

BLL EMG ordered.

4. Interventional procedures: No response to coccyx injection. Consider lumbar MBB.

Records from Dr. Renfro reviewed.

5. The patient was previously educated on signs and symptoms that should prompt emergent treatment such as bowel or bladder incontinence, saddle anesthesia and or significant weakness in the arms or legs.

6. I will see the patient back in 4-6 weeks to evaluate his progress. Should he have any questions, concerns or a flare in symptoms in the interim, he may call the office at any time.

7. Pain Disability Questionnaire/CCESD-R Results 3/25/14: ccesdr-27, pdq-131/150

All of the patient's questions were answered to his apparent satisfaction. Thank you for allowing me to participate in the care of your patient, ARTHUR DAVIS.

**Signature**

Electronically signed by : BRENNA GREEN D.O.; 05/06/2014 12:14 PM CST.

Reviewed by : NICHOLAS COTE D.O.; 05/06/2014 5:19 PM CST.



## Murfreesboro Medical Clinic
1272 Garrison Drive
Murfreesboro, TN 37129
615-867-7971    www.mmclinic.com    1-800-842-6692

## Spine Joint and Pain Center

### PatientName:  ARTHUR C. DAVIS    EMRN # 482122

**Procedure**
Procedure: Coccyx Injection

Clinical Indications: Lumbar degenerative disc disease/ lumbar radiculitis/ Lumbar Spinal Stenosis/ Post-Laminectomy

Risks and Benefits and alternative treatments were reviewed with the patient. The patient then agreed and signed a written informed consent for the procedure listed above.

Risks: Bleeding, infection, nerve injury, dural injury, paralysis, headache, increased pain, allergic or adverse reaction to the needle or medications, kidney or internal organ injury, vasovagal reaction, seizure, and no response to the procedure.  The patient was aware that he would have an increased risk of bleeding due to taking ASA yesterday.

Benefits: Decreased pain, increased function, and/or confirming clinical diagnosis.

Physician performing the procedure: Brenna R.E. Green, DO

Procedure: After the patient was identified using name and date of birth, we confirmed the side, level, and type of procedure being preformed for the patient. Prior to initiating the procedure the patient was educated on the risks, benefits, and alternative treatment options and written informed consent was obtained. The patient was then escorted to the fluoroscopy suite and placed on the table in the prone position. The patient's vital signs were monitored before, during, and after the procedure. Under fluoroscopic guidance the appropriate side and level was identified and the target point on the skin marked. The skin was prepped and draped in a sterile manner.

With fluoroscopic guidance the sacrococcygeal junction was identified. After the target entry point was identified and marked a 25 g 1 1/2 inch needle was used to inject 1-2 mls of 1% Lidocaine for local anesthetic. Then a 25 g 3.5 inch needle was directed towards the sacrococcygeal junction in the lateral view. Caution was used not to advance the needle beyond the anterior border of the sacrum. an AP view was used to confirm midline positioning. After entering the joint space there was negative aspiration of CSF and heme. The final position of the needle was confirmed in both the AP and lateral views. In the lateral and AP views after repeat negative aspiration of heme and CSF, 0.5 - 1 ml of Omnipaque (contrast) was injected under real-time fluoroscopy. No vascular or dural uptake was noted. Dye spread was noted to be in epidural space in both the AP and lateral views. Then a 2 ml solution containing 1ml of 10mg/ml Dexamethasone mixed with 1 mls of 1% PF Lidocaine was injected. The needle was withdrawn. The injection site was cleaned an covered with a sterile bandage.

The patient tolerated the procedure well: Yes

Complications: None

The patient was transported to the recovery area for 20 minutes, where he (after meeting discharge criteria) was discharged home with a copy of the post-procedure care instructions and follow-up instructions.

**Signature**

Electronically signed by : BRENNA GREEN D.O.; 04/14/2014 2:52 PM CST.
Reviewed by : NICHOLAS COTE D.O.; 04/22/2014 11:32 AM CST.

# aetna Medical Professionals List

In the space provided below, please list the complete names, specialty, addresses, phone and fax numbers of all medical professionals you have consulted for the past two years. If necessary, you may use the back of this form to list additional medical providers, pharmacies, hospitals, or any other pertinent information regarding your disability.

| Employee Name | Claim # |
|---|---|
| DAVIS, ARTHUR | Claim Number: 9452367 |

---

Medical Provider / Hospital / Pharmacy: **Premier Orthopaedics + Sports**
Specialty: **Joint replacement + Sports Medicine** Period Consulted: **10/7/13 - 5/23/14**
Address: **394 Harding Place,**
City: **Nashville** State: **TN** Zip Code: **37211**
Phone: **(615) 834 - 4482** Fax:

---

Medical Provider / Hospital / Pharmacy: **Premier Orthopaedics + Sports**
Specialty: **Spine Surgery** Period Consulted: **10/31/13 - 12/19/13**
Address: **394 Harding Place**
City: **Nashville** State: **TN** Zip Code: **37211**
Phone: **(615) 834 - 4482** Fax:

---

Medical Provider / Hospital / Pharmacy: **Dr. Nicholas Kauffman Cote MMC**
Specialty: **Family Medicine** Period Consulted: **Jan 16, 28 + March 17**
Address: **1272 Garrison Drive**
City: **Murfreesboro** State: **TN** Zip Code: **37129**
Phone: **(615) 893 - 4480** Fax:

---

Medical Provider / Hospital / Pharmacy: **Dr. Breanna Green Murfreesboro Medical Clinic**
Specialty: **Spine Pain** Period Consulted: **May 26, April 16th**
Address: **1272 Garrison Drive**
City: **Murfreesboro** State: **TN** Zip Code: **37129**
Phone: **(615) 867 - 7971** Fax:

---

Medical Provider / Hospital / Pharmacy: **Tad Yoneyama Heritage Medical**
Specialty: **Internist** Period Consulted: **1/13/14 5/27/14**
Address: **2339 Hillsboro Road**
City: **Franklin** State: **TN** Zip Code: **37069**
Phone: **(615) 224 - 1775** Fax: **(615) 916 - 3903**

---

0612140038

| Employee Name | Claim # |
|---|---|
| DAVIS, ARTHUR | Claim Number: 9452367 |

Medical Provider / Hospital / Pharmacy: Dr. Subir Prasad Heritage Medical Assoc

Specialty: Neurology   Period Consulted: May 29, 2014

Address: Saint Thomas West 4230 Harding Road

City: Nashville   State: TN   Zip Code: 37205

Phone: (615) 425-7605   Fax: (615) 916-3953

Medical Provider / Hospital / Pharmacy: Dr. Jason Knox Neuhaus Foot + Ankle

Specialty: Podiatrist   Period Consulted:

Address: Stonecrest Physicians Building 300 Stonecrest Blvd Ste 450

City: Smyrna   State: TN   Zip Code: 37167

Phone: (615) 220-8788   Fax:

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____   Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____   Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____   Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____   Period Consulted: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone: _____   Fax: _____

0612140038



# aetna℠

# **Fax Message**

| | |
|---|---|
| **To:** | DR. RENFRO |
| **Fax:** | 6158344722 |
| **From:** | Greene Celestine, Wanda |
| **Date:** | 5/7/2014 2:10 PM |
| **Pages:** | 1 of 2 (including this page) |
| **Subject:** | ARTHUR DAIVS |

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 499 of 1151 PageID #: 5943

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Arthur Davis, Jr. | **Visit Date:** | April 25, 2014 |
| **Patient ID:** | 687103 | **Provider:** | R J. Renfro, MD |
| **Sex:** | Male | **Location:** | Harding Place |
| **Birthdate:** | REDACTED | **Location Address:** | 394 Harding Place Suite 200 |
| **Primary Care Provider:** | Tadayuki Yoneyama MD | | Nashville, TN 372113980 |
| **Referring Provider:** | Former Patient | **Location Phone:** | (615) 834-4482 |

## Chief Complaint

- left knee

## History Of Present Illness

Arthur C. Davis Jr. is a 50 year old Black/African American male who presents today for post-op left knee scope.

He has slight swelling in the knee which would be expected. This therapy for his shoulders going well and he just simply needs more strengthening her shoulder.

We discussed light strengthening do on his own for now. He may higher a trainer in a month. The followup in one month

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | -- | -- |
| Degeneration of lumbar intervertebral disc | 11/07/2013 | -- |
| High blood pressure | -- | -- |
| Rotator Cuff Sprain/Tear | 10/07/2013 | -- |
| Rotator Cuff Tear, Non-Trauma | 10/07/2013 | -- |
| Sciatica | 11/02/2013 | -- |
| Sprain/Strain | 10/18/2013 | -- |
| Sprain/Strain, Lumbar | 10/18/2013 | -- |
| Tear, Medial Meniscus | 01/28/2014 | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Hernia | -- | -- |
| Joint surgery (arthroscopic or open) | 2004 | left knee |
| Sinus Surgery | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Advair Diskus Inhalation disk with device 250-50 mcg/dose | 07/19/2013 | -- |
| amlodipine Oral tablet 10 mg | 09/10/2013 | -- |
| Celebrex Oral capsule 200 mg | 07/12/2013 | -- |
| ciprofloxacin Oral tablet 500 mg | 07/11/2013 | -- |
| clotrimazole-betamethasone Topical cream 1-0.05 % | 08/13/2013 | -- |
| fluticasone Nasal spray,suspension 50 mcg/actuation | 07/19/2013 | -- |
| lisinopril-hydrochlorothiazide Oral tablet 20-25 mg | 09/23/2013 | -- |
| methylprednisolone Oral tablets,dose pack 4 mg | 09/19/2013 | -- |
| metoprolol succinate Oral tablet extended release 24 hr 50 mg | 07/31/2013 | -- |

[Digital Signature Validated]

| | | |
|---|---|---|
| naproxen Oral tablet 500 mg | 09/27/2013 | -- |
| Neurontin oral capsule 300 mg | 12/19/2013 | 1 capsule (300 mg) by oral route every eight hours for 30 days |
| omeprazole Oral capsule,delayed release(DR/EC) 20 mg | 07/19/2013 | -- |
| potassium chloride Oral tablet extended release 10 mEq· | 08/06/2013 | -- |
| prednisone Oral tablet 20 mg | 09/27/2013 | -- |
| spironolactone Oral tablet 25 mg | 08/13/2013 | -- |
| Ultram Oral tablet 50 mg | 02/26/2014 | take 1 tablet (50 mg) by oral route every 6 hours as needed for 15 days |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| codeine sulfate | -- | itching/rash | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Family history of arthritis | /<br>Mother/ | -- |
| Family history of heart disease | /<br>Mother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol Intake | Never | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- o **Denies** : fatigue, weight loss, weight gain

**Gastrointestinal**
- o **Denies** : heartburn, hematemesis

**Genitourinary**
- o **Denies** : dysuria

**Neurologic**
- o **Denies** : muscular weakness, incoordination, tingling or numbness, loss of balance

**Musculoskeletal**
- o **Admits** : joint pain, night pain

**Psychiatric**
- o **Denies** : depression

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2013 | 03:05 PM | | | | | | | 18 | | 236lbs 0oz | 6' 0" | 32.01 | 2.33 | | |

## Assessment

- Rotator Cuff Sprain/Tear 840.4
- Tear, Medial Meniscus 836.0

[Digital Signature Validated]

DCN: 140507108079 PAGE: 005 SEQUENCE: SWF0507201404520001

## Plan

**Instructions**
- o This note was generated using EMR and voice recognition software and therefore may contain unedited errors.

**Disposition**
- o Instructed on home exercises
- o RTC in 4 weeks

**Electronically Signed by:** R J. Renfro, MD -Author on April 25, 2014 11:43:43 AM

[Digital Signature Validated]

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 502 of 1151 PageID 6246

# PREMIER ORTHOPAEDIC SURGERY CENTER
394 Harding Place, Suite 100
Nashville, TN 37211
Tel: (615) 332-3600  Fax: (615) 332-3630

## OPERATIVE REPORT

**PATIENT NAME:** DAVIS, ARTHUR C.          **MEDICAL RECORD #:** 17510

**SURGEON:** JAMES RENFRO, M.D.            **DATE OF SURGERY:** 04/18/2014

| | |
|---|---|
| **PREOPERATIVE DIAGNOSIS:** | Medial and lateral meniscus tears, left knee. |
| **POSTOPERATIVE DIAGNOSIS:** | Medial and lateral meniscus tears, left knee. |
| **PROCEDURE PERFORMED:** | Partial medial and lateral meniscectomy, left knee. |
| **ASSISTANT:** | Joy Rivard. |
| **ANESTHESIA:** | General. |

**FINDINGS:** The patient had a bucket-handle tear of his medial meniscus that had detached posteriorly, which was basically flipped up anteriorly and pulled it on itself. Lateral meniscus had radial tearing in his middle-third. There was a large osteophyte at the stump of where the ACL used to be abutting the trochlea in full extension creating an essence of cyclops type lesion. This was hard bony mass.

**TECHNIQUE:** After satisfactory anesthesia was obtained, the left lower extremity was prepped and draped in a sterile fashion, exsanguinated, and tourniquet was inflated. A standard anterior arthroscopy portal was established. The knee was fully inspected with the findings as noted above. There was a large bony mass stated at the base of the ACL. We used the baskets and a bur to remove this. We then used the shaver and debrided the tear of the lateral meniscus. It was just an inner rim tear and we could smooth it satisfactorily with a shaver with teeth. Likewise, we used a shaver and we just continuously debrided on this bucket-handle medial meniscus tear to leave chute the fragments and remove them. We carefully probed. Remainder of the meniscus appeared satisfactory. Patellofemoral joint was very healthy. We removed our instruments, expressed the fluid, and closed the portals with 3-0 nylon. A sterile dressing was applied. The patient was sent to the recovery room in satisfactory condition.

-----------Begin Electronic Signature---------

Signed By: James Renfro, M.D.
On Date:    04/22/2014 09:33:47 CDT
--------------End Electronic Signature---------
James Renfro, M.D.

JOB#: 327050
JR: med: vsm/rju
D: 04/18/2014
T: 04/19/2014

## OPERATIVE REPORT - PAGE 1 of 1

DCN: 140507108079 PAGE: 009 SEQUENCE: SWF0507201404520001

 **aetna**® PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Dr. Cote | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 03/18/2014 |
| Fax Number: 615-895-6212 | CLAIM NUMBER: |
|  | 9452357 |
| Phone number: | Sender's Phone Number: |
|  | 800-354-1779 |
|  | Sender's FAX Number: |
|  | 1-866-567-1987 |
| Re: MR. ARTHUR DAVIS REDACTED Date of Birth: 1 | Total No. of Pages Including Cover: |
|  |  |

Urgent    For Review    Please Comment  xx Please Reply    Please Recycle

Dear Dr. Cote:

We are currently evaluating Mr. Davis for eligibility to receive LTD benefits. Please submit all the available records to Aetna. Mr. Davis has signed a release to have those records submitted to Aetna. Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-567-1987. Thank you.

Enclosed:



**Premier Radiology**
MURFREESBORO

 Saint Thomas Health

Premier Radiology Murfreesboro
1840 Medical Center Parkway, Suite 101
Murfreesboro, TN 37129
Phone #: (615)896-1234
Fax: (615)234-1504

| | | |
|---|---|---|
| Name: | ARTHUR DAVIS | Exam Date: 11/06/2013 04:17 PM |
| Patient ID: | 1000977943 | Exam Name: MR Lumbar spine wo contrast | 72148 |
| Secondary ID: | | Referrer: Christopher Kauffman, MD |
| DOB: | REDACTED | 2nd Referrer: |
| Acc #: | 3338109 | |

PROCEDURE: MRI LUMBAR SPINE WITHOUT CONTRAST

TECHNIQUE: Magnetic resonance imaging of the lumbar spine was performed using standard pulse sequences without contrast material. CPT 72148

HISTORY: Sciatica CENTER LOWER BACK PAIN.

COMPARISONS: None .

FINDINGS:

The vertebral body heights are well maintained. No subluxation is present. There is no abnormal marrow signal. The conus tip is located at L1-L2. The conus and filum terminale are normal in appearance. No paravertebral soft tissue abnormalities are present. Disc desiccation and mild intervertebral disc height loss at L3-L4.

L1-L2: Mild broad-based posterior disc bulge with no spinal canal stenosis or neuroforaminal narrowing.

L2-L3: Mild broad-based posterior disc bulge with no spinal canal stenosis or neuroforaminal narrowing.

L3-L4: Broad-based posterior disc bulge with facet joint and ligamentum flavum hypertrophy. No spinal canal stenosis or significant neuroforaminal narrowing.

L4-L5: Broad-based posterior disc bulge with facet joint and ligamentum flavum hypertrophy. No significant spinal canal stenosis. Mild RIGHT neural foraminal narrowing noted.

L5-S1: Mild broad-based posterior disc bulge with facet joint and ligamentum flavum hypertrophy. No spinal canal stenosis or RIGHT neural foraminal narrowing. There is mild LEFT neuroforaminal narrowing.

*IMPRESSION:*

*1. Multilevel disc bulges with no spinal canal stenosis.*
*2. Multilevel facet joint/ligamentum flavum hypertrophy, with mild RIGHT neural foraminal narrowing at L4-L5 and mild LEFT neural foraminal narrowing at L5-S1.*
*3. Mild degenerative disc disease at L3-L4.*

*ws:MT/STN-READING0*

Electronically Signed by: Eric Dame M.D.
Electronically Signed on: 11/06/2013 11/6/2013 4:26:52 PM

,Reviewed by: NICHOLAS COTE D.O. Jan 23 2014 1:06PM CST 1/23/2014

https://ris.premierradiology.com/Reports/printReportCustom.aspx?acc=3338109          12/27/2013

DCN: 140324160150 PAGE: 003 SEQUENCE: SWF0324201403659001



## nFM New Visit (non-COMP)

### Murfreesboro Medical Clinic
1272 Garrison Drive
Murfreesboro, TN 37129
www.mmclinic.com   (615) 893-4480

Patient: ARTHUR C. DAVIS
REDACTED

EMRN: 482122
Encounter Date: Jan 16 2014  8:00AM

### History of Present Illness
Patient here today to est. care.

States that he had L rotator cuff surgery in October. Sx was with Premiere Orthopedics; in Sept "tore both my rotator cuffs", he was moving the lawn when it happend. felt like the "arms were pulled out of socket". Right is scheduled for then end of Jan (1/31/14).

Was also in a car accident 9/27/13 where was "hit from behind" and this seemed to exacerbate the chronic LBP and made it now daily. has had chronic low back pain that he has "dealt with" by yoga and stretching (no manipulation) has had some PT for the low back at STAR PT in M'boro. Pain is still present. It is currently 7/10, gets to 8/10 at night. Does flare up to 10/10. Has taken mult pain meds and they did not help ("all the codienes and tramadol"). Has been on mult meds to help him sleep. Pain is worst at night.
Has not been to work since Oct as he is on disabilty from work d/t shoulder pain and surgeries.

He has had MRI of the L-spine. has not had any injections at this point.

He is trying to exercise daily. He does use an ellipitical. does some step aerobics while playing video games to try to "block out the pain".

Last eye exam was 1 year ago.
Will get me the date of last TDAP, says that it has been within the past 10 years.

### Review of Systems

Constitutional: as noted in HPI.
ENT: negative except as noted per HPI.
Cardiovascular: negative except as noted per HPI.
Respiratory: negative except as noted per HPI.
Gastrointestinal: negative except as noted per HPI.
Genitourinary: negative except as noted per HPI.
Musculoskeletal: as noted in HPI.

### Active Problems
1. Benign Essential Hypertension 401.1
2. Esophageal Reflux 530.81
3. Intervertebral Disc Degeneration 722.6
4. Lower Back Pain 724.2

### Social History
• Never A Smoker

### Current Meds
1. Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated; Therapy:

Printed By: Christy Vance          1 of 3              3/24/14 1:05:39 PM

## nFM New Visit (non-COMP)

Patient:     ARTHUR C. DAVIS                    EMRN:    482122
Encounter:   Jan 16 2014  8:00AM

19Jul2013 to
2. CeleBREX 200 MG Oral Capsule; Therapy: 12Jul2013 to
3. Lisinopril-Hydrochlorothiazide 20-25 MG Oral Tablet; Therapy: 12Jul2013 to
4. Potassium Chloride ER 10 MEQ Oral Tablet Extended Release; Therapy: 06Aug2013 to

**Allergies**
1. OxyCODONE HCl CAPS

**Immunizations**
No Immunizations Recorded

**Vitals**
**Vital Signs [Data Includes: Current Encounter]**
**16Jan2014 08:29AM**
BMI Calculated: 32.37
BSA Calculated: 2.3
Height: 72 in
Weight: 239 lb
Blood Pressure: 126 / 82
Heart Rate: 82
O2 Saturation: 98

**Physical Exam**

General Appearance. Well-appearing, Alert. Well developed. In no acute distress.
Head and Eyes. No evidence of a head injury. Head normocephalic. PERRL.
Neurological and Psychiatric the level of consciousness was normal, the attitude was normal, the mood was normal and the affect was normal . Normal sensation. Normal gait and station.
Musculoskeletal:. Inspection/palpation of joints, bones, and muscles normal. Normal range of motion. Normal muscle strength/tone.
Lumbosacral Spine: Appearance: Normal. Pain at the bilateral SI Jts, some tenderness at the sacrococcygeal jt. ROM: Deferred.
Lower Extremity Motor Testing: Foot and ankle strength was normal bilaterally. Knee strength was normal bilaterally. Hip strength was normal bilaterally. (DTR 2/4 bilaterally in the LE) Special Tests: negative Straight Leg Raise.
Cardiovascular:. Normal pulses. No edema or varicosities.

**Assessment**
1. Lower Back Pain 724.2
2. Benign Essential Hypertension 401.1
3. Esophageal Reflux 530.81
4. Intervertebral Disc Degeneration 722.6
5. Somatic Dysfunction Of Sacroiliac Region 739.4
6. Asthma 493.90

**Plan**

Hypertension: The impression is essential hypertension. Currently, the condition is stable and responding to treatment. There are no changes in medication management. Other planned treatment includes an exercise regimen, dietary modification and weight loss, low sodium diet and handout given. The plan was discussed with the patient. (FU in 2-3 mo).
GERD: Currently, the condition is mild and responding to treatment. Treatment plan includes weight loss.
Low Back Pain: Impression: myofascial back pain. The patient's pain control has been adequate. There are no changes in medication management. Other planned treatment includes physical therapy (with Results only) and manipulation (will schedule OMM in 2 wks so that PT has some time to loosen him up for me. ). The plan was

DCN: 140324160150 PAGE: 007 SEQUENCE: SWF0324201403659001
Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 507 of 1151 PageID #: 5751

## nFM New Visit (non-COMP)

Patient:       ARTHUR C. DAVIS                    EMRN:       482122
Encounter:     Jan 16 2014  8:00AM

discussed with the patient.

**Signatures**
Electronically signed by : NICHOLAS COTE, D.O.; Jan 16 2014  9:16AM (Author)



## *nOMM Note*

### Murfreesboro Medical Clinic
**1272 Garrison Drive**
**Murfreesboro, TN 37129**
www.mmclinic.com    (615) 893-4480

Patient: ARTHUR C. DAVIS
**REDACTED**

EMRN: 482122
Encounter Date: Jan 28 2014 10:30AM

**Chief Complaint**
Back pain

**History of Present Illness**
HPI: Text Box:
Patient here today for severe back pain d/t car accident from Dec.27, 2013
Patient states that he has been seeing physical therapy 3 x per week; not getting very much better.

**Review of Systems**
Focused-Male OMM:
Constitutional: negative except as noted per HPI.
ENT: negative except as noted per HPI.
Cardiovascular: negative except as noted per HPI.
Respiratory: negative except as noted per HPI.
Gastrointestinal: negative except as noted per HPI.
Genitourinary: negative except as noted per HPI.
Integumentary and Breasts: negative except as noted per HPI.

**Active Problems**
1. Asthma 493.90
2. Benign Essential Hypertension 401.1
3. Esophageal Reflux 530.81
4. Intervertebral Disc Degeneration 722.6
5. Lower Back Pain 724.2
6. Somatic Dysfunction Of Sacroiliac Region 739.4

**Social History**
• Exercising Regularly
• Marital History - Divorced V61.03
• Never A Smoker
• Occupation:
Denied
• History of Alcohol

**Current Meds**
1. Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated; Therapy: 19Jul2013 to
2. AmLODIPine Besylate 10 MG Oral Tablet; Therapy: 16Jan2014 to
3. CeleBREX 200 MG Oral Capsule; Therapy: 12Jul2013 to
4. Flonase 50 MCG/ACT Nasal Suspension; Therapy: 16Jan2014 to
5. Lisinopril-Hydrochlorothiazide 20-25 MG Oral Tablet; Therapy: 12Jul2013 to

Printed By: Christy Vance            1 of 3                    3/24/14 1:05:43 PM

## nOMM Note

Patient:    ARTHUR C. DAVIS                    EMRN:    482122
Encounter:  Jan 28 2014 10:30AM

6. Omeprazole 20 MG Oral Tablet Delayed Release; Therapy: 16Jan2014 to
7. Potassium Chloride ER 10 MEQ Oral Tablet Extended Release; Therapy: 06Aug2013 to
8. Spironolactone 25 MG Oral Tablet; Therapy: 16Jan2014 to

**Vitals**
   **Vital Signs [Data Includes: Current Encounter]**
   **28Jan2014 10:51AM**
   BMI Calculated: 32.91
   BSA Calculated: 2.32
   Weight: 243 lb
   Blood Pressure: 124 / 80
   Heart Rate: 83
   O2 Saturation: 98

**Physical Exam**

   OSTEOPATHIC:
   THORACIC: T 3-8 rotated right sidebent left
   RIBS: Rib 3-5 is exhaled on the left
   LUMBAR: L 3-5 rotated right sidebent left
   PELVIS:* left upslipped innominate; piriformis bilateral CS pt

   General Appearance. Well-appearing. Alert. Well developed. In no acute distress. Uncomfortable.
   Head and Eyes. No evidence of a head injury. Head normocephalic. PERRL.
   Neurological and Psychiatric the level of consciousness was normal, the attitude was normal, the mood was
   normal and the affect was normal . Normal sensation. Normal gait and station.

**Assessment**
   1. Lower Back Pain 724.2
   2. Somatic Dysfunction Of Rib Cage 739.8
   3. Somatic Dysfunction Of Pelvic Region 739.5
   4. Somatic Dysfunction Of Lumbar Region 739.3
   5. Somatic Dysfunction Of Thoracic Region 739.2

**Discussion/Summary**

   Back Pain - FM & IM: Impression: myofascial back pain. The patient's pain control has been adequate. There are no
   changes in medication management. Other planned treatment includes physical therapy (cont this), manipulation and OMM
   as noted. Piriformis knee to chest. HAd significant sx improvement post treatment. The plan was discussed with the patient.
   Follow up in 4-5 wk

**Procedure**

   OMM:
   Informed consent given.
   Thoracic: HVLA
   Ribs: HVLA
   Lumbar: HVLA CS MFR
   Pelvis/Innominate: HVLA CS MFR
   Pt tolerated procedure well.

   (HVLA = High velocity Low Amplitude; CS = Counterstrain; MFR: myofascial release; CS: counterstrain; ME: muscle energy;
   FPR: Facilitated Positional Release)

Printed By: Christy Vance        2 of 3            3/24/14 1:05:44 PM

## nOMM Note

Patient:      ARTHUR C. DAVIS                    EMRN:      482122
Encounter:    Jan 28 2014 10:30AM

**Signatures**
Electronically signed by : NICHOLAS COTE, D.O.; Jan 28 2014  2:26PM (Author)
Electronically signed by : NICHOLAS COTE, D.O.; Jan 30 2014  5:29PM (Author)

Printed By: Christy Vance          3 of 3          3/24/14 1:05:44 PM



### *nComp Visit*

## Murfreesboro Medical Clinic
**1272 Garrison Drive**
**Murfreesboro, TN 37129**
www.mmclinic.com   (615) 893-4480

Patient: ARTHUR C. DAVIS


EMRN: 482122
Encounter Date: Mar 6 2014 9:30AM

### Chief Complaint
Complete   physical

### History of Present Illness

Pertinent family history: cardiovascular disease, but no osteoporosis, no psychiatric disorder, no chemical dependency, no prostate cancer, no colon cancer and no lung cancer.
Safety elements used: seat belt, safe driving habits, smoke detector, hot water temperature less than 120 degrees F, fall prevention measures, gun trigger locks and gun safe, but no sunscreen, no carbon monoxide detector, no bathroom grab bars and no CPR training for the patient.
The patient is being seen for a Health maintenance evaluation.
General Health: The patient's health since the last visit is described as good. He has regular dental visits. He denies vision problems. He denies hearing loss. Immunizations status: up to date.
Lifestyle:. He does not have a healthy diet. He has weight concerns. He exercises regularly. He does not use tobacco. He denies drug use.
Screening: Cancer screening reviewed and current.
Metabolic screening reviewed and current.
Risk screening reviewed and current.
Depression screening tool used was the PHQ-2/9
1.) Little interest or pleasure in doing things? Not at all.
2.) Feeling down, depressed or hopeless? Not at all.

Patient here today for complete physical.

Eye exam was 2013
Never had colonoscopy.

Does see the dentist on a regular basis.

Had surgery in 1/31/14 on the right shoulder.

### Active Problems
- Asthma 493.90
- Benign Essential Hypertension 401.1
- Esophageal Reflux 530.81
- Intervertebral Disc Degeneration 722.6
- Lower Back Pain 724.2
- Somatic Dysfunction Of Lumbar Region 739.3
- Somatic Dysfunction Of Pelvic Region 739.5
- Somatic Dysfunction Of Rib Cage 739.8
- Somatic Dysfunction Of Thoracic Region 739.2

Printed By: Christy Vance          1 of 6          3/24/14 1:05:56 PM

## nComp Visit

Patient:      ARTHUR C. DAVIS                          EMRN:      482122
Encounter:    Mar  6 2014  9:30AM

### Past Medical History
- History of  Peptic Ulcer V12.71
- History of  Somatic Dysfunction Of Sacroiliac Region 739.4

### Surgical History
Reviewed and Negative

### Family History
- Maternal history of  Family Health Status Of Mother - Deceased
- Maternal history of  Father Deceased At Age _____

### Social History
- Exercising Regularly
- Marital History - Divorced V61.03
- Never A Smoker
- Occupation:
**Denied**
- History of  Alcohol

### Current Meds
- Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated; Therapy: 19Jul2013 to
- AmLODIPine Besylate 10 MG Oral Tablet; Therapy: 16Jan2014 to
- Bystolic 10 MG Oral Tablet; Therapy: 06Mar2014 to
- CeleBREX 200 MG Oral Capsule; Therapy: 12Jul2013 to
- Flonase 50 MCG/ACT Nasal Suspension; Therapy: 16Jan2014 to
- Lisinopril-Hydrochlorothiazide 20-25 MG Oral Tablet; Therapy: 12Jul2013 to
- Omeprazole 20 MG Oral Tablet Delayed Release; Therapy: 16Jan2014 to
- ProAir HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution; Therapy: 19Nov2013 to
- Spironolactone 25 MG Oral Tablet; Therapy: 16Jan2014 to
- TraMADol HCl 50 MG Oral Tablet; Therapy: 06Mar2014 to
- ZyrTEC Childrens Allergy 10 MG Oral Tablet Chewable; Therapy: 06Mar2014 to

### Allergies
- OxyCODONE HCl CAPS
  Adverse Reaction; Itching

### Immunizations
Tdap --- Series1: 28Jan2005

### Vitals
**Vital Signs [Data Includes: Last 1 Day]**
**06Mar2014 09:44AM**
BMI Calculated: 32.91
BSA Calculated: 2.32
Height: 6 ft
Weight: 243 lb
Blood Pressure; 124 / 80
Heart Rate: 78
O2 Saturation: 98

Printed By: Christy Vance            2 of 6            3/24/14 1:05:56 PM

# nComp Visit

Patient:     ARTHUR C. DAVIS              EMRN:     482122
Encounter:   Mar 6 2014  9:30AM

**Results/Data**
**COMP LAB [Data Includes: Last 1 Instance]**

|  |  | 27Feb2014 |  |
|---|---|---|---|
| WBC |  | 4.3 x10^3/uL |  |
| RBC |  | 5.65 x10^6/ul |  |
| HGB |  | 14.8 g/dL |  |
| HCT |  | 45 % |  |
| MCV |  | 80.0 fL |  |
| MCH |  | 26.2 pg |  |
| MCHC |  | 32.7 g/dL |  |
| RDW |  | 13.8 % |  |
| PLT |  | 350 x10^3/uL |  |
| MPV |  | 8.2 fL |  |
| GRAN% |  | 36.2 % |  |
| LYMPH% |  | 49.2 % |  |
| MONO% |  | 8.6 % |  |
| EO% |  | 4.8 % |  |
| BASO% |  | 1.2 % |  |
| GRAN# |  | 1.5 x10^3/uL |  |
| LYMPH# |  | 2.1 x10^3/uL |  |
| MONO# |  | 0.4 x10^3/uL |  |
| EO# |  | 0.2 x10^3/uL |  |
| BASO# |  | 0.1 x10^3/uL |  |
| GLUCOSE |  | 105 mg/dL | 105 mg/dL |
| BUN |  | 11 mg/dL |  |
| CREATININE |  | 1.1 mg/dL | 1.1 mg/dL |
| BUN/CREAT RATIO |  | 10.0 Ratio |  |
| Sodium | 138 mmol/L | 138 mmol/L |  |
| POTASSIUM |  | 4.3 mmol/L | 4.3 mmol/L |
| CHLORIDE |  | 101 mmol/L | 101 mmol/L |
| CARBON DIOXIDE |  | 32 mmol/L |  |
| CALCIUM |  | 10.1 mg/dL | 10.1 mg/dL |
| TOTAL PROTEIN |  | 6.9 g/dL |  |
| ALBUMIN |  | 4.4 g/dL | 4.4 g/dL |
| A/G RATIO |  | 1.8 Ratio | 1.8 Ratio |
| ALK. PHOS. |  | 59 U/L |  |
| ALT (SGPT) |  | 14 U/L |  |

Printed By: Christy Vance          3 of 6          3/24/14 1:05:56 PM

## nComp Visit

Patient:        ARTHUR C. DAVIS                              EMRN:        482122
Encounter:      Mar 6 2014 9:30AM

| AST (SGOT) | | 17 U/L | |
|---|---|---|---|
| TOTAL BILIRUBIN | | 0.70 mg/dL | |
| NA | | 138 mmol/L | |
| GFR | | 75.310 CALC | |
| CHOL/HDL RATIO | | 4.02 | 4.02 |
| Potassium | | | |
| CHOLESTEROL | | 177 mg/dL | 177 mg/dL |
| HDL | | 44 mg/dL | |
| LDL | | 105 mg/dL | |
| TRIGLYCERIDES | | 141 mg/dL | 141 mg/dL |
| Chloride | | | |
| VLDL | | 28 mg/dL | |
| Glucose | | | |
| Cholesterol | | | |
| Triglycerides | | | |
| Creatinine | | | |
| Chol/HDL Ratio | | | |
| Calcium | | | |
| Albumin | | | |
| A/G Ratio | | | |
| TSH | | 1.04 mclu/ml | |
| SODIUM | 138 mmol/L | 138 mmol/L | |

### Physical Exam

**Constitutional**
General appearance: Well Appearing, Well Developed, In no acute distress; patient was observed to be obese
**Head**
Head: Normocephalic, Atraumatic.
**Eyes**
Pupils and Irises: equal, round, and reactive to light and accomodation.
**Ears, Nose, Mouth, and Throat**
External Inspection of ears and nose: Normal.
Otoscopic examination: External ear canal WNL. TM Not bulging, retracted, or erythematous.
Nasal mucosa, septum, and turbinates: Normal. No discharge.
Lips, teeth, and gums: Normal. Dentition good.
Oropharynx: Palate WNL. Oral Mucosa WNL. Posterior phayrnx normal with no signs of post-nasal drip.
**Neck**
Neck: Supple; No swelling or tenderness
Thyroid: No masses palpated. No bruit.
**Pulmonary**
Respiratory effort: Normal. No grunting, splinting, or retracting.
Auscultation of lungs: Normal. No wheezing, rhonchi, or rales.
**Cardiovascular**
Auscultation of heart: Regular rate, & rhythm. No murmur or thrill.
Carotid Arteries: No carotid bruits bilaterally.

Printed By: Christy Vance            4 of 6                3/24/14 1:05:57 PM

## nComp Visit

Patient:        ARTHUR C. DAVIS                       EMRN:    482122
Encounter:    Mar 6 2014 9:30AM

Pedal pulses: 2+ bilaterally and symmetric.
Examination of extremities for edema and/or varicosities: Normal.
**Abdomen**
Abdomen: Flat, not distended. Bowel sounds are normal. Soft. Non-tender.
Examination for hernias: No inguinal or anterior abdominal hernias palpated.
**Genitourinary**
Bladder: No tenderness. Normal.
Scrotal contents: No testicular masses or tenderness. No epididymal masses or tenderness.
Penis: Normal.
Digital rectal exam of prostate: Normal. No enlargement or masses palpated
**Lymphatic**
Palpation of lymph nodes in neck: Normal.
**Musculoskeletal**
Gait and station: Normal.
Muscle strength/tone: Normal.
**Neurologic**
Cranial nerves: II-XII symmetric and within normal limits.
Reflexes: Deep tendon reflexes 2/4 in the upper and lower extremities bilaterally. Great Toe Extension 5/5.
Sensation: Normal.
**Psychiatric**
Judgment and insight: Normal.
Orientation to person, place, and time: Normal.
Recent and remote memory: Normal.
Mood and affect: Normal.

## Orders

1. CMP  Requested for: 06Sep2014
2. Depression Screening negative. PHQ reviewed (V79.0)  Done: 22Mar2014
3. Potassium Chloride ER 10 MEQ Oral Tablet Extended Release; Therapy:
   06Aug2013-06Mar2014; Status: DISCONTINUED
4. PSA  Requested for: 06Sep2014

## Assessment

- Health Maintenance V70.0
- Asthma 493.90
- Benign Essential Hypertension 401.1
- Esophageal Reflux 530.81
- Lower Back Pain 724.2

## Discussion/Summary

Impression: health maintenance visit. Currently, he eats a healthy diet and has an inadequate exercise regimen. Prostate cancer screening: the risks and benefits of prostate cancer screening were discussed, PSA was ordered and PSA testing is needed every year. Testicular cancer screening: the risks and benefits of testicular cancer screening were discussed and clinical testicular exam was done today. Colorectal cancer screening: the risks and benefits of colorectal cancer screening were discussed and colonoscopy has been ordered. The risks and benefits of immunizations were discussed and immunizations are up to date. Advice and education were given regarding nutrition, aerobic exercise, weight bearing exercise, weight loss, helmet use and seat belt use. Patient discussion: discussed with the patient. Follow up in 1 yr with comprehensive labs.

Back pain is persistent and definately disrupting pts life: will refer to SJP for further eval and tx. Cont PT as it is helping. (@Results)

## Signatures

Printed By: Christy Vance        5 of 6            3/24/14 1:05:57 PM

## nComp Visit

Patient:        ARTHUR C. DAVIS                    EMRN:      482122
Encounter:      Mar 6 2014 9:30AM


Electronically signed by : NICHOLAS COTE, D.O.; Mar 6 2014 1:10PM (Author)
Electronically signed by : NICHOLAS COTE, D.O.; Mar 22 2014 1:52PM (Author)

DCN: 140324160150 PAGE: 027 SEQUENCE: SWF0324201403659001



# Fax Message

**To:**      scanning

**Fax:**     8666671987

**From:**    Amor, Maribel

**Date:**    3/21/2014 12:38 PM
**Pages:**   1 of 126 (including this page)
**Subject:** physical therapy notes

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Claim 9452367

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph: 954-693-2140*
*Fax: 860-907-4494*
*E-mail: AmorM@Aetna.com*

Maribel Amor MST

Senior Disability Benefit Manager

Aetna Life Insurance Company

Phone 954-693-2140

(Fax) 860-907-4494

DCN: 140321068388 PAGE: 005 SEQUENCE: SWF0321201402810001



Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| **Patient:** | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote MD |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 20, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 1 |
| Cxl/Ns: | 0 |
| Employer: DISABILITY | |
| Insured: | |

# Initial Evaluation

**Diagnoses**   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

Pt reports >20 year history of low back pain which has been self managed with stretches. He reports MVA 9/27/13 in which he was rear ended and has been having increased low back pain since then. Better with supported sitting, position change, worse with sit>stand, gait, laying flat, standing in one place. Pt states he is currently unable to work because of pain.

The patient's medical history has been verbally reviewed with the patient by the evaluating therapist. The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.

**Chief Complaint:**
· Pain: Current Severity: 8/10.
**Client Knowledge/Awareness of:**
· Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
· Score 38

## Objective Examination

**Observations:**
· Pt able to sit <1 minutes before position changed required secondary to pain.  Appearance/Deformity:     Pt appears anxious

| **Palpation: Lumbosacral Region: Musculature, Posterior:** | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| · Gluteus Maximus | Severe | Severe |
| · Piriformis | Severe | Severe |
| · Quadratus Lumborum | Severe | Severe |

**Palpation:**
· Pt unable to tolerate >grade 2 palpation secondary to c/o pain.

| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | |
|---|---|
| · Extension | 50% |
| · Flexion(increased pain) | 75% |
| · Side Bending Left | 75% |
| · Side Bending Right(most pain) | 75% |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| · Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| · Manual Therapy Techniques | 97140 | 1 | 13 |
| · Physical Therapy Evaluation | 97001 | 1 | n/a |
| · Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
· Machines/Free Weights 1(This visit)                          Did Not Perform: This visit

Document ID: 0070090B.001                     Status: Signed off (secure electronic signature)                     Page 1 of 3
Lakota C. Hillis,PT(TN Lic: 8886),DPT

3/21/2014 12:38 PM

FROM

results

AETNA -> 18666671987                           Page   5 of 126
(THU)MAR 20 2014 20:42/ST. 20:14/No. 6814013682 P  3

**Patient:**   **ARTHUR DAVIS**
Acct#:     124961

Visit Date:   **Jan 20, 2014**

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
• Closed Kinetic Chain I(This visit)                Did Not Perform: This visit

**Manual Interventions: Vertebral Joint Segments:**
• Lumbosacral Spine                Time Elapsed: 8 Minutes, Grade: 1, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140.

• Vertebral Jt Seg Mobilzation 1                Time Elapsed: 5 Minutes, Grade: 1, Body Position: supine, Additional Detail: bilat, Pressure: Oscillatory, Technique 1: light long axis lumbar distraction, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Modalities:**
• Electric Stim, Unattended                Time Elapsed: 12 Minutes, Location: lumbar, Performed With: cryotherapy, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Pt./Family Education:**
• Pathology/Involved Anatomy                Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Timed Code Total Time:**
• 23 Minutes

# Assessment

Pt present with irritable low back/sacral pain impacting ADL's (working, sitting, standing etc.). Unable to assess joint mobility at time of eval secondary to muscle guarding. Pt would benefit from skilled PT services to address functional return to ADL's. Treatment Emphasis to focus on: Maximizing function related to:
• ADL's. Work performance.

# Problems & Goals

*Problem #1*   **Chief Complaint: Pain: Current Severity: 8/10.**
    *LTG Achieve by Feb 17, 2014.*
        **Symptomatic Improvements:**
        • Decreasing Pain: to 3/10.

*Problem #2*   **Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient.**
    *LTG Achieve by Feb 17, 2014.*
        **Questionnaire Improvements: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Follow Up: Patient:**
        • Score 50

*Problem #3*   **Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.**
    *STG Achieve by Feb 03, 2014.*
        **Client Education:**
        • Independent Home Exercise/Self Care Program.

*Problem #4*   **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral.**
    *LTG Achieve by Feb 17, 2014.*
        **Range of Motion Improvements to: Active Lumbosacral:**
        • Gross Assessment WNL

*Problem #5*   **Palpation: Lumbosacral Region: Musculature, Posterior: Guarding.**
    *LTG Achieve by Feb 17, 2014. to improve sitting tolerance.*
        **Palpable Improvements:**
        • Guarding Decreasing to: Moderate Levels.

*Problem #6*   **Observations: Pt able to sit <1 minutes before position changed required secondary to pain.**

Document ID: 0070090B.001                Status: Signed off (secure electronic signature)                Page 2 of 3
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140321068388 PAGE: 009 SEQUENCE: SWF0321201402810001

3/21/2014 12:38 PM

AETNA -> 18666671987

Page 6 of 126

(THU)MAR 20 2014 20:42/ST. 20:14/No. 6814013682 P 4

**Patient:** **ARTHUR DAVIS**
Acct #:    124961

Visit Date: **Jan 20, 2014**

FROM



results

*LTG Achieve by Feb 17, 2014. to improve sitting tolerance.*
  **Functional Test Improvements:**
  • Pt to sit >~10 minutes before needing position change.

# Plan

**Amount, Frequency and Duration:**
• Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 6 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**
• Client Education. Gait Training. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Modalities: As Needed. Therapeutic Activities. Therapeutic Exercise.
• Additional:
  • Brace/Tape/Splint: Tape. Trigger Point Dry Needling

Electronically authenticated.

_____

Lakota C. Hillis, PT(TN Lic: 8886).DPT
Signed on Jan 20, 2014 12:35:10

DCN: 140321068388 PAGE: 011 SEQUENCE: SWF0321201402810001

FROM



Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | | | | |
|---|---|---|---|---|
| **Patient:** | **ARTHUR DAVIS** | | Note Date: | **Mar 04, 2014** |
| Acct #: | 124961 | | Phys Phone: | (615) 867-8010 |
| DOB: | REDACTED | | SSN: | XXX-XX-XXXX |
| Physician: | Nicholas Cote DO | | Inj. Date: | Jan 20, 2014 |
| Phys Fax: | (615) 867-7945 | | Surg. Date: | |
| Physician: | Not Specified | | Visits: | 18 |
| Clinician: | Lakota C. Hillis | | Cxl/Ns: | 1 |
| FSC: | Commercial Insurance | | | |
| Case Mgr: | | | | |
| Payor: | AETNA | Employer: | DELL | |
| Pol/Claim#: | | Insured: | | |

# Progress Note

## Diagnoses   Spine

| | 7242 | LUMBAGO |
|---|---|---|
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
· Pain: Current Severity: 0/10.
**Client Knowledge/Awareness of:**
· Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
· Score 48

## Objective Examination

**Observations:**
· Pt able to sit 10 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| · Gluteus Maximus | Mild | Mild |
| · Piriformis | Mild | Mild |
| · Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | **Jan 20, 2014** | **Mar 04, 2014** |
| · Extension | 50% | 100% |
| · Flexion(increased pain) | 75% | 100% |
| · Side Bending Left | 75% | 100% |
| · Side Bending Right | 75% | 100% |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | **Mar 04, 2014** |
| · Extension | | 100% |
| · Flexion | | 100% |

## Assessment

**Pt appeared to be progressing well towards goals overall but has started to have high subjective c/o pain. He continues to be able to complete there-ex with correct technique.**

## Plan

**Daily Plan:**
· Continue w/ Current Rehabilitation Program.

---

Document ID: 0070090B.022                    Status: Signed off (secure electronic signature)                    Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140321068388 PAGE: 013 SEQUENCE: SWF0321201402810001

FROM

*results*

**Patient:** ARTHUR DAVIS
Acct #: 124961

Note Date: **Mar 04, 2014**

|   | Therapy Referral | I have read the above report and request that my patient: |
|---|---|---|

☐ Continue with treatment program as indicated above.
☐ Continue treatment program for ___ days/week for ___ weeks.
☐ Revise treatment program as indicated: _____
☐ Progress to a home exercise program.
☐ Be discharged.
☐ Other: _____

Electronically authenticated.

**Please sign and return**

_____

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 04, 2014 13:19:11

**Nicholas Cote DO**        **Date**

DCN: 140321068388 PAGE: 015 SEQUENCE: SWF0321201402810001



results
PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | | | |
|---|---|---|---|
| **Patient:** | **ARTHUR DAVIS** | Visit Date: | **Mar 13, 2014** |
| Acct #: | 124961 | Phys Phone: | (615) 867-8010 |
| DOB: | REDACTED | SSN: | XXX-XX-XXXX |
| Physician: | Nicholas Cote DO | Inj. Date: | Jan 20, 2014 |
| Phys Fax: | (615) 867-7945 | Surg. Date: | |
| Physician: | Not Specified | Visits: | 22 |
| Clinician: | Lakota C. Hillis | Cxl/Ns: | 2 |
| FSC: | Commercial Insurance | | |
| Case Mgr: | | | |
| Payor: | AETNA | Employer: | DELL |
| Pol/Claim#: | | Insured: | |

# Daily Note

## Diagnoses   Spine

| | 7242 | LUMBAGO |
|---|---|---|
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Pt states he is having a lot of pain still.**
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 48

## Objective Examination

**Observations:**
• Pt able to sit 15 minutes before position changed required secondary to pain.  Gross Movements:      Subjective c/o pain higher than objective findings. Pt able to complete all there-ex and there-act with correct technique/no compensations but required 2 attempts for supine to sit transitions with therapist standing next to plinth.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
• Machines/Free Weights 1                    Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
• Closed Kinetic Chain 1                       Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
• Lumbosacral Spine(This visit)                Did Not Perform: This visit
• Vertebral Jt Seg Mobilzation 1(This visit)   Did Not Perform: This visit

---

Document ID: 0070090B.027              Status: Signed off (secure electronic signature)            Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

**Patient:** **ARTHUR DAVIS**
Acct #:   124961

Visit Date:   **Mar 13, 2014**

---

| | | |
|---|---|---|
| • Vertebral Jt Seg Mobilzation 2(This visit) | Did Not Perform: This visit | |
| **Manual Interventions: Lower Quarter Soft Tissue:** | | |
| • Thoracolumbar PVM(This visit) | Did Not Perform: This visit | |
| **Manual Interventions: Taping To Stabilize/Align:** | | |
| • Strapping Activity 1(This visit) | Did Not Perform: This visit | |
| **Modalities:** | | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit | |
| **Timed Code Total Time:** | | |
| • 45 Minutes | | |

## Assessment

**Pt  able to demonstrate correct technique. High subjective c/o pain.**
**Treatment Emphasis to focus on: Maximizing function related to:**
• ADL's.  Work performance.

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.


Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 13, 2014 13:37:01

DCN: 140321068388 PAGE: 019 SEQUENCE: SWF0321201402810001

FROM



Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| **Patient:** | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Mar 17, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 23 |
| Cxl/Ns: | 2 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

7242    LUMBAGO
7197    DIFFICULTY IN WALKING

## Subjective Examination

Pt reports "burning sensation" on bottoms of his feet with continued c/o pain in his low back.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 48

## Objective Examination

**Observations:**
- Pt able to sit 15 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

**Reflex/Sensory Integrity:**
- Dermatomal Sensation: Intact and Equal Bilaterally. (Lower Extremity). Neurology intact to strength and sensation testing in bilat LE.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1      Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1      Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit)      Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 1(This visit)      Did Not Perform: This visit

Document ID: 0070090B.028
Lakota C. Hillis,PT(TN Lic: 8886),DPT      Status: Signed off (secure electronic signature)      Page 1 of 2

3/21/2014 12:38 PM

FROM

results

AETNA -> 18666671987                                    Page 12 of 126

(THU)MAR 20 2014 20:43/ST. 20:14/No. 6814013682 P 10

Patient:    **ARTHUR DAVIS**
Acct #:     124961

Visit Date:    **Mar 17, 2014**

| | | |
|---|---|---|
| • Vertebral Jt Seg Mobilzation 2(This visit) | Did Not Perform: This visit | |
| **Manual Interventions: Lower Quarter Soft Tissue:** | | |
| • Thoracolumbar PVM(This visit) | Did Not Perform: This visit | |
| **Manual Interventions: Taping To Stabilize/Align:** | | |
| • Strapping Activity 1(This visit) | Did Not Perform: This visit | |
| **Modalities:** | | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit | |

**Timed Code Total Time:**
• 45 Minutes

## Assessment

**Pt with continued high subjective c/o pain but is able to perform all there-ex with correct technique and no substitutions.**

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 17, 2014 12:09:51

DCN: 140321068388 PAGE: 023 SEQUENCE: SWF0321201402810001

FROM



**results**
~~PHYSIO~~THERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

(THU)MAR 20 2014 20:43/ST. 20:14/No. 6814013682 P 11

| Patient: | **ARTHUR DAVIS** | | | |
|---|---|---|---|---|
| Acct #: | 124961 | | | |
| DOB: | **REDACTED** | | Visit Date: | **Mar 18, 2014** |
| Physician: | Nicholas Cote DO | | Phys Phone: | (615) 867-8010 |
| Phys Fax: | (615) 867-7945 | | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | | Inj. Date: | Jan 20, 2014 |
| Clinician: | Lakota C. Hillis | | Surg. Date: | |
| FSC: | Commercial Insurance | | Visits: | 24 |
| Case Mgr: | | | Cxl/Ns: | 2 |
| Payor: | AETNA | Employer: | DELL | |
| Pol/Claim#: | | Insured: | | |

# Daily Note

**Diagnoses**   Spine       7242    LUMBAGO
                                 7197    DIFFICULTY IN WALKING

## Subjective Examination

**Client Knowledge/Awareness of:**
· Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
· Score 48

## Objective Examination

**Observations:**
· Pt able to sit 15 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| · Gluteus Maximus | Mild | Mild |
| · Piriformis | Mild | Mild |
| · Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| · Extension | 100% | |
| · Flexion(increased pain) | 100% | |
| · Side Bending Left | 100% | |
| · Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| · Extension | 100% | |
| · Flexion | 100% | |

**Reflex/Sensory Integrity:**
· Neurology intact to strength, reflexes and sensation testing in bilat LE.

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| · Therapeutic Activities | 97530 | 2 | 25 |
| · Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
· Machines/Free Weights 1        Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
· Closed Kinetic Chain 1        Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
· Lumbosacral Spine(This visit)        Did Not Perform: This visit
· Vertebral Jt Seg Mobilzation 1(This visit)        Did Not Perform: This visit
· Vertebral Jt Seg Mobilzation 2(This visit)        Did Not Perform: This visit

---

Document ID: 0070090B.029        Status: Signed off (secure electronic signature)        Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

FROM

*s'*

results

Patient: **ARTHUR DAVIS**
Acct #:   124961

Visit Date:  **Mar 18, 2014**

---

**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM(This visit)                    Did Not Perform: This visit
**Manual Interventions: Taping To Stabilize/Align:**
• Strapping Activity 1(This visit)                 Did Not Perform: This visit
**Modalities:**
• Electric Stim, Unattended(This visit)            Did Not Perform: This visit
**Timed Code Total Time:**
• 45 Minutes

## Assessment

Pt at high functional level with no compensations during there-ex but continues to have high subjective c/o pain. Pt appears to be plateauing with therapy. Will likely D/C next visit.

## Plan

D/C next visit.

Electronically authenticated.

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 18, 2014 12:40:37

---

Document ID: 0070090B.029          Status: Signed off (secure electronic signature)          Page 2 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140321068388 PAGE: 027 SEQUENCE: SWF0321201402810001



# Physical Therapy Evaluation
# & Plan of Care

### DATE of EVALUATION: 10-22-13

**PATIENT:** Arthur C Davis   **DOB:** REDACTED   **STAR account#:** 474798
**PHYSICIAN:** R James Renfro Jr MD   **ONSET:** 10-11-2013
**DIAGNOSIS:** Other specified aftercare following surgery V58.49   Rotator Cuff Tear (traumatic) 840.4   Shoulder
Pain 719.41   Shoulder Stiffness   719.51
**SURGERY/DATE:**

Mr. Davis initiated therapy today with Jason Barclay PT. The results of the evaluation include the following:

**ASSESSMENT/PROBLEM LIST:** Mr. Davis presented today with clinical findings and functional deficits which will be
addressed with skilled therapy services. His current therapy problem list includes the following:
- UE weakness
- pain which affects ADLs and IADLs
- decreased ROM
- muscle spasm
- decreased tolerance to sitting
- decreased tolerance to sleeping
- requires home exercise program
- decreased ROM
- altered arthrokinematics
- compensatory movement patterns
- decreased tolerance to household management tasks

## GOALS:

| Length | Description |
|---|---|
| - Short-term | Pt will report less than 3/10 pain in 2 weeks at rest |
| - | Pt to be instructed in HEP |
| - | Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic |
| - Long-term | Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks |
| - | Pt will report no more than 2/10 pain at worst in 4 weeks |
| - | Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks |
| - | Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks |
| - | Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks |
| - | Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks |
| - | Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks |
| - | Pt will report uninterrupted sleep from low back pain in 4 weeks |

**PLAN:** We will see Mr. Davis 3 time(s) per week for 6 week(s).   Treatment to include modalities PRN, therapeutic
exercise, functional activities, neuromuscular re-education, manual therapy, HEP and patient education.

Certification:  to

We will keep you informed of his progress.

| | |
|---|---|
| *Thank you for allowing me to participate in the care of this patient. Please feel free to contact me at the **Murfreesboro clinic (615-217-0259)** if you have any questions.* | *I certify that my patient requires outpatient rehabilitation services that are reasonable and necessary. I have written and/or reviewed the plan of care.* |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

FROM                                  (THU)MAR 20 2014 20:44/ST. 20:14/No. 6814013682 P 14

Patient: Arthur C Davis    DOB: REDACTED    te of Evaluation: 10-22-2013    STAR account# )4798    Page 2 of 5

| This note has been electronically signed by | | R James Renfro Jr MD | Date:_____ |
| Jason Barclay PT | | | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290

Patient: Arthur C Davis    DOB:  ate of Evaluation: 10-22-2013    STAR accoun  474798    Page 3 of 5

**History:** Mr. Davis is a 50 year old male who presents today with the following complaint(s): Tingling and pins and needles into in R leg and sometimes into L leg as well as bilateral shoulder pain. Pt reports right now his back pain is severe and has to "go into weird positions" to get comfortable. Pt reports after being rear ended in an auto accident, his back pain as well as B shoulder pain has worsened. He states his symptoms began several years ago, but pt states resolved until his recent auto accident which re-aggrevated his symptoms.. Pt is also post op massive L rotator cuff tear. Alleviating factors: movement

Brace/Device: L UE sling

Treatment to date: None for his back, Post op L shoulder

Diagnostics: None for back at this time, N/A for shoulder as he is post op

Findings: N/A

**Pain/Symptom Level:** 8

**PMHx/Comorbidities:** His medical history includes but is not limited to asthma and HTN.

Effect(s) of comorbidities/PMHx: potentially delayed healing time

Mr. Davis reports that he is taking the following medications: See list in patient's chart

Past surgical history related to current diagnosis: None /

**Functional Status:** Mr. Davis currently reports that he is functionally limited with respect to his ability to perform sitting more than 10 min, rising, bending, driving, standing nmore than 5 minutes, ascend/descend stairs, sleeping more than 3 hours, reaching overhead, behind the back, across the body and out in front as well as upper body dressing..

Prior to the onset of the current diagnosis, Mr. Davis had no functional limitations.

Occupation/job requirements: Sales/computer

Social history: non-contributory

**OBJECTIVE TESTS:**

| Test | Description | Results | Comments |
|------|-------------|---------|----------|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | |
| Lumbar - Palpation | Lumbar Paraspinals | Severe Muscle Spasm/Guarding R | |
| | Gluteal Musculature | No Tenderness to Palpation | |
| | Piriformis | No Tenderness to Palpation | |
| | Lumbosacral Region | No Tenderness to Palpation | |
| | Lumbar Spinous Process(es) | No Tenderness to Palpation | |
| Lumbar - AROM | Flexion | Nil loss | |
| | Extension | Mod loss | |
| | Lateral Flexion (R) | Nil loss | |
| | Lateral Flexion (L) | Nil loss | |
| | Rotation (R) | Nil loss | |
| | Rotation (L) | Nil loss | |
| | Side Gliding (R) | Nil loss | |
| | Side Gliding (L) | Nil loss | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (R LE) | intact to light touch, equal B, WNL | |
| | All Dermatomes (L LE) | intact to light touch, equal B, WNL | |
| Lumbar - Neuro Scan - Myotomes | Iliopsoas (L1,L2,L3) - R | Normal | |
| | Quadriceps (L2,L3,L4) - R | Normal | |
| | Anterior Tibialis (L4) - R | Weak | |
| | Extensor Hallucis Longus (L5) - R | Normal | |
| | Gastrocnemius (S1) - R | Normal | |
| | Peroneus Longus / Brevis (S1) - R | Normal | |
| | Iliopsoas (L1,L2,L3) - L | Weak/painful | |
| | Quadriceps (L2,L3,L4) - L | Normal | |
| | Anterior Tibialis (L4) - L | Normal | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED Date of Evaluation: 10-22-2013    STAR accoun 474798    Page 4 of 5

| | | | |
|---|---|---|---|
| | Extensor Hallucis Longus (L5) - L | Normal | |
| | Gastrocnemius (S1) - L | Normal | |
| | Peroneus Longus / Brevis (S1) - L | Normal | |
| Lumbar - Special Tests | Straight Leg Raise (R) | - | |
| | Straight Leg Raise (L) | - | |
| Lower Extremity - Flexibility | LE Flexibility (R) | WNL | |
| | LE Flexibility (L) | WNL | |
| General Core Strength | Core Strength | Min. limited | |
| Shoulder - AROM | Shoulder Flexion (L) | | Not tested, PROM only x4 weeks |
| | Shoulder Abduction (L) | | Not tested, PROM only x4 weeks |
| | Shoulder External Rotation (L) | | Not tested, PROM only x4 weeks |
| | Shoulder Internal Rotation (L) | | Not tested, PROM only x4 weeks |
| | Functional Reach Internal Rotation (L) | | Not tested, PROM only x4 weeks |
| | Functional Reach External Rotation (L) | | Not tested, PROM only x4 weeks |
| Shoulder - PROM | Shoulder Flexion (L) | 95 Degrees | |
| | Shoulder Abduction (L) | 60 Degrees | |
| | Shoulder External Rotation (L) | 25 Degrees | |
| | Shoulder Internal Rotation (L) | 40 Degrees | |
| | Shoulder PROM (L) | Severely limited | |

**Additional Comments:** Pt presents with low back pain consistent with muscular origin. No s/s of nerve root involvement at this time. Pt has palpable R sided lumbar paraspinal muscle spasm. Pt is also s/p L shoulder RTC repair PROM for 4 weeks per MD script.

- Pt agrees with goals? _____     Yes
- Pt agrees with POC? _____     Yes
- HEP given? _____     Yes
- Pt aware of Dx/Prognosis? ___     Yes

**Prognosis:** Good

**Precautions/Contraindications:** PROM only to L shoulder x 4 weeks

**Therapeutic Procedure/Modality Specifics:**
US for reduction of muscle spasm, E-STIM for pain reduction, E-STIM for reduction of muscle spasm, Vasopneumatic device for the reduction of edema/effusion, Heat and Ice
PROM, AROM, AAROM, Strengthening, Stretching and Lumbar/pelvic stabilization
ADL modification, Body mechanics education, Diagnosis/anatomy/healing process education, HEP instruction, Plan of care and Posture training/education
ADL activities and Reaching activities
Myofascial release and Soft tissue/joint mobilization
PNF

*Mr. Davis has been advised that compliance with a home program is vital to a successful rehabilitation program. He has been instructed to discontinue any exercise or activity which increases symptoms.*

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

FROM                       (THU)MAR 20 2014 20:44/ST. 20:14/No. 6814013882 P 17

Patient: Arthur C Davis     DOB: [REDACTED]     Date of Evaluation: 10-22-2013     STAR accour. 474798     Page 5 of 5

**Jason Barclay PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248    Phone: 815-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 037 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis    DOB:  Date of Note: 10-22-2013    STAR account#: 4.-798    Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 11:15AM        **TIME OUT:** 12:14PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | 34 |
| Therapeutic exercise* | | 10 |
| Functional activities* | | 5 |
| Manual therapy tech* | | |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | 10 |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | | |
| Pendulums | edu | |
| SKTC | 10" x 5 | |
| DKTC | 10" x 5 | |
| LTR | 10x each side | |
| PPT | 5" x 5 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | Pt educated on edema management, surgical precautions | |
| Treadmill - progress to | | |

**Total Treatment Time:** 59 minutes

*This note has been electronically signed by*

Phone:  , FAX:

# DAILY TREATMENT NOTE

### Date of Note: 10-23-13

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49       Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit:**

**SUBJECTIVE:**   Pt reports he felt pretty good after therapy yesterday, until about 2 am when he woke up with back pain and has been in pain ever since. Pt reports his pain at 10/10.

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today.  Pt had some increase in pain with DKTC, but overall appears to be tolerating tx well.  Added manual techniques for lumbar rotational mobilizations  and LE nerve glides as well as PROM to shoulder.

**Current Goals**                                                                    *Outcome*

**New Goals**

**PLAN;**   Continue with current treatment plan.

*This note has been electronically signed by **Jason Barclay PT***

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 10-23-2013    STAR account#: 4, ..98    Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 10:30AM      **TIME OUT:** 11:30AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 35 |
| Functional activities* | | |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | to L shoulder 15 min | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | 10 min including LE nerve glides | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | 10" x 5 (some pain) | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 11-11-13

**PATIENT NAME:** Arthur C Davis   **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49      Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41      Shoulder Stiffness   719.51

**Next MD Visit:**

**SUBJECTIVE:**   Pt has seen MD since last visit. Pt presents with new script for PROM only to L shoulder x1 week and diagnosis of lumbar spondylosis in regards to back pain. Pt states he is "just ignoring" his back pain and states he has been out of his sling some including some using the steering wheel.

**Pain/Symptom Level:**

**OBJECTIVE:**   Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques.   Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt instructed in lumbar ROM, flexibility and stabilization exercises as well as continued PROM to L shoulder per MD script. Pt reported after treatment that was "the best Ive felt in a while leaving therapy"

**Current Goals**                                                                                           **Outcome**

**New Goals**

**PLAN:**   Continue with current treatment plan.   PN next visit.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 045 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis    DOB:  )   Date of Note: 11-11-2013    STAR account#: 4/4798      Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 10:05AM        **TIME OUT:** 11:02AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 35 |
| Functional activities* | | |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | resume NV | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | 10" x 5 (some pain) | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |

**Total Treatment Time:** 55 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

# DAILY TREATMENT NOTE

### Date of Note: 11-15-13

**PATIENT NAME:** Arthur C Davis       **PATIENT DOB:** REDACTED       **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49       Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41       Shoulder Stiffness    719.51

**Next MD Visit:**

**SUBJECTIVE:**   Pt reports overall decrease in pain and soreness in left shoulder since initial date of therapy. Pt states that his back continues to be increased pain levels and has not changed very much at all. Pt states that he feels like he is getting stronger in his core, but no chang ein pain or symptoms. Pt reports no significant change in functional status and left shoulder due to surgical precautions. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**   See measurements below. Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: ADL modification, Body mechanics education, Diagnosis/anatomy/healing process education, HEP instruction and Plan of care. Added E-STIM for pain reduction.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Lumbar - Palpation | Lumbar Paraspinals | | | |
| | Gluteal Musculature | | | |
| | Piriformis | | | |
| | Lumbosacral Region | | | |
| | Lumbar Spinous Process(es) | | | |
| Lumbar - AROM | Flexion | Nil loss | Nil loss | |
| | Extension | Mod loss | Mod loss | |
| | Lateral Flexion (R) | Nil loss | Nil loss | |
| | Lateral Flexion (L) | Nil loss | Nil loss | |
| | Rotation (R) | Nil loss | Nil loss | |
| | Rotation (L) | Nil loss | Nil loss | |
| | Side Gliding (R) | Nil loss | Nil loss | |
| | Side Gliding (L) | Nil loss | Nil loss | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (R LE) | intact to light touch, equal B, WNL | intact to light touch, equal B, WNL | |
| | All Dermatomes (L LE) | intact to light touch, equal B, WNL | intact to light touch, equal B, WNL | |
| Lumbar - Neuro Scan - Myotomes | Iliopsoas (L1,L2,L3) - R | | Normal | |
| | Quadriceps (L2,L3,L4) - R | | Normal | |
| | Anterior Tibialis (L4) - R | | Weak | |
| | Extensor Hallucis Longus (L5) - R | | Normal | |
| | Gastrocnemius (S1) - R | | Normal | |
| | Peroneus Longus / Brevis (S1) - R | | Normal | |
| | Iliopsoas (L1,L2,L3) - L | | Weak/painful | |
| | Quadriceps (L2,L3,L4) - L | | Normal | |
| | Anterior Tibialis (L4) - L | | Normal | |
| | Extensor Hallucis Longus | | Normal | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 049 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis     DOB: [REDACTED] )  Date of Note: 11-15-2013     STAR account#: 47.   8          Page 2 of 4

|  | (L5) - L |  |  |  |
|---|---|---|---|---|
|  | Gastrocnemius (S1) - L |  | Normal |  |
|  | Peroneus Longus / Brevis (S1) - L |  | Normal |  |
| Lumbar - Special Tests | Straight Leg Raise (R) |  | - |  |
|  | Straight Leg Raise (L) |  | - |  |
| Lower Extremity - Flexibility | LE Flexibility (R) | WNL | WNL |  |
|  | LE Flexibility (L) | WNL | WNL |  |
| General Core Strength | Core Strength | Min. limited | Min. limited |  |
| Shoulder - AROM | Shoulder Flexion (L) |  |  | NPT due to surgical precautions |
|  | Shoulder Abduction (L) |  |  | NPT due to surgical precautions |
|  | Shoulder External Rotation (L) |  |  | NPT due to surgical precautions |
|  | Shoulder Internal Rotation (L) |  |  | NPT due to surgical precautions |
|  | Functional Reach Internal Rotation (L) |  |  | NPT due to surgical precautions |
|  | Functional Reach External Rotation (L) |  |  | NPT due to surgical precautions |
| Shoulder - PROM | Shoulder Flexion (L) | 125 Degrees | 95 Degrees |  |
|  | Shoulder Abduction (L) | 80 Degrees | 60 Degrees |  |
|  | Shoulder External Rotation (L) | 40 Degrees | 25 Degrees |  |
|  | Shoulder Internal Rotation (L) | 50 Degrees | 40 Degrees |  |
|  | Shoulder PROM (L) | Severely limited | Severely limited |  |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt able to continue PROM for left shoulder, demonstrating increase in ROM since initial date of therapy. Pt continues to demonstrate firm end feels and decreased ROM. Pt increasing in core strength, but continues ot have increased pain levels in low back,  Skilled modality treatment(s) have been utilized for symptom reduction/exercise facilitation/functional improvement as evidenced by: lower pain rating with the use of E-stim for pain reduction.

| **Current Goals** | **Outcome** |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Not Met |
| Pt to be instructed in HEP | Partially Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Partially Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Not Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Not Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Not Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Not Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

**New Goals**

**PLAN:**  Pt returning to MD and was given progress report. PN will also be faxede to MD.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis   DOB:  )   Date of Note: 11-15-2013   STAR account#: 4.../98   Page 4 of 4

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 07:15AM          **TIME OUT:** 09:05AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 35 |
| Functional activities* | | |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | resume NV | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | 10" x 5 (some pain) | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |

**Total Treatment Time:** minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 11-20-13

**PATIENT NAME:** Arthur C Davis      **PATIENT DOB:** REDACTED      **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain   719.41      Shoulder Stiffness   719.51

**Next MD Visit:**

**SUBJECTIVE:**   Pt reports being in hospital for past 3 days due to asthma attack. Pt reports shoulder feeling a little more stiff due to not being able to stretch as much. Pt states went to MD and had good report of being on track per protocol and to begin AAROM exercises. Pt reprots no change in back pain at all. States nothing seems to make pain better. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**   Progressed treatment to include AAROM pulleys and wall walks.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt able to perform all lumbar/core exercises, but continues to have pain with all exercises and most activity. Pt able to tolerate PROM, but continues to have decreased ROM with firm end feels and appeared to have slight increase in stiffness today.

**Current Goals**      *Outcome*

**New Goals**

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by **Kyle Todd PT***

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: [REDACTED] Date of Note: 11-20-2013    STAR account#: 4..798    Page 2 of 2

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 03:00PM       **TIME OUT:** 03:45PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 30 |
| Functional activities* | | |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | resume NV if tolerated | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | 10" x 5 (some pain) | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 4 min scaption | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |

**Total Treatment Time:** 50 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

)                                                            )

# DAILY TREATMENT NOTE

### Date of Note: 11-22-13

**PATIENT NAME:** Arthur C Davis        **PATIENT DOB:** REDACTED  **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit:**

**SUBJECTIVE:**  Pt reports that back pain has not changed since initiation of therapy. Pt brought in new script for L shoulder-added AAROM and AROM in two weeks. Pt reports shoulder seems to feel a littl ebetter since adding AAROM pulleys last visit.  Pt. reports compliance and good tolerance of HEP. Pt. reports no significant change in functional ability since the initiation of therapy.

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment to include table slides and scap squeezes.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques.  Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt able to perform all AAROM exercises, though he has some increase in soreness throughout treatment session. Pt continues to tolerate abd brace and mobility exercises, but has pain throughout lumbar manual and the rex. Pt continues to have moderate tightness in left shoulder with manual therapy and AAROM.

*Current Goals*                                                                               *Outcome*

*New Goals*

**PLAN:**    Continue per protocol

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy. Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: 1 [REDACTED]    Date of Note: 11-22-2013    STAR account#: )98    Page 2 of 2

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 10:55AM          **TIME OUT:** 11:45AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 30 |
| Functional activities* | | |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | not tolerated well today | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | 10" x 5 (some pain) | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | 5 min | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |

**Total Treatment Time:** 50 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 061 SEQUENCE: SWF0321201402810001



# DAILY TREATMENT NOTE

### Date of Note: 11-26-13

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED  **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41      Shoulder Stiffness    719.51

**Next MD Visit: 12-13-13**

**SUBJECTIVE:**  Pt states he feels his arm is improving, but states his back is "very stiff and painful today". Pt states he did his stretches this morning, but his back is still hurting.

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.  {DAILY-Modality}

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today.  Pt instructed in progression of AAROM exercises for L shoulder which he tolerated well. Pt continues to complain of "tailbone pain" and is progressing with core strength and lumbar mobility exercises.  {MODALITY-Assess} {GOAL-PROG}

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals |  |
|-----------|--|
|           |  |

**PLAN:**   Continue progression per protocol/plan of care for duel diagnosis.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis     DOB: REDACTED Date of Note: 11-26-2013     STAR account#: )98     Page 2 of 2

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

TIME IN: 01:04PM          TIME OUT: 02:25PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 50 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | not tolerated well today | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | 5 min | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption | |

**Total Treatment Time:** 78 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 11-27-13

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery      V58.49       Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41       Shoulder Stiffness    719.51

**Next MD Visit: 11-15-13**

**SUBJECTIVE:**   Pt reports today was the first time he ran up steps in 4 months. Pt reports his back pain he tries to ignore and continues his "yoga" stretches.  Pt reports his shouler "feels good" today.   Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**      Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today.  Pt continues to progress with shoulder ROM and decreased shoulder pain levels. Pt did report improved tolerance to stairs today and states he has had some mild decrease in back pain.

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals | |
|-----------|---|
|           |   |

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:  REDACTED  Date of Note: 11-27-2013    STAR account#: )98    Page 2 of 2

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 01:30PM          **TIME OUT:** 02:35PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 39 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 18 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 18 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | 5 min | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption | |

**Total Treatment Time:** 65 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 11-29-13

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49     Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41     Shoulder Stiffness   719.51

**Next MD Visit:** 11-15-13

**SUBJECTIVE:**   Pt states both of his shoulders are pretty sore today, and reports he did a lot of work on the computer yesterday.

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today.  Pt reported feeling much better after treatment today.  Pt demonstrates progress towards goals evidenced by decreasing subjective pain levels.

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals | |
|-----------|--|
|           |  |

**PLAN:**   Continue progression per protocoland Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 11-29-2013    STAR account# )4796    Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 11:05AM          **TIME OUT:** 12:03PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 36 |
| Functional activities* | | 6 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist  heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | 5 min | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption | |

**Total Treatment Time: 57 minutes**

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37128-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 12-03-13

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49     Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41     Shoulder Stiffness    719.51

**Next MD Visit: 11-15-13**

**SUBJECTIVE:** Pt states there has been no significant change in pain/symptoms since the last visit. States Bil shoulders continue to ache. States LB is doing a little better. States he went to a spin class over the weekend. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.     Pt received education on the following: HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lumbar Paraspinals | | | |
| Lumbar - Palpation | Gluteal Musculature | | | |
| | Piriformis | | | |
| | Lumbosacral Region | | | |
| | Lumbar Spinous Process(es) | | | |
| | Flexion | | | |
| Lumbar - AROM | Extension | | | |
| | Lateral Flexion (R) | | | |
| | Lateral Flexion (L) | | | |
| | Rotation (R) | | | |
| | Rotation (L) | | | |
| | Side Gliding (R) | | | |
| | Side Gliding (L) | | | |
| | All Dermatomes (R LE) | | | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (L LE) | | | |
| | Iliopsoas (L1,L2,L3) - R | | | |
| Lumbar - Neuro Scan - Myotomes | Quadriceps (L2,L3,L4) - R | | | |
| | Anterior Tibialis (L4) - R | | | |
| | Extensor Hallucis Longus (L5) - R | | | |
| | Gastrocnemius (S1) - R | | | |
| | Peroneus Longus / Brevis (S1) - R | | | |
| | Iliopsoas (L1,L2,L3) - L | | | |
| | Quadriceps (L2,L3,L4) - L | | | |
| | Anterior Tibialis (L4) - L | | | |
| | Extensor Hallucis Longus (L5) - L | | | |
| | Gastrocnemius (S1) - L | | | |
| | Peroneus Longus / Brevis (S1) - L | | | |
| | Straight Leg Raise (R) | | | |
| Lumbar - Special | Straight Leg Raise (L) | | | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED   Date of Note: 12-03-2013    STAR account# )4798      Page 2 of 3

| Tests | LE Flexibility (R) | | | |
|---|---|---|---|---|
| Lower Extremity - Flexibility | LE Flexibility (L) | | | |
| | Shoulder Flexion (L) | | | |
| General Core Strength | Shoulder Abduction (L) | | | |
| Shoulder - AROM | Shoulder External Rotation (L) | | | |
| | Shoulder Internal Rotation (L) | | | |
| | Functional Reach Internal Rotation (L) | | | |
| | Functional Reach External Rotation (L) | | | |
| | Shoulder Flexion (L) | | | |
| | Shoulder Abduction (L) | | | |
| Shoulder - PROM | Shoulder External Rotation (L) | | | |
| | Shoulder Internal Rotation (L) | | | |
| | Shoulder PROM (L) | | | |
| | | | | |
| | | | | |

**ASSESSMENT:** Pt tolerated treatment better today. Pt felt he could go higher on the pulleys. States L leg feels stronger than R with doing core strengthening exercises. Pt. is progressing slowly toward achievement of treatment goals.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Not Met |
| Pt to be instructed in HEP | Partially Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Partially Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Not Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Not Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Not Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Not Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

**New Goals**

| | |
|---|---|
| | |

**PLAN:** Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT**    **Jay Cargile PTA**

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: **REDACTED**    Date of Note: 12-03-2013    STAR account# )4798    Page 3 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:**       **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 36 |
| Functional activities* | | 6 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | 5 min | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| Treadmill - progress to | | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption | |

**Total Treatment Time:** 57 minutes

*This note has been electronically signed by* **Jason Barclay PT**    **Jay Cargile PTA**

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 12-05-13

**PATIENT NAME:** Arthur C Davis    **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49    Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain  719.41    Shoulder Stiffness  719.51

**Next MD Visit: 11-15-13**

**SUBJECTIVE:**  Pt states there has been no significant change in pain/symptoms since the last visit. Pt. reports compliance and good tolerance of HEP. Pt reports continued difficulty with all movement and activities that require standing. Pt reports back continues to have increased pain levels. Pt reports he tried to sleep in his bed last night, but was unable due to back pain.

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment to include UBE. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques.  Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**  Pt tolerated treatment well today.  Pt continues to increase AAROM and PROM of shoulder. Pt appears to be improved compared to two weeks ago. Pt able to increase ther ex for lumbar, but continues to have increased pain levels with all ther ex and activity.

| Current Goals | | | | | Outcome |
|---------------|--|--|--|--|---------|
|               |  |  |  |  |         |

| New Goals | | | | |
|-----------|--|--|--|--|
|           |  |  |  |  |

**PLAN:**    Continue with current treatment plan and protocol.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro  1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis   DOB: **REDACTED**   Date of Note: 12-05-2013   STAR account# )4798       Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 10:55AM         **TIME OUT:** 11:56AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 34 |
| Functional activities* | | 11 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | 5 min | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 6 min L1.0 | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption | |

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

# DAILY TREATMENT NOTE

**Date of Note:** 12-10-13

**PATIENT NAME:** Arthur C Davis        **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49    Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41        Shoulder Stiffness   719.51

**Next MD Visit:** 11-15-13

**SUBJECTIVE:** Pt complains of increased pain/symptoms since the last visit. States he has been having increased LB spasms since going to spin class. States he hasn't been sleeping well.  Pt. reports compliance with HEP, but did not tolerate it well.

**Pain/Symptom Level:**

**OBJECTIVE:** Continue treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process educations.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:** Pt tolerated treatment today but had increased c/o pain with lumbar exercises. Pt needed increased v/c to relax with shoulder PROM today.  Pt. is progressing slowly toward achievement of treatment goals.

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals |  |
|-----------|--|
|           |  |

**PLAN:** Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT**   **Jay Cargile PTA**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED Date of Note: 12-10-2013    STAR account# )4796    Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 34 |
| Functional activities* | | 11 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist  heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | 5 min | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 6 min L1.0 | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption | |

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Jason Barclay PT**   **Jay Cargile PTA**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 087 SEQUENCE: SWF0321201402810001



# DAILY TREATMENT NOTE

**Date of Note:** 12-12-13

**PATIENT NAME:** Arthur C Davis
**PATIENT DOB:** REDACTED
**STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49    Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41    Shoulder Stiffness    719.51

**Next MD Visit:** 11-15-13

**SUBJECTIVE:** Pt reports to thery with increased soreness after reporting using arm more than he probably should. Pt states that shoulder seems to be getting better, and that he has less difficulty with upper body dressing and using arm below shoulder height. Pt. reports compliance and good tolerance of HEP. Pt. reports an overall increase in functional ability since the initiation of treatment. Pt states he is able to use arm more than he was able to prior to last few weeks, but continues to have general soreness and cannot use above shoulder height.

**Pain/Symptom Level:**

**OBJECTIVE:** See measurements below. Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: ADL modification, Diagnosis/anatomy/healing process education, HEP instruction and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Lumbar - Palpation | Lumbar Paraspinals | Moderate Muscle Spasm/Guarding | Severe Muscle Spasm/Guarding R | |
| | Gluteal Musculature | No Tenderness to Palpation | No Tenderness to Palpation | |
| | Piriformis | No Tenderness to Palpation | No Tenderness to Palpation | |
| | Lumbosacral Region | No Tenderness to Palpation | No Tenderness to Palpation | |
| | Lumbar Spinous Process(es) | No Tenderness to Palpation | No Tenderness to Palpation | |
| Lumbar - AROM | Flexion | Nil loss | Nil loss | |
| | Extension | Mod loss | Mod loss | |
| | Lateral Flexion (R) | Nil loss | Nil loss | |
| | Lateral Flexion (L) | Nil loss | Nil loss | |
| | Rotation (R) | Nil loss | Nil loss | |
| | Rotation (L) | Nil loss | Nil loss | |
| | Side Gliding (R) | Nil loss | Nil loss | |
| | Side Gliding (L) | Nil loss | Nil loss | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (R LE) | | intact to light touch, equal B, WNL | |
| | All Dermatomes (L LE) | | intact to light touch, equal B, WNL | |
| Lumbar - Neuro Scan - Myotomes | Iliopsoas (L1,L2,L3) - R | | Normal | |
| | Quadriceps (L2,L3,L4) - R | | Normal | |
| | Anterior Tibialis (L4) - R | | Weak | |
| | Extensor Hallucis Longus (L5) - R | | Normal | |
| | Gastrocnemius (S1) - R | | Normal | |
| | Peroneus Longus / Brevis | | Normal | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259,  FAX: 615-217-1290

DCN: 140321068388 PAGE: 089 SEQUENCE: SWF0321201402810001

STAR 00563606

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 12-12-2013    STAR account# )4798    Page 2 of 4

| | | | | |
|---|---|---|---|---|
| | (S1) - R | | | |
| | Iliopsoas (L1,L2,L3) - L | | Weak/painful | |
| | Quadriceps (L2,L3,L4) - L | | Normal | |
| | Anterior Tibialis (L4) - L | | Normal | |
| | Extensor Hallucis Longus (L5) - L | | Normal | |
| | Gastrocnemius (S1) - L | | Normal | |
| | Peroneus Longus / Brevis (S1) - L | | Normal | |
| Lumbar - Special Tests | Straight Leg Raise (R) | | - | |
| | Straight Leg Raise (L) | | - | |
| Lower Extremity - Flexibility | LE Flexibility (R) | WNL | WNL | |
| | LE Flexibility (L) | WNL | WNL | |
| General Core Strength | Core Strength | Min. limited | Min. limited | |
| Shoulder - AROM | Shoulder Flexion (L) | | Not Tested | |
| | Shoulder Abduction (L) | | Not Tested | |
| | Shoulder External Rotation (L) | | Not Tested | |
| | Shoulder Internal Rotation (L) | | Not Tested | |
| | Functional Reach Internal Rotation (L) | Not Tested | Not Tested | |
| | Functional Reach External Rotation (L) | Not Tested | Not Tested | |
| Shoulder - PROM | Shoulder Flexion (L) | 127 Degrees | 125 Degrees | |
| | Shoulder Abduction (L) | 90 Degrees | 80 Degrees | |
| | Shoulder External Rotation (L) | 55 Degrees | 40 Degrees | |
| | Shoulder Internal Rotation (L) | 57 Degrees | 50 Degrees | |
| | Shoulder PROM (L) | Severely limited | Severely limited | |

**ASSESSMENT:** Pt tolerated treatment well today. Pt continnues to have increased pain levels with all lumbar exercises, but has decreased pain in low back with use of heat pack. Pt increasing in PROM of left shoulder, unable to perform certain ther ex due to pain and weakness of right shoulder (non-surgical shoulder with RTC tear). Pt progressing per protocol at this time, with continued pain at all end ranges of motion.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Not Met |
| Pt to be instructed in HEP | Partially Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Partially Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Not Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Not Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Not Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Not Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

**New Goals**

| | |
|---|---|
| | |

**PLAN:** Continue progression per protocol for remaining 5 visits, then recommend 3x/week for 6 more weeks.

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:  REDACTED    Date of Note: 12-12-2013    STAR account# )4798    Page 3 of 4

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248    Phone: 615-217-0259.  FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 12-12-2013    STAR account# )4798    Page 4 of 4

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 11:00AM      **TIME OUT:** 12:00PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 34 |
| Functional activities* | | 4 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | PT reassessment- 4 min | |
| UBE | 6 min L1.0 - npt | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time: 58 minutes**

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259. FAX: 615-217-1290

**S·T·A·R**

# DAILY TREATMENT NOTE

### Date of Note: 12-17-13

**PATIENT NAME:** Arthur C Davis        **PATIENT DOB:** REDACTED        **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49        Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit: 11-15-13**

**SUBJECTIVE:**    Pt. states no real changes since last visit in B shoulders and LB. Saw Dr. wants him to continue to progress per protocol. Pt. states his R shoulder just hurts more, it throbs, from using it more d/t L shoulder being sore. Pt. states he is to return to Dr. Jan 9th and schedule R shld surgery for end of Jan. States RTW date is Feb. 1st, but if having second surgery end of Jan, it will take him off from work until April. Pt. states he did try some aerobic steps at home and did ok. Pt. reports compliance with HEP and surgical precautions. Pt. reports an overall increase in functional ability since the initiation of treatment.

**Pain/Symptom Level:** 5

**OBJECTIVE:**    Continued w/ established POC, progressed therex to include stability ex's: supine protraction, supine flexion, s/l ER, prone rowing, and prone ext. Ended Rx w/ manual stretching. Progressed treatment per activity flowsheet.    The following procedures were performed at distinctly different time intervals from each other: functional activities, manual techniques and therapeutic exercise.  Pt received education on the following: Diagnosis/anatomy/healing process education, HEP instruction, Plan of care, Posture training/education and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**    Pt tolerated treatment well today. Pt. tolerated all progressed ex's well today. No c/o inc. pain throughout session. Same c/o remain and will benefit from progressed stability/strength in L shoulder to help prepare pt. for surgery on R in 4-6 weeks.   Pt. is progressing toward achievement of treatment goals as expected.

*Current Goals*                                                                                          *Outcome*

*New Goals*

**PLAN:**    Continue with current treatment plan. Progress shld protocol w/ ROM and strengthening as tolerated.  Pt. 9.5-10 weeks out from surgery.

*This note has been electronically signed by* **Jason Barclay PT    Nichol Robertson PTA**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:     Date of Note: 12-17-2013    STAR account: )4798    Page 2 of 2

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 11:00AM          **TIME OUT:** 12:00PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 32 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20  min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine sh'd protraction | 15x | |
| Supine sh'd flexion AROM in pain free range | 15x | |
| S/L ER | 15x | |
| Prone rowing | 15x | |
| Prone extension | 15x | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min L1 starting session today | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by **Jason Barclay PT   Nichol Robertson PTA***

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 12-19-13

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49    Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit:** 11-15-13

**SUBJECTIVE:**   Pt. states he is hurting today, his R shoulder "feels like crap," and his L shoulder " feels good." Pt. reported he will be seeing his back Dr. this afernoon. Pt. reports compliance with HEP and surgical precautions. Pt. reports an overall increase in functional ability since the initiation of treatment.

**Pain/Symptom Level:**

**OBJECTIVE:**   Continued w/ established POC today and progressed reps w/ exsisting ex's today as tolerated. Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities, manual techniques and therapeutic exercise. Pt received education on the following: Diagnosis/anatomy/healing process education, HEP instruction, Posture training/education and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt. did have soreness c/o in L shoulder ending Rx today, but denied any modalities. Pt. did well w/ increasing reps and demonstrates motivation toward recovery.   Pt. is progressing toward achievement of treatment goals as expected.

**Current Goals**                                                            **Outcome**

**New Goals**

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT   Nichol Robertson PTA**

DCN: 140321068388 PAGE: 101 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis　　　DOB: REDACTED　Date of Note: 12-19-2013　　STAR account: 4798　　　　Page 2 of 2

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 10:55AM　　　　**TIME OUT:** 11:50AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 32 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction | 15x | |
| Supine shld flexion AROM in pain free range | 15x | |
| S/L ER | 15x | |
| Prone rowing | 15x | |
| Prone extension | 15x | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min L1 starting session today | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time: 55 minutes**

*This note has been electronically signed by* **Jason Barclay PT**　**Nichol Robertson PTA**

Murfreesboro　1725 Medical Center Pkwy, Ste 130　Murfreesboro, TN 37129-2248　Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 12-24-13

**PATIENT NAME:** Arthur C Davis      **PATIENT DOB:** REDACTED  **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49     Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41     Shoulder Stiffness   719.51

**Next MD Visit: 11-15-13**

**SUBJECTIVE:**  Pt reports that back seems to be getting better. Pt states that MD told him that he did have a tear in disk, but that surgery would not be an option at this time. Pt also states that shoulder is progressively getting better. Pt states that he is able to push shoulder during HEP and throughout the day, and that pain/soreness does not remain or increase at night. Pt reports being able to reach behind back without notincing since previous visit.  Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**  Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.  {DAILY-Modality}

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt continues to tolerate increased ROM in active and passive movements, but continues to demonstrate decreased ROM in all planes with firm end feels at end range. Pt continues to increase lumbar ROM and core strength.   Pt progressing per protocol, slower than normal due to size of initial RTC tear and RTC in right shoulder.

**Current Goals**                                               **Outcome**

**New Goals**

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

**Patient:** Arthur C Davis    **DOB:** REDACTED **Date of Note:** 12-24-2013    **STAR account#** 4798    **Page 2 of 2**

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 07:30AM                **TIME OUT:** 08:36AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 37 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction | 20x | |
| Supine shld flexion AROM in pain free range | 20x | |
| S/L ER | 20x | |
| Prone rowing | 20x | |
| Prone extension | 20x | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min L1 starting session today | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by **Kyle Todd PT***

Murfreesboro    1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 12-26-13

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49       Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain    719.41       Shoulder Stiffness    719.51

**Next MD Visit:** 11-15-13

**SUBJECTIVE:**   Pt complains of increased pain/symptoms since the last visit. States his LB is more sore today. States he had increased difficulty sleeping last night. Also, states his R UE is more sore today.  Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**   Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment but had increased c/o soreness today. Pt. did have c/o soreness in LB and R shoulder today during therapy. Pt tolerated exercises and PROM for L shoulder well.

**Current Goals** | **Outcome**

**New Goals**

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by **Jason Barclay PT    Jay Cargile PTA***

Murfreesboro   1725 Medical Center Pkwy. Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED Date of Note: 12-26-2013    STAR account# 4798    Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:**            **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 37 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction | 20x | |
| Supine shld flexion AROM in pain free range | 20x | |
| S/L ER | 20x | |
| Prone rowing | 20x | |
| Prone extension | 20x | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min L1 starting session today | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by __Jason Barclay PT__  __Jay Cargile PTA__*

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 12-31-13

**PATIENT NAME:** Arthur C Davis      **PATIENT DOB:** REDACTED      **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41        Shoulder Stiffness   719.51

**Next MD Visit:** 11-15-13

**SUBJECTIVE:**   Pt states that back has been increased in pain for past 3-4 days. Pt reports left arm is getting better,
increasing in ROM and decreasing in pain. Pt reports that able to perform more of gym routine for back and aerobic exercise,
but continues to have back pain.  Pt. reports compliance and good tolerance of HEP. Pt reports having very difficult time
with sleeping currently due to back pain.

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different
time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body
mechanics education, Diagnosis/anatomy/healing process education, HEP instruction and Plan of care.  Added E-STIM for
pain reduction and Heat during manual therapy on shoulder.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt able to tolerate all ther ex and ROM exercises today, but had more difficulty and increased pain levels
in back with all therapy. Pt able to have decreased pain levels in back after e-stim and heat were applied during shoulder
manual therapy. Pt progressing in ROM of shoulder, but continues to demonstrate decreased range due to increased pain
levels.

**Current Goals**                                                                                                 **Outcome**

**New Goals**

**PLAN:**   Continue progression per protocol.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis      DOB: REDACTED      Date of Note: 12-31-2013      STAR account# 4796      Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS**: PROM only to L shoulder x 4 weeks

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 30 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | 10 |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder (15 min today) | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction | 20x | |
| Supine shld flexion AROM in pain free range | 20x | |
| S/L ER | 20x | |
| Prone rowing | 20x | |
| Prone extension | 20x | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min L1 starting session today | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 63 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note: 01-02-14**

**PATIENT NAME:** Arthur C Davis    **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49    Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41    Shoulder Stiffness    719.51

**Next MD Visit:** 11-15-13

**SUBJECTIVE:**  Pt complains of increased pain/symptoms since the last visit. States his LB is more sore today secondary to sleeping in his bed last night instead of a futon. States he rates LB pain a 10/10. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**    Pt able to tolerate therapy but c/o increased LB pain with all exercises.. Pt able to tolerate shoulder exercises with minimal c/o soreness. Estim to LB for pain control.

**Current Goals** | | **Outcome**
| | |

**New Goals**
| | |

**PLAN:**    Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT    Jay Cargile PTA**

Murfreesboro    1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis  DOB: REDACTED Date of Note: 01-02-2014  STAR account# ⟩4798   Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:**     **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 30 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | 10 |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder (15 min today) | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | unable to tolerate seated position | |
| Pendulums | | |
| SKTC | 10" x 10 each LE | |
| DKTC | | |
| LTR | 30x side to side | |
| PPT | 5" x 30 | |
| SB press single arm in supine | 5" x 30 | |
| SB LE rollouts | with abdominal brace 30x | |
| Supine hip abduction | one leg at a time RTB 30x each side | |
| Pulleys | 5 min scaption | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | 20x | |
| Scap squeezes | 20x | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction | 20x | |
| Supine shld flexion AROM in pain free range | 20x | |
| S/L ER | 20x | |
| Prone rowing | 20x | |
| Prone extension | 20x | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min L1 starting session today | |
| SB wall roll ups for reaching simulation | | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 63 minutes

*This note has been electronically signed by **Jason Barclay PT Jay Cargile PTA***

Murfreesboro 1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248 Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note: 01-08-14**

**PATIENT NAME:** Arthur C Davis        **PATIENT DOB:** REDACTED        **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49      Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit: 01-09-14**

**SUBJECTIVE:** Pt reports "my shoulder hurts, but I know thats expected". Pt states his "throbbing" is around 7/10. Pt states he feels his shoulder is improving in strength. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level: 7**

**OBJECTIVE:** See Status for updated objective results/measurements. Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education and Plan of care.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Lumbar - Palpation | Lumbar Paraspinals | | Moderate Muscle Spasm/Guarding | |
| | Gluteal Musculature | No Tenderness to Palpation | No Tenderness to Palpation | |
| | Piriformis | No Tenderness to Palpation | No Tenderness to Palpation | |
| | Lumbosacral Region | No Tenderness to Palpation | No Tenderness to Palpation | |
| | Lumbar Spinous Process(es) | No Tenderness to Palpation | No Tenderness to Palpation | |
| Lumbar - AROM | Flexion | Nil loss | Nil loss | |
| | Extension | Mod loss | Mod loss | |
| | Lateral Flexion (R) | Nil loss | Nil loss | |
| | Lateral Flexion (L) | Nil loss | Nil loss | |
| | Rotation (R) | Nil loss | Nil loss | |
| | Rotation (L) | Nil loss | Nil loss | |
| | Side Gliding (R) | Nil loss | Nil loss | |
| | Side Gliding (L) | Nil loss | Nil loss | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (R LE) | | | |
| | All Dermatomes (L LE) | | | |
| Lumbar - Neuro Scan - Myotomes | Iliopsoas (L1,L2,L3) - R | | | |
| | Quadriceps (L2,L3,L4) - R | | | |
| | Anterior Tibialis (L4) - R | | | |
| | Extensor Hallucis Longus (L5) - R | | | |
| | Gastrocnemius (S1) - R | | | |
| | Peroneus Longus / Brevis (S1) - R | | | |
| | Iliopsoas (L1,L2,L3) - L | | | |
| | Quadriceps (L2,L3,L4) - L | | | |
| | Anterior Tibialis (L4) - L | | | |
| | Extensor Hallucis Longus (L5) - L | | | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED   Date of Note: 01-08-2014    STAR account# )4798    Page 2 of 3

| | | | | |
|---|---|---|---|---|
| | Gastrocnemius (S1) - L | | | |
| | Peroneus Longus / Brevis (S1) - L | | | |
| Lumbar - Special Tests | Straight Leg Raise (R) | | | |
| | Straight Leg Raise (L) | | | |
| Lower Extremity - Flexibility | LE Flexibility (R) | | | |
| | LE Flexibility (L) | | | |
| General Core Strength | Shoulder Flexion (L) | | | |
| Shoulder - AROM | Shoulder Abduction (L) | 75 Degrees | Not Tested | |
| | Functional Reach Internal Rotation (L) | 75 Degrees | Not Tested | |
| | Functional Reach External Rotation (L) | L3 | Not Tested | |
| | Shoulder Flexion (L) | T2 (difficulty) | Not Tested | |
| Shoulder - PROM | Shoulder Abduction (L) | 137 Degrees | 127 Degrees | |
| | Shoulder External Rotation (L) | 95 Degrees | 90 Degrees | |
| | Shoulder Internal Rotation (L) | 60 Degrees | 55 Degrees | |
| | Shoulder PROM (L) | 57 Degrees | 57 Degrees | |
| | | Severely limited | Severely limited | |

**ASSESSMENT:**  Pt tolerated treatment well today.  Pt demonstrates gradual improvements in PROM and AROM. However, his AROM remains significantly limited both due to capsular tightness and significant muscle weakness. Pt's chief complaint remains pain and also continues to report back pain.  Continued PT remains indicated to progress ROM and strength to allow pt to return to functional reaching based tasks.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Not Met |
| Pt to be instructed in HEP | Partially Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Partially Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Not Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Not Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Not Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Not Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

**New Goals**

| | |
|---|---|
| | |

**PLAN:**   Continue with current treatment plan 3 times per week for 4 more weeks with further progression of gentle AROM and strengthening.  Please indicate any additional guidelines.

*This note has been electronically signed by **Jason Barclay PT***

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 01-08-2014    STAR account# 4798    Page 3 of 3

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:** 11:03AM      **TIME OUT:** 12:04PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 30 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | Resume NV | |
| DKTC | | |
| LTR | Resume NV | |
| PPT | Resume NV | |
| SB press single arm in supine | Resume NV | |
| SB LE rollouts | Resume NV | |
| Supine hip abduction | Resume NV | |
| Pulleys | Resume NV | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | RTB 3 x 10 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | PT reassessment 1/8/14 | |
| UBE | 8 min L2 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro  1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 01-09-14

**PATIENT NAME:** Arthur C Davis      **PATIENT DOB:** REDACTED      **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41      Shoulder Stiffness    719.51

**Next MD Visit:**

**SUBJECTIVE:**   Pt states he remains in significant low back pain, but states the MD is pleased with his progress in regards to his shoulder recovery.    Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt arrived 30 min late to scheduled appointment time and therefore exercises regarding lumbar spine were held for performance of shoulder based treatment.    Pt. is progressing toward achievement of treatment goals as expected. Pt presents with new script for further therapy and for a TENS unit provision for low back.

*Current Goals*                                                                                                    *Outcome*

| | |
|---|---|
| | |

*New Goals*

| | |
|---|---|
| | |

**PLAN:**   Continue with current treatment plan. Discuss TENS unit provision.

*This note has been electronically signed by* **Jason Barclay PT**

Patient: Arthur C Davis    DOB: REDACTED  Date of Note: 01-09-2014    STAR account# )4796       Page 2 of 2

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 11:30AM          **TIME OUT:** 12:20PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 25 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | Resume NV | |
| DKTC | | |
| LTR | Resume NV | |
| PPT | Resume NV | |
| SB press single arm in supine | Resume NV | |
| SB LE rollouts | Resume NV | |
| Supine hip abduction | Resume NV | |
| Pulleys | Resume NV | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | RTB 3 x 10 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | PT reassessment 1/8/14 | |
| UBE | 8 min L2 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 50 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 129 SEQUENCE: SWF0321201402810001



# DAILY TREATMENT NOTE

**Date of Note: 01-14-14**

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49     Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41     Shoulder Stiffness    719.51

**Next MD Visit:**

**SUBJECTIVE:** Pt reports an overall decrease in pain/symptoms since the initiation of therapy. States shoulder is getting stonger but is sore today. States he does feel like he is tolerating exercises better. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:** Progressed treatment per activity flowsheet. Added standing flexion. The following procedures were performed at distinctly different time intervals from each other: manual techniques and therapeutic exercise. Pt received education on the following: HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:** Pt tolerated treatment well today. Pt progressing in ROM of shoulder, but continues to limiations due to soreness and weakness. Pt fatigued easily with standing shoulder flexion. Pt is progressing slowly toward treatment goals.

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals |  |
|-----------|--|
|           |  |

**PLAN:** Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT**    **Jay Cargile PTA**

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: [REDACTED]    Date of Note: 01-14-2014    STAR account# 4795     Page 2 of 3

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:**          **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 25 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | Resume NV | |
| DKTC | | |
| LTR | Resume NV | |
| PPT | Resume NV | |
| SB press single arm in supine | Resume NV | |
| SB LE rollouts | Resume NV | |
| Supine hip abduction | Resume NV | |
| Pulleys | 5 min | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | RTB 3 x 10 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| standing flexion | x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | PT reassessment 1/8/14 | |
| UBE | 8 min L2 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |

**Total Treatment Time:** 50 minutes

*This note has been electronically signed by* **Jason Barclay PT**    **Jay Cargile PTA**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 01-16-14

**PATIENT NAME:** Arthur C Davis  **PATIENT DOB:** REDACTED  **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery  V58.49  Rotator Cuff Tear (traumatic)  840.4
Shoulder Pain  719.41  Shoulder Stiffness  719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:**  Pt states he has seen a pain specialist for his back this morning who was concerned with how "hypersensitive" his back was. Pt states he feels his shoulder is continuing to improve.

**Pain/Symptom Level:**

**OBJECTIVE:**  Progressed treatment per activity flowsheet.  The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|-----------------|-----------------|------------------|----------|
|      |                 |                 |                  |          |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt progressed with further RTC strengthening and continues to progress as expected. Pt remains limited in AROM to all planes, which is gradually improving. Pt tolerates pROM well.

**Current Goals**                                                              **Outcome**

**New Goals**

**PLAN:**  Continue with current treatment plan.

*This note has been electronically signed by **Jason Barclay PT***

Murfreesboro  1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2246  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 01-16-2014    STAR account# 4798      Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:** 11:00AM      **TIME OUT:** 12:16PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 38 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| FT 30 Day Reassessment Due: | . | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | Resume NV | |
| DKTC | | |
| LTR | Resume NV | |
| PPT | Resume NV | |
| SB press single arm in supine | Resume NV | |
| SB LE rollouts | Resume NV | |
| Supine hip abduction | Resume NV | |
| Pulleys | 5 min | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | GTB 3 x 10 each | |
| Tband ER | RTB 3 x 15 each | |
| Tband IR | RTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| standing flexion | 2 x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | . | |
| UBE | 8 min L2 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |
| Wall Washes | 10x | |

**Total Treatment Time:** 70 minutes

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 01-16-2014    STAR account# )4798    Page 3 of 3

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259,  FAX: 615-217-1290

# DAILY TREATMENT NOTE

### Date of Note: 01-21-14

**PATIENT NAME:** Arthur C Davis    **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49    Rotator Cuff Tear (traumatic) . 840.4
Shoulder Pain    719.41    Shoulder Stiffness    719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:** Pt states there has been no significant change in pain/symptoms since the last visit. Pt reports compliance and good tolerance of HEP. Pt reports having increase in ROM and function since initiation of therapy. Pt reports still having difficulty with activities that require heavy lifting due to lifting precautions and decreased strength.

**Pain/Symptom Level:**

**OBJECTIVE:** Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|-----------------|-----------------|------------------|----------|
|      |                 |                 |                  |          |

**ASSESSMENT:** Pt tolerated treatment well today. Pt increasing in ROM in all planes, still limited in flexion and especially in abduction.    Pt. is progressing toward achievement of treatment goals as expected.

**Current Goals**                                                                 **Outcome**

**New Goals**

**PLAN:** Continue progression per protocol.

*This note has been electronically signed by **Kyle Todd PT***

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:     Date of Note: 01-21-2014    STAR account# ⟩4798      Page 2 of 3

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:**          **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 35 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 25 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | Resume NV | |
| DKTC | | |
| LTR | Resume NV | |
| PPT | Resume NV | |
| SB press single arm in supine | Resume NV | |
| SB LE rollouts | Resume NV | |
| Supine hip abduction | Resume NV | |
| Pulleys | 5 min | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | GTB 3 x 10 each | |
| Tband ER | RTB 3 x 15 each | |
| Tband IR | RTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| standing flexion | 2 x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min L2 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |
| Wall Washes | 10x | |

**Total Treatment Time: 72 minutes**

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 01-21-2014    STAR account# 4798    Page 3 of 3

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 145 SEQUENCE: SWF0321201402810001



# DAILY TREATMENT NOTE

### Date of Note: 01-23-14

**PATIENT NAME:**  Arthur C Davis        **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:**  R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49       Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:**   Pt reports an overall decrease in pain/symptoms since the initiation of therapy. States he has been pushing his L shoulder harder. States he has improved with putting his hand behind his head. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**   Progressed treatment per activity flowsheet.  The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt progressing well with ROM. Pt also progressing well with strengthening exercises.    Pt. is progressing toward achievement of treatment goals as expected.

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals | |
|-----------|--|
|           |  |

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by* **Kyle Todd PT    Jay Cargile PTA**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis     DOB: REDACTED)   Date of Note: 01-23-2014     STAR account# )4798         Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:**                **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 35 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist  heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | Resume NV | |
| DKTC | | |
| LTR | Resume NV | |
| PPT | Resume NV | |
| SB press single arm in supine | Resume NV | |
| SB LE rollouts | Resume NV | |
| Supine hip abduction | Resume NV | |
| Pulleys | 5 min | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | GTB 3 x 10 each | |
| Tband ER | RTB 3 x 15 each | |
| Tband IR | RTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| standing flexion | 2 x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 10 min L2 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |
| Wall Washes | 10x | |

**Total Treatment Time:** 62 minutes

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290

**Patient:** Arthur C Davis    **DOB:** REDACTED    **Date of Note:** 01-23-2014    **STAR account#** 4798    **Page 3 of 3**

*This note has been electronically signed by* **Kyle Todd PT**  **Jay Cargile PTA**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 151 SEQUENCE: SWF0321201402810001

# DAILY TREATMENT NOTE

### Date of Note: 01-27-14

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49     Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41          Shoulder Stiffness     719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:** Pt states there has been no significant change in pain/symptoms since the last visit. Pt. reports compliance and good tolerance of HEP. Pt. reports an overall increase in functional ability since the initiation of treatment. Pt reports reaching and lifting activities appear to be getting easier, but concerned with ADL's due to having RTC repair on opposite shoulder this Friday.

**Pain/Symptom Level:**

**OBJECTIVE:** Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and mechanical traction. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:** Pt tolerated treatment well today. Pt increasing in AROM and PROM, but continues to be limited in ROM. Pt demonstrated firm end feel with pain in flexion/scaption/abduction/ER. Pt able to demonstrate good IR PROM. Pt able to increase weights without increase in pain.   Pt. is progressing toward achievement of treatment goals as expected.

**Current Goals** _____     **Outcome**
|  |  |
|--|--|

**New Goals** _____
|  |  |
|--|--|

**PLAN:** Continue with current treatment plan.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED Date of Note: 01-27-2014    STAR account# )4798       Page 2 of 3

## PRECAUTIONS/CONTRAINDICATIONS: PROM only to L shoulder x 4 weeks

**TIME IN:**        **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 35 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | Resume NV | |
| DKTC | | |
| LTR | Resume NV | |
| PPT | Resume NV | |
| SB press single arm in supine | Resume NV | |
| SB LE rollouts | Resume NV | |
| Supine hip abduction | Resume NV | |
| Pulleys | 5 min | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | GTB 3 x 10 each | |
| Tband ER | RTB 3 x 15 each | |
| Tband IR | RTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | RTB 30x each side | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| standing flexion | 2 x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 10 min L2 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |
| Wall Washes | 10x | |

**Total Treatment Time:** minutes

Murfreesboro  1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis      DOB: REDACTED      Date of Note: 01-27-2014      STAR account# )4798      Page 3 of 3

*This note has been electronically signed by **Kyle Todd PT***

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 157 SEQUENCE: SWF0321201402810001



# DAILY TREATMENT NOTE

### Date of Note: 01-30-14

**PATIENT NAME:** Arthur C Davis       **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49    Rotator Cuff Tear (traumatic)  840.4
Shoulder Pain   719.41     Shoulder Stiffness   719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:**  Pt reports shoulder continues to improve in ROM, strength, and decreasing in pain with activity. Pt. reports compliance and good tolerance of HEP. Pt states having improved tolerance to over shoulder height activity since previous visit.

**Pain/Symptom Level:**

**OBJECTIVE:**  See measurements below. Progressed treatment per activity flowsheet.  The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: ADL modification, Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Lumbar - Palpation | Lumbar Paraspinals | | Moderate Muscle Spasm/Guarding | |
| | Gluteal Musculature | | No Tenderness to Palpation | |
| | Piriformis | | No Tenderness to Palpation | |
| | Lumbosacral Region | | No Tenderness to Palpation | |
| | Lumbar Spinous Process(es) | | No Tenderness to Palpation | |
| Lumbar - AROM | Flexion | | Nil loss | |
| | Extension | | Mod loss | |
| | Lateral Flexion (R) | | Nil loss | |
| | Lateral Flexion (L) | | Nil loss | |
| | Rotation (R) | | Nil loss | |
| | Rotation (L) | | Nil loss | |
| | Side Gliding (R) | | Nil loss | |
| | Side Gliding (L) | | Nil loss | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (R LE) | | intact to light touch, equal B, WNL | |
| | All Dermatomes (L LE) | | intact to light touch, equal B, WNL | |
| Lumbar - Neuro Scan - Myotomes | Iliopsoas (L1,L2,L3) - R | | Normal | |
| | Quadriceps (L2,L3,L4) - R | | Normal | |
| | Anterior Tibialis (L4) - R | | Weak | |
| | Extensor Hallucis Longus (L5) - R | | Normal | |
| | Gastrocnemius (S1) - R | | Normal | |
| | Peroneus Longus / Brevis (S1) - R | | Normal | |
| | Iliopsoas (L1,L2,L3) - L | | Weak/painful | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: [REDACTED]    Date of Note: 01-30-2014    STAR account# )4798    Page 2 of 4

| | | | | |
|---|---|---|---|---|
| | Quadriceps (L2,L3,L4) - L | | Normal | |
| | Anterior Tibialis (L4) - L | | Normal | |
| | Extensor Hallucis Longus (L5) - L | | Normal | |
| | Gastrocnemius (S1) - L | | Normal | |
| | Peroneus Longus / Brevis (S1) - L | | Normal | |
| Lumbar - Special Tests | Straight Leg Raise (R) | | - | |
| | Straight Leg Raise (L) | | - | |
| Lower Extremity - Flexibility | LE Flexibility (R) | | WNL | |
| | LE Flexibility (L) | | WNL | |
| General Core Strength | Shoulder Flexion (L) | | Min. limited | |
| Shoulder - AROM | Shoulder Abduction (L) | 135 Degrees | 75 Degrees | |
| | Functional Reach Internal Rotation (L) | 95 Degrees | 75 Degrees | |
| | Functional Reach External Rotation (L) | L3 | L3 | |
| | Shoulder Flexion (L) | T4 | T2 (difficulty) | |
| Shoulder - PROM | Shoulder Abduction (L) | 160 Degrees | 137 Degrees | |
| | Shoulder External Rotation (L) | 140 Degrees | 95 Degrees | |
| | Shoulder Internal Rotation (L) | 80 Degrees | 60 Degrees | |
| | Shoulder PROM (L) | 60 Degrees | 57 Degrees | |
| | | Min. limited | Severely limited | |

**ASSESSMENT:** Pt tolerated treatment well today. Pt able to perform all ther ex increased ROM and strength as seen through progression of weights and resistance. Pt continues to have decreased PROM and AROM, but much improved since last 2 visits in PROM.    Pt. is progressing toward achievement of treatment goals as expected.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

*New Goals*

| | |
|---|---|
| | |

**PLAN:**    Continue with current treatment plan, pt returns to MD for RTC repair of right shoulder 1/31/2014. Pt to return next week to continue therapy per MD orders.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 01-30-2014    STAR account# 4798    Page 3 of 4

**PRECAUTIONS/CONTRAINDICATIONS:** PROM only to L shoulder x 4 weeks

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 36 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 15 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist  heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | 20x | |
| DKTC | | |
| LTR | 20x | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | 5 min | |
| Table slides | DC for funcitonal table slides | |
| Wall walks | D/C for SB wall roll ups | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | BTB 3 x 10 each | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | 5" x 20 | |
| Standing Cane ER for AAROM | 5" x 20 | |
| Seated SB marching/LAQ | 30x each | |
| Supine Hip abduction with abdom brace | NFT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | #1lbs 3 x 10 | |
| Prone rowing | #3lbs 3 x 10 | |
| Prone extension | #1lbs 3 x 10 | |
| standing flexion | 2 x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 11 min L2.5 starting session today | |
| SB wall roll ups for reaching simulation | 5" holds x10 | |
| Table slides for reaching simulation | 5 in scaption-npt | |
| Wall Washes | 10x | |

**Total Treatment Time: 63 minutes**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 01-30-2014    STAR account# 4798      Page 4 of 4

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 02-07-14

**PATIENT NAME:** Arthur C Davis      **PATIENT DOB:** REDACTED      **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery      V58.49      Rotator Cuff Tear (traumatic)      840.4
Shoulder Pain      719.41      Shoulder Stiffness      719.51

**Next MD Visit:** 01-31-14

**SUBJECTIVE:**  Pt returns to therapy post-op RTC repair on right shoulder. Pt has not been released for therapy on RUE, only to have therapy on LUE. Pt. reports compliance and good tolerance of HEP. Pt reports having to use LUE more often due to new surgery on RUE. Pt states reaching, lifting, and overhead/behind th eback activities continue to be most difficult.

**Pain/Symptom Level:**

**OBJECTIVE:**  Progressed treatment per activity flowsheet. Held on ther ex or functional activites that required S/L, prone, or BUE.The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: ADL modification, Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt able to tolerate increased manual therapy. Pt continues to fatigue quickly with elevation activities.    Pt. is progressing toward achievement of treatment goals as expected.

**Current Goals**                                                                    **Outcome**

**New Goals**

**PLAN:**   Continue progression per protocol, holding on RUE PROM until released for PT.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED Date of Note: 02-07-2014    STAR account# 4798    Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:**            **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 20 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 30 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | HOLD- may attempt LLE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 169 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis  DOB: REDACTED  Date of Note: 02-07-2014  STAR account# 4798   Page 3 of 3

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro  1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248 Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-11-14

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49     Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain   719.41     Shoulder Stiffness   719.51

**Next MD Visit:** 01-31-14

**SUBJECTIVE:** Pt states feeling like he may have lost some motion in LUE since having to take 1 week off due to post-surgery on RUE. Pt. reports compliance and good tolerance of HEP. Pt states that bathing, grooming, and upper body is difficult due to tightness and decreased use of RUE per surgical precautions. Pt reports that overhead reaching continues to be moderately difficult due to weakness and tightness, appearing to "lock up" around shoulder height.

**Pain/Symptom Level:**

**OBJECTIVE:** See measurements below. Progressed treatment per activity flowsheet. Held on ther ex and activities that required prone lying or BUE use today due to RUE surgical precautions. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: ADL modification, Body mechanics education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Lumbar - Palpation | Lumbar Paraspinals | | Moderate Muscle Spasm/Guarding | |
| | Gluteal Musculature | | No Tenderness to Palpation | |
| | Piriformis | | No Tenderness to Palpation | |
| | Lumbosacral Region | | No Tenderness to Palpation | |
| | Lumbar Spinous Process(es) | | No Tenderness to Palpation | |
| Lumbar - AROM | Flexion | | Nil loss | |
| | Extension | | Mod loss | |
| | Lateral Flexion (R) | | Nil loss | |
| | Lateral Flexion (L) | | Nil loss | |
| | Rotation (R) | | Nil loss | |
| | Rotation (L) | | Nil loss | |
| | Side Gliding (R) | | Nil loss | |
| | Side Gliding (L) | | Nil loss | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (R LE) | | intact to light touch, equal B, WNL | |
| | All Dermatomes (L LE) | | intact to light touch, equal B, WNL | |
| Lumbar - Neuro Scan - Myotomes | Iliopsoas (L1,L2,L3) - R | | Normal | |
| | Quadriceps (L2,L3,L4) - R | | Normal | |
| | Anterior Tibialis (L4) - R | | Weak | |
| | Extensor Hallucis Longus (L5) - R | | Normal | |
| | Gastrocnemius (S1) - R | | Normal | |
| | Peroneus Longus / Brevis (S1) - R | | Normal | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis   DOB: REDACTED   Date of Note: 02-11-2014   STAR account# 4798   Page 2 of 5

| | | | | |
|---|---|---|---|---|
| | Iliopsoas (L1,L2,L3) - L | | Weak/painful | |
| | Quadriceps (L2,L3,L4) - L | | Normal | |
| | Anterior Tibialis (L4) - L | | Normal | |
| | Extensor Hallucis Longus (L5) - L | | Normal | |
| | Gastrocnemius (S1) - L | | Normal | |
| | Peroneus Longus / Brevis (S1) - L | | Normal | |
| Lumbar - Special Tests | Straight Leg Raise (R) | | - | |
| | Straight Leg Raise (L) | | - | |
| Lower Extremity - Flexibility | LE Flexibility (R) | | WNL | |
| | LE Flexibility (L) | | WNL | |
| General Core Strength | Shoulder Flexion (L) | | Min. limited | |
| Shoulder - AROM | Shoulder Abduction (L) | 140 Degrees | 135 Degrees | |
| | Functional Reach Internal Rotation (L) | 95 Degrees | 95 Degrees | |
| | Functional Reach External Rotation (L) | T10 | L3 | |
| | Shoulder Scaption with Funcitonal ER | T6 | T4 | |
| | Shoulder Flexion (L) | 145 Degrees | | |
| Shoulder - PROM | Shoulder Abduction (L) | 160 Degrees | 160 Degrees | |
| | Shoulder External Rotation (L) | 140 Degrees | 140 Degrees | |
| | Shoulder Internal Rotation (L) | 80 Degrees | 80 Degrees | |
| | Shoulder PROM (L) | 60 Degrees | 60 Degrees | |
| | | Min. limited | Min. limited | |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt continues to increase in PROM, but continues to be limited in AROM due to weakness and continued funcitonal tightness. Pt continues to demonstrate weakness in all planes of motion, limiting functional activities at home.   Pt will continue to benefit from skilled PT to increase ROM of LUE as well as strength in shoulder height and overhead activities.

**Current Goals**

| | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM  to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will bo able to reach overhead into elevated cabinets without increase in paln in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

**New Goals**

| | |
|---|---|
| | |

**PLAN:**  Pt returns to MD this afternoon, Progress report given to patient and faxed to MD. Continue per protocol, increasing ROM and strength for remaining 3 visits, then continue per MD recommendations for LUE and for future RUE visits.

*This note has been electronically signed by **Kyle Todd PT***

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290

Patient: Arthur C Davis   DOB: REDACTED   Date of Note: 02-11-2014   STAR account# 4798   Page 4 of 5

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:**          **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 22 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 30 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #10 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | HOLD- may attempt LLE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

FROM       (THU)MAR 20 2014 20:58/ST. 20:14/No. 6814013682 P 88

Patient: Arthur C Davis    DOB: REDACTED Date of Note: 02-11-2014    STAR account# 4798      Page 5 of 5

**Total Treatment Time:** 62 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-13-14

**PATIENT NAME:** Arthur C Davis        **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit:** 01-31-14

**SUBJECTIVE:** Pt reports returned to MD yesterday and check up on RUE. Pt reports was not given new script for PT and not sure about continuing therapy. Pt states left shoulder "feels locked". Pt reports before surgery on RUE appeared to have good ROM and better strength, leading to increased funciton with LUE grooming, dressing, and bathing. Pt states all overhead activities continue to feel difficult with LUE due to weakness and tightness.

**Pain/Symptom Level:**

**OBJECTIVE:** See measurements below. Progressed treatment to include standing rows and bent over rows. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: ADL modification, Body mechanics education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lumbar Paraspinals | | | |
| Lumbar - Palpation | Gluteal Musculature | | | |
| | Piriformis | | | |
| | Lumbosacral Region | | | |
| | Lumbar Spinous Process(es) | | | |
| | Flexion | | | |
| Lumbar - AROM | Extension | | | |
| | Lateral Flexion (R) | | | |
| | Lateral Flexion (L) | | | |
| | Rotation (R) | | | |
| | Rotation (L) | | | |
| | Side Gliding (R) | | | |
| | Side Gliding (L) | | | |
| | All Dermatomes (R LE) | | | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (L LE) | | | |
| | Iliopsoas (L1,L2,L3) - R | | | |
| Lumbar - Neuro Scan - Myotomes | Quadriceps (L2,L3,L4) - R | | | |
| | Anterior Tibialis (L4) - R | | | |
| | Extensor Hallucis Longus (L5) - R | | | |
| | Gastrocnemius (S1) - R | | | |
| | Peroneus Longus / Brevis (S1) - R | | | |
| | Iliopsoas (L1,L2,L3) - L | | | |
| | Quadriceps (L2,L3,L4) - L | | | |
| | Anterior Tibialis (L4) - L | | | |
| | Extensor Hallucis Longus (L5) - L | | | |
| | Gastrocnemius (S1) - L | | | |
| | Peroneus Longus / Brevis (S1) - L | | | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: [REDACTED]    Date of Note: 02-13-2014    STAR account# 4798    Page 2 of 4

| | Straight Leg Raise (R) | | | |
|---|---|---|---|---|
| Lumbar - Special Tests | Straight Leg Raise (L) | | | |
| | LE Flexibility (R) | | | |
| Lower Extremity - Flexibility | LE Flexibility (L) | | | |
| | Core Strength | | | |
| General Core Strength | Shoulder Flexion (L) | Min. limited | Min. limited | |
| Shoulder - AROM | Shoulder Abduction (L) | 138 Degrees | 140 Degrees | |
| | Functional Reach Internal Rotation (L) | 95 Degrees | 95 Degrees | |
| | Functional Reach External Rotation (L) | T10 | L3 | |
| | Shoulder Scaption with Funcitonal ER | T6 | T4 | |
| | Shoulder Flexion (L) | 145 Degrees | | |
| Shoulder - PROM | Shoulder Abduction (L) | 160 Degrees | 160 Degrees | |
| | Shoulder External Rotation (L) | 140 Degrees | 140 Degrees | |
| | Shoulder Internal Rotation (L) | 80 Degrees | 80 Degrees | |
| | Shoulder PROM (L) | 60 Degrees | 60 Degrees | |
| | | Min. limited | Min. limited | |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt continues to have decreased ROM, partially due to size of RTC tear. Pt continues to have difficulty with overhead activities due to active tightness and weakness, especially with behind the head and behind the back motions.    Pt is progressing slower than expected toward treatment goals. Pt has progressed slower due to size of initial tear. Pt will continue to benefit from skilled PT to increase LUE strength and active motion.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

**New Goals**

| | |
|---|---|
| | |

**PLAN:**   Pt to continue PT on Left shoulder for remaining two visits. PT recommends continued therapy on left shoulder for 2x/week for 4 more weeks or until patient returns to MD in March for RUE follow-up. MD reports to hold off on RUE PROM and therapy at this time until further follow up.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 02-13-2014    STAR account# )4798    Page 3 of 4

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

TIME IN:                    TIME OUT:

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 22 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 22 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 22 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | HOLD- may attempt LLE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259,  FAX: 615-217-1290

DCN: 140321068388 PAGE: 185 SEQUENCE: SWF0321201402810001

**Patient:** Arthur C Davis   **DOB:** REDACTED   **Date of Note:** 02-13-2014   **STAR account#** 4798   **Page 4 of 4**

**Total Treatment Time:** 54 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 02-18-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED       **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49       Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41          Shoulder Stiffness     719.51

**Next MD Visit:** 01-31-14

**SUBJECTIVE:**   Pt reports no significant change in LUE since previous visit. Pt reports being able to reach behind back with more ROM than last week. Pt. reports compliance and good tolerance of HEP. Pt reports weakness and overhead activities still difficult.

**Pain/Symptom Level:**

**OBJECTIVE:**   Progressed treatment per activity flowsheet. Held on ther ex and activities that required BUE today due to RUE RTC repair. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt able to perform LUE ther ex with min difficulty and without increase in pain. Pt continues to have decreased active ROM due to weakness and tightness in all planes, but improved since last week.

| *Current Goals* | *Outcome* |
|-----------------|-----------|
|                 |           |

**New Goals**

|  |  |
|--|--|
|  |  |

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 02-18-2014    STAR account# 4798    Page 2 of 3

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:** 11:00AM          **TIME OUT:** 11:57AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 22 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 22 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis      DOB: [REDACTED]      Date of Note: 02-18-2014      STAR account# )4798      Page 3 of 3

**Total Treatment Time:** 57 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 02-21-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED          **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41         Shoulder Stiffness    719.51

**Next MD Visit:** 01-31-14

**SUBJECTIVE:** Pt brought in new script for PROM to R shoulder today. Pt reports elevation above left shoulder continues to feel tight and difficult to perform ADL's above shoulder height. Pt reports no change in RUE due to surgical precautions of PROM only.

**Pain/Symptom Level:**

**OBJECTIVE:** See measurements below. Progressed treatment to include PROM and joint mobs to Right shoulder. Held on BUE exercises today due to surgical precautions to RUE. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education, HEP instruction and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Shoulder - AROM | Shoulder Flexion (L) | 140 Degrees | 138 Degrees | |
| | Shoulder Abduction (L) | 98 Degrees | 95 Degrees | |
| | Functional Reach Internal Rotation (L) | T10 | T10 | |
| | Functional Reach External Rotation (L) | T6 | T6 | |
| | Shoulder Scaption with Funcitonal ER | 145 Degrees | 145 Degrees | |
| | Shoulder Flexion (R) | NPT | | |
| | Shoulder Abduction (R) | NPT | | |
| | Functional Reach Internal Rotation (R) | NPT | | |
| | Functional Reach External Rotation (R) | NPT | | |
| Shoulder - PROM | Shoulder Flexion (L) | 163 Degrees | 160 Degrees | |
| | Shoulder Abduction (L) | 145 Degrees | 140 Degrees | |
| | Shoulder External Rotation (L) | 88 Degrees | 80 Degrees | |
| | Shoulder Internal Rotation (L) | 62 Degrees | 60 Degrees | |
| | Shoulder PROM (L) | Min. limited | Min. limited | |
| | Shoulder Flexion (R) | 135 | NPT | |
| | Shoulder Abduction (R) | 110 | NPT | |
| | Shoulder External Rotation (R) | 70 | NPT | |
| | Shoulder Internal Rotation (R) | 45 | NPT | |
| Shoulder - Strength | Shoulcer Flexion (R) | NPT | | |
| | Shoulcer Abduction (R) | NPT | | |
| | Shoulder External Rotation (R) | NPT | | |
| | Shoulder Internal | NPT | | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 195 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis   DOB: REDACTED   Date of Note: 02-21-2014   STAR account# 4798   Page 2 of 4

| | | | | |
|---|---|---|---|---|
| Rotation (R) | | | | |
| Shoulder Flexion (L) | 4/5 | | | |
| Shoulder Abduction (L) | 4/5 | | | |
| Shoulder External Rotation (L) | 4-/5 | | | |
| Shoulder Internal Rotation (L) | 4-/5 | | | |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt able to demonstrate increased PROM of LUE with continued tightness at end range in all planes. Pt able to demonstrate good PROM of RUE for first visit for therapy on RUE. Pt continues to increase strength in LUE, through elevation activities continue to be difficult. Pt continues to demonstrate mild compensation of left shoulder with elevation activities. Pt will continue to benefit from skilled PT for LUE and RUE shoulders due to decreased ROM and weakness.

**Current Goals**

| | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

**New Goals**

| | |
|---|---|
| | Pt will increase PROM of RUE to 160° flexion/scaption, 90 ER, 60 IR within 4 weeks |
| | Pt will be knowledgable of surgical precautions of RUE within 2 weeks |
| | Pt will increase PROM to WNL within 6 weeks |

**PLAN:**  Continue progression per protocol.

*This note has been electronically signed by* **Kyle Todd PT**

DCN: 140321068388 PAGE: 197 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 02-21-2014    STAR account# 4798    Page 3 of 4

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:** 10:55AM          **TIME OUT:** 12:00PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 30 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290

DCN: 140321068388 PAGE: 199 SEQUENCE: SWF0321201402810001

**Patient:** Arthur C Davis    **DOB:** REDACTED    **Date of Note:** 02-21-2014    **STAR account#** 4798    **Page 4 of 4**

**Total Treatment Time:** 65 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-25-14

**PATIENT NAME:** Arthur C Davis        **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49        Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit:** 03-11-14

**SUBJECTIVE:**   Pt reports he didn't take any tylenol this morning and is having more pain "all over". Pt states his R shoulder is feeling "really good"

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
|  |  |  |  |  |

**ASSESSMENT:**   Pt tolerated treatment well today.  Pt continues to progress with PROM to R shoulder and AAROM and gentle AROM/strengthening to L shoulder.

*Current Goals*                                                                          *Outcome*
|  |  |  |
|---|---|---|

*New Goals*
|  |  |  |
|---|---|---|

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:  )    Date of Note: 02-25-2014    STAR account# 4798    Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 11:20AM          **TIME OUT:** 12:23PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 25 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | . | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 02-25-2014    STAR account# 4798    Page 3 of 3

**Total Treatment Time:** 60 minutes.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248    Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 02-28-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49      Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41          Shoulder Stiffness     719.51

---

**Next MD Visit:** 03-11-14

**SUBJECTIVE:**   Pt states LUE shoulder feeling good, able to increase HEP at home with weights. Pt reports RUE shoulder "feels good, almost too good." Pt states continued difficulty with reaching behind head and behind the back.  Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**   Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques.  Pt received education on the following: Body mechanics education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt continues to increase ROM in bilateral shoulders. Pt continues to have pain at current end range in all planes of bilateral shoulders.

**Current Goals**                                                                                          **Outcome**

**New Goals**

**PLAN:**   Continue progression per protocol.

*This note has been electronically signed by* **Kyle Todd PT**

---

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis     DOB:  REDACTED )     Date of Note: 02-28-2014     STAR account# )4798          Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 25 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption- resume nv | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

**Patient:** Arthur C Davis     **DOB:** ~~REDACTED~~     **Date of Note:** 02-28-2014     **STAR account#** 4798     **Page** 3 of 3

**Total Treatment Time:** 56 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 03-06-14

**PATIENT NAME:** Arthur C Davis      **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49     Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41      Shoulder Stiffness   719.51

**Next MD Visit:** 03-11-14

**SUBJECTIVE:** Pt states RUE has been feeling good. Pt states he feels as through RUE is as good as LUE in PROM. Pt states he has started having "popping,clicking" in LUE with active movement. Pt states no pain with movement in LUE and AROM is better, but new symptoms of clicking worry him. Pt states still limited in RUE use due to surgical precautions, but LUE doing better with overhead activities.

**Pain/Symptom Level:**

**OBJECTIVE:** See measurements below. Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education, HEP instruction and Plan of care.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
| Shoulder - AROM | Shoulder Flexion (L) | 160 Degrees | 140 Degrees | |
| | Shoulder Abduction (L) | 115 Degrees | 98 Degrees | |
| | Functional Reach Internal Rotation (L) | T10 | T10 | |
| | Functional Reach External Rotation (L) | T6 | T6 | |
| | Shoulder Scaption with Funcitonal ER | 160 | 145 Degrees | |
| | Shoulder Flexion (R) | NPT | NPT | |
| | Shoulder Abduction (R) | NPT | NPT | |
| | Functional Reach Internal Rotation (R) | NPT | NPT | |
| | Functional Reach External Rotation (R) | NPT | NPT | |
| Shoulder - PROM | Shoulder Flexion (L) | 165 Degrees | 163 Degrees | |
| | Shoulder Abduction (L) | 150 Degrees | 145 Degrees | |
| | Shoulder External Rotation (L) | 88 Degrees | 88 Degrees | |
| | Shoulder Internal Rotation (L) | 65 Degrees | 62 Degrees | |
| | Shoulder PROM (L) | WFL | Min. limited | |
| | Shoulder Flexion (R) | 145 | 135 | |
| | Shoulder Abduction (R) | 120 | 110 | |
| | Shoulder External Rotation (R) | 75 | 70 | |
| | Shoulder Internal Rotation (R) | 50 | 45 | |
| Shoulder - Strength | Shoulder Flexion (R) | NPT | NPT | |
| | Shoulder Abduction (R) | NPT | NPT | |
| | Shoulder External Rotation (R) | NPT | NPT | |
| | Shoulder Internal Rotation (R) | NPT | NPT | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 215 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis    DOB: [REDACTED]    Date of Note: 03-06-2014    STAR account# 4798      Page 2 of 4

| | | | | |
|---|---|---|---|---|
| | Shoulder Flexion (L) | 4/5 | 4/5 | |
| | Shoulder Abduction (L) | 4/5 | 4/5 | |
| | Shoulder External Rotation (L) | 4/5 | 4-/5 | |
| | Shoulder Internal Rotation (L) | 4/5 | 4-/5 | |

**ASSESSMENT:** Pt tolerated treatment well today. Pt continues to increase ROM in bilateral shoulders. Pt demonstrates good AROM, still decreased compared to WNL, but within functional limits. Pt demonstrates TTP at lesser tubercle and at supraspinitus. Pt able to improve PROM of RUE, but still limited compared to normal ROM.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Other |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Other |
| Pt will increase PROM of RUE to 160° flexion/scaption, 90 ER, 60 IR within 4 weeks | Not Met |
| Pt will be knowledgable of surgical precautions of RUE within 2 weeks | Met |
| Pt will increase PROM to WNL within 6 weeks | Not Met |

**New Goals**

| | |
|---|---|
| | |

**PLAN:** Continue progression per protocol for remaining 5 visits, then recommend 2-3x/week for 4 more weeks.

*This note has been electronically signed by **Kyle Todd PT***

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis      DOB: REDACTED      Date of Note: 03-06-2014      STAR account# 4798      Page 3 of 4

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 11:00AM                    **TIME OUT:** 12:00PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 28 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: [REDACTED]    Date of Note: 03-06-2014    STAR account# 4795    Page 4 of 4

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 03-07-14

**PATIENT NAME:** Arthur C Davis        **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49        Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit: 03-11-14**

**SUBJECTIVE:**   Pt reports feeling more sore today after yesterdays visit, describing as muscular soreness. Pt reports "popping/clicking" continues, but not painful today.  Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, HEP instruction and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt able to tolerate increased PROM on BUE today. LUE feels more tighjt at end range, but pt able to tolerate stretch in all planes.

**Current Goals**                                                                           **Outcome**

**New Goals**

**PLAN:**   Continue progression per protocol.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED )   Date of Note: 03-07-2014    STAR account# 4798     Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 10:55AM      **TIME OUT:** 11:50AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 20 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 28 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

**Patient:** Arthur C Davis    **DOB:** REDACTED    **Date of Note:** 03-07-2014    **STAR account#** 4708      **Page** 3 of 3

**Total Treatment Time:** 55 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248    Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 03-10-14

**PATIENT NAME:** Arthur C Davis      **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41       Shoulder Stiffness    719.51

**Next MD Visit:** 03-11-14

**SUBJECTIVE:**   Pt reports feeling as LUe is geting stronger, still limited at end range with active movement, but less difficult. Pt states using RUE to pour a glass of orange juice this past week, forgot surgical precautions, but did not have any pain with the active movement. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.    The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, HEP instruction and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt continues to increase in ROM and strength of LUE and ROM of RUE. Pt still limited at end ranges of LUE, but demonstrating functional ROM.

**Current Goals**                                             *Outcome*

**New Goals**

**PLAN:**    Continue progression per protocol.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:     Date of Note: 03-10-2014    STAR account# )4798      Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:**      **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 20 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 28 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | 3 x 10 performed @ 90/90 today | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259. FAX: 615-217-1290

DCN: 140321068388 PAGE: 231 SEQUENCE: SWF0321201402810001

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 03-10-2014    STAR account# 4798    Page 3 of 3

**Total Treatment Time:** 57 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248    Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 03-12-14

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED  **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49   ·   Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41       Shoulder Stiffness   719.51

**Next MD Visit:** 04-25-14

**SUBJECTIVE:**  Pt has seen MD since last visit. Pt reports the MD is not concerned with the noise in his shoulder. Pt reports the MD was pleased with progress and that he needs more strengthening. Pt. reports compliance and good tolerance of HEP. Pt states he is scheduled for surgery on his knee 4/18/14

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment to include further ROM and gentle strengthening per new MD script.. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt was able to perform additional AAROM and low level of abduction strengthening exercises well without increased pain. Pt is progressing well.

**Current Goals**                                     **Outcome**

**New Goals**

**PLAN:**   Continue progression per protocol. See new script for advancement

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 03-12-2014    STAR account# 4798    Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 09:35AM        **TIME OUT:** 11:11AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 45 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 28 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | 5 min scaption | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | RTB 3 x 10 each | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | 3 x 10 performed @ 90/90 today | |
| Isometric ER/IR | 5" x 10 each | |
| Isometric flex/abd | Add NV | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

**Patient:** Arthur C Davis    **DOB:** REDACTED    **Date of Note:** 03-12-2014    **STAR account#** 4798    **Page** 3 of 3

| Table slides ER | 5 min- npt |  |
|---|---|---|

**Total Treatment Time:** 82 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140321068388 PAGE: 239 SEQUENCE: SWF0321201402810001



# DAILY TREATMENT NOTE

### Date of Note: 03-17-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED  **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49      Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41        Shoulder Stiffness   719.51

**Next MD Visit:** 04-25-14

**SUBJECTIVE:** Pt states there has been no significant change in pain/symptoms since the last visit. Pt states he feels he is continuing to progress.

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.    The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today. Pt continues to respond well to manual techniques for improving shoulder ROM and progressing well with rtc and periscapular strengthening per protocol

**Current Goals**                                                                          **Outcome**

**New Goals**

**PLAN:**   Continue progression per protocol.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis   DOB:    Date of Note: 03-17-2014   STAR account# )4798     Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 11:05AM        **TIME OUT:** 12:20PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 43 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | 5 min scaption | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | BTB 3 x 10 each | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | 3 x 10 performed @ 90/90 today | |
| Isometric ER/IR | 5" x 10 each | |
| Isometric flex/abd | Add NV | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #20 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 03-17-2014    STAR account# 4798    Page 3 of 3

| Table slides ER | 5 min- npt |  |
|---|---|---|

**Total Treatment Time:** 75 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

### Date of Note: 03-19-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED          **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49          Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41          Shoulder Stiffness     719.51

**Next MD Visit:** 04-25-14

**SUBJECTIVE:** Pt reports that right shoulder was hurting a little more yesterday, but not sure why he had increased pain. Pt states left shoulder popping less and appears to be strengthened. Pt states left shoulder not bothering him as much anymore, Pt, reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:** Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:** Pt tolerated treatment well today. Pt was able to perform majority of ther ex for bilateral shoulders, did not perform supine exercises due to increased low back pain today. Pt able to demonstrate increased ROM on RUE, ER to normal limits in PROM. Pt continues to have min tightness in LUE in all planes, but able to tolerate PROM to WNL.

**Current Goals**          **Outcome**

| | |
|---|---|
| | |

**New Goals**

| | |
|---|---|
| | |

**PLAN:** Continue progression per protocol.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED )   Date of Note: 03-19-2014    STAR account# 4798     Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 10:00AM        **TIME OUT:** 11:05AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | supine ther ex not performed due to back pain | 35 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | 5 min scaption | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | BTB 3 x 10 each | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | 3 x 10 performed @ 90/90 today | |
| Isometric ER/IR | 5" x 10 each | |
| Isometric flex/abd | Add NV | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #20 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130   Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

| Patient: Arthur C Davis | DOB: REDACTED | Date of Note: 03-19-2014 | STAR account# 4798 | Page 3 of 3 |
|---|---|---|---|---|

| Table slides ER | 5 min- npt | |
|---|---|---|

**Total Treatment Time:** 65 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-25-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49          Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41          Shoulder Stiffness    719.51

**Next MD Visit:** 03-11-14

**SUBJECTIVE:**    Pt reports he didn't take any tylenol this morning and is having more pain "all over". Pt states his R
shoulder is feeling "really good"

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly
different time intervals from each other: functional activities and manual techniques. Pt received education on the following:
Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**    Pt tolerated treatment well today. Pt continues to progress with PROM to R shoulder and AAROM and
gentle AROM/strengthening to L shoulder.

| *Current Goals* | | *Outcome* |
|-----------------|---|-----------|
|                 |   |           |

| *New Goals* | | |
|-------------|---|---|
|             |   |   |

**PLAN:**   Continue with current treatment plan.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 644 of 1151 PageID #: 4488

Patient: Arthur C Davis    DOB:  Date of Note: 02-25-2014    STAR account#: ⌐ ⌐ /98       **Page 2 of 3**

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 11:20AM         **TIME OUT:** 12:23PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 25 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 645 of 1151 PageID #: 4689

Patient: Arthur C Davis    DOB: REDACTED Date of Note: 02-25-2014    STAR account#: 4. ./98    Page 3 of 3

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-28-14

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49     Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41     Shoulder Stiffness     719.51

**Next MD Visit: 03-11-14**

**SUBJECTIVE:** Pt states LUE shoulder feeling good, able to increase HEP at home with weights. Pt reports RUE shoulder "feels good, almost too good." Pt states continued difficulty with reaching behind head and behind the back. Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:** Progressed treatment per activity flowsheet. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Body mechanics education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:** Pt tolerated treatment well today. Pt continues to increase ROM in bilateral shoulders. Pt continues to have pain at current end range in all planes of bilateral shoulders.

| *Current Goals* | *Outcome* |
|-----------------|-----------|
|                 |           |

**New Goals**

|  |  |
|--|--|
|  |  |

**PLAN:** Continue progression per protocol.

*This note has been electronically signed by **Kyle Todd PT***

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:  ate of Note: 02-28-2014    STAR account#: 4.  /98        Page 2 of 3

**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 8 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist  heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 25 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption- resume nv | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140320054895 PAGE: 009 SEQUENCE: SWF0320201400736001

Patient: Arthur C Davis     DOB: REDACTED ate of Note: 02-28-2014     STAR account#: 4  ̸98          Page 3 of 3

**Total Treatment Time:** 56 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 03-06-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit:** 03-11-14

**SUBJECTIVE:**   Pt states RUE has been feeling good. Pt states he feels as through RUE is as good as LUE in PROM. Pt
states he has started having "popping,clicking" in LUE with active movement. Pt states no pain with movement in LUE and
AROM is better, but new symptoms of clicking worry him.   Pt states still limited in RUE use due to surgical precautions, but
LUE doing better with overhead activities.

**Pain/Symptom Level:**

**OBJECTIVE:**   See measurements below. Progressed treatment per activity flowsheet.   The following procedures were
performed at distinctly different time intervals from each other: functional activities and manual techniques.   Pt received
education on the following: Body mechanics education, Diagnosis/anatomy/healing process education, HEP instruction and
Plan of care.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Shoulder - AROM | Shoulder Flexion (L) | 160 Degrees | 140 Degrees | |
| | Shoulder Abduction (L) | 115 Degrees | 98 Degrees | |
| | Functional Reach Internal Rotation (L) | T10 | T10 | |
| | Functional Reach External Rotation (L) | T6 | T6 | |
| | Shoulder Scaption with Funcitonal ER | 160 | 145 Degrees | |
| | Shoulder Flexion (R) | NPT | NPT | |
| | Shoulder Abduction (R) | NPT | NPT | |
| | Functional Reach Internal Rotation (R) | NPT | NPT | |
| | Functional Reach External Rotation (R) | NPT | NPT | |
| Shoulder - PROM | Shoulder Flexion (L) | 165 Degrees | 163 Degrees | |
| | Shoulder Abduction (L) | 150 Degrees | 145 Degrees | |
| | Shoulder External Rotation (L) | 88 Degrees | 88 Degrees | |
| | Shoulder Internal Rotation (L) | 65 Degrees | 62 Degrees | |
| | Shoulder PROM (L) | WFL | Min. limited | |
| | Shoulder Flexion (R) | 145 | 135 | |
| | Shoulder Abduction (R) | 120 | 110 | |
| | Shoulder External Rotation (R) | 75 | 70 | |
| | Shoulder Internal Rotation (R) | 50 | 45 | |
| Shoulder - Strength | Shoulder Flexion (R) | NPT | NPT | |
| | Shoulder Abduction (R) | NPT | NPT | |
| | Shoulder External Rotation (R) | NPT | NPT | |
| | Shoulder Internal Rotation (R) | NPT | NPT | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

| | | | | |
|---|---|---|---|---|
| | Shoulder Flexion (L) | 4/5 | 4/5 | |
| | Shoulder Abduction (L) | 4/5 | 4/5 | |
| | Shoulder External Rotation (L) | 4/5 | 4-/5 | |
| | Shoulder Internal Rotation (L) | 4/5 | 4-/5 | |

**ASSESSMENT:**  Pt tolerated treatment well today.  Pt continues to increase ROM in bilateral shoulders. Pt demonstrates good AROM, still decreased compared to WNL, but within functional limits. Pt demonstrates TTP at lesser tubercle and at supraspinitus. Pt able to improve PROM of RUE, but still limited compared to normal ROM.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM  to at least 150 degrees of scaption in 6 weeks | Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Other |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Other |
| Pt will increase PROM of RUE to 160° flexion/scaption, 90 ER, 60 IR within 4 weeks | Not Met |
| Pt will be knowledgable of surgical precautions of RUE within 2 weeks | Met |
| Pt will increase PROM to WNL within 6 weeks | Not Met |

*New Goals*

| | | |
|---|---|---|
| | | |

**PLAN:**   Continue progression per protocol for remaining 5 visits, then recommend 2-3x/week for 4 more weeks.

*This note has been electronically signed by* **Kyle Todd PT**

DCN: 140320054895 PAGE: 015 SEQUENCE: SWF0320201400736001

Patient: Arthur C Davis    DOB: REDACTED Date of Note: 03-06-2014    STAR account#: 4. .798          Page 3 of 4

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:** 11:00AM          **TIME OUT:** 12:00PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 28 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 652 of 1151 PageID #: 5396

Patient: Arthur C Davis    DOB:     Date of Note: 03-06-2014    STAR account#: 4. 98    Page 4 of 4

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259.  FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note: 03-07-14**

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery   V58.49      Rotator Cuff Tear (traumatic)   840.4
Shoulder Pain   719.41      Shoulder Stiffness   719.51

**Next MD Visit: 03-11-14**

**SUBJECTIVE:**   Pt reports feeling more sore today after yesterdays visit, describing as muscular soreness. Pt reports "popping/clicking" continues, but not painful today.   Pt. reports compliance and good tolerance of HEP.

**Pain/Symptom Level:**

**OBJECTIVE:**   Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques.  Pt received education on the following: Body mechanics education, HEP instruction and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today.  Pt able to tolerate increased PROM on BUE today. LUE feels more tighjt at end range, but pt able to tolerate stretch in all planes.

**Current Goals**                                                                                      *Outcome*

**New Goals**

**PLAN:**   Continue progression per protocol.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290


**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 10:55AM         **TIME OUT:** 11:50AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 20 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 28 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | BTB 3 x 15 each (black tband) | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 03-07-2014    STAR account#: 4. 88    Page 3 of 3

**Total Treatment Time:** 55 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN  37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 03-12-14

**PATIENT NAME:** Arthur C Davis            **PATIENT DOB:** REDACTED   **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery      V58.49       Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain      719.41        Shoulder Stiffness     719.51

**Next MD Visit: 04-25-14**

**SUBJECTIVE:**   Pt has seen MD since last visit. Pt reports the MD is not concerned with the noise in his shoulder. Pt reports the MD was pleased with progress and that he needs more strengthening.  Pt. reports compliance and good tolerance of HEP. Pt states he is scheduled for surgery on his knee 4/18/14

**Pain/Symptom Level:**

**OBJECTIVE:**      Progressed treatment to include further ROM and gentle strengthening per new MD script..   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**   Pt tolerated treatment well today.  Pt was able to perform additional AAROM and low level of abduction strengthening exercises well without increased pain.  Pt is progressing well.

| **Current Goals** | **Outcome** |
|-------------------|-------------|
|                   |             |

| **New Goals** | |
|---------------|-|
|               | |

**PLAN:**    Continue progression per protocol.  See new script for advancement

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:  REDACTED    Date of Note: 03-12-2014    STAR account#: 4. ./98    Page 2 of 3

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:** 09:35AM          **TIME OUT:** 11:11AM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 45 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 25 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 28 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | 5 min scaption | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | RTB 3 x 10 each | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | 3 x 10 performed @ 90/90 today | |
| Isometric ER/IR | 5" x 10 each | |
| Isometric flex/abd | Add NV | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED  Date of Note: 03-12-2014    STAR account#: 4, ,798    Page 3 of 3

| Table slides ER | 5 min- npt | |
|---|---|---|

**Total Treatment Time:** 82 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 03-17-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49     Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41          Shoulder Stiffness     719.51

---

**Next MD Visit:** 04-25-14

**SUBJECTIVE:**    Pt states there has been no significant change in pain/symptoms since the last visit. Pt states he feels he is continuing to progress.

**Pain/Symptom Level:**

**OBJECTIVE:**       Progressed treatment per activity flowsheet.    The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**    Pt tolerated treatment well today. Pt continues to respond well to manual techniques for improving shoulder ROM and progressing well with rtc and periscapular strengthening per protocol

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals |   |
|-----------|---|
|           |   |

**PLAN:**    Continue progression per protocol.

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB: REDACTED  Date of Note: 03-17-2014    STAR account#: 4...798    **Page 2 of 3**

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:** 11:05AM        **TIME OUT:** 12:20PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 43 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 20 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 20 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | 5 min scaption | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | BTB 3 x 10 each | |
| Tband ER | BTB 3 x 15 each (black tband) | |
| Tband IR | 3 x 10 performed @ 90/90 today | |
| Isometric ER/IR | 5" x 10 each | |
| Isometric flex/abd | Add NV | |
| Supine Cane flexion | 5" x 20 | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #5lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #20 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140320054895 PAGE: 035 SEQUENCE: SWF0320201400736001

Patient: Arthur C Davis     DOB: REDACTED    Date of Note: 03-17-2014     STAR account#: ‹. ./98          Page 3 of 3

| Table slides ER | 5 min- npt | |

**Total Treatment Time:** 75 minutes

*This note has been electronically signed by* **Jason Barclay PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

# S★T★A★R
## PHYSICAL THERAPY

**Facsimile** Cover Sheet

**DATE:**  3-20-14

**FROM:**  Danielle Millians
STAR Physical Therapy
**Murfreesboro**
1725 Medical Center Parkway Suite 130
Murfreesboro, TN 37129
**Phone**   615-217-0259
**Fax**      615-217-1290

**TO:**  Akinkawon Turner
**Phone**
**Fax**  8166-1667-1987

**MESSAGE:**

*Total Number of Pages (including cover):* _____

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure and applicable law. if the reader of this message is not the intended recipient or the employer or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. if you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.*

STAR Physical Therapy, LLC ★ Corporate Offices ★ 263 Seaboard Lane, Suite 200 ★ Franklin TN 37067 ★ 615.591.6590 ★ starptusa.com

DCN: 14032005 4758 PAGE: 001 SEQUENCE: SWF0320201400721001



# DAILY TREATMENT NOTE

**Date of Note:** 02-07-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49      Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41        Shoulder Stiffness    719.51

**Next MD Visit:** 01-31-14

**SUBJECTIVE:**    Pt returns to therapy post-op RTC repair on right shoulder. Pt has not been released for therapy on RUE, only to have therapy on LUE. Pt. reports compliance and good tolerance of HEP. Pt reports having to use LUE more often due to new surgery on RUE. Pt states reaching, lifting, and overhead/behind th eback activities continue to be most difficult.

**Pain/Symptom Level:**

**OBJECTIVE:**    Progressed treatment per activity flowsheet. Held on ther ex or functional activites that required S/L, prone, or BUE.The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: ADL modification, Body mechanics education, Diagnosis/anatomy/healing process education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

**ASSESSMENT:**    Pt tolerated treatment well today. Pt able to tolerate increased manual therapy. Pt continues to fatigue quickly with elevation activities.    Pt. is progressing toward achievement of treatment goals as expected.

| Current Goals | Outcome |
|---------------|---------|
|               |         |

| New Goals |  |
|-----------|--|
|           |  |

**PLAN:**    Continue progression per protocol, holding on RUE PROM until released for PT.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

Patient: Arthur C Davis    DOB:  REDACTED    Date of Note: 02-07-2014    STAR account#: 4..798    Page 2 of 3

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 20 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 30 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist  heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | HOLD- may attempt LLE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259,  FAX: 615-217-1290

DCN: 140320054758 PAGE: 005 SEQUENCE: SWF0320201400721001

Patient: Arthur C Davis     DOB: REDACTED    Date of Note: 02-07-2014     STAR account#: ᴽ. ./98          Page 3 of 3

**Total Treatment Time:** 60 minutes

*This note has been electronically signed by* **<u>Kyle Todd PT</u>**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140320054758 PAGE: 007 SEQUENCE: SWF0320201400721001
Case 1:15-cv-00086      Document 13-1      Filed 02/18/16      Page 666 of 1151 PageID #: 6610



# DAILY TREATMENT NOTE

### Date of Note: 02-11-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED          **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49          Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41          Shoulder Stiffness     719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:**  Pt states feeling like he may have lost some motion in LUE since having to take 1 week off due to post-surgery on RUE.  Pt. reports compliance and good tolerance of HEP.  Pt states that bathing, grooming, and upper body is difficult due to tightness and decreased use of RUE per surgical precautions. Pt reports that overhead reaching continues to be moderately difficult due to weakness and tightness, appearing to "lock up" around shoulder height.

**Pain/Symptom Level:**

**OBJECTIVE:**  See measurements below.  Progressed treatment per activity flowsheet.  Held on ther ex and activities that required prone lying or BUE use today due to RUE surgical precautions.  The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques.  Pt received education on the following: ADL modification, Body mechanics education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Lumbar - Palpation | Lumbar Paraspinals | | Moderate Muscle Spasm/Guarding | |
| | Gluteal Musculature | | No Tenderness to Palpation | |
| | Piriformis | | No Tenderness to Palpation | |
| | Lumbosacral Region | | No Tenderness to Palpation | |
| | Lumbar Spinous Process(es) | | No Tenderness to Palpation | |
| Lumbar - AROM | Flexion | | Nil loss | |
| | Extension | | Mod loss | |
| | Lateral Flexion (R) | | Nil loss | |
| | Lateral Flexion (L) | | Nil loss | |
| | Rotation (R) | | Nil loss | |
| | Rotation (L) | | Nil loss | |
| | Side Gliding (R) | | Nil loss | |
| | Side Gliding (L) | | Nil loss | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (R LE) | | Intact to light touch, equal B, WNL | |
| | All Dermatomes (L LE) | | intact to light touch, equal B, WNL | |
| Lumbar - Neuro Scan - Myotomes | Iliopsoas (L1,L2,L3) - R | | Normal | |
| | Quadriceps (L2,L3,L4) - R | | Normal | |
| | Anterior Tibialis (L4) - R | | Weak | |
| | Extensor Hallucis Longus (L5) - R | | Normal | |
| | Gastrocnemius (S1) - R | | Normal | |
| | Peroneus Longus / Brevis (S1) - R | | Normal | |

Murfreesboro     1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248     Phone: 615-217-0259, FAX: 615-217-1290

| | | | | |
|---|---|---|---|---|
| | Iliopsoas (L1,L2,L3) - L | | Weak/painful | |
| | Quadriceps (L2,L3,L4) - L | | Normal | |
| | Anterior Tibialis (L4) - L | | Normal | |
| | Extensor Hallucis Longus (L5) - L | | Normal | |
| | Gastrocnemius (S1) - L | | Normal | |
| | Peroneus Longus / Brevis (S1) - L | | Normal | |
| Lumbar - Special Tests | Straight Leg Raise (R) | | - | |
| | Straight Leg Raise (L) | | - | |
| Lower Extremity - Flexibility | LE Flexibility (R) | | WNL | |
| | LE Flexibility (L) | | WNL | |
| General Core Strength | Shoulder Flexion (L) | | Min. limited | |
| Shoulder - AROM | Shoulder Abduction (L) | 140 Degrees | 135 Degrees | |
| | Functional Reach Internal Rotation (L) | 95 Degrees | 95 Degrees | |
| | Functional Reach External Rotation (L) | T10 | L3 | |
| | Shoulder Scaption with Funcitonal ER | T6 | T4 | |
| | Shoulder Flexion (L) | 145 Degrees | | |
| Shoulder - PROM | Shoulder Abduction (L) | 160 Degrees | 160 Degrees | |
| | Shoulder External Rotation (L) | 140 Degrees | 140 Degrees | |
| | Shoulder Internal Rotation (L) | 80 Degrees | 80 Degrees | |
| | Shoulder PROM (L) | 60 Degrees | 60 Degrees | |
| | | Min. limited | Min. limited | |

**ASSESSMENT:** Pt tolerated treatment well today. Pt continues to increase in PROM, but continues to be limited in AROM due to weakness and continued funcitonal tightness. Pt continues to demonstrate weakness in all planes of motion, limiting functional activities at home. Pt will continue to benefit from skilled PT to increase ROM of LUE as well as strength in shoulder height and overhead activities.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

New Goals

| | |
|---|---|
| | |

**PLAN:** Pt returns to MD this afternoon, Progress report given to patient and faxed to MD. Continue per protocol, increasing ROM and strength for remaining 3 visits, then continue per MD recommendations for LUE and for future RUE visits.

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro 1725 Medical Center Pkwy, Ste 130 Murfreesboro, TN 37129-2248 Phone: 615-217-0259, FAX: 615-217-1290


Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 02-11-2014    STAR account#: 4. .798     Page 4 of 5

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 22 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 30 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #10 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | HOLD- may attempt LLE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

**Patient:** Arthur C Davis   **DOB:** REDACTED   **Date of Note:** 02-11-2014   **STAR account#:** 4. .798   **Page** 5 of 5

**Total Treatment Time:** 62 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-13-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49       Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41          Shoulder Stiffness    719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:**  Pt reports returned to MD yesterday and check up on RUE. Pt reports was not given new script for PT and not sure about continuing therapy. Pt states left shoulder "feels locked". Pt reports before surgery on RUE appeared to have good ROM and better strength, leading to increased funciton with LUE grooming, dressing, and bathing. Pt states all overhead activities continue to feel difficult with LUE due to weakness and tightness.

**Pain/Symptom Level:**

**OBJECTIVE:**  See measurements below.  Progressed treatment to include standing rows and bent over rows.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques.  Pt received education on the following: ADL modification, Body mechanics education and HEP instruction.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lumbar Paraspinals | | | |
| Lumbar - Palpation | Gluteal Musculature | | | |
| | Piriformis | | | |
| | Lumbosacral Region | | | |
| | Lumbar Spinous Process(es) | | | |
| | Flexion | | | |
| Lumbar - AROM | Extension | | | |
| | Lateral Flexion (R) | | | |
| | Lateral Flexion (L) | | | |
| | Rotation (R) | | | |
| | Rotation (L) | | | |
| | Side Gliding (R) | | | |
| | Side Gliding (L) | | | |
| | All Dermatomes (R LE) | | | |
| Lumbar - Neuro Scan - Dermatomes | All Dermatomes (L LE) | | | |
| | Iliopsoas (L1,L2,L3) - R | | | |
| Lumbar - Neuro Scan - Myotomes | Quadriceps (L2,L3,L4) - R | | | |
| | Anterior Tibialis (L4) - R | | | |
| | Extensor Hallucis Longus (L5) - R | | | |
| | Gastrocnemius (S1) - R | | | |
| | Peroneus Longus / Brevis (S1) - R | | | |
| | Iliopsoas (L1,L2,L3) - L | | | |
| | Quadriceps (L2,L3,L4) - L | | | |
| | Anterior Tibialis (L4) - L | | | |
| | Extensor Hallucis Longus (L5) - L | | | |
| | Gastrocnemius (S1) - L | | | |
| | Peroneus Longus / Brevis (S1) - L | | | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

| | | | | |
|---|---|---|---|---|
| | Straight Leg Raise (R) | | | |
| Lumbar - Special Tests | Straight Leg Raise (L) | | | |
| | LE Flexibility (R) | | | |
| Lower Extremity - Flexibility | LE Flexibility (L) | | | |
| | Core Strength | | | |
| General Core Strength | Shoulder Flexion (L) | Min. limited | Min. limited | |
| Shoulder - AROM | Shoulder Abduction (L) | 138 Degrees | 140 Degrees | |
| | Functional Reach Internal Rotation (L) | 95 Degrees | 95 Degrees | |
| | Functional Reach External Rotation (L) | T10 | L3 | |
| | Shoulder Scaption with Funcitonal ER | T6 | T4 | |
| | Shoulder Flexion (L) | 145 Degrees | | |
| Shoulder - PROM | Shoulder Abduction (L) | 160 Degrees | 160 Degrees | |
| | Shoulder External Rotation (L) | 140 Degrees | 140 Degrees | |
| | Shoulder Internal Rotation (L) | 80 Degrees | 80 Degrees | |
| | Shoulder PROM (L) | 60 Degrees | 60 Degrees | |
| | | Min. limited | Min. limited | |

**ASSESSMENT:**  Pt tolerated treatment well today. Pt continues to have decreased ROM, partially due to size of RTC tear. Pt continues to have difficulty with overhead activities due to active tightness and weakness, especially with behind the head and behind the back motions.    Pt is progressing slower than expected toward treatment goals. Pt has progressed slower due to size of initial tear. Pt will continue to benefit from skilled PT to increase LUE strength and active motion.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM  to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

*New Goals*

| | |
|---|---|
| | |

**PLAN:**    Pt to continue PT on Left shoulder for remaining two visits. PT recommends continued therapy on left shoulder for 2x/week for 4 more weeks or until patient returns to MD in March for RUE follow-up. MD reports to hold off on RUE PROM and therapy at this time until further follow up.

*This note has been electronically signed by* **Kyle Todd PT**

DCN: 140320054758 PAGE: 019 SEQUENCE: SWF0320201400721001

**Patient:** Arthur C Davis    **DOB:**  **Date of Note:** 02-13-2014    **STAR account#:** 4. .798    **Page 3 of 4**

## PRECAUTIONS/CONTRAINDICATIONS: RUE continues ot be on hold for PT

**TIME IN:**                    **TIME OUT:**

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 22 |
| Functional activities* | | 10 |
| Manual therapy tech* | | 22 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals-during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 22 min to L shoulder | |
| Lumbar paraspinal STM | | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | HOLD- may attempt LLE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290

**Patient:** Arthur C Davis   **DOB:** REDACTED   **Date of Note:** 02-13-2014   **STAR account#:** 4. /98   **Page 4 of 4**

**Total Treatment Time:** 54 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-21-14

**PATIENT NAME:** Arthur C Davis          **PATIENT DOB:** REDACTED    **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery    V58.49    Rotator Cuff Tear (traumatic)    840.4
Shoulder Pain    719.41          Shoulder Stiffness    719.51

**Next MD Visit: 01-31-14**

**SUBJECTIVE:** Pt brought in new script for PROM to R shoulder today. Pt reports elevation above left shoulder continues to feel tight and difficult to perform ADL's above shoulder height. Pt reports no change in RUE due to surgical precautions of PROM only.

**Pain/Symptom Level:**

**OBJECTIVE:**    See measurements below. Progressed treatment to include PROM and joint mobs to Right shoulder. Held on BUE exercises today due to surgical precautions to RUE. The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education, HEP instruction and Surgical precautions.

| Test | Test Description | Current Results | Previous Results | Comments |
|---|---|---|---|---|
| Posture - Trunk / Lower Qtr. | Lordosis | WNL | WNL | |
| Shoulder - AROM | Shoulder Flexion (L) | 140 Degrees | 138 Degrees | |
| | Shoulder Abduction (L) | 98 Degrees | 95 Degrees | |
| | Functional Reach Internal Rotation (L) | T10 | T10 | |
| | Functional Reach External Rotation (L) | T6 | T6 | |
| | Shoulder Scaption with Funcitonal ER | 145 Degrees | 145 Degrees | |
| | Shoulder Flexion (R) | NPT | | |
| | Shoulder Abduction (R) | NPT | | |
| | Functional Reach Internal Rotation (R) | NPT | | |
| | Functional Reach External Rotation (R) | NPT | | |
| Shoulder - PROM | Shoulder Flexion (L) | 163 Degrees | 160 Degrees | |
| | Shoulder Abduction (L) | 145 Degrees | 140 Degrees | |
| | Shoulder External Rotation (L) | 88 Degrees | 80 Degrees | |
| | Shoulder Internal Rotation (L) | 62 Degrees | 60 Degrees | |
| | Shoulder PROM (L) | Min. limited | Min. limited | |
| | Shoulder Flexion (R) | 135 | NPT | |
| | Shoulder Abduction (R) | 110 | NPT | |
| | Shoulder External Rotation (R) | 70 | NPT | |
| | Shoulder Internal Rotation (R) | 45 | NPT | |
| Shoulder - Strength | Shoulder Flexion (R) | NPT | | |
| | Shoulder Abduction (R) | NPT | | |
| | Shoulder External Rotation (R) | NPT | | |
| | Shoulder Internal | NPT | | |

Murfreesboro    1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248    Phone: 615-217-0259, FAX: 615-217-1290

| | | | | |
|---|---|---|---|---|
| | Rotation (R) | | | |
| | Shoulder Flexion (L) | 4/5 | | |
| | Shoulder Abduction (L) | 4/5 | | |
| | Shoulder External Rotation (L) | 4-/5 | | |
| | Shoulder Internal Rotation (L) | 4-/5 | | |

**ASSESSMENT:** Pt tolerated treatment well today. Pt able to demonstrate increased PROM of LUE with continued tightness at end range in all planes. Pt able to demonstrate good PROM of RUE for first visit for therapy on RUE. Pt continues to increase strength in LUE, through elevation activities continue to be difficult. Pt continues to demonstrate mild compensation of left shoulder with elevation activities. Pt will continue to benefit from skilled PT for LUE and RUE shoulders due to decreased ROM and weakness.

| Current Goals | Outcome |
|---|---|
| Pt will report less than 3/10 pain in 2 weeks at rest | Partially Met |
| Pt to be instructed in HEP | Met |
| Pt will demonstrate improved postural awareness in 2 weeks evidenced by PT observation of movement patterns in clinic | Met |
| Pt will improve L shoulder flexion and ER Muscle strength to 4+/5 in 6 weeks | Partially Met |
| Pt will report no more than 2/10 pain at worst in 4 weeks | Partially Met |
| Pt will demonstrate ability to perform all upper body dressing tasks without difficulty or pain in 6 weeks | Met |
| Pt will increase L shoulder AROM to at least 150 degrees of scaption in 6 weeks | Not Met |
| Pt will be able to perform all normal work related tasks without pain or difficulty in 8 weeks | Not Met |
| Pt will be able to reach overhead into elevated cabinets without increase in pain in 8 weeks | Partially Met |
| Pt will tolerate at least 30 min continuous sitting activity without increase in low back pain in 6 weeks | Not Met |
| Pt will report uninterrupted sleep from low back pain in 4 weeks | Partially Met |

*New Goals*

| | |
|---|---|
| | Pt will increase PROM of RUE to 160* flexion/scaption, 90 ER, 60 IR within 4 weeks |
| | Pt will be knowledgable of surgical precautions of RUE within 2 weeks |
| | Pt will increase PROM to WNL within 6 weeks |

**PLAN:** Continue progression per protocol.

*This note has been electronically signed by **Kyle Todd PT***


**PRECAUTIONS/CONTRAINDICATIONS:** RUE continues ot be on hold for PT

**TIME IN:** 10:55AM          **TIME OUT:** 12:00PM

| Treatment/Exercise | Results/Measurements | Minutes |
|---|---|---|
| Physical therapy evaluation | | |
| Therapeutic exercise* | | 23 |
| Functional activities* | | 12 |
| Manual therapy tech* | | 30 |
| Electrical stim. (unatt.) | IFC 80-120 hz with moist heat to lumbar paraspinals- during manual therapy | |
| Timed code minutes* | | |
| PT 30 Day Reassessment Due: | | |
| Involved Extremity | L shoulder and Low back Pain  --Multi Diagnosis-- | |
| *** MANUAL THERAPY *** | | |
| PROM with gr I and II joint mobilizations | 15 min to RUE and LUE | |
| Lumbar p/a mobs | | |
| Lumbar rotational mobilizations | | |
| *** THERAPEUTIC EXERCISES *** | | |
| Recumbent cycle | D/C | |
| Pendulums | | |
| SKTC | NPT | |
| DKTC | | |
| LTR | NPT | |
| PPT | | |
| SB press single arm in supine | | |
| SB LE rollouts | | |
| Supine hip abduction | | |
| Pulleys | HOLD | |
| Table slides | DC for functional reaching | |
| Wall walks | 30x flexion and abduction | |
| Scap squeezes | D/C | |
| Tband Rows/SAP | HOLD | |
| Tband ER | BTB 3 x 15 each | |
| Tband IR | BTB 3 x 15 each | |
| Supine Cane flexion | | |
| Standing Cane flexion | HOLD | |
| Standing Cane ER for AAROM | HOLD | |
| Seated SB marching/LAQ | | |
| Supine Hip abduction with abdom brace | NPT | |
| Supine shld protraction (serratus punches) | #3lbs 3 x 10 | |
| Supine shld flexion AROM in pain free range | #1lbs 3 x 10 | |
| S/L ER | HOLD | |
| Prone rowing | HOLD | |
| Prone extension | HOLD | |
| standing flexion | 2 x10 fatigued easily | |
| CC Machine Rows/Saps Single UE | 3 x 10 #15 | |
| *** FUNCTIONAL ACTIVITIES *** | | |
| Pt education | | |
| UBE | 8 min with LUE only | |
| SB wall roll ups for reaching simulation | HOLD | |
| Table slides for reaching simulation | 5 in scaption | |
| Wall Washes | HOLD | |
| Table slides ER | 5 min- npt | |

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248  Phone: 615-217-0259, FAX: 615-217-1290

DCN: 140320054758 PAGE: 029 SEQUENCE: SWF0320201400721001

Patient: Arthur C Davis    DOB: REDACTED    Date of Note: 02-21-2014    STAR account#: 4...798    Page 4 of 4

**Total Treatment Time:** 65 minutes

*This note has been electronically signed by* **Kyle Todd PT**

Murfreesboro   1725 Medical Center Pkwy, Ste 130  Murfreesboro, TN 37129-2248   Phone: 615-217-0259, FAX: 615-217-1290



# DAILY TREATMENT NOTE

**Date of Note:** 02-25-14

**PATIENT NAME:** Arthur C Davis     **PATIENT DOB:** REDACTED     **STAR Account #:** 474798
**PHYSICIAN:** R James Renfro Jr MD
**DIAGNOSIS:** Other specified aftercare following surgery     V58.49     Rotator Cuff Tear (traumatic)     840.4
Shoulder Pain     719.41          Shoulder Stiffness     719.51

---

**Next MD Visit: 03-11-14**

**SUBJECTIVE:**     Pt reports he didn't take any tylenol this morning and is having more pain "all over". Pt states his R shoulder is feeling "really good"

**Pain/Symptom Level:**

**OBJECTIVE:**     Progressed treatment per activity flowsheet.   The following procedures were performed at distinctly different time intervals from each other: functional activities and manual techniques. Pt received education on the following: Diagnosis/anatomy/healing process education.

| Test | Test Description | Current Results | Previous Results | Comments |
|------|------------------|-----------------|------------------|----------|
|      |                  |                 |                  |          |

DCN: 140320054758 PAGE: 033 SEQUENCE: SWF0320201400721001

# AUTHORIZATION FOR RELEASE OF INFORMATION



I, _Arthur Davis_, hereby authorize _Dr Cote, D.O._

(address & telephone number)

(the "Practice") to disclose health information regarding the below referenced patient.

Patient Name: _Arthur Davis_     Date of Birth: **REDACTED**
Address: **REDACTED**     Phone #: **REDACTED**

_Murfreesboro, Tn 37128_

Name of person/organization records to be disclosed to:
_Aetna_
_Ph # 954-693-2140_
_Fax # 860-907-4494_

Specific description of information (including date(s)): _All medical records_

> **This authorization will EXPIRE on 9·19·14.**

Purpose of the use or disclosure: ✓ At the request of the individual ____ Insurance not accepted by MMC ____ Changing Doctor ____ Moving ____ Physician/Staff Request ____ Marketing* ____ Sale of Information* ____ Other :____

*If the use or disclosure for which authorization is being sought is for marketing purposes, the use or disclosure ([] will [] will not) result in direct or indirect financial remuneration to us from someone else. If we are seeking your authorization to sell your information, the disclosure will result in remuneration to us from someone else.

I understand that I may revoke this authorization at any time by sending a written request to the Practice – Attn: Privacy Officer. However, the revocation will not have any effect on any uses or disclosures the Practice may have made before the revocation was received.

I understand that unless I revoke the authorization earlier, this authorization will automatically expire six (6) months after the date this authorization is signed.

I understand that I may refuse to sign this authorization and that the Practice will not condition treatment on whether or not I sign this authorization.

I understand that once the information is disclosed pursuant to this authorization, it may be re-disclosed by the recipient and may no longer be protected by federal privacy regulations.

I understand that the information in my health record may include information about behavioral or mental health services, treatment for alcohol and drug abuse, or information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).

I certify that I am (check whichever applies):

✓ the patient.
____ the patient's authorized representative, and that the identification and proof of authority that I have provided are true and correct. My relationship to the patient is that of ____.

Signature: X _Arthur C Davis_     Date: X _3/19/14_

If signature is not that of patient:    Print name: ____
                    Address ____
                    Phone # ____

## ** A COPY OF THIS AUTHORIZATION SHOULD BE RETAINED BY THE PATIENT **

| Date Recvd: ____ |
| Date Processed: ____ |
| Processed by: ____ |

**Murfreesboro Medical Clinic & SurgiCenter**
Medical Records Department - Fax 615.867.7926
1272 Garrison Drive, Murfreesboro, TN 37129
615.867.7917 • 800.842.6692 • www.mmclinic.com

Revised – March 2014


**aetna**™

# Fax Message

---

**To:**      medical records

**Fax:**     8666671987

**From:**    Amor, Maribel

**Date:**    2014-03-19 3:42 PM
**Pages:**   1 of 20 (including this page)
**Subject:** Arthur Davis, claim 9452367

---

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph: 954-693-2140*
*Fax: 860-907-4494*
*E-mail: AmorM@Aetna.com*

 

**Premier Radiology Murfreesboro**
1840 Medical Center Parkway, Suite 101
Murfreesboro, TN 37129
Phone #: (615)896-1234
Fax: (615)234-1504

| | | | |
|---|---|---|---|
| Name: | ARTHUR DAVIS | Exam Date: | 11/06/2013 04:17 PM |
| Patient ID: | 1000977943 | Exam Name: | MR Lumbar spine wo contrast | 72148 |
| Secondary ID: | | Referrer: | Christopher Kauffman, MD |
| DOB: | REDACTED | 2nd Referrer: | |
| Acc #: | 3338109 | | |

PROCEDURE: MRI LUMBAR SPINE WITHOUT CONTRAST

TECHNIQUE: Magnetic resonance imaging of the lumbar spine was performed using standard pulse sequences without contrast material. CPT 72148

HISTORY: Sciatica CENTER LOWER BACK PAIN.

COMPARISONS: None .

FINDINGS:

The vertebral body heights are well maintained. No subluxation is present. There is no abnormal marrow signal. The conus tip is located at L1-L2. The conus and filum terminale are normal in appearance. No paravertebral soft tissue abnormalities are present. Disc desiccation and mild intervertebral disc height loss at L3-L4.

L1-L2: Mild broad-based posterior disc bulge with no spinal canal stenosis or neuroforaminal narrowing.

L2-L3: Mild broad-based posterior disc bulge with no spinal canal stenosis or neuroforaminal narrowing.

L3-L4: Broad-based posterior disc bulge with facet joint and ligamentum flavum hypertrophy. No spinal canal stenosis or significant neuroforaminal narrowing.

L4-L5: Broad-based posterior disc bulge with facet joint and ligamentum flavum hypertrophy. No significant spinal canal stenosis. Mild RIGHT neural foraminal narrowing noted.

L5-S1: Mild broad-based posterior disc bulge with facet joint and ligamentum flavum hypertrophy. No spinal canal stenosis or RIGHT neural foraminal narrowing. There is mild LEFT neuroforaminal narrowing.

*IMPRESSION:*

*1. Multilevel disc bulges with no spinal canal stenosis.*
*2. Multilevel facet joint/ligamentum flavum hypertrophy, with mild RIGHT neural foraminal narrowing at L4-L5 and mild LEFT neural foraminal narrowing at L5-S1.*
*3. Mild degenerative disc disease at L3-L4.*

ws:MTISTN-READING0

Electronically Signed by: Eric Dame M.D.
Electronically Signed on:  11/06/2013 11/6/2013 4:26:52 PM

Reviewed by: NICHOLAS COTE D.O. Jan 23 2014 1:06PM CST 1/23/2014

2014-03-19 3:42 PM        AETNA -> 18666671987        Page 5 of 20
03/19/2014    12:58               (FAX)        P.003/018
Progress Note] [Arthur Davis, Jr.] [687103]           [1/9/2014] Page 1 of 4

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Arthur Davis, Jr. | **Visit Date:** | December 19, 2013 |
| **Patient ID:** | 687103 | **Provider:** | Christopher P. Kauffman, MD |
| **Sex:** | Male | **Location:** | Harding Place |
| **Birthdate:** | REDACTED | **Location Address:** | 394 Harding Place Suite 200 |
| **Primary Care Provider:** | Tadayuki Yoneyama MD | | Nashville, TN 372113980 |
| **Referring Provider:** | Former Patient | **Location Phone:** | (615) 834-4482 |

## Chief Complaint

482122

- Back pain

## History Of Present Illness

The patient is a 50 year old Black/African American male who returns for a follow up visit for low back pain.

The low back pain developed acutely on 09/27/2013. It is 6/10 in severity , has an aching, a sharp, and shooting quality and radiates into the right posterior leg in a nonspecific and lower leg in a nonspecific distribution. The pain has been constant and has been progressively worsening. The onset was associated with a motor vehicle accident. The pain tends to be maximal at night and the pain interferes with sleep. The patient states the pain is aggravated by bending and prolonged standing. It is alleviated by changing position.

He denies urinary incontinence and fecal incontinence.

The patient has no prior history of neck or back surgery.

**RECENT INTERVENTIONS:**
He has been previously treated with physical therapy, NSAIDs, pain medication, and bedrest. The physical therapy was partially effective in relieving the pain.

**INFORMATION REVIEWED:**
The following information was reviewed: radiology reports and images. The MRI of the lumbar spine revealed degenerative disk disease and facet arthropathy. The degenerative disc disease is present at L3/4 level(s) on the bilaterally. The facet arthropathy is present at L4/5 and L5/S1 on the bilaterally. The herniated DISC/DISCS seen at L5-S1 on the right.

The patient reports that his back pain has stabilized. Patient initially thought that the physical therapy was not helpful but he has since noted that he has had improvement in his pain during the day.

The patient reports main problem he has with back pain is at night.

I asked the patient to try taking Neurontin 3 mg at night but he reports that he did not fill the prescription.

I gone over what I thought that Neurontin would possibly help with her and discussed this with the patient after answering all his questions patient is amenable to trying medication at this time.

Patient reports the still out of work secondary problems with his shoulders. The

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | -- | -- |
| Degeneration of lumbar intervertebral disc | 11/07/2013 | -- |
| High blood pressure | -- | -- |
| Rotator Cuff Sprain/Tear | 10/07/2013 | -- |
| Rotator Cuff Tear, Non-Trauma | 10/07/2013 | -- |
| Sciatica | 11/02/2013 | -- |
| Sprain/Strain | 10/18/2013 | -- |
| Sprain/Strain, Lumbar | 10/18/2013 | -- |

## Past Surgical History

Reviewed by: NICHOLAS COTE D.O. Jan 23 2014 1:06PM CST 1/23/2014

[Digital Signature Validated]

DCN: 140319086633 PAGE: 009 SEQUENCE: SWF0319201404074001

| Procedure Name | Date | Notes |
|---|---|---|
| Hernia | -- | -- |
| Joint surgery (arthroscopic or open) | 2004 | left knee |
| Sinus Surgery | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Advair Diskus Inhalation disk with device 250-50 mcg/dose | 07/19/2013 | -- |
| amlodipine Oral tablet 10 mg | 09/10/2013 | -- |
| Celebrex Oral capsule 200 mg | 07/12/2013 | -- |
| ciprofloxacin Oral tablet 500 mg | 07/11/2013 | -- |
| clotrimazole-betamethasone Topical cream 1-0.05 % | 08/13/2013 | -- |
| fluticasone Nasal spray,suspension 50 mcg/actuation | 07/19/2013 | -- |
| lisinopril-hydrochlorothiazide Oral tablet 20-25 mg | 09/23/2013 | -- |
| methylprednisolone Oral tablets,dose pack 4 mg | 09/19/2013 | -- |
| metoprolol succinate Oral tablet extended release 24 hr 50 mg | 07/31/2013 | -- |
| naproxen Oral tablet 500 mg | 09/27/2013 | -- |
| Neurontin oral capsule 300 mg | 12/19/2013 | 1 capsule (300 mg) by oral route every eight hours for 30 days |
| omeprazole Oral capsule,delayed release(DR/EC) 20 mg | 07/19/2013 | -- |
| potassium chloride Oral tablet extended release 10 mEq | 08/06/2013 | -- |
| prednisone Oral tablet 20 mg | 09/27/2013 | -- |
| spironolactone Oral tablet 25 mg | 08/13/2013 | -- |
| Ultram Oral tablet 50 mg | 11/06/2013 | take 1 tablet (50 mg) by oral route every 6 hours as needed for 15 days |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| codeine sulfate | -- | itching/rash | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Family history of arthritis | / Mother/ | -- |
| Family history of heart disease | / Mother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol Intake | Never | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

## Review of Systems
Constitutional

[Digital Signature Validated]

o **Denies** : fever, chills, weight loss

**Eyes**
  o **Denies** : discharge from eye, impaired vision, changes in vision
**HENT**
  o **Denies** : headaches, vertigo, lightheadedness, sore throat
**Breasts**
  o **Denies** : lumps, tenderness, nipple discharge
**Cardiovascular**
  o **Denies** : chest pain, rapid heart rate
**Respiratory**
  o **Denies** : shortness of breath, cough
**Gastrointestinal**
  o **Denies** : nausea, vomiting, diarrhea, constipation, blood in stools
**Genitourinary**
  o **Denies** : urgency, frequency, dysuria
**Integument**
  o **Denies** : rash, itching
**Neurologic**
  o **Admits** : sciatica
  o **Denies** : muscular weakness, incoordination, loss of balance
**Musculoskeletal**
  o **Admits** : back pain
**Endocrine**
  o **Denies** : polyuria, polydipsia, constipation, cold intolerance
**Psychiatric**
  o **Denies** : anxiety, depression
**Heme-Lymph**
  o **Denies** : easy bleeding, easy bruising, lymph node enlargement or tenderness
**Allergic-Immunologic**
  o **Denies** : allergic dermatitis, frequent illnesses
**All Others Negative**

## Physical Examination

**Constitutional**
  o **Appearance** : well-nourished, well developed, alert, in no acute distress
**Thoracic Spine**
  o **Inspection** : no lesions or deformities, paraspinal musculature is nontender to palpation
  o **Thoracic Spine Range of Motion** : full ROM
  o **Muscle Strength/Tone/Bulk** : paraspinal muscle strength within normal limits
**Lumbosacral Spine**
  o **Inspection** : no lesions or deformities, paraspinal musculature is nontender to palpation
  o **Palpation** : paraspinal musculature is nontender to palpation
  o **Stability** : no subluxations present
  o **Range of Motion** : *mildly reduced ROM-active flexion*
  o **Muscle Strength** : paraspinal muscle strength and tone within normal limits
  o **Muscle Tone** : paraspinal muscle tone within normal limits
  o **Muscle Bulk** : no muscle atrophy
  o **Tests/Signs** : straight leg raise test negative bilaterally
**Right Lower Extremity**
  o **Musculoskeletal Examination** : examination of the hip, thigh, knee, lower leg, ankle and foot revealed no tenderness, swelling, deformities, instability, subluxations, weakness, or atrophy. Range of motion in all planes was full and painless.
  o **Muscle Tone** : tone normal, no atrophy
  o **Muscle Bulk** : normal muscle bulk present
  o **Skin** : no erythema present, no ecchymosis present
  o **Sensation** : right lower extremity neurologically intact
  o **Reflexes** : patellar tendon reflex 2+, ankle reflex 2+
  o **Vascular Exam** : dorsalis pedis artery pulse 2+, posterior tibial artery pulse 2+, capillary refill normal
**Left Lower Extremity**
  o **Musculoskeletal Examination** : examination of the hip, thigh, knee, lower leg, ankle and foot revealed no tenderness, swelling, deformities, instability, subluxations, weakness, or atrophy. Range of motion in all planes was full and

[Digital Signature Validated]

DCN: 140319086633 PAGE: 013 SEQUENCE: SWF0319201404074001

painless:
- o **Muscle Tone** : tone normal
- o **Muscle Bulk** : normal muscle bulk present
- o. **Skin** : no erythema present, no ecchymosis present
- o **Sensation** : left lower extremity neurologically intact
- o **Reflexes** : patellar tendon reflex 2+, ankle reflex 2+
- o **Vascular Exam** : dorsalis pedis artery pulse 2+, posterior tibial artery pulse 2+, capillary refill normal

**Gait and Station**
- o **Gait** : normal gait, able to stand without difficulty

## Assessment

- Degeneration of lumbar intervertebral disc 722.52
- Lumbago (LBP) 724.2

## Plan

**Instructions**
- o The patient wishes a referral to physical therapy.
- o Return to clinic after Physical Therapy Consult and modalities.
- o Start Gabapentin.I have asked the patient to start just taking gabapentin at night for the first 2 days. Then take the medication twice daily. If the patient does not have any side effects then progressed to 3 times daily. Potential side effects of dizziness and swelling of the legs have been discussed
- o Patient with low back pain secondary to degenerative changes and facet arthropathy. Patient's back pain during the day has stabilized. The rest patient to continue with his physical therapy regimen and continue with his home exercise program. Patient is amenable to trying gabapentin at night. Patient will try this medication and follow up with us by phone.He reports that he had shoulder surgery on his other shoulder so I will let him rescheduled us as needed following his shoulder surgery.

**Disposition**
- o Call or Return if symptoms worsen or persist.

Electronically Signed by: Christopher P. Kauffman, MD -Author on December 19, 2013 04:47:15 PM

[Digital Signature Validated]

DCN: 140319086633 PAGE: 015 SEQUENCE: SWF0319201404074001



## Murfreesboro Medical Clinic
1272 Garrison Drive
Murfreesboro, TN 37129
615-867-8010    www.mmclinic.com    1-800-842-6692

### Department of Internal and Family Medicine

Patient Name: **ARTHUR C. DAVIS**
Chart # 482122          Encounter Date: 01/16/2014

# Visit Summary

**Patient Detail for ARTHUR DAVIS**                                        **MRN: 482122**

| | | | |
|---|---|---|---|
| **Contact** | ARTHUR DAVIS | **Date Of Birth** | REDACTED |
| **Address** | REDACTED | **Gender** | Male |
| | MURFREESBORO, TN 371286537 | **Marital Status** | D |
| | REDACTED | | |
| | | **Language** | English - preferred |



- ♦ Lower Back Pain
- ♦ Benign Essential Hypertension
- ♦ Esophageal Reflux
- ♦ Intervertebral Disc Degeneration

| Date | Description | Test | Result |
|---|---|---|---|
| 16 Jan 2014 08:29 AM | recorded by: Vance, Christy | BP Systolic | 126 mm[Hg] |
| | | BP Diastolic | 82 mm[Hg] |
| | | Heart Rate | 82 /min |
| | | Body Mass Index Calculated | 32.37 |
| | | Body Surface Area Calculated | 2.3 |
| | | Height | 72 in |
| | | Weight | 239 lb |
| | | O2 SAT | 98 % |

1 of 2

DCN: 140319086633 PAGE: 017 SEQUENCE: SWF0319201404074001

2014-03-19 3:42 PM  
03/19/2014  12:58  
AETNA -> 18666671987  
(FAX)  
Page 10 of 20  
P.008/018



- Potassium Chloride ER 10 MEQ Oral Tablet Extended Release; ; Days: 30; Qty: 60; Refill: 0 (Active)
- Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated; ; Days: 90; Qty: 180; Refill: 0 (Active)
- CeleBREX 200 MG Oral Capsule; ; Days: 90; Qty: 90; Refill: 0 (Active)
- Lisinopril-Hydrochlorothiazide 20-25 MG Oral Tablet; ; Days: 90; Qty: 90; Refill: 0 (Active)

- Somatic Dysfunction Of Sacroiliac Region (Active)
- Lower Back Pain (Active)
- Benign Essential Hypertension (Active)
- Esophageal Reflux (Active)
- Intervertebral Disc Degeneration (Active)
- Asthma (Active)

- OxyCODONE HCl CAPS (Active)

- COTE,NICHOLAS 01/28/2014 10:30:00 AM
- LAB MMC,LAB 02/27/2014 12:15:00 PM
- COTE,NICHOLAS 03/06/2014 9:30:00 AM

Ambulatory Health  NICHOLAS COTE , D.O.
Care Facilities  1272 Garrison Drive
Murfreesboro, TN 37129
(615)893-4480 (Work phone)

|  |  | Encounter | January 16, 2014 08:00+0000 |
|---|---|---|---|
|  | SUMMARIZATION OF EPISODE NOTE |  |  |
| From | Enterprise EHR 11.203.4482.15631; Transform 3.2.0.23 | Site | Murfreesboro Medical Clinic and SurgiCenter 1272 Garrison Drive Murfreesboro, TN 37129 (615)893-4480 (Work phone) |
| Created | January 16, 2014 09:11-0600 | By | NICHOLAS COTE , D.O. |

2 of 2

DCN: 140319086633 PAGE: 019 SEQUENCE: SWF0319201404074001

results PHYSIOTHERAPY   Fax:615-896-6825     Jan 21 2014 06:16am     P002/003



| | |
|---|---|
| Results Physiotherapy | **Patient:** ARTHUR DAVIS, |
| 520 Highland Terrace, Suite A | **Acct#:** 194961 |
| Murfreesboro, TN USA | **DOB:** REDACTED |
| 37130-2496 | **Physician:** Nicholas Cote MD |
| Phone: (615) 896-6866 | **Phys Fax:** (615) 867-7945 |
| Fax: (615) 896-6825 | **Physician:** Not Specified |
| | **Clinician:** Lakota C. Hillis |
| | **PSC:** Commercial Insurance |
| | **Case Mgr:** |
| | **Payor:** AETNA |
| | **Pol/Claim#:** |

| |
|---|
| **Visit Date:** Jan 20, 2014 |
| **Phys Phone:** (615) 867-8010 |
| **SSN:** XXX-XX-XXXX |
| **Inj. Date:** Jan 20, 2014 |
| **Surg. Date:** |
| **Visits:** 1 |
| **Cxl/Ns:** 0 |
| **Employer:** DISABILITY |
| **Insured:** |

# Plan of Care

*A82122 (handwritten)*

**Diagnoses**   Spine      7242    LUMBAGO
                            7197    DIFFICULTY IN WALKING

## Assessment

Pt present with irritable low back/sacral pain impacting ADL's (working, sitting, standing etc.). Unable to assess joint mobility at time of eval secondary to muscle guarding. Pt would benefit from skilled PT services to address functional return to ADL's. Treatment Emphasis to focus on: Maximizing function related to:
- ADL's. Work performance.

## Problems & Goals

*Problem #1*   **Chief Complaint: Pain: Current Severity: 8/10.**
    *LTG Achieve by Feb 17, 2014.*
       **Symptomatic Improvements:**
         - Decreasing Pain: to 3/10.

*Problem #2*   **Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient.**
         - Score 38
    *LTG Achieve by Feb 17, 2014.*
       **Questionnaire Improvements: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Follow Up: Patient:**
         - Score.50

*Problem #3*   **Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.**
    *STG Achieve by Feb 03, 2014.*
       **Client Education:**
         - Independent Home Exercise/Self Care Program.

*Problem #4*   **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral.**

| | |
|---|---|
| - Extension | 50% |
| - Flexion(increased pain) | 75% |
| - Side Bending Left | 75% |
| - Side Bending Right(most pain) | 75% |

    *LTG Achieve by Feb 17, 2014.*
       **Range of Motion Improvements to: Active Lumbosacral:**
         - Gross Assessment WNL

*Problem #5*   **Palpation: Lumbosacral Region: Musculature,**     **Left**         **Right**
       **Posterior: Guarding.**

| | Left | Right |
|---|---|---|
| - Gluteus Maximus | Severe | Severe |
| - Piriformis | Severe | Severe |
| - Quadratus Lumborum | Severe | Severe |

    *LTG Achieve by Feb 17, 2014. to Improve sitting tolerance.*
       **Palpable Improvements:**
         - Guarding Decreasing to: Moderate Levels.

*Problem #6*   **Observations: Pt able to sit <1 minutes before position changed required secondary to pain.**
    *LTG Achieve by Feb 17, 2014. to Improve sitting tolerance.*

---

Document ID: 0070090B.002      Status: Signed off (secure electronic signature)         Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT



results PHYSIOTHERAPY  Fax:615-896-6625    Jan 21 2014 06:16am    P003/003
                       Patient:   ARTHUR DAVIS
results                Acct #:    124961
PHYSIOTHERAPY
                                                    Visit Date:   Jan 20, 2014

**Functional Test Improvements:**
* Pt to sit >=10 minutes before needing position change.

# Plan

**Amount, Frequency and Duration:**
* Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 6 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**
* Client Education. Gait Training. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Modalities: As Needed. Therapeutic Activities. Therapeutic Exercise.
* Additional:
  * Brace/Tape/Splint: Tape. Trigger Point Dry Needling

Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 20, 2014 12:35:10

---

**Please sign and return**

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

Comments/Revisions _____ 1/23/14

Nicholas Cote MD                        Date

---

DCN: 140319086633 PAGE: 023 SEQUENCE: SWF0319201404074001



## Murfreesboro Medical Clinic

1272 Garrison Drive
Murfreesboro, TN 37129
615-867-8010    www.mmclinic.com    1-800-842-6692

## Department of Internal and Family Medicine

**Patient Name: ARTHUR C. DAVIS**
Chart # 482122      Encounter Date: 01/28/2014

# Visit Summary

**Patient Detail for ARTHUR DAVIS**    MRN: 48XXX

| | | | |
|---|---|---|---|
| **Contact** | ARTHUR DAVIS | **Date Of Birth** | REDACTED |
| **Address** | REDACTED | **Gender** | Male |
| | MURFREESBORO, TN 371286537 | **Marital Status** | D |
| | REDACTED | | |
| | | **Language** | English - preferred |

**Vital Signs**

| Date | Description | Test | Result |
|---|---|---|---|
| 28 Jan 2014 10:51 AM | recorded by: Vance, Christy | BP Systolic | 124 mm[Hg] |
| | | BP Diastolic | 80 mm[Hg] |
| | | Heart Rate | 83 /min |
| | | Body Mass Index Calculated | 32.91 |
| | | Body Surface Area Calculated | 2.32 |
| | | Weight | 243 lb |
| | | O2 SAT | 98 % |

**Medication**

♦ Potassium Chloride ER 10 MEQ Oral Tablet Extended Release; ; Days: 30; Qty: 60; Refill: 0 (Active)
♦ Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated; ; Days: 90; Qty: 180; Refill: 0 (Active)
♦ CeleBREX 200 MG Oral Capsule; ; Days: 90; Qty: 90; Refill: 0 (Active)
♦ Lisinopril-Hydrochlorothiazide 20-25 MG Oral Tablet; ; Days: 90; Qty: 90; Refill: 0 (Active)
♦ AmLODIPine Besylate 10 MG Oral Tablet; ; Days: 0; Qty: ; Refill: 0 (Active)
♦ Omeprazole 20 MG Oral Tablet Delayed Release; ; Days: 0; Qty: ; Refill: 0 (Active)
♦ Flonase 50 MCG/ACT Nasal Suspension; ; Days: 0; Qty: ; Refill: 0 (Active)

1 of 2

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 692 of 1151 PageID #: 9236

2014-03-19 3:42 PM
03/19/2014 12:59

AETNA -> 18666671987

(FAX)

Page 14 of 20
P.012/018



♦ Spironolactone 25 MG Oral Tablet; ; Days: 0; Qty: ; Refill: 0 (Active)

**Problem:**

♦ Lower Back Pain (Active)
♦ Benign Essential Hypertension (Active)
♦ Esophageal Reflux (Active)
♦ Intervertebral Disc Degeneration (Active)
♦ Somatic Dysfunction Of Sacroiliac Region (Active)
♦ Asthma (Active)

**Allergies and Adverse Reactions:**

♦ OxyCODONE HCl CAPS; Reactions: Itching (Active)

**Future Visit:**

♦ KATTINE,ALBERT 02/06/2014 8:45:00 AM
♦ LAB MMC,LAB 02/27/2014 12:15:00 PM
♦ COTE,NICHOLAS 03/06/2014 9:30:00 AM



**Electronically Signed:**

Ambulatory Health     NICHOLAS COTE , D.O.
Care Facilities       1272 Garrison Drive
                      Murfreesboro, TN 37129
                      (615)893-4480 (Work phone)

**Document Details:**

|  |  |  |  |
|---|---|---|---|
|  | SUMMARIZATION OF EPISODE NOTE | **Encounter** | January 28, 2014 10:30+0000 |
| **From** | Enterprise EHR 11.203.4482.15631; Transform 3.2.0.23 | **Site** | Murfreesboro Medical Clinic and SurgiCenter 1272 Garrison Drive Murfreesboro, TN 37129 (615)893-4480 (Work phone) |
| **Created** | January 28, 2014 11:21-0600 | **By** | NICHOLAS COTE , D.O. |

2 of 2

DCN: 140319086633 PAGE: 027 SEQUENCE: SWF0319201404074001



results PHYSIOTHERAPY    Fax:615-896-6825       Feb 10 2014 11:37am    P002/003

Results Physiotherapy      Patient:     ARTHUR DAVIS
520 Highland Terrace, Suite A    Acct #:      124961
Murfreesboro, TN USA         DOB:       **REDACTED**          Note Date:    Feb 10, 2014
37130-2496                Physician:   Nicholas Cote DO       Phys Phone: (615) 867-8010
Phone: (615) 896-6866       Phys Fax:   (615) 867-7945          SSN:         XXX-XX-XXXX
Fax: (615) 896-6825         Physician:   Not Specified            Inj. Date:    Jan 20, 2014
                            Clinician:   Lakota C. Hillis           Surg. Date:
                            FSC:         Commercial Insurance     Visits:       9
**results**                 Case Mgr:                         Cxl/Ns:      0
PHYSIOTHERAPY        Payor:      AETNA           Employer: DELL
                            Pol/Claim#:                       Insured:

# Progress Note

## Diagnoses   Spine

7242     LUMBAGO
7197     DIFFICULTY IN WALKING

## Subjective Examination

**Chief Complaint:**
• Pain: Current Severity: 6/10.
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 38

## Objective Examination

**Observations:**
• Pt able to sit 8 minutes before position changed required secondary to pain.
**Palpation: Lumbosacral Region: Musculature, Posterior:**       Left                     Right
**Guarding:**

| | Left | Right |
|---|---|---|
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | Jun 20, 2014 | Feb 10, 2014 |
|---|---|---|
| • Extension | 50% | 100% |
| • Flexion(increased pain) | 75% | 100% |
| • Side Bending Left | 75% | 100% |
| • Side Bending Right | 75% | 100% |

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**

| | Feb 10, 2014 |
|---|---|
| • Extension | 100% |
| • Flexion | 100% |

## Assessment

Pt with continued high subjective c/o pain but improved endurance, lumbar ROM and decreased muscle guarding overall. Will continue to progress as tolerated.

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

---

DCN: 140319086633 PAGE: 029 SEQUENCE: SWF0319201404074001

results PHYSIOTHERAPY  Fax:615-896-6825    Feb 10 2014 11:37am    P003/003
Patient:    ARTHUR DAVIS
Acct #:    124961

Note Date:    Feb 10, 2014

**Therapy Referral**

I have read the above report and request that my patient:
- ☐ Continue with treatment program as indicated above.
- ☒ Continue treatment program for _3_ days/week for _5_ weeks.
- ☐ Revise treatment program as indicated: _____
- ☐ Progress to a home exercise program.
- ☐ Be discharged.
- ☐ Other: _____

**Please sign and return**

Nicholas Cote DO    Date  2/21/14

Electronically authenticated.

_____
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 10, 2014 12:18:21

_____
Document ID: 0070090B.011    Status: Signed off (secure electronic signature)    Page 2 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140319086633 PAGE: 031 SEQUENCE: SWF0319201404074001

2014-03-19 3:42 PM            AETNA -> 18666671987            Page 17 of 20
03/19/2014    13:00                                              P.015/018
results PHYSIOTHERAPY   Fax:615-896-6825      Mar 4 2014 11:52am     P002/003

**results PHYSIOTHERAPY**

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| Patient: | ARTHUR DAVIS |
| Acct #: | [2496] |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| PSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Note Date: | Mar 04, 2014 |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jun 20, 2014 |
| Surg. Date: | |
| Visits: | 18 |
| Cxl/Ns: | 1 |
| Employer: | DELL |
| Insured: | |

# Progress Note

*482122*

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
• Pain: Current Severity: 0/10.
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus-on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
: • Score 48

## Objective Examination

**Observations:**
• Pt able to sit 10 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | **Jan 20, 2014** | **Mar 04, 2014** |
| • Extension | 50% | 100% |
| • Flexion(increased pain) | 75% | 100% |
| • Side Bending Left | 75% | 100% |
| • Side Bending Right | 75% | 100% |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | **Mar 04, 2014** |
| • Extension | | 100% |
| • Flexion | | 100% |

## Assessment

Pt appeared to be progressing well towards goals overall but has started to have high subjective c/o pain. He continues to be able to complete there-ex with correct technique.

## Plan

Daily Plan:
• Continue w/ Current Rehabilitation Program.

*Agree* ✓

---

DCN: 140319086633 PAGE: 033 SEQUENCE: SWF0319201404074001

results PHYSIOTHERAPY  Fax:615-896-6825    Mar  4 2014 11:52am    P003/003
                       Patient:  ARTHUR DAVIS
                       Acct #:   12496 )



results
PHYSIOTHERAPY

                                                                        Note Date:   Mar 04, 2014

|  | Therapy Referral | I have read the above report and request that my patient: |
| --- | --- | --- |
|  |  | ☒ Continue with treatment program as indicated above. |
|  |  | ☐ Continue treatment program for ___ days/week for ___ weeks. |
|  |  | ☐ Revise treatment program as indicated: _____ |
|  |  | ☐ Progress to a home exercise program. |
|  |  | ☐ Be discharged. |
|  |  | ☐ Other: _____ |

Electronically authenticated.                Please sign
                                            and return
Lakota C. Hillis, PT(TN Lic: 8886),DPT                    Nicholas Cote DO                    Date
Signed on Mar 04, 2014 13:19:11

Document ID: 0070090B.022                Status: Signed off (secure electronic signature)        Page 2 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT



## Murfreesboro Medical Clinic

1272 Garrison Drive
Murfreesboro, TN 37129
615-867-8010  www.mmclinic.com  1-800-842-6692

### Department of Internal and Family Medicine

**Patient Name:  ARTHUR C. DAVIS**
Chart # 482122  Encounter Date: 03/06/2014

# Visit Summary

**Patient Detail for ARTHUR DAVIS**  **MRN: 482122**

| | | | |
|---|---|---|---|
| Contact | ARTHUR DAVIS | Date Of Birth | REDACTED |
| Address | REDACTED | Gender | Male |
| | MURFREESBORO, TN 371286537 | Marital Status | D |
| | REDACTED | | |
| | | Language | English - preferred |



**Assessments**

- ♦ Health Maintenance
- ♦ Asthma
- ♦ Benign Essential Hypertension
- ♦ Esophageal Reflux



### Labs/Procedures/Imaging

- ♦ LIPID; Done: 27Feb2014 08:04AM
- ♦ PSA; To Be Done: 06 Sep 2014
- ♦ CMP; To Be Done: 06 Sep 2014

**Vital Signs**

| Date | Description | Test | Result |
|---|---|---|---|
| 06 Mar 2014 09:44 AM | recorded by: Vance, Christy | BP Systolic | 124 mm[Hg] |
| | | BP Diastolic | 80 mm[Hg] |
| | | Heart Rate | 78 /min |
| | | Body Mass Index Calculated | 32.91 |

1 of 2

| | | |
|---|---|---|
| Body Surface Area Calculated | 2.32 | |
| Height | 72 in | |
| Weight | 243 lb | |
| O2 SAT | 98 % | |

- ◆ Advair Diskus 250-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated; ; Days: 90; Qty: 180; Refill: 0 (Active)
- ◆ CeleBREX 200 MG Oral Capsule; ; Days: 90; Qty: 90; Refill: 0 (Active)
- ◆ Lisinopril-Hydrochlorothiazide 20-25 MG Oral Tablet; ; Days: 90; Qty: 90; Refill: 0 (Active)
- ◆ AmLODIPine Besylate 10 MG Oral Tablet; ; Days: 0; Qty: ; Refill: 0 (Active)
- ◆ Omeprazole 20 MG Oral Tablet Delayed Release; ; Days: 0; Qty: ; Refill: 0 (Active)
- ◆ Flonase 50 MCG/ACT Nasal Suspension; ; Days: 0; Qty: ; Refill: 0 (Active)
- ◆ Spironolactone 25 MG Oral Tablet; ; Days: 0; Qty: ; Refill: 0 (Active)
- ◆ Bystolic 10 MG Oral Tablet; ; Days: 0; Qty: ; Refill: 0 (Active)
- ◆ ZyrTEC Childrens Allergy 10 MG Oral Tablet Chewable; ; Days: 0; Qty: ; Refill: 0 (Active)
- ◆ TraMADol HCl 50 MG Oral Tablet; ; Days: 0; Qty: ; Refill: 0 (Active)
- ◆ ProAir HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution; ; Days: 25; Qty: 8; Refill: 0 (Active)

- ◆ Intervertebral Disc Degeneration (Active)
- ◆ Lower Back Pain (Active)
- ◆ Somatic Dysfunction Of Rib Cage (Active)
- ◆ Somatic Dysfunction Of Pelvic Region (Active)
- ◆ Somatic Dysfunction Of Lumbar Region (Active)
- ◆ Somatic Dysfunction Of Thoracic Region (Active)
- ◆ Asthma (Active)
- ◆ Benign Essential Hypertension (Active)
- ◆ Esophageal Reflux (Active)

- ◆ OxyCODONE HCl CAPS; Reactions: Itching (Active)

- ◆ KATTINE,ALBERT 03/17/2014 2:45:00 PM
- ◆ LAB MMC,LAB 09/02/2014 1:10:00 PM
- ◆ COTE,NICHOLAS 09/08/2014 10:45:00 AM

Ambulatory Health      NICHOLAS COTE , D.O.
Care Facilities         1272 Garrison Drive
                     Murfreesboro, TN 37129
                     (615)893-4480 (Work phone)

| | | | |
|---|---|---|---|
| | SUMMARIZATION OF EPISODE NOTE | **Encounter** | March 6, 2014 09:30+0000 |
| **From** | Enterprise EHR 11.203.4482.15631; Transform 3.2.0.23 | **Site** | Murfreesboro Medical Clinic and SurgiCenter 1272 Garrison Drive Murfreesboro, TN 37129 (615)893-4480 (Work phone) |
| **Created** | March 6, 2014 10:25-0600 | **By** | NICHOLAS COTE , D.O. |

2 of 2

DCN: 140319086633 PAGE: 039 SEQUENCE: SWF0319201404074001



# Fax Message

---

**To:**      scanning

**Fax:**     8666671987

**From:**    Amor, Maribel


**Date:**     3/19/2014 12:13 PM
**Pages:**    1 of 10 (including this page)
**Subject:**   paystubs

---

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

DCN: 140319073533 PAGE: 001 SEQUENCE: SWF0319201403055001

Claim 9452367

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph: 954-693-2140*
*Fax: 860-907-4494*
*E-mail: AmorM@Aetna.com*

Highly Confidential Payroll Information    Chad Fiebig    3/19/2014 12:12 PM



3/19/2014 12:13 PM

AETNA -> 18666671987

DCN: 140319073533 PAGE: 005 SEQUENCE: SWF031920140305001



AETNA -> 18666671987

DCN: 140319073533 PAGE: 007 SEQUENCE: 5WF031920140355001

Highly Confidential Payroll Information   Chad Fiebig   3/19/2014 12:12 PM



Highly Confidential Payroll Information     Chad Fiebig     3/19/2014 12:12 PM



| Taxes | Tax Current Amount | Tax Ytd Amount |
|---|---|---|
| Federal Income Tax | | 4,734.39 |
| Social Security (FICA) | 80.35 | 4,026.66 |
| Federal Medicare | 18.79 | 941.72 |
| Total | 99.14 | 9,702.77 |

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 723-8117

ADP National Account Services

| Employee | Id | Social Security | Status | Exemptions / Allowances |  |
|---|---|---|---|---|---|
| ARTHUR C. DAVIS | 00900600 | REDACTED | US-S TN-N | US-Exempt TN-Exempt: | D2 |

| Code | Paygrou) | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| GMLP-DEL | | | | 06/22/98 | 11/25/13 | 12/08/13 | 12/20/13 |

| After-tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| 401(k) Loan 1 | | 34.86 |
| 401(k) Loan 2 | 186.99 | 2,833.74 |
| LTD | 2.17 | 56.42 |
| Supplements- Life Insurance | 4.08 | 186.08 |
| Group Term Life>$50,000 Offse | | 31.29 |
| Healthy Lifestyle Discoun: | -32.50 | -422.50 |
| Roth 401(k) Savings-After Tax | | 39.90 |
| Total | 82.74 | 2,679.88 |

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 723-8117

ADP National Account Services

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| ARTHUR C. DAVIS | 00900600 | REDACTED | US-S TN-N | US-4/0 TN-Exempt | D2745545 |

# Highly Confidential Payroll Information      Chad Fiebig      3/19/2014 12:12 PM

| Code | Paygroup | | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|------|----------|--|--|----------|------------|-----------|--------------|------------|----------|
| DMLP-DEL | 1 | | | | | 05/22/06 | 09/21/13 | 10/04/13 | 10/11/13 |
| Earnings | | Rate Of Pay | Check Hours | Current Amount | Ytd Amount | Net Pay | | 1,175.91 | |
| Salary Non Exempt | | | -8.00 | 1,536.53 | 29,972.98 | Direct Deposit Accounts | | | Amount |
| Overtime | | 9.7557 | 3.75 | 36.58 | | Savings | | | 100.00 |
| Overtime | | 10.2846 | 1.50 | 15.43 | 1,588.57 | Checking | | | 1,075.91 |
| Vacation Pay | | 21.3406 | 8.00 | 170.72 | 2,123.36 | Memo Entries | | Current | Year To Date |
| Holiday Pay | | | | | 1,707.22 | Salary NE Reg Hours - Memo | | 80.00 | 1,543.25 |
| PBA | | | | | 1,536.51 | | | | |
| Bereavement Pay | | | | | 512.17 | | | | |
| Commissions | | | | | 13,186.27 | | | | |
| Contests | | | | | 25.00 | | | | |
| On the Spot Award | | | | | 25.00 | | | | |
| SPIF | | | | | 6,486.00 | | | | |
| Group Term Life > $50,000 | | | | 1.49 | 31.29 | | | | |
| Commission Premium-Q | | | | | 688.01 | | | | |
| Total Gross | | | | 1,760.75 | 57,882.38 | | | | |
| Pretax Deductions | | | | Current Amount | Ytd Amount | | | | |
| Pretax Medical Plan | | | | 63.93 | 511.44 | | | | |
| Pretax Dental Plan | | | | 6.04 | 48.32 | | | | |
| Pretax Vision Plan | | | | 1.34 | 10.72 | | | | |
| Health Care Spending Account | | | | 96.15 | 2,019.15 | | | | |
| 401(k) Savings Plan | | | | 87.96 | 3,215.95 | | | | |
| Total | | | | 255.42 | 5,805.58 | | | | |
| W2 Gross | | | | 1,505.33 | 52,076.80 | | | | |
| Taxes | | | | Tax Current Amount | Tax Ytd Amount | | | | |
| Federal Income Tax | | | | 105.72 | 3,907.15 | | | | |
| Social Security (FICA) | | | | 98.78 | 3,428.15 | | | | |
| Federal Medicare | | | | 23.10 | 801.74 | | | | |
| Total | | | | 227.60 | 8,137.04 | | | | |
| After-tax Deductions | | | | Current Amount | Ytd Amount | | | | |
| 401(k) Loan 1 | | | | | 34.93 | | | | |
| 401(k) Loan 2 | | | | 108.99 | 2,288.79 | | | | |
| LTD | | | | 2.17 | 45.57 | | | | |
| Supplemental Life Insurance | | | | 4.08 | 85.68 | | | | |
| Group Term Life>$50,000 Offse | | | | 1.49 | 31.29 | | | | |
| Healthy Lifestyle Discount | | | | -32.50 | -260.00 | | | | |
| Roth 401(k) Savings-After Tax | | | | 17.59 | 17.59 | | | | |
| Total | | | | 101.82 | 2,243.85 | | | | |

| Employee | | Id | Social Security | | Status | Exemptions / Allowances | | Number |
|----------|--|----|-----------------|--|--------|-------------------------|--|--------|
| ARTHUR C. DAVIS | | 00900600 | REDACTED | | US-S TN-N | US-4/0 TN-Exempt | | D2725511 |

| Code | Paygroup | | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|------|----------|--|--|----------|------------|-----------|--------------|------------|----------|
| DMLP-DEL | 1 | | | | | 05/22/06 | 09/07/13 | 09/20/13 | 09/27/13 |
| Earnings | | Rate Of Pay | Check Hours | Current Amount | Ytd Amount | Net Pay | | 1,944.92 | |
| Salary Non Exempt | | | -12.00 | 1,451.17 | 28,436.45 | Direct Deposit Accounts | | | Amount |
| Overtime | | 9.3292 | 5.75 | 53.64 | 1,536.56 | Savings - X REDACTED | | | 100.00 |
| Vacation Pay | | 21.3406 | 8.00 | 170.72 | 1,952.64 | Checking - X | | | 1,844.92 |

AETNA -> 18666671987

3/19/2014 12:13 PM

DCN: 140319073533 PAGE: 013 SEQUENCE: SWF03192014030551001

# Highly Confidential Payroll Information   Chad Fiebig   3/19/2014 12:12 PM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Holiday Pay | | | | 1,707.22 | Memo Entries | | Current | Year To Date |
| PBA | 21.3406 | 4.00 | 85.36 | 1,536.51 | Salary NE Reg Hours - Memo | | 76.75 | 1,463.25 |
| Bereavement Pay | | | | 512.17 | | | | |
| Commissions | | | 1,188.98 | 13,186.27 | | | | |
| Contests | | | | 25.00 | | | | |
| On the Spot Award | | | | 25.00 | | | | |
| SPIF | | | | 6,486.00 | | | | |
| Group Term Life > $50,000 | | | 1.49 | 29.80 | | | | |
| Commission Premium-Q | | | | 688.01 | | | | |
| Total Gross | | | 2,951.36 | 56,121.63 | | | | |

| Pre tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| Pretax Medical Plan | 63.93 | 447.51 |
| Pretax Dental Plan | 6.04 | 42.28 |
| Pretax Vision Plan | 1.34 | 9.38 |
| Health Care Spending Account | 96.15 | 1,923.00 |
| 401(k) Savings Plan | 147.49 | 3,127.99 |
| Total | 314.95 | 5,550.16 |
| W2 Gross | 2,636.41 | 50,571.47 |

| Taxes | Tax Current Amount | Tax Ytd Amount |
|---|---|---|
| Federal Income Tax | 394.29 | 3,801.43 |
| Social Security (FICA) | 172.61 | 3,329.37 |
| Federal Medicare | 40.36 | 778.64 |
| Total | 607.26 | 7,909.44 |

| After-tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| 401(k) Loan 1 | | 34.93 |
| 401(k) Loan 2 | 108.99 | 2,179.80 |
| LTD | 2.17 | 43.40 |
| Supplemental Life Insurance | 4.08 | 81.60 |
| Group Term Life>$50,000 Offse | 1.49 | 29.80 |
| Healthy Lifestyle Discount | -32.50 | -227.50 |
| Total | 84.23 | 2,142.03 |

| Employee | | Id | Social Security | Status | | Exemptions / Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| ARTHUR C. DAVIS | | 00900600 | REDACTED | US-S TN-N | | US-4/0 TN-Exempt | | D2702364 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| DMLP-DEL | 1 | | | | 05/22/06 | 08/24/13 | 09/06/13 | 09/13/13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Earnings | Rate Of Pay | Check Hours | Current Amount | Ytd Amount | Net Pay | | 1,190.13 |
| Salary Non Exempt | | -8.00 | 1,536.53 | 26,985.28 | | | |
| Overtime | 9.4847 | 5.00 | 47.42 | 1,482.92 | Direct Deposit Accounts | | Amount |
| Vacation Pay | | | | 1,781.92 | Savings - REDACTED | | 100.00 |
| Holiday Pay | 21.3406 | 8.00 | 170.72 | 1,707.22 | Checking - | | 1,090.13 |
| PBA | | | | 1,451.15 | Memo Entries | Current | Year To Date |
| Bereavement Pay | | | | 512.17 | Salary NE Reg Hours - Memo | 79.25 | 1,386.50 |
| Commissions | | | | 11,997.29 | | | |
| Contests | | | | 25.00 | | | |
| On the Spot Award | | | | 25.00 | | | |
| SPIF | | | | 6,486.00 | | | |
| Group Term Life > $50,000 | | | 1.49 | 28.31 | | | |
| Commission Premium-Q | | | | 549.53 | | | |
| Total Gross | | | 1,756.16 | 53,031.79 | | | |
| Pretax Deductions | | | Current Amount | Ytd Amount | | | |

AETNA -> 18666671987

3/19/2014 12:13 PM

DCN : 140319073533 PAGE: 015 SEQUENCE: SWF0319201403055001

AETNA -> 18666671987     3/19/2014 12:13 PM

# Highly Confidential Payroll Information     Chad Fiebig     3/19/2014 12:12 PM

| | Current | Ytd Amount |
|---|---|---|
| Pretax Medical Plan | 63.93 | 383.58 |
| Pretax Dental Plan | 6.04 | 36.24 |
| Pretax Vision Plan | 1.34 | 8.04 |
| Health Care Spending Account | 96.15 | 1,826.85 |
| 401(k) Savings Plan | 87.73 | 2,973.58 |
| Total | 255.19 | 5,228.29 |
| W2 Gross | 1,500.97 | 47,803.50 |

| Taxes | Tax Current Amount | Tax Ytd Amount |
|---|---|---|
| Federal Income Tax | 105.07 | 3,407.14 |
| Social Security (FICA) | 98.50 | 3,148.18 |
| Federal Medicare | 23.04 | 736.27 |
| Total | 226.61 | 7,291.59 |

| After-tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| 401(k) Loan 1 | | 34.93 |
| 401(k) Loan 2 | 108.99 | 2,070.81 |
| LTD | 2.17 | 41.23 |
| Supplemental Life Insurance | 4.08 | 77.52 |
| Group Term Life>$50,000 Offse | 1.49 | 28.31 |
| Healthy Lifestyle Discount | -32.50 | -195.00 |
| Total | 84.23 | 2,057.80 |

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| ARTHUR C. DAVIS | 00900600 | REDACTED | US-S TN-N | US-4/0 TN-Exempt | D2677038 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| DMLP-DEL | 1 | | | | 05/22/06 | 08/10/13 | 08/23/13 | 08/30/13 |

| Earnings | Rate Of Pay | Check Hours | Current Amount | Ytd Amount | | | Net Pay | 1,237.95 |
|---|---|---|---|---|---|---|---|---|
| Salary Non Exempt | | -12.00 | 1,451.16 | 25,448.75 | | | | |
| Overtime | 8.5363 | 10.00 | 85.36 | | Direct Deposit Accounts | | | Amount |
| Overtime | 9.9839 | 2.75 | 27.46 | 1,435.50 | Savings - REDACTED | | | 100.00 |
| Vacation Pay | | | | 1,781.92 | Checking - REDACTED | | | 1,137.95 |
| Holiday Pay | | | | 1,536.50 | Memo Entries | | Current | Year To Date |
| PBA | 21.3406 | 12.00 | 256.09 | 1,451.15 | Salary NE Reg Hours - Memo | | 80.00 | 1,307.25 |
| Bereavement Pay | | | | 512.17 | | | | |
| Commissions | | | | 10,563.02 | | | | |
| Contests | | | | 25.00 | | | | |
| On the Spot Award | | | | 25.00 | | | | |
| SPIF | | | | 6,486.00 | | | | |
| Group Term Life > $50,000 | | | 1.49 | 26.82 | | | | |
| Commission Premium-Q | | | | 549.53 | | | | |
| Total Gross | | | 1,821.56 | 49,841.36 | | | | |

| Pre-tax Deductions | | | Current Amount | Ytd Amount |
|---|---|---|---|---|
| Pretax Medical Plan | | | 63.93 | 319.65 |
| Pretax Dental Plan | | | 6.04 | 30.20 |
| Pretax Vision Plan | | | 1.34 | 6.70 |
| Health Care Spending Account | | | 96.15 | 1,730.70 |
| 401(k) Savings Plan | | | 91.00 | 2,814.14 |
| Total | | | 258.46 | 4,901.39 |
| W2 Gross | | | 1,563.10 | 44,939.97 |

| Taxes | | | Tax Current Amount | Tax Ytd Amount |
|---|---|---|---|---|
| Federal Income Tax | | | 114.39 | 2,961.43 |
| Social Security (FICA) | | | 102.55 | 2,960.75 |

DCN: 140319073533 PAGE: 017 SEQUENCE: SWF031920140305S001

Highly Confidential Payroll Information    Chad Fiebig    3/19/2014 12:12 PM

| Federal Medicare | 23.98 | 692.43 |
| Total | 240.92 | 6,614.61 |
| After Tax Deductions | Current Amount | Ytd Amount |
| 401(k) Loan 1 | | 34.93 |
| 401(k) Loan 2 | 108.99 | 1,961.82 |
| LTD | 2.17 | 39.06 |
| Supplemental Life Insurance | 4.08 | 73.44 |
| Group Term Life>$50,000 Offse | 1.49 | 26.82 |
| Healthy Lifestyle Discount | -32.50 | -162.50 |
| Total | 84.23 | 1,973.57 |

3/19/2014 12:13 PM

AETNA -> 18666671987

DCN: 140319073533 PAGE: 019 SEQUENCE: SWF031920140305S001



# Fax Message

**To:**      Scanning

**Fax:**      8666671987

**From:**      Amor, Maribel

**Date:**      3/19/2014 12:10 PM
**Pages:**      1 of 3 (including this page)
**Subject:**      payroll information

<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph: 954-693-2140*
*Fax: 860-907-4494*
*E-mail: AmorM@Aetna.com*

## Amor, Maribel

| | |
|---|---|
| **From:** | Chad_Fiebig@Dell.com |
| **Sent:** | Wednesday, March 19, 2014 12:06 PM |
| **To:** | Amor, Maribel |
| **Subject:** | RE: Payroll needed |
| **Attachments:** | davis.docx |

**Dell - Internal Use - Confidential**

| Rate Code | Seq | Comp Rate | Currency | Frequency |
|---|---|---|---|---|
| 1 BASEA | 0 | 44,388.490000 USD | | A |
| 2 STIA | 1 | 19,023.640000 USD | | A |

**From:** Amor, Maribel [mailto:AmorM@aetna.com]
**Sent:** Tuesday, March 18, 2014 3:07 PM
**To:** Fiebig, Chad
**Subject:** Payroll needed

Arthur Davis
Claim 9452367
ID 900600
Dell Inc

Chad,

Please provide me with the following:
1. 1st and last paystub for 2012
2. 1st pay stub for 2013
3. The last four (4) paystubs as of 10/08/2013
4. The base salary as of 10/08/2013, and the commissions as of 10/08/2013
5.
Thank you!   Maribel

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*
This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

1



PO Box 14560
Lexington, KY 40512-4560
800-354-1779

---

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Dr. Murfreesboro Results Physiotherapy | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 03/18/2014 |
| Fax Number: 615-896-6825 | CLAIM NUMBER: |
|  | 9452367 |
| Phone number: | Sender's Phone Number: |
|  | 800-354-1779 |
|  | Sender's FAX Number: |
|  | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS | Total No. of Pages Including Cover: |
| Date of Birth: REDACTED |  |

Urgent     For Review     Please Comment     xx Please Reply     Please Recycle

Please send me the progress notes and evaluations for March 2014. Mr. Davis is being evaluated to receive LTD benefits.   Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 713 of 1151 PageID #: 757



**results**
PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6366
Fax: (615) 896-6825

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Mar 06, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 19 |
| Cxl/Ns: | 1 |
| Employer: | DELL |
| Insured: | |

# Daily Note

**Diagnoses**   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Pt with continued high subjective c/o pain. Kept repeating how things have all gone "down hill" after forgetting to take his Tylenol the other day.**

· **Client Knowledge/Awareness of:**
  • Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
  • Score 48

## Objective Examination

**Observations:**
  • Pt able to sit 15 minutes before position changed required secondary to pain.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion(increased pain) | 100% |
| • Side Bending Left | 100% |
| • Side Bending Right | 100% |

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion | 100% |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
  • Machines/Free Weights 1                    Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
  • Closed Kinetic Chain 1                    Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
  • Lumbosacral Spine(This visit)                    Did Not Perform: This visit

---

Document ID: 0070090B.023
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2


results
PHYSIOTHERAPY

Visit Date:    **Mar 06, 2014**

---

• Vertebral Jt Seg Mobilzation 1

Time Elapsed; 4 Minutes, Grade: 4, Body Position: supine, Additional Detail: bilat, Pressure: Oscillatory, Technique 1: light long axis lumbar distraction, Charge As: Manual Therapy Techniques, Billing Code: 97140.

• Vertebral Jt Seg Mobilzation 2(This visit)

Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM

Time Elapsed: 6 Minutes, Tx Depth: Superficial, Technique: Strumming, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Manual Interventions: Taping To Stabilize/Align:**
• Strapping Activity 1(This visit)

Did Not Perform: This visit

**Modalities:**
• Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Timed Code Total Time:**
• 55 Minutes

# Assessment

**Pt functionally able to perform all there-ex with correct technique. Continues to have high subjective c/o pain. Pt returning to MD today for follow up.**

# Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

Electronically authenticated.

_____

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 06, 2014 09:28:34

DCN: 140319071601 PAGE: 005 SEQUENCE: SWF0319201402842001

**Results Physiotherapy**
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| **Patient:** | **ARTHUR DAVIS** |
| Acct #: | 12496 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Mar 10, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 20 |
| Cxl/Ns: | 2 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 48

## Objective Examination

**Observations:**
• Pt able to sit 15 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
• Machines/Free Weights 1    Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
• Closed Kinetic Chain 1    Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
• Lumbosacral Spine(This visit)    Did Not Perform: This visit
• Vertebral Jt Seg Mobilzation 1(This visit)    Did Not Perform: This visit
• Vertebral Jt Seg Mobilzation 2(This visit)    Did Not Perform: This visit
**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM(This visit)    Did Not Perform: This visit

---

Document ID: 0070090B.025          Status: Signed off (secure electronic signature)          Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

**Manual Interventions: Taping To Stabilize/Align:**
• Strapping Activity 1(This visit)                     Did Not Perform: This visit
**Modalities:**
• Electric Stim, Unattended(This visit)                Did Not Perform: This visit
**Timed Code Total Time:**
• 45 Minutes

# Assessment

Pt able to complete all high level functional there-ex with no movement substitutions. Pt with continued high subjective c/o pain.

# Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.


Electronically authenticated.

———————————————————
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 10, 2014 12:21:10

DCN: 140319071601 PAGE: 009 SEQUENCE: SWF0319201402842001



Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

results
PHYSIOTHERAPY

| | | | | |
|---|---|---|---|---|
| **Patient:** | **ARTHUR DAVIS** | | | |
| Acct #: | 124961 | | | |
| DOB: | REDACTED | | Note Date: | **Mar 04, 2014** |
| Physician: | Nicholas Cote DO | | Phys Phone: | (615) 867-8010 |
| Phys Fax: | (615) 867-7945 | | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | | Inj. Date: | Jan 20, 2014 |
| Clinician: | Lakota C. Hillis | | Surg. Date: | |
| FSC: | Commercial Insurance | | Visits: | 18 |
| Case Mgr: | | | Cxl/Ns: | 1 |
| Payor: | AETNA | | Employer: | DELL |
| Pol/Claim#: | | | Insured: | |

# Progress Note

## Diagnoses  Spine

| | | |
|---|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 0/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 48

## Objective Examination

**Observations:**
- Pt able to sit 10 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | **Left** | **Right** |
|---|---|---|
| Guarding: | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | **Jan 20, 2014** | **Mar 04, 2014** |
| • Extension | 50% | 100% |
| • Flexion(increased pain) | 75% | 100% |
| • Side Bending Left | 75% | 100% |
| • Side Bending Right | 75% | 100% |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | **Mar 04, 2014** |
| • Extension | | 100% |
| • Flexion | | 100% |

## Assessment

Pt appeared to be progressing well towards goals overall but has started to have high subjective c/o pain. He continues to be able to complete there-ex with correct technique.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

---

DCN: 140319071601 PAGE: 011 SEQUENCE: SWF031920140284 2001

**Patient:**   **ARTHUR DAVIS**
Acct #:    124961

Note Date:   **Mar 04, 2014**

results
PHYSIOTHERAPY

| Therapy Referral | I have read the above report and request that my patient: |
| --- | --- |

☐  Continue with treatment program as indicated above.
☐  Continue treatment program for ___ days/week for ___ weeks.
☐  Revise treatment program as indicated: _____
☐  Progress to a home exercise program.
☐  Be discharged.
☐  Other: _____

Electronically authenticated.

**Please sign
and return**

_____

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 04, 2014 13:19:11

**Nicholas Cote DO**                    **Date**

DCN: 140319071601 PAGE: 013 SEQUENCE: SWF0319201402842001



| | | | |
|---|---|---|---|
| Results Physiotherapy | **Patient:** ARTHUR DAVIS | | |
| 520 Highland Terrace, Suite A | Acct #: 124961 | **Visit Date:** | **Mar 04, 2014** |
| Murfreesboro, TN USA | DOB: REDACTED | Phys Phone: | (615) 867-8010 |
| 37130-2496 | Physician: Nicholas Cote DO | SSN: | XXX-XX-XXXX |
| Phone: (615) 896-6866 | Phys Fax: (615) 867-7945 | Inj. Date: | Jan 20, 2014 |
| Fax: (615) 896-6825 | Physician: Not Specified | Surg. Date: | |
| | Clinician: Lakota C. Hillis | Visits: | 18 |
| | PSC: Commercial Insurance | Cxl/Ns: | 1 |
| | Case Mgr: | Employer: | DELL |
| | Payor: AETNA | Insured: | |
| | Pol/Claim#: | | |

# Daily Note

## Diagnoses   Spine

7242    LUMBAGO
7197    DIFFICULTY IN WALKING

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 0/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 48

## Objective Examination

**Observations:**
- Pt able to sit 10 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1      Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1      Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit)      Did Not Perform: This visit

---

DCN: 140319071601 PAGE: 015 SEQUENCE: SWF0319201402842001


---

- Vertebral Jt Seg Mobilzation 1

Time Elapsed: 10 Minutes, Grade: 4, Body Position: supine, Additional Detail: bilat, Pressure: Oscillatory, Technique 1: light long axis lumbar distraction, Charge As: Manual Therapy Techniques, Billing Code: 97140.

- Vertebral Jt Seg Mobilzation 2(This visit)    Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)                 Did Not Perform: This visit

**Manual Interventions: Taping To Stabilize/Align:**
- Strapping Activity 1(This visit)               Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended

Time Elapsed: 12 Minutes, Location: lumbar, Performed With: moist heat, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Timed Code Total Time:**
- 55 Minutes

## Assessment

Pt able to complete there-ex with correct technique but with continued high subjective c/o pain.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

_____

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 04, 2014 13:17:42

DCN: 140319071601 PAGE: 017 SEQUENCE: SWF0319201402842001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

results
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Mar 11, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 21 |
| Cxl/Ns: | 2 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Client Knowledge/Awareness of:**
· Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
· Score 48

## Objective Examination

**Observations:**
· Pt able to sit 15 minutes before position changed required secondary to pain.

| | Left | Right |
|---|---|---|
| **Palpation: Lumbosacral Region: Musculature, Posterior:** | | |
| **Guarding:** | | |
| · Gluteus Maximus | Mild | Mild |
| · Piriformis | Mild | Mild |
| · Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| · Extension | 100% | |
| · Flexion(increased pain) | 100% | |
| · Side Bending Left | 100% | |
| · Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| · Extension | 100% | |
| · Flexion | 100% | |

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| · Therapeutic Activities | 97530 | 2 | 25 |
| · Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
· Machines/Free Weights 1       Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
· Closed Kinetic Chain 1       Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
· Lumbosacral Spine(This visit)       Did Not Perform: This visit
· Vertebral Jt Seg Mobilzation 1(This visit)       Did Not Perform: This visit
· Vertebral Jt Seg Mobilzation 2(This visit)       Did Not Perform: This visit
**Manual Interventions: Lower Quarter Soft Tissue:**
· Thoracolumbar PVM(This visit)       Did Not Perform: This visit

---

Document ID: 0070090B.026
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2


results
PHYSIOTHERAPY

Visit Date:    **Mar 11, 2014**

---

**Manual Interventions: Taping To Stabilize/Align:**
• Strapping Activity 1(This visit)                    Did Not Perform: This visit
**Modalities:**
• Electric Stim, Unattended(This visit)              Did Not Perform: This visit
**Timed Code Total Time:**
• 45 Minutes

# Assessment

**Pt functionally able to perform all there-ex with no compensation strategies. Pt requested to increase reps and resistance on there-ex. Continued high subjective C/O pain.**

# Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.


Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 11, 2014 12:47:03

DCN: 140319071601 PAGE: 021 SEQUENCE: SWF0319201402842001



| | | | | |
|---|---|---|---|---|
| Results Physiotherapy | **Patient:** | ARTHUR DAVIS | Visit Date: | **Mar 13, 2014** |
| 520 Highland Terrace, Suite A | Acct #: | 124961 | Phys Phone: | (615) 867-8010 |
| Murfreesboro, TN USA | DOB: | REDACTED | SSN: | XXX-XX-XXXX |
| 37130-2496 | Physician: | Nicholas Cote DO | Inj. Date: | Jan 20, 2014 |
| Phone: (615) 896-6866 | Phys Fax: | (615) 867-7945 | Surg. Date: | |
| Fax: (615) 896-6825 | Physician: | Not Specified | Visits: | 22 |
| | Clinician: | Lakota C. Hillis | Cxl/Ns: | 2 |
| | FSC: | Commercial Insurance | | |
| | Case Mgr: | | | |
| | Payor: | AETNA | Employer: | DELL |
| | Pol/Claim#: | | Insured: | |

# Daily Note

**Diagnoses**  Spine      7242    LUMBAGO
                           7197    DIFFICULTY IN WALKING

## Subjective Examination

**Pt states he is having a lot of pain still.**
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 48

## Objective Examination

**Observations:**
• Pt able to sit 15 minutes before position changed required secondary to pain.  Gross Movements:      Subjective c/o pain higher than
  objective findings. Pt able to complete all there-ex and there-act with correct technique/no compensations but required 2 attempts for
  supine to sit transitions with therapist standing next to plinth.

| **Palpation: Lumbosacral Region: Musculature, Posterior:** | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
• Machines/Free Weights 1            Time Elapsed: 20 Minutes, Description: see exercise log, Charge As:
                                     Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
• Closed Kinetic Chain 1             Time Elapsed: 25 Minutes, Description: see exercise log, Charge As:
                                     Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
• Lumbosacral Spine(This visit)          Did Not Perform: This visit
• Vertebral Jt Seg Mobilzation 1(This visit)   Did Not Perform: This visit

---

Document ID: 0070090B.027          Status: Signed off (secure electronic signature)          Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT



results
Physiotherapy

| | |
|---|---|
| • Vertebral Jt Seg Mobilzation 2(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Lower Quarter Soft Tissue:** | |
| • Thoracolumbar PVM(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Taping To Stabilize/Align:** | |
| • Strapping Activity 1(This visit) | Did Not Perform: This visit |
| **Modalities:** | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit |

**Timed Code Total Time:**
• 45 Minutes

# Assessment

**Pt able to demonstrate correct technique. High subjective c/o pain.**
**Treatment Emphasis to focus on: Maximizing function related to:**
• ADL's. Work performance.

# Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

Electronically authenticated.

―――――――――――――――――
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 13, 2014 13:37:01

DCN: 140319071601 PAGE: 025 SEQUENCE: SWF0319201402842001

results PHYSIOTHERAPY

| Results Physiotherapy | | |
|---|---|---|
| Results Physiotherapy | **Patient:** ARTHUR DAVIS | |
| 520 Highland Terrace, Suite A | Acct #: 124961 | |
| Murfreesboro, TN USA | DOB: REDACTED | |
| 37130-2496 | Physician: Nicholas Cote DO | |
| Phone: (615) 896-6866 | Phys Fax: (615) 867-7945 | |
| Fax: (615) 896-6825 | Physician: Not Specified | |
|  | Clinician: Lakota C. Hillis | |
|  | FSC: Commercial Insurance | |
|  | Case Mgr: | |
|  | Payor: AETNA | |
|  | Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Mar 17, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 23 |
| Cxl/Ns: | 2 |
| Employer: DELL | |
| Insured: | |

# Daily Note

## Diagnoses  Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Pt reports "burning sensation" on bottoms of his feet with continued c/o pain in his low back.**
**Client Knowledge/Awareness of:**
 • Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
 • Score 48

## Objective Examination

**Observations:**
 • Pt able to sit 15 minutes before position changed required secondary to pain.

| **Palpation: Lumbosacral Region: Musculature, Posterior:** | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

**Reflex/Sensory Integrity:**
 • Dermatomal Sensation: Intact and Equal Bilaterally. (Lower Extremity). Neurology intact to strength and sensation testing in bilat LE.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
 • Machines/Free Weights 1 — Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
 • Closed Kinetic Chain 1 — Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
 • Lumbosacral Spine(This visit) — Did Not Perform: This visit
 • Vertebral Jt Seg Mobilzation 1(This visit) — Did Not Perform: This visit

---

Document ID: 0070090B.028
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2



results
PHYSIOTHERAPY

---

- Vertebral Jt Seg Mobilzation 2(This visit)          Did Not Perform: This visit
**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)                       Did Not Perform: This visit
**Manual Interventions: Taping To Stabilize/Align:**
- Strapping Activity 1(This visit)                    Did Not Perform: This visit
**Modalities:**
- Electric Stim, Unattended(This visit)               Did Not Perform: This visit
**Timed Code Total Time:**
- 45 Minutes

## Assessment

Pt with continued high subjective c/o pain but is able to perform all there-ex with correct technique and no substitutions.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.


Electronically authenticated.

—————————————————
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Mar 17, 2014 12:09:51

---

DCN: 140319071601 PAGE: 029 SEQUENCE: SWF031920142842001



# Fax Message

_____

**To:**      Scanning

**Fax:**     8666671987

**From:**    Amor, Maribel


**Date:**    3/18/2014 4:19 PM
**Pages:**   1 of 3 (including this page)
**Subject:** Praxis Referral

_____




<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Claim number  9452367

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*

# PRAXIS REFERRAL

Date:  03/18/2014

Requested by:  Maribel Amor

Claimant Name: Arthur Davis

SSN: **REDACTED**

System: WKAB

WKAB Claim Number: 9452367

Policy Holder Name: Dell Inc

Claimants Address: **REDACTED** Murfreesboro, TN   37128

Date Of Birth: **REDACTED**

Date of Disability:  10/09/2013

Date of Injury: 09/17/2013, MVA

LTD Benefit Start Date:  04/07/2014
LTD Minimum Benefit:  100 or 10% of the GMB

STD Benefit Start Date (check cutting only): N/A

Gross LTD Benefit Less Other Income Offsets = Net LTD Benefit:  $3,170.61 GMB, net benefit $3,170.61 no other income identified.

Description of Third Party Settlement Information: MVA

Carrier Information:  (Name, Claim Number, Adjuster's information and phone number): unknown
**David Clarke of Murfreesboro TN is representing claimant for  the back injury.**
(615) 796-6299
111 North Maple Street, Murfreesboro, TN 37130

# aetna℠

# **Fax Message**

---

**To:**      SCANNING

**Fax:**     8666671987

**From:**    Amor, Maribel


**Date:**    3/13/2014 12:28 PM
**Pages:**   1 of 7 (including this page)
**Subject:** NOTE FROM DR. GREEN/PAIN MGT.

---

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Claim 9452367

Thanks, Maribel

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*

DCN: 140313067078 PAGE: 003 SEQUENCE: SWF0313201402308001

# aetna℠

# Fax Message

| | |
|---|---|
| **To:** | Dr. Green |
| **Fax:** | 615-867-7974 |
| **From:** | Amor, Maribel |
| **Date:** | 3/7/2014 4:51 PM |
| **Pages:** | 1 of 5 (including this page) |
| **Subject:** | Request for medical evidence . |

*✳ Patient has not an evaluation with Dr. Green. 1st Appt is 4.2.14*

*Thank You*

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Maribel Amor, MST
Senior Disability Benefit Manager
Aetna Life Insurance Company
Ph:  954-693-2140
Fax:  860-907-4494
E-mail:  AmorM@Aetna.com

DCN: 140313067078 PAGE: 007 SEQUENCE: SWF0313201402308001

3/13/2014 12:28 PM

03/11/2014    09:48

AETNA -> 18666671987                    (FAX)          Page  5 of 7
P.003/005

3/7/2014 4:51 PM

AETNA  -> 16158677974                                  Page  3 of 5

 PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Dr. Brenna Green | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 03/07/2014 |
| Fax Number: 615-867-7974 | CLAIM NUMBER: |
|  | 9452367 |
| Phone number: | Sender's Phone Number: |
|  | 800-354-1779 |
|  | Sender's FAX Number: |
|  | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS Date of Birth: REDACTED | Total No. of Pages Including Cover: |
|  |  |

Urgent     For Review     Please Comment     xxPlease Reply     Please Recycle

Dear Dr. Green:

Please complete the attached form and submit to Aetna the intial evaluation. We are reviewing Mr. Davis for eligibility to receive LTD benefits. Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Attending Physician Statement

Claim Number: 9452367

# aetna

**Attending Physician Statement –
Musculoskeletal: Orthopaedic Surgery,
Spinal Surgery, Physiatry, Podiatry, Chiro**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

**1. Patient Information**

| Name | | | | Employer Name | Job Title | |
|---|---|---|---|---|---|---|
| Year of Birth | Gender ☐ F ☐ M | Smoker ☐ Yes ☐ No | Height (ft./in.) | Weight (lbs.) BMI | Blood Pressure | Date Measured |

**2. Physician Information**

| Name | Specialty |
|---|---|
| Tax I.D. Number    Telephone Number *(include area code)* | Fax Number *(include area code)* |

**3. Management Information**

| Disability Benefits Manager MARIBEL AMOR | Telephone Number *(include area code)* 800-354-1779 | Fax Number *(include area code)* 1-866-667-1987 |
|---|---|---|

**4. Treatment Information**

| First Day recommended out of Work | Initial Treatment Date | Last Appointment Date | Surgery Date |
|---|---|---|---|

Medication (Name, Dosage and Frequency)

| Hospitalized ☐ Yes ☐ No | Recent Hospitalization Admitted on ___/___/___   Discharged on ___/___/___ | Recent Surgery Date (MM/DD/YYYY) ___/___/___ |
|---|---|---|

**5. Clinical Condition**

| Diagnosis | ICD9 Code(s) | Procedure (if applicable) | CPT Code(s) |
|---|---|---|---|

| Is this condition responsible for any functional impairment? | ☐ Yes, complete Sections 6, 7, 8 and 9 ☐ No, provide a release to full duty in Section 9 |
|---|---|
| Is the condition work related? ☐ Yes ☐ No | If yes, Date of Injury / Illness ___/___/___ |

**6. Treatment Plan**

| | |
|---|---|
| Facility Name | Telephone Number *(include area code)* |
| Address (Include Zip Code) | |

**7. Objective Data that documents a functional impairment**

Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL

Diagnostic Tests (X-Rays, CT / MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL

Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL

**8. Work Restrictions**

**9. Return to Work Status**

☐ Able to return to full duty on (date): ___/___/___
☐ Able to work with restrictions.
    Can return to work on (date): ___/___/___ Work restrictions will apply until (date): ___/___/___
☐ I am unable to release this patient.
    I anticipate significant clinical improvement by date): ___/___/___ Next appointment (date): ___/___/___

**10. Signature**

| Physician's Signature | Date *(MM/DD/YYYY)* ___/___/___ |
|---|---|
| Physician Name: ___   Specialty: ___ | |
| Phone Number: ___   Fax Number: ___ | |
| Address: ___ | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. Genetic information as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68332 (7-13)

DCN: 140313067078 PAGE: 011 SEQUENCE: SWF0313201402308001

Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
|  |  |

**11. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

WKAB
GR-68332 (7-13)                                             Page 2

DCN: 140313067078 PAGE: 013 SEQUENCE: SWF0313201402308001



 **aetna** SM    8L6-667 - 1987

# Fax Message

| **To:** | Dr. Renfro |
|---|---|
| **Fax:** | 6158344722 |
| **From:** | Turner, Akinkawon |

| **Date:** | 3/5/2014 10:33 AM |
|---|---|
| **Pages:** | 1 of 8 (including this page) |
| **Subject:** | Arthur Davis REDACTED |

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Arthur Davis, Jr. | **Visit Date:** | March 11, 2014 |
| **Patient ID:** | 687103 | **Provider:** | R J. Renfro, MD |
| **Sex:** | Male | **Location:** | Harding Place |
| **Birthdate:** | REDACTED | **Location Address:** | 394 Harding Place Suite 200 |
| **Primary Care Provider:** | Tadayuki Yoneyama MD | | Nashville, TN 372113980 |
| **Referring Provider:** | Former Patient | **Location Phone:** | (615) 834-4482 |

## Chief Complaint

- right shoulder
- left knee

## History Of Present Illness

Arthur C. Davis Jr. is a 50 year old Black/African American male who presents today for

Followup of his right shoulder rotator cuff repair that is 6 weeks postop and his left knee meniscal tears. He wants to schedule his left knee surgery in approximately 4 weeks. We discussed that surgery. He is in therapy with the shoulder needs to continue that and now can and a light strengthening program. He will followup in 4 weeks.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | -- | -- |
| Degeneration of lumbar intervertebral disc | 11/07/2013 | -- |
| High blood pressure | -- | -- |
| Rotator Cuff Sprain/Tear | 10/07/2013 | -- |
| Rotator Cuff Tear, Non-Trauma | 10/07/2013 | -- |
| Sciatica | 11/02/2013 | -- |
| Sprain/Strain | 10/18/2013 | -- |
| Sprain/Strain, Lumbar | 10/18/2013 | -- |
| Tear, Medial Meniscus | 01/28/2014 | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Hernia | -- | -- |
| Joint surgery (arthroscopic or open) | 2004 | left knee |
| Sinus Surgery | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Advair Diskus Inhalation disk with device 250-50 mcg/dose | 07/19/2013 | -- |
| amlodipine Oral tablet 10 mg | 09/10/2013 | -- |
| Celebrex Oral capsule 200 mg | 07/12/2013 | -- |
| ciprofloxacin Oral tablet 500 mg | 07/11/2013 | -- |
| clotrimazole-betamethasone Topical cream 1-0.05 % | 08/13/2013 | -- |
| fluticasone Nasal spray,suspension 50 mcg/actuation | 07/19/2013 | -- |
| lisinopril-hydrochlorothiazide Oral tablet 20-25 mg | 09/23/2013 | -- |
| methylprednisolone Oral tablets,dose pack 4 mg | 09/19/2013 | -- |
| metoprolol succinate Oral tablet extended release 24 hr 50 mg | 07/31/2013 | -- |

[Digital Signature Validated]

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 739 of 1151 PageID #: 7383

| naproxen Oral tablet 500 mg | 09/27/2013 | -- |
| Neurontin oral capsule 300 mg | 12/19/2013 | 1 capsule (300 mg) by oral route every eight hours for 30 days |
| omeprazole Oral capsule,delayed release(DR/EC) 20 mg | 07/19/2013 | -- |
| potassium chloride Oral tablet extended release 10 mEq | 08/06/2013 | -- |
| prednisone Oral tablet 20 mg | 09/27/2013 | -- |
| spironolactone Oral tablet 25 mg | 08/13/2013 | -- |
| Ultram Oral tablet 50 mg | 02/26/2014 | take 1 tablet (50 mg) by oral route every 6 hours as needed for 15 days |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| codeine sulfate | -- | itching/rash | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Family history of arthritis | / Mother/ | -- |
| Family history of heart disease | / Mother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol Intake | Never | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- o **Denies** : fatigue, weight loss, weight gain

**Gastrointestinal**
- o **Denies** : heartburn, hematemesis

**Genitourinary**
- o **Denies** : dysuria

**Neurologic**
- o **Denies** : muscular weakness, incoordination, tingling or numbness, loss of balance

**Musculoskeletal**
- o **Admits** : joint pain, night pain

**Psychiatric**
- o **Denies** : depression

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2013 | 03:05 PM | | | | | | | 18 | | 236lbs 0oz | 6' 0" | 32.01 | 2.33 | | |

## Assessment

[Digital Signature Validated]

- Rotator Cuff Sprain/Tear 840.4
- Rotator Cuff Tear, Non-Trauma 727.61
- Tear, Medial Meniscus 836.0

## Plan

**Instructions**

    o This note was generated using EMR and voice recognition software and therefore may contain unedited errors.

**Disposition**

    o Continue PT

    o RTC in 4 weeks

**Electronically Signed by:** R J. Renfro, MD -Author on March 11, 2014 03:51:43 PM

[Digital Signature Validated]

DCN: 140312081966 PAGE: 009 SEQUENCE: SWF0312201403756001

68703



866-667-1987

# Fax Message

**To:**       Dr. Renfro

**Fax:**      6158344722

**From:**     Turner, Akinkawon

**Date:**     3/5/2014 10:33 AM
**Pages:**    1 of 8 (including this page)
**Subject:**  Arthur Davis REDACTED

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed
and may contain confidential and/or proprietary information. If you are not the intended
recipient or the employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution, or copying of this
communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number
above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by
federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this
information by you without the express written consent of the person to whom it pertains or as
otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or
other information is NOT sufficient for this purpose. The federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 742 of 1151 PageID #: 7286

Claim Number: 9452367

# aetna

## Capabilities and Limitations Worksheet
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name *(Last, First, Middle Initial)* | Social Security Number | Year of Birth |
|---|---|---|
| DAVIS, ARTHUR | REDACTED | |

| Gender | Job Title | Control Number |
|---|---|---|
| ☑ Male  ☐ Female | Inside Sales Manager | |

| Current Diagnosis | Medications: |
|---|---|
| Bilateral rotator cuff repairs | Oxycodone |

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☑ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☑ |
| Crawling | ☐ | ☐ | ☐ | ☑ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☑ |
| Kneeling | ☐ | ☐ | ☐ | ☑ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☑ |
| Lifting | ☐ | ☐ | ☐ | ☑ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☑ |
| Pulling | ☐ | ☐ | ☐ | ☑ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☑ |
| Pushing | ☐ | ☐ | ☐ | ☑ | Sitting ___R___L | ☐ | ☑ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☑ | Standing ___R___L | ☐ | ☑ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☑ | Stooping ___R___L | ☐ | ☑ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☑ | Walking ___R___L | ☐ | ☑ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☑ | Other _____ | ☐ | ☐ | ☐ | ☑ |
| Twisting | ☐ | ☐ | ☐ | ☑ | | | | | |

| Maximum weight patient is capable of lifting: | | | | | Approved Head and Neck Movements: | | |
|---|---|---|---|---|---|---|---|
| | O | F | C | N | | Yes | No |
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☑ | Static Position | ☐ | ☑ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☑ | Frequent Flexing | ☐ | ☑ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☑ | Frequent Rotation | ☐ | ☑ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☑ | | | |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☑ | Can the Patient operate: | | |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☑ | | Yes | No |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☑ | A Motor Vehicle | ☐ | ☑ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☑ | Hazardous Machine | ☐ | ☑ |
| | | | | | Power Tools | ☐ | ☑ |

| Limitations to: | Exposure Limitations: Yes No | | Yes No |
|---|---|---|---|
| Speaking _____ hrs. | Heat ☐ ☐ | Dust | ☐ ☐ |
| Vision (explain) _____ | Cold ☐ ☐ | Fumes | ☐ ☐ |
| Depth Perception _____ | Dampness ☐ ☐ | Chemicals | ☐ ☐ |
| Hearing (explain) _____ | Noise ☐ ☐ | Radiation | ☐ ☐ |

n/a

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐

Duration of restrictions: _____   Care Complete: Yes ☐   No ☐   Next Appointment: _____

Additional Comments: _____

_____

_____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|
| [signature] MD | 2/28/14 |

| Physician Name | Specialty |
|---|---|
| R. James Pentro Jr MD | Orthopaedics |

| Phone Number | Fax Number |
|---|---|
| 615-834-4482 | 615-834-4722 |

Address
394 Harding Place Ste 200 Nashville, TN 37211

WKAB
GC-1500-26 (7-13)

Page 1 of 2

DCN: 140312082018 PAGE: 003 SEQUENCE: SWF0312201403773001



Claim Number: 9452367

Employee Name *(Last, First Middle Initial)* Required
DAVIS, ARTHUR

## Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

Employee's Signature

Artur Cyril Davis Jr.

Date (MM/DD/YYYY)

02/11/2014

WKAB- GC-1500-26 (7-13)

Page 2 of 2



DCN: 140312082018 PAGE: 005 SEQUENCE: SWF0312201403773001

Claim Number: 9452367

# aetna

## Attending Physician Statement
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or a family member of the individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8
The Patient should also fill in their name at the top of Pages 2 and 3.

The *Patient* is responsible for completing this section and for **ensuring that their Attending Physician completes the remainder of this statement.** The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call** 800-354-1779.

(a) Control Number _____
(b) DAVIS, ARTHUR                                     REDACTED
    Patient Name (Last, First, Middle Initial)    Social Security Number    Year of Birth    Height    Weight (lbs)
(c) Patient Gender ☐ Male  ☐ Female
(d) _____
    Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes) ☐ Check if New
(e) Mailing Address, if different from Home Address _____
(f) Patient Employer Name/City/State  Dell Inc _____
(g) Patient Telephone Number _____                              ☐ Check if New
(h) Job Title/Occupation  Inside Sales Account Mgmt Iii
(i) Type of Claim: ☐ Short Term Disability  ☑ Long Term Disability  ☐ Waiver of Premium
    ☐ Long Term / Permanent Total Disability

## 2. Physician Instructions
The *Attending Physician* should complete the items below, based upon a **recent examination.** Attach additional documentation as needed.  If you have any questions, please call 800-354-1779.
**Please complete form in its entirety and fax to** 1-866-667-1987.       **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment
(a) For medical reasons, the patient will need to be absent from work due to a disability beginning
    on 10/11/13 and ending on 05/12/14 .
    (MM/DD/YYYY)                (MM/DD/YYYY)
(b) Primary Diagnosis  rotator cuff tear, left       Primary ICD Code  840.4
    Secondary Diagnosis  rotator cuff tear, right    Secondary ICD Code  840.4
    Other Diagnoses  meniscus tears, left knee       Other ICD Codes  836.0, 836.1
(c) Height  6'0"   Weight  235    Date Measured (MM/DD/YYYY)  12/19/13
(d) If Pregnancy related, delivery or expected due date   Month _____ Day _____ Year _____
    Delivery Type: ☐ Vaginal ☐ Cesarean
(e) Surgery Date  10-11-13 , 3-1-14    Month _____ Day _____ Year _____
    Primary Procedure  left rotator cuff repair    Primary CPT Code  29827
    Secondary Procedure  right rotator cuff repair  Secondary CPT Code  29827
    Other Procedures _____                 Other CPT Codes _____
(f) Medication(s)/Dose/Frequency  Percocet, Toradol, prn
    Impairment from medication effects  none
(g) Is patient still under your care for this condition? ☑ Yes  ☐ No  Date service terminated _____
                                                                              (MM/DD/YYYY)
(h) Treatment Summary  monthly follow-up, weekly physical therapy
(i) Office Visit Dates: First 10/7/13 Last 2/21/14 Next 3/1/14 Frequency of appointments monthly
    (MM/DD/YYYY)     (MM/DD/YYYY)   (MM/DD/YYYY)
(j) Was patient recently hospitalized? ☑ No ☐ Yes  Date hospitalized: Admit: _____ Discharge _____
                                                                    (MM/DD/YYYY)          (MM/DD/YYYY)
(k) Hospital Name/City/State _____

WKAB– GC-1486-26 (7-13) C R-POD


Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 745 of 1151 PageID #: 4589

Claim Number: 9452367

Patient Name (Last, First, Middle Initial)  Required
**DAVIS, ARTHUR**

### 4. History

(a) Symptoms: _Pain, decreased motion of both arms_

(b) Date symptoms first appeared or accident happened · Month _10_ Day _11_ Year _2013_

(c) Has patient ever had same or similar condition? ☑No ☐ Yes  State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment? ☑No ☐ Yes ☐ Unknown

(f) Other Treating Physicians

Name _____ Specialty _____ City _____ State ____

Name _____ Specialty _____ City _____ State ____

### 5. Abilities/Limitations

(a) **Patient is:  Place remarks in item (d) below, if applicable.**

- Competent to endorse checks and direct the use of proceeds thereof .... ☑Yes ☐ No ☐ Other/describe in (d)
- Able to work with others ............................................................. ☑Yes ☐ No ☐ Other/describe in (d)
- Able to give supervision ............................................................. ☑Yes ☐ No ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting .......................... ☑Yes ☐ No ☐ Other/describe in (d)
- Able to do?  **Select one:  Place remarks in item (d) below, if applicable.**
  - ☐ **Heavy work** activity.  No limitations of functional capacity.
  - ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☑ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.** Place remarks in item (d) below.

(b) What medical restrictions/limitations are you placing on patient? *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* _No use of bilateral upper extremities_

- <u>Number of Hours</u> patient is capable of working in a day: ☐ 12 ☐ 10 ☐ 8 ☐ 6 ☐ 4 ☐ 2 ☐ 1 Hour/Day
- <u>Number of Days</u> per week patient is able to work: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 Days/Week
- Date you prescribed restriction on work activities:  Month _____ Day _____ Year _____
- How long are these restrictions/limitations in effect? ☐ No Longer
  _____ _____ _____
  Days    Weeks   Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
  (MM/DD/YYYY)                   (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)*
_____

(d) Other/Comments _____

### 6. Current Status

(a) Patient has ☐ Improved ☐ Stabilized ☐ Regressed ☑ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
☑ No ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _yes_

### 7. Physician Information

Attending Physician's Name (Print    Degree                  Specialty
_R. James Renfro Jr MD_             _Orthopaedics_ ↔ _MD_

Address (No. Street, City, State, ZIP Code)   Telephone Number      Fax Number
_394 Harding Pl. Nashville TN 37211_  _615-834-4482_   _615-834-4722_

**Signature**                         **Date** (MM/DD/YYYY)
_[signature]_                         _2/28/14_

WKAB
GC-1486-26 (7-13) C

DCN: 140312082018 PAGE: 009 SEQUENCE: SWF0312201403773001

Claim Number: 9452367

Patient Name *(Last, First, Middle Initial)* **Required**
DAVIS, ARTHUR

### 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**WKAB**
GC-1486-26 (7-13) C

Page 3



DCN: 140312082018 PAGE: 011 SEQUENCE: SWF0312201403773001



# Fax Message

_____

**To:** scanning

**Fax:** 8666671987

**From:** Amor, Maribel


**Date:** 3/7/2014 9:23 AM
**Pages:** 1 of 4 (including this page)
**Subject:** e-mail response to claimant

_____




<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Claim 9452367

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*

## Amor, Maribel

| | |
|---|---|
| **From:** | Amor, Maribel |
| **Sent:** | Friday, March 07, 2014 9:07 AM |
| **To:** | 'Art Davis' |
| **Subject:** | RE: Response to your query |

HI Mr. Davis:

Please provide with the name, address , phone and fax for your new provider.   Thanks, Maribel

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*

**From:** Art Davis [mailto: REDACTED ]
**Sent:** Friday, March 07, 2014 9:05 AM
**To:** STD_LOA
**Cc:** Amor, Maribel
**Subject:** RE: Response to your query

Good morning it appears Dr. Cote does not do disability paperwork. I will request my medical records be faxed to you Maribe. I am going to a Pain Specialist this morning. The 6 weeks of physical therapy has not reduced the back pain.

**From:** STD_LOA@aetna.com [mailto:STD_LOA@aetna.com]
**Sent:** Thursday, March 06, 2014 12:38 PM
**To:** REDACTED
**Cc:** AmorM@Aetna.com
**Subject:** Response to your query

RE: Records needed

Dell Inc
03/06/2014

Dear Mr. Davis:

We have requested Dr. Cote's medical records and the completion of forms but we have not received a response.   Please have Dr. Cote complete the attached forms and submit all the available medical records from Dr. Cote.   Thanks, Maribe

Please let us know if we can provide additional assistance.

Thank you,

1

Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com</font
This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

2

687103



# Fax Message

| | |
|---|---|
| **To:** | Dr. Renfro |
| **Fax:** | 615-834-4722 |
| **From:** | Amor, Maribel |

**Date:** 2/26/2014 2:41 PM
**Pages:** 1 of 8 (including this page)  *6*
**Subject:** Request for medical information

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

 **aetna**®  PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Dr. Renfro | MARIBEL AMOR |
| Employer: | Date: |
| Dell Inc | 02/26/2014 |
| Fax Number: | CLAIM NUMBER: |
| 615-834-4722 | 9452367 |
| Phone number: | Sender's Phone Number: |
|  | 800-354-1779 |
|  | Sender's FAX Number: |
|  | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS Date of Birth: REDACTED | Total No. of Pages Including Cover: |
|  |  |

Urgent    For Review    Please Comment    xx Please Reply    Please Recycle

Dear Dr. Renfro:

Please complete the attached form and provide us with all the progress notes, evaluations for February 2014. Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Attending Physician Statement

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Arthur Davis, Jr. | **Visit Date:** | February 11, 2014 |
| **Patient ID:** | 687103 | **Provider:** | R J. Renfro, MD |
| **Sex:** | Male | **Location:** | Harding Place |
| **Birthdate:** | REDACTED | **Location Address:** | 394 Harding Place Suite 200 Nashville, TN 372113980 |
| **Primary Care Provider:** Tadayuki Yoneyama MD | | | |
| **Referring Provider:** Former Patient | | **Location Phone:** | (615) 834-4482 |

## Chief Complaint

- left shoulder
- right shoulder

## History Of Present Illness

Arthur C. Davis Jr. is a 50 year old Black/African American male who presents today for

Followup of his right shoulder surgery. His wounds look good. Sutures removed. We discussed the massive tear with him. He is to work on pendulum exercises and passive motion exercises and we'll see him back in 1 month.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Asthma | -- | -- |
| Degeneration of lumbar intervertebral disc | 11/07/2013 | -- |
| High blood pressure | -- | -- |
| Rotator Cuff Sprain/Tear | 10/07/2013 | -- |
| Rotator Cuff Tear, Non-Trauma | 10/07/2013 | -- |
| Sciatica | 11/02/2013 | -- |
| Sprain/Strain | 10/18/2013 | -- |
| Sprain/Strain, Lumbar | 10/18/2013 | -- |
| Tear, Medial Meniscus | 01/28/2014 | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Hernia | -- | -- |
| Joint surgery (arthroscopic or open) | 2004 | left knee |
| Sinus Surgery | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Advair Diskus Inhalation disk with device 250-50 mcg/dose | 07/19/2013 | -- |
| amlodipine Oral tablet 10 mg | 09/10/2013 | -- |
| Celebrex Oral capsule 200 mg | 07/12/2013 | -- |
| ciprofloxacin Oral tablet 500 mg | 07/11/2013 | -- |
| clotrimazole-betamethasone Topical cream 1-0.05 % | 08/13/2013 | -- |
| fluticasone Nasal spray,suspension 50 mcg/actuation | 07/19/2013 | -- |
| lisinopril-hydrochlorothiazide Oral tablet 20-25 mg | 09/23/2013 | -- |
| methylprednisolone Oral tablets,dose pack 4 mg | 09/19/2013 | -- |
| metoprolol succinate Oral tablet extended release 24 hr 50 mg | 07/31/2013 | -- |
| naproxen Oral tablet 500 mg | 09/27/2013 | -- |

[Digital Signature Validated]

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 754 of 1151 PageID #: 5498

| | | |
|---|---|---|
| Neurontin oral capsule 300 mg | 12/19/2013 | 1 capsule (300 mg) by oral route every eight hours for 30 days |
| omeprazole Oral capsule,delayed release(DR/EC) 20 mg | 07/19/2013 | -- |
| potassium chloride Oral tablet extended release 10 mEq | 08/06/2013 | -- |
| prednisone Oral tablet 20 mg | 09/27/2013 | -- |
| spironolactone Oral tablet 25 mg | 08/13/2013 | -- |
| Ultram Oral tablet 50 mg | 11/06/2013 | take 1 tablet (50 mg) by oral route every 6 hours as needed for 15 days |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| codeine sulfate | -- | itching/rash | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Family history of arthritis | / Mother/ | -- |
| Family history of heart disease | / Mother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol Intake | Never | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

## Review of Systems

**Constitutional**
  o **Denies** : fatigue, weight loss, weight gain
**Gastrointestinal**
  o **Denies** : heartburn, hematemesis
**Genitourinary**
  o **Denies** : dysuria
**Neurologic**
  o **Denies** : muscular weakness, incoordination, tingling or numbness, loss of balance
**Musculoskeletal**
  o **Admits** : joint pain, night pain
**Psychiatric**
  o **Denies** : depression

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2013 | 03:05 PM | | | | | | | 18 | | 236lbs 0oz | 6' 0" | 32.01 | 2.33 | | |

## Assessment

- Rotator Cuff Sprain/Tear 840.4
- Rotator Cuff Tear, Non-Trauma 727.61

[Digital Signature Validated]

DCN: 140227060612 PAGE: 009 SEQUENCE: SWF0227201401336001

## Plan
**Instructions**
- o This note was generated using EMR and voice recognition software and therefore may contain unedited errors.

**Disposition**
- o Instructed on home exercises
- o RTC in 4 weeks

**Electronically Signed by:** R J. Renfro, MD -Author on February 11, 2014 02:34:36 PM

[Digital Signature Validated]

DCN: 140227060612 PAGE: 011 SEQUENCE: SWF0227201401336001

Claim Number: 9452367

# aetna

**Attending Physician Statement –
Musculoskeletal: Orthopaedic Surgery,
Spinal Surgery, Physiatry, Podiatry, Chiro**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

## 1. Patient Information

| Name Arthur Davis | | Employer Name | Job Title |
|---|---|---|---|
| Year of Birth | Gender ☐F ☐M | Smoker ☐Yes ☐No | Height (ft./in.) | Weight (lbs.) | BMI | Blood Pressure | Date Measured |

## 2. Physician Information

| Name R. James Renfro Jr  M.D. | | Specialty Orthopaedics |
|---|---|---|
| Tax I.D. Number | Telephone Number *(include area code)* 615-834-4482 | Fax Number *(include area code)* 615-834-4722 |

## 3. Management Information

| Disability Benefits Manager MARIBEL AMOR | Telephone Number *(include area code)* 800-354-1779 | Fax Number *(include area code)* 1-866-667-1987 |
|---|---|---|

## 4. Treatment Information

| First Day recommended out of Work 10-11-13 | Initial Treatment Date 10-7-13 | Last Appointment Date 2-21-14 | Surgery Date 10-11-13 ; 1-31-14 |
|---|---|---|---|

Medication (Name, Dosage and Frequency)  Percocet + Toradol  PRN

| Hospitalized ☐Yes ☑No | Recent Hospitalization Admitted on ___/___/___ Discharged on ___/___/___ | Recent Surgery Date (MM/DD/YYYY) 1/31/14 |
|---|---|---|

## 5. Clinical Condition

| Diagnosis rotator cuff tears | ICD9 Code(s) 727.61 | Procedure (if applicable) RCR x 2 | CPT Code(s) 29827 |
|---|---|---|---|

Is this condition responsible for any functional impairment?  ☑ Yes, complete Sections 6, 7, 8 and 9   ☐ No, provide a release to full duty in Section 9

Is the condition work related?  ☐ Yes  ☑ No   If yes, Date of Injury / Illness ___/___/___

## 6. Treatment Plan

Surgery

| Facility Name Premier Orthopaedics Surgery Center | Telephone Number *(include area code)* 615-332-3600 |
|---|---|

Address (include Zip Code) 394 Harding Place  Nashville TN  37211

## 7. Objective Data that documents a functional impairment

Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL   ↓ ROM,

Diagnostic Tests (X-Rays, CT /MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL   MRI's reveal tears

Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL   P.T. 3-4 weeks

## 8. Work Restrictions

## 9. Return to Work Status

☐ Able to return to full duty on (date): ___/___/___

☐ Able to work with restrictions.
   Can return to work on (date): ___/___/___   Work restrictions will apply until (date): ___/___/___

☑ I am unable to release this patient.
   I anticipate significant clinical improvement by date): 5/12/14   Next appointment (date): 3/11/14

## 10. Signature

| Physician's Signature  *M. Renfro Jr  MD* | Date (MM/DD/YYYY) ___/___/___ |
|---|---|
| Physician Name: R. James Renfro Jr  MD | Specialty: Orthopaedics |
| Phone Number: | Fax Number: |
| Address: | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68332 (7-13)





PO Box 14560
Lexington, KY 40512-4560
MARIBEL AMOR
Senior LTD Claim Analyst
Phone: 800-354-1779
Fax: 1-866-667-1987

02/05/2014

ARTHUR DAVIS
**REDACTED**
MURFREESBORO TN - 37128

Group Control No:
Employer:                 Dell Inc
Employee:                 MR. ARTHUR DAVIS
Disability Claim Case No:  9452367

Dear MR. DAVIS:

Aetna Life Insurance Company ("Aetna") administers leaves of absence for Dell Inc under applicable state law and Dell Inc leave policies.

This letter concerns your disability plan with the above employer.

Our records indicate that you will soon reach the maximum number of weeks for short-term disability benefits under your plan. Please consult your Employee Booklet or Summary Plan Description to determine the maximum number of weeks that benefits are payable.

Please be sure to notify us as soon as possible if you return to work.

We are reviewing your claim to determine your eligibility for long-term disability (LTD) benefits. Certification of your short-term disability does not guarantee payment of LTD benefits. We will notify you shortly regarding the status of your LTD claim.

You previously received correspondence indicating your certified length of disability. As you may now be eligible for long-term disability benefits, we will periodically contact you for information to assess your continued disability.

At this time, we need you to complete, sign and return the forms below to Aetna within thirty (30) days from the date of this letter.

- **Aetna to Request Protected Health Information (PHI)**
  In signing this form you authorize Aetna to obtain Protected Health Information necessary to process your disability claim.
- **Other Income Questionnaire**
  This form shows types and amounts of "other income" benefits that you may now receive or may be eligible to receive. Please list all such other income benefits that you are now receiving or may be eligible to receive.
- **Authorization to Obtain Information**
  In signing this form you authorize Aetna to obtain non-medical information from any agency or institution.
- **Work History and Education Questionnaire**
  This form allows Aetna to assess your education and work history. Also, the form authorizes us to obtain and release information from past and present employers.
- **Reimbursement Agreement**
  In signing this form, you authorize Aetna to recover any overpayments resulting from a retroactive Social Security benefit or from any other income source listed on the Disability Income Questionnaire.

Claim Number: 9452367

| Form **W-4S** | **Request for Federal Income Tax Withholding From Sick Pay** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the third-party payer of your sick pay. ▶ Information about Form W-4S is available at *www.irs.gov/w4s.* | **2014** |

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| ARTHUR   C. | DAVIS   Jr. | REDACTED |

Home address (number and street or rural route)

REDACTED

City or town, state, and ZIP code

Murfreesboro , TN 37128

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See Worksheet below.)     $

Employee's signature ▶ *Arth C Dav Jr*     Date ▶ 2/26/14

---- Separate here and give the top part of this form to the payer. Keep the lower part for your records. ----

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2014 . . . . . . . . . . . | **1** | 36,000 — |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2014, you may have to reduce your itemized deductions if your income is over $305,050 and you are married filing jointly or are a qualifying widow(er); $279,650 if you are head of household; $264,200 if you are single and not head of household or a qualifying widow(er); or $152,525 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . | **2** | 6100 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | **3** | 29,900 — |
| 4 | Exemptions. Multiply $3,950 by the number of personal exemptions . . . . . . . . . | **4** | 3950 |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | **5** | 25,950 — |
| 6 | Tax. Figure your tax on line 5 by using the 2014 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2013 Form 1040, 1040A, or 1040EZ instructions . . . | **6** | 2531 25 |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **7** | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . | **8** | 2531 25 |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2014 or paid or to be paid with 2014 estimated tax payments . . . . . | **9** | -0- |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . | **10** | 2531 25 |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . | **11** | 8 |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . | **12** | 316 41 |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan in which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

| For Paperwork Reduction Act Notice, see page 2. | Cat. No. 10226E | Form **W-4S** (2014) |
|---|---|---|

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 759 of 1151 PageID 7803

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* | Employee Social Security Number |
|---|---|
| DAVIS, ARTHUR | REDACTED |

## Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| Artn C Dvy | 02/11/2014 |

WKAB
GC-1501-26 (7-13)

Page 3 of 3

0220140004



Claim Number: 9452367

# aetna

## Work History and Education Questionnaire

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

*Instructions: Please print, answer all questions, date and sign the release. Complete and sign the form using BLUE or BLACK ink.*

| 1. Employee Information | Name *(Last, First, Middle Initial)* DAVIS, ARTHUR | | Social Security Number REDACTED |
|---|---|---|---|
| | Control Number REDACTED | Year of Birth REDACTED | Gender ☑Male ☐ Female |

**2. Education**

Highest Level Achieved

Grade ☐ 1-8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ GED College ☐ 1 ☑ 2 ☐ 3 ☐ 4

Post Graduate Work

List Degrees, Majors
**Associates Degree Business Management**

List Any Additional Training

List Any Certifications or Licenses
**Armed Security License / Private Investigator**

Military Services/Training

**3. Work History**

Current Job You Are Disabled From
**Inside Sales Manager**

Date Hired *(MM/DD/YYYY)* **05/22/2006** Salary **$58,000**

Description of Your Job (e.g., Tasks/Functions Performed; Include: Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level)
**Responsible for 100 or more dedicated accounts. Solicit IT Solutions including computer equiptment and Services. Responsible for maintaining phone activity and required Quota. High stress, high Blood Pres**

List Those Duties You Now Cannot Perform
**Sitting in Office chair is very painful. My back has constant pain from back of head to tailbone. I have difficulty driving, turning my head and controlling steering wheel with use of left hand. Partial use of right hand very limited.**

Supervision of Others ☐ Yes ☑ No

Number of Hours In Your Workday ☐ 8 ☐ 10 ☑ 12 Other _____

Other Job Titles Held:
**Consumer Sales**

In Your Work Day, How Much Time (Hours) Did You Spend:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Continuously |
|---|---|---|---|---|---|---|---|---|---|
| A. Sitting | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ Continuously |
| B. Standing | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ Continuously |
| C. Walking | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ Continuously |

| On The Job You: | Occasionally | Frequently | Continually |
|---|---|---|---|
| 1. Bend/Stoop | ☑ | ☐ | ☐ |
| 2. Crawl | ☑ | ☐ | ☐ |
| 3. Reach Above Shoulders | ☑ | ☐ | ☐ |
| 4. Kneel | ☑ | ☐ | ☐ |
| 5. Push/Pull | ☑ | ☐ | ☐ |
| 6. Lift Up To 10 Pounds | ☑ | ☐ | ☐ |
| 11-25 Pounds | ☐ | ☐ | ☐ |
| 26-50 Pounds | ☐ | ☐ | ☐ |
| 50 Pounds or More | ☐ | ☐ | ☐ |

Do You Use Your Hands And/Or Feet For Repetitive Movements? *(E.G. Operating Foot Controls)*

Right Hand: ☑ Yes ☐ No   Right Foot: ☐ Yes ☑ No
Left Hand: ☑ Yes ☐ No   Left Foot: ☐ Yes ☑ No

WKAB
GC-1501-26 (7-13)

Page 1 of 3

DCN: 140220058745 PAGE: 025 SEQUENCE: 0220140004



Claim Number: 9452367

| Employee Name (Last, First, Middle Initial) | Employee Social Security Number |
|---|---|
| DAVIS, ARTHUR | REDACTED |

Please provide complete work history information for the past 15 years (list chronologically and use additional paper if necessary).

| 4. Other Work History | Employer First TN Bank | Job Title Financial Svc Rep | Employed From Apr 04 To Dec 06 | Salary 31,000 |
|---|---|---|---|---|

Description of your job
Sold FDIC and Non FDIC products to bank customers.

Training Received
Series 7 licensed

Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level
Computers and pen and paper. Minimum stress mental demands

Supervision of others as part of your job  ☐ Yes  ☑ No    Other Job Titles Held

| Employer Woodbury Financial | Job Title Agent | Employed From Jan 02 To Apr 04 | Salary 25,000 |
|---|---|---|---|

Description of your job
Sold life insurance and investments to individuals & small business

Training Received
NA

Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level
Computer, pen and paper  Minimum stress mental demand

Supervision of others as part of your job  ☐ Yes  ☑ No    Other Job Titles Held

| Employer HH Gregg | Job Title Sales Assoc | Employed From Dec 01 To July 03 | Salary $60,000 |
|---|---|---|---|

Description of your job
Sold electronics to individuals

Training Received
Products and Services

Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level
TV, stereos, accessories

Supervision of others as part of your job  ☐ Yes  ☑ No    Other Job Titles Held

**Please list your outside of work activities (e.g. Sports, Activities, Hobbies)**

| 5. Additional Information | Before your Disability: Coached youth Football, involved in all aspects from assistant to head coach. Spin Class 2x a day, Yoga. Landscaping Boot camps, weight training |
|---|---|
| | After your Disability: Physical Therapy |

| 6. Certification | I hereby certify that the foregoing statements and answers are complete and true to the best of my knowledge and belief. Date (MM/DD/YYYY) 02/11/14  Signed Employee Arthur C Davis |
|---|---|

| 7. Authorization | To my present employer and all previous employers: |
|---|---|

I hereby authorize my present and past employers to provide Aetna or its representative with a description of all job-related duties and functions I performed while actively employed. I further authorize Aetna or its representative to release this information to vocational or clinical specialists it utilizes during the course of its administration of my disability claim. A copy of this authorization shall be as valid as the original.

Date (MM/DD/YYYY) _____    Signed Employee _____

WKAB- GC-1501-26 (7-13)
Page 2 of 3

DCN: 140220058745 PAGE: 027 SEQUENCE: 0220140004



Claim Number: 9452367

# aetna®

## Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

**Please Read The Following Carefully Before Completing Your Authorization. You May Refuse To Sign This Authorization. *(See Section 6.)***

**1. Member Information (Information About Person For Whom This Authorization Is Requested.)**

| Last Name DAVIS | First Name ARTHUR | Middle Initial C |
|---|---|---|
| Claim Number 9452367 | Year of Birth REDACTED | Daytime Telephone Number (include area code) |
| Street Address REDACTED | City, State and ZIP Murfreesboro, TN 37128 | |

**2.** This form requests a Member's unconditional authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.

**3. The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)**

*Any and all medical information including but not limited to information which relates to psychiatric or mental health, drug, substance abuse, and/or HIV infection, including AIDS and related illnesses, concerning health care, advice and treatment and prescription history records(including but not limited to, medical records, histories, physical or diagnostic examinations reports and treatment notes).*

**4. If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed. (This section completed by Member)**

- ☐ Health (This includes medical, dental, pharmacy, vision, and flexible spending account information)
- ☐ Behavioral Health (e.g., mental health, drug and alcohol abuse treatment)
- ☐ Disability    ☐ Life Insurance    ☐ Long Term Care    ☐ Workers' Compensation
- ☐ Other: *(please specify)* _____

**5.** By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations.)

*Service Providers, including but not limited, to physicians, therapists, medical practitioners, health care professionals, workers' compensation professionals, diagnostic facilities, hospitals, clinics and pharmacy related service organizations (including individuals or facilities which provide rehabilitation services or treatment).*

**6. Expiration of this Authorization**

This authorization is valid throughout the processing and any term of your disability claim unless you indicate a shorter period below.

_____ through _____
        mm/dd/yyyy                                              mm/dd/yyyy

**Please review and complete important information on the reverse of this form.**

**WKAB**
GR-67940-26 (8-13) D

Page 1 of 3
R-POD

DCN: 140220058745 PAGE: 019 SEQUENCE: 0220140004

Claim Number: 9452367

**Employee Name**
ARTHUR DAVIS

**7. Important: Your signature below means that you understand and agree to the following:**

- You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

- The information to be disclosed may be protected by law. Information disclosed under this authorization may be re-disclosed and no longer protected by federal privacy regulations.

- Failure to complete this form may prevent Aetna from receiving information necessary for the processing of your disability claim, which may result in a disability claim denial. Failure to complete this form will not however impact your receipt of medical services from providers.

- You may revoke this Authorization at any time by notifying Aetna in writing, but please note that actions Aetna has taken before we received your revocation will still be valid under this authorization.

- You may receive a copy of this form if you request it in writing from the address listed below.

**8. Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date |
|---|---|
| *Arthur C Davis* | 02/11/2014 |

Print Name
Arthur C Davis, Jr.

**If not the Member,** describe your relationship to the Member:

☐ Caregiver
☐ Legal Representative
☐ Other: _____

If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, or other relevant document designating you as the representative.

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above):**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

Return this completed form to:   **Aetna Life Insurance Company**
PO Box 14560
Lexington, KY 40512-4560

Telephone Number:   **800-354-1779**
Fax Number:   **1-866-667-1987**

**WKAB**
GR-67940-26 (8-13) D



DCN: 140220058745 PAGE: 021 SEQUENCE: 0220140004

Claim Number: 9452367

| Employee Name |
|---|
| DAVIS, ARTHUR |

## 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

WKAB
GR-67940-26 (8-13)

Page 3 of 3

DCN: 140220058745 PAGE: 023 SEQUENCE: 0220140004



Claim Number: 9452367

# aetna®

## Authorization to Share and Use Medical Information

Mail this completed form to:
Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: **1-866-667-1987**

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information"). This Information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that Information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☑ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☑ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving Information that the Information is confidential. The Information provided to Aetna will not be used for any purpose other than its intended use stated above. I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefits Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

| Claimant's Name Arthur C Davis, Jr. | Date of Birth REDACTED | Date 02/11/2014 |
|---|---|---|
| Claimant's or Legal Representative's Signature *Arthur C Davis* | Legal Representative's Name and Relationship | |
| Employer's Name Dell Inc. | | |

**WKAB**
GR-68320 (6-13) I

R-POD



DCN: 140220058745 PAGE: 017 SEQUENCE: 0220140004

Claim Number: 9452367

# aetna®

## Other Income Questionnaire
## Disability Benefits

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Phone: 800-354-1779
Fax: 1-866-667-1987

- Please complete this form immediately so we can accurately determine your benefits.
- Provide all information relating to your actual or expected entitlement to income from all sources (**excluding** Aetna Disability Benefits) to avoid processing delays and/or overpayment of benefits.
- **Please check all boxes that apply.**
- Complete and sign the form using BLUE or BLACK ink.

| Employee's Name *(Last, First, Middle Initial)*<br>DAVIS, ARTHUR | Claim Number |
|---|---|
| Control Number | Employee Gender<br>☑ Male  ☐ Female | Year of Birth<br>REDACTED |

**This section must be completed:**

Marital Status
☐ Single  ☐ Married  ☑ Divorced  ☐ Widowed
If married, spouse's date of birth *(MM/DD/YYYY)* _____

Do you have any dependent children?
☑ Yes  ☐ No   If yes, youngest child's date of birth *(MM/DD/YYYY)*  02/11  **REDACTED**

| | | |
|---|---|---|
| ☐ Yes | ☑ No | **I am currently receiving other income.** |
| ☐ Yes | ☑ No | **I have received other income since the onset of my disability.** |
| ☐ Yes | ☑ No | **I have received income from work activity since the onset of my disability.** |
| ☐ Yes | ☑ No | **I have applied for and/or received other income as defined below.** |

Provide information as to all of the following types and/or sources of other income:

- Salary/Wages from present employer
- Income from self-employment
- Rehabilitation Earnings
- Pension/Retirement (including Canada)
- Part-time Earnings
- Veteran's Benefits
- Unemployment Compensation
- Jones Act or Maritime Doctrine
- Recoveries from Third Party causing disability

- Social Security Disability - Primary
- Social Security Disability - Family
- Social Security Retirement
- Social Security Widow/Widowers Benefit
- State Disability Plans
- Workers' Compensation - Periodic/Lump Sum
- No-Fault Automobile Coverage
- Railroad Retirement
- Private Group Disability benefits

**List other income you are receiving or have applied for:**

| Source of Income | Effective Date of Benefits<br>*(MM/DD/YYYY)* | Benefit Amount and Frequency |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Signature<br>*Arthur C Davis* | Date *(MM/DD/YYYY)*<br>02/11/2014 |
|---|---|

Complete back ➜

WKAB
GC-1503-26 (8-13)  C

R-POD

Claim Number: 9452367

**Employee's Name** *(Last, First, Middle Initial)*
DAVIS, ARTHUR

## Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date *(MM/DD/YYYY)* |
|---|---|
| Cttch C Dav g | 02/11/2014 |

WKAB
GC-1503-26 (8-13) C

Page 2



DCN: 140220058745 PAGE: 015 SEQUENCE: 0220140004

Claim Number: 9452367

# aetna®

## Authorization for EFT/Direct Deposit of Disability Benefit Payment

It's easy to set up EFT payments for disability benefits. All you have to do is complete the form below or you may visit us at **https://www.aetnadisability.com.** If you would prefer to complete via the form **please sign and return** the form to Aetna at the address below or you may also fax your information to **1-866-667-1987.**

**Aetna Life Insurance Company (Aetna)**
**PO Box 14560**
**Lexington, KY 40512-4560**

**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

[✓] New ☐ Change ☐ Cancel

### Employee Information - *ALL* fields must be completed.

| Name | Telephone |
|---|---|
| Arthur C Davis, Jr. | REDACTED |

| Street Address |
|---|
| REDACTED |

| City | State | ZIP Code |
|---|---|---|
| MurFreesboro | TN | 37128 |

| Social Security Number |
|---|
| REDACTED |

### Banking Information - *ALL* fields must be completed.

| Name of Financial Institution | Telephone |
|---|---|
| US Bank | (800) 872 - 2657 |

Please indicate: [✓] Checking **OR** ☐ Savings **and**

**ATTACH** a copy of a blank check, marked "VOID **OR** provide the information below:

Routing Number: REDACTED

Account Number: REDACTED

**ATTACH HERE**

ARTHUR C. DAVIS JR
CAROLYN D. McCAIN-DAVIS
REDACTED
FRANKLIN, TN  37064

87-5-640                                    886

20 ___

VOID

Pay To
The Order Of _____ $

_____ Dollars

**USBANK**
FIVE STAR SERVICE GUARANTEED
USBANK.COM

For _____

REDACTED

allow Aetna to reverse the transactions. If the reversal is denied by my financial institution, I agree to repay said amounts to Aetna.

| Authorized Signature(s) | Date |
|---|---|
| Arthur C Davis Jr | 2/11/2014 |

EFT  GR-68735 (2-12) C                                                      R-POD

0220140004

Claim Number: 9452367

# aetna®

# Authorization To Obtain Information

Complete and sign the form using BLUE or BLACK ink.

Control Number: _____

Employee Year of Birth: _____

Employee Gender: ☑ Male   ☐ Female

I ____ DAVIS, ARTHUR ____, Claim Number _____,
*(please print full name – Last, First, Middle Initial)*

hereby authorize any insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation or other organization, institution, or person that has any records or knowledge about me containing the following to release the information to the Aetna and/or its duly authorized representatives or agents:

- **Financial information,**

- **Information pertaining to my credit history,**

- **Information pertaining to my academic performance, credits earned, or school-related activities,**

- **Other insurance benefits, or,**

- **Employment information and history (including job duties and earnings).**

I understand that the information obtained by use of this authorization will be used for the purpose of evaluating and administering my claim for disability benefits.

This authorization is valid for the term of the policy or contract under which a claim has been submitted.

I know that I have a right to receive a copy of this authorization upon request and agree that a photographic copy of this authorization is as valid as the original.

I further authorize the Aetna and/or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

| Print Name *(Last, First, Middle Initial)* | |
|---|---|
| Davis Arthur, C | |
| Signature of Employee | Date Signed *(MM/DD/YYYY)* |
| *Arthur Cyril Davis Jr.* | 02 / 11 / 2014 |

**If the person signing this authorization is not the member, describe relationship to the member.**

_____

If this authorization is being signed by the member's legal representative, you must furnish a copy of the Power of Attorney or other relevant document authorizing you to act on the member's behalf.

Mail this completed form to:   **Aetna Life Insurance Company**
PO Box 14560
Lexington, KY 40512-4560
Fax Number: **1-866-667-1987**

**MI DT 48-045   WKAB-Generic**
GC-1499-5 (6-13) G

R-POD

DCN: 140220058745 PAGE: 007 SEQUENCE: 0220140004

Claim Number: 9452367

**Employee Name**
DAVIS, ARTHUR

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

MI DT 48-045 WKAB
GC-1499-5 (6-13)

Page 2



0220140004

DCN: 140220058745 PAGE: 009 SEQUENCE: 0220140004

Claim Number: 9452367

# aetna

# Reimbursement Agreement (LTD)

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company (Aetna) has contracted with my employer **Dell Inc** to administer the LTD plan under which I am a covered employee.

If my application for Long Term Disability ("LTD") benefits is approved, in consideration of the payment of LTD benefits without reduction on account of other benefit payments to which I or my eligible dependents may become entitled under the United States Social Security Act or from any of the other income sources described in the LTD plan, I hereby agree to reimburse Aetna, on behalf of the plan, for any and all overpayments made to me under the LTD plan or any short term disability plan provided by my employer. I understand that Aetna agrees to make payment in this manner in consideration of my agreement to promptly notify Aetna of the amounts and effective dates of any such benefits, and to promptly repay same. This reimbursement is applicable whether said amounts are paid by formal award, informal compromise, settlement, redemption agreement, or otherwise, regardless of the term used to describe such payment under applicable law. Further, I agree that any benefits due me, my beneficiaries, heirs, executors, administrators, or assigns under the LTD plan may be applied to any outstanding overpayment whether resulting from retroactive award of Social Security or any other income benefits as described in the LTD plan.

Signature of Employee/Authorized Representative

REDACTED

Social Security Number

Employee Gender ☑ Male ☐ Female

REDACTED

Date of Birth *(MM/DD/YYYY):*

02 / 14 / 2014

Signature Date *(MM/DD/YYYY)*

Mail this completed form to:
**Aetna Life Insurance Company**
**PO Box 14560**
**Lexington, KY 40512-4560**

**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

**MI DT 48-008 ASC    WKAB-Generic**
GC-1587-5 (4-12)



0220140004

Claim Number: 9452367

# aetna® Reimbursement Agreement (LTD)

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company (Aetna) has issued to my employer,  Dell Inc                    the LTD
policy under which I am a covered employee.

If my application for Long Term Disability ("LTD") benefits is approved, in consideration of the payment of LTD benefits without reduction on account of other benefit payments to which I or my eligible dependents may become entitled under the United States Social Security Act or from any of the other income sources described in the LTD policy, I hereby agree to reimburse Aetna for any and all overpayments made to me under the LTD policy or any short term disability plan provided by employer.  I understand that Aetna agrees to make payment in this manner in consideration of my agreement to promptly notify Aetna of the amounts and effective dates of any such benefits, and to promptly repay same.  This reimbursement is applicable whether said amounts are paid by formal award, informal compromise, settlement, redemption agreement, or otherwise, regardless of the term used to describe such payment under applicable law.  Further, I agree that any benefits due me, my beneficiaries, heirs, executors, administrators or assigns under the LTD policy may be applied to any outstanding overpayment whether resulting from retroactive award of Social Security or any other income benefits as described in the LTD policy.

With respect to any group life insurance coverage provided me by Aetna and in consideration of the foregoing, I hereby assign to Aetna, as creditor beneficiary, an amount of such group life insurance equal to the amount of any overpayment which may be outstanding under the LTD policy at the time of death.

_____
Signature of Employee/Authorized Representative

REDACTED
Social Security Number

Employee Gender [✓] Male   [ ] Female

REDACTED
Date of Birth *(MM/DD/YYYY)*:
02/14/2014
Signature Date *(MM/DD/YYYY)*

Mail this completed form to:

**Aetna Life Insurance Company**
**PO Box 14560**
**Lexington, KY 40512-4560**
**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

**MI  DT 48-008 Insured    WKAB-Generic**
GC-1589-5 (4-12)



0220140004

Claim Number: 9452367

# Form W-4 (2014)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2014 expires February 17, 2015. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $1,000 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:
• Is age 65 or older,
• Is blind, or
• Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions do not apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505, to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2014. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . | A |
| B | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B |
| C | Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . | C |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . | D |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) | E |
| F | Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . | F |
| | (**Note.** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $65,000 ($95,000 if married), enter "2" for each eligible child; then **less** "1" if you have three to six eligible children or **less** "2" if you have seven or more eligible children.<br>• If your total income will be between $65,000 and $84,000 ($95,000 and $119,000 if married), enter "1" for each eligible child . . . | G |
| H | Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ | H |

| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you are **single and have more than one job or are married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |

*Separate here and give Form W-4 to your employer. Keep the top part for your records.*

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | **2014** |

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| ARTHUR | DAVIS | |

Home address (number and street or rural route)

City or town, state, and ZIP code

3 [✓] Single [ ] Married [ ] Married, but withhold at higher Single rate.
**Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ [ ]

| 5 | Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |
| 7 | I claim exemption from withholding for 2014, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of all federal income tax withheld because I had no tax liability, **and**<br>• This year I expect a refund of all federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here . . . . . . . . . ▶ 7 | Exempt | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ *Artn C Dng*    Date ▶ 2/14/14

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2014)

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 774 of 1151    PageID #: 818



# Fax Message

**To:**     Scanning

**Fax:**     8666671987

**From:**    Amor, Maribel


**Date:**    2/18/2014 2:33 PM
**Pages:**   1 of 3 (including this page)
**Subject:** LTD eligibility

<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Claim 9452367

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*

## Amor, Maribel

| | |
|---|---|
| **From:** | Chad_Fiebig@Dell.com |
| **Sent:** | Tuesday, February 18, 2014 2:31 PM |
| **To:** | Amor, Maribel |
| **Subject:** | RE: LTD Eligibility |

**Dell - Internal Use - Confidential**

Yes he did contribute to LTD since 5/22/06

**From:** Amor, Maribel [mailto:AmorM@aetna.com]
**Sent:** Tuesday, February 18, 2014 1:23 PM
**To:** Fiebig, Chad
**Subject:** LTD Eligibility
**Importance:** High

RE:  Arthur Davis
Claim 9452367
Dell Inc, ID:  900600

HI Chad,

Please advise whether Mr. Davis has LTD eligibility, and if he does please provide me with the effective date.   Thanks,
Maribel

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*
This e-mail may contain confidential or privileged information. If you think you have received this e-mail in
error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

1

DCN: 140218081539 PAGE: 005 SEQUENCE: SWF0218201403164001



**aetna**®  PO Box 14560
Lexington, KY 40512-4560
800-354-1779

---

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Murfreesboro Results Physiotherapy | MARIBEL AMOR |
| Employer: | Date: |
| Deli Inc | 02/17/2014 |
| Fax Number: | CLAIM NUMBER: |
| 615-896-6825 | 9452367 |
| Phone number: | Sender's Phone Number: |
| 615-896-6825 | 800-354-1779 |
|  | Sender's FAX Number: |
|  | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | Total No. of Pages Including Cover: |
|  |  |

Urgent    For Review    Please Comment    xx Please Reply    Please Recycle

Mr. Davis is being reviewed for eligibility to receive LTD benefits. Please submit the progress notes and evaluations for the last three months of treatment. Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:



Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

results
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote MD |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 20, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 1 |
| Cxl/Ns: | 0 |
| Employer: DISABILITY | |
| Insured: | |

# Plan of Care

**Diagnoses**  Spine

7242    LUMBAGO
7197    DIFFICULTY IN WALKING

## Assessment

Pt present with irritable low back/sacral pain impacting ADL's (working, sitting, standing etc.). Unable to assess joint mobility at time of eval secondary to muscle guarding. Pt would benefit from skilled PT services to address functional return to ADL's. Treatment Emphasis to focus on: **Maximizing function related to:**
- ADL's.  Work performance.

## Problems & Goals

*Problem #1*   **Chief Complaint: Pain: Current Severity: 8/10.**
 *LTG Achieve by Feb 17, 2014.*
 **Symptomatic Improvements:**
 - Decreasing Pain: to 3/10.

*Problem #2*   **Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient.**
 - Score 38
 *LTG Achieve by Feb 17, 2014.*
 **Questionnaire Improvements: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Follow Up: Patient:**
 - Score 50

*Problem #3*   **Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.**
 *STG Achieve by Feb 03, 2014.*
 **Client Education:**
 - Independent Home Exercise/Self Care Program.

*Problem #4*   **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral.**

| | |
|---|---|
| - Extension | 50% |
| - Flexion(increased pain) | 75% |
| - Side Bending Left | 75% |
| - Side Bending Right(most pain) | 75% |

 *LTG Achieve by Feb 17, 2014.*
 **Range of Motion Improvements to: Active Lumbosacral:**
 - Gross Assessment WNL

*Problem #5*   **Palpation: Lumbosacral Region: Musculature, Posterior: Guarding.**

| | **Left** | **Right** |
|---|---|---|
| - Gluteus Maximus | Severe | Severe |
| - Piriformis | Severe | Severe |
| - Quadratus Lumborum | Severe | Severe |

 *LTG Achieve by Feb 17, 2014, to improve sitting tolerance.*
 **Palpable Improvements:**
 - Guarding Decreasing to: Moderate Levels.

*Problem #6*   **Observations: Pt able to sit <1 minutes before position changed required secondary to pain.**
 *LTG Achieve by Feb 17, 2014, to improve sitting tolerance.*

Document ID: 0070090B.002        Status: Signed off (secure electronic signature)                    Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 779 of 1151 PageID #: 7823


**Functional Test Improvements:**
- Pt to sit >=10 minutes before needing position change.

# Plan

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 3 visits a week with an expected duration of 6 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**Therapeutic Contents:**
- Client Education. Gait Training. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Modalities: As Needed. Therapeutic Activities. Therapeutic Exercise.
- Additional:
  - Brace/Tape/Splint: Tape. Trigger Point Dry Needling

Electronically authenticated.

_____

*Lakota C. Hillis, PT(TN Lic: 8886),DPT*
Signed on Jan 20, 2014 12:35:10

## Please sign and return

I have reviewed this Plan of Care and certify that the skilled therapy services identified are required to meet the patient's need. Comments and/or revisions to this Plan of Care are noted below.

_____

**Comments/Revisions**

_____       _____

**Nicholas Cote MD**                    **Date**

DCN: 140217119787 PAGE: 005 SEQUENCE: SWF0217201401819001



**results**
PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 12496 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote MD |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 21, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 2 |
| Cxl/Ns: | 0 |
| Employer: | DISABILITY |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 5/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit <1 minutes before position changed required secondary to pain.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Severe | Severe |
| • Piriformis | Severe | Severe |
| • Quadratus Lumborum | Severe | Severe |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**
- Extension — 75%
- Flexion(increased pain) — 75%
- Side Bending Left — 75%
- Side Bending Right(most pain) — 75%

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**
- Extension — 75%
- Flexion — 100%

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 2 | 22 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1

Time Elapsed: 30 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1(This visit)

Did Not Perform: This visit

**Manual Interventions: Vertebral Joint Segments:**

---

Document ID: 0070090B.003
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

---

- Lumbosacral Spine

Time Elapsed: 12 Minutes, Grade: 2, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140.

- Vertebral Jt Seg Mobilzation 1(This visit)

Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM

Time Elapsed: 10 Minutes, Tx Depth: Superficial, Technique: Strumming, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Modalities:**
- Electric Stim, Unattended

Time Elapsed: 12 Minutes, Location: lumbar, Performed With: cryotherapy, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Timed Code Total Time:**
- 52 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity with mild complaints of pain and difficulty.**
Signs/Symptoms:
- Pain: Decreased.

**Treatment Emphasis to focus on:**
- Maximizing function related to: ADL's.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 21, 2014 11:13:36

DCN: 140217119787 PAGE: 009 SEQUENCE: SWF0217201401819001
Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 782 of 1151 PageID #: 7826



Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| **Patient:** | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote MD |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 23, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 3 |
| Cxl/Ns: | 0 |
| Employer: | DISABILITY |
| Insured: | |

# Daily Note

## Diagnoses  Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

Low back is "burning today".
**Chief Complaint:**
· Pain: Current Severity: 8/10.
**Client Knowledge/Awareness of:**
· Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
· Score 38

## Objective Examination

**Observations:**
· Pt able to sit <1 minutes before position changed required secondary to pain.

| **Palpation: Lumbosacral Region: Musculature, Posterior:** | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| · Gluteus Maximus | Severe | Severe |
| · Piriformis | Severe | Severe |
| · Quadratus Lumborum | Severe | Severe |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| · Extension | 75% | |
| · Flexion(increased pain) | 75% | |
| · Side Bending Left | 75% | |
| · Side Bending Right(most pain) | 75% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| · Extension | 75% | |
| · Flexion | 100% | |

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| · Manual Therapy Techniques | 97140 | 2 | 17 |
| · Therapeutic Procedure | 97110 | 2 | 30 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
· Machines/Free Weights 1                                  Time Elapsed: 30 Minutes, Description: see exercise log, Charge As:
                                                          Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
· Closed Kinetic Chain 1(This visit)                       Did Not Perform: This visit
**Manual Interventions: Vertebral Joint Segments:**
· Lumbosacral Spine(This visit)                            Did Not Perform: This visit

---

Document ID: 0070090B.004                  Status: Signed off (secure electronic signature)                  Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140217119787 PAGE: 011 SEQUENCE: SWF0217201401819001

**Patient:** **ARTHUR DAVIS**
Acct #:      124961

Visit Date:   **Jan 23, 2014**

---

- Vertebral Jt Seg Mobilzation 1

Time Elapsed: 9 Minutes, Grade: 1, Body Position: supine, Additional Detail: bilat, Pressure: Oscillatory, Technique 1: light long axis lumbar distraction, Charge As: Manual Therapy Techniques, Billing Code: 97140.

- Vertebral Jt Seg Mobilzation 2

Time Elapsed: 8 Minutes, Grade: 2, Body Position: side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)

Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Timed Code Total Time:**
- 47 Minutes

## Assessment

**Pt refused Stim this session secondary to time restraints. Pt with improved ROM and decreased C/O pain after manual.**
**Treatment Emphasis to focus on:**
- Maximizing function related to: ADL's.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 23, 2014 10:26:19

DCN: 140217119787 PAGE: 013 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

## results
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote MD |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 21, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 2 |
| Cxl/Ns: | 0 |
| Employer: | DISABILITY |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
• Pain: Current Severity: 5/10.
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 38

## Objective Examination

**Observations:**
• Pt able to sit <1 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Severe | Severe |
| • Piriformis | Severe | Severe |
| • Quadratus Lumborum | Severe | Severe |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**
• Extension                            75%
• Flexion(increased pain)              75%
• Side Bending Left                    75%
• Side Bending Right(most pain)        75%
**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**
• Extension                            75%
• Flexion                              100%

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 2 | 22 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
• Machines/Free Weights 1                    Time Elapsed: 30 Minutes, Description: see exercise log, Charge As:
                                             Therapeutic Exercise, Billing Code: 97110.
**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
• Closed Kinetic Chain 1(This visit)         Did Not Perform: This visit
**Manual Interventions: Vertebral Joint Segments:**

DCN: 140217119787 PAGE: 015 SEQUENCE: SWF0217201401819001

- Lumbosacral Spine

Time Elapsed: 12 Minutes, Grade: 2, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140.

- Vertebral Jt Seg Mobilzation I (This visit)

Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM

Time Elapsed: 10 Minutes, Tx Depth: Superficial, Technique: Strumming, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Modalities:**
- Electric Stim,  Unattended

Time Elapsed: 12 Minutes, Location: lumbar, Performed With: cryotherapy, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Timed Code Total Time:**
- 52 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity with mild complaints of pain and difficulty.**
Signs/Symptoms:
- Pain: Decreased.

**Treatment Emphasis to focus on:**
- Maximizing function related to: ADL's.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.


Electronically authenticated.

_____

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 21, 2014 11:13:36

DCN: 140217119787 PAGE: 017 SEQUENCE: SWF0217201401819001

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 786 of 1151 PageID #: 7830



**results**
PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 27, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 4 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 8/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit <1 minutes before position changed required secondary to pain.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Moderate | Moderate |
| • Piriformis | Moderate | Moderate |
| • Quadratus Lumborum | Moderate | Moderate |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion(increased pain) | 100% |
| • Side Bending Left | 100% |
| • Side Bending Right | 100% |

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion | 100% |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1                 Time Elapsed: 30 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1                  Time Elapsed: 10 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit)          Did Not Perform: This visit

---

Document ID: 0070090B.005                Status: Signed off (secure electronic signature)          Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140217119787 PAGE: 019 SEQUENCE: SWF0217201401819001



results
PHYSIOTHERAPY

| | |
|---|---|
| • Vertebral Jt Seg Mobilzation 1 | Time Elapsed: 8 Minutes, Grade: 3-, Body Position: supine, Additional Detail: bilat, Pressure: Oscillatory, Technique 1: light long axis lumbar distraction, Charge As: Manual Therapy Techniques, Billing Code: 97140. |
| • Vertebral Jt Seg Mobilzation 2 | Time Elapsed: 8 Minutes, Grade: -3, Body Position: side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140. |

**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM(This visit)               Did Not Perform: This visit
**Modalities:**
• Electric Stim, Unattended(This visit)        Did Not Perform: This visit
**Timed Code Total Time:**
• 56 Minutes

## Assessment

**Pt able to tolerate increased grade mobilization this session and improved ROM. Pt with continued c/o decreased sitting tolerance.**

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

Electronically authenticated.

_____
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 27, 2014 10:38:44

DCN: 140217119787 PAGE: 021 SEQUENCE: SWF0217201401819001
Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 788 of 1151 PageID #: 7832

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

## results
PHYSIOTHERAPY

| | | | |
|---|---|---|---|
| Patient: | **ARTHUR DAVIS** | | |
| Acct #: | 124961 | | |
| DOB: | REDACTED | | |
| Physician: | Nicholas Cote MD | | |
| Phys Fax: | (615) 867-7945 | | |
| Physician: | Not Specified | | |
| Clinician: | Lakota C. Hillis | | |
| FSC: | Commercial Insurance | | |
| Case Mgr: | | | |
| Payor: | AETNA | | |
| Pol/Claim#: | | | |

| | |
|---|---|
| Visit Date: | **Jan 23, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 3 |
| Cxl/Ns: | 0 |
| Employer: | DISABILITY |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

Low back is "burning today".
**Chief Complaint:**
- Pain: Current Severity: 8/10.
**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit <1 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| · Gluteus Maximus | Severe | Severe |
| · Piriformis | Severe | Severe |
| · Quadratus Lumborum | Severe | Severe |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| · Extension | 75% | |
| · Flexion(increased pain) | 75% | |
| · Side Bending Left | 75% | |
| · Side Bending Right(most pain) | 75% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| · Extension | 75% | |
| · Flexion | 100% | |

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| · Manual Therapy Techniques | 97140 | 2 | 17 |
| · Therapeutic Procedure | 97110 | 2 | 30 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1    Time Elapsed: 30 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1(This visit)    Did Not Perform: This visit

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit)    Did Not Perform: This visit

---

Document ID: 0070090B.004            Status: Signed off (secure electronic signature)            Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140217119787 PAGE: 023 SEQUENCE: SWF0217201401819001

| | |
|---|---|
| • Vertebral Jt Seg Mobilzation 1 | Time Elapsed: 9 Minutes, Grade: 1, Body Position: supine, Additional Detail: bilat, Pressure: Oscillatory, Technique 1: light long axis lumbar distraction, Charge As: Manual Therapy Techniques, Billing Code: 97140. |
| • Vertebral Jt Seg Mobilzation 2 | Time Elapsed: 8 Minutes, Grade: 2, Body Position: side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140. |

**Manual Interventions: Lower Quarter Soft Tissue:**
 • Thoracolumbar PVM(This visit)                        Did Not Perform: This visit
**Modalities:**
 • Electric Stim, Unattended(This visit)                 Did Not Perform: This visit
**Timed Code Total Time:**
 • 47 Minutes

# Assessment

Pt refused Stim this session secondary to time restraints. Pt with improved ROM and decreased C/O pain after manual.
**Treatment Emphasis to focus on:**
 • Maximizing function related to: ADL's.

# Plan

**Daily Plan:**
 • Continue w/ Current Rehabilitation Program.


Electronically authenticated.

_____
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 23, 2014 10:26:19

DCN: 140217119787 PAGE: 025 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 28, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 5 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses    Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 8/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit <1 minutes before position changed required secondary to pain.

| **Palpation: Lumbosacral Region: Musculature, Posterior:** | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Moderate | Moderate |
| • Piriformis | Moderate | Moderate |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Therapeutic Activities | 97530 | 2 | 18 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1          Time Elapsed: 18 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1          Time Elapsed: 18 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**

---

Document ID: 0070090B.006
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 791 of 1151 PageID #: 7935



results
PHYSIOTHERAPY

Visit Date:   **Jan 28, 2014**

---

- Lumbosacral Spine

Time Elapsed: 12 Minutes, Grade: 3+, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140.

- Vertebral Jt Seg Mobilzation 1(This visit)      Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 2(This visit)      Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)                   Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended(This visit)           Did Not Perform: This visit

**Timed Code Total Time:**
- 48 Minutes

## Assessment

**Pt with continued high subjective C/O pain with improved ROM and able to tolerate higher grades of mobilization this session. Will continue to progress as tolerated.**

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 28, 2014 11:26:52

DCN: 140217119787 PAGE: 029 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 27, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 4 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 8/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit <1 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Moderate | Moderate |
| • Piriformis | Moderate | Moderate |
| • Quadratus Lumborum | Moderate | Moderate |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**
- Extension             100%
- Flexion(increased pain)    100%
- Side Bending Left        100%
- Side Bending Right       100%

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**
- Extension             100%
- Flexion               100%

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1    Time Elapsed: 30 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1     Time Elapsed: 10 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit)    Did Not Perform: This visit

---

Document ID: 0070090B.005
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2

DCN: 140217119787 PAGE: 031 SEQUENCE: SWF0217201401819001



results
PHYSIOTHERAPY

| | |
|---|---|
| • Vertebral Jt Seg Mobilzation 1 | Time Elapsed: 8 Minutes, Grade: 3-, Body Position: supine, Additional Detail: bilat, Pressure: Oscillatory, Technique 1: light long axis lumbar distraction, Charge As: Manual Therapy Techniques, Billing Code: 97140. |
| • Vertebral Jt Seg Mobilzation 2 | Time Elapsed: 8 Minutes, Grade: -3, Body Position: side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140. |

**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM(This visit)                          Did Not Perform: This visit

**Modalities:**
• Electric Stim, Unattended(This visit)                  Did Not Perform: This visit

**Timed Code Total Time:**
• 56 Minutes

## Assessment

Pt able to tolerate increased grade mobilization this session and improved ROM. Pt with continued c/o decreased sitting tolerance.

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.


Electronically authenticated.

_____
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 27, 2014 10:38:44

DCN: 140217119787 PAGE: 033 SEQUENCE: SWF0217201401819001



**results**
PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 30. 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 6 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses    Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit 5 minutes before position changed required secondary to pain. Body Mechanics: Pt sat for 5 minutes on stationary bike with no standing breaks.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion(increased pain) | 100% |
| • Side Bending Left | 100% |
| • Side Bending Right | 100% |

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion | 100% |

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Therapeutic Activities | 97530 | 2 | 18 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1    Time Elapsed: 18 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1    Time Elapsed: 18 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**

Document ID: 0070090B.007
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2

- Lumbosacral Spine

- Vertebral Jt Seg Mobilzation 1(This visit)
- Vertebral Jt Seg Mobilzation 2(This visit)

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)

**Modalities:**
- Electric Stim, Unattended

Time Elapsed: 12 Minutes, Grade: 3+, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140.
Did Not Perform: This visit
Did Not Perform: This visit

Did Not Perform: This visit

Time Elapsed: 12 Minutes, Location: lumbar, Performed With: cryotherapy, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Timed Code Total Time:**
- 48 Minutes

## Assessment

Pt progressing well towards goals with increased sitting time tolerance. Will continue to progress as tolerated.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

_____

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 30, 2014 13:04:47

DCN: 140217119787 PAGE: 037 SEQUENCE: SWF0217201401819001



results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 12496| |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 28, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 5 |
| Cxl/Ns: | 0 |
| Employer: DELI. | |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 8/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit <1 minutes before position changed required secondary to pain.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| **Guarding:** | | |
| Gluteus Maximus | Moderate | Moderate |
| Piriformis | Moderate | Moderate |
| Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| Extension | 100% | |
| Flexion(increased pain) | 100% | |
| Side Bending Left | 100% | |
| Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| Extension | 100% | |
| Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| Manual Therapy Techniques | 97140 | 1 | 12 |
| Therapeutic Activities | 97530 | 2 | 18 |
| Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1                      Time Elapsed: 18 Minutes, Description: see exercise log, Charge As:
                                              Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1                       Time Elapsed: 18 Minutes, Description: see exercise log, Charge As:
                                              Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**

DCN: 140217119787 PAGE: 039 SEQUENCE: SWF0217201401819001



results
PHYSIOTHERAPY



Visit Date:   **Jan 28, 2014**

---

- Lumbosacral Spine

Time Elapsed: 12 Minutes, Grade: 3+, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140.

- Vertebral Jt Seg Mobilzation 1(This visit)     Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 2(This visit)     Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)                  Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended(This visit)          Did Not Perform: This visit

**Timed Code Total Time:**
- 48 Minutes

## Assessment

Pt with continued high subjective C/O pain with improved ROM and able to tolerate higher grades of mobilization this session. Will continue to progress as tolerated.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.


Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 28, 2014 11:26:52

DCN: 140217119787 PAGE: 041 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Jan 30, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 6 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses
Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit 5 minutes before position changed required secondary to pain. Body Mechanics: Pt sat for 5 minutes on stationary bike with no standing breaks.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion(increased pain) | 100% |
| • Side Bending Left | 100% |
| • Side Bending Right | 100% |

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion | 100% |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Therapeutic Activities | 97530 | 2 | 18 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1 — Time Elapsed: 18 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1 — Time Elapsed: 18 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**

---

Document ID: 0070090B.007
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

DCN: 140217119787 PAGE: 043 SEQUENCE: SWF0217201401819001



Patient:     **ARTHUR DAVIS**
Acct #:      124961

Visit Date:   **Jan 30, 2014**

---

- Lumbosacral Spine

Time Elapsed: 12 Minutes, Grade: 3+, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140.

- Vertebral Jt Seg Mobilzation 1(This visit)     Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 2(This visit)     Did Not Perform: This visit

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)                  Did Not Perform: This visit

**Modalities:**
- Electric Stim,  Unattended

Time Elapsed: 12 Minutes, Location: lumbar, Performed With: cryotherapy, Mode: Continuous, Type: Interferential, Clinical Use: Post Activity, Charge As: E-Stim, Unattended, Billing Code: 97014.

**Timed Code Total Time:**
- 48 Minutes

# Assessment

Pt progressing well towards goals with increased sitting time tolerance. Will continue to progress as tolerated.

# Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Jan 30, 2014 13:04:47

---

DCN: 140217119787 PAGE: 045 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Feb 06, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 7 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit 8 minutes before position changed required secondary to pain.  Assistive Devices:     Pt presents with sling on right shoulder. He states he is S/Lp Rotator cuff repair. Pt states he is being seen at another facility for shoulder rehab.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| **Guarding:** | | |
| Gluteus Maximus | Mild | Mild |
| Piriformis | Mild | Mild |
| Quadratus Lumborum | Mild | Mild |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**
- Extension — 100%
- Flexion(increased pain) — 100%
- Side Bending Left — 100%
- Side Bending Right — 100%

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**
- Extension — 100%
- Flexion — 100%

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| Manual Therapy Techniques | 97140 | 1 | 12 |
| Strapping - Thorax | 29200 | 1 | n/a |
| Therapeutic Activities | 97530 | 2 | 20 |
| Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1          Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1          Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**

---

Document ID: 0070090B.008
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

DCN: 140217119787 PAGE: 047 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

results
PHYSIOTHERAPY

| | | | |
|---|---|---|---|
| Patient: | **ARTHUR DAVIS** | | |
| Acct #: | 124961 | | |
| DOB: | REDACTED | Visit Date: | **Feb 06, 2014** |
| Physician: | Nicholas Cote DO | Phys Phone: | (615) 867-8010 |
| Phys Fax: | (615) 867-7945 | SSN: | XXX-XX-XXXX |
| Physician: | Not Specified | Inj. Date: | Jan 20, 2014 |
| Clinician: | Lakota C. Hillis | Surg. Date: | |
| FSC: | Commercial Insurance | Visits: | 7 |
| Case Mgr: | | Cxl/Ns: | 0 |
| Payor: | AETNA | Employer: | DELL |
| Pol/Claim#: | | Insured: | |

# Daily Note

## Diagnoses    Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit 8 minutes before position changed required secondary to pain. Assistive Devices:     Pt presents with sling on right shoulder. He states he is S/Lp Rotator cuff repair. Pt states he is being seen at another facility for shoulder rehab.

| **Palpation: Lumbosacral Region: Musculature, Posterior:** | **Left** | **Right** |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Strapping - Thorax | 29200 | 1 | n/a |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1                    Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1                    Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**

---

Document ID: 0070090B.008
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2



results
PHYSIOTHERAPY

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 12 Minutes, Grade: 3+, Body Position: prone pillow under hips, Additional Detail: L 1-5 bilat, Pressure: Oscillatory, Technique 1: Unilateral P-A, Charge As: Manual Therapy Techniques, Billing Code: 97140. |
| • Vertebral Jt Seg Mobilzation 1(This visit) | Did Not Perform: This visit |
| • Vertebral Jt Seg Mobilzation 2(This visit) | Did Not Perform: This visit |

**Manual Interventions: Lower Quarter Soft Tissue:**
* Thoracolumbar PVM(This visit)                    Did Not Perform: This visit

**Manual Interventions: Taping To Stabilize/Align:**
* Strapping Activity 1                    Time Elapsed: 5 Minutes, Technique: With tech assistance for holding shirt, Clinical Use: Decrease Pain, Instruction: 1:1 taping on thoraco-lumbar, Placement: Low Back, Charge As: Strapping - Thorax, Billing Code: 29200.

**Modalities:**
* Electric Stim, Unattended(This visit)                    Did Not Perform: This visit

**Timed Code Total Time:**
* 52 Minutes

## Assessment

**There-ex modified this session secondary to pt post op status. Pt kept in sling for all there-ex. Pt with continued c/o pain but improved ROM, decreased muscle guarding and demonstrates improved sitting tolerance.**

## Plan

**Daily Plan:**
* Continue w/ Current Rehabilitation Program.


Electronically authenticated.

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 06, 2014 14:11:03

DCN: 140217119787 PAGE: 051 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Feb 07, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 8 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
• Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 38

## Objective Examination

**Observations:**
• Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
• Machines/Free Weights 1                    Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
• Closed Kinetic Chain 1                      Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
• Lumbosacral Spine(This visit)              Did Not Perform: This visit
• Vertebral Jt Seg Mobilzation 1(This visit)  Did Not Perform: This visit

---

Document ID: 0070090B.009
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 804 of 1151 PageID 00080248


results
PHYSIOTHERAPY

Visit Date:    **Feb 07, 2014**

---

- Vertebral Jt Seg Mobilzation 2

Time Elapsed: 8 Minutes, Grade: 3, Body Position: left side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)

**Manual Interventions: Taping To Stabilize/Align:**
- Strapping Activity 1(This visit)

Did Not Perform: This visit

Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Timed Code Total Time:**
- 48 Minutes

## Assessment

Pt progressing well towards goals objectively with improved sitting time and improved there-ex tolerance. Pt with continued C/O pain with sitting but is able to sit longer before position change. Will continue to progress as tolerated. Pt kept in shoulder sling for all there-ex. Pt with no c/o pain after manual.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.


Electronically authenticated,

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 07, 2014 13:49:06

---

DCN: 140217119787 PAGE: 055 SEQUENCE: SWF0217201401819001



**results** PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| **Patient:** | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Feb 07, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 8 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 20 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1 — Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1 — Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit) — Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 1(This visit) — Did Not Perform: This visit

---

Document ID: 0070090B.009
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2



**results**
PHYSIO THERAPY

---

• Vertebral Jt Seg Mobilzation 2

Time Elapsed: 8 Minutes, Grade: 3, Body Position: left side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM(This visit)

Did Not Perform: This visit

**Manual Interventions: Taping To Stabilize/Align:**
• Strapping Activity 1(This visit)

Did Not Perform: This visit

**Modalities:**
• Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Timed Code Total Time:**
• 48 Minutes

## Assessment

Pt progressing well towards goals objectively with improved sitting time and improved there-ex tolerance. Pt with continued C/O pain with sitting but is able to sit longer before position change. Will continue to progress as tolerated. Pt kept in shoulder sling for all there-ex. Pt with no c/o pain after manual.

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.


Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 07, 2014 13:49:06

DCN: 140217119787 PAGE: 059 SEQUENCE: SWF0217201401819001



**results**
PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Feb 10, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 9 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

**Diagnoses**  Spine        7242   LUMBAGO
                             7197   DIFFICULTY IN WALKING

## Subjective Examination

**Chief Complaint:**
• Pain; Current Severity: 6/10.
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 38

## Objective Examination

**Observations:**
• Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

# Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 16 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
• Machines/Free Weights 1        Time Elapsed: 20 Minutes, Description: see exercise log, Charge As:
                                  Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
• Closed Kinetic Chain 1         Time Elapsed: 16 Minutes, Description: see exercise log, Charge As:
                                  Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
• Lumbosacral Spine(This visit)        Did Not Perform: This visit
• Vertebral Jt Seg Mobilzation 1(This visit)   Did Not Perform: This visit

---

Document ID: 0070090B.010        Status: Signed off (secure electronic signature)        Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140217119787 PAGE: 063 SEQUENCE: SWF0217201401819001

DCN: 140217119787 PAGE: 065 SEQUENCE: SWF0217201401819001



results
PHYSIOTHERAPY

- Vertebral Jt Seg Mobilzation 2

Time Elapsed: 8 Minutes, Grade: 3, Body Position: left side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140.

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)

Did Not Perform: This visit

**Manual Interventions: Taping To Stabilize/Align:**
- Strapping Activity 1(This visit)

Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Timed Code Total Time:**
- 44 Minutes

# Assessment

Pt re-educated on HEP and advised to not perform there-ex which have him lay on his surgical side. Pt verbalized understanding. Pt with improved endurance and ROM overall with continued high subjective c/o pain.

# Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.


Electronically authenticated.

_____

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 10, 2014 12:15:22

DCN: 140217119787 PAGE: 067 SEQUENCE: SWF0217201401819001

| | | | |
|---|---|---|---|
| Results Physiotherapy | **Patient:** ARTHUR DAVIS | | |
| 520 Highland Terrace, Suite A | Acct #:   124961 | Visit Date: | **Feb 10, 2014** |
| Murfreesboro, TN USA | DOB:   REDACTED | Phys Phone: | (615) 867-8010 |
| 37130-2496 | Physician:  Nicholas Cote DO | SSN: | XXX-XX-XXXX |
| Phone: (615) 896-6866 | Phys Fax:   (615) 867-7945 | Inj. Date: | Jan 20, 2014 |
| Fax: (615) 896-6825 | Physician:  Not Specified | Surg. Date: | |
| | Clinician:  Lakota C. Hillis | Visits: | 9 |
| | FSC:   Commercial Insurance | Cxl/Ns: | 0 |
| | Case Mgr: | | |
| | Payor:   AETNA | Employer: | DELL |
| | Pol/Claim#: | Insured: | |

# Daily Note

## Diagnoses

| | | | |
|---|---|---|---|
| Spine | 7242 | LUMBAGO | |
| | 7197 | DIFFICULTY IN WALKING | |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 38

## Objective Examination

**Observations:**
- Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| | Description | Code | Units | Minutes |
|---|---|---|---|---|
| • | Manual Therapy Techniques | 97140 | 1 | 8 |
| • | Therapeutic Activities | 97530 | 2 | 16 |
| • | Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1 — Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1 — Time Elapsed: 16 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit) — Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 1(This visit) — Did Not Perform: This visit

---

Document ID: 0070090B.010
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2



results PHYSIOTHERAPY  Fax:615-896-6325     Feb 17 2014 07:51am     P036
                        Patient:   ARTHUR DAVIS
                        Acct #:    124961

results
PHYSIOTHERAPY

                                                    Visit Date:   Feb 10, 2014

• Vertebral Jt Seg Mobilzation 2

**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM(This visit)
**Manual Interventions: Taping To Stabilize/Align:**
• Strapping Activity 1(This visit)
**Modalities:**
• Electric Stim, Unattended(This visit)
**Timed Code Total Time:**
• 44 Minutes

Time Elapsed: 8 Minutes, Grade: 3, Body Position: left side lying
lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge
As: Manual Therapy Techniques, Billing Code: 97140.

Did Not Perform: This visit

Did Not Perform: This visit

Did Not Perform: This visit

## Assessment

**Pt re-educated on HEP and advised to not perform there-ex which have him lay on his surgical side. Pt verbalized understanding. Pt
with improved endurance and ROM overall with continued high subjective c/o pain.**

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

Electronically authenticated.

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 10, 2014 12:15:22

DCN: 140217119787 PAGE: 071 SEQUENCE: SWF0217201401819001



Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | | |
|---|---|---|
| Patient: | **ARTHUR DAVIS** | |
| Acct #: | 124961 | |
| DOB: | REDACTED | |
| Physician: | Nicholas Cote DO | |
| Phys Fax: | (615) 867-7945 | |
| Physician: | Not Specified | |
| Clinician: | Lakota C. Hillis | |
| FSC: | Commercial Insurance | |
| Case Mgr: | | |
| Payor: | AETNA | |
| Pol/Claim#: | | |

| | |
|---|---|
| Note Date: | **Feb 10, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 9 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Progress Note

## Diagnoses  Spine

7242    LUMBAGO
7197    DIFFICULTY IN WALKING

## Subjective Examination

**Chief Complaint:**
• Pain: Current Severity: 6/10.

**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 38

## Objective Examination

**Observations:**
• Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | **Jan 20, 2014** | **Feb 10, 2014** |
| • Extension | 50% | 100% |
| • Flexion(increased pain) | 75% | 100% |
| • Side Bending Left | 75% | 100% |
| • Side Bending Right | 75% | 100% |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | **Feb 10, 2014** |
| • Extension | | 100% |
| • Flexion | | 100% |

## Assessment

**Pt with continued high subjective c/o pain but improved endurance, lumbar ROM and decreased muscle guarding overall. Will continue to progress as tolerated.**

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

---

Document ID: 0070090B.011                    Status: Signed off (secure electronic signature)                    Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

*results*
PHYSIOTHERAPY

Note Date:  **Feb 10, 2014**

**Therapy Referral**

I have read the above report and request that my patient:
- ☐ Continue with treatment program as indicated above.
- ☐ Continue treatment program for ___ days/week for ___ weeks.
- ☐ Revise treatment program as indicated: _____
- ☐ Progress to a home exercise program.
- ☐ Be discharged.
- ☐ Other: _____

Electronically authenticated.

**Please sign and return**

_____
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 10, 2014 12:18:21

**Nicholas Cote DO**                          **Date**

DCN: 140217119787 PAGE: 075 SEQUENCE: SWF0217201401819001

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825



| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Note Date: | **Feb 10, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 9 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Progress Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
• Pain: Current Severity: 6/10.
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
• Score 38

## Objective Examination

**Observations:**
• Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | **Jan 20, 2014** | **Feb 10, 2014** |
| • Extension | 50% | 100% |
| • Flexion(increased pain) | 75% | 100% |
| • Side Bending Left | 75% | 100% |
| • Side Bending Right | 75% | 100% |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | **Feb 10, 2014** |
| • Extension | | 100% |
| • Flexion | | 100% |

## Assessment

**Pt with continued high subjective c/o pain but improved endurance, lumbar ROM and decreased muscle guarding overall. Will continue to progress as tolerated.**

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

---

Document ID: 0070090B.011          Status: Signed off (secure electronic signature)          Page 1 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

**Patient:**  **ARTHUR DAVIS**
Acct #:  124961

Note Date:  **Feb 10, 2014**

**Therapy
Referral**

I have read the above report and request that my patient:
☐ Continue with treatment program as indicated above.
☐ Continue treatment program for ___ days/week for ___ weeks.
☐ Revise treatment program as indicated: _____
☐ Progress to a home exercise program.
☐ Be discharged.
☐ Other: _____

Electronically authenticated.

**Please sign
and return**

_____
Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 10, 2014 12:18:21

**Nicholas Cote DO**                    **Date**

Document ID: 0070090B.011          Status: Signed off (secure electronic signature)          Page 2 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT

DCN: 140217119787 PAGE: 079 SEQUENCE: SWF0217201401819001

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 817 of 1151 PageID #: 961

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Feb 13, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 10 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | | |
|---|---|---|
| | 7242 | LUMBAGO |
| | 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 4/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 48

## Objective Examination

**Observations:**
- Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1                    Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1                     Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit)              Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 1(This visit) Did Not Perform: This visit

---

Document ID: 0070090B.012
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2

results
PHYSIOTHERAPY

Visit Date:   **Feb 13, 2014**

---

• Vertebral Jt Seg Mobilzation 2

**Manual Interventions: Lower Quarter Soft Tissue:**
• Thoracolumbar PVM(This visit)
**Manual Interventions: Taping To Stabilize/Align:**
• Strapping Activity 1(This visit)
**Modalities:**
• Electric Stim, Unattended(This visit)
**Timed Code Total Time:**
• 53 Minutes

Time Elapsed: 8 Minutes, Grade: 3, Body Position: left side lying lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge As: Manual Therapy Techniques, Billing Code: 97140.

Did Not Perform: This visit

Did Not Perform: This visit

Did Not Perform: This visit

## Assessment

Progressed with additional activities with no adverse reaction. Will continue to progress as tolerated.

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 13, 2014 08:27:47

DCN: 140217119787 PAGE: 083 SEQUENCE: SWF0217201401819001

Results Phystotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

**results**
PHYSIOTHERAPY

| | |
|---|---|
| **Patient:** | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Feb 13, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 10 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Chief Complaint:**
- Pain: Current Severity: 4/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 48

## Objective Examination

**Observations:**
- Pt able to sit 8 minutes before position changed required secondary to pain.

**Palpation: Lumbosacral Region: Musculature, Posterior:**

| | Left | Right |
|---|---|---|
| Guarding: | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |

**Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion(increased pain) | 100% |
| • Side Bending Left | 100% |
| • Side Bending Right | 100% |

**Range of Motion: Spine: Post-Treatment: Active Lumbosacral:**

| | |
|---|---|
| • Extension | 100% |
| • Flexion | 100% |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1 — Time Elapsed: 20 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1 — Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit) — Did Not Perform: This visit
- Vertebral Jt Seg Mobilzation 1(This visit) — Did Not Perform: This visit

---

Document ID: 0070090B.012
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2



results
PHYSIOTHERAPY

Visit Date:   **Feb 13, 2014**

- Vertebral Jt Seg Mobilzation 2

Time Elapsed: 8 Minutes, Grade: 3, Body Position: left side lying
lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge
As: Manual Therapy Techniques, Billing Code: 97140.

**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)

Did Not Perform: This visit

**Manual Interventions: Taping To Stabilize/Align:**
- Strapping Activity 1(This visit)

Did Not Perform: This visit

**Modalities:**
- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Timed Code Total Time:**
- 53 Minutes

## Assessment

**Progressed with additional activities with no adverse reaction. Will continue to progress as tolerated.**

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Electronically authenticated.

—————————————————

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 13, 2014 08:27:47

DCN: 140217119787 PAGE: 087 SEQUENCE: SWF0217201401819001

**results**
PHYSIOTHERAPY

Results Physiotherapy
520 Highland Terrace, Suite A
Murfreesboro, TN USA
37130-2496
Phone: (615) 896-6866
Fax: (615) 896-6825

| | |
|---|---|
| Patient: | **ARTHUR DAVIS** |
| Acct #: | 124961 |
| DOB: | REDACTED |
| Physician: | Nicholas Cote DO |
| Phys Fax: | (615) 867-7945 |
| Physician: | Not Specified |
| Clinician: | Lakota C. Hillis |
| FSC: | Commercial Insurance |
| Case Mgr: | |
| Payor: | AETNA |
| Pol/Claim#: | |

| | |
|---|---|
| Visit Date: | **Feb 14, 2014** |
| Phys Phone: | (615) 867-8010 |
| SSN: | XXX-XX-XXXX |
| Inj. Date: | Jan 20, 2014 |
| Surg. Date: | |
| Visits: | 11 |
| Cxl/Ns: | 0 |
| Employer: | DELL |
| Insured: | |

# Daily Note

## Diagnoses   Spine

| | |
|---|---|
| 7242 | LUMBAGO |
| 7197 | DIFFICULTY IN WALKING |

## Subjective Examination

**Feel more stiff today than painful.**
**Chief Complaint:**
- Pain: Current Severity: 0/10.

**Client Knowledge/Awareness of:**
- Home Exercise Program: Lacks appropriate program.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: Patient:**
- Score 48

## Objective Examination

**Observations:**
- Pt able to sit 8 minutes before position changed required secondary to pain.

| Palpation: Lumbosacral Region: Musculature, Posterior: | Left | Right |
|---|---|---|
| **Guarding:** | | |
| • Gluteus Maximus | Mild | Mild |
| • Piriformis | Mild | Mild |
| • Quadratus Lumborum | Mild | Mild |
| **Range of Motion: Spine: Pre-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion(increased pain) | 100% | |
| • Side Bending Left | 100% | |
| • Side Bending Right | 100% | |
| **Range of Motion: Spine: Post-Treatment: Active Lumbosacral:** | | |
| • Extension | 100% | |
| • Flexion | 100% | |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 25 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Machines/Wts.(L. Quarter):**
- Machines/Free Weights 1    Time Elapsed: 18 Minutes, Description: see exercise log, Charge As: Therapeutic Exercise, Billing Code: 97110.

**Exercise Activities: Dynamic Training: C-K-C Activity (L. Quarter):**
- Closed Kinetic Chain 1    Time Elapsed: 25 Minutes, Description: see exercise log, Charge As: Therapeutic Activities, Billing Code: 97530.

**Manual Interventions: Vertebral Joint Segments:**
- Lumbosacral Spine(This visit)    Did Not Perform: This visit

---

Document ID: 0070090B.013
Lakota C. Hillis,PT(TN Lic: 8886),DPT

Status: Signed off (secure electronic signature)

Page 1 of 2


results
PHYSIOTHERAPY

Visit Date:   **Feb 14, 2014**

---

- Vertebral Jt Seg Mobilization 1(This visit)          Did Not Perform: This visit
- Vertebral Jt Seg Mobilization 2                       Time Elapsed: 8 Minutes, Grade: 3, Body Position: left side lying
                                                        lumbar rotation, Pressure: Oscillatory, Technique 1: rotation, Charge
                                                        As: Manual Therapy Techniques, Billing Code: 97140.
**Manual Interventions: Lower Quarter Soft Tissue:**
- Thoracolumbar PVM(This visit)                         Did Not Perform: This visit
**Manual Interventions: Taping To Stabilize/Align:**
- Strapping Activity 1(This visit)                      Did Not Perform: This visit
**Modalities:**
- Electric Stim, Unattended(This visit)                 Did Not Perform: This visit
**Timed Code Total Time:**
- 51 Minutes

## Assessment

**The client tolerated today's treatment/therapeutic activity with minimal complaints of pain and difficulty.**
**Pt progressing well towards goals.**
**Treatment Emphasis to focus on:**
- Maximizing function related to: ADL's.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.


Electronically authenticated.

---

Lakota C. Hillis, PT(TN Lic: 8886),DPT
Signed on Feb 14, 2014 10:35:57

---

Document ID: 0070090B.013            Status: Signed off (secure electronic signature)        Page 2 of 2
Lakota C. Hillis,PT(TN Lic: 8886),DPT



# Fax Message

_____

**To:**     Scanning

**Fax:**    8666671987

**From:**   Amor, Maribel


**Date:**     2/17/2014 9:38 AM
**Pages:**    1 of 4 (including this page)
**Subject:**   Treating sources

_____

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

RE: 9452367

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph: 954-693-2140*
*Fax: 860-907-4494*
*E-mail: AmorM@Aetna.com*

DCN: 140217116627 PAGE: 003 SEQUENCE: SWF0217201401384001

**Amor, Maribel**

| | |
|---|---|
| **From:** | Art Davis <coachart63@gmail.com> |
| **Sent:** | Friday, February 14, 2014 5:16 PM |
| **To:** | Amor, Maribel |
| **Subject:** | RE: Initial TP Claimant Interview  2010 (38).doc |

**Dr. Cote**
**MURFREESBORO MEDICAL CLINIC & SURGICENTER**
1272 Garrison Drive
Murfreesboro, TN 37129-2598
Monday - Friday: 8:00am to 5:00pm
**If you need immediate assistance please call:**
**Toll Free:** 1-800-842-6692
**Local:** 615-893-4480
**Fax:**  615-895-6212

## Murfreesboro Results Physiotherapy

*520 Highland Terrace Suite A*
*Murfreesboro, TN 37130*
Phone: (615) 896-6866

**From:** Amor, Maribel [mailto:AmorM@aetna.com]
**Sent:** Friday, February 14, 2014 3:47 PM
**To:** Art Davis
**Subject:** RE: Initial TP Claimant Interview 2010 (38).doc

Dear Mr. Davis,

Please provide me with the phone, fax number for Dr. Cote and also for the physical therapy facility.   Thanks, Maribel

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*

**From:** Art Davis [mailto:coachart63@gmail.com]
**Sent:** Friday, February 14, 2014 12:33 PM
**To:** Amor, Maribel
**Cc:** coachart63@gmail.com
**Subject:** RE: Initial TP Claimant Interview 2010 (38).doc

Good morning I have mailed my paperwork today and my drs office should have faxed paperwork.

**From:** Amor, Maribel [mailto:AmorM@aetna.com]
**Sent:** Friday, February 14, 2014 9:13 AM
**To:** coachart63@gmail.com
**Subject:** Initial TP Claimant Interview 2010 (38).doc

1

DCN: 140217116627 PAGE: 005 SEQUENCE: SWF0217201401384001

Arthur Davis
Claim 9452367
Dell Inc

Please complete the attached template and return to Aetna as soon as possible.  Thanks, Maribel
This e-mail may contain confidential or privileged information. If you think you have received this e-mail in
error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

2



# Fax Message

---

**To:**      scanning

**Fax:**      8666671987

**From:**      Amor, Maribel

**Date:**      2/14/2014 10:31 AM
**Pages:**      1 of 3 (including this page)
**Subject:**      ISO

---

<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Claim 9452367

*Maribel Amor, MST*
*Senior Disability Benefit Manager*
*Aetna Life Insurance Company*
*Ph:  954-693-2140*
*Fax:  860-907-4494*
*E-mail:  AmorM@Aetna.com*

**Match #: 1**                                               **Reason for Match: SSN**

|  |  |
|---|---|
| **Record Type:** | Property/Casualty Claim |

**ISO File Number:** 0U001641892

        **Record Type:** Property/Casualty Claim        **ISO File Number:** 0U001641892
        **Date of Loss:** 04/03/2004
      **Type of Policy:** Workers Compensation
        **Type of Loss:** Comprehensive
    **Location of Loss:** 2535 POWELL AVE
                       : NASHVILLE, TN 37204
        **ISO Received:** 05/11/2004
             **Company:** SEDGWICK CLMS MANAGEMENT SVC INC
             **Address:** HOME DEPOT
                       : 2455 PACES FERRY RD
                       : ATLANTA, GA 30339
        **Claim Number:** 2423088

      **Involved Party:** Claimant
                **Name:** DAVIS,ARTHUR
             **Address:** REDACTED
                       : FRANKLIN, TN 37064
                 **DOB:** REDACTED
                 **SSN:** (SSN ISSUED NY/1973-1974)
               **Phone:**
          **Occupation:** NIGHT CREW
       **Injury/Damage:** BRUISE/CONTUSION - ELBOW

    **Service Provider:** Lawyer For Claimant
                **Name:** MITCH GRISSIM & ASSOC
             **Address:** 325 UNION STREET
                       : NASHVILLE, TN 37201
               **Phone:** (615) 255-9999

    **Service Provider:** Medical Doctor(M.D.)
                **Name:** VANDERBILT UNIVERSITY HO
             **Address:** 1211 22ND AVENUE SOUTH
                       : NASHVILLE, TN 37232
               **Phone:** (615) 322-1000

      **Involved Party:** Insured
                **Name:** THE HOME DEPOT INC
             **Address:** 2455 PACES FERRY ROAD
                       : ATLANTA, GA 30339
              **Tax ID:** 581853319



PO Box 14560
Lexington, KY 40512-4560
MARIBEL AMOR
Senior LTD Claim Analyst
Phone: 800-354-1779
Fax: 1-866-667-1987

02/05/2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

Group Control No:

| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear MR. DAVIS:

Aetna Life Insurance Company ("Aetna") administers leaves of absence for Dell Inc under applicable state law and Dell Inc leave policies.

This letter concerns your disability plan with the above employer.

Our records indicate that you will soon reach the maximum number of weeks for short-term disability benefits under your plan. Please consult your Employee Booklet or Summary Plan Description to determine the maximum number of weeks that benefits are payable.

Please be sure to notify us as soon as possible if you return to work.

We are reviewing your claim to determine your eligibility for long-term disability (LTD) benefits. Certification of your short-term disability does not guarantee payment of LTD benefits. We will notify you shortly regarding the status of your LTD claim.

You previously received correspondence indicating your certified length of disability. As you may now be eligible for long-term disability benefits, we will periodically contact you for information to assess your continued disability.

At this time, we need you to complete, sign and return the forms below to Aetna within thirty (30) days from the date of this letter.

- **Aetna to Request Protected Health Information (PHI)**
  In signing this form you authorize Aetna to obtain Protected Health Information necessary to process your disability claim.
- **Other Income Questionnaire**
  This form shows types and amounts of "other income" benefits that you may now receive or may be eligible to receive. Please list all such other income benefits that you are now receiving or may be eligible to receive.
- **Authorization to Obtain Information**
  In signing this form you authorize Aetna to obtain non-medical information from any agency or institution.
- **Work History and Education Questionnaire**

This form allows Aetna to assess your education and work history. Also, the form authorizes us to obtain and release information from past and present employers.

- **Reimbursement Agreement**
  In signing this form, you authorize Aetna to recover any overpayments resulting from a retroactive Social Security benefit or from any other income source listed on the Disability Income Questionnaire.
- **Form W-4 or W-4S**
  If you would like Federal Income taxes withheld from your monthly benefit, if applicable, Aetna will need your instruction in writing to do so. Please ensure that the form is completed in its entirety. Please note there is a minimum monthly withholding amount of $88.00.
- **Authorization for Direct Deposit of Disability Benefit Payment**
  In completing this form, you are requesting for your monthly long-term disability benefit to be electronically deposited into your checking or savings account.

Please have your attending physician complete and return the enclosed:

- **Attending Physician Statement**
  This form provides Aetna with your physician's evaluation of your present condition, as well as the history, diagnosis, and treatment of your disability.
- **Capabilities and Limitations Worksheet**
  This form provides Aetna with your physician's evaluation of your physical capabilities.
- **Attending Physician Behavioral Health Statement**
  Disregard this form if not applicable to your condition. This form provides Aetna with your mental health provider's evaluation of your present condition, as well as the history, diagnosis, and treatment of your disability.

Note: If you have more than one physician or provider for your condition, a statement should be completed by each one. These forms can be reproduced.

These forms are required for all new LTD claims. All forms should be returned to this office in the envelope provided, as soon as possible, but no later than 30 days from the date of this letter.

Please be sure to include your claim number on any correspondence.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

MARIBEL AMOR
Senior LTD Claim Analyst
Aetna Life Insurance Company

Enclosure(s):
Return Envelope
Authorization to Obtain Information
Authorization for Direct Deposit of Disability Benefit Payment
Other Income Questionnaire
Authorization to Share and Use Medical Information
Authorization to Request Protected Health Information
Work History and Education Questionnaire
Capabilities and Limitations Worksheet
Attending Physician Statement
Behavioral Health Clinician Statement
W4 - 2014
W-4S 2014
Reimbursement Agreement
Reimbursement Agreement
WorkAbility Portal Flyer
>

Claim Number: 9452367

# aetna®

# Authorization To Obtain Information

Complete and sign the form using BLUE or BLACK ink.

Control Number: _____

Employee Year of Birth: _____

Employee Gender: ☐ Male ☐ Female

I ___DAVIS, ARTHUR_____, Claim Number _____,
*(please print full name – Last, First, Middle Initial)*

hereby authorize any insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation or other organization, institution, or person that has any records or knowledge about me containing the following to release the information to the Aetna and/or its duly authorized representatives or agents:

- **Financial information,**

- **Information pertaining to my credit history,**

- **Information pertaining to my academic performance, credits earned, or school-related activities,**

- **Other insurance benefits, or,**

- **Employment information and history (including job duties and earnings).**

I understand that the information obtained by use of this authorization will be used for the purpose of evaluating and administering my claim for disability benefits.

This authorization is valid for the term of the policy or contract under which a claim has been submitted.

I know that I have a right to receive a copy of this authorization upon request and agree that a photographic copy of this authorization is as valid as the original.

I further authorize the Aetna and/or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

| Print Name (*Last, First, Middle Initial*) | |
|---|---|
| Signature of Employee | Date Signed (*MM/DD/YYYY*) |

| **If the person signing this authorization is not the member**, describe relationship to the member. |
|---|
| _____ |
| If this authorization is being signed by the member's legal representative, you must furnish a copy of the Power of Attorney or other relevant document authorizing you to act on the member's behalf. |

Mail this completed form to: **Aetna Life Insurance Company**
PO Box 14560
Lexington, KY 40512-4560
Fax Number: **1-866-667-1987**

**MI DT 48-045 WKAB-Generic**
GC-1499-5 (6-13) **G**

**R-POD**

Claim Number: 9452367

**Employee Name**
DAVIS, ARTHUR

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**MI DT 48-045  WKAB**
GC-1499-5 (6-13)



Claim Number: 9452367

**aetna®**

# Authorization for EFT/Direct Deposit of Disability Benefit Payment

It's easy to set up EFT payments for disability benefits. All you have to do is complete the form below or you may visit us at **https://www.aetnadisability.com.** If you would prefer to complete via the form **please sign and return** the form to Aetna at the address below or you may also fax your information to **1-866-667-1987**.

**Aetna Life Insurance Company (Aetna)**
**PO Box 14560**
**Lexington, KY 40512-4560**

**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

☐ New ☐ Change ☐ Cancel

**Employee Information - _ALL_ fields must be completed.**

| Name | Telephone ( ) |
|---|---|
| Street Address | |
| City | State | ZIP Code |
| Social Security Number ___ ___ ___ – ___ ___ – ___ ___ ___ ___ | |

**Banking Information - _ALL_ fields must be completed.**

| Name of Financial Institution | Telephone ( ) |
|---|---|

Please indicate: ☐ Checking **OR** ☐ Savings **and**

**ATTACH** a copy of a blank check, marked "VOID **OR** provide the information below:

Routing Number: _____

Account Number: _____

**ATTACH HERE**

### ** Please attach a blank check from your Checking Account, marked "VOID" **

If Electronic Funds Transfer (EFT) is available at your financial institution Aetna will send a pre-notification transaction to your financial institution for confirmation. Please allow time for EFT information to be processed by Aetna, which is approximately 10 calendar days from Aetna's receipt of this completed information. Upon completion of the pre-notification process, Aetna will transmit benefit payments via EFT. You may continue to receive benefit payments via check until this process is complete.

**Authorization Agreement**

I authorize Aetna to initiate electronic funds transfers to my account at the financial institution associated with the routing number I entered for all benefit payments on my behalf. This agreement will remain in effect until I provide written notice to withdraw from the direct deposit service or until Aetna or my employer notifies me that this service has been terminated. I understand that I must allow approximately 10 calendar days from Aetna's receipt of this information for my instructions to be executed. If Aetna credits more money to said account than the correct benefit amount to which I am entitled due to duplicate or erroneous funds transfers, I authorize the financial institution to allow Aetna to reverse the transactions. If the reversal is denied by my financial institution, I agree to repay said amounts to Aetna.

| _Authorized Signature(s)_ | _Date_ |
|---|---|

**EFT** GR-68735 (2-12) C R-POD

Claim Number: 9452367



# Other Income Questionnaire
# Disability Benefits

**Mail this completed form to:**
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

- Please complete this form immediately so we can accurately determine your benefits.
- Provide all information relating to your actual or expected entitlement to income from all sources (**excluding** Aetna Disability Benefits) to avoid processing delays and/or overpayment of benefits.
- **Please check all boxes that apply.**
- Complete and sign the form using BLUE or BLACK ink.

| Employee's Name *(Last, First, Middle Initial)* | Claim Number |
|---|---|
| DAVIS, ARTHUR | |

| Control Number | Employee Gender ☐ Male  ☐ Female | Year of Birth |
|---|---|---|

***This section must be completed:***

| Marital Status |
|---|
| ☐ Single  ☐ Married  ☐ Divorced  ☐ Widowed |
| If married, spouse's date of birth *(MM/DD/YYYY)* _____ |

| Do you have any dependent children? |
|---|
| ☐ Yes  ☐ No  If yes, youngest child's date of birth *(MM/DD/YYYY)* _____ |

☐ Yes  ☐ No  **I am currently receiving other income.**
☐ Yes  ☐ No  **I have received other income since the onset of my disability.**
☐ Yes  ☐ No  **I have received income from work activity since the onset of my disability.**
☐ Yes  ☐ No  **I have applied for and/or received other income as defined below.**

Provide information as to all of the following types and/or sources of other income:

- Salary/Wages from present employer
- Income from self-employment
- Rehabilitation Earnings
- Pension/Retirement (including Canada)
- Part-time Earnings
- Veteran's Benefits
- Unemployment Compensation
- Jones Act or Maritime Doctrine
- Recoveries from Third Party causing disability

- Social Security Disability - Primary
- Social Security Disability - Family
- Social Security Retirement
- Social Security Widow/Widowers Benefit
- State Disability Plans
- Workers' Compensation - Periodic/Lump Sum
- No-Fault Automobile Coverage
- Railroad Retirement
- Private Group Disability benefits

**List other Income you are receiving or have applied for:**

| Source of Income | Effective Date of Benefits *(MM/DD/YYYY)* | Benefit Amount and Frequency |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| **Signature** | **Date** *(MM/DD/YYYY)* |
|---|---|

*Complete back* ➜

**WKAB**
GC-1503-26 (8-13)  C
R-POD

Claim Number: 9452367

**Employee's Name** *(Last, First, Middle Initial)*
DAVIS, ARTHUR

## Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date *(MM/DD/YYYY)* |
| --- | --- |



Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 837 of 1151 PageID #: 8781

Claim Number: 9452367



# Authorization to Share and Use Medical Information

Mail this completed form to:
Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: **1-866-667-1987**

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information"). This Information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that Information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving Information that the Information is confidential. The Information provided to Aetna will not be used for any purpose other than its intended use stated above. I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefits Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

| Claimant's Name | Date of Birth | Date |
|---|---|---|
| Claimant's or Legal Representative's Signature | Legal Representative's Name and Relationship | |
| Employer's Name | | |

**WKAB**
GR-68320 (6-13) I

**R-POD**



Claim Number: 9452367

# aetna®

## Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

**Please Read The Following Carefully Before Completing Your Authorization. You May Refuse To Sign This Authorization.** *(See Section 6.)*

**1.   Member Information (Information About Person For Whom This Authorization Is Requested.)**

| Last Name DAVIS | First Name ARTHUR | | Middle Initial |
|---|---|---|---|
| Claim Number | Year of Birth | Daytime Telephone Number (include area code) | |
| Street Address | City, State and ZIP | | |

**2.   This form requests a Member's unconditioned authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.**

**3.   The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)**

*Any and all medical information including but not limited to information which relates to psychiatric or mental health, drug, substance abuse, and/or HIV Infection, including AIDS and related illnesses, concerning health care, advice and treatment and prescription history records(including but not limited to, medical records, histories, physical or diagnostic examinations reports and treatment notes).*

**4.   If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed.  (This section completed by Member)**

☐ Health (This includes medical, dental, pharmacy, vision, and flexible spending account information)
☐ Behavioral Health (e.g., mental health, drug and alcohol abuse treatment)
☐ Disability    ☐ Life Insurance    ☐ Long Term Care    ☐ Workers' Compensation
☐ Other: *(please specify)* _____

**5.   By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations.)**

*Service Providers, including but not limited, to physicians, therapists, medical practitioners, health care professionals, workers' compensation professionals, diagnostic facilities, hospitals, clinics and pharmacy related service organizations (including individuals or facilities which provide rehabilitation services or treatment).*

**6.   Expiration of this Authorization**

| This authorization is valid throughout the processing and any term of your disability claim unless you indicate a shorter period below. |
|---|
| _____  through  _____ |
| mm/dd/yyyy                                                        mm/dd/yyyy |

**Please review and complete important information on the reverse of this form.**

Case 1:15-cv-00086      Document 13-1      Filed 02/18/16      Page 840 of 1151 PageID 8484

Claim Number: 9452367

| Employee Name |
|---|
| ARTHUR DAVIS |

**7. Important: Your signature below means that you understand and agree to the following:**

- You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

- The information to be disclosed may be protected by law. Information disclosed under this authorization may be re-disclosed and no longer protected by federal privacy regulations.

- Failure to complete this form may prevent Aetna from receiving information necessary for the processing of your disability claim, which may result in a disability claim denial. Failure to complete this form will not however impact your receipt of medical services from providers.

- You may revoke this Authorization at any time by notifying Aetna in writing, but please note that actions Aetna has taken before we received your revocation will still be valid under this authorization.

- You may receive a copy of this form if you request it in writing from the address listed below.

**8. Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date |
|---|---|
| Print Name | |

**If not the Member,** describe your relationship to the Member:

☐ Caregiver
☐ Legal Representative
☐ Other: _____

If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, or other relevant document designating you as the representative.

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above):**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

Return this completed form to:     **Aetna Life Insurance Company**
                                                        PO Box 14560
                                                        Lexington, KY 40512-4560

                        **Telephone Number:     800-354-1779**
                        **Fax Number:               1-866-667-1987**



Claim Number: 9452367

| Employee Name |
|---|
| DAVIS, ARTHUR |

### 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 842 of 1151 PageID #: 8486
APP 008486

Claim Number: 9452367



# Work History and Education Questionnaire

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

*Instructions: Please print, answer all questions, date and sign the release. Complete and sign the form using BLUE or BLACK ink.*

| **1. Employee Information** | Name (*Last, First, Middle Initial*) DAVIS, ARTHUR | | Social Security Number |
|---|---|---|---|
| | Control Number | Year of Birth | Gender ☐ Male ☐ Female |

**2. Education**

Highest Level Achieved

Grade ☐ 1-8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ GED   College ☐ 1 ☐ 2 ☐ 3 ☐ 4

Post Graduate Work

List Degrees, Majors

List Any Additional Training

List Any Certifications or Licenses

Military Services/Training

**3. Work History**

| Current Job You Are Disabled From | Date Hired (MM/DD/YYYY) | Salary |
|---|---|---|

Description of Your Job (e.g., Tasks/Functions Performed; Include: Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level)

List Those Duties You Now Cannot Perform

Supervision of Others  ☐ Yes  ☐ No   Number of Hours In Your Workday  ☐ 8  ☐ 10  ☐ 12   Other _____

Other Job Titles Held:

In Your Work Day, How Much Time (Hours) Did You Spend:

A. Sitting ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ Continuously
B. Standing ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ Continuously
C. Walking ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ Continuously

| On The Job You: | Occasionally | Frequently | Continually |
|---|---|---|---|
| 1. Bend/Stoop | ☐ | ☐ | ☐ |
| 2. Crawl | ☐ | ☐ | ☐ |
| 3. Reach Above Shoulders | ☐ | ☐ | ☐ |
| 4. Kneel | ☐ | ☐ | ☐ |
| 5. Push/Pull | ☐ | ☐ | ☐ |
| 6. Lift Up To 10 Pounds | ☐ | ☐ | ☐ |
| 11-25 Pounds | ☐ | ☐ | ☐ |
| 26-50 Pounds | ☐ | ☐ | ☐ |
| 50 Pounds or More | ☐ | ☐ | ☐ |

Do You Use Your Hands And/Or Feet For Repetitive Movements? (*E.G. Operating Foot Controls*)

Right Hand: ☐ Yes ☐ No     Right Foot: ☐ Yes ☐ No
Left Hand: ☐ Yes ☐ No     Left Foot: ☐ Yes ☐ No

Claim Number: 9452367

| Employee Name *(Last, First, Middle Initial)*<br>DAVIS, ARTHUR | Employee Social Security Number |
|---|---|

*Please provide complete work history information for the past 15 years (list chronologically and use additional paper if necessary).*

**4. Other Work History**

| Employer | Job Title | Employed<br>From _____ To _____ | Salary |
|---|---|---|---|

Description of your job

Training Received

Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level

Supervision of others as part of your job    Other Job Titles Held
☐ Yes    ☐ No

| Employer | Job Title | Employed<br>From _____ To _____ | Salary |
|---|---|---|---|

Description of your job

Training Received

Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level

Supervision of others as part of your job    Other Job Titles Held
☐ Yes    ☐ No

| Employer | Job Title | Employed<br>From _____ To _____ | Salary |
|---|---|---|---|

Description of your job

Training Received

Equipment, Tools, Applications, Time Demands, Mental Demands, Stress Level

Supervision of others as part of your job    Other Job Titles Held
☐ Yes    ☐ No

***Please list your outside of work activities (e.g. Sports, Activities, Hobbies)***

**5. Additional Information**

Before your Disability:

After your Disability:

**6. Certification**

I hereby certify that the foregoing statements and answers are complete and true to the best of my knowledge and belief.

Date *(MM/DD/YYYY)* _____    Signed Employee _____

**7. Authorization**

To my present employer and all previous employers:

I hereby authorize my present and past employers to provide Aetna or its representative with a description of all job-related duties and functions I performed while actively employed. I further authorize Aetna or its representative to release this information to vocational or clinical specialists it utilizes during the course of its administration of my disability claim. A copy of this authorization shall be as valid as the original.

Date *(MM/DD/YYYY)* _____    Signed Employee _____

**WKAB-** GC-1501-26 (7-13)
Page 2 of 3



Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)*<br>DAVIS, ARTHUR | Employee Social Security Number |
|---|---|

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|



Claim Number: 9452367



# Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

| Employee Name *(Last, First, Middle Initial)*<br><br>DAVIS, ARTHUR | Social Security Number | Year of Birth |
|---|---|---|
| Gender<br>☐ Male ☐ Female | Job Title | Control Number |

| Current Diagnosis | Medications: |
|---|---|

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____ hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐  8 ☐  6 ☐  4 ☐  2 ☐

Duration of restrictions: _____  Care Complete: Yes ☐  No ☐  Next Appointment: _____

Additional Comments: _____

| Physician's Signature | Date *(MM/DD/YYYY)* |
|---|---|
| Physician Name | Specialty |
| Phone Number | Fax Number |
| Address | |

**WKAB**
GC-1500-26 (7-13)

Page 1 of 2

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |



Claim Number: 9452367

 **Attending Physician Statement**
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

1. **Patient Instructions –** The Physician will complete Sections 2 through 7.
   The Patient will complete Sections 1 and 8.
   The Patient should also fill in their name at the top of Pages 2 and 3.

The *Patient* is responsible for completing this section and for **ensuring** that **their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call** **800-354-1779.**

(a) Control Number _____

(b) DAVIS, ARTHUR _____ / _____ / _____ / _____ / _____
   Patient Name (Last, First, Middle Initial)     Social Security Number     Year of Birth     Height     Weight (lbs)

(c) Patient Gender  ☐ Male   ☐ Female

(d) _____
   Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes)  ☐ Check if New

(e) Mailing Address, if different from Home Address _____

(f) Patient Employer Name/City/State  Dell Inc _____

(g) Patient Telephone Number _____  ☐ **Check if New**

(h) Job Title/Occupation  Inside Sales Account Mgmt Iii _____

(i) Type of Claim:  ☐ Short Term Disability   ☐ Long Term Disability   ☐ Waiver of Premium
   ☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The *Attending Physician* should **complete the items below**, based upon a **recent examination.** Attach additional documentation as needed. If you have any questions, please call **800-354-1779.**
**Please complete form in its entirety and fax to** **1-866-667-1987.**     **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning**
   **on** _____ **and ending on** _____ .
        (MM/DD/YYYY)                    (MM/DD/YYYY)

(b) Primary Diagnosis _____     Primary ICD Code _____
   Secondary Diagnosis _____     Secondary ICD Code _____
   Other Diagnoses_____     Other ICD Codes _____

(c) Height _____  Weight _____  Date Measured (MM/DD/YYYY) _____

(d) If Pregnancy related, delivery or expected due date   Month _____  Day _____  Year _____
   Delivery Type:  ☐ Vaginal  ☐ Cesarean

(e) Surgery Date .................................................   Month _____  Day _____  Year _____
   Primary Procedure _____     Primary CPT Code _____
   Secondary Procedure _____     Secondary CPT Code _____
   Other Procedures _____     Other CPT Codes _____

(f) Medication(s)/Dose/Frequency _____

   Impairment from medication effects _____

(g) Is patient still under your care for this condition?  ☐ Yes  ☐ No  Date service terminated _____
                                                                                           (MM/DD/YYYY)

(h) Treatment Summary _____

(i) Office Visit Dates: First _____  Last _____  Next _____  Frequency of appointments _____
                   (MM/DD/YYYY)        (MM/DD/YYYY)        (MM/DD/YYYY)

(j) Was patient recently hospitalized?  ☐ No  ☐ Yes   Date hospitalized: Admit _____  Discharge _____
                                                                        (MM/DD/YYYY)              (MM/DD/YYYY)

(k) Hospital Name/City/State _____

**WKAB-** GC-1486-26 (7-13) **C  R-POD**



Patient Name *(Last, First, Middle Initial)* **Required**
DAVIS, ARTHUR

## 4. History

(a) Symptoms: _____

_____

(b) Date symptoms first appeared or accident happened    Month _____    Day _____    Year _____

(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes   State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No   ☐ Yes   ☐ Unknown

(f) Other Treating Physicians

Name _____    Specialty _____    City _____    State _____

Name _____    Specialty _____    City _____    State _____

## 5. Abilities/Limitations

(a) **Patient is:  Place remarks in item (d) below, if applicable.**

- Competent to endorse checks and direct the use of proceeds thereof .... ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work with others ................................................ ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to give supervision .............................................. ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting ............. ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to do?  **Select one:  Place remarks in item (d) below, if applicable.**
  - ☐ **Heavy work** activity.  No limitations of functional capacity.
  - ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.**  Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient? *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)*** _____

_____

- <u>Number of Hours</u> patient is capable of working in a day:  ☐ 12  ☐ 10  ☐ 8  ☐ 6  ☐ 4  ☐ 2  ☐ 1   Hour/Day
- <u>Number of Days</u> per week patient is able to work:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7   Days/Week
- Date you prescribed restriction on work activities:    Month _____    Day _____    Year _____
- How long are these restrictions/limitations in effect? _____   ☐ No Longer
  Days      Weeks      Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
  (MM/DD/YYYY)                      (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)* _____

_____

(d) Other/Comments _____

_____

## 6. Current Status

(a) Patient has   ☐ Improved   ☐ Stabilized   ☐ Regressed   ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
☐ No   ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

## 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | **Date** *(MM/DD/YYYY)* | |

**WKAB**
GC-1486-26 (7-13) **C**

Claim Number: 9452367

Patient Name *(Last, First, Middle Initial)* **Required**
DAVIS, ARTHUR

## 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files
an application for insurance or statement of claim containing any materially false information or conceals, for the
purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is
crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading
information to an insurance company for the purpose of defrauding the company. Penalties may include
imprisonment, fines or denial of insurance benefits.




# Behavioral Health Clinician Statement

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| Patient Year of Birth | Provider Telephone Number | Clinical Manager Telephone Number |
| Patient Case Number<br>  Claim Number: 9452367 | Provider Fax Number | Clinical Manager Fax Number |

Patient Occupation:
  Inside Sales Account Mgmt Iii

Provide detailed examination findings that would prohibit the claimant from performing: ☐ Any Reasonable Occupation  ☐ Own Occupation

---

1. Have you recommended that your patient stay home from work on disability? ☐ Yes ☐ No

2. Please specify the recommended Start Date _____ / _____ / _____   End Date _____ / _____ / _____

## Diagnostic Impressions

| Axis 1: _____ | Axis 3: _____ | Axis 5: GAF Score  Current _____ |
| Axis 2: _____ | Axis 4: _____ | Prior to Work Leave _____ |

## Patient's Perspective

The patient has conceptualized the following barriers in returning to work:
☐ Increase in work demand      ☐ Conflicts with supervisor        ☐ Anticipation of relapse      ☐ Recent unfavorable work evaluation
☐ Dissatisfaction with the job ☐ Medication complications         ☐ Other: _____

Patient's Progress: ☐ Improved   ☐ Stable   ☐ Regressed

## Risk to Self/Others

1. Suicidal ideation? ☐ Yes ☐ No   If Yes, please describe plan/intent:

2. Homicidal ideation? ☐ Yes ☐ No   If Yes, please describe plan/intent:

3. Have you and the patient agreed upon measures to be taken
   should the threat to harm self/others becomes imminent? ☐ Yes ☐ No   If Yes, please describe:

4. Is the patient able to report reasons for not harming self/others? ☐ Yes ☐ No   If Yes, please describe:

## Emotional Functioning

1. Emotional state/mental status during exam (Describe affect, mood, range, lability, congruency with content).

2. Requires assistance to compose self? ☐ Yes ☐ No,   If Yes, please describe:

3. Panic attacks? ☐ Yes ☐ No
   a. Symptoms reported: _____
   b. Frequency of panic attacks/Duration of each attack: _____
   c. Intervention used: _____
   d. Panic Attack ever observed in exam?: ☐ Yes ☐ No,   If Yes, please describe:

Additional Examination Findings/Notes

---

**WKAB**
GR-68317 (7-12) I

Page 1 of 3
R-POD

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 851 of 1151 PageID #: 5195
GR-68317

Claim Number: 9452367

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| | | |

## Cognitive Functioning

1. Able to follow a three step command? ☐ Yes ☐ No, please provide exam details:

2. Able to perform five operations of Serial 7's or 3's? ☐ Yes ☐ No, please provide exam details:

3. Memory Functions: ☐ Digit span forward = _____ ☐ Digit span backwards = _____ ☐ 4 unrelated words after 5 minutes
☐ Other measurement(s) _____

4. Applied focus and concentration in session for periods of: ☐ 30-50 min. ☐ 15-30 min. ☐ 5-10 min. ☐ less than 5 min.

5. Expressed his/her current circumstances and responded to direct questions appropriately? ☐ Yes ☐ No, please describe

6. Reasoning and/or Judgment: ☐ Within normal limits ☐ Impaired, please describe:

7. Delusional ideation evident? ☐ Yes ☐ No   Please describe:

8. Hallucinations reported? ☐ Yes ☐ No   Please describe:

9. Was a mini mental status exam completed? ☐ Yes ☐ No   If Yes, please provide score:

Additional Examination Findings/Notes
_____
_____
_____

## Behavioral Observations

1. Behaviors observed during exam. Please provide specific details.

2. Psychomotor activity: ☐ Unremarkable ☐ Impaired, please describe:

3. Presented with appropriate dress and hygiene in session? ☐ Yes ☐ No, please describe:

4. Difficulty with impulse control? ☐ Yes ☐ No   Please describe:

5. Speech: ☐ Slurred ☐ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive

Additional Examination Findings/Notes
_____
_____
_____

## Activities of Daily Living

1. Is patient currently performing: ☐ Volunteer Work ☐ Attending School ☐ Self-Employed
☐ Work at a Lesser Demanding Job ☐ No Work Activities in Any Capacity

2. Significant weight/appetite changes? ☐ Yes ☐ No   Gain/loss within _____ (Time frame)

3. Sleep disturbances? ☐ Yes ☐ No   Please describe:

4. Socialization problems? ☐ Yes ☐ No   Please describe:

5. Cleans/Maintains residence? ☐ Yes ☐ No   Performs routine shopping? ☐ Yes ☐ No   Pay bills? ☐ Yes ☐ No

6. Is patient able to safely operate an automobile or other motorized vehicle? ☐ Yes ☐   No, please describe:

Additional Examination Findings/Notes
_____
_____
_____

**WKAB**
GR-68317 (7-12) I

Page 2 of 3

Claim Number: 9452367

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| | | |

**Treatment**

| | Start Date | End Date | Days Per Week | Frequency | Last Visit | Next Visit |
|---|---|---|---|---|---|---|
| ☐ Inpatient Care | | | | | | |
| ☐ Partial Hospitalization Programs | | | | | | |
| ☐ Intensive Outpatient (IOP) | | | | | | |
| ☐ Outpatient Psychotherapy | | | | | | |
| ☐ Medication Management | | | | | | |

Additional Examination Findings/Notes

_____

_____

_____

**Medications**

| 1. Please list all current medications. |
|---|

| 2. Any recent changes in medications? | ☐ Yes ☐ No | If Yes, please describe: |

| 3. Medication side effects? | ☐ Yes ☐ No | If Yes, please describe: |

Additional Examination Findings/Notes

_____

_____

_____

**Referrals**

| Have you referred your patient to any other providers? | ☐ Yes ☐ No | If Yes, please provide name and contact information: |

_____

**Claimant Return To Work Status**

Is your patient?

☐ Able to return to work FULL DUTY without modification. Full Duty release to return to work date: _____

☐ Unable to work currently. Projected/estimated return to work by: _____

☐ Able to work with modifications. Modified release to return to work date: _____

Please include specific modifications recommended: _____

**Signature/Exam Date**

| Signature | Date Exam Completed |
|---|---|
| Print Name | Date Form Completed |
| Credentials | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. ***Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.***

**WKAB**

GR-68317 (7-12) I

Page 3 of 3

Claim Number: 9452367

# Form W-4 (2014)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2014 expires February 17, 2015. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $1,000 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:
- Is age 65 or older,
- Is blind, or
- Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions do not apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer or zero allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2014. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

---

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . | A ____ |
| B | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B ____ |
| C | Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . | C ____ |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . | D ____ |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) | E ____ |
| F | Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . | F ____ |
| | (**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $65,000 ($95,000 if married), enter "2" for each eligible child; then **less** "1" if you have three to six eligible children or **less** "2" if you have seven or more eligible children.<br>• If your total income will be between $65,000 and $84,000 ($95,000 and $119,000 if married), enter "1" for each eligible child . . . | G ____ |
| H | Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ | H ____ |

| For accuracy, complete all worksheets that apply. | • If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you are **single** and have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |
|---|---|

---

- - - - - Separate here and give Form W-4 to your employer. Keep the top part for your records. - - - - -

## Form W-4
**Employee's Withholding Allowance Certificate**

Department of the Treasury
Internal Revenue Service

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2014**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| ARTHUR | DAVIS | |

| Home address (number and street or rural route) | 3 ☐ Single  ☐ Married  ☐ Married, but withhold at higher Single rate. |
|---|---|
| City or town, state, and ZIP code | **Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.<br>4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |

| | | |
|---|---|---|
| 5 | Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) | 5 ____ |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 $____ |
| 7 | I claim exemption from withholding for 2014, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.<br>If you meet both conditions, write "Exempt" here . . . . . . . . . . . . ▶ | 7 ____ |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(This form is not valid unless you sign it.) ▶ _____  Date ▶ _____

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**  Cat. No. 10220Q  Form **W-4** (2014)

Claim Number: 9452367

## Deductions and Adjustments Worksheet

**Note.** Use this worksheet *only* if you plan to itemize deductions or claim certain credits or adjustments to income.

| | | |
|---|---|---|
| **1** | Enter an estimate of your 2014 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 10% (7.5% if either you or your spouse was born before January 2, 1950) of your income, and miscellaneous deductions. For 2014, you may have to reduce your itemized deductions if your income is over $305,050 and you are married filing jointly or are a qualifying widow(er); $279,650 if you are head of household; $254,200 if you are single and not head of household or a qualifying widow(er); or $152,525 if you are married filing separately. See Pub. 505 for details . . . . | **1** $ _____ |
| **2** | Enter:  { $12,400 if married filing jointly or qualifying widow(er)<br>$9,100 if head of household<br>$6,200 if single or married filing separately }  . . . . . . . | **2** $ _____ |
| **3** | **Subtract** line 2 from line 1. If zero or less, enter "-0-" . . . . . . . . . . . | **3** $ _____ |
| **4** | Enter an estimate of your 2014 adjustments to income and any additional standard deduction (see Pub. 505) | **4** $ _____ |
| **5** | **Add** lines 3 and 4 and enter the total. (Include any amount for credits from the *Converting Credits to Withholding Allowances for 2014 Form W-4* worksheet in Pub. 505.) . . . . . . | **5** $ _____ |
| **6** | Enter an estimate of your 2014 nonwage income (such as dividends or interest) . . . . . | **6** $ _____ |
| **7** | **Subtract** line 6 from line 5. If zero or less, enter "-0-" . . . . . . . . . . . | **7** $ _____ |
| **8** | **Divide** the amount on line 7 by $3,950 and enter the result here. Drop any fraction . . . | **8** _____ |
| **9** | Enter the number from the **Personal Allowances Worksheet**, line H, page 1 . . . . . | **9** _____ |
| **10** | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earners/Multiple Jobs Worksheet**, also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | **10** _____ |

## Two-Earners/Multiple Jobs Worksheet (See *Two earners or multiple jobs* on page 1.)

**Note.** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

| | | |
|---|---|---|
| **1** | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | **1** _____ |
| **2** | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you are married filing jointly and wages from the highest paying job are $65,000 or less, do not enter more than "3" | **2** _____ |
| **3** | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . . . . . . | **3** _____ |

**Note.** If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

| | | |
|---|---|---|
| **4** | Enter the number from line 2 of this worksheet . . . . . . . . **4** _____ | |
| **5** | Enter the number from line 1 of this worksheet . . . . . . . . **5** _____ | |
| **6** | **Subtract** line 5 from line 4 . . . . . . . . . . . . . . . . | **6** _____ |
| **7** | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . . | **7** $ _____ |
| **8** | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . | **8** $ _____ |
| **9** | Divide line 8 by the number of pay periods remaining in 2014. For example, divide by 25 if you are paid every two weeks and you complete this form on a date in January when there are 25 pay periods remaining in 2014. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck | **9** $ _____ |

### Table 1

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above |
| $0 - $6,000 | 0 | $0 - $6,000 | 0 |
| 6,001 - 13,000 | 1 | 6,001 - 16,000 | 1 |
| 13,001 - 24,000 | 2 | 16,001 - 25,000 | 2 |
| 24,001 - 26,000 | 3 | 25,001 - 34,000 | 3 |
| 26,001 - 33,000 | 4 | 34,001 - 43,000 | 4 |
| 33,001 - 43,000 | 5 | 43,001 - 70,000 | 5 |
| 43,001 - 49,000 | 6 | 70,001 - 85,000 | 6 |
| 49,001 - 60,000 | 7 | 85,001 - 110,000 | 7 |
| 60,001 - 75,000 | 8 | 110,001 - 125,000 | 8 |
| 75,001 - 80,000 | 9 | 125,001 - 140,000 | 9 |
| 80,001 - 100,000 | 10 | 140,001 and over | 10 |
| 100,001 - 115,000 | 11 | | |
| 115,001 - 130,000 | 12 | | |
| 130,001 - 140,000 | 13 | | |
| 140,001 - 150,000 | 14 | | |
| 150,001 and over | 15 | | |

### Table 2

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from **HIGHEST** paying job are— | Enter on line 7 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above |
| $0 - $74,000 | $590 | $0 - $37,000 | $590 |
| 74,001 - 130,000 | 990 | 37,001 - 80,000 | 990 |
| 130,001 - 200,000 | 1,110 | 80,001 - 175,000 | 1,110 |
| 200,001 - 355,000 | 1,300 | 175,001 - 385,000 | 1,300 |
| 355,001 - 400,000 | 1,380 | 385,001 and over | 1,560 |
| 400,001 and over | 1,560 | | |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.



Claim Number: 9452367

**Form W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**
► Give this form to the third-party payer of your sick pay.
► Information about Form W-4S is available at *www.irs.gov/w4s*.

OMB No. 1545-0074

20**14**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| ARTHUR | DAVIS | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) $

Employee's signature ►                                                Date ►

---------------------------- Separate here and give the top part of this form to the payer. Keep the lower part for your records. ----------------------------

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2014 | **1** | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2014, you may have to reduce your itemized deductions if your income is over $305,050 and you are married filing jointly or are a qualifying widow(er); $279,650 if you are head of household; $254,200 if you are single and not head of household or a qualifying widow(er); or $152,525 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 | **3** | |
| 4 | Exemptions. Multiply $3,950 by the number of personal exemptions | **4** | |
| 5 | Subtract line 4 from line 3 | **5** | |
| 6 | Tax. Figure your tax on line 5 by using the 2014 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2013 Form 1040, 1040A, or 1040EZ instructions . . . . . . | **6** | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . | **7** | |
| 8 | Subtract line 7 from line 6 | **8** | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2014 or paid or to be paid with 2014 estimated tax payments . . . . . . | **9** | |
| 10 | Subtract line 9 from line 8 | **10** | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | **11** | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . | **12** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

For Paperwork Reduction Act Notice, see page 2.          Cat. No. 10226E          Form **W-4S** (2014)

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 856 of 1151    APT 000856

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2014, you may have to reduce your itemized deductions if your income is over $305,050 and you are married filing jointly or are a qualifying widow(er); $279,650 if you are head of household; $254,200 if you are single and not head of household or a qualifying widow(er); or $152,525 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2014, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . | $12,400* |
| Head of household . . . . . . . . . . | $9,100* |
| Single or Married filing separately . . . . . . . . | $6,200* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents*, later.

*Additional amount for the elderly or blind.* An additional standard deduction of $1,200 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,400 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,400 is allowed on a joint return ($2,400 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $4,800 is allowed on a joint return ($4,800 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

*Limited standard deduction for dependents.* If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,000 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

*Certain individuals not eligible for standard deduction.* For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2014 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2014 Tax Rate Schedules

## Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,075 | $0 + 10% | $0 |
| 9,075 | 36,900 | 907.50 + 15% | 9,075 |
| 36,900 | 89,350 | 5,081.25 + 25% | 36,900 |
| 89,350 | 186,350 | 18,193.75 + 28% | 89,350 |
| 186,350 | 405,100 | 45,353.75 + 33% | 186,350 |
| 405,100 | 406,750 | 117,541.25 + 35% | 405,100 |
| 406,750 | and greater | 118,118.75 + 39.6% | 406,750 |

## Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $12,950 | $0 + 10% | $0 |
| 12,950 | 49,400 | 1,295 + 15% | 12,950 |
| 49,400 | 127,550 | 6,762.50 + 25% | 49,400 |
| 127,550 | 206,600 | 26,300 + 28% | 127,550 |
| 206,600 | 405,100 | 48,434 + 33% | 206,600 |
| 405,100 | 432,200 | 113,939 + 35% | 405,100 |
| 432,200 | and greater | 123,424 + 39.6% | 432,200 |

## Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,150 | $0 + 10% | $0 |
| 18,150 | 73,800 | 1,815 + 15% | 18,150 |
| 73,800 | 148,850 | 10,162.50 + 25% | 73,800 |
| 148,850 | 226,850 | 28,925 + 28% | 148,850 |
| 226,850 | 405,100 | 50,765 + 33% | 226,850 |
| 405,100 | 457,600 | 109,587.50 + 35% | 405,100 |
| 457,600 | and greater | 127,962.50 + 39.6% | 457,600 |

## Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,075 | $0 + 10% | $0 |
| 9,075 | 36,900 | 907.50 + 15% | 9,075 |
| 36,900 | 74,425 | 5,081.25 + 25% | 36,900 |
| 74,425 | 113,425 | 14,462.50 + 28% | 74,425 |
| 113,425 | 202,550 | 25,382.50 + 33% | 113,425 |
| 202,550 | 228,800 | 54,793.75 + 35% | 202,550 |
| 228,800 | and greater | 63,981.25 + 39.6% | 228,800 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.



Claim Number: 9452367

 **Reimbursement Agreement (LTD)**

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company (Aetna) has contracted with my employer  Dell Inc                          to administer the LTD plan under which I am a covered employee.

      If my application for Long Term Disability ("LTD") benefits is approved, in consideration of the payment of LTD benefits without reduction on account of other benefit payments to which I or my eligible dependents may become entitled under the United States Social Security Act or from any of the other income sources described in the LTD plan, I hereby agree to reimburse Aetna, on behalf of the plan, for any and all overpayments made to me under the LTD plan or any short term disability plan provided by my employer. I understand that Aetna agrees to make payment in this manner in consideration of my agreement to promptly notify Aetna of the amounts and effective dates of any such benefits, and to promptly repay same.  This reimbursement is applicable whether said amounts are paid by formal award, informal compromise, settlement, redemption agreement, or otherwise, regardless of the term used to describe such payment under applicable law.  Further, I agree that any benefits due me, my beneficiaries, heirs, executors, administrators, or assigns under the LTD plan may be applied to any outstanding overpayment whether resulting from retroactive award of Social Security or any other income benefits as described in the LTD plan.

_____

Signature of Employee/Authorized Representative

_____

Social Security Number

Employee Gender ☐ Male   ☐ Female

_____

Date of Birth *(MM/DD/YYYY)*:

_____

Signature Date *(MM/DD/YYYY)*

Mail this completed form to:
**Aetna Life Insurance Company**
**PO Box 14560**
**Lexington, KY 40512-4560**

**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

**MI  DT 48-008 ASC      WKAB-Generic**
GC-1587-5 (4-12)



Claim Number: 9452367

# aetna® Reimbursement Agreement (LTD)

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company (Aetna) has issued to my employer, Dell Inc                    the LTD policy under which I am a covered employee.

     If my application for Long Term Disability ("LTD") benefits is approved, in consideration of the payment of LTD benefits without reduction on account of other benefit payments to which I or my eligible dependents may become entitled under the United States Social Security Act or from any of the other income sources described in the LTD policy, I hereby agree to reimburse Aetna for any and all overpayments made to me under the LTD policy or any short term disability plan provided by employer. I understand that Aetna agrees to make payment in this manner in consideration of my agreement to promptly notify Aetna of the amounts and effective dates of any such benefits, and to promptly repay same. This reimbursement is applicable whether said amounts are paid by formal award, informal compromise, settlement, redemption agreement, or otherwise, regardless of the term used to describe such payment under applicable law. Further, I agree that any benefits due me, my beneficiaries, heirs, executors, administrators or assigns under the LTD policy may be applied to any outstanding overpayment whether resulting from retroactive award of Social Security or any other income benefits as described in the LTD policy.

     With respect to any group life insurance coverage provided me by Aetna and in consideration of the foregoing, I hereby assign to Aetna, as creditor beneficiary, an amount of such group life insurance equal to the amount of any overpayment which may be outstanding under the LTD policy at the time of death.

_____

Signature of Employee/Authorized Representative

_____

Social Security Number

Employee Gender ☐ Male   ☐ Female

_____

Date of Birth *(MM/DD/YYYY)*:

_____

Signature Date *(MM/DD/YYYY)*

Mail this completed form to:

**Aetna Life Insurance Company**
**PO Box 14560**
**Lexington, KY 40512-4560**
**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

**MI  DT 48-008 Insured     WKAB-Generic**
GC-1589-5 (4-12)



Claim Number: 9452367

# aetna®

## WorkAbility® Absence Management System
## A better way to keep track of your claim

**The site is so easy to use. You can log in any time, day or night.**

[www.aetnadisability.com](www.aetnadisability.com)

You've created a claim with us because you need to be out of work. Now your focus is making sure the process goes smoothly so if your claim is approved, you get paid correctly and on time.

The Aetna WorkAbility® website can help!

**All you have to do is sign up on the site:**
➢ Go to www.aetnadisability.com
➢ Click "Register Now"
➢ Follow the prompts to create your secure user ID and password

Here are some of the things you may be able to do:
➢ Print or download forms needed to process your claim
➢ Check the status of your claims and payments
➢ Get letters and updates as soon as possible by telling us to send them electronically instead of in the mail–then log in to read them
➢ Add time to a claim
➢ Print copies of your benefits pay stubs, or save them to your computer
➢ Sign up for direct deposit
➢ Report a return-to-work day so your employer knows when you'll be back
➢ Contact Aetna at any time via E-mail

(Your employer may not offer all of these options.)

Make it easy on yourself. Start using the WorkAbility® website today. Go to **www.aetnadisability.com** and select "Register Now."

**Aetna Mobile - Find what you need -- wherever, whenever**



**Two ways to download your FREE Aetna Mobile App:**

• Text **Apps** to **44040** to download now*
• Scan the code with your mobile device

Learn more, visit us at **www.aetna.com/mobile**
*Standard text messaging rates may apply





PO Box 14560
Lexington, KY 40512-4560
MARIBEL AMOR
Senior LTD Disability Benefit Manager
Phone: 800-354-1779
Fax: 1-866-667-1987

02/14/2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

Employer:            Dell Inc
Employee:            MR. ARTHUR DAVIS
Disability Claim No:   9452367

Dear Mr. Davis:

This letter is regarding your Long Term Disability (LTD) claim filed under the Dell Inc group policy. As you have been notified, your LTD claim has been assigned for claim evaluation and your initial determination review is underway.

Aetna's goal is to make your LTD determination by your LTD claim effective date, which is the date benefits would begin if you meet your Plan's definition of disability, or within 45 days from the date we receive your LTD claim.

At this time, we are in need of the following outstanding information in order to complete our initial LTD claim determination. Please be advised, it is your responsibility to provide proof of your claim. Your failure to provide the information requested in this letter could result in an adverse decision of your claim. At this time, we are providing you with 30 days from the date of this letter to provide the outstanding information.

From You:

- Authorization for Release of Medical Information
- Reimbursement Agreement
- Other Income Questionnaire
- Authorization to Secure Social Security Information
- Authorization to Obtain Information
- Work History and Education Questionnaire
- W4-S
- Social Security Authorization

- An Attending Physician Statement from Dr. Renfro
- A Capabilities and Limitations Worksheet from Dr. Renfro

Please contact your provider(s) immediately and ask they please mail or fax the requested medical information to:

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

We hope you understand the importance of this letter and the information requested herein. As noted above, it is your responsibility to provide proof of your LTD claim.

Upon receipt of the outstanding information, we will make every effort to complete your claim determination. If we do not receive the requested information by 03/14/2014, a decision may be made based on the information contained in your file at that time, which could result in an adverse decision of your claim or a delayed payment.

Thank you for your cooperation. We will continue to keep you updated on the status of your claim and will advise you if we require any additional information to complete our review.

If you have any questions, or for medical reasons you are not able to provide the above requested information, please contact our office immediately at 800-354-1779.

Sincerely,

MARIBEL AMOR
Aetna Life Insurance Company


Enclosure(s):

Claim Number: 9452367

# aetna®    **Attending Physician Statement**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1.   Patient Information**

| Name | | Employer Name | Job Title |
|---|---|---|---|

| Year of Birth | Gender<br>☐ F  ☐ M | Smoker<br>☐ Yes  ☐ No | Height (ft./in.) | Weight (lbs.) | BMI | Blood Pressure | Date Measured |
|---|---|---|---|---|---|---|---|

**2.   Diagnostic Information**

Primary Diagnosis

| ICD-9 Code(s)<br>_____ , _____ | DSM IV Code(s)<br>_____ |
|---|---|

Complications

Objective Findings

Subjective Symptoms

Are there any secondary conditions contributing to this conditions?
☐ Yes  ☐ No     If Yes, what are they? _____

Has this patient ever had the same condition or a similar condition?
☐ Yes  ☐ No     If Yes, what year(s)/describe? _____

**3.   Treatment Information**

| Primary Diagnosis | First day recommended out of work |
|---|---|

| Date symptoms first appeared (or date of accident)<br>    /        / | Date first treated for this condition<br>    /        / | Most recent date treated for this condition<br>    /        / |
|---|---|---|

| Frequency with which you see this patient:<br>☐ Weekly    ☐ Monthly    ☐ Other _____  Provide date(s): _____ | ICD9 code(s) |
|---|---|

| Has the patient undergone<br>surgery?<br>☐ Yes  ☐ No | If Yes, provide date.<br>    /        / | CPT code(s) & Procedure | Result |
|---|---|---|---|

| Do you expect surgery to be performed in the future?<br>☐ Yes  ☐ No | If Yes, provide date.<br>    /        / | Planned Procedure & CPT code |
|---|---|---|

Please list current medications with dosage and frequency.

Please list other types and frequency of treatment.

| Is the patient a suitable candidate for vocational<br>rehabilitation?    ☐ Yes  ☐ No | Please explain. |
|---|---|

**4.   Please list all treating or consulting physicians *(include date of treatment as indicated).***

| a.  Physician Name | Physician Telephone Number |
|---|---|
| Physician Address | Treatment Dates<br>From:  _____ / _____ / _____<br>To:    _____ / _____ / _____ |
| b.  Physician Name | Physician Telephone Number |
| Physician Address | Treatment Dates<br>From:  _____ / _____ / _____<br>To:    _____ / _____ / _____ |
| c.  Physician Name | Physician Telephone Number |
| Physician Full Address | Treatment Dates<br>From:  _____ / _____ / _____<br>To:    _____ / _____ / _____ |

**WKAB**
GR-68337 (7-13)

| Patient Name | Year of Birth |
|---|---|
| | |

**5.** Please indicate any hospital / medical rehabilitation confinement for this patient, for this condition *(include dates of confinement as indicated)*.

| a. Hospital / Facility Name | | |
|---|---|---|
| Hospital / Facility Full Address | Treatment Dates | From: ___ / ___ / ___ |
| | | To: ___ / ___ / ___ |
| b. Hospital / Facility Name | | |
| Hospital / Facility Full Address | Treatment Dates | From: ___ / ___ / ___ |
| | | To: ___ / ___ / ___ |

**6.** Progress

Patient Status
- ☐ Recovered   ☐ Improved   ☐ Unchanged   ☐ Retrogressed
- ☐ Ambulatory   ☐ Home Bound   ☐ Bed Confined   ☐ Hospitalized

What is the prognosis?

| Has the patient achieved Maximum Medical Improvement? | If No, how soon do you expect fundamental changes in the patient's medical condition? |
|---|---|
| ☐ Yes   ☐ No | ☐ 1-2 months   ☐ 5-6 months   ☐ 3-4 months   ☐ More than 6 months |

Please note any restrictions *(activities your patient should not do)*.

Please note any limitations *(activities your patient cannot)*.

Please describe any physical and/or MENTAL impairments.

| Date patient released from your care *(if applicable)*. ___ / ___ / ___ | Date patient able to return to full duty. ___ / ___ / ___ |
|---|---|

**7.** Level of Impairment

| Physical Impairment *(if applicable)*: | Mental/Nervous Impairment *(if applicable)*: |
|---|---|
| ☐ Class 1. No limitation of functional capacity/capable of heavy work. | ☐ No Limitation: able to function under stress and engage in interpersonal relationships. |
| ☐ Class 2. Slight limitation of functional capacity/capable of medium manual work | ☐ Slight limitation: able to function in most stress situations and engage in most interpersonal relationships |
| ☐ Class 3. Moderate limitation of functional capacity/capable of light work. | ☐ Moderate limitation: able to engage in only limited stress and limited interpersonal relationships. |
| ☐ Class 4. Marked limitation of functional capacity/capable of sedentary work. | ☐ Marked limitation: unable to engage in stress or interpersonal relationships. |
| ☐ Class 5. Severe limitation of functional capacity/incapable of sedentary work. | ☐ Severe limitation: has significant loss of psychological, physiological, personal and social adjustment. |

Cardiac Functional Capacity – NY Heart Association:
☐ Class 1. No limitation   ☐ Class 2. Slight limitation   ☐ Class 3. Moderate limitation   ☐ Class 4. Complete limitation

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?
☐ Yes   ☐ No

Additional Comments/Information

**8.** Attending Physician Information

| Physician's Signature | Date *(MM/DD/YYYY)* ___ / ___ / ___ |
|---|---|

Physician Name: _____   Specialty: _____
Phone Number: _____   Fax Number: _____
Address: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68337 (7-13)

Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
|  |  |

**9. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



Claim Number: 9452367

# aetna®

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name (Last, First, Middle Initial) DAVIS, ARTHUR | Social Security Number | Year of Birth |
|---|---|---|

| Gender ☐ Male ☐ Female | Job Title | Control Number 0476626 |
|---|---|---|

| Current Diagnosis | Medications: |
|---|---|

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐  8 ☐  6 ☐  4 ☐  2 ☐

Duration of restrictions: _____  Care Complete: Yes ☐  No ☐  Next Appointment: _____

Additional Comments: _____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 868 of 1151 PageID #: 912
AE 000868

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |



Claim Number: 9452367

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

**Instructions for Using this Form**

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

**How to Complete this Form**

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• You, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

**PRIVACY ACT STATEMENT**

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

**PAPERWORK REDUCTION ACT STATEMENT**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

**Form SSA-3288** (07-2013) EF (07-2013) Destroy Prior Editions



Social Security Administration
Consent for Release of Information

Form Approved
OMB No. 0960-0566

*You must complete all required fields. We will not honor your request unless all required fields are completed. (*signifies a required field).*
**TO: Social Security Administration**

ARTHUR DAVIS

REDACTED

_____          _____          _____
**\*My Full Name**                          **\*My Date of Birth**                       **\*My Social Security Numb**
                                        **(MM/DD/YYYY)**

I authorize the Social Security Administration to release information or records about me to:
**\*NAME OF PERSON OR ORGANIZATION:**                     **\*ADDRESS OF PERSON OR ORGANIZATIO**
                                                      PO Box 14560
_____

_____                          Lexington, KY 40512-4560

**\*I want this information released because**: _____
*We may charge a fee to release information for non-program purposes.*

_____

_____

**\*Please release the following information selected from the list below:**
*You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file."*
*Also, we will not disclose records unless you include the applicable date ranges where requested.*

1. ☐ Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date _____ to date _____
   <small>If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.</small>
7. ☐ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, applicati**
   **determination or questionnaire)**

_____

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a min**
**or the legal guardian of alegally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) th**
**have examined all the information on this form, and any accompanying statements or forms, and it is true and**
**correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access**
**records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand tha**
**must pay all applicable fees for requesting information for a non-program-related purpose.**
**\*Signature:**_____   **\*Date:**_____

**\*Address:** _____

**Relationship *(if not the individual)*:**_____   **\*Daytime Phone:**_____
Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the sig
who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X
the signature line above.
1.Signature of witness:_____   2.Signature of witness : _____

Address:_____   Address:_____
(Number and street,City,State, and Zip Code)          (Number and street,City,State, and Zip Code)

**Form SSA-3288** (07-2013) EF (07-2013)



PO Box 14560
Lexington, KY 40512-4560
MARIBEL AMOR
Senior LTD Disability Benefit Manager
Phone: 800-354-1779
Fax: 1-866-667-1987

04/03/2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Mr. Davis:

The Dell Inc group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing to update you on the status of our evaluation of your entitlement to Long Term Disability (LTD) benefits.

Our standard is to review and determine your claim by the claim effective date which is 04/07/2014.

Your plan's definition of disability is as follows:

Test of Disability

From the date that you first became disabled and until monthly benefits are payable for 24 months you meet the test of disability on any day that:

. You cannot perform the material duties of your own occupation solely because of an illness, injury or disabling pregnancy-related condition and;
. Your earnings are 80% or less of your adjusted pre-disability earnings.

After the first 24 months of your disability that monthly benefits are payable, you meet the plan's test of disability on any day you are unable to work at any reasonable occupation solely because of an illness, injury or disabling pregnancy-related condition.

The loss of a professional or occupational license or certification that is required by your own occupation does not mean you meet the test of disability. You must meet the plan's test of disability to be considered disabled.

We have submitted your file for a peer to peer consultation and review of the medical records.

We need this information to determine if you meet the definition of disability described above. It will let us know how your medical condition imposes limitations upon your ability to perform your work duties, the essential functions of your own occupation, the material duties of your job.

We have not been able to complete our review by your claim effective date. As such, we require a 30 day extension to complete our review of your claim and make a determination. We expect to be able to make a decision on your claim no later than May 6, 2014.

Thank you for your continued cooperation and patience during the review of your claim for benefits. If you have any questions, please feel free to contact me at 800-354-1779 .

Sincerely,

MARIBEL AMOR
Senior LTD Disability Benefit Manager
Aetna Life Insurance Company



**aetna®** PO Box 14560
Lexington, KY 40512-4560
800-354-1779

---

**Facsimile Transmittal Sheet**

---

| To: | | From: |
|-----|---|-------|
| Dr. Cote | | MARIBEL AMOR |
| Employer: | | Date: |
| Dell Inc | | 02/17/2014 |
| Fax Number: | | CLAIM NUMBER: |
| **615-895-6212** | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent     For Review     Please Comment     xx Please Reply     Please Recycle

Dear Dr. Cote:

Please complete the attached form and provide us with the progress notes for the last three (3) months of treatment.  Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us?  We have forms for that available on our online portal.  Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

---

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

---

Enclosed:
Attending Physician Statement

Claim Number: 9452367

**aetna®**

### Attending Physician Statement –
### Musculoskeletal: Orthopaedic Surgery,
### Spinal Surgery, Physiatry, Podiatry, Chiro

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1.  Patient Information**

| Name | | | Employer Name | Job Title | |
|---|---|---|---|---|---|
| Year of Birth | Gender ☐ F  ☐ M | Smoker ☐ Yes  ☐ No | Height (ft./in.) | Weight (lbs.) | BMI | Blood Pressure | Date Measured |

**2.   Physician Information**

| Name | Specialty |
|---|---|
| Tax I.D. Number | Telephone Number *(include area code)* | Fax Number *(include area code)* |

**3.   Management Information**

| Disability Benefits Manager  MARIBEL AMOR | Telephone Number *(include area code)*  800-354-1779 | Fax Number *(include area code)*  1-866-667-1987 |
|---|---|---|

**4.   Treatment Information**

| First Day recommended out of Work | Initial Treatment  Date | Last Appointment Date | Surgery Date |
|---|---|---|---|

Medication (Name, Dosage and Frequency)

| Hospitalized ☐ Yes  ☐ No | Recent Hospitalization  Admitted on _____/_____/_____    Discharged on _____/_____/_____ | Recent Surgery Date (MM/DD/YYYY)  _____/_____/_____ |
|---|---|---|

**5.   Clinical Condition**

| Diagnosis | ICD9 Code(s) | Procedure (if applicable) | CPT Code(s) |
|---|---|---|---|

| Is this condition responsible for any functional impairment? | ☐ Yes, complete **Sections 6, 7, 8** and **9**  ☐ No, provide a release to full duty in **Section 9** |
|---|---|
| Is the condition work related?    ☐ Yes  ☐ No | If yes, Date of Injury / Illness _____/_____/_____ |

**6.   Treatment Plan**

| Facility Name | Telephone Number *(include area code)* |
|---|---|
| Address (Include Zip Code) | |

**7.   Objective Data that documents a functional impairment**

Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL

Diagnostic Tests (X-Rays, CT / MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL

Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL

**8.   Work Restrictions**

**9.   Return to Work Status**

☐ Able to return to full duty on (date): _____/_____/_____
☐ Able to work with restrictions.
    Can return to work on (date): _____/_____/_____    Work restrictions will apply until (date): _____/_____/_____
☐ I am unable to release this patient.
    I anticipate significant clinical improvement by date: _____/_____/_____    Next appointment (date): _____/_____/_____

**10.  Signature**

| Physician's Signature | Date *(MM/DD/YYYY)*  _____/_____/_____ |
|---|---|

Physician Name: _____    Specialty: _____
Phone Number: _____    Fax Number: _____
Address: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68332 (7-13)



Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
|  |  |

**11. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | | From: |
|---|---|---|
| Murfreesboro Results Physiotherapy | | MARIBEL AMOR |
| Employer: | | Date: |
| Dell Inc | | 02/17/2014 |
| Fax Number: | | CLAIM NUMBER: |
| **615-896-6825** | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| **615-896-6825** | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent     For Review     Please Comment     xx Please Reply     Please Recycle

Mr. Davis is being reviewed for eligibility to receive LTD benefits. Please submit the progress notes and evaluations for the last three months of treatment.  Thanks, Maribel


Do you need documentation that your patient has authorized you to release information to us?  We have forms for that available on our online portal.  Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.


Enclosed:

# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

---

**Facsimile Transmittal Sheet**

---

| To: | | From: |
|---|---|---|
| Dr. Nicholas Cote | | MARIBEL AMOR |
| Employer: | | Date: |
| Dell Inc | | 02/26/2014 |
| Fax Number: | | CLAIM NUMBER: |
| **615-895-6212** | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent    For Review    Please Comment    xx Please Reply    Please Recycle

Dear Dr. Cote:

We are reviewing your patient's claim for eligiblity to receive LTD benefits.  Please complete the attached form and provide us with the progress notes for the last three (3) months of treatment.   Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us?  We have forms for that available on our online portal.  Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

---

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

---

Enclosed:
Attending Physician Statement

Claim Number: 9452367

**aetna**®

**Attending Physician Statement –**
**Musculoskeletal: Orthopaedic Surgery,**
**Spinal Surgery, Physiatry, Podiatry, Chiro**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1. Patient Information**

| Name | | | | | | Employer Name | Job Title | |
|------|--|--|--|--|--|---------------|-----------|-|
| Year of Birth | | Gender ☐ F ☐ M | Smoker ☐ Yes ☐ No | Height (ft./in.) | Weight (lbs.) | BMI | Blood Pressure | Date Measured |

**2. Physician Information**

| Name | | Specialty |
|------|--|-----------|
| Tax I.D. Number | Telephone Number *(include area code)* | Fax Number *(include area code)* |

**3. Management Information**

| Disability Benefits Manager MARIBEL AMOR | Telephone Number *(include area code)* 800-354-1779 | Fax Number *(include area code)* 1-866-667-1987 |
|---|---|---|

**4. Treatment Information**

| First Day recommended out of Work | Initial Treatment Date | Last Appointment Date | Surgery Date |
|---|---|---|---|
| Medication (Name, Dosage and Frequency) | | | |

| Hospitalized ☐ Yes ☐ No | Recent Hospitalization Admitted on ___ / ___ / ___     Discharged on ___ / ___ / ___ | | Recent Surgery Date (MM/DD/YYYY) ___ / ___ / ___ |
|---|---|---|---|

**5. Clinical Condition**

| Diagnosis | ICD9 Code(s) | Procedure (if applicable) | CPT Code(s) |
|---|---|---|---|
| Is this condition responsible for any functional impairment? | ☐ Yes, complete **Sections 6, 7, 8** and **9** ☐ No, provide a release to full duty in **Section 9** | | |
| Is the condition work related? ☐ Yes ☐ No | If yes, Date of Injury / Illness ___ / ___ / ___ | | |

**6. Treatment Plan**

| Facility Name | | Telephone Number *(include area code)* |
|---|---|---|
| Address (Include Zip Code) | | |

**7. Objective Data that documents a functional impairment**

| Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL |
|---|
| Diagnostic Tests (X-Rays, CT / MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL |
| Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL |

**8. Work Restrictions**

| |
|---|

**9. Return to Work Status**

☐ Able to return to full duty on (date): ___ / ___ / ___
☐ Able to work with restrictions.
   Can return to work on (date): ___ / ___ / ___   Work restrictions will apply until (date): ___ / ___ / ___
☐ I am unable to release this patient.
   I anticipate significant clinical improvement by date: ___ / ___ / ___   Next appointment (date): ___ / ___ / ___

**10. Signature**

| Physician's Signature | Date *(MM/DD/YYYY)* ___ / ___ / ___ |
|---|---|
| Physician Name: _____ Specialty: _____ Phone Number: _____ Fax Number: _____ Address: _____ | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. ***Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.***

WKAB- GR-68332 (7-13)



Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
| | |

**11. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | | From: |
|---|---|---|
| Dr. Renfro | | MARIBEL AMOR |
| Employer: | | Date: |
| Dell Inc | | 02/26/2014 |
| Fax Number: | | CLAIM NUMBER: |
| **615-834-4722** | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent    For Review    Please Comment    xx Please Reply    Please Recycle

Dear Dr. Renfro:

Please complete the attached form and provide us with all the progress notes, evaluations for February 2014. Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Attending Physician Statement

Claim Number: 9452367

**aetna**®

### Attending Physician Statement –
### Musculoskeletal: Orthopaedic Surgery,
### Spinal Surgery, Physiatry, Podiatry, Chiro

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1. Patient Information**

| Name | | | Employer Name | Job Title | |
|---|---|---|---|---|---|
| Year of Birth | Gender ☐ F ☐ M | Smoker ☐ Yes ☐ No | Height (ft./in.) | Weight (lbs.) | BMI | Blood Pressure | Date Measured |

**2. Physician Information**

| Name | Specialty |
|---|---|
| Tax I.D. Number | Telephone Number *(include area code)* | Fax Number *(include area code)* |

**3. Management Information**

| Disability Benefits Manager MARIBEL AMOR | Telephone Number *(include area code)* 800-354-1779 | Fax Number *(include area code)* 1-866-667-1987 |
|---|---|---|

**4. Treatment Information**

| First Day recommended out of Work | Initial Treatment Date | Last Appointment Date | Surgery Date |
|---|---|---|---|
| Medication (Name, Dosage and Frequency) | | | |

| Hospitalized ☐ Yes ☐ No | Recent Hospitalization Admitted on ___/___/___ Discharged on ___/___/___ | Recent Surgery Date (MM/DD/YYYY) ___/___ |
|---|---|---|

**5. Clinical Condition**

| Diagnosis | ICD9 Code(s) | Procedure (if applicable) | CPT Code(s) |
|---|---|---|---|
| Is this condition responsible for any functional impairment? | ☐ Yes, complete **Sections 6, 7, 8** and **9** ☐ No, provide a release to full duty in **Section 9** | | |
| Is the condition work related? ☐ Yes ☐ No | If yes, Date of Injury / Illness ___/___/___ | | |

**6. Treatment Plan**

| Facility Name | Telephone Number *(include area code)* |
|---|---|
| Address (Include Zip Code) | |

**7. Objective Data that documents a functional impairment**

Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL

Diagnostic Tests (X-Rays, CT / MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL

Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL

**8. Work Restrictions**

**9. Return to Work Status**

☐ Able to return to full duty on (date): ___/___/___
☐ Able to work with restrictions.
  Can return to work on (date): ___/___/___  Work restrictions will apply until (date): ___/___/___
☐ I am unable to release this patient.
  I anticipate significant clinical improvement by date: ___/___/___  Next appointment (date): ___/___/___

**10. Signature**

| Physician's Signature | Date *(MM/DD/YYYY)* ___/___ |
|---|---|

Physician Name: _____  Specialty: _____
Phone Number: _____  Fax Number: _____
Address: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68332 (7-13)

Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
| | |

**11. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**WKAB**
GR-68332 (7-13)



Claim Number: 9452367

# aetna

## Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

**Please Read The Following Carefully Before Completing Your Authorization. You May Refuse To Sign This Authorization. *(See Section 6.)***

**1. Member Information (Information About Person For Whom This Authorization Is Requested.)**

| Last Name DAVIS | First Name ARTHUR | Middle Initial |
|---|---|---|
| Claim Number 9452367 | Year of Birth REDACTED | Daytime Telephone Number (Include area code) |
| Street Address REDACTED | City, State and ZIP Murfreesboro, TN 37128 | |

**2.** This form requests a Member's unconditional authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.

**3. The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)**

*Any and all medical information including but not limited to information which relates to psychiatric or mental health,*

*drug, substance abuse, and/or HIV Infection, including AIDS and related illnesses, concerning health care, advice and*

*treatment and prescription history records(including but not limited to, medical records, histories, physical or diagnostic*

*examinations reports and treatment notes).*

**4.** If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed. (This section completed by Member)

☐ Health (This includes medical, dental, pharmacy, vision, and flexible spending account information)
☐ Behavioral Health (e.g., mental health, drug and alcohol abuse treatment)
☐ Disability   ☐ Life Insurance   ☐ Long Term Care   ☐ Workers' Compensation
☐ Other: *(please specify)* _____

**5.** By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations.)

*Service Providers, including but not limited, to physicians, therapists, medical practitioners, health care professionals,*

*workers' compensation professionals, diagnostic facilities, hospitals, clinics and pharmacy related service*

*organizations (including individuals or facilities which provide rehabilitation services or treatment).*

**6. Expiration of this Authorization**

This authorization is valid throughout the processing and any term of your disability claim unless you indicate a shorter period below.

_____    through _____
mm/dd/yyyy                                              mm/dd/yyyy

**Please review and complete important information on the reverse of this form.**

**WKAB**
GR-67940-26 (6-13) D

Page 1 of 3
R-POD

DCN: 140220058745 PAGE: 019 SEQUENCE: 0220140004

Claim Number: 9452367

| Employee Name |
| --- |
| ARTHUR DAVIS |

**7. Important: Your signature below means that you understand and agree to the following:**

- You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

- The information to be disclosed may be protected by law. Information disclosed under this authorization may be re-disclosed and no longer protected by federal privacy regulations.

- Failure to complete this form may prevent Aetna from receiving information necessary for the processing of your disability claim, which may result in a disability claim denial. Failure to complete this form will not however impact your receipt of medical services from providers.

- You may revoke this Authorization at any time by notifying Aetna in writing, but please note that actions Aetna has taken before we received your revocation will still be valid under this authorization.

- You may receive a copy of this form if you request it in writing from the address listed below.

**8. Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date |
| --- | --- |
| *Arthur C Davis* | 02/11/2014 |
| Print Name | |
| Arthur C Davis, Jr. | |

**If not the Member,** describe your relationship to the Member:
- ☐ Caregiver
- ☐ Legal Representative
- ☐ Other: _____

If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, or other relevant document designating you as the representative.

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above):**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

| | |
| --- | --- |
| Return this completed form to: | **Aetna Life Insurance Company**<br>PO Box 14560<br>Lexington, KY 40512-4560 |
| **Telephone Number:** | 800-354-1779 |
| **Fax Number:** | 1-866-667-1987 |

**WKAB**
GR-67940-26 (8-13) D

Page 2 of 3



DCN: 140220058745 PAGE: 021 SEQUENCE: 0220140004

Claim Number: 9452367

Employee Name
DAVIS, ARTHUR

## 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**WKAB**
GR-67940-26 (8-13)

Page 3 of 3



0220140004

DCN: 140220058745 PAGE: 023 SEQUENCE: 0220140004

Dell Inc
03/06/2014

Dear Mr. Davis:

We have requested Dr. Cote's medical records and the completion of forms but we have not received a response. Please have Dr. Cote complete the attached forms and submit all the available medical records from Dr. Cote. Thanks, Maribe

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com
Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

**aetna**®

**Attending Physician Statement –**
**Musculoskeletal: Orthopaedic Surgery,**
**Spinal Surgery, Physiatry, Podiatry, Chiro**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1. Patient Information**

| Name | | | Employer Name | Job Title | |
|---|---|---|---|---|---|
| Year of Birth | Gender ☐ F ☐ M | Smoker ☐ Yes ☐ No | Height (ft./in.) | Weight (lbs.) | BMI | Blood Pressure | Date Measured |

**2. Physician Information**

| Name | Specialty |
|---|---|
| Tax I.D. Number | Telephone Number *(include area code)* | Fax Number *(include area code)* |

**3. Management Information**

| Disability Benefits Manager MARIBEL AMOR | Telephone Number *(include area code)* 800-354-1779 | Fax Number *(include area code)* 1-866-667-1987 |
|---|---|---|

**4. Treatment Information**

| First Day recommended out of Work | Initial Treatment Date | Last Appointment Date | Surgery Date |
|---|---|---|---|

Medication (Name, Dosage and Frequency)

| Hospitalized ☐ Yes ☐ No | Recent Hospitalization Admitted on ___/___/___   Discharged on ___/___/___ | Recent Surgery Date (MM/DD/YYYY) ___/___/___ |
|---|---|---|

**5. Clinical Condition**

| Diagnosis | ICD9 Code(s) | Procedure (if applicable) | CPT Code(s) |
|---|---|---|---|

| Is this condition responsible for any functional impairment? | ☐ Yes, complete **Sections 6, 7, 8** and **9** ☐ No, provide a release to full duty in **Section 9** |
|---|---|
| Is the condition work related?   ☐ Yes   ☐ No | If yes, Date of Injury / Illness ___/___/___ |

**6. Treatment Plan**

| Facility Name | Telephone Number *(include area code)* |
|---|---|
| Address (Include Zip Code) | |

**7. Objective Data that documents a functional impairment**

Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL

Diagnostic Tests (X-Rays, CT / MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL

Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL

**8. Work Restrictions**

**9. Return to Work Status**

☐ Able to return to full duty on (date): ___/___/___
☐ Able to work with restrictions.
   Can return to work on (date): ___/___/___   Work restrictions will apply until (date): ___/___/___
☐ I am unable to release this patient.
   I anticipate significant clinical improvement by date: ___/___/___   Next appointment (date): ___/___/___

**10. Signature**

| Physician's Signature | Date *(MM/DD/YYYY)* ___/___/___ |
|---|---|

Physician Name: _____   Specialty: _____
Phone Number: _____   Fax Number: _____
Address: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68332 (7-13)



Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
|  |  |

**11. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



Claim Number: 9452367

# aetna®

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name *(Last, First, Middle Initial)*<br>DAVIS, ARTHUR | Social Security Number | Year of Birth |
|---|---|---|

| Gender<br>☐ Male   ☐ Female | Job Title | Control Number<br>0476626 |
|---|---|---|

Current Diagnosis

Medications:

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

|  | O | F | C | N |  | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ |  |  |  |  |  |

Maximum weight patient is capable of lifting:

|  | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

|  | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

|  | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐
Duration of restrictions: _____   Care Complete:  Yes ☐   No ☐   Next Appointment: _____
Additional Comments: _____

| Physician's Signature | Date *(MM/DD/YYYY)* |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 890 of 1151 PageID #:0890 34   AR 00890

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

## Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |

**WKAB-** GC-1500-26 (7-13)                                                                                        **Page 2 of 2**



# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | | From: |
|---|---|---|
| Dr. Brenna Green | | Aetna Disability |
| Employer: | | Date: |
| Dell Inc | | 03/07/2014 |
| Fax Number: 615-867-7974 | | CLAIM NUMBER: |
| | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS | | Total No. of Pages Including Cover: |
| Date of Birth: REDACTED | | |
| | | |

Urgent    For Review    Please Comment    xxPlease Reply    Please Recycle

Dear Dr. Green:

Please  complete the attached form and submit to Aenta the intial evaluation.  We are reviewing Mr. Davis for eligibility to receive LTD benefits.   Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us?  We have forms for that available on our online portal.  Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Attending Physician Statement

Claim Number: 9452367

**aetna**®

### Attending Physician Statement –
### Musculoskeletal: Orthopaedic Surgery,
### Spinal Surgery, Physiatry, Podiatry, Chiro

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1. Patient Information**

| Name | | | Employer Name | Job Title | |
|---|---|---|---|---|---|
| Year of Birth | Gender ☐ F ☐ M | Smoker ☐ Yes ☐ No | Height (ft./in.) | Weight (lbs.) | BMI | Blood Pressure | Date Measured |

**2. Physician Information**

| Name | Specialty |
|---|---|
| Tax I.D. Number | Telephone Number *(include area code)* | Fax Number *(include area code)* |

**3. Management Information**

| Disability Benefits Manager MARIBEL AMOR | Telephone Number *(include area code)* 800-354-1779 | Fax Number *(include area code)* 1-866-667-1987 |
|---|---|---|

**4. Treatment Information**

| First Day recommended out of Work | Initial Treatment Date | Last Appointment Date | Surgery Date |
|---|---|---|---|

Medication (Name, Dosage and Frequency)

| Hospitalized ☐ Yes ☐ No | Recent Hospitalization Admitted on ___/___/___ Discharged on ___/___/___ | Recent Surgery Date (MM/DD/YYYY) ___/___/___ |
|---|---|---|

**5. Clinical Condition**

| Diagnosis | ICD9 Code(s) | Procedure (if applicable) | CPT Code(s) |
|---|---|---|---|

| Is this condition responsible for any functional impairment? | ☐ Yes, complete **Sections 6, 7, 8** and **9** ☐ No, provide a release to full duty in **Section 9** |
|---|---|
| Is the condition work related? ☐ Yes ☐ No | If yes, Date of Injury / Illness ___/___/___ |

**6. Treatment Plan**

| Facility Name | Telephone Number *(include area code)* |
|---|---|
| Address (Include Zip Code) | |

**7. Objective Data that documents a functional impairment**

Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL

Diagnostic Tests (X-Rays, CT / MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL

Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL

**8. Work Restrictions**

**9. Return to Work Status**

☐ Able to return to full duty on (date): ___/___/___
☐ Able to work with restrictions.
    Can return to work on (date): ___/___/___   Work restrictions will apply until (date): ___/___/___
☐ I am unable to release this patient.
    I anticipate significant clinical improvement by date: ___/___/___   Next appointment (date): ___/___/___

**10. Signature**

| Physician's Signature | Date *(MM/DD/YYYY)* ___/___/___ |
|---|---|

Physician Name: _____   Specialty: _____
Phone Number: _____   Fax Number: _____
Address: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68332 (7-13)



Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
| | |

**11. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



[[EMAILSUBJECT: DAVIS, A. - LTD Claim ID: 9452367]]Hi,

Please provide me with the job description for Mr. Davis.   Thanks, Maribel

Client Name: Dell Inc
EE Name: MR. ARTHUR DAVIS
Work State: Tennessee
Pref Cont #: REDACTED
Claim Nbr: 9452367

Date of Hire: 05/22/2006


LTD Plan Name: DD

Claim Status: Pending

First Day Absent: 10/09/2013
Last Day Worked: 10/08/2013
Disability Date: 10/9/2013
Benefit Begin Date: 4/7/2014
Benefit End Date: 10/31/2028
Approved Through:
Total # Days Authorized:
Max Benefit End Date: 10/31/2028 Status: Pend
Reason: New Claim
Return to work Information:
Work Status: Not At Work
Description:


Claim Owner: MARIBEL AMOR
Phone: 800-354-1779, extension 6932140 Fax: 1-866-667-1987

# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | | From: |
|---|---|---|
| Dr. Cote | | Aetna Disability |
| Employer: | | Date: |
| Dell Inc | | 03/18/2014 |
| Fax Number: 615-895-6212 | | CLAIM NUMBER: |
| | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent    For Review    Please Comment    xx Please Reply    Please Recycle

Dear Dr. Cote:

We are currently evaluating Mr. Davis for eligibility to receive LTD benefits.  Please submit all the available records to Aetna.   Mr. Davis has signed a release to have those records submitted to Aetna.   Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us?  We have forms for that available on our online portal.  Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

[[EMAILSUBJECT: Response to your query]]RE: Medical Records from Dr. Cote/orthopedic surgeon

Dell Inc
03/18/2014

Dear Mr. Davis:

This is to advise you that we have requested medical records from Dr. Cote on 02/26/2014, and 03/18/2014. You signed a release on 03/07/2014 to have the records submitted to Aetna. To date, we have not received the requested records.

Please note that it is also a plan requirement to apply for Social Security Disability. If you have not done so, you can apply online at www.ssa.gov or let me know if Allsup our Social Security vendor can assist you with the process. Thanks Maribel

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com



PO Box 14560
Lexington, KY 40512-4560

Phone: 800-354-1779
Fax: 1-866-667-1987

March 18, 2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

Dear Mr. Davis:

**We have more to offer**
If your medical insurance is with us, you have more benefits available to you. Just sign and return the attached form. It can help us:

- Make faster decisions on your claim
- Use less paper
- Get the information we need without waiting for your doctor to send it
- Offer you more programs that can help you

**What we need from you**
Sending the forms back to us is easy:

- You can fax the forms to us at **1-866-667-1987**
- Or, you can mail them to:

    Aetna Life Insurance Company
    PO Box 14560
    Lexington, KY 40512-4560

- We've also included a self-addressed envelope!

**We're here to help you**
For questions about this packet or your claim, you can call us at **800-354-1779.** You can also visit us at **https://www.aetnadisability.com**.

Sincerely,

Aetna Life Insurance Company

Enclosure(s):
Return Envelope
Integrated Health and Disability Consent Form

# aetna®

## Authorization For Aetna to Disclose Protected Health Information (PHI) for Health and Disability Benefits Coordination

This authorization allows Aetna to disclose protected health information (PHI) to Aetna Disability Services which will be used to coordinate management of health care and disability benefits.

- Your ability to enroll in an Aetna plan, and your eligibility for benefits and payment for services, will not be affected if you do not sign this form.

- PHI provided under this authorization may include application or enrollment information, claim records, claim status and patient management information, diagnosis and treatment information, including information pertaining to chronic diseases, behavioral health conditions, alcohol or substance abuse, communicable diseases, including HIV/AIDS, and/or genetic marker information.

- Once PHI is provided to Aetna Disability Services, it is not protected by federal HIPAA privacy regulation but *is* protected by Aetna Privacy Policies.

- This authorization will expire twelve months after you sign this form, unless you direct us to terminate the authorization sooner. You may revoke this authorization at any time by notifying us in writing at the address below. The cancellation will apply from the date we receive your written notification.

- You may receive a copy of this form by requesting it in writing at the address below.

- You have a right to inspect or copy the PHI described above.

- Please return completed, signed authorization to the address below.

---

**I hereby authorize Aetna and any of its parents, subsidiaries, or other affiliates (including, but not limited to, Aetna Health Management, Inc., Aetna's affiliated HMOs and Aetna Integrated Informatics, Inc.) and their respective employees, agents and subcontractors, to disclose Protected Health Information (PHI) of the member/insured listed below to Aetna Disability Services.**

### 1. Member Information

| Last name | First Name | MI |
|---|---|---|
| Member I D Number or Social Security Number | | Birth Date (MM/DD/YYYY) |
| Street Address | City, State | Zip |

### 2. Signature of Member/Insured or Legal Representative

| SIGNATURE OF MEMBER/INSURED OR LEGAL REPRESENTATIVE | Date |
|---|---|
| Print Name | |

**Please Check One**

☐ Insured ☐ Parent/Legal Guardian ☐ Legal Representative*

*Legal Representatives must furnish a copy of the healthcare power of attorney or other relevant document designating you as the representative.

**Mail Form To:** Aetna Inc.
PO Box 14560
Lexington, KY 40512-4560

**Fax Number:** 1-866-667-1987

**Referring Aetna Office:** _____

GR-68476 (12-10)

# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | | From: |
|---|---|---|
| Dr. Murfreesboro Results Physiotherapy | | Aetna Disability |
| Employer: | | Date: |
| Dell Inc | | 03/18/2014 |
| Fax Number: 615-896-6825 | | CLAIM NUMBER: |
| | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent    For Review    Please Comment    xx Please Reply    Please Recycle

Please send me the progress notes and evaluations for March 2014. Mr. Davis is being evaluated to receive LTD benefits.   Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

**Facsimile Transmittal Sheet**

| To: | | From: |
|---|---|---|
| Kyle Todd, PT | | Aetna Disability |
| Employer: | | Date: |
| Dell Inc | | 03/20/2014 |
| Fax Number: | | CLAIM NUMBER: |
| **681-401-3264** | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent      For Review      Please Comment      xx Please Reply      Please Recycle

Dear Mr. Todd:

Please submit the physical therapy notes and evaluatios for the month of March 2014.   Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

[[EMAILSUBJECT: DAVIS, A. - LTD Claim ID: 9452367]]Good afternoon!

Please send me the job description for Mr. Davis. We need to know if he is disabled from his own occupation with any employer. Thanks, Maribel

Client Name: Dell Inc
EE Name: MR. ARTHUR DAVIS
Work State: Tennessee
Pref Cont #: REDACTED
Claim Nbr: 9452367

Date of Hire: 05/22/2006


LTD Plan Name: DD

Claim Status: Pending

First Day Absent: 10/09/2013
Last Day Worked: 10/08/2013
Disability Date: 10/9/2013
Benefit Begin Date: 4/7/2014
Benefit End Date: 10/31/2028
Approved Through: pending
Total # Days Authorized:
Max Benefit End Date: 10/31/2028 Status: Pend
Reason: New Claim
Return to work Information:
Work Status: Not At Work
Description:



Claim Owner: MARIBEL AMOR
Phone: 800-354-1779, extension 6932140 Fax: 1-866-667-1987

[[EMAILSUBJECT: Response to your query]]

**PLEASE DO NOT REPLY**
**This mailbox is not monitored on a daily basis.**
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/26/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We have received all necessary paperwork for the claim. Your Claim Manager will send you a confirmation letter with the details about your claim, once the review has been completed.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

# aetna®

---

**Facsimile Transmittal Sheet**

---

| To: | | From: |
|---|---|---|
| Dr. Brenna Green | | Aetna Disability |
| Employer: | | Date: |
| Dell Inc | | 04/03/2014 |
| Fax Number: 615-867-7974 | | CLAIM NUMBER: |
| | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 800-354-1779 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | | Total No. of Pages Including Cover: |
| | | |

Urgent     For Review     Please Comment  xx  Please Reply      Please Recycle

Dear Ms. Green:

Please complete the attached form and provide us with all the progress notes and evaluations.   Mr. Davis is being considered for Long Term Disability.   Thanks, Maribel

Do you need documentation that your patient has authorized you to release information to us?  We have forms for that available on our online portal.  Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

---

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Attending Physician Statement

# aetna®

**Attending Physician Statement –
Musculoskeletal: Orthopaedic Surgery,
Spinal Surgery, Physiatry, Podiatry, Chiro**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1. Patient Information**

| Name | | Employer Name | Job Title | |
|---|---|---|---|---|
| Year of Birth | Gender ☐ F ☐ M | Smoker ☐ Yes ☐ No | Height (ft./in.) Weight (lbs.) BMI | Blood Pressure Date Measured |

**2. Physician Information**

| Name | Specialty |
|---|---|
| Tax I.D. Number | Telephone Number *(include area code)* | Fax Number *(include area code)* |

**3. Management Information**

| Disability Benefits Manager MARIBEL AMOR | Telephone Number *(include area code)* 800-354-1779 | Fax Number *(include area code)* 1-866-667-1987 |
|---|---|---|

**4. Treatment Information**

| First Day recommended out of Work | Initial Treatment Date | Last Appointment Date | Surgery Date |
|---|---|---|---|

Medication (Name, Dosage and Frequency)

| Hospitalized ☐ Yes ☐ No | Recent Hospitalization Admitted on ___/___/___    Discharged on ___/___/___ | Recent Surgery Date (MM/DD/YYYY) ___/___/___ |
|---|---|---|

**5. Clinical Condition**

| Diagnosis | ICD9 Code(s) | Procedure (if applicable) | CPT Code(s) |
|---|---|---|---|

| Is this condition responsible for any functional impairment? | ☐ Yes, complete **Sections 6, 7, 8** and **9** ☐ No, provide a release to full duty in **Section 9** |
|---|---|
| Is the condition work related?    ☐ Yes  ☐ No | If yes, Date of Injury / Illness ___/___/___ |

**6. Treatment Plan**

| Facility Name | Telephone Number *(include area code)* |
|---|---|
| Address (Include Zip Code) | |

**7. Objective Data that documents a functional impairment**

Please record vital signs and describe physical exam (Quantitative ROM, Gait, Motor/Sensory/DTR, Neuro Findings, Effusions, Girth of Extremities) or WNL

Diagnostic Tests (X-Rays, CT / MRI, Myelogram, Discogram, Arthrogram, EMG/NCV, Bone Scans, Lab Test, etc.) or WNL

Other (PT/OT status, Pre & Post Surgical Indications and/or complications) or WNL

**8. Work Restrictions**

**9. Return to Work Status**

☐ Able to return to full duty on (date): ___/___/___
☐ Able to work with restrictions.
  Can return to work on (date): ___/___/___    Work restrictions will apply until (date): ___/___/___
☐ I am unable to release this patient.
  I anticipate significant clinical improvement by date): ___/___/___    Next appointment (date): ___/___/___

**10. Signature**

| Physician's Signature | Date *(MM/DD/YYYY)* ___/___/___ |
|---|---|

Physician Name: _____    Specialty: _____
Phone Number: _____    Fax Number: _____
Address: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68332 (7-13)

Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
| | |

**11. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
04/28/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager along with a request to call you.  She will call you in the next 24 business hours.  Be advised, when someone from Aetna calls you, it may show on your caller ID as blocked, restricted or unknown, so please answer those calls.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
05/05/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We forwarded your email to your Claim Manager along with a request to call you. She will call you in the next 24 business hours. Be advised, when someone from Aetna calls you, it may show on your caller ID as blocked, restricted or unknown, so please answer those calls.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com



PO Box 14560
Lexington, KY 40512-4560
WANDA GREENE CELESTINE
SENIOR TECHNICAL SPECIALIST
Phone: 800-354-1779
Fax: 1-866-667-1987

05/07/2014

Dr. JAMES RENFRO
394 HARDING PLACE S 200
NASHVILLE TN - 37211

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Dr. Renfro:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from the last 2 office visit.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by May 22, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,


Wanda Greene Celestine
Senior Technical Specialist
Aetna Life Insurance Company



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
STD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

05/07/2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Mr. Davis:

To be eligible for monthly disability benefits you must be unable to perform the material duties of your own occupation solely due to injury or illness. We have reviewed your claim for long term disability benefits and have determined that, according to your plan, you are now totally disabled from your own occupation. You are eligible to receive monthly benefits effective April 7, 2014 and continuing for up to 24 months as long as you remain disabled from your own occupation.

Criteria for Continuation of Benefits
We have determined that you presently meet the "own occupation" definition of disability. Your plan provides benefits in the event you become totally disabled as defined below, and are unable to work because of that disability. According to your Long Term Disability Plan the definition of disability states:

From the date that you first become disabled and until Monthly Benefits are payable for 18 months, you will be deemed to be disabled on any day if:

• you are not able to perform the material duties of your own occupation solely because of: disease or injury; and
• your work earnings are 80% or less of your adjusted predisability earnings.

Your plan requires that we periodically re-evaluate your eligibility by requesting updated medical information from your physician or an independent physician of our choice. Also, you may be contacted by a Vocational Rehabilitation Consultant and asked to participate in a vocational assessment interview. If we determine that you are capable of performing the material duties of your own occupation, your monthly benefits will cease. If you are still disabled from your own occupation and eligible for disability benefits on April 7, 2016 your plan requires that you meet a more strict definition of disability.

Your plan provides benefits after the first 24 months that any Monthly Benefit is payable during a period of disability only if you are deemed to be disabled on any day if you are not able to work at any reasonable occupation solely because of:

• disease; or
• injury.

If your own occupation requires a professional or occupational license or certification of any kind, you will not be deemed to be disabled solely because of the loss of that license or certification.

To qualify for monthly benefits, you must provide medical evidence that you are unable to perform any reasonable occupation for which you are qualified or could become qualified as a result of your education, training or experience. If you do qualify for continuation of benefits, we will periodically review your eligibility by requesting updated medical information from your medical providers, independent physicians of our choice, or vocational specialists.

While you are eligible and are receiving benefits, you may be contacted by an Aetna representative regarding our rehabilitation program or our Social Security Advocate. The assistance program is voluntary and is of no cost to you. As these services may be highly beneficial, we encourage you to participate when requested.

In accordance with contractual provisions, your maximum period of benefit entitlement will end October 31, 2028.

If your disability is due to any extent to a mental condition, your plan provision limits your benefits as follows:

A period of disability will end after 24 monthly benefits are payable if it is determined that the disability is primarily caused by: a Mental Health or Psychiatric condition, including physical manifestations of these conditions, but excluding those conditions with demonstrable, structural brain damage; or Alcohol and/or Drug Abuse.

There are two exceptions which apply if you are confined as an inpatient in a hospital or treatment facility for treatment of that condition at the end of such 24 months.

• If the inpatient confinement lasts less than 30 days, the period of disability will cease when you are no longer confined.
• If the inpatient confinement lasts 30 days or more, the period of disability may continue until 90 days after the date you have not been so continuously confined.

The Separate Periods of Disability section does not apply beyond 24 months to periods of disability which are subject to the above paragraph.

LTD benefits supplement certain other income described in the enclosed Notice Concerning Benefits. The total amount from all applicable sources will not be less than 60% of your Monthly Rate of Basic Earnings (MRBE) of $5,284.34 at the time your disability began. Your gross monthly LTD benefit will be $3,170.61less any other sources of income you may be eligible to receive such as Workers Compensation, Social Security Benefits or State Disability benefits.

Please carefully read the instructions on the enclosed Notice Concerning Benefits. Failure to comply with each applicable provision may jeopardize your future eligibility.

Social Security (FICA) withholding is required during the first six full months of disability. FICA withholding will cease if you continue to remain totally disabled beyond six full calendar months.

Under the terms of your plan there is a minimum monthly benefit of $100 or 10% of the gross monthly benefit which ever is greater.

Direct deposit service is a convenient way to automatically deposit your benefit payment into your checking or savings account at your local banking institution. Enclosed is an application if you would like to use the Electronic Funds Transfer (EFT) system.

You will receive your initial payment of $2,536.49 representing benefits due for the period April 7, 2014 through April 30, 2014. All benefits are due at the end of each month.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

SHAWNDRA LEE
STD BENEFIT MANAGER
Aetna Life Insurance Company

Enclosures:
Notice Concerning Benefits
Authorization for Direct Deposit of Disability Benefit Payment

# **aetna**  **Notice Concerning Benefits**

**PLEASE READ CAREFULLY AND RETAIN**

The benefits provided under this plan are a supplement to certain basic income to which you are or may become entitled, such as Federal Social Security. The plan may require you to apply for, not only Social Security, but also certain other disability benefits which may be due you. Aetna Life Insurance Company may advance to you the unreduced disability benefit prior to your receiving other types of basic income if you will follow the steps outlined below:

1. You may be asked, at some future date, to apply for Social Security benefits. If an application is required, Aetna Life Insurance Company has contracted Allsup, Inc. to contact you and assist you with your application for these benefits.

2. If you have already applied for Social Security benefits and your Social Security claim has been approved, please send us a copy (or the original, which will be copied and returned to you) of the award notice immediately. If you receive a payment from Social Security before an award notice, notify us of the amount immediately. If your Social Security is denied, we will need a copy of that notice. Reapplication should be made within 60 days of the date of the denial notice.

   **Note: Social Security benefits payable to your eligible dependents as a result of your disability may also reduce your disability entitlement.**

3. Your first Social Security payment may be retroactive to the sixth month of disability. This may create an overpayment of your disability benefits and you then will be asked to reimburse the disability plan. Therefore, when you receive the retroactive check, and/or award letter, you should send us a copy of the award letter and put the retroactive check in the bank. We then will calculate the overpayment and send you a letter advising you of the amount of the overpayment and how it was calculated. We are required under the plan provisions to seek full reimbursement for all overpayments.

4. Notify us promptly of any income you receive from any of the following sources: Self-employment, any employer, a labor-management plan, union welfare or employee benefit plan, any compulsory benefit act or law, retirement, Railroad Retirement Act, Veterans Administration, any federal, state, municipal, or other government agency, pursuant to any Worker's Compensation law, occupational disease law, maritime doctrine of maintenance, wages, and cure, or any payment for disability under a group insurance plan. Failure to promptly notify us of income from any of the above sources may cause an overpayment, which will be subject to collection at a time that may be less convenient for you.

5. The benefits payable under the disability plan may be subject to Federal Income Tax. Aetna is required to report such benefits annually to Internal Revenue Service. Any information regarding taxability of these benefits should be obtained from the IRS.

Claim Number: 9452367

# aetna®

## Authorization for EFT/Direct Deposit of Disability Benefit Payment

It's easy to set up EFT payments for disability benefits. All you have to do is complete the form below or you may visit us at **www.aetnadisability.com.** If you would prefer to complete via the form **please sign and return** the form to Aetna at the address below or you may also fax your information to **1-866-667-1987**.

**Aetna Life Insurance Company (Aetna)**
**PO Box 14560**
**Lexington, KY 40512-4560**

**Phone: 800-354-1779**
**Fax: 1-866-667-1987**

☐ New    ☐ Change    ☐ Cancel

### Employee Information - *ALL* fields must be completed.

| Name | Telephone ( ) |
|---|---|
| Street Address | |
| City | State | ZIP Code |
| Social Security Number ___ ___ ___ – ___ ___ – ___ ___ ___ ___ | |

### Banking Information - *ALL* fields must be completed.

| Name of Financial Institution | Telephone ( ) |
|---|---|

Please indicate: ☐ Checking **OR** ☐ Savings **and**

**ATTACH** a copy of a blank check, marked "VOID **OR** provide the information below:

Routing Number: _____

Account Number: _____

**ATTACH HERE**

### ** Please attach a blank check from your Checking Account, marked "VOID" **

If Electronic Funds Transfer (EFT) is available at your financial institution Aetna will send a pre-notification transaction to your financial institution for confirmation. Please allow time for EFT information to be processed by Aetna, which is approximately 10 calendar days from Aetna's receipt of this completed information. Upon completion of the pre-notification process, Aetna will transmit benefit payments via EFT. You may continue to receive benefit payments via check until this process is complete.

### Authorization Agreement

I authorize Aetna to initiate electronic funds transfers to my account at the financial institution associated with the routing number I entered for all benefit payments on my behalf. This agreement will remain in effect until I provide written notice to withdraw from the direct deposit service or until Aetna or my employer notifies me that this service has been terminated. I understand that I must allow approximately 10 calendar days from Aetna's receipt of this information for my instructions to be executed. If Aetna credits more money to said account than the correct benefit amount to which I am entitled due to duplicate or erroneous funds transfers, I authorize the financial institution to allow Aetna to reverse the transactions. If the reversal is denied by my financial institution, I agree to repay said amounts to Aetna.

| *Authorized Signature(s)* | *Date* |
|---|---|

**EFT** GR-68735 (2-12) C

R-POD



[[EMAILSUBJECT: DAVIS, A. - LTD Claim ID: 9452367]]

Client Name: Dell Inc
EE Name: MR. ARTHUR DAVIS
Work State: Tennessee
Pref Cont #: REDACTED
Claim Nbr: 9452367

Date of Hire: 05/22/2006

LTD Plan Name: DD

Claim Status: Approved

First Day Absent: 10/09/2013
Last Day Worked: 10/08/2013
Disability Date: 10/9/2013
Benefit Begin Date: 4/7/2014
Benefit End Date: 10/31/2028
Approved Through: 04/06/2016
Total # Days Authorized:
Max Benefit End Date: 10/31/2028
Status: Approved
Reason: Disability Supported
Return to work Information:
Work Status: Not At Work
Description:

Claim Owner: SHAWNDRA LEE
Phone: 800-354-1779, extension 6932227 Fax: 1-866-667-1987



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

08/15/2014

Dr. Tad Yoneyama Heritage Medical
2339 Hillsboro Road
Franklin TN - 37069

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Dr. Yoneyama:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from July 2014 office visit. We also ask that you complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by August 30, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,


SHAWNDRA LEE
LTD BENEFIT MANAGER
Aetna Life Insurance Company


Enclosures:

Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

 **Attending Physician Statement**
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8.
The Patient should also fill in their name at the top of Pages 2 and 3.

The *Patient* is responsible for completing this section and for **ensuring** that **their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call** 800-354-1779.

(a) Control Number _____0476626_____

(b) _DAVIS, ARTHUR_ / ████████ / _____ / _____ / _____
Patient Name (Last, First, Middle Initial)  Social Security Number  Year of Birth  Height  Weight (lbs)

(c) Patient Gender ☐ Male  ☐ Female

(d) _____
Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes)  ☐ Check if New

(e) Mailing Address, if different from Home Address _____

(f) Patient Employer Name/City/State _Dell Inc_

(g) Patient Telephone Number _____ ☐ **Check if New**

(h) Job Title/Occupation _Inside Sales Account Mgmt Iii_

(i) Type of Claim: ☐ Short Term Disability  ☐ Long Term Disability  ☐ Waiver of Premium
☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The *Attending Physician* should **complete the items below**, based upon a **recent examination**. Attach additional documentation as needed. If you have any questions, please call **800-354-1779**.

**Please complete form in its entirety and fax to** **1-866-667-1987.**   **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning on** _____ **and ending on** _____ .
(MM/DD/YYYY)  (MM/DD/YYYY)

(b) Primary Diagnosis _____  Primary ICD Code _____
Secondary Diagnosis _____  Secondary ICD Code _____
Other Diagnoses_____  Other ICD Codes _____

(c) Height _____  Weight _____  Date Measured (MM/DD/YYYY) _____

(d) If Pregnancy related, delivery or expected due date  Month _____  Day _____  Year _____
Delivery Type: ☐ Vaginal  ☐ Cesarean

(e) Surgery Date .......................................  Month _____  Day _____  Year _____
Primary Procedure _____  Primary CPT Code _____
Secondary Procedure _____  Secondary CPT Code _____
Other Procedures _____  Other CPT Codes _____

(f) Medication(s)/Dose/Frequency _____

Impairment from medication effects _____

(g) Is patient still under your care for this condition? ☐ Yes  ☐ No  Date service terminated _____
(MM/DD/YYYY)

(h) Treatment Summary _____

(i) Office Visit Dates: First _____  Last _____  Next _____  Frequency of appointments _____
(MM/DD/YYYY)  (MM/DD/YYYY)  (MM/DD/YYYY)

(j) Was patient recently hospitalized? ☐ No ☐ Yes  Date hospitalized: Admit _____  Discharge _____
(MM/DD/YYYY)  (MM/DD/YYYY)

(k) Hospital Name/City/State _____

**WKAB-** GC-1486-26 (7-13) **C  R-POD**



Patient Name *(Last, First, Middle Initial)* **Required**
DAVIS, ARTHUR

## 4. History

(a) Symptoms: _____

_____

(b) Date symptoms first appeared or accident happened    Month _____   Day _____   Year _____

(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes   State when and describe.

_____

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No   ☐ Yes   ☐ Unknown

(f) Other Treating Physicians

Name _____ Specialty _____ City _____ State _____

Name _____ Specialty _____ City _____ State _____

## 5. Abilities/Limitations

(a) **Patient is:  Place remarks in item (d) below, if applicable.**

| | Yes | No | Other |
|---|---|---|---|
| • Competent to endorse checks and direct the use of proceeds thereof .... | ☐ Yes | ☐ No | ☐ Other/describe in (d) |
| • Able to work with others ...................................................... | ☐ Yes | ☐ No | ☐ Other/describe in (d) |
| • Able to give supervision ...................................................... | ☐ Yes | ☐ No | ☐ Other/describe in (d) |
| • Able to work cooperatively with others in group setting .......................... | ☐ Yes | ☐ No | ☐ Other/describe in (d) |

   • Able to do?  **Select one:  Place remarks in item (d) below, if applicable.**

   ☐ **Heavy work** activity.  No limitations of functional capacity.

   ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.

   ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.

   ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)

   ☐ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.

   ☐ **Other.**  Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient? *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)*** _____

_____

   • <u>Number of Hours</u> patient is capable of working in a day:  ☐ 12  ☐ 10  ☐ 8  ☐ 6  ☐ 4  ☐ 2  ☐ 1  Hour/Day

   • <u>Number of Days</u> per week patient is able to work:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  Days/Week

   • Date you prescribed restriction on work activities:  Month _____  Day _____  Year _____

   • How long are these restrictions/limitations in effect? _____  ☐ No Longer

        Days      Weeks      Months

   • Estimated return to work date? _____ Modified Duty _____ Full Duty

        (MM/DD/YYYY)                      (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)*

_____

(d) Other/Comments _____

_____

## 6. Current Status

(a) Patient has   ☐ Improved   ☐ Stabilized   ☐ Regressed   ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?

   ☐ No   ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

## 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | | **Date** *(MM/DD/YYYY)* |

**WKAB**
GC-1486-26 (7-13) C

Claim Number: 9452367

Patient Name *(Last, First, Middle Initial)* **Required**
   DAVIS, ARTHUR

## 8.  Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



Claim Number: 9452367

 Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

| Employee Name *(Last, First, Middle Initial)* | Social Security Number | Year of Birth |
|---|---|---|
| DAVIS, ARTHUR | | |

| Gender ☐ Male ☐ Female | Job Title | Control Number 0476626 |
|---|---|---|

| Current Diagnosis | Medications: |
|---|---|

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____ hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐  8 ☐  6 ☐  4 ☐  2 ☐
Duration of restrictions: _____  Care Complete: Yes ☐  No ☐  Next Appointment: _____
Additional Comments: _____

| Physician's Signature | Date *(MM/DD/YYYY)* |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |

**WKAB-** GC-1500-26 (7-13)

**Page 2 of 2**



[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
05/23/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We are able to provide you an income verification letter. We have forwarded a request to your Claim Manager to send the letter to you.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
05/28/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

**PLEASE DO NOT REPLY**
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
05/30/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your request has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com



PO Box 14560
Lexington, KY 40512-4560
WANDA GREENE-CELESTINE
Senior Technical Specialist
Phone: 800-354-1779
Fax: 1-866-667-1987

06/02/2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

To Whom It May Concern:

We are in receipt of your request for verification of Long Term Disability benefits of Arthur Davis. Aetna Inc. is the claim administrator for the LTD Policy under which Mr. Davis is currently receiving Long Term Disability benefits.

Mr. Davis has been a recipient of LTD benefits, which are distributed on a monthly basis, beginning April 7, 2014 through present. His monthly benefit is $3,170.61. Mr. Davis' monthly LTD benefits will continue as long as he meets the eligibility requirements under the Policy.

Should you have any questions, please do not hesitate to contact me at the number below.

If you have any questions, please call 800-354-1779.


Sincerely,
WANDA GREENE-CELESTINE
Senior Technical Specialist
Aetna Life Insurance Company



PO Box 14560
Lexington, KY 40512-4560
WANDA GREENE-CELESTINE
Senior Technical Specialist
Phone: 800-354-1779
Fax: 1-866-667-1987

06/02/2014

ARTHUR DAVIS
REDACTED
MURFREESBORO TN - 37128

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Mr. Davis:

The Dell Inc group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing to you regarding your Long-Term Disability (LTD) benefits provided by your employer, Dell Inc, under the above referenced plan.

As we discussed, enclosed is a treating provider form. Please list all treating providers and return to Aenta.

If you have any questions, please call 800-354-1779.

Sincerely,

WANDA GREENE-CELESTINE
Senior Technical Specialist
Aetna Life Insurance Company

# aetna®  Medical Professionals List

**Return completed form to:**
Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
**Fax:** 1-866-667-1987

In the space provided below, please list the complete names, specialty, addresses, phone and fax numbers of all medical professionals you have consulted for the past two years. If necessary, you may use the back of this form to list additional medical providers, pharmacies, hospitals, or any other pertinent information regarding your disability.

| Employee Name | Claim # |
|---|---|
| DAVIS, ARTHUR | Claim Number: 9452367 |

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

| Employee Name | Claim # |
|---|---|
| DAVIS, ARTHUR | Claim Number: 9452367 |

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____

Medical Provider / Hospital / Pharmacy: _____

Specialty: _____  Period Consulted: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Phone: _____  Fax: _____



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
STD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

06/16/2014

Tad Yoneyama Heritage Medical
2339 Hillsboro Road
Franklin TN - 37069

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

To Whom It May Concern:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from the last office visit. We also ask that you complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by July 1, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

Wanda Greene Celestine
Senior Technical Specialist
Aetna Life Insurance Company

Enclosures:
Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

# aetna®

## Attending Physician Statement
**Complete and sign the form using BLUE or BLACK ink.**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8.
The Patient should also fill in their name at the top of Pages 2 and 3.

---

The *Patient* is responsible for completing this section and for **ensuring** that **their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call 800-354-1779.**

(a) Control Number _____0476626_____

(b) _DAVIS, ARTHUR_ _____ / █REDACTED█ / _____ / _____ / _____
    Patient Name (Last, First, Middle Initial)    Social Security Number    Year of Birth    Height    Weight (lbs)

(c) Patient Gender ☐ Male   ☐ Female

(d) _____
    Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes) ☐ Check if New

(e) Mailing Address, if different from Home Address _____

(f) Patient Employer Name/City/State _Dell Inc_ _____

(g) Patient Telephone Number _____ ☐ **Check if New**

(h) Job Title/Occupation _Inside Sales Account Mgmt Iii_ _____

(i) Type of Claim: ☐ Short Term Disability   ☐ Long Term Disability   ☐ Waiver of Premium
        ☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The *Attending Physician* should **complete the items below**, based upon a **recent examination.** Attach additional documentation as needed. If you have any questions, please call **800-354-1779.**

**Please complete form in its entirety and fax to** **1-866-667-1987.**      **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning**
    **on** _____ **and ending on** _____ .
      (MM/DD/YYYY)           (MM/DD/YYYY)

(b) Primary Diagnosis _____ Primary ICD Code _____
    Secondary Diagnosis _____ Secondary ICD Code _____
    Other Diagnoses_____ Other ICD Codes _____

(c) Height _____ Weight _____ Date Measured (MM/DD/YYYY) _____

(d) If Pregnancy related, delivery or expected due date   Month _____ Day _____ Year _____
    Delivery Type: ☐ Vaginal   ☐ Cesarean

(e) Surgery Date .................................... Month _____ Day _____ Year _____
    Primary Procedure _____ Primary CPT Code _____
    Secondary Procedure _____ Secondary CPT Code _____
    Other Procedures _____ Other CPT Codes _____

(f) Medication(s)/Dose/Frequency _____
    _____
    Impairment from medication effects _____

(g) Is patient still under your care for this condition? ☐ Yes   ☐ No   Date service terminated _____
                                            (MM/DD/YYYY)

(h) Treatment Summary _____

(i) Office Visit Dates: First _____ Last _____ Next _____ Frequency of appointments _____
            (MM/DD/YYYY)   (MM/DD/YYYY)  (MM/DD/YYYY)

(j) Was patient recently hospitalized? ☐ No ☐ Yes   Date hospitalized: Admit _____ Discharge _____
                                       (MM/DD/YYYY)     (MM/DD/YYYY)

(k) Hospital Name/City/State _____

---

**WKAB-** GC-1486-26 (7-13) **C  R-POD**



| Patient Name *(Last, First, Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

## 4. History

(a) Symptoms: _____

_____

(b) Date symptoms first appeared or accident happened    Month _____   Day _____   Year _____

(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes   State when and describe.

_____

(e) Is condition due to injury or sickness arising out of patient's employment?   ☐ No   ☐ Yes   ☐ Unknown

(f) Other Treating Physicians

Name _____ Specialty _____ City _____ State _____

Name _____ Specialty _____ City _____ State _____

## 5. Abilities/Limitations

(a) **Patient is:** **Place remarks in item (d) below, if applicable.**

- Competent to endorse checks and direct the use of proceeds thereof ....   ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work with others .................................................   ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to give supervision ................................................   ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting ..........................   ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to do?   **Select one: Place remarks in item (d) below, if applicable.**
  - ☐ **Heavy work** activity. No limitations of functional capacity.
  - ☐ **Medium work** activity. Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity. Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity. Moderate limitation of functional capacity. Exerting up to 10 pounds of force occasionally. (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.** Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.** Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient?** *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* _____

_____

- <u>Number of Hours</u> patient is capable of working in a day:   ☐ 12   ☐ 10   ☐ 8   ☐ 6   ☐ 4   ☐ 2   ☐ 1   Hour/Day
- <u>Number of Days</u> per week patient is able to work:   ☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5   ☐ 6   ☐ 7   Days/Week
- Date you prescribed restriction on work activities:   Month _____   Day _____   Year _____
- How long are these restrictions/limitations in effect? _____   ☐ No Longer
      Days    Weeks    Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
    (MM/DD/YYYY)            (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)*

_____

(d) Other/Comments _____

_____

## 6. Current Status

(a) Patient has   ☐ Improved   ☐ Stabilized   ☐ Regressed   ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
     ☐ No   ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

## 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | | **Date** *(MM/DD/YYYY)* |

**WKAB**
GC-1486-26 (7-13) **C**

Claim Number: 9452367

| Patient Name *(Last, First, Middle Initial)* **Required** |
| --- |
| DAVIS, ARTHUR |

## 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 939 of 1151 PageID #: 9383

# aetna®

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name *(Last, First, Middle Initial)* | Social Security Number | Year of Birth |
|---|---|---|
| DAVIS, ARTHUR | | |

| Gender ☐ Male ☐ Female | Job Title | Control Number 0476626 |
|---|---|---|

Current Diagnosis
_____
_____

Medications:
_____
_____

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐  8 ☐  6 ☐  4 ☐  2 ☐

Duration of restrictions: _____  Care Complete: Yes ☐  No ☐  Next Appointment: _____

Additional Comments: _____
_____
_____

| Physician's Signature | Date *(MM/DD/YYYY)* |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

WKAB
GC-1500-26 (7-13)

Page 1 of 2

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
|  |  |

WKAB- GC-1500-26 (7-13)

**Page 2 of 2**





PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
STD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

06/16/2014

Premier Orthopaedics & Sports
394 Harding Place
Nashville TN - 37211

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

To Whom It May Concern:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from the last 3 office visit. We also ask that you complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by July 1, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

Wanda Greene Celestine
Senior Technical Specialist
Aetna Life Insurance Company

Enclosures:
Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

# aetna®

## Attending Physician Statement
**Complete and sign the form using BLUE or BLACK ink.**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8.
The Patient should also fill in their name at the top of Pages 2 and 3.

The **Patient** is responsible for completing this section and for **ensuring** that **their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call 800-354-1779.**

(a) Control Number _____0476626_____

(b) _DAVIS, ARTHUR_ / ___ / ▮REDACTED▮ / ___ / ___
  Patient Name (Last, First, Middle Initial)   Social Security Number   Year of Birth   Height   Weight (lbs)

(c) Patient Gender ☐ Male  ☐ Female

(d) _____
  Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes) ☐ Check if New

(e) Mailing Address, if different from Home Address _____

(f) Patient Employer Name/City/State _Dell Inc_

(g) Patient Telephone Number _____  ☐ **Check if New**

(h) Job Title/Occupation _Inside Sales Account Mgmt Iii_

(i) Type of Claim: ☐ Short Term Disability  ☐ Long Term Disability  ☐ Waiver of Premium
  ☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The **Attending Physician** should **complete the items below**, based upon a **recent examination.** Attach additional documentation as needed. If you have any questions, please call **800-354-1779.**

**Please complete form in its entirety and fax to 1-866-667-1987.**    **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning on _____ and ending on _____ .**
  (MM/DD/YYYY)          (MM/DD/YYYY)

(b) Primary Diagnosis _____  Primary ICD Code _____
  Secondary Diagnosis _____  Secondary ICD Code _____
  Other Diagnoses _____  Other ICD Codes _____

(c) Height _____ Weight _____ Date Measured (MM/DD/YYYY) _____

(d) If Pregnancy related, delivery or expected due date  Month _____ Day _____ Year _____
  Delivery Type: ☐ Vaginal  ☐ Cesarean

(e) Surgery Date ................................  Month _____ Day _____ Year _____
  Primary Procedure _____  Primary CPT Code _____
  Secondary Procedure _____  Secondary CPT Code _____
  Other Procedures _____  Other CPT Codes _____

(f) Medication(s)/Dose/Frequency _____

  Impairment from medication effects _____

(g) Is patient still under your care for this condition? ☐ Yes  ☐ No  Date service terminated _____
                        (MM/DD/YYYY)

(h) Treatment Summary _____

(i) Office Visit Dates: First _____ Last _____ Next _____ Frequency of appointments _____
          (MM/DD/YYYY)    (MM/DD/YYYY)    (MM/DD/YYYY)

(j) Was patient recently hospitalized? ☐ No ☐ Yes  Date hospitalized: Admit _____ Discharge _____
                          (MM/DD/YYYY)      (MM/DD/YYYY)

(k) Hospital Name/City/State _____

**WKAB-** GC-1486-26 (7-13) **C  R-POD**



Patient Name *(Last, First, Middle Initial)* **Required**
DAVIS, ARTHUR

## 4. History

(a) Symptoms: _____

(b) Date symptoms first appeared or accident happened     Month _____  Day _____  Year _____

(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes   State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No   ☐ Yes   ☐ Unknown

(f) Other Treating Physicians

Name _____  Specialty _____  City _____  State ____

Name _____  Specialty _____  City _____  State ____

## 5. Abilities/Limitations

(a) **Patient is:  Place remarks in item (d) below, if applicable.**

- Competent to endorse checks and direct the use of proceeds thereof .... ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work with others .......................................... ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to give supervision ......................................... ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting .......... ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to do?  **Select one:  Place remarks in item (d) below, if applicable.**
  - ☐ **Heavy work** activity.  No limitations of functional capacity.
  - ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.**  Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient?** *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* _____

_____

- Number of Hours patient is capable of working in a day:  ☐ 12  ☐ 10  ☐ 8  ☐ 6  ☐ 4  ☐ 2  ☐ 1  Hour/Day
- Number of Days per week patient is able to work:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  Days/Week
- Date you prescribed restriction on work activities:  Month _____  Day _____  Year _____
- How long are these restrictions/limitations in effect? _____  ☐ No Longer
  Days    Weeks    Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
  (MM/DD/YYYY)    (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)* _____

_____

(d) Other/Comments _____

_____

## 6. Current Status

(a) Patient has   ☐ Improved   ☐ Stabilized   ☐ Regressed   ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
  ☐ No   ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

## 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | **Date** *(MM/DD/YYYY)* |

**WKAB**
GC-1486-26 (7-13) C

Claim Number: 9452367

| Patient Name *(Last, First, Middle Initial)*  **Required** |
|---|
| DAVIS, ARTHUR |

## 8.  Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



# aetna®

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name (Last, First, Middle Initial) | Social Security Number | Year of Birth |
|---|---|---|
| DAVIS, ARTHUR | | |

| Gender | Job Title | Control Number |
|---|---|---|
| ☐ Male  ☐ Female | | 0476626 |

**Current Diagnosis**

**Medications:**

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____ hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐

Duration of restrictions: _____   Care Complete: Yes ☐   No ☐   Next Appointment: _____

Additional Comments: _____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|
| Physician Name | Specialty |
| Phone Number | Fax Number |
| Address | |

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

## Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
|  |  |



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 948 of 1151 PageID #: 9492



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
STD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

06/16/2014

Dr. SUBIR PRASAD
4230 HARDING RD , SUITE 805E
NASHVILLE TN - 37205

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Dr. Prasad:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from the last 3 office visit. We also ask that you complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by July 1, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

Wanda Greene Celestine
Senior Technical Specialist
Aetna Life Insurance Company

Enclosures:
Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

# aetna®

## Attending Physician Statement
**Complete and sign the form using BLUE or BLACK ink.**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8.
The Patient should also fill in their name at the top of Pages 2 and 3.

The *Patient* is responsible for completing this section and for **ensuring** that **their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call 800-354-1779.**

(a) Control Number ___0476626___

(b) __DAVIS, ARTHUR__ __/__ ▮REDACTED▮ __/__ ___ __/__ ___ __/__ ___
   Patient Name (Last, First, Middle Initial)   Social Security Number   Year of Birth   Height   Weight (lbs)

(c) Patient Gender ☐ Male ☐ Female

(d) _____
   Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes) ☐ Check if New

(e) Mailing Address, if different from Home Address _____

(f) Patient Employer Name/City/State __Dell Inc__

(g) Patient Telephone Number _____ ☐ **Check if New**

(h) Job Title/Occupation __Inside Sales Account Mgmt Iii__

(i) Type of Claim: ☐ Short Term Disability ☐ Long Term Disability ☐ Waiver of Premium
   ☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The **Attending Physician** should **complete the items below**, based upon a **recent examination**. Attach additional documentation as needed. If you have any questions, please call **800-354-1779**.

**Please complete form in its entirety and fax to 1-866-667-1987.**    **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning**
   **on _____ and ending on _____ .**
   (MM/DD/YYYY)             (MM/DD/YYYY)

(b) Primary Diagnosis _____ Primary ICD Code _____
   Secondary Diagnosis _____ Secondary ICD Code _____
   Other Diagnoses_____ Other ICD Codes _____

(c) Height _____ Weight _____ Date Measured (MM/DD/YYYY) _____

(d) If Pregnancy related, delivery or expected due date   Month _____ Day _____ Year _____
   Delivery Type: ☐ Vaginal ☐ Cesarean

(e) Surgery Date ......................................   Month _____ Day _____ Year _____
   Primary Procedure _____ Primary CPT Code _____
   Secondary Procedure _____ Secondary CPT Code _____
   Other Procedures _____ Other CPT Codes _____

(f) Medication(s)/Dose/Frequency _____
   _____
   Impairment from medication effects _____

(g) Is patient still under your care for this condition? ☐ Yes ☐ No   Date service terminated _____
                                                                              (MM/DD/YYYY)

(h) Treatment Summary _____

(i) Office Visit Dates: First _____ Last _____ Next _____ Frequency of appointments _____
              (MM/DD/YYYY)      (MM/DD/YYYY)      (MM/DD/YYYY)

(j) Was patient recently hospitalized? ☐ No ☐ Yes   Date hospitalized: Admit _____ Discharge _____
                                                                    (MM/DD/YYYY)        (MM/DD/YYYY)

(k) Hospital Name/City/State _____

**WKAB-** GC-1486-26 (7-13) **C  R-POD**



Patient Name *(Last, First, Middle Initial)* **Required**

DAVIS, ARTHUR

**4. History**

(a) Symptoms: _____

_____

(b) Date symptoms first appeared or accident happened    Month _____    Day _____    Year _____

(c) Has patient ever had same or similar condition? ☐ No    ☐ Yes   State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No    ☐ Yes    ☐ Unknown

(f) Other Treating Physicians

Name _____ Specialty _____ City _____ State _____

Name _____ Specialty _____ City _____ State _____

**5. Abilities/Limitations**

(a) **Patient is:  Place remarks in item (d) below, if applicable.**

- Competent to endorse checks and direct the use of proceeds thereof …. ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work with others …………………………………………………… ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to give supervision ……………………………………………………… ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting ………………… ☐ Yes   ☐ No   ☐ Other/describe in (d)
- Able to do?   **Select one:  Place remarks in item (d) below, if applicable.**
  - ☐ **Heavy work** activity.  No limitations of functional capacity.
  - ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.**  Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient? *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)*** _____

_____

- Number of Hours patient is capable of working in a day:  ☐ 12  ☐ 10  ☐ 8  ☐ 6  ☐ 4  ☐ 2  ☐ 1  Hour/Day
- Number of Days per week patient is able to work:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  Days/Week
- Date you prescribed restriction on work activities:  Month _____  Day _____  Year _____
- How long are these restrictions/limitations in effect? _____  _____  _____  ☐ No Longer
  - Days      Weeks      Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
  - (MM/DD/YYYY)                    (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)* _____

_____

(d) Other/Comments _____

_____

**6. Current Status**

(a) Patient has    ☐ Improved    ☐ Stabilized    ☐ Regressed    ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?

☐ No   ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

**7. Physician Information**

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | | **Date** *(MM/DD/YYYY)* |

**WKAB**
GC-1486-26 (7-13) **C**

Claim Number: 9452367

Patient Name *(Last, First, Middle Initial)* **Required**

DAVIS, ARTHUR

## 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



Claim Number: 9452367

# aetna®

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name *(Last, First, Middle Initial)*<br>DAVIS, ARTHUR | Social Security Number | Year of Birth |
|---|---|---|
| Gender<br>☐ Male  ☐ Female | Job Title | Control Number<br>0476626 |

| Current Diagnosis | Medications: |
|---|---|
| | |

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐  8 ☐  6 ☐  4 ☐  2 ☐
Duration of restrictions: _____  Care Complete: Yes ☐  No ☐  Next Appointment: _____
Additional Comments: _____

| Physician's Signature | Date *(MM/DD/YYYY)* |
|---|---|
| Physician Name | Specialty |
| Phone Number | Fax Number |
| Address | |

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 954 of 1151 PageID #: 5298

AE 000954

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 955 of 1151 PageID #: 9599

AR000956



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
STD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

06/16/2014

Dr. Jason Knox
300 STONECREST BLVD , SUITE 450
SMYRNA TN - 37167

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Dr. Knox:

The Dell Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). To properly evaluate their eligibility for continued disability benefits, information is needed from your office.

Please include current office and/or chart notes, along with any medical documentation you may have including, labs, blood work, physical exam, MRI/x-ray, and the results of any other diagnostic test from the last 3 office visit. We also ask that you complete the attached Attending Physician Statement and Capabilities and Limitations Work Sheet.

Dell Inc.'s Program requires a clinical review of the medical appropriateness for your patient's work absence. Your office can fax the documents to 1-866-667-1987 or mail them to:

Aetna Life Insurance Company
Dell Inc. LTD Program
PO Box 14560
Lexington, KY 40512-4560

It is important to understand that if we do not receive the requested documentation by July 1, 2014 your patient's case may be closed and benefits may be terminated.

Should you have any questions regarding your claim, please call 800-354-1779 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

Wanda Greene Celestine
Senior Technical Specialist
Aetna Life Insurance Company

Enclosures:
Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

# aetna®

## Attending Physician Statement
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.  'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. ***Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.***

**1.  Patient Instructions –**   The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8.
The Patient should also fill in their name at the top of Pages 2 and 3.

The ***Patient*** is responsible for completing this section and for **ensuring** that **their Attending Physician completes the remainder of this statement**.  The Patient is responsible for paying any fees that may be charged for completion of this form by their physician.  **If you have any questions, please call 800-354-1779.**

(a)  Control Number _____ 0476626

(b)  __DAVIS, ARTHUR__ / _____ / [REDACTED] / _____ / _____
Patient Name (Last, First, Middle Initial)       Social Security Number       Year of Birth       Height       Weight (lbs)

(c)  Patient Gender  ☐ Male   ☐ Female

(d)  _____
Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes)  ☐ Check if New

(e)  Mailing Address, if different from Home Address _____

(f)  Patient Employer Name/City/State __Dell Inc__

(g)  Patient Telephone Number _____  ☐ **Check if New**

(h)  Job Title/Occupation __Inside Sales Account Mgmt Iii__

(i)  Type of Claim:   ☐ Short Term Disability   ☐ Long Term Disability   ☐ Waiver of Premium
☐ Long Term / Permanent Total Disability

## 2.  Physician Instructions

The ***Attending Physician*** should **complete the items below**, based upon a **recent examination.**  Attach additional documentation as needed.  If you have any questions, please call **800-354-1779.**

**Please complete form in its entirety and fax to 1-866-667-1987.**        **Pages 2 and 3 MUST be completed before faxing.**

## 3.  Impairing Diagnosis & Treatment

(a)  **For medical reasons, the patient will need to be absent from work due to a disability beginning on _____ and ending on _____ .**
(MM/DD/YYYY)                    (MM/DD/YYYY)

(b)  Primary Diagnosis _____   Primary ICD Code _____
Secondary Diagnosis _____   Secondary ICD Code _____
Other Diagnoses_____   Other ICD Codes _____

(c)  Height _____  Weight _____   Date Measured (MM/DD/YYYY) _____

(d)  If Pregnancy related, delivery or expected due date    Month _____   Day _____   Year _____
Delivery Type:   ☐ Vaginal   ☐ Cesarean

(e)  Surgery Date .................................................    Month _____   Day _____   Year _____
Primary Procedure _____   Primary CPT Code _____
Secondary Procedure _____   Secondary CPT Code _____
Other Procedures _____   Other CPT Codes _____

(f)  Medication(s)/Dose/Frequency _____
_____
Impairment from medication effects _____

(g)  Is patient still under your care for this condition?  ☐ Yes   ☐ No   Date service terminated _____
(MM/DD/YYYY)

(h)  Treatment Summary _____

(i)  Office Visit Dates:  First _____  Last _____  Next _____  Frequency of appointments _____
(MM/DD/YYYY)         (MM/DD/YYYY)         (MM/DD/YYYY)

(j)  Was patient recently hospitalized?  ☐ No   ☐ Yes   Date hospitalized: Admit _____   Discharge _____
(MM/DD/YYYY)         (MM/DD/YYYY)

(k)  Hospital Name/City/State _____

**WKAB-** GC-1486-26 (7-13) **C  R-POD**



Patient Name *(Last, First, Middle Initial)* **Required**
DAVIS, ARTHUR

## 4. History

(a) Symptoms: _____

(b) Date symptoms first appeared or accident happened    Month _____  Day _____  Year _____

(c) Has patient ever had same or similar condition? ☐ No  ☐ Yes  State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No  ☐ Yes  ☐ Unknown

(f) Other Treating Physicians
Name _____  Specialty _____  City _____  State _____
Name _____  Specialty _____  City _____  State _____

## 5. Abilities/Limitations

(a) **Patient is: Place remarks in item (d) below, if applicable.**

- Competent to endorse checks and direct the use of proceeds thereof .... ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to work with others ................................................. ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to give supervision ................................................. ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting ............ ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to do?  **Select one:  Place remarks in item (d) below, if applicable.**
  - ☐ **Heavy work** activity.  No limitations of functional capacity.
  - ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.**  Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient?** *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* _____

- <u>Number of Hours</u> patient is capable of working in a day:  ☐ 12  ☐ 10  ☐ 8  ☐ 6  ☐ 4  ☐ 2  ☐ 1  Hour/Day
- <u>Number of Days</u> per week patient is able to work:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  Days/Week
- Date you prescribed restriction on work activities:  Month _____  Day _____  Year _____
- How long are these restrictions/limitations in effect? _____ _____ _____  ☐ No Longer
                                                          Days   Weeks  Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
                                 (MM/DD/YYYY)           (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)* _____

(d) Other/Comments _____

## 6. Current Status

(a) Patient has  ☐ Improved  ☐ Stabilized  ☐ Regressed  ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
   ☐ No  ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

## 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | | **Date** *(MM/DD/YYYY)* |

**WKAB**
GC-1486-26 (7-13) C

Claim Number: 9452367

| Patient Name *(Last, First, Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

## 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**WKAB**
GC-1486-26 (7-13) C

Pa



Claim Number: 9452367

# aetna®

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name (Last, First, Middle Initial) DAVIS, ARTHUR | Social Security Number | Year of Birth |
|---|---|---|

| Gender ☐ Male ☐ Female | Job Title | Control Number 0476626 |
|---|---|---|

| Current Diagnosis | Medications: |
|---|---|

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐

Duration of restrictions: _____   Care Complete: Yes ☐   No ☐   Next Appointment: _____

Additional Comments: _____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|



Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 962 of 1151    PageID #: 1006    AR000962

AR000963

# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Dr. Subir Prasad | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 06/20/2014 |
| Fax Number: 615-916-3953 | CLAIM NUMBER: |
| | 9452367 |
| Phone number: | Sender's Phone Number: |
| **615-425-7605** | 800-354-1779 |
| | Sender's FAX Number: |
| | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | Total No. of Pages Including Cover: 5 |
| | |

Urgent     For Review     Please Comment     Please Reply     Please Recycle

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

# aetna®

## Attending Physician Statement
**Complete and sign the form using BLUE or BLACK ink.**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or a family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8.
The Patient should also fill in their name at the top of Pages 2 and 3.

The *Patient* is responsible for completing this section and for **ensuring** that **their Attending Physician completes the remainder of this statement.** The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call** 800-354-1779.

(a) Control Number _____ 0476626 _____

(b) __ DAVIS, ARTHUR __ / _____ / ▮REDACTED▮ / ____ / ____
Patient Name (Last, First, Middle Initial)   Social Security Number   Year of Birth   Height   Weight (lbs)

(c) Patient Gender ☐ Male  ☐ Female

(d) _____

Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes) ☐ Check if New

(e) Mailing Address, if different from Home Address _____

(f) Patient Employer Name/City/State __ Dell Inc __

(g) Patient Telephone Number _____ ☐ **Check if New**

(h) Job Title/Occupation __ Inside Sales Account Mgmt Iii __

(i) Type of Claim: ☐ Short Term Disability  ☐ Long Term Disability  ☐ Waiver of Premium
☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The *Attending Physician* should **complete the items below,** based upon a **recent examination.** Attach additional documentation as needed. If you have any questions, please call **800-354-1779.**
**Please complete form in its entirety and fax to** 1-866-667-1987.   **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning on** _____ **and ending on** _____ .
(MM/DD/YYYY)              (MM/DD/YYYY)

(b) Primary Diagnosis _____  Primary ICD Code _____
Secondary Diagnosis _____  Secondary ICD Code _____
Other Diagnoses _____  Other ICD Codes _____

(c) Height _____  Weight _____  Date Measured (MM/DD/YYYY) _____

(d) If Pregnancy related, delivery or expected due date  Month _____ Day _____ Year _____
Delivery Type: ☐ Vaginal  ☐ Cesarean

(e) Surgery Date ....................................  Month _____ Day _____ Year _____
Primary Procedure _____  Primary CPT Code _____
Secondary Procedure _____  Secondary CPT Code _____
Other Procedures _____  Other CPT Codes _____

(f) Medication(s)/Dose/Frequency _____

Impairment from medication effects _____

(g) Is patient still under your care for this condition? ☐ Yes  ☐ No  Date service terminated _____
(MM/DD/YYYY)

(h) Treatment Summary _____

(i) Office Visit Dates: First _____  Last _____  Next _____  Frequency of appointments _____
(MM/DD/YYYY)         (MM/DD/YYYY)      (MM/DD/YYYY)

(j) Was patient recently hospitalized? ☐ No ☐ Yes  Date hospitalized: Admit _____  Discharge _____
(MM/DD/YYYY)              (MM/DD/YYYY)

(k) Hospital Name/City/State _____

**WKAB-** GC-1486-26 (7-13) **C  R-POD**



Patient Name *(Last, First, Middle Initial)* **Required**

DAVIS, ARTHUR

## 4. History

(a) Symptoms: _____

_____

(b) Date symptoms first appeared or accident happened      Month _____   Day _____   Year _____

(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes  State when and describe.

_____

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No   ☐ Yes   ☐ Unknown

(f) Other Treating Physicians

Name _____   Specialty _____   City _____   State _____

Name _____   Specialty _____   City _____   State _____

## 5. Abilities/Limitations

(a) **Patient is:  Place remarks in item (d) below, if applicable.**
- Competent to endorse checks and direct the use of proceeds thereof ….  ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to work with others  …………………………………………………  ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to give supervision  ………………………………………………  ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting  ………………………  ☐ Yes  ☐ No  ☐ Other/describe in (d)
- Able to do?  **Select one:  Place remarks in item (d) below, if applicable.**
  - ☐ **Heavy work** activity.  No limitations of functional capacity.
  - ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.**  Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient?** *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* _____

_____

- <u>Number of Hours</u> patient is capable of working in a day:  ☐ 12  ☐ 10  ☐ 8  ☐ 6  ☐ 4  ☐ 2  ☐ 1  Hour/Day
- <u>Number of Days</u> per week patient is able to work:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  Days/Week
- Date you prescribed restriction on work activities:   Month _____   Day _____   Year _____
- How long are these restrictions/limitations in effect? _____  ☐ No Longer
  Days          Weeks          Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
  (MM/DD/YYYY)                          (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)* _____

_____

(d) Other/Comments _____

_____

## 6. Current Status

(a) Patient has   ☐ Improved   ☐ Stabilized   ☐ Regressed   ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
  ☐ No   ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

## 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | | **Date** *(MM/DD/YYYY)* |

**WKAB**
GC-1486-26 (7-13) **C**

Claim Number: 9452367

Patient Name *(Last, First, Middle Initial)* **Required**

DAVIS, ARTHUR

## 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 967 of 1151     PageID #: 1011

ARG00967

Claim Number: 9452367

# aetna®

## Capabilities and Limitations Worksheet

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name *(Last, First, Middle Initial)* | Social Security Number | Year of Birth |
|---|---|---|
| DAVIS, ARTHUR | | |

| Gender ☐ Male ☐ Female | Job Title | Control Number 0476626 |
|---|---|---|

**Current Diagnosis**

**Medications:**

---

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

---

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

---

Limitations to:
Speaking _____hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

---

Total # of hours patient capable of working per day: 12 ☐  8 ☐  6 ☐  4 ☐  2 ☐
Duration of restrictions: _____  Care Complete: Yes ☐  No ☐  Next Appointment: _____
Additional Comments: _____

| Physician's Signature | Date *(MM/DD/YYYY)* |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

WKAB
GC-1500-26 (7-13)



Case 1:15-cv-00086   Document 13-1   Filed 02/18/16   Page 968 of 1151   PageID #: 1012   AR000968

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |



# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

## Facsimile Transmittal Sheet

| To: | From: |
|---|---|
| Dr. SUBIR PRASAD | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 06/23/2014 |
| Fax Number: 615-916-3953 | CLAIM NUMBER: |
| | 9452367 |
| Phone number: | Sender's Phone Number: |
| | 800-354-1779 |
| | Sender's FAX Number: |
| | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS | Total No. of Pages Including Cover: |
| Date of Birth: REDACTED | |
| | **6** |

Urgent    For Review    Please Comment    Please Reply    Please Recycle

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Attending Physician Statement
Capabilities and Limitations Worksheet

Claim Number: 9452367

# aetna®  **Attending Physician Statement**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

**1.  Patient Information**

| Name | | | | Employer Name | Job Title | |
|---|---|---|---|---|---|---|
| Year of Birth | Gender ☐ F  ☐ M | Smoker ☐ Yes  ☐ No | Height (ft./in.) | Weight (lbs.) BMI | Blood Pressure | Date Measured |

**2.  Diagnostic Information**

Primary Diagnosis

ICD-9 Code(s) _____ , _____     DSM IV Code(s) _____

Complications

Objective Findings

Subjective Symptoms

Are there any secondary conditions contributing to this conditions?
☐ Yes  ☐ No    If Yes, what are they? _____

Has this patient ever had the same condition or a similar condition?
☐ Yes  ☐ No    If Yes, what year(s)/describe? _____

**3.  Treatment Information**

| Primary Diagnosis | | First day recommended out of work |
|---|---|---|
| Date symptoms first appeared (or date of accident) /    / | Date first treated for this condition /    / | Most recent date treated for this condition /    / |
| Frequency with which you see this patient: ☐ Weekly  ☐ Monthly  ☐ Other _____  Provide date(s): _____ | | ICD9 code(s) |
| Has the patient undergone surgery? ☐ Yes ☐ No | If Yes, provide date. /    / | CPT code(s) & Procedure | Result |
| Do you expect surgery to be performed in the future? ☐ Yes ☐ No | If Yes, provide date. /    / | | Planned Procedure & CPT code |
| Please list current medications with dosage and frequency. | | |
| Please list other types and frequency of treatment. | | |
| Is the patient a suitable candidate for vocational rehabilitation?  ☐ Yes  ☐ No | Please explain. | |

**4.  Please list all treating or consulting physicians (include date of treatment as indicated).**

| a.  Physician Name | Physician Telephone Number |
|---|---|
| Physician Address | Treatment Dates<br>From: ____/____/____<br>To: ____/____/____ |
| b.  Physician Name | Physician Telephone Number |
| Physician Address | Treatment Dates<br>From: ____/____/____<br>To: ____/____/____ |
| c.  Physician Name | Physician Telephone Number |
| Physician Full Address | Treatment Dates<br>From: ____/____/____<br>To: ____/____/____ |

**WKAB**
GR-68337 (7-13)



| Patient Name | Year of Birth |
|---|---|
| | |

**5.** Please indicate any hospital / medical rehabilitation confinement for this patient, for this condition *(include dates of confinement as indicated)*.

| a. Hospital / Facility Name | |
|---|---|
| Hospital / Facility Full Address | Treatment Dates<br>From: ___ / ___ / ___<br>To: ___ / ___ / ___ |
| b. Hospital / Facility Name | |
| Hospital / Facility Full Address | Treatment Dates<br>From: ___ / ___ / ___<br>To: ___ / ___ / ___ |

**6. Progress**

Patient Status
- ☐ Recovered  ☐ Improved  ☐ Unchanged  ☐ Retrogressed
- ☐ Ambulatory  ☐ Home Bound  ☐ Bed Confined  ☐ Hospitalized

What is the prognosis?

| Has the patient achieved Maximum Medical Improvement?<br>☐ Yes  ☐ No | If No, how soon do you expect fundamental changes in the patient's medical condition?<br>☐ 1-2 months  ☐ 5-6 months  ☐ 3-4 months  ☐ More than 6 months |
|---|---|

Please note any restrictions *(activities your patient should not do)*.

Please note any limitations *(activities your patient cannot)*.

Please describe any physical and/or MENTAL impairments.

| Date patient released from your care *(if applicable)*.<br>___ / ___ / ___ | Date patient able to return to full duty.<br>___ / ___ / ___ |
|---|---|

**7. Level of Impairment**

| Physical Impairment *(if applicable)*: | Mental/Nervous Impairment *(if applicable)*: |
|---|---|
| ☐ Class 1. No limitation of functional capacity/capable of heavy work. | ☐ No Limitation: able to function under stress and engage in interpersonal relationships. |
| ☐ Class 2. Slight limitation of functional capacity/capable of medium manual work. | ☐ Slight limitation: able to function in most stress situations and engage in most interpersonal relationships |
| ☐ Class 3. Moderate limitation of functional capacity/capable of light work. | ☐ Moderate limitation: able to engage in only limited stress and limited interpersonal relationships. |
| ☐ Class 4. Marked limitation of functional capacity/capable of sedentary work. | ☐ Marked limitation: unable to engage in stress or interpersonal relationships. |
| ☐ Class 5. Severe limitation of functional capacity/incapable of sedentary work. | ☐ Severe limitation: has significant loss of psychological, physiological, personal and social adjustment. |

Cardiac Functional Capacity – NY Heart Association:
☐ Class 1. No limitation  ☐ Class 2. Slight limitation  ☐ Class 3. Moderate limitation  ☐ Class 4. Complete limitation

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?
☐ Yes  ☐ No

Additional Comments/Information

**8. Attending Physician Information**

| Physician's Signature | Date *(MM/DD/YYYY)*<br>___ / ___ / ___ |
|---|---|

Physician Name: _____  Specialty: _____
Phone Number: _____  Fax Number: _____
Address: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

WKAB- GR-68337 (7-13)

Claim Number: 9452367

| Patient Name | Year of Birth |
|---|---|
|  |  |

**9. Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**WKAB**
GR-68337 (7-13)

Page 2



AR000974

Claim Number: 9452367

# aetna®

## Capabilities and Limitations Worksheet
Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Phone: **800-354-1779**
Fax: **1-866-667-1987**

| Employee Name *(Last, First, Middle Initial)* | Social Security Number | Year of Birth |
|---|---|---|
| DAVIS, ARTHUR | | |

| Gender ☐ Male ☐ Female | Job Title | Control Number 0476626 |
|---|---|---|

| Current Diagnosis | Medications: |
|---|---|
| | |

Indicate the percent of the day the following activities can be performed:

(**O**ccasional 1-33% or .5-2.5 hrs. **F**requent 34-66% or 2.6-5.0 hrs. **C**ontinuous 67-100% or 5.1-8 hrs. or **N**ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion ___R___L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting ___R___L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing ___R___L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping ___R___L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking ___R___L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐
Duration of restrictions: _____   Care Complete: Yes ☐   No ☐   Next Appointment: _____
Additional Comments: _____

| Physician's Signature | Date *(MM/DD/YYYY)* |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

WKAB
GC-1500-26 (7-13)

Page 1 of 2



Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 975 of 1151   PageID # 1019    AR000975

Claim Number: 9452367

| Employee Name *(Last, First Middle Initial)* **Required** |
|---|
| DAVIS, ARTHUR |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|
| | |



[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
07/14/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We received your medical information for review on 07/10/2014. Your Claim Manager will notify you if any additional information is needed.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
07/15/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We forwarded your email to your Claim Manager to update her.  She will contact you with any questions.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
08/02/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
08/16/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

AR000981

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
09/11/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.  She will contact Dr Totty to collect medical information if needed.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
09/19/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
09/30/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
10/03/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

AR000985

# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

**Facsimile Transmittal Sheet**

| To: | | From: |
|---|---|---|
| Dr. Steven Nyquist | | Aetna Disability |
| Employer: | | Date: |
| Dell Inc | | 11/06/2014 |
| Fax Number: 615-771-1109 | | CLAIM NUMBER: |
| | | 9452367 |
| Phone number: | | Sender's Phone Number: |
| | | 954-693-2227 |
| | | Sender's FAX Number: |
| | | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | | Total No. of Pages Including Cover:5 |
| | | |

Urgent     For Review     Please Comment     Please Reply     Please Recycle

I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above patient. In order for us to continue Long Term Disability benefits, we need to obtain objective medical data to support the claim.

Please provide the following information:

Progress notes from 08/01/2014 to present with objective exam findings.

Please provide current treatment plan:_____

_____

Last office visit _____ Next scheduled office visit _____

Return to work plan:
Does your patient currently have work capacity? Yes _____ No _____

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature:_____ Date:_____

PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP
 Your prompt response is necessary in order to avoid termination of your patient's claim.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent

AR000986

responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:
Behavioral Health Clinician Statement

 **Behavioral Health Clinician Statement**

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| Patient Year of Birth | Provider Telephone Number | Clinical Manager Telephone Number |
| Patient Case Number<br>Claim Number: 9452367 | Provider Fax Number | Clinical Manager Fax Number |

Patient Occupation:
   Inside Sales Account Mgmt Iii

*Do you currently support your patient being out of work?* ☐ *Yes*   ☐ *No*

## Diagnostic Impressions

| Primary Diagnosis(es) Preventing Work (DSM V Code) | Mild | Moderate | Severe | Other Specifiers |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Patient's Current Progress:   ☐ Improved   ☐ Stable   ☐ Regressed

The patient has expressed the following barriers in returning to work:
☐ Increase in work demand   ☐ Conflicts with supervisor   ☐ Anticipation of relapse   ☐ Recent unfavorable work evaluation
☐ Dissatisfaction with the job   ☐ Medication complications   ☐ Medical/Physical Complications   ☐ Other: _____

## Risk to Self/Others

| | | |
|---|---|---|
| 1. Current suicidal ideation? | ☐ Yes   ☐ No | If Yes, please describe plan/intent: |
| 2. Current homicidal ideation? | ☐ Yes   ☐ No | If Yes, please describe plan/intent: |
| 3. Have you and the patient agreed upon measures to be taken should the threat to harm self/others become imminent? | ☐ Yes   ☐ No | If Yes, please describe: |
| 4. Is the patient able to report reasons for not harming self/others? | ☐ Yes   ☐ No | If Yes, please describe: |

## Emotional Functioning

1. Emotional state/mental status during exam (Describe affect, mood, range, lability, congruency with content).

2. If the patient was tearful, was it appropriate to the content being discussed?   ☐ Yes   ☐ No, please explain:

3. Requires assistance to compose self?   ☐ Yes   ☐ No   If Yes, please describe:

4. Panic attacks?   ☐ Yes   ☐ No
   a. Symptoms reported: _____
   b. Frequency of panic attacks/Duration of each attack: _____
   c. Intervention used: _____
   d. Panic attack ever observed in exam?:   ☐ Yes   ☐ No   If Yes, please describe:

Additional Examination Findings/Notes

Claim Number: 9452367

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| | | |

**Cognitive Functioning**

1. Able to follow a three step command? ☐ Yes ☐ No, please provide exam details:

2. Able to perform five operations of Serial 7's or 3's? ☐ Yes ☐ No, please provide exam details:

3. Memory Functions: ☐ Digit span forward = _____ ☐ Digit span backwards = _____ ☐ 4 unrelated words after 5 minutes
   ☐ Other measurement(s) _____

4. Applied focus and concentration in session for periods of: ☐ 30-50 min. ☐ 15-30 min. ☐ 5-10 min. ☐ less than 5 min.

5. Expressed his/her current circumstances and responded to direct questions appropriately? ☐ Yes ☐ No, please describe

6. Reasoning and/or Judgment: ☐ Within normal limits ☐ Impaired, please describe:

7. Are psychotic symptoms present? (Delusions, hallucinations) ☐ Yes ☐ No    If Yes, please describe:

8. Was a mini mental status exam completed? ☐ Yes ☐ No    If Yes, please provide score:

Additional Examination Findings/Notes

**Behavioral Observations**

1. Behaviors observed during exam. Please provide specific details.

2. Psychomotor activity: ☐ Unremarkable ☐ Impaired, please describe:

3. Presented with appropriate dress and hygiene in session? ☐ Yes ☐ No, please describe:

4. Difficulty with impulse control? ☐ Yes ☐ No    Please describe:

5. Speech: ☐ Normal ☐ Slurred ☐ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive

Additional Examination Findings/Notes

**Activities of Daily Living**

1. Is patient currently performing: ☐ Volunteer Work ☐ Attending School ☐ Self-Employed
   ☐ Work at a Lesser Demanding Job ☐ No Work Activities in Any Capacity

2. Significant weight/appetite changes? ☐ Yes ☐ No  Gain/loss within _____ (Time frame)

3. Sleep disturbances? ☐ Yes ☐ No    Please describe:

4. Socialization problems? ☐ Yes ☐ No    Please describe:

5. Cleans/Maintains residence?      Performs routine shopping?      Pays bills?
   ☐ Yes ☐ No                       ☐ Yes ☐ No                      ☐ Yes ☐ No

6. Is patient able to safely operate an automobile or other motorized vehicle? ☐ Yes ☐ No, please describe:

7. What does your patient do on a daily basis?

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 989 of 1151 PageID #: 1033    AR000989

Claim Number: 9452367

| Patient Name | Provider Name | Clinical Manager Name |
|---|---|---|
| | | |

## Treatment

| | Start Date | End Date | Days Per Week | Frequency | Last Visit | Next Visit |
|---|---|---|---|---|---|---|
| ☐ Inpatient Care | | | | | | |
| ☐ Partial Hospitalization Programs | | | | | | |
| ☐ Intensive Outpatient (IOP) | | | | | | |
| ☐ Outpatient Psychotherapy | | | | | | |
| ☐ Medication Management | | | | | | |

## Medications

1. Please list all current medications.

2. Any recent changes in medications?   ☐ Yes   ☐ No   If Yes, please describe:

3. Medication side effects?   ☐ Yes   ☐ No   If Yes, please describe:

Additional Examination Findings/Notes.

## Referrals

1. Have you referred your patient to any other providers?   ☐ Yes   ☐ No   If Yes, please provide name and contact information:

2. Have you recommended that your patient stay home from work on disability?   ☐ Yes   ☐ No

3. Please specify the recommended Start Date _____ / _____ / _____   End Date _____ / _____ / _____

## Claimant Return To Work Status

1. Is your patient:
   ☐ Able to return to work FULL DUTY without modification. Full Duty release to return to work date: _____

2. If your patient is not returning to work to his/her occupation, what capacity does he/she have to work at a different occupation?

3. What are the tasks related to your patient's occupation that he/she is able to perform at this time?

4. Can your patient volunteer or work part time?   ☐ Yes   ☐ No   If Yes, please indicate volunteer or part time with start date, number of hours per day, days per week, and duration of the limitations and restrictions. Please provide any other modifications for your patient to return to work.

5. Can your patient participate in vocational rehabilitation counseling?   ☐ Yes   ☐ No, please explain.

**\*Please attach the most recent office notes\***

## Signature/Exam Date

| Signature | Date Exam Completed |
|---|---|
| Print Name | Date Form Completed |
| Credentials | |

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**WKAB**
GR-68317 (9-14) J

# aetna®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

## Facsimile Transmittal Sheet

| To: | From: |
|---|---|
| Dr. Tad Yoneyama | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 11/06/2014 |
| Fax Number: 615-916-3903 | CLAIM NUMBER: |
| | 9452367 |
| Phone number: | Sender's Phone Number: |
| | 954-693-2227 |
| | Sender's FAX Number: |
| | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | Total No. of Pages Including Cover:2 |
| | |

Urgent     For Review     Please Comment     Please Reply     Please Recycle

I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above patient. In order for us to continue Long Term Disability benefits, we need to obtain objective medical data to support the claim.

Please provide the following information:

   Office visit notes from 09/01/2014 to present with Operative Report, Office visit notes, Procedure Notes (if applicable) and Objective exam findings and diagnostic test results (laboratory tests, x-rays, and MRI tests).

   Please provide current treatment plan:_____

_____

   Last office visit _____ Next scheduled office visit _____

Return to work plan:
   Does your patient currently have work capacity? Yes _____ No _____

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature:_____ Date:_____

PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP
   Your prompt response is necessary in order to avoid termination of your patient's claim.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain

AET000991

confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.


Enclosed:



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

11/24/2014

ARTHUR DAVIS
REDACTED
Franklin TN - 37068

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear ARTHUR C DAVIS:

The Dell Inc group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing in regards to your ongoing claim for Long Term Disability (LTD) benefits. Please review this entire letter as it contains important information regarding your eligibility for ongoing benefits.

We have made several attempts to reach your physician(s) Dr. Steven Nyquist and Dr. Tadayuki Yoneyama on 11/06/2014 and 11/21/2014 to obtain updated information on your claim. To date, we have not received the requested information.

In regard to disability, your policy indicates:

A Period of Disability
A period of disability starts on the first day you are disabled as a direct result of a significant change in your physical or mental condition occurring while you are insured under this Plan. You must be under the regular care of a physician. (You will not be deemed to be under the regular care of a physician more than 31 days before the date he or she has seen and treated you in person for the disease or injury that caused the disability.)

Your period of disability ends on the first to occur of:

• The date Aetna finds you are no longer disabled or the date you fail to furnish proof that you are disabled.
• The date you cease to be under the regular care of a physician.

If you continue to be disabled, your disability benefit plan requires you to be under the care of a physician and to submit continuing proof of your disability. Updated medical documentation to certify your disability will be needed from your disabling Physicians every 3 months or after every follow up appointment.

This information is necessary for us to determine whether you continue to meet the definition of disability described in your LTD plan, as it will provide us information regarding how your medical condition imposes limitations upon your ability to perform your work duties.

Provide us with current medical documentation which:
• Established that you are disabled from your own occupation;
• Includes medical documentation, such as chart notes and diagnostic test results, to support your diagnosis and

claim for disability; and
• Provides specific functional abilities, including any and all restrictions and limitations.

We encourage you to contact your providers and expedite this request, as it is ultimately your responsibility to provide proof of disability. Please forward this information to our office no later than 12/24/2014 or your LTD benefits may be jeopardized. If we do not receive the current office notes from all disabling physicians by 12/24/2014, your claim will be reviewed based on what is currently in your file and your claim may be closed.

If you have any questions, please call 800-354-1779.

Sincerely,

SHAWNDRA LEE
LTD BENEFIT MANAGER
Aetna Life Insurance Company



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

12/09/2014

ARTHUR DAVIS
REDACTED
Franklin TN - 37068

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear ARTHUR C DAVIS:

The Dell Inc group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing in regards to your ongoing claim for Long Term Disability (LTD) benefits. Please review this entire letter as it contains important information regarding your eligibility for ongoing benefits.

On 11/24/2014, we advised you through mail that we have not been successful in obtaining updated medical information from your physician(s).

We have made several attempts to reach your physician(s) Dr. Steven Nyquist and Dr. Tadayuki Yoneyama on 11/06/2014 and 11/21/2014 to obtain updated information on your claim. To date, we have not received the requested information.

In regard to disability, your policy indicates:

A Period of Disability
A period of disability starts on the first day you are disabled as a direct result of a significant change in your physical or mental condition occurring while you are insured under this Plan. You must be under the regular care of a physician. (You will not be deemed to be under the regular care of a physician more than 31 days before the date he or she has seen and treated you in person for the disease or injury that caused the disability.)

Your period of disability ends on the first to occur of:

• The date Aetna finds you are no longer disabled or the date you fail to furnish proof that you are disabled.
• The date you cease to be under the regular care of a physician.

If you continue to be disabled, your disability benefit plan requires you to be under the care of a physician and to submit continuing proof of your disability. Updated medical documentation to certify your disability will be needed from your disabling Physicians every 3 months or after every follow up appointment.

This information is necessary for us to determine whether you continue to meet the definition of disability described in your LTD plan, as it will provide us information regarding how your medical condition imposes limitations upon your ability to perform your work duties.

Provide us with current medical documentation which:
• Established that you are disabled from your own occupation;
• Includes medical documentation, such as chart notes and diagnostic test results, to support your diagnosis and claim for disability; and
• Provides specific functional abilities, including any and all restrictions and limitations.

We encourage you to contact your providers and expedite this request, as it is ultimately your responsibility to provide proof of disability. Please forward this information to our office no later than 12/24/2014 or your LTD benefits may be jeopardized. If we do not receive the current office notes from all disabling physicians by 12/24/2014, your claim will be reviewed based on what is currently in your file and your claim may be closed.

If you have any questions, please call 800-354-1779.

Sincerely,

SHAWNDRA LEE
LTD BENEFIT MANAGER
Aetna Life Insurance Company

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
12/05/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager along with a request to call you.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

AR000997

[[EMAILSUBJECT: Response to your query]]


**PLEASE DO NOT REPLY**
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
12/19/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager. Once that information is received your Claim Manager will review the information and send you a confirmation letter with the details about your claim, once the review has been completed.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

**aetna**®

PO Box 14560
Lexington, KY 40512-4560
800-354-1779

LEE

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Dr. Tad Yoneyama Heritage Medical | Aetna Disability |
| Employer: | Date: |
| Dell Inc | 12/23/2014 |
| Fax Number: 615-916-3903 | CLAIM NUMBER: |
| | 9452367 |
| Phone number: | Sender's Phone Number: |
| | 800-354-1779 |
| | Sender's FAX Number: |
| | 1-866-667-1987 |
| Re: MR. ARTHUR DAVIS<br>Date of Birth: REDACTED | Total No. of Pages Including Cover: |
| | 1 |

Urgent     For Review     Please Comment     Please Reply     Please Recycle

I am the Benefit Manager with Aetna handling Long Term Disability Benefits for the above patient. In order for us to continue Long Term Disability benefits, we need to obtain objective medical data to support the claim.

Please provide the following information:

   Office visit notes from 09/01/2014 to present with Operative Report, Office visit notes, Procedure Notes (if applicable) and Objective exam findings and diagnostic test results (laboratory tests, x-rays, and MRI tests).

   Please provide current treatment plan:_____

_____

   Last office visit _____ Next scheduled office visit _____

Return to work plan:
   Does your patient currently have work capacity? Yes _____ No _____

Restrictions: _____

_____

Anticipated Full Duty return to work date: _____

Physician Signature:_____ Date:_____

PLEASE PROVIDE MEDICAL INFORMATION BY: ASAP
   Your prompt response is necessary in order to avoid termination of your patient's claim.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain

confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

[[EMAILSUBJECT: Response to your query]]

**PLEASE DO NOT REPLY**
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
12/23/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
12/29/2014

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.


Cobra is the continuation of your medical or dental benefits. Long Term Disability benefits are not affected by COBRA.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
01/07/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com



PO Box 14560
Lexington, KY 40512-4560
SHAWNDRA LEE
LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-866-667-1987

January 12, 2015


ARTHUR DAVIS
REDACTED
Franklin TN - 37068




Dear Arthur C Davis:

**We've made a decision on your claim**
We have recently completed a review of your claim under Dell Inc. Long Term Disability (LTD) benefits plan and have terminated benefits effective 01/12/2015 for the reason(s) explained below.

Test of Disability
From the date that you first became disabled and until monthly benefits are payable for 24 months you meet the test of disability on any day that:

* You cannot perform the material duties of your own occupation solely because of an illness, injury or disabling pregnancy-related condition; and

* Your earnings are 80% or less of your adjusted pre disability earnings.

After the first 24 months of your disability that monthly benefits are payable, you meet the plan's test of disability on any day you are unable to work at any reasonable occupation solely because of an illness, injury or disabling pregnancy-related condition.

When Long Term Disability Benefit Eligibility Ends
You will no longer be considered as disabled nor eligible for long term monthly benefits when the first of the following occurs:

• The date you no longer meet the LTD test of disability, as determined by Aetna.
• The date you are no longer under the regular care of a physician.
• The date you fail to provide proof that you meet the LTD test of disability.

Our review consisted of the following pertinent documents contained in your claim file;

MRI report dated 11/06/2014
Office visit notes from Paul Buechel dated 10/16/2014 and 12/02/2014


On 12/23/2014 Dr. Buechel submitted office visit notes dated 10/16/2014 advising that you were referred by your Primary Care Physician and seen for subject complaints of low back pain. However, there were no objective findings to support impairment. On Office notes dated 12/02/2014, Dr. Buechel advised that you were seen for a follow up to your low back pain with subjective complaints of symptoms worsens and nothing relieves the symptoms. The objective findings were insufficient to support impairment.

MRI of the lumbar spine completed on 11/06/2014 reflects the following: The 5 lumbar type vertebral segments

are assumed for purpose of this diction with the conus terminating at L1. There is no lumbar malalignment. Mild degenerative marrow signal abnormality is appreciated. Review of the visualized retroperitoneal structures is unremarkable.

You were notified in writing and telephonically on 11/24/2014, 12/09/2014, and 12/23/2014, advising you that current medical data was needed which supports a funational impairment that prevents you from performing the core functions of your own occupation.

Based on the review of the medical documentation on file, it has been determined there are insufficient examination findings or diagnostic testing documented to support a level of functional impairment that would preclude you from performing the sedentary physical demand duties of an INSIDE SALES ACCOUNT MGMT III as defined by your plan. Consequently, your Long Term Disability benefits are being terminated effective 01/12/2015.

Under seperate cover, you will receive your final payment for the period of 01/01/2015 through 01/11/2015 in the amount of $1,162.56.

In making our claim decision, we do not waive any rights or defenses available to us under the plan. We will review any additional information you care to submit, such as medical information from all physicians who have treated you for the condition(s), including but not limited to:

• a detailed narrative report for the period 01/12/2015 through present date outlining the specific physical and/or mental limitations related to your condition that your doctor has placed on you as far as gainful activity is concerned; physician's prognosis, including course of treatment, frequency of visits, and specific medications prescribed;
• diagnostic studies conducted during the above period, such as test results, X-rays, laboratory data, and clinical findings;
• any information specific to the condition(s) related to your disability claim that would assist with the evaluation of your disability status; and
• any other information or documentation that would assist us with the review of your claim.

**If I don't agree, what can I do next?**
If this disability claim has been denied in whole or in part, you can ask us to look at it again. This is called an Appeal.

- You have 180 days from the date on this letter to ask us to review your claim by sending a written request. If you wait longer than that, you'll lose your right to have us review your claim. That means you'll lose your right to challenge our decision in court or anywhere else.
- To ask for a disability claim review, fax us a letter at **1-855-733-1262** or send it to this address:

     Aetna Life Insurance Company
     Dell Inc Appeals
     PO Box 14578
     Lexington, KY 40512-4578

Make sure your request includes:

- Your name and employee ID number (if you have one)
- The name of your employer
- Your disability claim number (**9452367**)
- Any information you didn't already send us. This could mean medical records, test results or anything else that shows why you weren't able to do your job.

If you'd like copies of the documents we already have, you can ask for that in your request.

In most cases, you'll have our appeal decision within 45 days from when we get your request. If we're not able to make an appeal decision within 45 days, we'll send you an update to tell you why.

If you don't agree with our appeal decision, you can file a law suit under section 502(a) of a law called ERISA. You would have to do that within one year from the date of our final decision. If you wait longer than a year, you'll lose your right to file a law suit based on this claim.

**We're here to help you**

For questions about this letter or your claim, you can call us at **800-354-1779.** You can also visit us at **https://www.aetnadisability.com**.

Sincerely,

SHAWNDRA LEE
LTD BENEFIT MANAGER
Aetna Life Insurance Company

[[EMAILSUBJECT: DAVIS, A. - LTD Claim ID: 9452367]]

Client Name: Dell Inc
EE Name: MR. ARTHUR DAVIS
Work State: Tennessee
Pref Cont #: REDACTED
Claim Nbr: 9452367

Date of Hire: 05/22/2006


LTD Plan Name: DD

Claim Status: Terminated

First Day Absent: 10/09/2013
Last Day Worked: 10/08/2013
Disability Date: 10/9/2013
Benefit Begin Date: 4/7/2014
Benefit End Date: 10/31/2028
Approved Through: 01/11/2015
Total # Days Authorized: 731
Max Benefit End Date: 10/31/2028 Status: Terminated
Reason: Disability Not Supported
Return to work Information:
Work Status: Not At Work
Description:


From Date: 01/12/2015

Claim Owner: SHAWNDRA LEE
Phone: 800-354-1779, extension 6932227 Fax: 1-866-667-1987



PO Box 14578
Lexington, KY 40512-4578
CANDICE HOY
Appeal Assistant
Phone: 800-354-1779
Fax: 1-855-733-1262

January 29, 2015

ARTHUR DAVIS
REDACTED
Franklin TN 37068

Dear Arthur Davis:

**Good news - your request is in process**
We received your appeal request for your Long-Term Disability (LTD) claim (**claim # 9452367**) on January 22, 2015. We attached two forms for you to complete to help us obtain some additional information. If you don't complete them, we'll still process your appeal. When your case is assigned to an Appeal Specialist, that person may be contacting you to obtain additional information on your appeal.

**Let's work together**
If you plan to send more information to support your appeal:

- Call us as soon as possible to let us know, and;
- Send us the information, so we can consider it during our review

    Please mail or fax the additional information to:

    Aetna Life Insurance Company
    PO Box 14578
    Lexington, KY 40512-4578
    Fax: **1-855-733-1262**

**We're here to help you**
It's important that you keep a copy of this letter for your records. For questions about this letter or your appeal, you can call us at **800-354-1779**.

Sincerely,

Candice Hoy
Appeal Assistant
Aetna Life Insurance Company

Enclosures:
Authorization to Request Protected Health Information
Disability Appeal Request Form

Claim Number: 9452367



# Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

**Please Read The Following Carefully Before Completing Your Authorization. You May Refuse To Sign This Authorization.** *(See Section 6.)*

1. **Member Information (Information About Person For Whom This Authorization Is Requested.)**

| Last Name  DAVIS | First Name  ARTHUR | Middle Initial |
|---|---|---|
| Claim Number | Year of Birth | Daytime Telephone Number (include area code) |
| Street Address | City, State and ZIP | |

2. **This form requests a Member's unconditioned authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.**

3. **The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)**

   *Any and all medical information including but not limited to information which relates to psychiatric or mental health, drug, substance abuse, and/or HIV Infection, including AIDS and related illnesses, concerning health care, advice and treatment and prescription history records(including but not limited to, medical records, histories, physical or diagnostic examinations reports and treatment notes).*

4. **If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed. (This section completed by Member)**

   ☐ Health (This includes medical, dental, pharmacy, vision, and flexible spending account information)
   ☐ Behavioral Health (e.g., mental health, drug and alcohol abuse treatment)
   ☐ Disability  ☐ Life Insurance  ☐ Long Term Care  ☐ Workers' Compensation
   ☐ Other: *(please specify)* _____

5. **By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations.)**

   *Service Providers, including but not limited, to physicians, therapists, medical practitioners, health care professionals, workers' compensation professionals, diagnostic facilities, hospitals, clinics and pharmacy related service organizations (including individuals or facilities which provide rehabilitation services or treatment).*

6. **Expiration of this Authorization**

   This authorization is valid throughout the processing and any term of your disability claim unless you indicate a shorter period below.

   _____  through  _____
   mm/dd/yyyy                                                mm/dd/yyyy

   **Please review and complete important information on the reverse of this form.**

**WKAB**
GR-67940-26 (8-13) **D**

Page 1 of 3
**R-POD**

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 1009 of 1151    AR 001009

Claim Number: 9452367

| Employee Name |
| --- |
| ARTHUR DAVIS |

**7.  Important: Your signature below means that you understand and agree to the following:**

- You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

- The information to be disclosed may be protected by law.  Information disclosed under this authorization may be re-disclosed and no longer protected by federal privacy regulations.

- Failure to complete this form may prevent Aetna from receiving information necessary for the processing of your disability claim, which may result in a disability claim denial.  Failure to complete this form will not however impact your receipt of medical services from providers.

- You may revoke this Authorization at any time by notifying Aetna in writing, but please note that actions Aetna has taken before we received your revocation will still be valid under this authorization.

- You may receive a copy of this form if you request it in writing from the address listed below.

**8.  Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date |
| --- | --- |
| Print Name | |

| **If not the Member,** describe your relationship to the Member: |
| --- |
| ☐  Caregiver |
| ☐  Legal Representative |
| ☐  Other: _____ |
| If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, or other relevant document designating you as the representative. |

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above):**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.  'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

|  | |
| --- | --- |
| Return this completed form to: | **Aetna Life Insurance Company**<br>PO Box 14560<br>Lexington, KY 40512-4560 |
| **Telephone Number:**<br>**Fax Number:** | **800-354-1779**<br>**1-866-667-1987** |



Claim Number: 9452367

| Employee Name |
|---|
| DAVIS, ARTHUR |

## 9. Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Maine and Tennessee Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.



 **Disability Appeal Request Form**

We ask that you submit a request for appeal in writing. You may complete this form to assist us in review of your disability claim. You may also attach additional pages if you need more room to answer the questions below.

*Note: Completion of this form is voluntary. You may use this form to submit your appeal. If you have already submitted your appeal you may use this form to supplement your appeal, along with any other information you would like us to review with your appeal.*

Under ERISA guidelines, if you disagree with your claim determination, in whole or in part, you may file a request to appeal this decision within 180 days of receipt of this notice. The review of appeal will consist of a review of your claim based on information already existing in your file along with any additional information, records, documents, comments or other relevant material you submit in support of your appeal.

Mail or fax this completed form along with a signed copy of the enclosed Authorization for Aetna to Request Protected Health Information Necessary to Process a Disability Claim and any additional documentation to:

**Aetna Disability Appeals**

PO Box 14578
Lexington, KY 40512-4578
Phone: **1-800-688-6820**
Fax: **1-855-733-1262**

| Claimant Name: | Claimant Employer: | Claim Number: 9452367 |
|---|---|---|
| Current Mailing Address: | Can we contact you via email? Yes ☐ No ☐ | |
| | Claimant Email Address: | |
| Home Phone: | Cell Phone: | |

| Preferred Method of Contact: | ☐ Cell | ☐ Home | ☐ Email |
|---|---|---|---|

May we leave you a detailed voicemail message? (Please note that the message may include claim and/or medical information)   Yes ☐   No ☐

**If someone other than you is filing this appeal, please provide the following:**

| Name of person assisting: | Daytime phone number: |
|---|---|
| Relationship to member: | Evening phone number: |

**Please answer the following questions as applicable:**
**(Note: any additional information supplied will be utilized in support of your appeal review):**

Please state the reason why you are appealing the claim denial.



| Claimant Name: | Claimant Employer: | Claim number:<br>9452367 |
|---|---|---|

**Please answer the following questions as applicable:**

| For what time period are you appealing for benefits? | From: | To: |
|---|---|---|

Have you returned to work?   Yes ☐   No ☐

If not, do you have a projected return to work date?

What is your job title?

Please list the requirements of your job?

Please explain the condition(s) that are preventing you from returning to work.

What specific aspects of your job are you unable to perform and why?

Who are your treating providers and when did you last see each provider?
If you are still receiving treatment, when is your next appointment(s)?

| Provider Name: | Date last seen: | Date next appointment: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Are there additional records available which you intend to submit for appeal review?   Yes ☐   No ☐

If yes, please submit all available information along with this completed appeal form.

_____          _____

Claimant signature                                                          Date


_____          _____

Signature of authorized representative                            Date

[[EMAILSUBJECT:Appeal Receipt Notification]]

01/29/2015

Group Control No: 0476626
Employer: Dell Inc.
Employee: ARTHUR C. DAVIS
Disability Claim No: 9452367

This note is to advise that Aetna has received an appeal for your Employee ARTHUR C DAVIS in regards to the LTD adverse claim determination. You will be notified of the appeal determination by March 8, 2015. If it is determined that additional time is needed to complete the appeal review, or if your Employee needs more time to submit additional information, we will send you notification that the time frame has been extended.

Should you have any questions, feel free to contact our office at 800-354-1779.

Sincerely,

Candice Hoy
Appeal Assistant
Aetna Life Insurance Company

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
02/20/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We received the Authorization to Request Protected Health Information, the Disability Appeal Request Form and your medical records for review on 02/09/2015. We will send you a confirmation letter with the details about your claim, once the review has been completed.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
02/25/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]
***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
02/25/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/04/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We are able to list one healthcare provider as 'Active' in our system. Typically, the provider listed as 'Active' either primarily handles your disability or is the provider we have most recently contacted for medical records. Any additional provider names and contact information provided to us are kept on file and accessed when needed.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com



PO Box 14578
Lexington, KY 40512-4578
CHARLAI LANG
SENIOR LTD BENEFIT MANAGER
Phone: 800-354-1779
Fax: 1-855-733-1262

March 4, 2015

ARTHUR DAVIS
REDACTED
Franklin TN - 37068

Dear Arthur C Davis:

**Your request is in process**
We're reviewing your appeal that was received on January 22, 2015 for your Long-Term Disability (LTD) claim (**claim # 9452367**), but we need more time because your file was sent for a specialty matched medical opinion, and we are currently awaiting the report from that peer review.

Given this reason we'll need a forty-five (45) day extension to complete the appeal review. We hope to be able to make a decision before April 22, 2015, but we'll try to complete the review prior to that date.

**We're here to help you**
It's important that you keep a copy of this letter for your records. For questions about this letter or your claim, you can call me at **800-354-1779**.

Sincerely,

CHARLAI LANG
SENIOR LTD BENEFIT MANAGER
Aetna Life Insurance Company

Date: 03/04/2015

From: Aetna Disability Appeals Unit

Employee: ARTHUR DAVIS
RE: Dell Inc LTD Benefit
Employee Id Number: 900600
Claim Number: 9452367

We are in the process of reviewing information related to the appeal request for ARTHUR DAVIS, which was received on January 22, 2015.

This letter is to notify you that a forty-five (45) day extension of time for the review of ARTHUR DAVIS appeal has been taken. We expect to render a decision by April 22, 2015.

Once a determination has been rendered, you will be notified in writing.

Should you have questions or need additional information regarding this matter, please feel free to contact me at 1-800-688-6820, extension 9346.

Sincerely,

CHARLAI LANG
SENIOR LTD BENEFIT MANAGER
Aetna Life Insurance Company

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/11/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/11/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/18/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
03/21/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your request for a copy of your disability file has been forwarded to your Claim Manager.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
04/13/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your request for a copy of your claim file was forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Notice of LTD Benefit Appeal Determination]]
Date: 04/24/2015

From: Aetna Appeals Unit

Employee: MR. ARTHUR DAVIS
RE: Dell Inc LTD Benefit
Date Appeal Determination Letter Sent: April 24, 2015
Employee ID: 900600
Claim Number: 9452367

We have completed our review of the appeal of the termination of LTD benefits for the above named employee. Based upon our review, the initial decision has been upheld effective 1/12/2015.
.
Written notification of this determination has been sent to the employee.

According to the LTD group policy under which your employee is covered, this review is final and not subject to further review.

If you have questions regarding this determination, please contact me at 1-800-688-6820 .

Sincerely,

CHARLAI LANG
Disability Appeals Specialist



**PO Box 14578**
**Lexington, KY 40512-4578**

Phone: 800-354-1779
Fax: 1-855-733-1262

April 24, 2015

ARTHUR DAVIS
REDACTED
Franklin TN - 37068

Dear Arthur C Davis:

**We've made a decision on your appeal**
We finished reviewing your appeal for the Long-Term Disability claim (**claim # 9452367**). We agreed with the original decision to terminate your benefit as of January 12, 2015.

**The reason for our decision**
The information you and your doctor sent shows:

You went out of work effective October 9, 2013 due to a right and left rotator cuff tears and bicep tendon attrition following a motor vehicle accident dated September 27, 2013. You had a surgical on October 11, 2013, January 31, 2014 and February 28, 2014. These surgeries consisted of an open rotator cuff repair including a decompression and bicep tenodesis of the left arm, a repair of a massive right rotator cuff tendon rupture and a right rotator cuff repair with excision of the distal clavicle, subacromial bursa debridement and subacromial decompression. You also had a partial medial and lateral meniscectomy of the left knee on April 14, 2014.

Postoperatively, Dr. Renfro reported on your follow up exam dated April 25, 2014 you had slight welling in the knee and you were in therapy for your shoulders and doing well. You needed more strengthening to your shoulders. On November 6, 2013 you had a MRI of your lower back due to ongoing complaints of pain. It revealed multilevel disk bulges and no spinal stenosis. There was multilevel facet joint ligamentum flavum hypertrophy with mild right neuroforaminal narrowing at L4-L5 and mild left neuroforaminal narrowing at L5-S1 and mild degenerative is disease at L3-L4.

On December 19, 2013 you had a follow up visit with Dr. Kauffman. You reported that your back pain began on September 27, 2013. You described your symptoms as being sharp shooting pains which radiated into the right lower part the posterior region. You also advised that the pain intensified at night time. Your reported you had tried physical therapy, nonsteroidal anti-inflammatory pain medication and bedrest. You reported the physical therapy was only partially effective in relieving your pain. On examination Dr. Kauffman opined mild reduced range of motion in the lumbar spine, normal strength, normal muscle tone, straight leg raise was negative bilaterally, normal sensation in the lower extremities, normal pulse and reflexes. It was recommended you try physical therapy and gabapentin.

On January 16, 2014 Dr. Cote advised you reported therapy and pain medications are not working for his chronic back pain. On exam there were no neurologic deficits, your range of motion extension was limited to 50 percent , flexion 75 percent and side bending to the right 75 percent which was aggravated by discomfort. You had severe pain to palpation over the gluteus maximus, piriformis, quadratus lumborum on the right and left side. You attended physical therapy for a period of time and your range of motion was at a 100 percent by February 7, 2014. You continued to complain of difficulty with sitting for prolonged periods of time and continued pain. Due to your chief complaint of burning sensations, tingling in your legs along with neck pain and EMG was performed on June 13, 2014. It revealed you had no weakness or numbness. Dr. Buechel indicated at your office visit dated October 16, 2014 you reported your symptoms were better with medication however aggravated by exertion and movement in general.

You had a repeat MRI on November 6, 2014 which revealed scattered lumbar degenerative and stenotic findings. There were mild stenosis and a incomplete evaluation of the reported degenerative changes at the T10-11 level. You reported not sleeping, not being able to sit longer than 15 minutes. You were taken a prescription of doxepin for which gave you sided of effects of not being able to walk up for excessive periods. On exam you had red cued sensation on the right L4 and S1 dermatomes. You had tenderness over the L4 to SI and Dr. Buechel opined that you could not sit for a 10 hour work shift. Your medications were increased and you were referred to pain management.


We also had an independent doctor who specializes in Orthopedic Surgery review the information. We've written a summary of the doctor's review below.

The peer reviewer opined that you have chronic low back pain. Most of the clinical examinations revealed a normal sensory motor examination outside of Dr. Cote noting decreased sensation at the L4 and S1 level, Dr. Yoneyama and Dr. Green suggested you remain off work due to your subjective complaint of back and leg pain. However there were no objective findings to correlate with chief complaint of pain. The peer reviewer also completed consults with Dr. Buechel, Dr. Green and Dr. Renfro and Dr. Yoneyama.
Dr. Buechel opined there was difficulty gaining control of your back pain however there was never any dramatic objective findings to correlate with your subjective complaint. Dr. Renfro opined you currently have a recurrent tear in the left rotator cuff tendon. An MRI revealed fatty infiltration in the supraspinatus and infraspinatus muscles which is now irreparable. You were sent for a second opinion to determine if surgical intervention is an option. Dr. Renfro also advised you had the ability to work a sedentary occupation with restrictions of no lifting more than 5 pounds and no reaching at or above shoulder height. Dr. Yoneyama opined you have severe back pain. Dr. Yoneyama felt it was neuropathic pain and that you should not work.

Based on the  medical information and the telephonic consults with your physicians. There were no supportive information preventing you from maintaining a sedentary work capacity. You showed a high level of physical capabilities when you travelled to multiple treatment visits, exercise programs and even enrolled in a spinning class which indicates a higher level then sedentary activity.

Your Dell Inc LTD group policy says:

**Test of Disability**
From the date that you became disabled and until monthly benefits are payable for 24 months you meet the test of disability on any day that:

- You cannot perform the material duties of your own occupation solely because of an illness, injury or disabling pregnancy-related condition; and
- Your earnings are 80% or less of your adjusted predisability earnings.


After the first 24 months of your disability that monthly benefits are payable, you meet thee plan's test of disability on any day you are unable to work at any reasonable occupation solely because of an illness, injury or disabling pregnancy-related condition.

**Important Note**
The loss of a professional or occupational license or certification that is required by your own occupation does not mean you meet the test of disability. You must meet the plan's test of disability to be considered disabled.

**If I don't agree, what can I do next?**
To ask for a copy of all the documents we have, fax us a letter to **1-855-733-1262** or send it to this address:

Aetna Life Insurance Company
Dell Inc Appeals
PO Box 14578
Lexington, KY 40512-4578

Make sure your request includes:

- Your name and employee ID number (if you have one)
- The name of your employer

- Your claim number (**9452367**)

Since we've made our final decision, no other action will be taken by us.

If you don't agree with our appeal decision, you can file a lawsuit under section 502(a) of a law called ERISA. If you wait too long, you may lose your right to file a lawsuit based on this claim. Make sure to check your plan brochure or summary plan description to see if it gives you the time frame to file a lawsuit.

It's important that you keep a copy of this letter for your records. For questions about this letter or your claim, you can call me at **800-354-1779**.

Sincerely,

Charlai Lang
Disability Appeals Specialist
Aetna Life Insurance Company

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
04/18/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Appeal Specialist.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]
***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
04/20/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your e-mail has been forwarded to your Claim Manager.


Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

[[EMAILSUBJECT: Response to your query]]
**PLEASE DO NOT REPLY**
**This mailbox is not monitored on a daily basis.**
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
04/23/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

Your update has been forwarded to your Claim Manager along with a request to call you.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com



**PO Box 14560**
**Lexington, KY 40512-4560**

Phone: 800-354-1779
Fax: 1-866-667-1987

April 24, 2015

ARTHUR DAVIS
REDACTED
Franklin TN - 37068

| | |
|---|---|
| Group Control No: | 0476626 |
| Employer: | Dell Inc |
| Employee: | MR. ARTHUR DAVIS |
| Disability Claim Case No: | 9452367 |

Dear Arthur C Davis:

The Dell Inc Long-Term Disability (LTD) group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing to you regarding your Long-Term Disability (LTD) benefits provided by your employer, Dell Inc, under the above referenced plan.

Per your request, attached is a copy of your file.

If you have any questions, please call 800-354-1779.

Sincerely,

CHARLAI LANG
Disability Appeals Specialist
Aetna Life Insurance Company

[[EMAILSUBJECT: Response to your query]]

***PLEASE DO NOT REPLY***
***This mailbox is not monitored on a daily basis.***
If you have any questions regarding this communication, please contact Aetna at 800-354-1779.

Dell Inc
05/07/2015

Dear MR. ARTHUR DAVIS,

Thank you for using the secure member website to contact Aetna Disability. This is in response to your email concerning Claim #: 9452367.

We received a letter of representation and appeal request from Cody Allison and Associates on 04/28/2015. This information was forwarded to your Appeal Specialist for review.

Please let us know if we can provide additional assistance.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com



**PO Box 14560**
**Lexington, KY 40512-4560**

Phone: 800-354-1779
Fax: 1-866-667-1987

May 28, 2015

K Cody Allison
501 Union Street Suite 502
Nashville, TN 37219

Group Control No:          0476626
Employer:                  Dell Inc
Employee:                  MR. ARTHUR DAVIS
Disability Claim Case No:  9452367

Dear Arthur C Davis:

The Dell Inc Long-Term Disability (LTD) group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna).

We are writing to you regarding your client's Long-Term Disability (LTD) benefits provided by your employer, Dell Inc, under the above referenced plan.

Per your request attached is a copy of your client's claim file and policy.

If you have any questions, please call 800-354-1779.

Sincerely,

CHARLAI LANG
Disability Appeals Specialist
Aetna Life Insurance Company

YOUR GROUP POLICY

This is your Group Policy.  We feel certain that you will be pleased with this new format.

Your Group Policy consists of:

a policy "shell" containing general provisions relating to policyholder/insurance company matters, and

a certificate (including the Schedule of Benefits) containing the complete plan of benefits.

As changes in the plan occur, new or replacement pages will be issued and, when necessary a new or replacement certificate, Schedule of Benefits (SOB) or amendment which will be attached to a cover rider to the policy.

# Aetna Life Insurance Company

**ᐩAetna**

**Summary Concerning Coverage, Limitations, and Exclusions
under the Alaska Life and Health Insurance Guaranty Association Act**

A resident of Alaska who purchases life insurance, annuities, or accident and health insurance should know that an insurance company licensed in this state to write these types of insurance is a member of the Alaska Life and Health Insurance Guaranty Association. The purpose of this association is to assure that a policyholder will be protected within statutory limits if a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state, and in some cases, to keep coverage in force. However, the valuable extra protection provided by these insurers through the guaranty association is not unlimited. This protection is not a substitute for your care in selecting a company that is well managed and financially stable.

**Important Disclaimer**
**The Alaska Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Alaska. You should not rely on coverage by the Alaska Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk.**

**Your insurance company or its agent is required by law to give or send you this notice. However, your insurance company and its agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.**

The state law that provides for this safety net coverage is called the Alaska Life and Health Insurance Guaranty Association Act. The full text of the act can be found in AS 21.79.010 –21.79.990. Provided below is a brief summary of this law's coverages, exclusions, and limits. This summary does not cover all provisions of the law, nor does it in any way change your rights or obligations under the act or the rights or obligations of the guaranty association.

**Coverage**
Generally, an individual will be protected by the life and health insurance guaranty association if the individual lives in Alaska and holds a life or health insurance contract or annuity contract, or if the insured is insured under a group insurance contract issued by a member insurer. The beneficiary, payee, or assignee of an insured person is protected as well, even if a non-resident of Alaska.

**Exclusions from Coverage**
The association does not protect a person holding a policy if

- the individual is eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- the policy is issued by an organization that is not a member of the Alaska Life and Health Insurance Guaranty Association.

Alaska

The association does not provide coverage for

- a policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus; a policy of reinsurance (unless an assumption certificate was issued);
- an interest rate yield that exceeds an average rate;
- a dividend;
- a credit given in connection with the administration of a policy by a group contract holder;
- an employer's plan to the extent that it is self-funded (that is, not insured by an insurance company, even if an insurance company administers the plan);
- an unallocated annuity contract issued to an employee benefit plan protected under the United States Pension Benefit Guaranty Corporation;
- that part of an unallocated annuity contract not issued to a specific employee, union, association of natural persons benefit plan, or a government lottery;
- any portion of a policy or contract to the extent that the required assessments are preempted by federal or state law;
- an obligation that does not arise under the express written terms of the policy or contract issued by the insurer;
- certain obligations to provide a book value accounting guaranty for defined contribution benefit plan participants;
- that part of a policy or contract that provides for interest or other changes in value to be determined by the use of an index or other external reference stated in the policy or contract.

## Limits on Amount of Coverage

The act also limits the amount the association is obligated to pay. The association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, no matter how many policies or contracts were issued by the same company, even if such contracts provided different types of coverages, the association will pay a maximum of

- $300,000 in net life insurance death benefits and no more than $100,000 in net cash surrender and net cash withdrawal values for life insurance;
- for health insurance benefits, $100,000 for coverages not defined as disability, basic hospital, medical, and surgical, or major medical insurance, including any net cash surrender and net cash withdrawal values;
- $300,000 for disability insurance;
- $500,000 for basic hospital, medical, and surgical or major medical insurance;
- $100,000 in the present value of annuity benefits, including net cash surrender and net cash withdrawal value;
- with respect to a structured settlement annuity, $100,000 in present value annuity benefits, in the aggregate, including net cash surrender and net cash withdrawal values;
- $100,000, in the aggregate, of present-value annuity benefits, including net cash surrender and net cash withdrawal values with respect to an individual participating in a governmental retirement plan established under 26 U.S.C. 401, 26 U.S.C. 403(b), or 26 U.S.C. 457 and covered by an unallocated annuity contract, or to a beneficiary of the individual if the individual is deceased;
- $5,000,000 in unallocated annuity contract benefits, irrespective of the number of contracts held by that contract holder, with respect to any one contract holder or plan sponsor whose plan owns, directly or in trust, one or more unallocated annuity contracts.

*Note to benefit plan trustees or other holders of unallocated annuities (GICs, DA Cs, etc.) covered by the act:* for unallocated annuities that fund governmental retirement plans under sections 401 (k), 403(b), or 457 of the Internal Revenue Code, the limit is $100,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual. In no event shall the association be liable to spend more than $300,000 in the aggregate per individual. For covered unallocated annuities that fund other plans, a special limit of $5,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered. In all cases the contract limits also apply.

**Complaints and Company Financial Information**

A written complaint to allege violation of any provision of the Alaska Life and Health Insurance Guaranty Association Act must be filed with the Division of Insurance, 550 West Seventh Avenue, Suite 1560, Anchorage, Alaska, 99501-3567; telephone (907) 269-7900. Financial information for an insurance company, if the insurance information is not proprietary, is available at the same address and telephone number. The guarantee association should not be contacted regarding the financial information of an insurance company.

This information is provided by:

Alaska Life and Health Insurance Guaranty Association
1007 West Third Avenue
Anchorage, Alaska 99501
(907) 243-2311

Division of Insurance
550 West Seventh Avenue, Suite 1560
Anchorage, Alaska, 99501-3567
(907) 269-7900

# Aetna Life Insurance Company



**Limitations and Exclusions under the Arkansas
Life and Health Insurance
Guaranty Association Act**

Residents of this state who purchase life insurance, annuities, or health and accident insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association"). The purpose of the Guaranty Association is to assure that policy and contract owners will be protected, within certain limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of policy owners who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by the member insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting insurance companies that are well-managed and financially stable.

**Disclaimer**

The Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association") may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in the state. You should not rely on coverage by the Guaranty Association in purchasing an insurance policy or contract.

Coverage is NOT provided for your policy or contract or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract.

Insurance companies or their agents are required by law to provide you with this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

The Arkansas Life and Health Insurance Guaranty Association
C/0 The Liquidation Division
1023 West Capitol
Little Rock, Arkansas 72201

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201-1904

The state law that provides for this safety-net is called the Arkansas Life and Health Insurance Guaranty Association Act ("Act"). Below is a brief summary of the Act's coverages, exclusions and limits. This summary does not cover all provisions of the Act; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

**Coverage**

Generally, individuals will be protected by the Guaranty Association if they live in this state and hold a life, annuity, or health insurance contract or policy, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of policy or contract owners are protected as well, even if they live in another state.

## Exclusions from Coverage

However, persons owning such policies are NOT protected by the Guaranty Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy or contract was issued by a nonprofit hospital or medical service organization, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policy or contract owner is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does NOT provide coverage for:

- Any policy or contract or portion thereof which is not guaranteed by the insurer or for which the individual has assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed an average rate;
- Dividends and voting rights and experience rating credits;
- Credits given in connection with the administration of a policy by a group contract holder;
- Employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them); unallocated annuity contracts (which give rights to group contractholders, not individuals); unallocated annuity contracts issued to/in connection with benefit plans protected under Federal Pension Benefit Corporation ("FPBC") (whether the FPBC is yet liable or not);
- Portions of an unallocated annuity contract not owned by a benefit plan or a government lottery (unless the owner is a resident) or issued to a collective investment trust or similar pooled fund offered by a bank or other financial institution);
- Portions of a policy or contract to the extent assessments required by law for the Guaranty Association are preempted by State or Federal law;
- Obligations that do not arise under the policy or contract, including claims based on marketing materials or side letters, riders, or other documents which do not meet filing requirements, or claims for policy misrepresentations, or extra-contractual or penalty claims;
- Contractual agreements establishing the member insurer's obligations to provide book value accounting guarantees for defined contribution benefit plan participants (by reference to a portfolio of assets owned by a nonaffiliate benefit plan or its trustees).

## Limits on Amount of Coverage

The Act also limits the amount the Guaranty Association is obligated to cover: The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Guaranty Association will pay a maximum of $ 300,000--no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $ 300,000 limit, the Association will not pay more than $ 300,000 in health insurance benefits, $ 300,000 in present value of annuity benefits, or $ 300,000 in life insurance death benefits or net cash surrender values--again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages. There is a $ 1,000,000 limit with respect to any contract holder for unallocated annuity benefits, irrespective of the number of contracts held by the contract holder. These are limitations for which the Guaranty Association is obligated before taking into account either its subrogation and assignment rights or the extent to which those benefits could be provided out of the assets of the impaired or insolvent insurer.

# NOTICE TO EMPLOYERS

**Important Information to Employees**
The Arkansas Insurance Department requires that employees located in Arkansas be furnished with a notice advising them who to contact in the event of a question about group insurance. The form that follows entitled "Important Information" is provided to you in compliance with the requirement.

All employees located in Arkansas who are or become covered by your group plan insured by Aetna, should be provided a copy of the form. The form can be distributed in the manner you deem most appropriate.

**Important Information**
In the event you need to contact someone about your insurance coverage, you may contact Aetna Life Insurance Company at the following address and telephone number:

Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT 06156
(860) 273-0123

If you have been unable to contact or obtain satisfaction from Aetna, you may contact the Arkansas Insurance Department at:

Arkansas Insurance Department
Consumer Services Division
400 University Tower Building
1123 South University Avenue
Little Rock, AR 72204
(501) 686-2945

Arkansas

# Aetna Life Insurance Company



**California Life And Health Insurance
Guaranty Association Act
Summary Document And Disclaimer**

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guaranty Association ("CLHIGA"). The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided through the Association is not unlimited, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

**Disclaimer**
The California Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. **However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy**.

Policyholders with additional questions should first contact their insurer or agent or may then contact:

California Life and Health Insurance Guaranty Association
P.O. Box 16860
Beverly Hills, CA 90209 or

Consumer Service Division
California Department of Insurance
300 South Spring Street
Los Angeles, CA 90013

Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

**Coverage**
Generally, individuals will be protected by the California Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**Exclusions from Coverage**

However, persons holding such policies are not protected by this Guaranty Association if:

- Their insurer was not authorized to do business in this state when it issued the policy or contract;
- Their policy was issued by a health care service plan (HMO), Blue Cross, Blue Shield, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
- They are eligible for protection under the laws of another state. This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.

The Guaranty Association also does not provide coverage for:

- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which guaranty rights to group contract holders, not individuals;
- Employer and association plans, to the extent they are self-funded or uninsured;
- Synthetic guaranteed interest contracts;
- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- Any policy of reinsurance unless an assumption certificate was issued;
- Interest rate yields that exceed an average rate;
- Any portion of a contract that provides dividends or experience rating credits.

**Limits on Amount of Coverage**

The Act limits the Association to pay benefits as follows:

**Life and Annuity Benefits**

- 80% of what the life insurance company would owe under a life policy or annuity contract up to $ 100,000 in cash surrender values, $ 100,000 in present value of annuities, or $ 250,000 in life insurance death benefits.
- A maximum of $ 250,000 for any one insured life no matter how many policies and contracts there were with the same company, even if the policies provided different types of coverages.

**Health Benefits**

- A maximum of $ 200,000 of the contractual obligations that the health insurance company would owe were it not insolvent. The maximum may increase or decrease annually based upon changes in the health care cost component of the consumer price index.

**Premium Surcharge**

Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for health insurance policies to which the Act applies.

California

# Aetna Life Insurance Company



**Colorado Notice**
**Summary of The Life And Health Insurance Protection Association Act And Notice**
**Concerning Coverage**
**Limitations And Exclusions**

## Introduction

Residents of Colorado who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Life and Health Insurance Protection Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in Colorado and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Association is limited, however. As noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

**Important Disclaimer**

The Life and Health Insurance Protection Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require residency in Colorado. You should not rely on coverage by the Life and Health Insurance Protection Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Association to induce you to purchase any kind of insurance policy.

## Summary

The state law that provides for this safety-net coverage is called the Life and Health Insurance Protection Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law, nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Association.

## Coverage

Generally, individuals will be protected by the Life and Health Protection Association if they live in this state and hold a life or health insurance contract, or annuity, or if they hold certificates under a group life or health insurance contract or annuity, issued by a member insurer. The beneficiaries, payees, or assignees of insured persons are protected as well, even if they live in another state. Certain parties to structured settlement annuity contracts may be entitled to coverage benefits as well based on defined circumstances.

Colorado

## Exclusions from Coverage

Persons holding such policies or contracts are not protected by this Association if:

- they are not residents of the State of Colorado, except under certain very specific circumstances;
- the insurer was not authorized or licensed to do business in Colorado at the time the policy or contract was issued;
- their policy was issued by a nonprofit hospital or health service corporation, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk;
- any policy of reinsurance (unless an assumption certificate was issued);
- plans of employers, associations or similar entities to the extent they are self-funded or uninsured (that is, not insured by an insurance company, even if an insurance company administers them);
- interest rates yields, crediting rate yields or other factors employed in calculating returns, including but not limited to indexes or other external references stated in the policy or contract, that exceed an average rate specified in the Association Act;
- dividends;
- experience rating credits;
- credits given in connection with the administration of a policy or contract;
- any unallocated annuity;
- annuity contracts or group annuity certificates used by nonprofit insurance companies to provide retirement benefits for nonprofit educational institutions and their employees;
- policies, contracts, certificates or subscriber agreements issued by a prepaid dental care plan;
- sickness and accident insurance when written by a property and casualty insurer as part of an automobile insurance contract;
- unallocated annuity contracts issued to an employee benefit plan protected under the federal Pension Benefit Guaranty Corporation;
- policies or contracts issued by an insurer which was insolvent or unable to fulfill its contractual obligations as of July 1, 1991, except for annuity contracts issued by a member insurer which was placed into liquidation between July 1, 1991 and August 31, 1991;
- policies or contracts covering persons who are not citizens of the United States;
- any kind of insurance or annuity, the benefits of which are exclusively payable or determined by a separate account required by the terms of such insurance policy or annuity maintained by the insurer or by a separate entity.

## Limits on Amount of Coverage

The act also limits the amount the Association is obligated to pay out. The Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, no matter how many policies or contracts were issued by the same company, even if such contracts provided different types of coverages, the Association will pay a maximum of:

- $ 300,000 in net life insurance death benefits and no more than $ 100,000 in net cash surrender and net cash withdrawal values for life insurance;
- for health insurance benefits - $ 100,000 for coverages not defined as disability, basic hospital, medical and surgical, or major medical insurance, including any net cash surrender and net cash withdrawal values: $ 300,000 for disability insurance; or $ 500,000 for basic hospital, medical and surgical, or major medical insurance;
- $ 100,000 in the present value of annuity benefits, including net cash surrender and net cash withdrawal values; or
- with respect to each payee of a structured settlement annuity, $ 100,000 in present value annuity benefits in the aggregate, including net cash surrender and net cash withdrawal values.

Colorado

The Association shall not be liable to expend more than $ 300,000 in the aggregate, with respect to any one life except that with respect to benefits for basic hospital, medical and surgical and major medical insurance, the aggregate liability of the association shall not exceed $ 500,000 with respect to any one individual.

This Information is Provided By:

Life and Health Insurance Protection Association
P.O. Box 480025
Denver, CO 80248-0025
(303) 292-5022

Colorado Division of Insurance
1560 Broadway, Suite 850
Denver, CO 80202
(303) 894-7499

Colorado

# Aetna Life Insurance Company



**District of Columbia
Life & Health Insurance Guaranty
Association Act of 1992**

**Summary of General Purposes And
Current Limitations of Coverage**

Residents of the District of Columbia who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in the District of Columbia to write these types of insurance are members of the District of Columbia Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in the District of Columbia and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is limited, however, as noted below.

**Disclaimer**

*The District of Columbia Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is generally conditioned on residence in the District of Columbia. Other conditions may also preclude coverage.*

*The District of Columbia Life and Health Insurance Guaranty Association or the District of Columbia Insurance Commissioner will respond to any questions you may have which are not answered by this document. Your insurer and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.*

*You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Act of 1992 when selecting an insurer.*

*Policyholders with additional questions may contact:*

| | |
|---|---|
| **Mr. Robert M. Willis** | **Mr. Thomas E. Hampton** |
| **Executive Director** | **Commissioner** |
| **District of Columbia Life and Health** | **District of Columbia Department** |
| **Insurance Guaranty Association** | **of Insurance Securities and Banking** |
| **1200 G Street, N.W.** | **810 First Street, N.E.** |
| **Washington, D.C. 20005** | **Suite 701** |
| **(202) 434-8771** | **Washington, D.C. 20002** |
| **Fax: (202) 347-2990** | **(202) 727-8000** |

810 First Street, NE, Suite 701 Washington, DC 20002 Tel: (202) 727-8000 http://www.disb.dc.gov

The District of Columbia law that provides for this safety-net coverage is called the Life and Health Insurance Guaranty Association Act of 1992. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in

District of Columbia

connection with the purchase of a policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

## Coverage

Generally, individuals will be protected by the District of Columbia Life and Health Insurance Guaranty Association if they live in the District of Columbia and are insured under a health insurance, life insurance, or annuity contract issued by a member insurer, or they are insured under a group insurance contract issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## Exclusions from Coverage

However, persons holding such policies are not protected by this Guaranty Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside of that state of incorporation);
- their insurer was not authorized to do business in the District of Columbia; or
- their policy was issued by a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, a non-profit hospital or medical service organization, a health maintenance organization, or a risk retention group.

The Guaranty Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk;
- any policy of reinsurance (unless an assumption certificate was issued);
- any plan or program of an employer or association that provides life, health, or annuity benefits to its employees or members to the extent the plan is self-funded or uninsured;
- interest rate guarantees which exceed certain statutory limitations;
- dividends, experience rating credits or fees for services in connection with a policy;
- credits given in connection with the administration of a policy by a group contract holder; or for
- unallocated annuity contracts.

## Limits on Amount of Coverage

The Act also limits the amount the Guaranty Association is obligated to pay. The benefits for which the Guaranty Association may become liable shall be limited to the lesser of:

- the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer; or,
- with respect to any one life, regardless of the number of policies, contracts, or certificates;
- $ 300,000 in life insurance death benefits but not more than $ 100,000 in net cash surrender or net cash withdrawal values for life insurance; or
- $ 100,000 in health insurance benefits, including net cash surrender or net cash withdrawal values; or
- $ 300,000 in the present value of annuity benefits, including net cash surrender or net cash withdrawal values.

Finally, in no event is the Guaranty Association liable for more than $ 300,000 with respect to any one individual.

# Aetna Life Insurance Company



**Notice Concerning Coverage**
**Limitations And Exclusions Under The Hawaii**
**Life And Disability Insurance**
**Guaranty Association Act**

Residents of Hawaii who purchase life insurance, annuities or disability insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Hawaii Life and Disability Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

**Disclaimer**
The Hawaii Life and Disability Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Hawaii. You should not rely on coverage by the Hawaii Life and Disability Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

The Hawaii Life and Disability Insurance Guaranty Association
P.O. Box 4068
Honolulu, Hawaii 96812

Department of Commerce & Consumer Affairs
Insurance Division
P.O. Box 3614
Honolulu, Hawaii 96811

The state law that provides for this safety-net coverage is called the Hawaii Life and Disability Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association.

Hawaii

## Coverage

Generally, individuals will be protected by the Hawaii Life and Disability Insurance Guaranty Association if they live in this state and hold a life or disability insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## Exclusions from Coverage

However, persons holding such policies are not protected by the Guaranty Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state); or
- the insurer was not a member insurer of the Guaranty Association. A nonprofit hospital or medical service organization (the "Blues"), an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or an insurance exchange are examples of nonmember insurers.

The Guaranty Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- unallocated annuity contracts (which give rights to group contractholders, not individuals).

## Limits on Amount of Coverage

The act also limits the amount the Guaranty Association is obligated to pay out: The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Guaranty Association will pay a maximum of $ 300,000--no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $ 300,000 limit, the Association will not pay more than $ 100,000 in cash surrender values, $ 100,000 in disability insurance benefits, $ 100,000 in present value of annuities, or $ 300,000 in life insurance death benefits --again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

# Aetna Life Insurance Company



**Summary of The Idaho
Life And Health Insurance
Guaranty Association Act
And
Notice Concerning Coverage
Limitations And Exclusions**

Revised July, 2005

Residents of Idaho who purchase life insurance, annuities or health/disability insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Idaho Life and Health Insurance Guaranty Association. The purpose of the Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Association will assess its other member insurance companies for money to pay the claims of insured persons who reside in Idaho and, in some cases, to keep coverage in force. However, the protection provided by these insurers through the Association is limited and is not a substitute for consumers' care in selecting insurance companies that are well-managed and financially stable.

The Idaho Life and Health Insurance Guaranty Association Act provides a safety net for certain purchasers of insurance. Below is a brief summary of the Act's coverage, exclusions and limitations. This summary does not cover all provisions of the Idaho Life and Health Insurance Guaranty Association Act, nor does it in any way change anyone's legal rights or obligations under the Act including the legal rights or obligations of the Association.

**Coverage**
Generally, individuals will be protected by the Association if they live in Idaho and own a life or health/disability insurance policy, an annuity contract, or if they are an insured certificate holder under a group life or health insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of covered policies may be protected as well, even if they live in another state.

**Exclusions from Coverage**
However, persons holding such policies or contracts are **not** protected by the Association if:

- They are eligible for protection under the laws of another state.
- The insurer was not authorized to do business in Idaho.
- The policy was issued by a reciprocal insurer, mutual benefit association, fraternal benefit society, hospital and medical service corporation, limited managed care plan, or self-funded health care plan.

The Association also does **not** provide coverage for:

- Any policy or contract or any portion of any policy or contract under which the risk is borne by the policyholder.
- Any policy of reinsurance.
- Interest rate yields that exceed an average rate.
- Unallocated annuity contracts (any annuity not issued to and owned by an individual).

Idaho

## Limits on Amount of Coverage

The Act also limits the amount the Association is obligated to pay out. The Association cannot pay out more than what the insurance company would owe under a policy or contract. Furthermore, the amounts the Association is authorized to pay are limited as follows:

- Not more than $ 100,000 of net cash surrender or net cash withdrawal values under a life insurance, health/disability insurance, or annuity policy or contract.
- Not more than $ 300,000 of claims or benefit payments under a health/disability policy.
- Not more than $ 300,000 of death benefits under a life insurance policy.
- Not more than $ 300,000 of annuity benefit payments under a contract for which periodic annuity payments have begun to be paid, if the annuitization period chosen was the annuitant's lifetime or a period certain of 10 years or longer; otherwise $ 100,000 of annuity benefit payments.
- **However, in no event will the Association be obligated to cover more than $ 300,000 in the aggregate for all benefits for any one life**.

## Important Disclaimer

The Idaho Life and Health Insurance Guaranty Association does not provide coverage for all types of policies. In addition, coverage may be subject to substantial limitations or exclusions, and require continued residency in Idaho. You should not rely on coverage by the Idaho Life and Health Insurance Guaranty Association in selecting an insurance company or an insurance policy.

Coverage is not provided by the Idaho Life and Health Insurance Guaranty Association for your policy or contract or any portion of it that is not guaranteed by the insurer or for which the risk is borne by you - the policyholder.

Insurance companies and their agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation or inducement to purchase any kind of insurance policy.

This Summary does not cover all provisions of the Idaho Life and Health Insurance Guaranty Association Act, nor does it in any way change your legal rights or obligations or the Association's legal rights or obligations which are defined by and set forth under the Act.

Idaho Life & Health Insurance Guarantee Association
8324 Northview, Suite 104
Boise, Idaho 83704
208-378-9510
www.idlifega.org

Idaho Department of Insurance
700 West State Street
P.O. Box 83720
Boise, Idaho 83720-0043
208-334-4250
1-800-721-3272
www.doi.idaho.gov

Idaho

# Aetna Life Insurance Company



**Illinois**
**Life And Health Insurance Guaranty**
**Association Law**

Residents of Illinois who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in Illinois to write these types of insurance are members of the Illinois Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the covered claims of policyholders that live in Illinois (and their payees, beneficiaries, and assignees) and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted below.

**Illinois Life And Health Insurance Guaranty Association**

*Disclaimer*
**The Illinois Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are substantial limitations and exclusions. Coverage is generally conditioned on continued residence in Illinois. Other conditions may also preclude coverage.**

**You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selecting an insurer. Your insurer and agent are prohibited by law from using the existence of the Association or its coverage to sell you an insurance policy.**

**The Illinois Life and Health Insurance Guaranty Association or the Illinois Department of Insurance will respond to any questions you may have which are not answered by this document. Policyholders with additional questions may contact:**

**Illinois Life and Health Insurance Guaranty Association**
**8420 West Bryn Mawr Avenue**
**Chicago, Illinois 60631**
**(312) 714-8050**

**Illinois Department of Insurance**
**320 West Washington Street 4th Floor**
**Springfield, Illinois 62767**
**(217) 782-4515**

**Summary of General Purposes And Current Limitations of Coverage**

The Illinois law that provides for this safety-net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("Law") (215 ILCS 5/531.01, et seq.). The following contains a brief summary of the Law's coverages, exclusions and limits. This summary does not cover all provisions; nor does it in any way change anyone's rights or obligations under the Law or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

A) **Coverage**:
The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

1) life insurance, health insurance, and annuity contracts;
2) life, health or annuity certificates under direct group policies or contracts;
3) unallocated annuity contracts; and
4) contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities. The beneficiaries, payees, or assignees of such persons are also protected, even if they live in another state.

B) **Exclusions from Coverage**:

1) The Guaranty association does not provide coverage for:
   a) any policy or portion of a policy for which the individual has assumed the risk;
   b) any policy of reinsurance (unless an assumption certificate was issued);
   c) interest rate guarantees which exceed certain statutory limitations;
   d) certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion of a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or government lottery;
   e) any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or
   f) any stop loss insurance.

2. In addition, persons are not protected by the Guaranty Association if:
   a) the Illinois Director of insurance determines that, in the case of an insurer which is not domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or
   b) their policy was issued by an organization which is not a member insurer of the Association.

C) **Limits on Amount of Coverage**:

1. The Law also limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Association's liability is limited to the lesser of either:
   a) the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, or
   b) with respect to any one life, regardless of the number of policies, contracts, or certificates:
      i) in the case of life insurance, $ 300,000 in death benefits but not more than $ 100,000 in net cash surrender or withdrawal values;
      ii) in the case of health insurance, $ 300,000 in health insurance benefits, including net cash surrender or withdrawal values; and
      iii) with respect to annuities, $ 100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $ 100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract. The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $ 5,000,000 in benefits per contract holder, regardless of the number of contracts.

However, in no extent is the Guaranty Association liable for more than $ 300,000 with respect to any one individual.

# Aetna Life Insurance Company



**Policyholder Notice:**

**To:**          Policyholders with Group Policies Issued in the State of Georgia

**Subject:**     Breast Cancer Patient Care Act

The Georgia legislature has passed HB 604. This law requires us to inform you that:

- Your medical plan provides coverage for inpatient confinements following a mastectomy or a lymph node dissection;
- The length of such confinement will be determined by the attending physician in consultation with the patient; and
- The number of visits required for follow-up care after such surgery will be determined by the attending physician in consultation with the patient.

If you have any questions regarding this notice, please contact your Aetna account representative.

Georgia

# Aetna Life Insurance Company



**General Purposes And
Limitations of The Kansas
Life And Health Insurance
Guaranty Association**
K.S.A. 40-3001, et. Seq.

**Disclaimer**
The Kansas Life and Health Insurance Guaranty Association may not provide coverage for all or a portion of this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and is dependent upon continued residence in Kansas. Therefore, you should not rely upon coverage by the Kansas Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Insurance companies and their agents are prohibited by law from using the existence of the Kansas Life and Health Insurance Guaranty Association in selling you any form of an insurance policy, or to induce you to purchase any form of an insurance policy. Either the Kansas Life and Health Insurance Guaranty Association or the Kansas Insurance Department will respond to any questions you have regarding this document.

**The Kansas Life and Health Insurance Guaranty Association**
**2909 SW Maupin Lane**
**Topeka, KS 66614-5335**

**The Kansas Insurance Department**
**420 Southwest 9th Street**
**Topeka, KS 66612-1678**

This is a summary of the basic provisions of the Kansas Life and Health Insurance Guaranty Association Act. It is only a summary, and does not provide an in depth analysis of that act. Nothing in this summary modifies the rights of persons who are protected by the act, or the rights or duties of the association.

The purpose of the Kansas Life and Health Insurance Guaranty Association Act is to protect certain individuals who purchase life insurance, annuities or health insurance in Kansas. The act provides for the establishment of a funding mechanism to pay benefits or provide insurance coverage to individuals when a life or health insurance company is unable to meet its obligations by reason of insolvency or financial impairment. However, not all individuals with a right to recover under life or health insurance policies are protected by the act. An individual is only provided protection when:

1. the individual, regardless of where they reside, except for nonresident certificate holders under group policies or contracts, is the beneficiary, assignee or payee of a covered policy or contract holder,
2. the individual policy or contract holder is a resident of the state of Kansas,
3. the individual is not a resident of the state of Kansas, but only with respect to an annuity contract which has been awarded pursuant to a judgment or settlement agreement in a medical malpractice liability action,
4. the individual is not a resident of the state of Kansas, but only under all of the following conditions:
   a. the impaired or insolvent insurer was a Kansas domestic insurer; and
   b. the insurer never had a license to do business in the state in which the individual resides; and
   c. the state in which the individual resides has an association similar to this state's; and
   d. the individual is not eligible for coverage by the association of the state in which the individual resides.

Additionally, the association may not provide coverage for the entire amount the individual expects to receive from the policy. The association does not provide coverage for any portion of the policy where the individual has assumed the risk, for any policy of reinsurance, for interest rates that exceed a specified average rate, for employers' plans that

are self funded, for parts of plans that provide dividends or credits in connection with the administration of the policy, for policies sold by companies not authorized to do business in Kansas, or for any unallocated annuity contract or for policies or contracts that provide benefits under Medicare Part C or Part D. Also, the association will not provide coverage where any guaranty protection is provided to the individual under the laws of the insolvent or impaired insurer's state of domicile.

The act also limits the amount the association is obligated to pay individuals on various policies to those limits in effect on the date the association became liable for that impaired or insolvent insurer. The association does not pay more than the amount of the contractual obligation of the insurance company. Regardless of the number of policies or contracts the association is not obligated to pay amounts over $ 300,000 in life insurance death benefits; $ 100,000 in net cash surrender and net cash withdrawal values for life insurance, $ 100,000 in health insurance benefits, including any net cash surrender and net cash withdrawal values, $ 250,000 in the present value of annuity benefits, including net cash surrender and net cash withdrawal values, unless the annuity contract is awarded pursuant to a judgment or settlement agreement in a medical malpractice liability action; or more than $ 300,000 in the aggregate for the above coverage's with respect to any one life.

# Aetna Life Insurance Company



### Summary of The Louisiana Life And Health Insurance
### Guaranty Association Act And Notice Concerning
### Coverage Limitations And Exclusions

Residents of Louisiana who purchase life insurance, annuities, or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Louisiana Life and Health Insurance Guaranty Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state, and in some cases, to keep coverage in force. However, the valuable extra protection provided by these insurers through the Guaranty Association is limited. As noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

### Disclaimer

The Louisiana Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is always conditioned upon residence in this state. Other conditions may also preclude coverage.

Insurance companies and insurance agents are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely on the availability of coverage under the Louisiana Life and Health Insurance Guaranty Association when selecting an insurer.

The Louisiana Life and Health Insurance Guaranty Association or the Department of Insurance will respond to any questions you may have which are not answered by this document.

LLHIGA                                  Department of Insurance
P.O. Drawer 44126                       P.O. Box 94214
Baton Rouge, LA 70804                   Baton Rouge, LA 70804-9214

The state law that provides for this safety-net coverage is called the Louisiana Life and Health Insurance Guaranty Association Law. The following is a brief summary of the Law's coverage, exclusions and limits. This summary does not cover all provisions of the Law; nor does it in any way change any person's rights or obligations under the Law or the rights or obligations of the Guaranty Association.

## Coverage

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by an insurer authorized to conduct business in Louisiana. The beneficiaries, payees or assignees of insured persons are protected as well even if they live in another state.

**Exclusions from Coverage**

1. However, persons holding such policies are not protected by this Association if:
   a. they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose Guaranty Association protects insureds who live outside that state);
   b. the insurer was not authorized to do business in this state;
   c. their policy was issued by a nonprofit hospital or medical service organization, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

2. The Association also does not provide coverage for:
   a. any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
   b. any policy of reinsurance (unless an assumption certificate was issued);
   c. interest rate yields that exceed an average rate;
   d. dividends;
   e. credits given in connection with the administration of a policy by a group contract holder;
   f. employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
   g. unallocated annuity contracts (which give rights to group contractholders, not individuals); unless qualified under § 403(b) of the Internal Revenue Code, except that, even if qualified under § 403(b), unallocated annuities issued to employee benefit plans protected by the Federal Pension Benefit Guaranty Corporation are not covered;
   h. any obligation that does not arise under the express written terms of this policy or contract;
   i. any policy or contract providing any hospital, medical, prescription drug or other health care benefits pursuant to Medicare Part C or Part D coverage.

Other exclusions may also be applicable depending upon the issuing insurer, the policy itself, the policyholder or policy owner, or other factors. For more information, see the Louisiana Life and Health Insurance Guaranty Law, Louisiana Revised Statutes R.S. 22:2081 *et seq.*

**Limits on Amount of Coverage**

The Law also limits the amount the Association is obligated to pay out: The Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Association will pay a maximum of $ 500,000, no matter how many policies and contracts there were with the same company, even if they provided different types of coverage. Within this overall $ 500,000 limit, the Association will not pay more than $ 100,000 in cash surrender values, $ 500,000 in health insurance benefits, $ 250,000 in present value of annuities, or $ 300,000 in life insurance death benefits-- again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverage.

# Aetna Life Insurance Company



**Maryland notice concerning
Coverage limitations and exclusions under the
Life and health insurance guaranty corporation subtitle**

Residents of this State who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this State to write these types of insurance are members of the Maryland Life and Health Insurance Guaranty Corporation. The purpose of this is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty corporation will assess its other member insurance companies for the money to pay the claims of insured persons who live in this State and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty corporation is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The Maryland Life and Health Insurance Guaranty Corporation may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Maryland. You should not rely on coverage by the Maryland Life and Health Insurance Guaranty Corporation in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their insurance producers are required by law to give or send you this notice. However, insurance companies and their insurance producers are prohibited by law from using the existence of the guaranty corporation to induce you to purchase any kind of insurance policy.

The Maryland Life and Health Insurance
Guaranty Corporation
9199 Reistertown Road
P.O. Box 671t -- Suite 216C
Owings Mills, Maryland 21117
(410) 998-3907

The State law that provides for this safety-net is called the Life and Health Insurance Guaranty Corporation.

The Corporation is not a department or unit of the State of Maryland and the liabilities or debts of the Life and Health Insurance Guaranty Corporation are not liabilities or debts of the State of Maryland.

Following is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the law or the rights or obligations of the guaranty corporation.

**Coverage**
Generally, individuals will be protected by the Life and Health Guaranty Corporation if they live in this State and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## Exclusions from Coverage

However, persons owning such policies are not protected by this corporation if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this State;
- their policy was issued by a Health Maintenance Organization, a fraternal benefit society, a mandatory State pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessment, or by an insurance exchange.

The corporation also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance, unless assumption certificates have been issued);
- interest rate yields that exceed an average rate;
- any portion of a policy or contract to the extent that it provides dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- unallocated annuity contracts (which give rights to group contractholders, not individuals).

## Limits on Amount of Coverage

The statute also limits the amount the corporation is obligated to pay. The corporation cannot pay more than the amount the insurance company would owe under a policy or contract. Also, with respect to any one insured life, regardless of the number of policies or contracts with the member insurer, the corporation will pay a maximum of:

- $ 300,000 in life insurance death benefits, but will not pay more than $100,000 in life insurance cash surrender values;
- $ 300,000 in health insurance benefits, including any net cash surrender and net cash withdrawal values; and
- $ 100,000 in the present value of annuity benefits, including any net cash surrender and net cash withdrawal values.

These amounts are the maximums, no matter how many policies and contracts the insured has with the member company.

# Aetna Life Insurance Company

**151 Farmington Avenue**
**Hartford, CT 06156**



**Notice Concerning Policyholder Rights In An
Insolvency Under The Minnesota Life And Health
Insurance Guaranty Association Law**

If the insurer that issued your life, annuity, or health insurance policy becomes impaired or insolvent, you are entitled to compensation for your policy from the assets of that insurer. The amount you recover will depend on the financial condition of the insurer.

In addition, residents of Minnesota who purchase life insurance, annuities, or health insurance from insurance companies authorized to do business in Minnesota are protected, SUBJECT TO LIMITS AND EXCLUSIONS, in the event the insurer becomes financially impaired or insolvent. This protection is provided by the Minnesota Life and Health Insurance Guaranty Association.

MINNESOTA LIFE AND
HEALTH INSURANCE GUARANTY ASSOCIATION
4640 West 77th Street, Suite 342
Edina, Minnesota 55435
(612) 831-1908

The maximum amount the guaranty association will pay for all policies issued on one life by the same insurer is limited to $ 300,000. Subject to this $ 300,000 limit, the guaranty association will pay up to $ 300,000 in life insurance death benefits, $ 100,000 in net cash surrender and net cash withdrawal values for life insurance, $ 300,000 in health insurance benefits, including any net cash surrender and net cash withdrawal values, $ 100,000 in annuity net cash surrender and net cash withdrawal values, $ 300,000 in present value of annuity benefits for annuities which are part of a structured settlement or for annuities in regard to which periodic annuity benefits, for a period of not less than the annuitant's lifetime or for a period certain of not less than ten years, have begun to be paid on or before the date of impairment or insolvency, or if no coverage limit has been specified for a covered policy or benefit, the coverage limit shall be $ 300,000 in present value. Unallocated annuity contracts issued to retirement plans, other than defined benefit plans, established under section 401, 403(b), or 457 of the Internal Revenue Code of 1986, [FN1] as amended through December 31, 1992, are covered up to $ 100,000 in net cash surrender and net cash withdrawal values, for Minnesota residents covered by the plan provided, however, that the association shall not be responsible for more than $ 7,500,000 in claims from all Minnesota residents covered by the plan. If total claims exceed $ 7,500,000, the $ 7,500,000 shall be prorated among all claimants. These are the maximum claim amounts. Coverage by the guaranty association is also subject to other substantial limitations and exclusions and requires continued residency in Minnesota. If your claim exceeds the guaranty association's limits, you may still recover a part or all of that amount from the proceeds of the liquidation of the insolvent insurer, if any exist. Funds to pay claims may not be immediately available. The guaranty association assesses insurers licensed to sell life and health insurance in Minnesota after the insolvency occurs. Claims are paid from this assessment.

**THE COVERAGE PROVIDED BY THE GUARANTY ASSOCIATION IS NOT A SUBSTITUTE FOR USING CARE IN SELECTING INSURANCE COMPANIES THAT ARE WELL MANAGED AND FINANCIALLY STABLE. IN SELECTING AN INSURANCE COMPANY OR POLICY, YOU SHOULD NOT RELY ON COVERAGE BY THE GUARANTY ASSOCIATION.**

Minnesota

**THIS NOTICE IS REQUIRED BY MINNESOTA STATE LAW TO ADVISE POLICYHOLDERS OF LIFE, ANNUITY, OR HEALTH INSURANCE POLICIES OF THEIR RIGHTS IN THE EVENT THEIR INSURANCE CARRIER BECOMES FINANCIALLY INSOLVENT. THIS NOTICE IN NO WAY IMPLIES THAT THE COMPANY CURRENTLY HAS ANY TYPE OF FINANCIAL PROBLEMS. ALL LIFE, ANNUITY, AND HEALTH INSURANCE POLICIES ARE REQUIRED TO PROVIDE THIS NOTICE.**

### NOTICE TO POLICYHOLDER CONCERNING AVAILABILITY OF "QUALIFIED PLANS"

 The accident and health insurance included in this policy does not constitute a **"qualified plan"** as defined by Minnesota statute. Aetna does offer insurance plans that are qualified plans.   Qualified plans provide coverage for major medical expense, as defined by Minnesota statute.   Information is available upon request.

# Aetna Life Insurance Company

**Ӿ Aetna**

**Missouri Notice Concerning Coverage
Limitations And Exclusions Under The Life And
Health Insurance Guaranty Association Act**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Missouri Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The Missouri Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Missouri. You should not rely on coverage by the Missouri Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy. Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. Insurance companies or their insurance producers are required by law to give or send you this notice. However, insurance companies and their insurance producers are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy. **You May Contact Either The Association or The Missouri Department of Insurance At The Following Addresses Should You Have Any Questions Regarding This Notice.**

The Missouri Life and Health Insurance Guaranty Association
520 Dix Road, Suite D
Jefferson City, MO 65109

Missouri Insurance Department
P.O. Box 690
Jefferson City, MO 65109

The state law that provides for this safety-net is called the Missouri Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the guaranty association.

Generally, persons will be covered if they live in this state, and hold a life or health insurance contract or annuity, or a certificate under a group policy or contract. However, not all individuals with a right to recover under life or health insurance policies or annuities are protected by the Act. A person is not protected when:

1. The person is eligible for protection under the laws of another state;
2. The person purchased the insurance from a company that was not authorized to do business in this state;
3. The policy is issued by an organization which is not a member insurer of the association; or
4. The person does not live in this state, except under limited circumstances.

Additionally, the Association may not provide coverage for the entire amount a person expects to receive from the policy. The Association does not provide coverage for any portion of the policy where the person has assumed the risk, for any policy of reinsurance (unless an assumption certificate was issued), for interest rates that exceed a specified average rate, for employers' plans that are self-funded, for parts of plans that provide dividends or credits in connection with the administration of policy, or for unallocated annuity contracts (which are generally issued to pension plan trustees). The Act also limits the amount the Association is obligated to pay persons on various policies. The Association does not pay more than the amount of the contractual obligation of the insurance company. The Association does not have to pay more than three hundred thousand dollars ($ 300,000) in death benefits for any one life regardless of the number of policies that insure that life. The Association does not have to pay amounts over one hundred thousand dollars ($ 100,000) in cash surrender or withdrawal benefits on one life regardless of the number of policies insuring that individual. For health insurance benefits, the Association is not obligated to pay over one hundred thousand dollars ($ 100,000) including net cash surrender and withdrawal benefits. On an annuity contract, the Association is not liable for over one hundred thousand dollars ($ 100,000) in present value. Finally, the Association is never obligated to pay more than a total of three hundred thousand dollars ($ 300,000) for any one insured for any combination of insurance benefits.

# Aetna Life Insurance Company



**Summary of Mississippi Life And Health
Insurance Guaranty Association Act
And Notice Concerning Coverage**

**Limitations and Exclusions**

Residents of this state who purchase life insurance, health insurance, or annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the Mississippi Life and Health Insurance Guaranty Association (the "Guaranty Association"). The purpose of the Guaranty Association is to assure that policy and contract owners will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of policy owners who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by the member insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting insurance companies that are well-managed and financially stable.

**Disclaimer**

The Mississippi Life and Health Insurance Guaranty Association (the "Guaranty Association") may not provide coverage for this policy. If coverage is provided, it will be subject to substantial limitations and exclusions, and require continued residency in this state. You should not rely on coverage by the Guaranty Association when selecting an insurer.

Coverage is NOT provided for your policy or contract or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract.

Insurance companies or their agents are required by law to provide you with this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance. You may contact either the Guaranty Association or the Mississippi Insurance Department at the following addresses if you should have any questions regarding this notice.

The Mississippi Life and Health Insurance Guaranty Association
300 North Mart Plaza, Suite 2
Jackson, Mississippi 39206

Mississippi Insurance Department
1804 Walter Sillers Building
Jackson, Mississippi 39205

The state law that provides for this safety-net coverage is called the Mississippi Life and Health Insurance Guaranty Association Act (the "Act"). Below is a brief summary of the Act's coverages, exclusions and limits. This summary does not cover all provisions of the Act; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

## Coverage

Generally, individuals will be protected by the Guaranty Association if they live in this state and hold a life, or health insurance contract or policy, or an annuity contract or policy, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of policy or contract owners are protected as well, even if they live in another state.

## Exclusions from Coverage

However, persons owning such policies are NOT protected by the Guaranty Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy or contract was issued by a hospital or medical service organization whether profit or nonprofit, a health maintenance organization (HMO), a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or other person that operates on an assessment basis, an insurance exchange, or any similar entity.

The Guaranty Association also does NOT provide coverage for:

- Any policy or contract or portion thereof which is not guaranteed by the insurer or for which the owner has assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract;
- Any policy or contract of reinsurance, unless an assumption certificates were issued pursuant to the reinsurance policy or contract;
- Interest rate yields that exceed an average rate;
- Dividends and voting rights and experience rating credits or payment of any fees or allowances to any person in connection with this service to or administration of the policy or contract;
- Credits given in connection with the administration of a policy by a group contract holder;
- Employers' plans to the extent they are self-funded or uninsured (that is, not insured by an insurance company, even if an insurance company administers them);
- Unallocated annuity contracts issued to or in connection with benefit plans protected under federal Pension Benefit Guaranty Corporation ("PBGC") regardless of whether the PBGC has yet become liable to make any payments with respect to the benefit plan;
- Portions of any unallocated annuity contract not issued to or in connection with a specific employee, union or association of natural persons benefit plan, or a government lottery;
- Portions of a policy or contract to the extent assessments required by law for the Guaranty Association with respect to the policy or contract are preempted by State or Federal law;
- Obligations that do not arise under the express written terms of the policy or contract, including claims based on marketing materials, side letters, riders or other documents that were issued by the insurer without meeting applicable policy form filing or approval requirements, or claims for policy misrepresentations, or extra-contractual or penalty or consequential or incidental damages claims;
- Contractual agreements establishing the member insurer's obligations to provide book value accounting guarantees for defined contribution benefit plan participants (by reference to a portfolio of assets owned by a nonaffiliate benefit plan or its trustees).

**Limits on Amount of Coverage**

The Act also limits the amount the Guaranty Association is obligated to cover. The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, with respect to any one life, regardless of the number of policies or contracts, the maximum obligation of the Guaranty Association is $ 300,000 in benefits except with respect to benefits for basic hospital, medical and surgical insurance and major medical insurance in which case the aggregate liability of the Guaranty Association is $ 500,000. Within these overall limits, the Guaranty Association will not pay more than $ 300,000 in life insurance death benefits, $ 100,000 in net cash surrender and net cash withdrawal values, $ 300,000 for disability insurance benefits, $ 500,000 for basic hospital, medical and surgical insurance or major medical insurance benefits, $ 100,000 in present value of annuity benefits, including net cash surrender and net cash withdrawal values – again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages. There is a $ 5,000,000 limit with respect to any contract owner for unallocated annuity benefits, irrespective of the number of contracts with respect to the contract owner or plan sponsor. These are limitations for which the Guaranty Association is obligated before taking into account either its subrogation and assignment rights or to the extent to which those benefits could be provided out of the assets of the impaired or insolvent insurer.

# Aetna Life Insurance Company



**Notice Concerning Coverage**
**Limitations And Exclusions Under The North Carolina**
**Life And Health Insurance Guaranty Association Act**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the North Carolina Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholder will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of the insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The North Carolina Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in North Carolina. You should not rely on coverage by the North Carolina Life and Health Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.

The North Carolina Life and Health Insurance Guaranty Association
Post Office Box 10218
Raleigh, North Carolina 27605-0218

North Carolina Department of Insurance, Consumer Services Division
1201 Mail Service center
Raleigh, North Carolina 27699-1201

The state law that provides for this safety-net coverage is called the North Carolina Life and Health Insurance Guaranty Association Act. On the back of this page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

**Coverage**
Generally, individuals will be protected by the life and health guaranty association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## Exclusions from Coverage

However, persons owning such policies are not protected by the association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insured who live outside that state);
- The insurer was not authorized to do business in this state;
- Their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does not provide coverage for:

- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed the average rate specified in the law;
- Dividends;
- Experience or other credits given in connection with the administration of a policy by a group contract holder;
- Employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- Unallocated annuity contracts (which give rights to group contract holders, not individuals), unless they fund a government lottery or a benefit plan of an employer, association or union, except that unallocated annuities issued to employee benefit plans protected by the Federal Pension Benefit Guaranty Corporation are not covered.

## Limits on Amount of Coverage

The act also limits the amount the association is obligated to pay out as follows:

(1) The guaranty association cannot pay out more than the insurance company would owe under the policy or contract.

(2) Except as provided in (4) and (5) below, the guaranty association will pay a maximum of $300,000 per individual, per insolvency, no matter the number of policies or types of policies issued by the insolvent company.

(3) Except as provided in (4) and (5) below, the guaranty association will pay an aggregate maximum of $500,000 with respect to any one individual affected by multiple insolvencies.

(4) The guaranty association will pay a maximum of $1,000,000 with respect to any one structured settlement annuity contract holder.

(5) The guaranty association will pay a maximum of $5,000,000 to any one unallocated annuity contract holder.

North Carolina

# Aetna Life Insurance Company



**Summary of The 1996 New Hampshire Life And Health
Insurance Guaranty Association Act (RSA 408-B)
And
Notice Concerning Coverage Limitations And Exclusions**

Residents of New Hampshire who purchase life insurance, health insurance, and annuities should know that the insurance companies licensed in New Hampshire to write these types of insurance are members of the New Hampshire Life and Health Insurance Guaranty Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Association will assess its other member insurance companies for the money to pay the claims of policyholders who live in New Hampshire and, in some cases, to keep coverage in force. This protection is not a substitute for consumers' care in selecting companies that are well managed and financially stable. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted below.

**Important Disclaimer**
The New Hampshire Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in New Hampshire. Other conditions may preclude coverage.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to provide you with this notice. **However, insurance companies and their agents are prohibited by law from using the existence of the Association to induce you to purchase any kind of insurance policy.**

This information is provided by:

New Hampshire Life and Health Insurance Guaranty Association
47 Hall Street, Suite 2
Concord, NH 03301
(603) 226-9114

New Hampshire Department of Insurance
21 South Fruit Street, Suite 14
Concord, NH 03301
(603) 271-2261

**Summary:**
The 1996 state law that provides for this safety-net coverage is called the New Hampshire Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverage, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

**Coverage:**

Generally, individuals will be protected by the New Hampshire Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance policy or an annuity contract, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, assignees or payees of insured persons are protected as well, even if they live in another state.

Coverage provided under this Act may be different from coverage provided prior to 1996, as coverage is determined by the governing Act in effect on the date that the Association becomes obligated.

**Exclusions from Coverage:**

Persons holding such policies or contracts are NOT protected by this Association if:

- they are not residents of the state of New Hampshire, except under certain very specific circumstances;
- they are eligible for protection under the laws of another state;
- their policy was issued by a nonprofit hospital or medical service organization, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or an entity that operates on an assessment basis, an insurance exchange, or any entity similar to any of the above.

The Association also does NOT provide coverage for:

- any policy or portion of a policy or contract not guaranteed by the insurer or under which the risk is borne by the policy holder or contract holder;
- any policy or contract of reinsurance, unless assumption certificates have been issued;
- interest rate guarantees that exceed certain statutory limitations;
- any plan or program of an employer, association, or similar entity to provide life, health, or annuity benefits to its employees or members to the extent that the plan or program is self-funded or uninsured, including, but not limited to, benefits payable by an employer, association, or similar entity;
- dividends, experience rating credits, or fees for services in connection with this policy;
- any policy or contract issued in this state by an insurer at a time when it was not licensed or authorized to do business in New Hampshire;
- any unallocated annuity contract issued to an employee benefit plan protected under the federal Pension Benefit Guaranty Corporation;
- any portion of any unallocated annuity contract which is not issued to or in connection with a specific employee, union, or association of natural persons benefit plan or a government lottery;
- any portion of a policy or contract to the extent that the required assessments are preempted by federal or state law.

**Limits on Amount of Coverage:**

The Act also limits the amount the Association is obligated to pay: The Association cannot pay more than what the insurance company would owe under a policy or contract.

With respect to any one life, the Association will pay a maximum of $ 300,000--no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $ 300,000 limit, the Association will not pay more than $ 100,000 in cash surrender values, $ 100,000 in health insurance benefits, $ 100,000 in present value of annuities, or $ 300,000 in life insurance death benefits.

With respect to any one contract holder of an unallocated annuity contract, not including a governmental retirement plan established under Section 401, 403(b) or 457 of the U.S. Internal Revenue code, the Association will pay a maximum of $ 5,000,000 in benefits, irrespective of the number of such contracts held by that contract holder.

**Additional Information:**

Policyholders should contact the New Hampshire Insurance Department with questions they may have with regard to concerns about their rights under the Act and procedures for filing a complaint to allege a violation of the Act.

Policyholders may contact the New Hampshire Insurance Department for sources of information about the financial condition of insurers.

# Aetna Life Insurance Company



**Nevada Life And Health Insurance**
**Guaranty Association Act Summary Document**

Residents of Nevada who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Nevada Life and Health Insurance Guaranty Association (Guaranty Association). The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association assesses its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, and, as noted below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

**The Nevada Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations and exclusions, and require continued residency in Nevada. A person should not rely on coverage by the Nevada Life and Health Insurance Guaranty Association when selecting an insurance company or when selecting an insurance policy.**

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the Insurer or for which the policyholder has assumed the risk, such as a variable contract sold by prospectus.

Insurance companies are required by law to deliver this notice to you. **However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association for sales, solicitation or to induce the purchase of any kind of insurance policy.**

The state law that provides for this safety-net coverage is called the Nevada Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverage, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association. **Anyone may obtain additional information or file a complaint with the Commissioner of Insurance, at the address listed below, to allege a violation of any provision of the Nevada Life and Health Insurance Guaranty Association Act.**

**The Nevada Life and Health Insurance Guaranty Association**
**P.O. Box 3302**
**Reno, Nevada 89505**

**Commissioner of Insurance, State of Nevada**
**Department of Business and Industry, Division of Insurance**
**788 Fairview Drive, Suite 300**
**Carson City, Nevada 89701-5491**

Nevada

## Coverage

Generally, individuals will be protected by the Nevada Life and Health Insurance Guaranty Association if they live in this state and **hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract issued by a member insurer.** The beneficiaries, payees or assignees of insured persons are protected as well even if they live in another state.

## Exclusions from Coverage

However, persons holding such policies are **not** protected by this Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside the state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a nonprofit hospital or medical service organization (the "Blues"), a health maintenance organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Association also does **not** provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- unallocated annuity contracts (which give rights to group contractholders, not individuals).

## Limits on Amount of Coverage

The act also limits the amount the Association is obligated to pay. The Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Association will pay a maximum of $ 300,000, regardless of how many policies and contracts there were with the same company, and even if they provided different types of coverage. Within this overall $ 300,000 limit, the Association will not pay more than $ 100,000 in cash surrender values, $ 100,000 in present value of annuities, or $ 300,000 in life insurance death benefits. Again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverage.

With respect to health insurance for any one natural person, the Association will not pay more than: 1) $ 100,000 for coverage other than disability insurance, basic hospital, medical and surgical insurance or major medical insurance, including any net cash surrender or withdrawal; 2) $ 300,000 for disability insurance; or 3) $ 500,000 for basic hospital, medical and surgical insurance or major medical insurance.

With respect to each payee of a structured settlement annuity, or beneficiary or beneficiaries of the payee if deceased, the Association will not pay more than $ 100,000 in present value of benefits from the annuity in the aggregate, including any net cash for surrender or withdrawal.

With respect to any one life or person, in no event will the Association be obligated to cover more than: 1) an aggregate of $ 300,000 in benefits, excluding benefits for basic hospital, medical and surgical insurance or major medical insurance; or 2) an aggregate of $ 500,000 in benefits, including benefits for basic hospital, medical and surgical insurance or major medical insurance.

With respect to one owner of several nongroup policies of life insurance, whether the owner is a natural person or an organization and whether the persons insured are officers, managers, employees or other persons, the Association will not pay more than $ 5,000,000 in benefits, regardless of the number of policies and contracts held by the owner.

# Aetna Life Insurance Company



**Ohio Life And Health Insurance
Guaranty Association
Disclaimer And Not Covered Form**

The Ohio Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Ohio. You should not rely on coverage by the Ohio Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. You should check with your insurance company representative to determine if you are only covered in part or not covered at all.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.

**Ohio Life and Health Insurance Guaranty Association
1840 Mackenzie Drive
Columbus, Ohio 43220**

**Ohio Department of Insurance**
50 West Town Street, Third Floor – Suite 300
Columbus, Ohio 43215

# Aetna Life Insurance Company



**Notice Concerning Coverage
Limitations And Exclusions Under The
Oklahoma Life And Health Insurance
Guaranty Association Act**

Residents of Oklahoma who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Oklahoma Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

**The Oklahoma Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Oklahoma. You should not rely on coverage by the Oklahoma Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.**

**Insurance companies or their agents are required by law to give or send you this notice.** *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.*

**The Oklahoma Life and Health Insurance Guaranty Association**
**201 Robert S. Kerr, Suite 600**
**Oklahoma City, Oklahoma 73102**

**Oklahoma Department of Insurance**
**P.O. Box 53408**
**Oklahoma City, Oklahoma 73152-3408**

The state law that provides for this safety-net coverage is called the Oklahoma Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

## Coverage

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**Exclusions from Coverage**

However, persons owning such policies are not protected by this Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- unallocated annuity contracts (which give rights to group contractholders, not individuals).

**Limits on Amount of Coverage**

The act also limits the amount the Association is obligated to pay out: The Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for one insured life, the Association will pay a maximum of $ 300,000--no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $ 300,000 limit, the Association will not pay more than $ 100,000 in cash surrender values, $ 300,000 in health insurance benefits, $ 300,000 in present value of annuities, or $ 300,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

# Aetna Life Insurance Company



**Summary**
**Coverage, Limitations and Exclusions Under**
**Rhode Island Life and Health Insurance**
**Guaranty Association Act**
**("Act")**

A resident of Rhode Island who purchases life insurance, annuities, long-term care, or accident and health insurance should know that an insurance company licensed in Rhode Island to write these types of insurance is a member of the Rhode Island Life and Health Insurance Guaranty Association ("Association"). The purpose of the Association is to assure that a policyholder will be protected within the statutory limits, if a member insurer becomes financially unable to meet its obligations. If this should happen, the Association will, within the statutory limits, pay the claims of insured persons who live in this state, and, in some cases, keep coverage in force. However, the protection provided through the Association is not unlimited. This protection is not a substitute for your care in selecting a company that is well managed and financially stable.

**Important Disclaimer**

Rhode Island Life And Health Insurance Guaranty Association
235 Promenade Street, #426 Providence, RI 02908
Tel (401) 273-2921

The Rhode Island Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is always conditioned on residence in this state. Other conditions may also preclude coverage.

The Life and Health Insurance Guaranty Association will respond to any questions you may have which are not answered by this document. Your insurer and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association when selecting an insurer.

Rhode Island Division Of Insurance
1511 Pontiac Avenue, Cranston, RI 02920
TEL (401) 462-9520

The full text of the state law that provides for this safety net coverage, Rhode Island Life and Health Insurance Guaranty Association Act, ("the Act"), can be found beginning at R.I. Gen. Laws §27-34.3-1. A brief summary of the Act is provided below. This summary does not cover all provisions of the law, nor does it in any way change your rights or obligations or those of the Association under the Act.

**Coverage:** Generally, individuals will be protected by the Association if the individual lives in Rhode Island and: Holds a life or health insurance contract, long-term care contract or annuity contract; or is insured under a group insurance contract issued by a member insurer. The beneficiaries, payees, or assignees of insured persons are protected as well, even if they live elsewhere.

**Exclusions from Coverage:** The Association does NOT protect a person holding a policy if:

- the individual is eligible for protection under a similar law of another state;
- the insurer was not authorized to do business in this state;
- the policy is issued by an organization that is not a member of the Association;
- the policy was issued by a nonprofit hospital or medical service organization (such as, the "Blues"), an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments or by an insurance exchange.

The Association does not provide coverage for:

- a policy or portion of a policy not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus; a policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed a rate specified by statute;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- an employer's plan to the extent that it is self-funded (that is, not insured by an insurance company, even if an insurance company administrators the plan);
- an unallocated annuity contract issued to an employee benefit plan protected under the United States Pension Benefit Guaranty Corporation;
- that part of an unallocated annuity contract not issued to a specific employee, union, association of natural persons benefit plan, or a government lottery;
- certain contracts which establish benefits by reference to a portfolio of assets not owned by the insurer;
- any portion of a policy or contract to the extent that the required assessments are preempted by federal or state law;
- an obligation that does not arise under the express written terms of the policy or contract issued by the insurer.
- a policy or contract providing any hospital, medical, prescription drug or other health care benefits pursuant to Part C or Part D of Subchapter XVIII, Chapter 7 of Title 42 of the United States Code (commonly known as Medicare Part C & D) or any regulations issued pursuant thereto.

**Limitations on Coverage:** The Act limits the amount the Association is obligated to pay. The Association cannot pay more than what the insurer would have owed under a policy or contract. Also, for any one insured life, no matter how many policies or contracts were in force with the same insurer, the Association will pay no more than:

- $ 300,000 in net life insurance death benefits and no more than $100,000 in net cash surrender and net cash withdrawal values for life insurance;
- $ 100,000 for health insurance benefits, coverages not defined as disability, basic hospital, medical, and surgical, or major medical insurance, or long-term care insurance including any net cash surrender and net cash withdrawal values;
- $ 300,000 for disability insurance;
- $ 300,000 for long-term care insurance;
- $ 500,000 for basic hospital, medical, and surgical or major medical insurance;
- $ 250,000 in the present value of annuity benefits, including net cash surrender and net cash withdrawal value;
- $ 250,000 in present value per payee with respect to a structured settlement annuity benefits, in the aggregate, including net cash surrender and net cash withdrawal values;

- $ 250,000, in the aggregate, of the present value of annuity benefits, including net cash surrender and net cash withdrawal values, with respect to an individual participating in a governmental retirement plan established under 26 U.S.C. §§401, 403(b), or 457 and covered by an unallocated annuity contract, or to a beneficiary of the individual if the individual is deceased;
- $ 5,000,000 in unallocated annuity contract benefits, irrespective of the number of contracts with respect to the contract owner or plan sponsor whose plan owns, directly or in trust, one or more unallocated annuity contracts.

Note to benefit plan trustees or other holders of unallocated annuities (GICs, DACs, etc.) covered by the Act: for unallocated annuities that fund governmental retirement plans under sections 401(k), 403(b), or 457 of the Internal Revenue Code, the limit is $ 250,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual. In no event shall the Association be liable to spend more than $ 300,000 in the aggregate per individual except hospital insurance up to $ 500,000 per individual. For covered unallocated annuities that fund other plans, a special limit of $ 5,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered. In all cases, the contract limits also apply.

These general statements as to Limitations on Coverage are only summaries of the law. The actual limitations are set forth in R.I. Gen. Laws §27-34.3-3.

Any alleged violations of the provisions of the Rhode Island Life and Health Insurance Guaranty Association Act may be reported to the Rhode Island Division of Insurance at the address and telephone number above.

This information is provided by: The Association and by the Division of Insurance, whose respective addresses are provided in the Important Disclaimer, above.

Rhode Island

# Aetna Life Insurance Company



**Notice Concerning Coverage Limitations And Exclusions
Under The Tennessee Life And Health Insurance
Guaranty Association Act**

Residents of Tennessee who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Tennessee Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The state law that provides for this safety-net coverage is called the Tennessee Life and Health Insurance Guaranty Association Act. The following is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

**Coverage**
Generally, individuals will be protected by the life and health guaranty association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by an insurer authorized to conduct business in Tennessee. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**Exclusions from Coverage**
However, persons holding such policies are not protected by this association if:

(1) they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
(2) the insurer was not authorized to do business in this state;
(3) their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The association also does not provide coverage for:

(1) any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
(2) any policy of reinsurance (unless an assumption certificate was issued);
(3) interest rate yields that exceed an average rate;
(4) dividends;
(5) credits given in connection with the administration of a policy by a group contractholder;

(6) employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

(7) unallocated annuity contracts (which give rights to group contractholders, not individuals), unless qualified under Section 403(b) of the Internal Revenue Code, except that, even if qualified under Section 403(b), unallocated annuities issued to employee benefit plans protected by the federal Pension Benefit Guaranty Corporation are not covered.

**Limits on Amount of Coverage**

The act also limits the amount the association is obligated to pay out: The association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the association will pay a maximum of $ 300,000 no matter how many policies and contracts there were with the same company, even if they provided different types of coverage. Within this overall $ 300,000 limit, the association will not pay more than $ 100,000 in cash surrender values, $ 100,000 in health insurance benefits, $ 100,000 in present value of annuities, or $ 300,000 in life insurance death benefits -- again, regardless of the number of policies and contracts there were with the same company, and no matter how many different types of coverages.

The Tennessee Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Tennessee. You should not rely on coverage by the Tennessee Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.

**Tennessee Life And Health Insurance**
**Guaranty Association**
**1200 First Union Tower 150 4th Avenue**
**North Nashville, Tennessee 37219-2433**

**Tennessee Department Of Commerce And Insurance**
**500 James Robertson Parkway**
**Nashville, Tennessee 37243**

Tennessee

# Aetna Life Insurance Company

**ⓍAetna**

**Texas Life, Accident, Health & Hospital Service
Insurance Guaranty Association**

**Important Information About Coverage Under The Texas
Life, Accident, Health And Hospital Service Insurance
Guaranty Association
(For Insurers Declared Insolvent or Impaired on or After September 1, 2005)**

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association (the "Association"), to protect Texas policyholders if their life or health insurance company fails. Only the policyholders of insurance companies which are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law.  (The law is found in the *Texas Insurance Code*, Chapter 463.)

**It is possible that the Association may not cover your policy in full or in part due to statutory limitations.**

**Eligibility for Protection by the Association**
When a member insurance company is found to be insolvent and placed under an order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

- Residents of Texas at the time **(irrespective of the policyholder's residency at policy issue)**
- Residents of other states, ONLY if the following conditions are met:
    1. The policyholder has a policy with a company domiciled in Texas;
    2. The policyholder's state of residence has a similar guaranty association; and
    3. The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

**Limits of Protection by Association
Accident, Accident and Health, or Health Insurance:**

- For each individual covered under one or more policies; up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, and $200,000 for other types of health insurance.

**Life Insurance:**

- Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on any one life; or
- Death benefits up to a total of $300,000 under one or more policies on any one life; or
- Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**

- Present value of benefits up to a total of $100,000 under one or more contracts on any one life.

**Group Annuities:**

- Present value of allocated benefits up to a total of $100,000 on any one life; or
- Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**

- $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance. When you are selecting an insurance company, you should not rely on Association coverage.**

Texas Life, Accident, Health and Hospital Service
Insurance Guaranty
Association
6504 Bridge Point Parkway
Suite 450
Austin, Texas 78730
800-982-6362 or
www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439
www.tdi.state.tx.us

Texas

# Aetna Life Insurance Company



**Utah Life and Health Insurance
Guaranty Association
Notice To Policyholders**

Insurance companies licensed to sell life insurance, health insurance, or annuities in the State of Utah are required by law to be members of an organization called the Utah Life and Health Insurance Guaranty Association ("ULHIGA"). If an insurance company that is licensed to sell insurance in Utah becomes insolvent (bankrupt), and is unable to pay claims to its policyholders, the law requires ULHIGA to pay some of the insurance company's claims. The purpose of this notice is to briefly describe some of the benefits and limitations provided to Utah insureds by ULHIGA.

## People Entitled To Coverage

- You must be a Utah resident.
- You must have insurance coverage under an individual or group policy.

## Policies Covered
ULHIGA provides coverage for certain life, health and annuity insurance policies.

## Exclusions and Limitations
Several kinds of insurance policies are specifically excluded from coverage. There are also a number of limitations to coverage. The following are not covered by ULHIGA:

- Coverage through an HMO.
- Coverage by insurance companies not licensed in Utah.
- Self-funded and self-insured coverage provided by an employer that is only administered by an insurance company.
- Policies protected by another state's guaranty association.
- Policies where the policyholder bears the risk under the policy.
- Re-insurance contracts.
- Annuity policies that are not issued to and owned by an individual, unless the annuity policy is issued to a pension benefit plan that is covered.
- Policies issued to pension benefit plans protected by the Federal Pension Benefit Guaranty Corporation.
- Policies issued to entities that are not members of ULHIGA, including health plans, fraternal benefit societies, state pooling plans and mutual assessment companies.

## Limits on Amount of Coverage
Caps are placed on the amount ULHIGA will pay. These caps apply even if you are insured by more than one policy issued by the insolvent company. The maximum ULHIGA will pay is the amount of your coverage or $500,000 -- whichever is lower. Other caps also apply:

- $ 200,000 in net cash surrender values.
- $ 500,000 in life insurance death benefits (including cash surrender values).
- $ 500,000 in health insurance benefits.
- $ 200,000 in annuity benefits - if the annuity is issued to and owned by an individual or the annuity is issued to a pension plan covering government employees.
- $ 5,000,000 in annuity benefits to the contract holder of annuities issued to pension plans covered by the law. (Other limitations apply).

Interest rates on some policies may be adjusted downward.

Utah

**Disclaimer**

**Please Read Carefully:**
**Coverage From Ulhiga May Be Unavailable Under This Policy, or, If Available, It May Be Subject To Substantial Limitations or Exclusions. The Description of Coverages Contained in This Document is an Overview. It is Not a Complete Description. You Cannot Rely on This Document as a Description of Coverage. For a Complete Description of Coverage, Consult The Utah Code, Title 31a and Chapter 28.**

**Coverage Is Conditioned On Continued Residency In The State Of Utah.**

**The Protection That May Be Provided By Ulhiga Is Not A Substitute For Consumers' Care In Selecting An Insurance Company That Is Well-Managed And Financially Stable.**

**Insurance Companies And Insurance Agents Are Required By Law To Give You This Notice. The Law Does, However, Prohibit Them From Using The Existence Of Ulhiga As An Inducement To Sell You Insurance.**

**The Address Of Ulhiga, And The Insurance Department Are Provided Below.**

Utah Life and Health Insurance Guaranty Association
955 E. Pioneer Road
Draper, Utah 84020

Utah Insurance Department
State Office Building
Room 3110
Salt Lake City, Utah 84114

Utah

# Aetna Life Insurance Company



Important Information Regarding Your Insurance

**To:** Policyholders with Group Policies Issued in the State of Virginia

**Subject:** Insurance Contact Notice

In the event you need to contact someone about this insurance for any reason please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions you may contact the insurance company issuing this insurance at the following address and telephone number:

Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT 06156
1-800-872-3862

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Virginia State Corporation Commission's Bureau of Insurance at the following address and telephone number:

Virginia Bureau of Insurance
P.O. Box 1157
Richmond, Virginia 23218
Consumer Service Hotline (Toll Free and Nationwide):
877-310-6560

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Bureau of Insurance, have your policy number available.

Virginia

# Aetna Life Insurance Company



**Notice Concerning Coverage**
**Limitations And Exclusions Under The West Virginia**
**Life And Health Insurance**
**Guaranty Association Act**

Residents of West Virginia who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the West Virginia Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The West Virginia Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in West Virginia. You should not rely on coverage by the West Virginia Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy. For a complete description of coverage, consult Article 26A, Chapter 33 of the West Virginia Code.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

The Guaranty Association or the West Virginia Insurance Commission will respond to questions you may have which are not answered by this document. Policyholders with additional questions may contact:

West Virginia Life and Health Insurance Guaranty Association
P.O. Box 816
Huntington, West Virginia 25712

West Virginia Insurance Commissioner
Consumer Services Division
1124 Smith Street, Room 309
P.O. Box 50540
Charleston, West Virginia 25305-0540
(304) 558-3386
Toll Free 1-800-642-9004
TDD 1-800-435-7381

The state law that provides for this safety-net coverage is called the West Virginia Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association.

West Virginia

Generally, individuals will be protected by the West Virginia Life and Health Insurance Guaranty Association if they live in West Virginia and hold a life or health insurance contract, annuity contract, unallocated annuity contract, or if they are insured under a group life, health or annuity insurance contract, issued by a member insurer. Member insurer also includes non-profit service corporations and health care corporations. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## Exclusions from Coverage

However, persons holding such policies are not protected by this association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- the policy was issued at a time when the insurer was not licensed or authorized to do business in the state;
- their policy was issued by an HMO, a fraternal benefit society, mandatory state pooling plan, a mutual protective association or similar plan in which the policyholder is subject to future assessments, an insurance exchange, or an entity similar to the above.

The association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual or contract holder has assumed the risk;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contract holder;
- employer or association plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them) or uninsured, including:
  - i. multiple employer welfare arrangement;
  - ii. minimum premium group insurance plan;
  - iii. stop loss group insurance plan; or
  - iv. administrative services only contract.
- any unallocated annuity contract issued to an employee benefit plan protected under the federal pension guaranty corporation;
- any portion of any unallocated contract which is not issued to or in connection with a specific employee, union or association's benefit plan or a governmental lottery.

## Limits on Amount of Coverage

The act also limits the amount the Guaranty Association is obligated to pay out: The association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the association will pay a maximum of $ 300,000--no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $ 300,000 limit, the association will not pay more than $ 100,000 in cash surrender values, $ 100,000 in health insurance benefits, $ 100,000 in present value of annuities, or $ 300,000 in life insurance death benefits --again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

Note to benefit plan trustees or other holders of unallocated annuities (GICs, DACs, etc.) covered by the act: for unallocated annuities that fund governmental retirement plans under sections 401(k), 403(b) or 457 of the Internal Revenue Code, the limit is $ 150,000 in present value of annuity benefits including net cash surrender and net cash withdrawal per participating individual. In no event shall the association be liable to spend more than $ 300,000 in the aggregate per individual; for covered unallocated annuities that fund other plans, a special limit of $ 1,000,000 applies to each contract holder, regardless of the number of contracts held with the same company or number of persons covered. In all cases, of course, the contract limits also apply.

# Aetna Life Insurance Company

**ᛉAetna**

**Notice Concerning Coverage
Limitations And Exclusions Under The
Wyoming Life And Health Insurance
Guaranty Association Act**

Residents of Wyoming who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Wyoming Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The Wyoming Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Wyoming. You should not rely on coverage by the Wyoming Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association for the purpose of sales or to induce you to purchase any kind of insurance policy.

The Wyoming Life and Health Insurance Guaranty Association
P.O. Box 480164
Denver, CO 80248

State of Wyoming
Department of Insurance
Herschler Building
122 West 25th Street
Cheyenne, WY 82002-0440

The state law that provides for this safety-net coverage is called the Wyoming Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

## Coverage
Generally, individuals will be protected by the Wyoming Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**Exclusions from Coverage**

However, persons owning such policies are *not* protected by this Association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- The insurer was not authorized to do business in this state;
- Their policy was issued by a fraternal benefit society, a mandatory state pooling plan, a stipulated premium insurance company, a local mutual burial association, a mutual assessment company or similar plan in which the policyholder is subject to future assessment, or by an insurance exchange.

The Association also does not provide coverage for:

- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed an average rate;
- Dividends;
- Credits given in connection with the administration of a policy by a group contract holder;
- Annuity contracts issued by a nonprofit insurance company exclusively for the benefit of nonprofit educational institutions and their employees;
- Unallocated annuity contracts (which give rights to group contractholders, not individuals);
- Any plan or program of an employer or association that provides life, health or annuity benefits to its employees or members to the extent the plan is self-funded or uninsured.

**Limits on Amount of Coverage**

The act also limits the amount the Association is obligated to pay out: The Association cannot pay more than the amount the insurance company would owe under a policy or contract. Also, for any one insured life, the Association will pay a maximum of $ 300,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $ 300,000 limit, the Association will not pay more than $ 100,000 in cash surrender values for life insurance policies, $ 100,000 in health insurance benefits, $ 100,000 in present value of annuities, or $ 300,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.

Wyoming



# Group Accident and Health Insurance Policy

This Policy is entered into by and between

**Aetna Life Insurance Company**
(**Aetna**, We, Us, or Our)

and

**Dell Inc.**
(the Policyholder)

Policy Number:          GP-476626
Date of Issue:          January 1, 2009
Effective Date:         January 1, 2009

This Policy shall be effective on the Effective Date and shall continue in force until terminated as provided herein.

In consideration of the mutual promises hereunder and the payment of Premiums and fees when due, We will pay benefits in accordance with the terms, conditions, limitations and exclusions set forth in this Policy. Benefits will be paid in accordance with the reasonable exercise of Our business judgment, consistent with applicable law. The duties and the rights of all persons will be based solely on the terms of this Policy.

Upon receipt of the Policyholder's signed Group Application, and upon receipt of the required initial Premium, this Policy shall be considered to be agreed to by the Policyholder and Us, and is fully enforceable in all respects against the Policyholder and Us.

Term of Policy:        The Initial Term shall be:
                       The 12 consecutive month period beginning on the Effective Date.
                       Thereafter, Subsequent Terms shall be:
                       The 12 consecutive month period beginning on January 1 of each year.
Premium Due Dates:    The Effective Date and the first day of each succeeding calendar month.

**THIS IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. THE EMPLOYER DOES NOT BECOME A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM BY PURCHASING THIS POLICY, AND IF THE EMPLOYER IS A NON-SUBSCRIBER, THE EMPLOYER LOSES THOSE BENEFITS WHICH WOULD OTHERWISE ACCURE UNDER THE WORKERS' COMPENSATION LAWS. THE EMPLOYER MUST COMPLY WITH THE WORKERS' COMPENSATION LAW AS IT PERTAINS TO NON-SUBSCRIBERS AND THE REQUIRED NOTIFICATIONS THAT MUST BE FILED AND POSTED.**

This Policy is non-participating.

This Policy is governed by applicable federal law and the laws of Texas.

Signed at **Aetna's** Home Office 151 Farmington Avenue Hartford, Connecticut 06156 on the date of issue.

GR-29N
01-01
01 TX

Ronald A. Williams
Chairman, Chief Executive Officer and President

Aetna Life Insurance Company
(A Stock Company)

# Aetna Life Insurance Company

# Index

**Cover Page – Group Accident and Health Insurance Policy**

**Index**

**Special Notice**

**Definitions**

**Policy Contents**

**Premiums and Fees**

**Responsibilities of the Policyholder**

**Termination**

**General Provisions**

# Special Notice

## Important Information Regarding Your Insurance

Insurance Contact Notice

In the event you need to contact someone about this insurance for any reason please contact your sales agent or broker. If no sales agent or broker was involved in the sale of this insurance, or if you have additional questions you may contact Us at the following address and telephone number:

**Aetna** Life Insurance Company

151 Farmington Avenue

Hartford, CT 06156

1-800-872-3862

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your sales agent, broker or Us, have your policy number available.

Fraud Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

## Definitions *(GR-29N 03-01 01 TX)*

**Employee.** This term is defined in the *Eligibility, Enrollment and Effective Date of Your Coverage* Section of the Certificate.

If the Policyholder is a partnership or proprietorship, each of its natural-person partners, or the proprietor, will be deemed to be an employee.

If an eligible person is covered under any other group health plan issued to the Policyholder by Us, or any other health benefit plan established and maintained by the Policyholder, they will not be considered eligible for health coverage under this Policy.

An employee is eligible only for the coverages shown in the Certificate which applies to his or her class.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 1098 of 1151    AR 001098:
1142

# Policy Contents

This Policy consists of all provisions set forth in this document as well as the provisions found in the Certificate, including the *Schedule of Benefits*, issued to covered employees under the group plan. Any amendment changing the provisions of the Certificate is also made part of this Policy as of the effective date of the amendment.

Certificate means each certificate included in the Policy as follows:

| Identification | Issue Date | Effective Date | Eligible Group and/or Type of Coverage |
|---|---|---|---|
| Cert 1 | January 1, 2009 | January 1, 2009 | LTD |
| SOB1A | January 1, 2009 | January 1, 2009 | LTD |
| Rider 1 | January 1, 2009 | January 1, 2009 | Appeals Rider |

# Premiums and Fees *(GR-29N 05-01 01 TX) (GR-9N 29-005-01-TX)*

**Premiums Rates.** The premium charges will be determined in accordance with the Premium Rates in effect on the Premium Due Date. The initial monthly Premium Rates are set forth in the Schedule of Premiums and Fees.

However, any other method may be used which: (a) yields about the same total amount; and (b) is agreeable to both the Policyholder and Us.

**Premiums Due – Experience Rating.** The Premium due under this policy on any Premium Due Date will be the sum of the premium charges for the coverages provided under this Policy. Covered employees and dependents as of each Premium Due Date will be determined by Us in accordance with Our records. A check does not constitute payment until it is honored by a bank. We may return a check issued against insufficient funds without making a second deposit attempt. We may accept a partial payment of Premium without waiving our right to collect the entire amount due.

If premiums are payable monthly, any insurance becoming effective will be charged from the first day of the policy month on or right after the date the insurance takes effect. Premium charges for insurance which terminates will cease as of the first day of the policy month on or right after the date the insurance terminates. If premiums are payable less often than monthly, premium charges or credits for a fraction of a premium-paying period will be made on a pro rata basis for the number of policy months between the date premium charges start or cease and the end of the premium-paying period. If this policy is changed to provide more coverage to take effect on a date other than the first day of a premium-paying period, a pro rata premium for the coverage will be due and payable on that date. It will cover the period then starting and ending right before the start of the next premium-paying period.

We may change premiums due to experience or a change in factors bearing on the risk assumed. Each change shall be made by written notice to the Policyholder by Us pursuant to *Changes in Premium* section.

No experience reduction or increase in Premium Rates shall become effective less than 12 months after the effective date of this Policy.

At the end of a policy year, We may declare an experience credit. The amount of each credit We declare will be returned to the Policyholder. Upon request by the Policyholder, part or all of it will be applied against payment of premiums or in any other manner as agreed to by the Policyholder and Us.

Instead of figuring premiums as described above, premiums may be figured in any way approved by Us that comes up with about the same amount of premiums.

*(GR29N 05-02 01 TX)*
**Aetna** will not have to refund any premium for a period prior to:

- The first day of the policy year in which **Aetna** receives proof that the refund should be made; or
- The date 3 months before **Aetna** receives proof, if this produces a larger refund.

This applies even if the premium was paid in error.

**Fees.** In addition to the Premium, We may charge the following fees:

- An installation fee may be charged upon initial installation of coverage or any significant change in installation (e.g., a significant change in the number of employees or a change in the method of reporting employee eligibility to Us). A fee may also be charged upon initial installation for any custom plan set-ups
- A billing fee may be added to each monthly Premium bill. The billing fee may include a fee for the recovery of any surcharges for amounts paid through credit card, debit card or other similar means.
- A reinstatement fee pursuant to the Termination provision.

GR-29N
05-01
01

Page 9020

- A conversion fee may be charged in connection with each employee or dependent electing conversion coverage. The conversion fee may be charged monthly based upon the number of covered persons electing conversion coverage during the previous month.
- A fee may be charged in connection with a check returned due to insufficient funds.

**Grace Period.** The Grace Period is the 31 consecutive day period immediately following the Premium Due Date granted for the payment of Premium and applicable fees, during which time the Policy will remain in force. If all Premiums and fees are not received before the end of the Grace Period, this Policy will be automatically terminated on the date the Grace Period expires.

We will mail a written notice to the Policyholder at least 10 days prior to the end of the grace period informing the Policyholder that the premium was not received and that the policy will be terminated as of the premium due date if the premium is not received by the end of the 31 day grace period.

**Payment of Premiums and Fees.** The Policyholder will pay premiums and fees in advance. They must be paid at Our home office or its authorized agent.

If the premiums and any fees are not paid by the Premium Due Date and before the end of the Grace Period, this policy will automatically terminate when the Grace Period ends. We will require the Policyholder to pay interest on the total premium amount and any fees overdue after the Premium Due Date including the premiums due for the Grace Period. The interest rate will be up to 1 1/2% per month for each month; or partial month; the balance remains unpaid. No interest will accrue during the Grace Period, however interest is payable on any unpaid amount still due once the Grace Period ends. We may recover from the Policyholder: costs of collecting any unpaid premiums or fees, including reasonable attorney's fees; and costs of suit.

*(GR29N 05-03 01 TX)*
**Changes in Premium.** We may also change the Premium rates effective as of any Premium Due Date upon 60 days prior written notice to the Policyholder. However, no such adjustment will be made during the Initial Term except to reflect changes in applicable law or regulation or a judicial decision having a material impact on the cost of providing Coverage.

**Retroactive Adjustments.** The Policyholder will pay premiums for each employee until the end of the month in which the Policyholder notifies Us that the employee is no longer part of the group eligible for coverage under the Policy. We may, at Our discretion, make retroactive adjustments to the Policyholder's billings for the termination of employees not posted to previous billings. However, the Policyholder may only receive a maximum of 2 month's credit for employee terminations that occurred more than 60 days before the date the Policyholder notified Us of the termination. We may reduce any such credits by the amount of any payments We may have made on behalf of such employees before We were informed their coverage had been terminated. Retroactive additions will be made at Our discretion based upon eligibility guidelines stated in the Certificate, and are subject to the payment of all applicable premiums.

*(GR29N 05-03 01 TX)*
**Premium Rate Reduction For Failure to Meet Performance Guarantees.** We may reduce the Policyholder's premium due to Our failure to provide the agreed upon levels of service. Such service levels are guaranteed by Us and agreed to in writing by Us and the Policyholder.

The reduction is based upon a percentage of the projected annual premium which is due over the term of the period for which service levels are guaranteed. The reduction amount will be credited, toward either future or prior premiums, at the end of the policy year.

The reduction will apply only to all coverages used under the plan issued under this policy.

The terms of the Performance Guarantees are set forth in the Service Agreement.

# Premiums and Fees (Continued)

**Schedule of Premiums and Fees.** The initial monthly Premium Rates are as follows:

| Long Term Disability Income | Per $100 of Covered Monthly Payroll | $0.219 |

# Responsibilities of the Policyholder (GR-29N 06-01 01)

**Records.** The Policyholder will furnish to Us, on a monthly basis (or as otherwise required), such information as We may reasonably require to administer this Policy. This information may be on our form (or such other form as We may reasonably approve) by facsimile (or such other means as We may reasonably approve). This includes, but is not limited to, information needed to enroll employees of the Policyholder, process terminations, and effect changes in family status and transfer of employment of employees.

The Policyholder represents that all enrollment and eligibility information that has been or will be supplied to Us is accurate. The Policyholder acknowledges that We can and will rely on such enrollment and eligibility information in determining whether a person is eligible for coverage under this Policy. To the extent such information is supplied to Us by the Policyholder (in electronic or hard copy format), the Policyholder agrees to:

- Maintain a reasonably complete record of such information (in electronic or hard copy format, including evidence of coverage elections, evidence of eligibility, changes to such elections and terminations) for at least seven years or until the final rights and duties under this Policy have been resolved, and to make such information available to Us upon request.
- If applicable, obtain from all employees a "Disclosure of Healthcare Information" authorization in the form currently being used by Us in the enrollment process (or such other form as We may reasonably approve).

We will not be liable to employees for the fulfillment of any obligation prior to information being received in a form satisfactory to Us. The Policyholder must notify Us of the date in which an employee's employment ceases for the purpose of termination of coverage under this Policy. Subject to applicable law, unless otherwise provided in the Certificate, We will consider an employee's employment to continue until stopped by the Policyholder.

The Policyholder must notify employees of the termination of the Policy in compliance with all applicable laws. However, We reserve the right to notify employees of termination of the Policy for any reason, including non-payment of premium. The Policyholder shall provide written notice to employees of their rights upon termination of coverage.

**Access.** Make payroll and other records directly related to an employee's coverage under this Policy available to Us for inspection, at Our expense, at the Policyholder's office, during regular business hours, upon reasonable advance request. This provision shall survive termination of this Policy.

**Forms.** Distribute materials to employees regarding enrollment and coverage features. This includes coverage Certificates as described in the Certificates provision of the Policy section *General Provisions*.

**Policies and Procedures; Compliance Verification.** Comply with all policies and procedures established by Us in administering and interpreting this Policy. The Policyholder shall, upon request, provide a certification of its compliance with Our participation and contribution requirements. The Policyholder shall, upon request, submit proof that it continues to meet the definition of an eligible group as provided under applicable law or regulation.

**Continuation Rights and Conversion.** Notify all eligible employees and dependents of their right to continue coverage pursuant to the continuation provisions in the Certificate and applicable law; and provide employees a copy of the "Notice of Conversion Privilege and Request" form upon their request.

# Termination

**Termination by Policyholder.** This Policy, or any coverage included may be terminated by the Policyholder. The Policyholder may terminate this Policy as to all or any class of its employees. **Aetna** must be given written notice. The notice must state when such termination shall occur. It must be a date after the notice. It shall not be effective during a period for which a premium has been paid to Us for the coverage.

**Termination by Us.** This Policy will terminate as of the last day of the Grace Period if the Premium remains unpaid at the end of the Grace Period as described in the *Grace Period* provision under the *Premiums and Fees* section and is subject to the terms of any laws or regulations.

In addition, We may terminate this Policy as to any or all coverage, other than the Health Expense Coverage, of all or any class of employees or dependents of any one or more member employers by giving prior written notice to the Policyholder of when it will terminate. The date shall not be earlier than 31days after the date of the notice unless it is agreed to by the Policyholder and Us.

As used in this section: "Health Expense Coverage" means:

- Comprehensive Medical Plan;
- Major Medical Plan;
- Prescription Drug Plan;
- Basic Hospital Plan;
- Basic Medical Plan;
- Limited Medical Plan; and
- Comprehensive Hearing Benefits

But does not include:

- Basic Dental Plan;
- Comprehensive Dental Plan;
- Comprehensive Vision Benefits; and
- DMO Dental

**This Policy may also be terminated by Us as follows:**

- Immediately upon notice to Policyholder if the Policyholder has performed any act or practice that constitutes fraud or made any intentional misrepresentation of a material fact relevant to the coverage provided under this Policy;
- Upon 30 days written notice to the Policyholder if the Policyholder breaches a provision of this Policy and such breach remains uncured at the end of the notice period;
- Upon 30 days written notice to the Policyholder if the Policyholder ceases to meet Our requirements for an employer group as defined under applicable state law or regulation;
- Upon 30 days written notice to the Policyholder if the Policyholder: (i) fails to meet Our contribution or participation requirements applicable to this Policy (which contribution and participation requirements are available upon request); (ii) fails to provide the certification required by the Policies and Procedures; *Compliance Verification* provision under Section 4 within a reasonable period of time specified by Us; or (iii) changes its eligibility or participation requirements without Our consent;
- Upon 90 days written notice to the Policyholder (or such shorter notice as may be permitted by applicable law, but in no event less than 30 days) if We cease to offer the product line to which the Policy relates;

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 1104 of 1151     Page 1104:
1148                                                                              AR 001104

**Termination By Us. (Continued)**

- Upon 180 days written notice to the Policyholder (or such shorter notice as may be permitted by applicable law, but in no event less than 30 days) if We cease to offer coverage in a market in which persons covered under this Policy reside; or

If the Policy terminates for any reason, the Policyholder will continue to be held liable for all Premiums and fees due and unpaid before the termination, including, but not limited to, Premium payments for any period of time Policy is in force during the Grace Period. Covered persons shall also remain liable for their cost sharing and other required contributions to coverage for any period of time Policy is in force during the Grace Period. We may recover from the Policyholder Our costs of collecting any unpaid Premiums or fees, including reasonable attorneys' fees and costs of suit.

**Non-Renewal.** We may request from the Policyholder, a written indication of their intention to renew or non-renew a Policy at any time during the final three months of any policy year. If the Policyholder fails to reply to such request within two weeks of their receipt of the request; or 15 days prior to the renewal date, whichever is later; then upon **Aetna's** written notice to the Policyholder, all or a part of the Policy shall be deemed to terminate automatically as of the end of the policy year. Similarly, upon Our written confirmation to the Policyholder, We may accept an oral indication by the Policyholder; or its agent or broker of intent to non-renew as the Policyholder's notice of termination of all or a part of the Policy effective as of the end of the policy year.

**Effect of Termination.** No termination of this Policy will relieve either party from any obligation incurred before the date of termination. When terminated, this Policy and all coverage provided hereunder will end at 12:00 midnight on the effective date of termination. Upon termination, We will provide employees and their dependents with Certificates of Creditable Coverage which will show evidence of their prior health coverage under this Policy for a period of up to 18 months prior to the loss of coverage.

We may, at Our sole discretion, reinstate terminated coverage provided any past due premium and reinstatement fees are paid.

**Notice to employees.** It is the responsibility of the Policyholder to notify employees of the termination of the Policy in compliance with all applicable laws. However, We reserve the right to notify employees of termination of the Policy for any reason, including non-payment of Premium. In accordance with the Certificate, the Policyholder shall provide written notice to employees of their rights upon termination of coverage.

# General Provisions

**Policy.** The entire Policy consists of:

- This Policy;
- The application, copy attached;
- The current rates on file with the Policyholder;
- The attached Certificate(s); and
- Any riders, endorsements, inserts, attachments or amendments to this Policy or Certificate(s).

**Certificates.** Our method of providing the Policyholder with Certificates will be electronic. But We will provide a supply of paper copies to the Policyholder upon request. The Policyholder shall make available or distribute the Certificates to each insured employee. The insurance in force will be set forth in the Certificate. Statements as to whom benefits are payable will appear. Any applicable Conversion Privilege will also be described.

**Policies and Procedures.** We have the right to adopt reasonable policies, procedures, rules, and interpretations of this Policy and the Certificate in order to promote orderly and efficient administration.

**Policy Changes.** This Policy shall be deemed to be automatically amended to conform with the provisions of applicable laws and regulations. This Policy may also be amended by Us by written agreement between Us and the Policyholder.

The consent of any employee or other person is not needed. All agreements made by Us are signed by one of its executive officers. No other person can change or waive any of the Policy terms or make any agreement binding Us.

The Policyholder will not have to give written agreement of a change in the Policy if:

- The Policyholder has asked for the change and We have agreed to it.
- The change is needed to correct an error in the Policy, including any Certificate issued to anyone.
- The change is needed so that the Policy will conform to any law, regulation or ruling of a jurisdiction that affects a person covered under this Policy; or the federal government.
- The change has been initiated by Us and is not resulting in either: a reduction or elimination in benefits or coverage; or an increase in premium

The Policyholder will have to give written agreement of a change in the Policy:

- That reduces or eliminates benefits or coverage; or
- That increases benefits or coverage with a concurrent increase in premium during the Policy term, except if the increased benefits or coverage is required by law.

Payment of the applicable premium after notice of the proposed changes will be deemed to constitute the Policyholder's written agreement of those changes on behalf of all persons covered under this Policy.

GR-29N
09-01
01 TX

Page 9060

**Prior Agreements; Severability.** As of the Effective Date, this Policy replaces and supersedes all other prior agreements between the Parties as well as any other prior written or oral understandings, negotiations, discussions or arrangements between the Parties related to matters covered by this Policy or the documents incorporated herein. If any provision of this Policy is deemed to be invalid or illegal, that provision shall be fully severable and the remaining provisions of this Policy shall continue in full force and effect.

**Clerical Errors.** A clerical error in keeping records; or a delay in making an entry; will not alone decide if insurance is valid. An equitable adjustment in premiums will be made when the error or delay is found. If the clerical error affects the existence or amount of insurance, the facts as determined by Us will be used to decide if insurance is in force and its amount. We may also modify or replace a Policy, Certificate or other document issued in error.

**Claim Determinations; ERISA Claim Fiduciary.** For the purpose of section 503 of Title 1 of the Employee Retirement Income Security Act of 1974, as amended (ERISA), We are a fiduciary with complete authority subject to Texas and Federal law, to review all denied claims for benefits under this Policy. This includes, but is not limited to, the denial of certification of the **medical necessity** of hospital or medical treatment. In exercising such fiduciary responsibility, We shall have discretionary authority to determine whether and to what extent eligible employees and beneficiaries are entitled to benefits and to construe any disputed or doubtful terms under this Policy, the Certificate or any other document incorporated herein. We shall be deemed to have properly exercised such authority unless We abuse our discretion by acting arbitrarily and capriciously. We have the right to adopt reasonable policies, procedures, rules, and interpretations of this Policy to promote orderly and efficient administration.

The Policyholder shall be responsible for making reports and disclosures required by ERISA. This includes the creation, the distribution, and the final content of:

- Summary plan descriptions;
- Summary of material modifications; and
- Summary annual reports.

Our review of claims may include the use of commercial software (including Claim Check) and other tools to take into account factors such as an individual's claims history, a Provider's billing patterns, complexity of the service or treatment, amount of time and degree of skill needed and the manner of billing.

**Misstatements.** If any intentional misstatement of material fact as to the Policyholder or any employee or dependent is found to have occurred , a fair change in premiums may be made. If the misstatement affects the existence or amount of coverage, the true facts will be used in determining whether coverage is or remains in force and its amount.

All statements made by the Policyholder or an employee shall be deemed representations and not warranties. No written statement made by an employee shall be used by Us in a contest unless a copy of the statement is or has been furnished to the employee or his beneficiary, or the person making the claim.

Our failure to implement or insist upon compliance with any provision of this Policy at any given time or times, shall not constitute a waiver of Our right to implement or insist upon compliance with that provision at any other time or times. This includes, but is not limited to, the payment of premiums. This applies whether or not the circumstances are the same.
*(GR-29N 09-03 01)*

**Incontestability.**
**As to Accident and Health Benefits.** Except as to an intentional misstatement of material fact, or issues concerning Premiums due:

- No statement made by the Policyholder or any employee or dependent shall be the basis for voiding coverage or denying coverage or be used in defense of a claim unless it is in writing.
- No statement made by the Policyholder shall be the basis for voiding this Policy after it has been in force for 2 years from its effective date.
- No statement made by an eligible employee or dependent shall be used in defense of a claim for loss incurred or starting after coverage as to which claim is made has been in effect for 2 years.

**Physical Exam or Autopsy. Aetna** may conduct a physical examination of an individual for whom a claim is made when and as often as **Aetna** reasonably requires during the pendency of the claim under the policy.

**Assignability.** Except for benefits provided by the plan for health care services to providers, no rights or benefits under this Policy are assignable by the Policyholder to any other party unless approved by Us.

**Waiver.** Our failure to implement, or insist upon compliance with, any provision of this Policy or the terms of the Certificate incorporated hereunder, at any given time or times, shall not constitute a waiver of Our right to implement or insist upon compliance with that provision at any other time or times. This includes, but is not limited to, the payment of Premiums or benefits. This applies whether or not the circumstances are the same.

**Notices.** Any notice required or permitted under this Policy shall be in writing and shall be deemed to have been given on the date when delivered in person; or, if delivered by first-class United States mail, on the date mailed, proper postage prepaid, and properly addressed to the address set forth in the face page of the Policy, or to any more recent address of which the sending party has received written notice or, if delivered by facsimile or other electronic means, on the date sent by facsimile or other electronic means.

**Third Parties.** This Policy shall not confer any rights or obligations on third parties except as specifically provided herein.

**Non-Discrimination.** In the management of this Policy, the Policyholder and the Member Employers:

- Will make no attempt, whether through differential contributions or otherwise, to encourage or discourage enrollment in the coverages provided by the Policy based on health status or health risk; and
- Will act so as not to discriminate unfairly between persons in like situations at the time of the action.
- Will make no distinction on the basis of the marital status or lack of marital status between an insured and the other parent in the determination of the dependents or the beneficiaries of the insured, or both.

We can rely on such action and will not have to probe into the details.

**Use of Our Name and all Symbols, Trademarks, and Service Marks.** We reserve the right to control the use of Our name and all symbols, trademarks, and service marks presently existing or subsequently established. The Policyholder agrees that it will not use such name, symbols, trademarks, or service marks in advertising or promotional materials or otherwise without Our prior written consent and will cease any and all usage immediately upon Our request or upon termination of this Policy.

**Workers' Compensation.** The Policyholder is responsible for protecting Our interests in any Workers' Compensation claims or settlements with any eligible individual. We shall be reimbursed for all paid medical expenses which have occurred as a result of any work related **injury** that is compensable or settled in any manner.

On or before the Effective Date of this Policy and upon renewal, the Policyholder shall submit proof of their Workers' Compensation coverage or an exclusion form which has been accepted by the applicable regulatory authority governing Workers' Compensation. Upon Our request, the Policyholder shall also submit a monthly report to Us listing all Workers' Compensation cases. Such list will contain the name, social security number, date of loss and diagnosis of all applicable eligible individuals.

**Reporting of Claims.** All claims should be reported promptly. The deadline for filing a claim is 20 days after the date of the loss. Failure to give notice within the time prescribed above does not invalidate or reduce any claim if it is shown that it was not reasonably possible to give the notice within that time and that notice was given as soon as was reasonably possible.

**Payment of Claims.** All benefits payable under the policy will be paid not later than the 60th day after the date the proof of loss is received. All benefits are payable to the insured or the insured's assignee.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 1109 of 1151 PageID #: 1153

# Schedule of Benefits

*(GR-29N 01-01 01 TX)*

**Employer:**                    **Dell Inc.**

**Group Policy Number:**         **GP-476626**

**Issue Date:**                  January 1, 2009
**Effective Date:**              January 1, 2009
**Schedule:**                    1A
**Cert Base:**                   1

For: Long Term Disability

This is an ERISA plan, and you have certain rights under this plan. Please contact your Employer for additional information.

# Long Term Disability Coverage *(GR-29N 05-01 01 TX)*

## Schedule of Long Term Disability Benefits

| | |
|---|---|
| **Elimination Period** | The first 180 days of a period of disability. |

*(GR-29N 05-01 01 TX)*

| | |
|---|---|
| **Scheduled Monthly Benefit** | 60% of your monthly **predisability earnings** |

*(GR-29N 05-01 01 TX)*

| | |
|---|---|
| Maximum Monthly Benefit Under this Plan (plus all other Income benefits) | $10,000 |

| | |
|---|---|
| Minimum Monthly Benefit<br>*(GR-29N 05-01 01 TX)* | The greater of: |

(a)  $100; and
(b)  10% of your scheduled monthly benefit or, if less, 10% of the maximum monthly benefit

## Evidence Requirements

Refer to your Booklet-Certificate for information about when you will be required to submit evidence of good health and what your responsibilities are to complete and submit this information to **Aetna**.

## Benefits Actually Payable

Any monthly benefit actually payable to you by **Aetna** will be reduced by other Income benefits. For additional information regarding other income benefits, see your Booklet Certificate.

## Maximum Benefit Duration*

If your period of disability starts prior to your 61st birthday, it will end the last day of the calendar month in which you reach age 65.

If your period of disability starts on or after your 61st birthday, it will end with the expiration of the number of months of disability, after the elimination period is met, based on the following schedule:

**Maximum Benefit Duration Schedule**

| Age When Period of Disability Starts | Months of Disability |
|---|---|
| 61 but less than 62 | 48 months |
| 62 but less than 63 | 42 months |
| 63 but less than 64 | 36 months |
| 64 but less than 65 | 30 months |
| 65 but less than 66 | 24 months |
| 66 but less than 67 | 21 months |
| 67 but less than 68 | 18 months |
| 68 but less than 69 | 15 months |
| 69 and over | 12 months |

*Unless your disability ends earlier for one or more of the reasons stated in your Booklet-Certificate.

# General *(GR-9N S-28-01 01)*

This *Schedule of Benefits* replaces any similar *Schedule of Benefits* previously in effect under your plan of long term disability benefits. Requests for coverage other than that to which you are entitled in accordance with this *Schedule of Benefits* cannot be accepted. This Schedule is part of your Booklet-Certificate and should be kept with your Booklet-Certificate form GR-9N. Coverage is underwritten by Aetna Life Insurance Company.

# BENEFIT PLAN

**Prepared Exclusively for
Dell Inc.**

**Long Term Disability**

**Aetna Life Insurance Company
Booklet-Certificate**

This Booklet-Certificate is part of the Group Insurance
Policy between **Aetna** Life Insurance Company and the
Policyholder

## What Your Plan Covers and How Benefits are Paid



We want you to know™

Aetna®

# Table of Contents

Preface ............................................................1
   Important Information Regarding Availability of
   Coverage ..................................................2
Coverage for You ...........................................3
   Long Term Disability Coverage .............................3
**Eligibility, Enrollment and Effective Date of Your**
**Coverage ......................................................4**
   Who Can Be Covered ...........................................4
      Employees ..................................................4
      Determining if You Are in an Eligible Class........4
   How and When to Enroll....................................5
      Enrollment................................................5
   Evidence of Good Health.....................................5
   When Your Coverage Begins................................5
   Your Effective Date of Coverage ..........................5
**Your Disability Plan...........................................6**
   Long Term (LTD) Disability Coverage ...............6
   Long Term Disability Benefit Eligibility...............6
   When Benefits Are Payable ..................................6
   Premium and Contribution Waiver ......................7
   Premium/Contribution Reinstatement..................7
   Test of Disability ..............................................7
   Benefits Payable ...............................................7
   Adjustments to Your Benefits If You Work While
   Disabled .........................................................7
   When Long Term Disability Benefit Eligibility
   Ends...............................................................8
   Limitations Which Apply to Long Term
   Disability Coverage ..........................................9
   If You Become Disabled Again (Successive
   Disabilities) ....................................................9
   Pre-existing Conditions ....................................10
   Approved Rehabilitation Program.......................10

Other Income Benefits .........................................10
What Happens When Other Income Benefits
Increase..............................................................11
How Aetna Applies Other Income Benefits......11
Aetna Requires Proof of Other Income ............12
How Prior Coverage Affects Coverage Under
This Plan............................................................13
Survivor Benefit .................................................14
Exclusions That Apply to Long Term Disability
...........................................................................14
When Coverage Ends...........................................15
   When Coverage Ends For Employees ...............15
Reinstating Coverage ..........................................16
Extension of Benefits..........................................16
   Coverage for Long Term Disability Benefits .....16
**General Provisions ............................................. 16**
Physical Examinations..........................................16
Legal Action .......................................................16
Additional Provisions ..........................................17
Assignments .......................................................17
Misstatements ....................................................17
Incontestability ..................................................17
Recovery of Overpayments .................................18
   Long Term Disability Coverage..........................18
Reporting of Claims............................................18
Payment of Benefits............................................19
Contract Not a Substitute for Workers'
Compensation Insurance .....................................19
Contacting Aetna.................................................19
**Glossary * ...................................................... 20**
   Adjusted Predisability Earnings...........................20

* Defines the Terms Shown in Bold Type in the Text of This Document.

# Preface *(GR-9N-02-005-02 TX)*

Aetna Life Insurance Company (ALIC) is pleased to provide you with this *Booklet-Certificate*. Read this *Booklet-Certificate* carefully. The plan is underwritten by Aetna Life Insurance Company of Hartford, Connecticut (referred to as **Aetna**).

This *Booklet-Certificate* is part of the *Group Insurance Policy* between Aetna Life Insurance Company and the Policyholder. The *Group Insurance Policy* determines the terms and conditions of coverage. **Aetna** agrees with the Policyholder to provide coverage in accordance with the conditions, rights, and privileges as set forth in this *Booklet-Certificate*. The Policyholder selects the products and benefit levels under the plan. A person covered under this plan and their covered dependents are subject to all the conditions and provisions of the *Group Insurance Policy*.

The *Booklet-Certificate* describes the rights and obligations of you and **Aetna**, what the plan covers and how benefits are paid for that coverage. It is your responsibility to understand the terms and conditions in this *Booklet-Certificate*. Your *Booklet-Certificate* includes the *Schedule of Benefits* and any amendments or riders.

If you become insured, this *Booklet-Certificate* becomes your *Certificate of Coverage* under the *Group Insurance Policy*, and it replaces and supersedes all certificates describing similar coverage that **Aetna** previously issued to you.

| | |
|---|---|
| Group Policyholder: | Dell Inc. |
| Group Policy Number: | GP-476626 |
| Effective Date: | July 18, 2011 |
| Issue Date: | July 25, 2011 |
| Booklet-Certificate Number: | 1 |

**THE GROUP INSURANCE POLICY UNDER WHICH THIS BOOKLET-CERTIFICATE IS ISSUED IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.**

**THIS CERTIFICATE IS GOVERNED BY APPLICABLE FEDERAL LAW AND THE LAWS OF TEXAS.**

*(GR-9N-02-005-01 TX)*

Mark T. Bertolini
**Chief Executive Officer and President**

Aetna Life Insurance Company
(A Stock Company)

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener información o para someter una queja: |
| You may call Aetna's toll-free telephone number for information or to make a complaint at | Usted puede llamar al numero de telefono gratis de (company)'s para informacion o para someter una queja al |
| 1-800- 694-3258 | 1-800- 694-3258 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos, o quejas llamando al: |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance at: | Puede escribir al Departamento de Seguros de Texas: |
| Texas Department of Insurance<br>P.O. Box 149104<br>Austin, TX 78714-9104<br>FAX No. (512) 475-1771 | Texas Department of Insurance<br>P.O. Box 149104<br>Austin, TX 78714-9104<br>FAX No. (512) 475-1771 |
| Premium or Claim Disputes:<br>Should you have a dispute concerning your premium or about a claim you should contact Aetna first. If the dispute is not resolved you may contact the Texas Department of Insurance. | Disputas Sobre Primas o Reclamaciones:<br>Si surge una disputa concerniente a su prima o a una reclamación, debe comunicarse con Aetna primero. Si no se resuelve la disputa puede comunicarse con el Departamento de Seguros de Texas. |
| **Notice:**<br>This notice is for information only and does not become a part or condition of your Policy. | **Aviso:**<br>Este aviso es sólo para propósito de información y no se convierte en una parte o condición de su Póliza. |

## Important Information Regarding Availability of Coverage *(GR-9N 02-005 02)*

No benefits are covered under this *Booklet-Certificate* in the absence of payment of current premiums subject to the *Grace Period* and the *Premium* section of the *Group Insurance Policy*.

Unless specifically provided in any applicable termination provision described in this *Booklet-Certificate* or under the terms of the *Group Insurance Policy*, the plan does not pay benefits for a disability that starts before coverage starts under this plan. This plan will also not pay any benefits for any disability that starts after coverage ends.

Benefits may be modified during the term of this plan as specifically provided under the terms of the *Group Insurance Policy* or upon renewal. If benefits are modified, the revised benefits (including any reduction in benefits or elimination of benefits) apply to any disabilities that start on or after the effective date of the plan modification. There is no vested right to receive the benefits described in the *Group Insurance Policy* or in this *Booklet-Certificate* if the disability starts on or after the effective date of the plan modification, but prior to your receipt of amended plan documents.

# Coverage for You

## Long Term Disability Coverage

The plan may pay to you a portion of your income earnings as a monthly benefit for a period of long term disability caused by an **illness** or **injury** that occurs while your coverage is in effect.

Coverage under this plan is occupational and non-occupational. **Occupational injuries and illnesses** and **non-occupational injuries illnesses** are covered. Conditions that are related to pregnancy may be covered under this plan.

Please refer to the *Long Term Disability* section for more details about your coverage.

# Eligibility, Enrollment and Effective Date of Your Coverage

*(GR-9N 29-005-02-TX-LG-L)*

Throughout this section you will find information on who can be covered under the plan, how to enroll and what to do when there is a change in your life that affects coverage. In this section, "you", "your" and "yours" means the employee to whom this *Booklet-Certificate* is issued and whose insurance is in force under the terms of this group insurance policy.

# Who Can Be Covered

Your employer determines the criteria that are used to define the eligible class for coverage under this plan. Such criteria are based solely upon the conditions related to your employment. **Aetna** will rely upon the representation of the employer as to your eligibility for coverage under this plan and as to any fact concerning such eligibility.

## Employees

You are eligible for coverage under this plan if you are **actively at work** and:

- You are in an eligible class, as defined below;
- You have completed any probationary period required by the policyholder; and
- You have reached your eligibility date.

## Determining if You Are in an Eligible Class *(GR-9N 29-005-02)*

You are in an eligible class if:

- You are a regular full-time employee, as defined by your employer.

In addition, to be in an eligible class you must be:

- scheduled to work on a regular basis at least 25 hours per week during your Employer's work week; and
- working within the United States or Canada.

## Probationary Period *(GR-9N 29-005-02)*

Once you enter an eligible class, you will need to complete the probationary period before your coverage under this plan begins.

## Determining When You Become Eligible

You become eligible for the plan on your eligibility date, which is determined as follows.

### On the Effective Date of the Plan

If you are in an eligible class on the effective date of this plan, your coverage eligibility date is the effective date of the plan.

4

**After the Effective Date of the Plan**

If you are hired or enter an eligible class after the effective date of this plan, your coverage eligibility date is the date you complete 30 days of continuous service with your employer. This is defined as the probationary period. If you had already satisfied the plan's probationary period before you entered the eligible class, your coverage eligibility date is the date you enter the eligible class.

# How and When to Enroll *(GR-9N 29-015-02)*

## Enrollment

You will be provided with plan benefit and enrollment information when you first become eligible to enroll. You will need to enroll in a manner determined by **Aetna** and your employer. To complete the enrollment process, you will need to provide all requested information including any evidence of good health. You will also need to agree to make required contributions for any contributory coverage. Your employer will determine the amount of your plan contributions, and will advise you of the required amount. Your contributions will be deducted from your pay. Remember plan contributions are subject to change.

Your contributions may be reduced due to Aetna's failure to provide agreed upon service levels. Such service levels are guaranteed by Aetna and agreed to in writing by Aetna and your Employer. See your employer for details.

You will need to enroll within 31 days of your eligibility date.

## Evidence of Good Health *(GR-9N 29-015-02)*

You must provide evidence of good health that is satisfactory to **Aetna** if:

- You request to enroll more than 31 days after your eligibility date.
- You request to reinstate coverage that ended because you voluntarily stopped your coverage or you did not make the required contributions.
- You had prior coverage with another carrier.

If you are required to submit evidence of good health, you must furnish all such evidence at your own expense.

# When Your Coverage Begins *(GR-9N 29-015-02) (GR-9N 29-025-02)*

## Your Effective Date of Coverage

If you have met all the eligibility requirements, your coverage takes effect on the later of:

- The date you are eligible for coverage; or
- The date you return your completed enrollment information; and
- Your application is received and approved in writing by **Aetna**; and
- The date your required contribution is received by **Aetna**.

**Important Notice:**
You must pay the required contribution in full.

**Active Work Rule:**
If you happen to be ill or injured and away from work on the date your coverage would take effect, the coverage will not take effect until you return to active full-time work for one full day.

This rule also applies to an increase in your coverage.

5

# Your Disability Plan

(GR-9N 06-005 02) (GR-9N 06-010 02)

**Important Note**
As used in this section of the *Booklet-Certificate*, "you" and "your" refers to a covered employee of the employer sponsoring this plan.

The disability plan provides you with a source of income if you should become disabled because of an illness, **injury** or disabling pregnancy-related condition while covered under this plan.

## Long Term Disability (LTD) Coverage

Long term disability (LTD) coverage will pay a monthly benefit if you are disabled and unable to work because of:

- An **illness**;
- An **injury**; or
- A disabling pregnancy-related condition.

### Long Term Disability Benefit Eligibility

You will be considered disabled while covered under this Long Term Disability (LTD) Plan on the first day that you are disabled as a direct result of a significant change in your physical or mental conditions and you meet all of the following requirements:

- You must be covered by the plan at the time you become disabled; and
- You must be under the regular care of a **physician**. You will be considered under the care of a **physician** up to 31 days before you have been seen and treated in person by a **physician** for the **illness**, **injury** or pregnancy-related condition that caused the disability; and
- You must be disabled by the **illness**, **injury**, or disabling pregnancy-related condition as determined by **Aetna** (see *Test of Disability*); and
- You have been disabled for a consecutive period of 180 calendar days or total of 180 calendar days in a rolling 12 month period, whichever occurs earlier.

GR-9N 06-005 476626-1 TX 0711

### When Benefits Are Payable

Once you meet the LTD **test of disability**, your long term disability benefits will be payable after the Elimination Period, if any, is over. No benefit is payable for or during the Elimination Period. The Elimination Period is the amount of time you must be disabled before benefits start. The Elimination Period is shown in the *Schedule of Benefits*.

Your Long Term Disability benefits will be payable for as long as your period of disability benefit eligibility continues but not beyond the end of the Maximum Monthly Benefit Period. The Elimination Period and the Maximum Monthly Benefit Period are shown in the *Schedule of Benefits*.

Case 1:15-cv-00086     Document 13-1     Filed 02/18/16     Page 1120 of 1151     AR 001520:
1164

## Premium and Contribution Waiver

During your disability while benefits are payable:

- You will not have to make any further contributions.
- No premium payments will be required from your Employer.

## Premium/Contribution Reinstatement

If you are eligible to continue coverage, your contributions and the employer's premium payments may be resumed on the first due date following the end of a period of disability during which premiums and contributions were waived.

## Test of Disability *(GR-9N 06-010 02)*

From the date that you first became disabled and until monthly benefits are payable for 24 months you meet the test of disability on any day that:

- You cannot perform the **material duties** of your **own occupation** solely because of an **illness**, **injury** or disabling pregnancy-related condition; and
- Your earnings are 80% or less of your **adjusted predisability earnings**.

*After the first 24 months of your disability* that monthly benefits are payable, you meet the plan's test of disability on any day you are unable to work at any **reasonable occupation** solely because of an **illness**, **injury** or disabling pregnancy-related condition.

**Important Note**
The loss of a professional or occupational license or certification that is required by your **own occupation** does not mean you meet the test of disability. You must meet the plan's test of disability to be considered disabled.

## Benefits Payable *(GR-9N 06-015 02)*

Benefits are paid on a monthly basis. The benefit amount is based on your **predisability earnings**, up to the maximum monthly benefit shown in the *Schedule of Benefits*.

To calculate your monthly long term disability benefit, multiply:

- Your Monthly **predisability earnings**; times
- The Benefit Percentage shown in the *Schedule of Benefits*.

The LTD benefit payable will be the lesser of:

- The monthly LTD benefit; and
- The maximum monthly benefit.

Any other income benefits you are eligible for may affect your benefits from this plan. The amount of the other income benefits will be subtracted from your monthly LTD benefit for which you are eligible. If the result is less than the minimum monthly benefit shown in the *Schedule of Benefits*, the plan will pay an amount equal to the minimum monthly benefit. Please refer to the *Other Income Benefits* section of this Booklet-Certificate for details as to which other income benefits may reduce your monthly LTD benefit.

## Adjustments to Your Benefits If You Work While Disabled *(GR-9N 06-020 02)*

Your long term disability monthly benefit may be reduced if, while monthly benefits are payable, you receive income from:

- Your employer or any other employer, employment or self-employment; or
- Any occupation for compensation or profit;

which is more than 20% of your **adjusted predisability earnings.** The monthly benefit adjustment is calculated as follows:

During the first 12 months that you have such income, the benefit will be reduced only to the extent the sum of the amount of that income and the monthly benefit payable, without any reduction for other income benefits, exceeds 100% of your **adjusted predisability earnings**.

Thereafter,

The adjusted monthly benefit will be calculated by using the following formula:

(A divided by B), times C, where:

A = Your **adjusted predisability earnings**, minus the income you receive while disabled
B = Your **adjusted predisability earnings**
C = The monthly benefit payable.

Income means income you earn, while disabled and working, from your employer or any other employer. However, any income earned by working for another employer will be considered income only if you:

- Become employed after the date your disability started; or
- Increase the number of hours you work, or the number or type of duties you perform for another employer after the date of your disability started. In that event, only the amount of the income increase will be taken into consideration for the benefit adjustment.

## When Long Term Disability Benefit Eligibility Ends *(GR-9N 06-025 01)*

You will no longer be considered as disabled nor eligible for long term monthly benefits when the first of the following occurs:

- The date you no longer meet the LTD test of disability, as determined by **Aetna**.
- The date you are no longer under the regular care of a **physician**.
- The date **Aetna** finds you have withheld information about working, or being able to work, at a **reasonable occupation**.
- The date you fail to provide proof that you meet the LTD test of disability.
- The date you refused to be examined by or cooperate with an independent **physician** or a licensed and certified health care practitioner, as requested. **Aetna** has the right to examine and evaluate any person who is the basis of your claim at any reasonable time while your claim is pending or payable. The examination or evaluation will be done at **Aetna's** expense.
- The date an independent medical exam report or functional capacity evaluation does not, in **Aetna's** opinion, confirm that you are disabled.
- The date you reach the end of your Maximum Benefit Duration, as shown in the *Schedule of Benefits*.
- The date you are not receiving **effective treatment for alcoholism or drug abuse**, if your disability is caused (in whole or part) by alcoholism or drug abuse.
- The date you refuse to cooperate with or accept:
  - Changes to your work site or job process designed to suit your identified medical limitations; or
  - Adaptive equipment or devices designed to suit your identified medical limitations; which would allow you to work at your **own occupation** or a **reasonable occupation** (if you are receiving benefits for being unable to work any **reasonable occupation)** and provided that a **physician** agrees that such changes, adaptive devices or equipment suit your particular medical limitations.

- The date you refuse any treatment recommended by your attending **physician** that, in **Aetna's** opinion, would cure, correct or limit your disability.
- The date your condition would permit you to:
  - Work; or
  - Increase the hours you work; or
  - Increase the number or type of duties you perform in your **own occupation**
  but you refuse to do so.
- The date of your death.
- The day after **Aetna** determines that you can participate in an **approved rehabilitation program** and you refuse to do so.

## Limitations Which Apply to Long Term Disability Coverage *(GR-9N 06-030 01)*

You will no longer be considered as disabled and eligible for long term monthly benefits after benefits have been payable for 24 months if it is determined that your disability is primarily caused by:

- A mental health or psychiatric condition, including physical manifestations of these conditions, but excluding conditions with demonstrable, structural brain damage; or
- Alcohol and/or drug abuse.

There are 2 exceptions to the above limitations if you are confined as an inpatient in a **hospital or treatment facility** for treatment of that condition at the end of such 24 months.

- If the inpatient confinement lasts less than 30 days, the disability will cease when you are no longer confined.
- If the inpatient confinement lasts 30 days or more, the disability may continue until 90 days after the date you have not been so continuously confined.

**Important Note**
The rules under *If You Become Disabled Again* do not apply beyond 24 months to disabilities subject to this *Limitations Which Apply to Long Term Disability Coverage* section.

## If You Become Disabled Again (Successive Disabilities)

Once you are no longer disabled and your monthly benefit payments have ended, any new disabilities will be treated separately. However, 2 or more separate disabilities due to the same or related causes will be deemed to be one disability and only one Elimination Period will apply if your disability occurs again within 6 months or less of continuous **active work** from when the prior disability ended.

**Aetna** will resume its payments to you if your coverage has remained continuously in effect for the period of your temporary recovery. You will not need to satisfy a new Elimination Period.

If:

- Your disability ended;
- Benefits were not payable because you did not meet the elimination period; and
- Your disability due to the same or related cause occurs again after less than 30 days of continuous active work from when the prior disability ended;

you will only need to satisfy the remainder of the elimination period in order to be considered eligible for benefits payments.

The first disability will not be included if it began while you were not covered under this LTD plan.

If you become eligible for coverage under any other group long term disability benefits plan carried or sponsored by your employer, this *If You Become Disabled Again* section will no longer apply to you.

## Pre-existing Conditions

A pre-existing condition is an **illness**, **injury** or pregnancy-related condition for which, during the 3 months before your coverage or increase in coverage became effective:

- You were diagnosed or treated; or
- You received diagnostic or treatment services; or
- You took drugs that were prescribed or recommended by a **physician**.

The plan does not pay benefits for a disability that is caused, or contributed to, by a pre-existing condition, if the disability starts within the first 12 months after your coverage goes into effect.

### Special Rules As To An Increase in Coverage

If your disability is caused by a pre-existing condition, your monthly benefit will be based on the amount of the Scheduled monthly benefit that has been in effect for at least 3 months under this plan or any other prior coverage. You will not be eligible for any benefit increase if the disability starts within the first 12 months after you increase in coverage goes into effect.

## Approved Rehabilitation Program *(GR-9N 06-050-01)*

**Aetna** has the right to evaluate you for participation in an **approved rehabilitation program**.

If, in **Aetna's** judgment, you are able to participate, **Aetna** may, in its sole discretion require you to participate in an **approved rehabilitation program**.

The plan will pay for all of the services and supplies, approved in advance by **Aetna**, you need in connection with participation in the program, except those for which you can be reimbursed by another payer, including government benefits programs.

During your active participation in an **Aetna approved rehabilitation program**, **Aetna** will increase the monthly benefit payable. A 10% increase in the monthly benefit payable (after all applicable reductions for other income benefits) will be paid for up to six consecutive months for each disability, up to a maximum monthly increase of $500.

## Other Income Benefits *(GR-9N 06-055-02) (GR-9N 06-060 01)*

**Important Note**

Please read this section carefully. It explains how and when other income benefits reduce your monthly LTD benefit. *It is your responsibility to enroll or apply for benefits from other sources if you are eligible.* See the *Aetna Requires Proof of Other Income* section for more information.

Other income benefits can affect the monthly benefit described in the long term disability coverage section. When calculating the benefit payable, other income benefits that you, your spouse, your children or your dependents are *eligible* for because of your disability or retirement are taken into consideration.

The other income benefits considered when your benefits payable are calculated are:

- 50% of any award given under The Jones Act or The Maritime Doctrine of Maintenance, Wages and Cure.

- Disability, retirement or unemployment benefits required or provided for by government law. This includes (but is not limited to):
  - Unemployment compensation benefits.
  - Temporary or permanent, partial or total, disability benefits under any workers' compensation law or similar law meant to compensate a worker for:
    - Loss of past and future wages; or
    - Impaired earning capacity;

10

- – A lessened ability to compete for jobs;
- – Any permanent impairment; and
- – Any loss of bodily function or capacity.
- – Automobile no-fault wage replacement benefits required by law.
- – Benefits under the Federal Society Security Act, Railroad Retirement Act, Canada Pension Plan and Quebec Pension Plan.
- – Veteran's benefits.

- ▪ Statutory disability benefits

- ▪ Disability or unemployment benefits payable by either insured and uninsured plans:
  - – As a result of employment by or association with your employer; or
  - – As a result of your membership in, or association with, any group, association, union or other organization.

This includes both plans that are insured and those that are not.

- ▪ Unreduced retirement benefits for which you are (or may become) eligible under a group pension plan at age 62 or the plan's normal retirement age, whichever comes later. This applies only to the amount of the benefit that was paid by an employer.
- ▪ Retirement benefits you elect and receive under any group pension plan. This applies only to the amount of the benefit that was paid by an employer.

- ▪ Disability benefits from an accumulated sick time or salary continuation program, provided they are part of an established group plan maintained by your Employer for the benefit of its employees.

## What Happens When Other Income Benefits Increase *(GR-9N 06-070-01)*

An increase in other income benefits that you are eligible for may affect your benefit payable under this coverage.

If your other income benefits increase as the result of one of the following situations, the increased amount will be considered when calculating your benefits payable:

- ▪ The number of people in your family changes;
- ▪ Your benefit level is adjusted or corrected; or
- ▪ The severity of your disability changes.

This may result in a reduction in benefits payable.

A cost of living increase in other income benefits you receive from a governmental source (including, but not limited, to benefits under the Federal Social Security Act) will *not* reduce your benefits payable.

A cost of living increase in other income benefits you receive from a non-governmental source will ***not*** affect your benefits payable to the extent that the increase is based on the annual average increase in the **Consumer Price Index**.

## How Aetna Applies Other Income Benefits *(GR-9N 06-075 02)*
### Long Term Disability

Any Lump sum or periodic payments you receive from any other income benefit are prorated on a monthly basis over the period of time for which the payment was made. If a period of time is not indicated, **Aetna** will prorate the payments over a reasonable period of time. **Aetna** will take into account the expected duration of your disability payments and other relevant factors.

The part of a lump sum or periodic payment you receive for disability will be counted as an other income benefit, even if it is not specifically allotted or identified as such. If there is no proof acceptable to **Aetna** as to what that part is, **Aetna** will consider 50% to be payable for your disability.

Any of these other income benefit payments that date back to a prior date may be allocated on a retroactive basis. If the other income benefits are automobile no-fault wage replacement benefits or disability payments which result from a disability caused by a third party, the applicable period of time will start from the date of the accident.

**Estimate of Other Income Benefits**
**Aetna** will estimate *other income benefits* for which you appear to be eligible, unless you sign and return a reimbursement agreement to **Aetna**. The reimbursement agreement includes your promise to repay Aetna for any overpayment of benefits made to you as a result of your receipt of other income benefits. If other income benefits are estimated, your monthly benefit will be adjusted when Aetna receives proof:

- Of the exact amount paid or awarded; or
- That benefits have been denied after review at the highest administrative level.

If estimating your other income benefits results in an underpayment, **Aetna** will pay you the difference between the underpayment and the benefit payable. If there is an overpayment, you must repay **Aetna** the difference between all overpayments and the benefit payable. If **Aetna** must take legal action to recover such overpayment, you also must pay **Aetna's** reasonable attorneys fees and court costs, if **Aetna** prevails.

## Aetna Requires Proof of Other Income *(GR-9N-06-080 01)*
**Aetna** may require proof:

- That you, your spouse, child or dependent has applied for all other income benefits that you or they are or may be eligible to receive because of your disability, and has made a timely appeal of any denial of benefits through the highest administrative level. "Timely appeal" means making the appeal in the time required, but never more than 60 days after the latest denial.
- That the person applying for other income benefits has furnished the necessary proof needed to obtain other income benefits, which include, but is not limited to, workers' compensation benefits;
- That the person has not waived (given up his or her right to) any other income benefits without **Aetna's** written consent;
- That the person has sent **Aetna** copies of documents showing the effective dates and amounts of other income benefits.
- Of income you receive from any work for pay or profit.

If you apply for Social Security benefits and are denied, you must request reconsideration within 60 days after the denial unless **Aetna** states, in writing, that you are not required to do so. If the reconsideration is denied, you must apply for a hearing before an administrative law judge within 60 days of the denial, unless **Aetna** waives this requirement.

You do not have to apply for:

- Retirement benefits paid only on a reduced basis; or
- Disability benefits under a group life insurance plan, if the disability benefits would reduce the amount of your group life insurance.

However, if you apply for and receive these benefits, they will be considered as other income benefits and you must provide proof to **Aetna**, if requested.

If you do not provide the proof that **Aetna** may require, **Aetna** has the right to suspend or adjust this plan's benefits by the estimated amount of the other income benefits.

## How Prior Coverage Affects Coverage Under This Plan

If the coverage of any person under this plan replaces any prior coverage of the person, the following will apply.

"Prior Coverage" is any plan of group LTD coverage that has been replaced by coverage under part or all of this plan.

It must have been sponsored by your Employer who is participating in this plan. The replacement can be complete or in part for the eligible class to which you belong. Any such plan is prior coverage if provided by another group insurance plan.

Your coverage under this Plan replaces and supersedes any prior coverage. It will be in exchange for everything under such prior coverage, except that no benefit will be payable under this plan as to a particular period of disability if:

- You are receiving, or eligible to receive, benefits for that disability under the prior coverage; or
- In the absence of coverage under this plan, you would have been eligible to receive benefits for that disability under the prior coverage.

### Same or Related Causes of Disability

Any disability that began before you were covered under this LTD plan will not be included for purposes of the *If You Become Disabled Again (Successive Disabilities)* section of this plan. However, if extent it would have applied under the terms of the prior coverage had it remained in force:

- You had prior coverage on the day before LTD coverage took effect; and
- You became covered for this LTD plan on the date it takes effect; and
- While you are insured under this plan, a disability starts that is due to the same **illness**, **injury** or disabling pregnancy related condition for which you received or were eligible to receive benefits under the prior coverage; and
- There are no benefits available under the terms of the prior coverage for this disability due to the same **illness**, **injury** or disabling pregnancy related condition, the Elimination Period under this plan will apply to the extent it would have applied under the terms of the prior coverage had it remained in force.

Where the above paragraph applies, the amount of monthly benefit and the maximum period for which benefits will be payable, as to a disability due to the same or related causes, will be as provided in this LTD plan.

### Pre-existing Conditions

As stated earlier, no benefits will be payable, as to a disability caused by a pre-existing condition. However if:

- You had prior coverage on the day before LTD coverage took effect; and
- You became covered for this LTD plan on the date it takes effect;

a benefit may be payable if a continuous period of coverage under the prior coverage and this LTD plan are equal to the lesser of:

- 24 months and;
- Any period of limitation as to a pre-existing condition remaining under the prior coverage.

Where the exclusion no longer applies, the amount of monthly benefit and the maximum period for which benefits will be payable, as to a disability caused by such pre-existing condition, will be as provided in this LTD plan, subject to the *Special Rules As To An Increase in Coverage* section.

In no event will:

- A benefit be payable as to a disability caused by a pre-existing condition, if the disability is excluded by any other terms of this LTD plan.
- A condition will be considered to be a pre-existing condition under this LTD plan if it was not a pre-existing condition under the prior coverage.

## Survivor Benefit *(GR-9N 06-090 01)*
If you die while disabled, a single, lump sum benefit will be paid under this provision if:

- There is an eligible survivor as defined below; and
- A monthly benefit was payable under this plan.

The benefit amount will be 3 times the monthly benefit, not reduced by other income benefits, for which you were eligible in the full month just before the month in which you die.

If you die before you are eligible for one full monthly benefit, however, the benefit will be 3 times the monthly benefit, not reduced by other income benefits for which you would have been eligible if you had not died, for the first full month after the month in which you die.

An eligible survivor is:

- Your legally married spouse at the date of your death.
- If there is no such spouse, your biological or legally adopted child who, when you die:
    - is not married; and
    - is depending on you for support; and
    - is under age 25. This age limit will not apply if the child is not capable of self-sustaining employment because of mental or physical handicap which existed prior to age 25.

### How the Survivor Benefit Will Be Paid
The benefit will be paid to your eligible surviving spouse, if any. Otherwise, it will be paid in equal shares to your eligible surviving children.

If monthly benefit payments are made in amounts greater than the monthly benefits that you are entitled to receive, **Aetna** has the right to first apply the survivor benefit to any such overpayment.

**Aetna** may pay the benefit to anyone who, in **Aetna's** opinion, is caring for and supporting the eligible survivor; or if proper claim is made, **Aetna** may pay the benefit to an eligible survivor's legally appointed guardian or committee.

## Exclusions That Apply to Long Term Disability *(GR-9N 28-010-01)*
Long term disability coverage does not cover any disability on any day that you are confined in a penal or correctional institution for conviction of a criminal act or other public offense. You will not be considered to be disabled, and no benefits will be payable.

Long term disability coverage also does not cover any disability that:

- Is due to insurrection, rebellion, or taking part in a riot or civil commotion.
- Is due to intentionally self-inflicted **injury** (while sane or insane).
- Is due to war or any act of war (declared or not declared).
- Results from your commission of, or attempting to commit a criminal act.

- Results from a motor vehicle accident caused by operating the vehicle while you are under the influence of alcohol. A motor vehicle accident will be deemed to be caused by the use of alcohol if it is determined that at the time of the accident you were :
- Operating the motor vehicle while under the influence of alcohol at a level which meets or exceeds the level at which intoxication would be presumed under the laws of the state where the accident occurred. If the accident occurs outside of the United States, intoxication will be presumed if the person's blood alcohol level meets or exceeds .08 grams per deciliter.

# When Coverage Ends

Coverage under your plan can end for a variety of reasons. In this section, you will find details on how and why coverage ends, and how you may still be able to continue coverage.

## When Coverage Ends For Employees *(GR-9N 30-005 02 TX)*

Your coverage under the plan will end if:

- The plan is discontinued;
- You voluntarily stop your coverage;
- The group policy ends;
- You are no longer eligible for coverage;
- You do not make any required contributions;
- You become covered under another plan offered by your employer;
- Your employment stops for any reason, including job elimination or being placed on severance. This will be either the date you stop active work, or the day before the first premium due date that occurs after you stop active work. However, if premium payments are made on your behalf, your coverage may continue until stopped by your employer as described below:
  - Your Employer will notify Aetna of the date your coverage ceases for the purposes of termination of coverage under this Plan. Unless otherwise specified below, your official end of coverage date will be the end of the month in which you are no longer eligible under the plan.

    For the purposes of this section, "month" means the period from a date in a calendar month to the corresponding date in the succeeding calendar month. If the succeeding calendar month does not have a corresponding date, the period ends on the last day of the succeeding calendar month.

    Examples:

    - For calendar months with succeeding corresponding dates: May 5th to June 5th would equal one "month".
    - For calendar months without succeeding corresponding dates: January 31st to February 28th would equal one "month".

  - The monthly premium required by Aetna for each person's coverage will be the applicable rate in effect on the date your coverage ends. Your Employer will be billed for the amount of your premium owed until the end of the month in which you are no longer eligible under the plan.
  - If you are not **actively at work** due to **illness or injury**, your coverage may continue, until stopped by your employer, but not beyond 12 months from the start of the absence. If you are not **actively at work** due to temporary lay-off or leave of absence, your coverage will stop on the last day of the month following the month of your last full day of active work before the start of the lay-off or leave of absence.

It is your employer's responsibility to let **Aetna** know when your employment ends. The limits above may be extended only if **Aetna** and your employer agree, in writing, to extend them.

15

# Reinstating Coverage <span style="font-size:small">*(GR-9N S-30-005-02 TX)*</span>

If your long term disability coverage ends, you may reinstate coverage subject to the rules described in the *When your Coverage Begins* section.

However, if your coverage ends because you stop active work, you may reinstate coverage without having to complete a new eligibility probationary period, if you return to active work in an *Eligible Class* within 24 months for the date your coverage ended.

In addition, if you return to work in an Eligible Class within 6 months of the date your coverage ended, the pre-existing condition rule applies to the extent the rule would have applied if your coverage had not ended.

For the above exceptions to apply, you must request to reinstate coverage within 31 days of your return to active work.

# Extension of Benefits <span style="font-size:small">*(GR-9N 31-020 01 TX)*</span>

## Coverage for Long Term Disability Benefits

If your long term disability coverage ends during a period of total disability which began while you had coverage, any long term disability benefits will be continued until your benefit eligibility ends.

# General Provisions <span style="font-size:small">*(GR-9N-32-005-02-TX)*</span>

## Physical Examinations and Evaluations

**Aetna** will have the right and opportunity to have a **physician** of its choice examine any person who is requesting certification or benefits for new and ongoing claims. Multiple exams, evaluations and functional capacity exams may be required during your disability for an ongoing claim. This will be done at all reasonable times while certification or a claim for benefits is pending or under review. This will be done at no cost to you.

## Legal Action

No legal action can be brought to recover payment under any benefit after 2 years from the final decision date of your last appeal decision, but not later than 3 years from the date your eligibility for disability benefit was first denied.

**Aetna** will not try to reduce or deny a benefit payment on the grounds that a condition existed before your coverage went into effect, if the loss occurs more than 2 years from the date coverage commenced. This will not apply to conditions excluded from coverage on the date of the loss.

16

# Additional Provisions

The following additional provisions apply to your coverage:

- You cannot receive multiple coverage under the plan because you are connected with more than one employer.
- In the event of a misstatement of any fact affecting your coverage under the plan, the true facts will be used to determine the coverage in force.
- This document describes the main features of the plan. Additional provisions are described elsewhere in the *group policy*. If you have any questions about the terms of the plan or about the proper payment of benefits, contact your employer or **Aetna**.
- Your employer hopes to continue the plan indefinitely but, as with all group plans, the plan may be changed or discontinued with respect to your coverage.

# Assignments

Coverage may be assigned only with the written consent of **Aetna**.

# Misstatements

If any fact as to the Policyholder or you is found to have been an intentional misstatement of material fact, a fair change in premiums may be made. If the misstatement affects the existence or amount of coverage, the true facts will be used in determining whether coverage is or remains in force and its amount.

All statements made by the Policyholder or you shall be deemed representations and not warranties. No written statement made by you shall be used by **Aetna** in a contest unless a copy of the statement is or has been furnished to you or your beneficiary, or the person making the claim.

**Aetna's** failure to implement or insist upon compliance with any provision of this policy at any given time or times, shall not constitute a waiver of **Aetna's** right to implement or insist upon compliance with that provision at any other time or times. This includes, but is not limited to, the payment of premiums. This applies whether or not the circumstances are the same.

With regard to intentional misstatements of a covered person's age, if the misstatement affects the existence or amount of coverage, the covered person's true age will be used in determining an equitable adjustment of premiums or benefits, or both.

# Incontestability

During the first two years that your insurance is in force, any statement, you have made in writing on a form a signed by you that you have made may be used by **Aetna** in contesting the validity of that coverage. This also applies to any increase in your coverage for the two years that follow the effective date of that increase, if evidence of good health was required in order for the increase to take effect.

Once coverage (including any increases in coverage) has been continuously in effect for two years, the validity of your insurance (or increase in coverage) under this plan shall not be contested by **Aetna** unless your statement was in writing on a form signed by you and was fraudulently made in order to obtain that coverage or increase.

**Aetna** may also contest the validity of your insurance at any time under this plan for non-payment of premiums when due.

# Recovery of Overpayments *(GR-9N-32-010-01)*

## Long Term Disability Coverage

If payments are made in amounts greater than the benefits that you are entitled to receive, **Aetna** has the right to do any one or all of the following:

- Require you to return the overpayment on request;
- Stop payment of benefits until the overpayment is recovered;
- Take any legal action needed to recover the overpayment; and
- Place a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any other income, whether on a periodic or lump sum basis.

If the overpayment:

- Occurs as a result of your receipt of "other income benefits" for the same period for which you have received a benefit under this plan; and
- To obtain such "other income benefits", advocate or legal fees were incurred;

**Aetna** will exclude from the amount to be recovered, such advocate or legal fees; provided you return the overpayment to **Aetna** within 30 days of **Aetna**'s written request for the overpayment. If you do not return the overpayment to **Aetna** within such 30 days, such fees will not be excluded; you will remain responsible for repayment of the total overpaid amount.

Examples of "other income benefits" are:

- Workers' compensation.
- Federal Social Security benefits.
- Disability payments made as a result of any person's action or inaction.

# Reporting of Claims *(GR-9N-32-020-01-TX-EX-L)*

You are required to submit a claim to **Aetna** in writing. Claim forms may be obtained from **Aetna**. Follow the procedure chosen by your Employer to report a disability claim to **Aetna**. If the procedure requires that claim forms be submitted, you may obtain them from your employer or **Aetna**.

Your claim must give proof of the nature and extent of the loss. You must furnish true and correct information as **Aetna** may reasonably request. At any time, **Aetna** may require copies of documents to support your claim, including data about employment. You must also provide **Aetna** with authorizations to allow it to investigate your claim and your eligibility for and the amount of work earnings and other income benefits.

You may also contact **Aetna** for claim forms. If the forms for a proof of loss are not provided before the 16th day after the date Aetna has received notice of a claim under the policy, the person making the claim is considered to have complied with the requirements of the policy as to proof of loss on submitting, within the time set in the policy for filing proof of loss, written proof covering the occurrence, character, and extent of the loss for which the claim is made.

In addition to the above: if you must be out of work because you are disabled, a claim for a Long Term Disability Benefit should be made right away. Do not wait until you go back to work. This may delay payment of benefits. At any time, **Aetna** may require copies of documents to support your claim, including data about employment and any other income benefits.

The deadline for filing a long term disability claim is 90 days after the end of the elimination period, if any.

18

If, through no fault of your own, you are not able to meet the deadline for filing claim, your claim will still be accepted if you file as soon as possible. Unless you are legally incapacitated, late claims will not be covered if they are filed more than one year after the deadline.

## Payment of Benefits <span style="font-size:smaller">(GR-9N 32-025 01 TX)</span>

Benefits will be paid as soon as the necessary proof to support the claim is received. Written proof must be provided for all benefits.

Long Term Disability benefits will be paid at the end of each calendar month during the period for which benefits are payable. Long Term Disability benefits for a period less than a month will be prorated. This will be done on the basis of the ratio, to 30 days, of the days of eligibility for benefits during the month.

Any unpaid balance (at the end of **Aetna**'s liability as to Long Term Disability) will be paid within 30 days of receipt by **Aetna** of the due written proof.

## Contract Not a Substitute for Workers' Compensation Insurance
<span style="font-size:smaller">(GR-9N-32-030-01)</span>

The group policy is not in lieu of and does not affect workers' compensation benefits. However, any workers' compensation benefits are considered other income benefits.

## Contacting Aetna

If you have questions, comments or concerns about your benefits or coverage, or if you are required to submit information to **Aetna**, you may contact **Aetna**'s Home Office at:

Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT 06156

You may visit **Aetna**'s web site at www.aetna.com.

# Glossary 

(GR-9N 34-005 01)

In this section, you will find definitions for the words and phrases that appear in **bold type** throughout the text of this Booklet-Certificate.

**A** *(GR-9N 34-005 01 TX) (GR-9N 34-005 01-TX)*

## Active at Work; Actively at Work; Active Work *(GR-9N 34-005 01-TX)*

You will be considered to be active at work, actively at work or performing active work on any of your employer's scheduled work days if, on that day, you are performing the regular duties of your job on a full time basis hours you are normally scheduled to work. In addition, you will be considered to be actively at work on the following days:

- any day which is not one of your employer's scheduled work days if you were actively at work on the preceding scheduled work day; or
- a normal vacation day.

## Adjusted Predisability Earnings

Your **predisability earnings**, plus any increase made on each January 1. The first increase will be made on the January 1 following a 12-month period of disability. On each January 1, the increase made will equal the percentage increase in the **Consumer Price Index**, rounded to the nearest tenth; to a maximum of 10%.

## Aetna

**Aetna** Life Insurance Company.

## Approved Rehabilitation Program

A written program, approved by **Aetna**, that provides for services and supplies which are intended to enable you to return to work. The program may include, but is not limited to:

- Vocational testing;
- Vocational training;
- Alternative treatment plans such as:
  - Support groups;
  - Physical therapy;
  - Occupational therapy; and
  - Speech therapy;
- Workplace modification to the extent not otherwise provided;
- Part time employment; and
- Job placement.

A rehabilitation program will no longer be an **approved rehabilitation program** on the date **Aetna** withdraws, in writing, its approval of the program.

**E** *(GR-9N 34-025 01 TX)*

## Effective Treatment of Alcoholism or Drug Abuse

This means a program of alcoholism or substance abuse therapy that is prescribed and supervised by a **physician** and either:

- Has a follow-up therapy program directed by a **physician** on at least a monthly basis; or
- Includes meetings at least twice a month with organizations devoted to the treatment of alcoholism or drug abuse.

**Detoxification** and **maintenance care** are not effective treatment.

**H** *(GR-9N 34-040 02)*

## Hospital

An institution that:

- Is primarily engaged in providing, on its premises, inpatient medical, surgical and diagnostic services;
- Is supervised by a staff of **physicians**;
- Provides twenty-four (24) hour-a-day **R.N.** service,
- Charges patients for its services;
- Is operating in accordance with the laws of the jurisdiction in which it is located; and
- Does not meet all of the requirements above, but does meet the requirements of the jurisdiction in which it operates for licensing as a **hospital** and is accredited as a **hospital** by the Joint Commission on the Accreditation of Healthcare Organizations.

*In no event* does **hospital** include a convalescent nursing home or any institution or part of one which is used principally as a convalescent facility, rest facility, nursing facility, facility for the aged, extended care facility, intermediate care facility, **skilled nursing facility**, hospice, rehabilitative **hospital** or facility primarily for rehabilitative or custodial services.

**I** *(GR-9N 34-045 02)*

### Illness *(GR-9N 34-045 02)*

A pathological condition of the body that presents a group of clinical signs and symptoms and laboratory findings peculiar to it and that sets the condition apart as an abnormal entity differing from other normal or pathological body states.

### Injury

An accidental bodily **injury** that is the sole and direct result of:

- An unexpected or reasonably unforeseen occurrence or event; or
- The reasonable unforeseeable consequences of a voluntary act by the person.
- An act or event must be definite as to time and place.

**M** *(GR-9N 34-065 02)*

## Material Duties

Duties that:

- Are normally required for the performance of your **own occupation**; and
- Cannot be reasonably omitted or modified. However, to be at work in excess of 40 hours per week is not a material duty.

**O** *(GR-9N 34-065 01 TX) (GR-9N 34-075 01 TX)*

## Own Occupation

The occupation that you are routinely performing when your period of disability begins. Your occupation will be viewed as it is normally performed in the national economy instead of how it is performed:

- For your specific employer; or
- At your location or work site; and
- Without regard to your specific reporting relationship.

**P** *(GR-9N 34-080 01 TX) (GR-9N 34-070 01 TX)*

## Physician

A duly licensed member of a medical profession who:

- Has an M.D. or D.O. degree;
- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where the individual practices; and
- Provides medical services which are within the scope of his or her license or certificate.

This also includes a health professional who:

- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where he or she practices;
- Provides medical services which are within the scope of his or her license or certificate; and
- Under applicable insurance law is considered a "physician" for purposes of this coverage.

For the purposes of Long Term Disability coverage, regular care of a physician means you are attended by a physician who:

- Is not you or related to you;
- Has the medical training and clinical expertise suitable to treat your disabling condition;
- Specializes in psychiatry, if your disability is caused, to any extent, by a mental health or psychiatric condition; and
- Whose treatment is:
  - Consistent with the diagnosis of the disabling condition;
  - According to guidelines established by medical, research and rehabilitative organizations; and
  - Administered as often as needed.

## Predisability Earnings

The amount of salary or wages you were receiving from an employer participating in this Plan on the day before a period of disability started, calculated on a monthly basis.

Case 1:15-cv-00086    Document 13-1    Filed 02/18/16    Page 1136 of 1151    Page ID #: 1180

Your **predisability earnings** will be figured based on your Base Monthly Earnings.

"Base monthly earnings" means your "Daily Earnings" multiplied by 365 (366 for any year that is a leap year); then divided by 12. "Daily Earnings" means your annual base salary on the date you are certified as disabled by Aetna; divided by 365 (or 366, as applicable).

Included in salary or wages are:

- Sales commissions received as part of your total compensation will be included in your "Daily Earnings;" and your total targeted compensation will be divided by 365 (366 for any leap year). Total targeted compensation is the combination of your annual base salary (as defined above) plus your annual target sales incentive; each of which will be determined on your date of disability as determined above. Your annual targeted sales incentive does not include the actual commissions earned, sales bonuses earned, or monies earned as a result of sale promotions or contests.
- Contributions you make through a salary reduction agreement with your Employer to any of the following:
    - An Internal Revenue Code (IRC) Section 125 plan for your fringe benefits.
    - An IRC 401(k), 403(b), or 457 deferred compensation arrangement.
    - An executive nonqualified deferred compensation agreement.

Salary or wages do not include:

- Awards and bonuses.
- Overtime pay.
- Fringe benefits.
- Shift Differential.
- Profit Sharing.
- Contributions made by your Employer to any deferred compensation arrangement or pension plan.
- Extra compensation such as payments for revenue sharing, housing allowances, stipends, relocation incentives or buyouts of unused vacations, professional fees, non qualified income.
- Any other special pay or compensation.

A retroactive change in your rate of earnings will not result in a retroactive change in coverage.

# R *(GR-9N 34-090 02)*

## Reasonable Occupation

This is any gainful activity:
- For which you are, or may reasonable become, fitted by education, training, or experience; and
- Which results in, or can be expected to result in, an income of more than 80% of your **adjusted predisability earnings**.

# T *(GR-9N 34-095 01 TX) (GR-9N 34-100 02)*

## Treatment Facility

This is an institution (or distinct part thereof) that is for the treatment of alcoholism or drug abuse and which meets fully every one of the following tests:

- It is primarily engaged in providing on a full-time inpatient basis, a program for diagnosis, evaluation, and treatment of alcoholism or drug abuse.
- It provides all medical detoxification services on the premises, 24 hours a day.

- It provides all normal infirmary-level medical services required during the treatment period, whether or not related to the alcoholism or drug abuse, on a 24 hour daily basis. Also, it provides, or has an agreement with a **hospital** in the area to provide, any other medical services that may be required during the treatment period.
- On a continuous 24 hour daily basis, it is under the supervision of a staff of **physicians**, and provides skilled nursing services by licensed nursing personnel under the direction of a full-time registered graduate nurse.
- It prepares and maintains a written individual plan of treatment for each patient based on a diagnostic assessment of the patient's medical, psychological and social needs with documentation that the plan is under the supervision of a **physician**.
- It meets any applicable licensing standards established by the jurisdiction in which it is located.

## Confidentiality Notice

Aetna considers personal information to be confidential and has policies and procedures in place to protect it against unlawful use and disclosure. By "personal information," we mean information that relates to a member's physical or mental health or condition, the provision of health care to the member, or payment for the provision of health care or disability or life benefits to the member. Personal information does not include publicly available information or information that is available or reported in a summarized or aggregate fashion but does not identify the member.

When necessary or appropriate for your care or treatment, the operation of our health, disability or life insurance plans, or other related activities, we use personal information internally, share it with our affiliates, and disclose it to health care providers (doctors, dentists, pharmacies, hospitals and other caregivers), payors (health care provider organizations, employers who sponsor self-funded health plans or who share responsibility for the payment of benefits, and others who may be financially responsible for payment for the services or benefits you receive under your plan), other insurers, third party administrators, vendors, consultants, government authorities, and their respective agents. These parties are required to keep personal information confidential as provided by applicable law.

Some of the ways in which personal information is used include claim payment; utilization review and management; coordination of care and benefits; preventive health, early detection, vocational rehabilitation and disease and case management; quality assessment and improvement activities; auditing and anti-fraud activities; performance measurement and outcomes assessment; health, disability and life claims analysis and reporting; health services, disability and life research; data and information systems management; compliance with legal and regulatory requirements; formulary management; litigation proceedings; transfer of policies or contracts to and from other insurers, HMOs and third party administrators; underwriting activities; and due diligence activities in connection with the purchase or sale of some or all of our business. We consider these activities key for the operation of our health, disability and life plans. To the extent permitted by law, we use and disclose personal information as provided above without member consent. However, we recognize that many members do not want to receive unsolicited marketing materials unrelated to their health, disability and life benefits. We do not disclose personal information for these marketing purposes unless the member consents. We also have policies addressing circumstances in which members are unable to give consent.

To obtain a copy of our Notice of Information Practices, which describes in greater detail our practices concerning use and disclosure of personal information, please call 1-866-825-6944 or visit our Internet site at www.aetna.com.

# Additional Information Provided by

Dell Inc.

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA). It is not a part of your booklet-certificate. Your Plan Administrator has determined that this information together with the information contained in your booklet-certificate is the Summary Plan Description required by ERISA.

In furnishing this information, Aetna is acting on behalf of your Plan Administrator who remains responsible for complying with the ERISA reporting rules and regulations on a timely and accurate basis.

**Employer Identification Number:**
REDACTED

**Plan Number:**
501

**Type of Plan:**
Welfare

**Type of Administration:**
Group Insurance Policy with:

      Aetna Life Insurance Company
      151 Farmington Avenue
      Hartford, CT  06156

**Plan Administrator:**
One Dell Way
MS RR 8042
Round Rock, TX 78682

**Agent For Service of Legal Process:**
One Dell Way
MS RR 8042
Round Rock, TX 78682

**End of Plan Year:**
December 31

**Source of Contributions:**
Employer and Employee

**Procedure for Amending the Plan:**
The Employer may amend the Plan from time to time by a written instrument signed by Tre McCalister.

**ERISA Rights**
As a participant in the group insurance plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974.ERISA provides that all plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits**

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts, collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) that is filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), and an updated Summary Plan Description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in your interest and that of other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to $ 110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

If it should happen that plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact:

- the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory; or
- the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Continuation of Coverage During an Approved Leave of Absence Granted to Comply With Federal Law**

This continuation of coverage section applies only for the period of any approved family or medical leave (approved FMLA leave) required by Family and Medical Leave Act of 1993 (FMLA). If your Employer grants you an approved FMLA leave for a period in excess of the period required by FMLA, any continuation of coverage during that excess period will be subject to prior written agreement between Aetna and your Employer.

If your Employer grants you an approved FMLA leave) in accordance with FMLA, your Employer may allow you to continue coverage for which you are covered under the group contract on the day before the approved FMLA leave starts. This includes any long term disability coverage for which you are covered under the group contract even though the group contract does not provide for continuation of long term disability coverage during a leave of absence. However, if a period of disability starts while you are on an approved FMLA leave, the waiting period for such period of disability will not be deemed to end until the later of:

- the date you complete the waiting period; and
- the date you are scheduled to return to active work following the approved FMLA leave.

At the time you request the leave, you must agree to make any contributions required by your Employer to continue coverage. Your Employer must continue to make premium payments.

Coverage will not be continued beyond the first to occur of:

- The date you are required to make any contribution and you fail to do so.
- The date your Employer determines your approved FMLA leave is terminated.
- The date the coverage involved discontinues as to your eligible class.

If you return to work for your Employer following the date your Employer determines the approved FMLA leave is terminated, your coverage under the group contract will be in force as though you had continued in active employment rather than going on an approved FMLA leave provided you make request for such coverage within 31 days of the date your Employer determines the approved FMLA leave to be terminated. If you do not make such request within 31 days, coverage will again be effective under the group contract only if and when Aetna gives its written consent.

# Aetna Life Insurance Company

Hartford, Connecticut 06156

## Amendment *(GR-9N-Appeals 01-01 01 TX)*

| | |
|---|---|
| **Policyholder** | Dell Inc. |
| **Group Policy No.** | GP-476626 |
| **Rider** | Complaint and Appeals Disability Rider |
| **Issue Date** | January 1, 2009 |
| **Effective Date** | January 1, 2009 |

## Appeals Disability Coverage

The group policy specified above has been amended. The following summarizes the changes in the group policy, and the Certificate of Insurance describing the policy terms is amended accordingly. This amendment is effective on the date shown above.

## Complaint and Appeals Procedure

### Definitions

**Adverse Benefit Determination**: A denial; termination of; or failure to provide or make payment (in whole or in part) for a benefit.

Such **adverse benefit determination** may be based on your eligibility for coverage.

**Appeal**: A written request to Aetna to reconsider an **adverse benefit determination**.

## Filing Disability Claims under the Plan

You may file claims for Plan benefits, and appeal adverse claim decisions, either yourself or through an authorized representative.

An "authorized representative" means a person you authorize, in writing, to act on your behalf. The Plan will also recognize a court order giving a person authority to submit claims on your behalf.

## Claim Determinations - Group Disability Income Coverage

Aetna will make notification of a claim determination as soon as possible but not later than 45 calendar days after the claim is made. Aetna may determine that due to matters beyond its control an extension of this 45 calendar days claim determination period is required. Such an extension, of not longer than 30 additional calendar days, will be allowed if Aetna notifies you within the first 45 calendar days period. If prior to the end of the first 30 calendar days extension period, Aetna again determines that due to matters beyond its control a decision cannot be made within that extension period, the claim determination period may be extended for an additional 30 calendar days. Aetna must notify you, prior to the end of the first extension period, of the circumstance requiring the extension and the date by which a decision can be expected.

The notice of any extension, by Aetna, for any Disability Income Coverage, shall specifically explain:

- the standards on which entitlement to a benefit is based;
- the unresolved issues that prevent a decision on the claim; and
- the additional information needed to resolve those issues.

The claimant will have 45 calendar days, from the date of the notice, to provide Aetna with the required information.

## Appeals of Adverse Benefit Determinations

You may submit an **appeal** if Aetna gives notice of an **adverse benefit determination**. If you choose, another person (an authorized representative) may make the appeal on your behalf by providing written consent to Aetna.

Your **appeal** may be submitted orally or in writing and should include:

- Your name;
- Your employer's name;
- A copy of Aetna's notice of an **adverse benefit determination**;
- Your reasons for making the **appeal**; and
- Any other information you would like to have considered.

You may submit written comments, documents, records, and other information relating to your claim, whether or not the comments, documents, records, or information were submitted in connection with the initial claim. You may also request that the Plan provide you, free of charge, copies of all documents, records, and other information relevant to the claim.

Send in your **appeal** to the address shown on the notice of **adverse benefit determination** or you may call in your **appeal** using the toll-free telephone number listed on such notice.
Aetna will acknowledge receipt, in writing, of your appeal within 5 working days of receiving it.

## Appeal – Group Disability Income Claims

Aetna shall issue a decision within 45 calendar days of receipt of the request for an **appeal**. If Aetna determines that due to special circumstances an extension of time for claim processing is required, such an extension, of not longer than 45 additional calendar days, will be allowed if Aetna notifies you within the first 45 calendar day period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which a decision can be expected.

# Aetna Life Insurance Company

## Hartford, Connecticut 06156

**Rider for Covered Persons in the State of Texas** *(GR-9N-CR1)*

| | |
|---|---|
| **Policyholder** | Dell Inc. |
| **Group Policy No** | 476626 |
| **Effective Date** | October 1, 2012 |

The group policy specified above has been modified by this Rider. The following summarizes the changes in the group policy, and the Certificate of Insurance describing the policy terms is modified accordingly. This Rider is effective on the date shown above and applies only to covered persons in the state of Texas.

**1. The following section titled Other Income Benefits replaces the section with the same name in your current Booklet-Certificate:**

## Other Income Benefits *(GR-9N 06-055-02) (GR-9N 06-060 01)*

**Important Note**

Please read this section carefully. It explains how and when other income benefits reduce your monthly LTD benefit. *It is your responsibility to enroll or apply for benefits from other sources if you are eligible.* See the *Aetna Requires Proof of Other Income* section for more information.

Other income benefits can affect the monthly benefit described in the long term disability coverage section. When calculating the benefit payable, other income benefits that you, your spouse, your children or your dependents are *eligible* for because of your disability or retirement are taken into consideration.

The other income benefits considered when your benefits payable are calculated are:

- 50% of any award given under The Jones Act or The Maritime Doctrine of Maintenance, Wages and Cure.

- Disability, retirement or unemployment benefits required or provided for by government law. This includes (but is not limited to):
  - Unemployment compensation benefits.
  - Temporary or permanent, partial or total, disability benefits under any workers' compensation law or similar law meant to compensate a worker for:
    - Loss of past and future wages;
    - Impaired earning capacity;
    - A lessened ability to compete for jobs;
    - Any permanent impairment; and
    - Any loss of bodily function or capacity.
  - Automobile no-fault wage replacement benefits required by law.
  - Benefits under the Federal Society Security Act, Railroad Retirement Act, Canada Pension Plan and Quebec Pension Plan.
  - Veteran's benefits.

- Statutory disability benefits

- Disability or unemployment benefits payable by either insured and uninsured plans:
  - As a result of employment by or association with your employer; or
  - As a result of your membership in, or association with, any group, association, union or other organization.

This includes both plans that are insured and those that are not.

- Unreduced retirement benefits for which you are (or may become) eligible under a group pension plan at age 62 or the plan's normal retirement age, whichever comes later. This applies only to the amount of the benefit that was paid by an employer.
- Retirement benefits you elect and receive under any group pension plan. This applies only to the amount of the benefit that was paid by an employer.

- Disability payments from under insured motorist (UIM), uninsured motorist coverage (UM), liability insurance or other sources for a disability caused by a third party. "Other sources" include (but are not limited to) damages or a settlement received through legal action.

- Disability benefits from an accumulated sick time or salary continuation program, provided they are part of an established group plan maintained by your Employer for the benefit of its employees.

**2. The following section titled Recovery of Overpayments replaces the section with the same name in your current Booklet-Certificate.**

# Recovery of Overpayments *(GR-9N-32-010-01)*

## Long Term Disability Coverage

If payments are made in amounts greater than the benefits that you are entitled to receive, **Aetna** has the right to do any one or all of the following:

- Require you to return the overpayment on request;
- Stop payment of benefits until the overpayment is recovered;
- Take any legal action needed to recover the overpayment; and
- Place a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any other income, whether on a periodic or lump sum basis.

If the overpayment:

- Occurs as a result of your receipt of "other income benefits" for the same period for which you have received a benefit under this plan; and
- To obtain such "other income benefits", advocate or legal fees were incurred;

This Plan will exclude from the amount to be recovered, such advocate or legal fees; provided you return the overpayment to **the plan** within 30 days of **the plan**'s written request for the overpayment. If you do not return the overpayment to this plan within such 30 days, such fees will not be excluded; you will remain responsible for repayment of the total overpaid amount.

Examples of "other income benefits" are:

- Workers' compensation.
- Federal Social Security benefits.
- Disability payments made by, or on behalf of, a third party as a result of any person's action or inaction.

Mark T. Bertolini
Chairman, Chief Executive Officer and President

Aetna Life Insurance Company
(A Stock Company)


03
<u>Texas</u> Rider: Long Term Disability
Issue Date: January 14, 2013

# Aetna Life Insurance Company
## Hartford, Connecticut 06156

**Rider for Covered Persons in the State of Texas** *(GR-9N-CR1)*

| | |
|---|---|
| **Policyholder** | Dell Inc. |
| **Group Policy No** | 476626 |
| **Effective Date** | January 1, 2014 |

The group policy specified above has been modified by this Rider. The following summarizes the changes in the group policy, and the Certificate of Insurance describing the policy terms is modified accordingly. This Rider is effective on the date shown above and applies only to covered persons in the state of Texas.

**1. The following section titled When Benefits Are Payable replaces the section with the same name in your current Booklet-Certificate:**

## When Benefits Are Payable

Once you meet the LTD **test of disability**, your long term disability benefits will be payable after the Elimination Period, if any, is over. No benefit is payable for or during the Elimination Period. The Elimination Period is the amount of time you must be disabled before benefits start. The Elimination Period is shown in the *Schedule of Benefits*.

Your Long Term Disability benefits will be payable for as long as your period of disability benefit eligibility continues but not beyond the end of the Maximum Monthly Benefit Period. The Elimination Period and the Maximum Monthly Benefit Period are shown in the *Schedule of Benefits*. However, if you are outside the **home area** when benefits would otherwise be payable, no more than twelve Monthly Benefit payments will be made, subject to any Maximum Benefit Amount.

### Home Area

The United States of America, the Dominion of Canada, the Commonwealth of Puerto Rico, Guam, and the Virgin Islands of the United States.

Mark T. Bertolini
Chairman, Chief Executive Officer and President

Aetna Life Insurance Company
(A Stock Company)

Texas Rider: 4
Issue Date: April 21, 2014

# Aetna Life Insurance Company
## Hartford, Connecticut 06156

**Rider for Covered Persons in the State of Texas** *(GR-9N-CR1)*

| | |
|---|---|
| **Policyholder** | Dell Inc. |
| **Group Policy No** | 476626 |
| **Effective Date** | July 11, 2014 |

The group policy specified above has been modified by this Rider. The following summarizes the changes in the group policy, and the Certificate of Insurance describing the policy terms is modified accordingly. This Rider is effective on the date shown above and applies only to covered persons in the state of Texas.

**The section on the following page titled Determining if You Are in an Eligible Class replaces the section with the same name in your current Booklet-Certificate:**

Mark T. Bertolini
Chairman, Chief Executive Officer and President

Aetna Life Insurance Company
(A Stock Company)

Texas Rider: 6 - Long Term Disability
Issue Date: July 14, 2014

## Determining if You Are in an Eligible Class

You are in an eligible class if you are a regular full-time employee, as defined by your employer.

In addition, to be in an eligible class you must be:

- scheduled to work on a regular basis at least 25 hours per week during your Employer's work week; and
- working within the United States; or
- working outside the United States on international assignment for an unlimited number of years.

# Aetna Life Insurance Company
## Hartford, Connecticut 06156

**Rider for Covered Persons in the State of Texas** *(GR-9N-CR1)*

**Policyholder:**     Dell Inc.
**Group Policy No.:**    GP-476626
**Effective Date:**     November 1, 2014

The group policy specified above has been modified by this Rider. The following summarizes the changes in the group policy, and the Certificate of Insurance describing the policy terms is modified accordingly. This Rider is effective on the date shown above and applies only to covered persons in the state of Texas.

The following section entitled Survivor Benefit replaces the section with the same title in your current Booklet-Certificate.

## Survivor Benefit *(GR-9N 06-090 01)*

If you die while disabled, a single, lump sum benefit will be paid under this provision if:

- There is an eligible survivor as defined below; and
- A monthly benefit was payable under this plan.

The benefit amount will be 3 times the monthly benefit, not reduced by other income benefits, for which you were eligible in the full month just before the month in which you die.

If you die before you are eligible for one full monthly benefit, however, the benefit will be 3 times the monthly benefit, not reduced by other income benefits for which you would have been eligible if you had not died, for the first full month after the month in which you die.

An eligible survivor is:

- Your legally married spouse at the date of your death.
- Your sole domestic partner.
- If there is no such spouse or domestic partner, your biological or legally adopted child who, when you die:
    - is not married; and
    - is depending on you for support; and
    - is under age 25. This age limit will not apply if the child is not capable of self-sustaining employment because of mental or physical handicap which existed prior to age 25.

A domestic partner will be determined to be an eligible survivor if you have completed and signed a "Declaration of Domestic Partnership", and the Declaration is acceptable to your Employer.

A domestic partner will no longer be considered to be an eligible survivor as the date of termination of the domestic partnership. In that event, you should provide your Employer with a completed and signed "Declaration of Termination of Domestic Partnership".

1

## How the Survivor Benefit Will Be Paid

The benefit will be paid to your eligible surviving spouse or domestic partner, if any. Otherwise, it will be paid in equal shares to your eligible surviving children.

If monthly benefit payments are made in amounts greater than the monthly benefits that you are entitled to receive, **Aetna** has the right to first apply the survivor benefit to any such overpayment.

**Aetna** may pay the benefit to anyone who, in **Aetna's** opinion, is caring for and supporting the eligible survivor; or if proper claim is made, **Aetna** may pay the benefit to an eligible survivor's legally appointed guardian or committee.


Mark T. Bertolini
Chairman, Chief Executive Officer and President

Aetna Life Insurance Company
(A Stock Company)

Long Term Disability for Full-Time Dell Hourly & Salaried Employees
Texas Rider: 7
Issue Date: December 4, 2014